

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE BALIGA, derivatively on behalf of
LINK MOTION INC. (F/K/A NQ MOBILE INC.)

                      Plaintiff,

-against-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYONG SHI,
JIA LIAN,
XIAO YU,

                      Defendants,

-and-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),

                      Nominal Defendant.

1:18-cv-11642

**TEMPORARY RESTRAINING ORDER**

---

On December 14, 2018 Plaintiff Wayne Baliga filed a Proposed Order to Show Cause with Temporary Restraining Order, along with an Affirmation from Michael D. Cilento in Support of Temporary Restraining Order and Order to Show Cause, and supporting exhibits, and an Affirmation from Robert W. Seiden in Support of Temporary Restraining Order and Order to Show Cause. I have reviewed Plaintiff's submission, and, with good cause appearing, it is hereby:

ORDERED THAT, pending the hearing and determination of Plaintiff's Order to Show Cause, Defendants[1] shall be temporarily restrained and enjoined from: transferring, liquidating, dissipating, assigning, and/or granting a lien or security interest or other interest in, any assets belonging to Link Motion Inc. (the "Company") including, among other things, its subsidiaries, businesses, physical

---

[1] Including Defendants' successors, assigns, officers, agents, employees, and attorneys, and those persons or entities in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any corporation, subsidiary, division, or other device,

assets, and cash reserves. Notwithstanding this Order, the Company shall be allowed to continue to process normal day-to-day operational costs, including but not limited to payroll, attorneys' fees, and auditor fees.

IT IS FURTHER ORDERED THAT this Order shall remain in effect for fourteen (14) days. The parties are directed to meet and confer and to submit a joint letter to the Court on or before December 21, 2018, (1) indicating whether Defendants consent to an extension of this Order beyond the initial fourteen-day period, and (2) setting forth a proposed briefing schedule with respect to Defendants' opposition to and Plaintiffs' reply in further support of Plaintiffs request for a preliminary injunction and appointment of a temporary receiver.

**SO ORDERED.**

Dated:  December 14, 2018
        New York, New York

                                                    Hon. Victor Marrero
                                                    United States District Judge