Case 1:18-cv-11642-VM-DCF Document 17 Filed 12/20/18 Page 1 of 2
Case 1:18-cv-11642-VM Document 13 Filed 12/17/18 Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.) <br><br> *Plaintiff(s)* <br><br> v. <br><br> LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, JIA LIAN, XIAO YU <br><br> *Defendant(s)* | Civil Action No. 1:18-cv-11642-vm |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VINCENT WENYONG SHI
Care of c/o
Law Debenture Corporate Services Inc.
400 Madison Avenue, 4th Floor
New York, New York 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
THE SEIDEN GROUP
Michael D. Cilento, Esq.
469 Seventh Ave., Fifth Floor
New York, New York 10018
646-766-1723
mcilento@seidenlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/17/2018                                             /s/ D. Howie
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vincent Wenyong Shi

was received by me on *(date)* 12/20/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Diana Arios-Hernandez , who is designated by law to accept service of process on behalf of *(name of organization)* Link Motion Inc. on *(date)* 12/20/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/20/2018

Eugene Khorach
Server's signature

Engen Khirakh
Printed name and title

23 Beachview Ave Staten Island NY 10306
Server's address

Additional information regarding attempted service, etc:

At 12:25pm on 12/20/2018 I served the Vincent Wenyong Shi Summons and attached complaint on Ms. Diana Arios-Hernandez, at the office of Law Debenture Corporate Servces Inc., 801 2nd Avenue, Suite 403, New York, NY 10017. Ms. Diaana Arios-Hernandez is an individual with the following identifying information: hispanic, female, approximately 130 pounds, approximately 5 feet 5 inces, black hair, brown eyes.