```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
WAYNE BALIGA, derivatively on       :
behalf of LINK MOTION INC. (F/K/A   :
NQ MOBILE INC.),                    :
                                    :      18 Civ. 11642 (VM)
                       Plaintiff,   :
                                    :
     - against -                    :      ORDER
                                    :
LINK MOTION INC. (F/K/A             :
NQ MOBILE INC.) et al.,             :
                                    :
                       Defendants,  :
                                    :
     - and -                        :
                                    :
LINK MOTION INC. (F/K/A NQ MOBILE   :
INC.),                              :
                                    :
                Nominal Defendant.  :
                                    :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/18

**VERNON S. BRODERICK, United States District Judge.**

On December 14, 2018, the Court entered a temporary restraining order in this matter and directed the parties to submit a joint letter to the Court setting forth a proposed briefing schedule with respect to plaintiff Wayne Baliga's ("Baliga") request for a preliminary injunction and appointment of a temporary receiver. (Dkt. No. 7.) On December 21, 2018, the parties submitted a joint letter notifying the Court that they were unable to agree on a briefing schedule and outlined their respective positions. (Dkt. No. 20.)

Baliga proposes that defendant Link Motion Inc. ("Link Motion") file its opposition briefing by January 14, 2019,

1

with Baliga's reply briefing to be due on January 21, 2019. Link Motion proposes to move the schedule out one week further and thus file its opposition briefing on January 21, 2019, with Baliga's reply briefing to be due on January 28, 2019. In light of the above, it is hereby

**ORDERED** that defendant Link Motion Inc. should file its opposition, not to exceed twelve pages, to plaintiff Wayne Baliga's ("Baliga") request for a preliminary injunction and appointment of a temporary receiver by January 21, 2019. Baliga may submit a reply, not to exceed four pages, by January 28, 2019.

Upon the Court's review of the briefing, the Court will determine whether to schedule a hearing on this matter.

**SO ORDERED.**

Dated:   New York, New York
         27 December 2018

*/s/ Vernon Broderick*
_____
Vernon S. Broderick
U.S.D.J. (Part I)