UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>　　　　　　　　　　Plaintiff,<br>　-against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br>VINCENT WENYONG SHI,<br>JIA LIAN,<br>XIAO YU,<br><br>　　　　　　　　　　Defendants,<br>　-and-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br><br>　　　　　　　　　　Nominal Defendant. | 1:18-cv-11642<br><br>**ORDER TO SHOW CAUSE<br>FOR CONTEMPT** |

Upon the affirmations of Michael D. Cilento, Esq., dated March, 14 2019 and Robert W. Seiden, Esq., dated March 14, 2019 and the exhibits attached thereto; the Memorandum of Law in Support of Order to Show Cause for Contempt dated March 14. 2019; and upon all the pleadings relevant to this action, and with good cause appearing, it is hereby:

ORDERED THAT, Defendant Vincent Shi ("Defendant Shi") show cause before this Court at Room _____, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on _____ ____, 2019, at _____ o'clock in the noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to 18 U.S.C § 401(3) holding Defendant Shi in contempt of this Court's February 1, 2019 Order ("Receivership Order") and issuing a civil capias arrest warrant as a coercive sanction until the time that Defendant Shi complies with the Receivership Order; and

IT IS FURTHER ORDERED THAT that a copy of this Order and the accompanying affirmations, the exhibits thereto, and the Memorandum of Law in Support, shall be served immediately on Defendant Shi by email at [vincent@lkmotion.com](mailto:vincent@lkmotion.com) and by WeChat at +86 135 0123 3445, and that such service shall be deemed good and sufficient service thereof.

**SO ORDERED.**

Dated:   March ____, 2019
         New York, New York

                                   _____
                                   Hon. Victor Marrero
                                   United States District Judge