# Robert W. Seiden

**Court-Appointed Receiver for Link Motion, Inc.**
**Pursuant to The Honorable Victor Marrero**
**United States District Court Southern District of New York**

Robert W. Seiden, Esq. | The Seiden Group
469 Seventh Avenue, 5th Floor
New York, New York 10018
Tel: 212.523.0686

February 8, 2019

2019 年 2 月 8 日

**Via Email / 通过电子邮箱:**

Vincent Shi
史文勇 先生
vincent@lkmotion.com

**IMMEDIATE ATTENTION REQUESTED / TIME SENSITIVE**

**请立即处理**

    **Re:**    **Baliga v. Link Motion Inc. et al., CASE No. 1:18-cv-11642 (United States District Court, Southern District of New York)**

Dear Vincent Shi,

尊敬的史先生,

On February 1, 2019, a United States federal judge ordered that I, Robert W. Seiden, be appointed the Receiver for Link Motion, Inc. (formerly known as NQ Mobile, Inc.) ("Defendant" or "Company"). Please find a copy of the Court Order appointing the Receiver attached.

2019 年 2 月 1 日，美国纽约州联邦法院法官任命本人，罗伯特·塞登，为凌动智行科技有限公司（前身"网秦科技有限公司"，以下简称"被告"或"公司"）的法院指派接管人。接管人法令（以下简称"法令"）在此附上。

Please treat this letter as your opportunity to comply with the Court Order. Should you fail to respond to this letter, and take the actions requested below, I shall seek to remove you from your position at Link Motion, Inc and report this to the judge in New York.

此信函将为您提供一次遵守法院指令的机会。若贵方未能回复此信，或未能遵守本接管人根据法令所提出的以下要求，本人将履行接管人权利，将你在凌动智行的职位免除，并将此决定上呈于纽约法官。

Robert W. Seiden, Esq. | Court-Appointed Receiver

Section 4 of the Court Order states as follows:
The appointment of the Receiver herein is binding upon the Defendants and their past and present directors, officers, senior management, employees, agents, and stockholders of the Company, who shall cooperate with the Receiver in the performance of his duties. Defendants shall not in any way disturb or interfere with the Receiver's performance of his duties under this Order. Any actions to determine disputes relating to the Receiver or his actions shall be filed in this Court.

法令的第四项指出：
指派接管人的法令也将有权限约束被告目前及过去的所有董事，监事，高级管理人员，员工，代理人及股东，并勒令以上人员全面配合接管人的工作。被告不得以任何形式干扰接管人在此法令下所施展的工作。任何关于接管人行为的纠纷应直接以书面形式向法院呈交。

Section 5 of the Court Order states as follows:
The Receiver is authorized to establish and maintain a bank account for the Company in the State of New York to fund the Receivership, including the compensation and expenses of the Receiver, which are subject to the approval of the Court. The Company shall be responsible for funding the Receivership Account and is directed to cooperate with the Receiver in establishing and funding the Receivership Account. The Receivership Account should maintain a minimum balance of $100,000.00 and is to be replenished fully back to this level after any Court approved disbursements.

法令的第五项指出：
接管人有权在纽约州建立一个公司帐号以便资助接管过程，包括接管人对公司的日常支出及接管人费用。这些支出都将呈交法院批准。公司将负责在接管人账号中注入资金，并充分配合接管人以确保账号中资金充足。接管人账号将维持至少十万美元的最低余额，公司亦负责在法院批准的每次付款后往接管人账号里注入额外资金，以确保维持最低余额。

Please immediately fund the Receivership Account with $100,000.00. The wire information for the Receivership Account is as follows:

请从速向接管人账号汇款十万美元。接管人账号电汇信息如下：

Link Motion US, Inc.
101 E. Park Blvd., Suite 600
Plano, TX 75074

Citigroup SWIFT code for international transfer / 国际 SWIFT 代码: CITIUS33
Routing # / 路由代码: 021272655
Account # / 账号: 204451553

Please acknowledge receipt of this letter and contact my in-house counsel Dov Gold, Esq. within 24 hours with any questions at 646-766-1703 or via email at dgold@seidenlegal.com. I look forward to, and thank you for, your prompt response.

Robert W. Seiden, Esq. | Court-Appointed Receiver

请于 24 小时内确认收到此信函，并联系接管人的内部法律顾问 Dov Gold 律师。他的电话号码为 +1 646-766-1703, 电子邮箱为 dgold@seidenlegal.com。我提前感谢您的回复与配合。

Very truly yours,

您诚挚的，

Robert W. Seiden, Esq.
Court-Appointed Receiver for
Link Motion, Inc.

罗伯特·塞登律师
凌动智行科技有限公司接管人

Enclosures

附件