# Robert W. Seiden

**Court-Appointed Receiver for Link Motion, Inc.**
**Pursuant to The Honorable Victor Marrero**
**United States District Court Southern District of New York**

Robert W. Seiden, Esq. | The Seiden Group
469 Seventh Avenue, 5th Floor
New York, New York 10018
Tel: 212.523.0686

February 14, 2019

2019 年 2 月 14 日

<u>**Via Email / 通过电子邮箱**</u>:

Vincent Shi
Vincent@lkmotion.com

**IMMEDIATE ATTENTION REQUESTED / TIME SENSITIVE**

请立即处理

      Re:     **Baliga v. Link Motion Inc. et al., CASE No. 1:18-cv-11642 (United States District Court, Southern District of New York)**

Dear Vincent Shi,

尊敬的史先生，

I previously sent you a letter on February 8, 2019 along with the Court Order appointing me as Receiver for Link Motion, Inc. (the "Company"). You have not responded. As detailed in the Federal Court Order, you have been ordered, as a former director and officer of Link Motion, Inc., to cooperate with me, the Receiver.

本人曾于 2019 年 2 月 8 日向您致函，并通知您关于凌动智行科技有限公司（以下简称"公司"）被接管的事宜。之后，我们曾要求您配合我的代理人在微信上回答一些问题。请配合回答一下的一系列为题。根据联邦法院法令规定，你作为公司的过去董事，应当无条件配合接管人的工作。

Please treat this letter as your opportunity to comply with the court order. Should you fail to respond to this letter, I shall seek to take measures inside of China or elsewhere to hold you accountable which may include seeking criminal contempt in the United States which could cause your immediate jailing. I will also refer this matter to the U.S. Department of Justice, U.S. Embassy in Beijing, the U.S. Securities Exchange Commission, the Ministry of Finance and Commerce of the People's Republic of China, the Public Security Bureau of the People's Republic of China, and

the Social Credit System of the People's Republic of China. I may also pursue litigation against you personally in China, the United States, Hong Kong or other jurisdictions which could leave your personal assets and reputation in jeopardy.

此信函将为您提供一次遵守法院指令的机会。若贵方未能回复此信，或未能遵守本接管人根据法令所提出的以下要求，本人将履行接管人权利在中国境内或境外对你采取行动，包括但不限于向法庭动议将你以藐视法庭罪处置。另外，我还会将此事提交至美国司法部，美国驻北京大使馆，美国证券交易委员会，中华人民共和国商务部，中华人民共和国公安机关以及中国社会信用体系。本人亦可针对你个人在中国，美国，香港特别行政区或其它司法管辖区提出诉讼。届时，你的个人财产或名誉皆有可能受到不良后果。

Please provide answers to the following questions:

请回答以下问题：

Were you involved matters associated with ZhongZhi Hi-Tech Investment's ("ZZ") convertible note?

你是否协助或参与有关中智高科投资集团（译音，以下简称"中智"）公司可转换债券的投资？

Were you involved in matters associated with Tongfang Investment Fund Series SPC ("Tongfong") and the many parties involved in the FL Mobile and Showself divestments and transactions?

你是否协助公司或参与过关于 Tongfang Investment Fund Series SPC（以下简称"Tongfang"）的交易，或参与过秀色娱乐，FL Mobile 或第三方的交易或出售计划？

I have questions regarding possible conflicts of interest between ZZ, yourself, Tongfang Investment Fund Series SPC, and the decisions the Board authorized. Will you cooperate with the Receivership in providing your understanding of these matters, along with any other matters that impact the current state of the Company?

本人就有关中智，史文勇，Tongfang 以及董事会某些决定上的利害冲突有一些相关问题想向你咨询。你可否协助接管人指明道路，并提供任何可能对公司产生冲击事宜的信息？

I can arrange a meeting in China or elsewhere to discuss the above. Please acknowledge receipt of this letter and contact my team via email or WeChat to schedule a call or meeting within the next two days. I look forward to, and thank you for, your prompt response.

我可以在中国或其他地区与你安排一次交谈。请于 2 个工作日内通过电子邮件或微信与我们确认收到此函，并安排通话或会议。我提前感谢你的积极配合。

Very truly yours,

您诚挚的，

*[signature]*

Robert W. Seiden, Esq. | Court-Appointed Receiver

Robert W. Seiden, Esq.
Court-Appointed Receiver for
Link Motion, Inc.

罗伯特·塞登律师
凌动智行科技有限公司接管人

Enclosures

附件

---

Robert W. Seiden, Esq. | Court-Appointed Receiver