# Robert W. Seiden

**Court-Appointed Receiver for Link Motion, Inc.**
**Pursuant to The Honorable Victor Marrero**
**United States District Court Southern District of New York**

Robert W. Seiden, Esq. | The Seiden Group
469 Seventh Avenue, 5th Floor
New York, New York 10018
Tel: 212.523.0686

---

February 26, 2019
2019 年 2 月 26 日

**Via Email / 通过电子邮箱:**

Vincent Shi
Vincent@lkmotion.com

**IMMEDIATE ATTENTION REQUESTED / TIME SENSITIVE**
请立即处理

  Re: Baliga v. Link Motion Inc. et al., CASE No. 1:18-cv-11642 (United States District Court, Southern District of New York)

Dear Vincent Shi,
尊敬的史先生，

I previously sent you letters on February 8 and February 14, 2019 along with the Court Order appointing me as Receiver for Link Motion, Inc. (the "Company"). You have not responded. As detailed in the Federal Court Order, you have been ordered, as a former director and officer of Link Motion, Inc., to cooperate with me, the Receiver. It has also come to my attention that you have caused the change in directors of the company. The above actions are clear violations of the Court Order.

本人曾于 2019 年 2 月 8 日向您致函，并通知你关于凌动智行科技有限公司（以下简称"公司"）被接管的事宜。你未曾回复。联邦法院的法令，因你曾任公司要职，要求你全面配合接管人的工作。我发现你在未经过接管人批准的情况下私自更换了公司董事会成员。此行为已违反联邦法令。

I have now given you ample opportunity to comply with the Court Order. As you have failed to do so, I now plan to seek criminal and civil contempt in the United States which could cause your immediate jailing and restrict your travel and tarnish your reputation.

我已给你充分的时间和机会遵从法令。现在，我准备向你起诉，动议法院追究你藐视法庭的民事及刑事责任。此判决的后果是你将会被立即逮捕，失去旅游权，并影响你的名誉。

---

Robert W. Seiden, Esq. | Court-Appointed Receiver

Please acknowledge receipt of this letter and contact my team via email or WeChat to schedule a call or meeting within the next two days. I look forward to, and thank you for, your prompt response.

我可以在中国或其他地区与你安排一次交谈。请于2个工作日内通过电子邮件或微信与我们确认收到此函,并安排通话或会议。我提前感谢你的积极配合。

Very truly yours,

您诚挚的,

*[signature]*

Robert W. Seiden, Esq.
Court-Appointed Receiver for
Link Motion, Inc.

罗伯特·塞登律师
凌动智行科技有限公司接管人