半夜12:04                               ...   0.1K/s 🕐 ⏽⏽⏽⏽ ᴴᴰ⏽⏽⏽⏽ 📶 (75)

&lt;                    Details of Call Records
                          通话记录详情

March 5, 2019  5:29PM
3月5日 下午5:29                                    Failed
13501233445 ↗                                  未接通 [1]

February 8, 2019  8:27AM
2月8日 上午8:27                                    Failed
13501233445 ↗                                  未接通 [1]

February 7, 2019  11:15AM
2月7日 上午11:15                                   Failed
13501233445 ↗                                  未接通 [1]

February 6, 2019  4:12PM
2月6日 下午4:12                                    Failed
13501233445 ↗                                  未接通 [1]

February 6, 2019  10:11AM
2月6日 上午10:11                                   Failed
13501233445 ↗                                  未接通 [1]

February 6, 2019  10:07AM
2月6日 上午10:07                                New Contact
135 0123 3445 ⊕                                新建联系人

            📼              ▭              🗑
        显示通话录音      显示通话便签     删除通话记录

                  ≡              ○              ＜