关于媒体对凌动智行公司实际控制权不实报道的声明

凌动智行　Today

凌动智行 link motion

　　3月12日，有媒体就凌动智行公司控制权等问题发表题为《凌动智行接管人宣布解雇史文勇 本周五将接管公司控制权》的不实报道。该报道所据事实不清，单方面采信一方信息源，造成股东、公众、媒体、员工等对公司误解。

　　为澄清事实、消除影响，经公司董事会和多数股东一致表决，做出如下决议：

　　1、鉴于公司日常经营正常，股东会、董事会健全，小股东诉讼行为没有事实和法律依据，美国和香港法院不具备司法管辖权，司法程序尚未进入实体审判，因此可认定小股东要求接管公司完全是无效行为，且严重侵犯了多数股东和公司的合法权益；

　　2、授权公司管理层代表公司和多数股东依法追究小股东和相关责任人给公司和主要股东造成的损失；要求相关媒体立即停止不实报道；委派律师对美国和香港法院的越权管辖提出异议；

　　3、要求公司管理层继续履职，保持公司正常经营。

　　希望媒体、公众知晓事实，分辨不实信息，消除不实信息所带来的负面影响，在此一并感谢！

# LINK MOTION, INC.

On March 12th, certain media has published a false article entitled "LKM Receiver Announces Dismissal of Shi Wenyong and Will Take Over Company on Friday." The facts of this article are clearly one-sided, ambiguous and erroneous, creating misunderstandings to shareholders, the public, the media, employees, etc.

In order to clarify the facts and eliminate unwanted influence, the Company's board of directors and majority shareholders voted unanimously to make the following resolutions:

1. In view of the normal and sound daily operation of the company, the shareholders' meeting and the board of directors, the minority shareholders' litigation has no factual and legal basis. The US and Hong Kong courts do not have jurisdiction over the Company, and there is no official judicial process being initiated. Therefore, it can be determined that the minority shareholders' intent to take over the Company is completely invalid, and such act has seriously violated the legitimate rights and interests of majority shareholders and the Company;

2. Authorize the management and board of the Company to pursue the losses caused by the minority shareholders and related responsible individuals to the Company and major shareholders to the Company and majority shareholders; request the aforementioned media to immediately cease and desist false reports; and retain lawyers to challenge the jurisdiction of the U.S. and Hong Kong courts;

3. Require the management of the company to continue to perform its duties and keep the company in normal operation.

I hope that the media, the public can distinguish the facts from false information, and help eliminate the negative impact of the false information. Thank you!