# Silverman, Marc

| | |
|---|---|
| **From:** | Vincent Shi <vincent@lkmotion.com> |
| **Sent:** | Monday, February 04, 2019 2:25 AM |
| **To:** | Schechtman, Caryn G. |
| **Cc:** | Silverman, Marc |
| **Subject:** | Re: Baliga v. Link Motion Inc., et al., No. 1:18-cv-11642-VM (S.D.N.Y.) -PLEASE RESPOND |

**[EXTERNAL]**

Confirmed

发自我的 iPhone

在 2019年2月4日，09:05，Schechtman, Caryn G. <caryn.schechtman@dlapiper.com> 写道：

> Vincent,
>
> As recently discussed on the phone, DLA will be seeking to withdraw as counsel for Link Motion Inc. ("Link Motion") in the litigation titled *Baliga v. Link Motion Inc., et al.*, No. 1:18-cv-11642-VM (S.D.N.Y.) (the "Litigation") as a result of Link Motion's failure to pay DLA's invoices and Link Motion's failure to promptly respond to DLA's inquiries regarding the Litigation.  In our call, you informed me that Link Motion does not have sufficient assets to pay DLA's legal fees, and that Link Motion consented to DLA's withdrawal.
>
> Kindly respond to this email with the word "Confirm" to re-confirm Link Motion's consent to DLA's withdrawal as counsel in this matter.
>
> Thank you,
>
> Caryn

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any