UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE BALIGA, derivatively on behalf of
LINK MOTION INC. (F/K/A NQ MOBILE INC.)

                      Plaintiff,

-against-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYONG SHI,
JIA LIAN,
XIAO YU,

                      Defendants,

-and-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),

                      Nominal Defendant.

1:18-cv-11642

**ORDER TO SHOW CAUSE
FOR CONTEMPT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____3_____
DATE FILED: __3/15/19__

---

Upon the affirmations of Michael D. Cilento, Esq., dated March, 14 2019 and Robert W. Seiden, Esq., dated March 14, 2019 and the exhibits attached thereto; the Memorandum of Law in Support of Order to Show Cause for Contempt dated March 14, 2019; and upon all the pleadings relevant to this action, and with good cause appearing, it is hereby:

ORDERED THAT, Defendant Vincent Shi ("Defendant Shi") show cause before this Court at Room _11B_, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on _March 29_, 2019, at _9:30 a.m._ o'clock in the noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to 18 U.S.C § 401(3) holding Defendant Shi in contempt of this Court's February 1, 2019 Order ("Receivership Order") and issuing a civil capias arrest warrant as a coercive sanction until the time that Defendant Shi complies with the Receivership Order; and

IT IS FURTHER ORDERED THAT that a copy of this Order and the accompanying affirmations, the exhibits thereto, and the Memorandum of Law in Support, shall be served immediately on Defendant Shi by email at vincent@lkmotion.com and by WeChat at +86 135 0123 3445, and that such service shall be deemed good and sufficient service thereof.

**SO ORDERED.**

Dated: March 15, 2019
New York, New York

Hon. Victor Marrero
United States District Judge