UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of<br>LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>        Plaintiff,<br>    -against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br>VINCENT WENYONG SHI,<br>JIA LIAN,<br>XIAO YU,<br><br>        Defendants,<br>    -and-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br><br>        Nominal Defendant. | 1:18-cv-11642<br><br>**STIPULATION FOR EXTENSION<br>OF BRIEFING SCHEDULE** |

Whereas on March 29, 2019, the parties appeared before the Court for a show cause hearing. At the hearing, a briefing schedule was set in regard to Defendant Vincent Shi's motion dated March 27, 2019 (the "Motion"). Plaintiff's response is currently due April 19, 2019, and Defendant Shi's reply is due May 10, 2019;

Whereas Plaintiff is requesting a short one-week extension of time to submit its response to the Motion, and whereas Plaintiff has not made any prior such requests;

IT IS THUS HEREBY STIPULATED AND AGREED AS FOLLOWS, SUBJECT TO APPROVAL OF THE COURT:

Plaintiff's response shall be due on April 26, 2019.

Defendant's reply shall be due on May 17, 2019.

Respectfully submitted on April 15, 2019:

Michael D. Cilento, Esq.
**The Seiden Group**
469 Seventh Avenue, Suite 502
New York, NY 10018
646-766-1723
mcilento@seidenlegal.com

*Attorneys for Plaintiff*

Michael James Maloney, Esq.
**CKR Law**
1330 Avenue of the Americas
New York, NY 10019
646-564-3510
mmaloney@ckrlaw.com

*Attorneys for Defendant Vincent Shi*

**IT IS SO ORDERED.**

Dated: 16 April 2019

Enter:

Hon. Victor Marrero
United States District Judge