# Robert W. Seiden

**Court-Appointed Receiver for Link Motion, Inc.
Pursuant to The Honorable Victor Marrero
United States District Court Southern District of New York**

Robert W. Seiden, Esq. | The Seiden Group
469 Seventh Avenue, 5th Floor
New York, New York 10018
Tel: 212.523.0686

March 14, 2019

2019 年 3 月 14 日

**Via Email / 通过电子邮箱**

| Wenyong Vincent Shi 史文勇 | vincent@lkmotion.com |
| Jia Lian 连佳 | lianjia8123@sina.com |
| Lingyun Guo 郭凌云 | guolingyun@lkmotion.com |
| Tiewei Li 李铁巍 | litwxd@sina.com |
| Jun Zhang 张潇 | zzlangk@icloud.com |
| Xichun Wu 吴喜春 | wuxichun@zhusr-capital.com |
| Shengli Chen 陈胜利 | CSL_FFC@163.com |
| 此电子邮箱收件人 | 842460194@qq.com |

To/至

The Board of Directors of NQ Mobile (Beijing) Co. Ltd. and Beijing NQ Technology Co. Ltd. and all other Link Motion, Inc. related and subsidiary companies:

网秦无限（北京）科技有限公司，北京网秦天下科技有限公司，凌动智行（北京）科技有限公司；北京网秦移动科技有限公司；及凌动智行所有相关子公司董事会；

**IMMEDIATE ATTENTION REQUESTED / TIME SENSITIVE**

请立即处理

The U.S. Court-Appointed Receiver of Link Motion, Inc. ("LKM" or the "Company") has exercised his authority to remove Wenyong Shi as Chairman and CEO, effective immediately.

凌动智行法院指派的接管人已行使其特权，决定立即将史文勇从公司董事会移除，并将其在公司的所有职务予以革职。

Robert W. Seiden, Esq. | Court-Appointed Receiver

The Receiver has appointed Mr. Lilin "Francis" Guo, a respected China businessman and shareholder in Link Motion Inc., to succeed as Chairman. Further, the Receiver, as sole shareholder of the Company pursuant to an order of the U.S. Federal Court of Southern District of New York and as co-receiver in Hong Kong pursuant to an order of the High Court of the Hong Kong Special Administrative Region, has secured certain resolutions to effectively change the corporate structure of Link Motion, Inc. and vests control of the onshore China entities to the U.S. Receiver, Hong Kong Co-Receivers and the newly appointed chairman Mr. Guo. The Receiver also recently appointed Matthew Mathison as Official Advisor to the Receiver. Mr. Mathison had previously served as Vice President of the Capital Markets Department for LKM in the United States.

接管人已指派郭力麟为凌动智行新任主席及董事长，接替史文勇的所有职务。郭力麟是凌动智行的股东，并在中国商界享有一定的名誉。此外，接管人作为凌动智行唯一股东，已根据美国纽约联邦南区法院及香港特别行政区高等法院的指令合法通过决议，将中国内部的所有与凌动智行有关的公司管辖权交接于美国接管人，香港联合接管人及公司新主席郭力麟先生。同时，接管人近期也指派 Matthew Mathison 先生为接管人的特别顾问。Mathison 先生曾任凌动智行美国资本市场部门的副主席。

The Receivership Order granting control of LKM to the Receiver is on behalf of all LKM shareholders and for the benefit of all LKM shareholders, not just minority shareholders. In the Complaint filed with the U.S. Federal Court, Shi is alleged to have violated and breached his duties of loyalty and trust with the Company and all its shareholders. Mr. Shi has not responded at all to these allegations and must now step aside.

特此说明，根据接管人法令，接管人所赋有的权利是代表公司所有股东及他们的权益，并不限于代表小股东。在美国联邦法院的起诉状中，史文勇违背了对公司忠诚的责任，未能行使对所有股东所应承担的责任，并辜负了公司及股东的信任。史文勇因从未对这些指控作出明确表态，所以现在必须下台。

Link Motion, Inc. is a company subject to the United States court jurisdiction and the Jurisdiction of Hong Kong because that is where they set up the companies. The court in both the United States and in Hong Kong recognized that Shi has engaged in conduct that violates the law and is required to comply with the court orders. Shi's continual self-denial about his requirements to comply with the U.S. and Hong Kong courts will result in drastic results for Shi personally. All employees should cooperate with the court orders. The Receiver has asked the judge to find Shi in contempt of court for his actions in not complying and trying to obstruct the receiver. The judge will soon decide whether to hold Shi in contempt of court, issue arrest warrant and order him jailed. This will be sent to Interpol as well.

凌动智行因在美国与香港成立了公司，所以美国和香港法院对凌动智行有绝对的管辖权。美国和香港法院裁决史文勇利用其公司高管职务之便的一些行为已构成违法，并要求其配合遵守法院指令。接管人已向法院动议追究史文勇藐视法庭及阻挠接管人工作的刑事责任。纽约联邦法院法官也将很快决定史文勇的刑事责任并颁发针对他的逮捕令。此令将会发至国际刑警组织。

Robert W. Seiden, Esq. | Court-Appointed Receiver

Therefore, upon receipt of this termination letter, Wenyong Shi must exit the premises promptly as failure to do so will result in further criminal sanctions against him in the United States, Hong Kong and/or People's Republic of China. Wenyong Shi is to provide the chop to Mr. Guo.

在接收到此函后，史文勇必须立即从凌动智行公司经营地址撤离。若史文勇未能遵守此令，接管人将在美国，香港及中国内地向追究其其他刑事责任。另外，史文勇应立即将公司印章交至郭力麟先生管理。

The Office of Court-Appointed Receiver
法院指定接管人办公室

cc / 抄送：
Lauren Lau, KLC Corporate Advisory and Recovery Limited (Office of the Hong Kong Co-Receiver)
Francis Guo (Chairman)
Frank Li (Agent to the Receiver)
Steven Seiden, Esq. (Counsel to the Receiver)
Matt Mathison (Official Advisor to the Receiver)
Randall Arthur (Kobre & Kim, Hong Kong)
Shaun Wu (Kobre & Kim, PRC)

Robert W. Seiden, Esq. | Court-Appointed Receiver