**From:** ████████████████████
**Subject: Re: Important Message from Receiver**
**Date:** March 28, 2019 at 7:37:43 AM CDT
**To:** Matt Mathison <matthewmathison@gmail.com>

```
I'm glad to receive your email.

Because the employees were owed wages, most of the company's employees have resigned.
Shi Wenyong has set up a new company, ███████████████████████████████████████
███████████████████████
signed, I am confused about this situation now. I also don't know when you can take
over the company. Do I have to work in a new company?

I very much hope that lkmforward can quickly take over the company and get the company
back on track.

The administrator account of each app and advertisement of the company is mastered by
Mr. Wu Xiaohua, and he is also responsible for the management of related servers.
```



```
Best regards!
```

On Tue, Mar 26, 2019 at 9:53 PM Matt Mathison <matthewmathison@gmail.com> wrote:
Dear Tony,

I greatly appreciate your willingness to help the Receiver.  As you know, the Receiver is acting with the authority of the courts and law and is working to do everything in its power to help Link Motion (and all its related subsidiaries) recover.  It is going through a step-by-step process and following all proper and legal procedures to do this.  While it appears quiet from the public's view, I want you to know that the Receiver is doing many things necessary to be in position to have success in China.  Up to now, as you know Vincent and other directors have not cooperated, but this is not stopping the Receiver's actions.

In the meantime, there is something that you can do that would be very helpful to the Receiver.

████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████  Would you be able to provide to the Receiver (all copied here) with the complete list of applications (including the complete App names as recognized on the various app stores including Google Play and Apple) that you know are still in market and still generating either subscription or advertising-based revenues?

Once we have the complete list of full names (the official names that would be known to Google, Facebook, Apple, etc) — we will be in position to help ensure that these apps and their related revenues are not being misappropriated to other entities outside of the Company (Receiver's control).  ████████████████████████████████████
████████████████████████████████████████████████████████████████████████████

If you could provide the list of apps, the place where these apps are hosted, the accounts that support the advertising generation and where the revenues are being deposited by Facebook, Google, etc — the Receiver would be very appreciative.

After the Receiver reviews — we can then discuss how to best proceed to ensure that these apps and their revenues and profits are correctly pointed to the Receiver's estate, on behalf of the Company.

Also, please confirm that the users of these apps, and the revenues generated by the advertising in them, are all from users outside of China, correct?  Meaning, these are in the US, Latin America, Southeast Asia, and Europe, correct?

Thanks for this and if you would prefer, we could set up a WeChat call to discuss with the Receiver directly.

Thanks for your help and we look forward to all doing our best to help the Receiver successful restore the company to its rightful state.

Let me know if you have any questions.
Matt Mathison