## Chat History for ▮▮▮▮ and Matt Mathison

*2019-3-19 ~ 2019-3-21*

**▮▮▮▮** — 3-19 1:54 PM
Matt, are you continent now? I'd like to talk to you an emergency happened in NQ last night.

**Matt Mathison** — 3-19 2:06 PM
[Call]

**Matt Mathison** — 3-19 2:07 PM
send me the names of those people helping Vincent

**Matt Mathison** — 3-19 2:07 PM
destroy accounting and legal documents

**Matt Mathison** — 3-19 2:07 PM
etc

**▮▮▮▮** — 3-19 2:15 PM
Vincent Shi, Zhigang Chen, Ming Zhang, Yingli Liu, Yue Wang and others. I need to confirm other's names.

**▮▮▮▮** — 3-19 2:17 PM
I will call them to confirm other's exact names.

**Matt Mathison** — 3-19 2:17 PM
ok -- you can send chinese names too -- so we make sure we are accurate

**▮▮▮▮** — 3-19 2:20 PM
史文勇，陈志刚（男 Vincent助理）、张敏（女 飞流CEO）、刘颖丽（女 网秦出纳）、于悦

（女 网案行政）

                              3-19 2:25 PM

I called them, but my calling can't put through, probably it is midnight now.

                              3-19 6:35 PM

Hi Matt, I confirmed other's exact names as below:

                              3-19 6:36 PM

李蕾（女 Vincent 助理）、刘艺兵（男 Vincent的亲戚）、吴晓华（男 技术副总裁）、吴晓龙（男 系统运维工程师）、徐英（女 董秘）

                              3-19 6:39 PM

All these persons including the names I sent you this morning were involved in removing accounting,legal documents and damaging operating data systems and contract managing system.


Matt Mathison                   3-19 6:41 PM

Do you think that employees will report these illegal actions to the police if we provide them with proper support and assistance to do so? Becuase obviusly the destruction of company property and the obstruction by moving them is clearly illegal

                              3-19 6:44 PM

I don't think they reported polices, because most people just know removing the documents to another place. For Vincent group, the names I sent you, they never reported ~~the polices.~~



Matt Mathison     3-19 6:46 PM

my question is, do you think they will report to the police -- if we provide them with the supporting materials to do so?

3-19 6:48 PM

I'm not sure they will do it

3-19 6:50 PM

In fact, in past few months, they tried their best to report polices about Vincent illegal actions, no any feedback gave them from polices. This is why most employees feel very disappointed.

3-19 6:52 PM

Now they are hoping international policies can involve in and give them a clear answer.



Matt Mathison     3-19 6:55 PM

We are on it

3-19 6:58 PM

Because many honest employees reported to polices many times, they didn't receive any feedback, Vincent told them, the judgement from American court is no affect in China.

3-19 8:51 PM







3-19 8:54 PM

This remover firm has worked on NQ removing. They know the exact address of the documents new place.

Matt Mathison     3-19 10:07 PM

Hi ▓▓▓▓▓ please see if any of the employees can provide evidence of these things. Did anyone take a picture or video? If the employees can provide eveidence it will help the Reciever and international police efforts



3-19 10:21 PM

Ok, I will try to do.

3-19 11:48 PM



3-19 11:48 PM





▇▇▇    3-19 11:48 PM



▇▇▇    3-19 11:48 PM





3-19 11:49 PM



3-19 11:49 PM

Chat History for ▇▇▇ and Matt Mathison



▇▇▇     3-19 11:49 PM



▇▇▇     3-19 11:50 PM

I don't know if these pictures will be useful as



3-19 11:49 PM

飞流封箱清单

| 箱号 | 封箱内容 | 数量 |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | 2015年以前各公司凭证 | 17箱 |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | BJ飞流2016年1-6月凭证 | 48册 |
| 19 | BJ飞流2016年7-9月凭证 | 46册 |
| 20 | BJ飞流2016年10-12月凭证、开曼INC资料 | 22册 |
| 21 | BJ飞流2017年1-4月凭证 | 36册 |
| 22 | BJ飞流2017年5-7月凭证 | 30册 |
| 23 | BJ飞流2017年8-10月凭证、2017年全年发票 | 33册 |
| 24 | BJ飞流2017年11-12月凭证 | 29册 |
| 24 | CD飞流2016年1-12月凭证 | 4册 |
| 24 | CD飞流2017年1-12月凭证 | 13册 |
| 25 | SH飞流2016年1-12月凭证 | 50册 |
| 25 | SH飞流2017年1-12月凭证 | 24册 |
| 26 | HK飞流2016年1-12月凭证 | 8册 |
| 26 | HK飞流2017年1-12月凭证 | 10册 |
| 26 | HK飞流2014年2-12月凭证 | 3册 |
| 26 | 开曼INC2017年1-12月凭证 | 1册 |
| 27 | 2012年-2017年银行对账单、银行余额调节表、现金盘点表、资金组历史资料 | 1箱 |
| 28 | 各公司税务资料 | 2箱 |
| 29 | 韩国飞流2016年7月-2018年12月凭证、其它资料 | 35册 |
| 30 | 台湾网乐公司2014年1-12月凭证、发票 | 1箱 |
| 31 | 帆悦资料 | 1箱 |
| 32 | | |