### Chat History for ▮▮▮▮▮ and Matt Mathison

---  2019-3-18  ---

 **▮▮▮▮**   10:11
On Monday, NQ was noticed Vincent is legally restricted to taking airplane, taking high-speed rail, high consummation and so on by Beijing Arbitration Commission after he was charged with arrears employees wages.

**Matt Mathison**   10:13
So he is restricted by the government

 **▮▮▮▮**   10:15
Yes, from yesterday Beijing time. I knew this last night.

   10:16
But this restriction is just issued by Beijing Arbitration Commission, not Beijing Court.

   10:18
Your Chinese legal consultant knows its legal force. I think It is weaker than court force.

**Matt Mathison**   10:24
Ok -- was this made public somehow?  Or did you just hear it from others?

**Matt Mathison**   10:24
is there any formal source stating this?

 **▮▮▮▮**   10:24
I just heard from other. But I'm pretty sure this is true.

10:26

Maybe you can find the source from BAC official website.

10:31

So I don't know if his restriction will affect the arrest warrant issued by NY court. I suggest you'd better to ask for your legal consultants.

Matt Mathison   10:32

thanks

20:12



·ııl 中国移动 4G　　　　　上午8:52　　　　　

zxgk.court.gov.cn

北京市东城区人民法院
限制消费令

(2019) 京0101执1691号

北京飞流九天科技有限公司

　　本院于2019年02月13日立案执行申请人穆松涛申请执行你单位国内非涉外仲裁裁决一案，因你单位未按执行通知书指定的期间履行生效法律文书确定的给付义务，本院依照《中华人民共和国民事诉讼法》第二百五十五条和《最高人民法院关于限制被执行人高消费及有关消费的若干规定》第一条、第三条的规定，对你单位采取限制消费措施，限制你单位及你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）史文勇不得实施以下高消费及非生活和工作必需的消费行为：（一）乘坐交通工具时，选择飞机、列车软卧、轮船二等以上舱位；（二）在星级以上宾馆、酒店、夜总会、高尔夫球场等场所进行高消费；（三）购买不动产或者新建、扩建、高档装修房屋；（四）租赁高档写字楼、宾馆、公寓等场所办公；（五）购买非经营必需车辆；（六）旅游、度假；（七）子女就读高收费私立学校；（八）支付高额保费购买保险理财产品；（九）乘坐G字头动车组列车全部座位、其他动车组列车一等以上座位等其他非生活和工作必需的消费行为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为



20:12

·ııl 中国移动 4G　　　　　上午8:53　　　　　

zxgk.court.gov.cn

止的消费活动的，应当向本院提出申请，获批准后方可进行。

　　如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留，情节严重

为。如你单位（法定代表人、主要负责人、影响债务履行的直接责任人员、实际控制人）因私消费以个人财产实施前述行为

20:12

📶 中国移动 4G　　上午8:53

zxgk.court.gov.cn

止的消费活动的，应当向本院提出申请，获批准后方可进行。

如违反限制消费令，经查证属实的，本院将依照《中华人民共和国民事诉讼法》第一百一十一条的规定，予以罚款、拘留；情节严重，构成犯罪的，依法追究刑事责任。

此令

二〇一九年三月十五日