

**CKR | law**

GLOBAL PRESENCE. LOCAL EXPERTISE.

AKRON | ATLANTA | BEIJING | BELIZE | BOSTON | BRAZIL | BRITISH VIRGIN ISLANDS
CANADA | CAPE TOWN | CLEVELAND | DJIBOUTI | DUBAI | GUANGZHOU | HARTFORD
HONG KONG | ISTANBUL | JERICHO | JOHANNESBURG | LONDON | LOS ANGELES | MIAMI
MEXICO CITY | MILAN | MOSCOW | NAPLES | NEW YORK | NYON | ORANGE COUNTY
ORLANDO | OSAKA | PANAMA CITY | PARIS | PHILADELPHIA | ROME | SAN DIEGO
SAN FRANCISCO | SEADOONE | SEATTLE | SEYCHELLES | SHANGHAI | ST. PETERSBURG
TEL AVIV | TOKYO | TRINIDAD AND TOBAGO | WASHINGTON, D.C | WILMINGTON

ckrlaw.com

Michael J. Maloney
Partner
mmaloney@ckrlaw.com
T +1.212.259.7300

April 24, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/19

*By Fax - (212) 805-6382*

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 1040
New York, NY 10007

Re:    *Baliga v. Link Motion Inc. et al.*, Case No. 1:18-cv-11642-VM

Dear Judge Marrero,

This firm represents defendant Vincent Wenyong Shi in the above-referenced action. We write in reference to the letter dated April 16, 2019 submitted to the Court by Robert W. Seiden, Esq., the Court-appointed temporary receiver (the "Receiver") for Link Motion Inc. (Dkt. 43), which includes an interim status report and a request for approval of payment of invoices of the Receiver and the Receiver's foreign counsel.

On March 27, 2019, Mr. Shi filed a motion to dismiss all claims as against Mr. Shi, to dissolve the preliminary injunction entered on February 1, 2019, and to discharge the Receiver (Dkt. 35-37). Plaintiff's opposition is due on April 26, 2019 and Mr. Shi's reply is due on May 17, 2019.

During the March 29, 2019 oral argument that was previously scheduled to address plaintiff's request for a contempt order against Mr. Shi, the Court noted that Mr. Shi raised a substantial issue regarding the validity of the receivership order as to him and that, prior to full briefing, the Court was not yet prepared to address this issue or the issues raised in Mr. Shi's motion to dismiss. Your Honor further stated that until the Court can address the legal issues raised by Mr. Shi's motion, the Court would not make any determination on plaintiff's request for a contempt order against Mr. Shi.

Based on the foregoing, Mr. Shi requests that the Court defer ruling on the Receiver's request for payment until after the Court rules on Mr. Shi's motion. Mr. Shi further requests, following the Court's ruling on his motion, the opportunity to respond to the items set forth in the Receiver's interim report and request for payment.

Thank you for your consideration of this matter.

1330 Avenue of the Americas | New York, New York 10019
T +1.212.259.7300 | F +1.212.259.8200

Hon. Victor Marrero
April 24, 2019
Page 2 of 2

Sincerely,

Michael James Maloney

mjm:MJM

cc (via email):   Robert W. Seiden, Esq.
                  *Court-Appointed Temporary Receiver*
                  *for Link Motion, Inc.*

                  Michael D. Cilento, Esq. (via ECF)
                  *Attorney for Plaintiff*

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by defendant Vincent Wenyong Shi.

SO ORDERED.

4-29-19
DATE

VICTOR MARRERO, U.S.D.J.

---

1330 Avenue of the Americas | New York, New York 10019
T +1.212.259.7300 | F +1.212.259.8200