```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
WAYNE BALIGA, derivatively on        :
behalf of Link Motion Inc.           :
                                     :
                Plaintiff,           :    18 Civ. 11642 (VM)
                                     :
     - against -                     :    ORDER
                                     :
LINK MOTION INC. (F/K/A NQ MOBILE    :
INC.) et al.,                        :
                                     :
                Defendants.          :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

On February 1, 2019, this Court granted plaintiff Wayne Baliga's ("Baliga") request for a preliminary injunction against, and appointment of Robert Seiden ("Seiden") as temporary receiver over, defendant Link Motion Inc. ("Link Motion"). (See Dkt. No. 26.)

By letter dated April 17, 2019, Seiden filed an interim report describing his efforts to date. (See "April 17, 2019 Letter," Dkt. No. 43.) In that April 17, 2019 Letter, Seiden requested permission to disburse payment to professionals that have been working on Seiden's and Link Motion's behalf from the funds received in an escrow account, and he attached detailed invoices for the Court's review and approval. (See id. at 4.) Defendant Vincent Wenyong Shi ("Shi") opposes the request, asking instead for the Court to defer approving the

1

payments until the resolution of Shi's motion to dismiss. (See Dkt. No. 53.)

The Court has reviewed the invoices, filed under seal, attached to the April 17, 2019 Letter, representing work already done on behalf of Seiden and Link Motion. The Court finds that the costs, hours, rates, and activities listed in the invoices to be reasonable, and sees no reason to defer payment to these professionals for services already rendered.

Accordingly, for the reasons stated above it is hereby,

**ORDERED** that the motion of temporary receiver Robert Seiden for permission to disburse payment of invoices to professionals as set forth in the April 17, 2019 Letter and attachments is **GRANTED**.

**SO ORDERED.**

Dated:   New York, New York
         29 April 2019

_____
VICTOR MARRERO
U.S.D.J.