UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of<br>LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>                  Plaintiff,<br>    -against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br>VINCENT WENYONG SHI,<br>JIA LIAN,<br>XIAO YU,<br><br>                  Defendants,<br>    -and-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br><br>                  Nominal Defendant. | Civil Action No.: 1:18-cv-11642<br><br>**STIPULATION FOR<br>EXTENSION OF BRIEFING<br>SCHEDULE** |

WHEREAS, Defendant Vincent Wenyong Shi's reply in regard to Shi's motion dated March 27, 2019 (Dkt. 35) is currently due on May 17, 2019;

WHEREAS Defendant Shi is requesting a short extension of time to submit his reply and response to additional allegations submitted by Plaintiff in his reply in support of Plaintiff's motion for contempt, and whereas the briefing schedule was previously extended by one week upon Plaintiff's request;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court that Defendant Shi's reply shall be due on May 22, 2019.

Dated: New York, New York
         May 17, 2019

{00218053.1 / 4196.001}

| | |
|---|---|
| The Seiden Group | CKR LAW LLP |
|   |   |
|   /s/ *Michael Cilento*   |   /s/ *Michael James Maloney*   |
| Michael D. Cilento, Esq. | Michael James Maloney, Esq. |
| 469 Seventh Avenue, Suite 502 | 1330 Avenue of the Americas, 14th Floor |
| New York, NY 10018 | New York, NY 10019 |
| (646) 766-1723 | (212) 259-7300 |
| mcilento@seidenlegal.com | mmaloney@ckrlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Vincent Wenyong Shi* |

IT IS SO ORDERED.                                              Enter:

Dated: _____                                    _____

                                                                                            Hon. Victor Marrero
                                                                                            United States District Judge