USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/19

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
WAYNE BALIGA, derivatively on        :
behalf of Link Motion Inc.           :
                                     :
                    Plaintiff,       :     18 Civ. 11642 (VM)
                                     :
    - against -                      :     ORDER
                                     :
LINK MOTION INC. (F/K/A NQ MOBILE    :
INC.) et al.,                        :
                                     :
                    Defendants.      :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

On February 1, 2019, this Court granted plaintiff Wayne Baliga's ("Baliga") request for a preliminary injunction against, and appointment of Robert Seiden ("Seiden") as temporary receiver over, defendant Link Motion Inc. ("Link Motion"). (See Dkt. No. 26.)

On April 17, 2019, Seiden filed an interim report and his first fee application. (See Dkt. No. 43.) The Court approved the first fee application, rejecting Defendant Vincent Wenyong Shi's request to defer payments until the resolution of his motion to dismiss. (See Dkt. No. 54.)

By sealed letter dated May 16, 2019 (the "May 16, 2019 Letter"), Seiden submits a second fee application, similarly seeking permission to disburse interim payments for services rendered thus far.

1

The Court has reviewed the invoices, also filed under seal, attached to the May 16, 2019 Letter, representing work done by and on behalf of Seiden and Link Motion. The Court finds that the costs, hours, rates, and activities listed in the invoices to be reasonable.

Accordingly, for the reasons stated above it is hereby,

**ORDERED** that the motion of temporary receiver Robert Seiden for permission to disburse payment of invoices and costs to professionals as set forth in the May 16, 2019 Letter and attachments is **GRANTED**.

**SO ORDERED.**

Dated:   New York, New York
         22 May 2019

                                    _____
                                    VICTOR MARRERO
                                         U.S.D.J.