USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/1/19__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BALIGA, derivatively on behalf of
LINK MOTION INC. (F/K/A NQ MOBILE INC.)

                        Plaintiff,
            -against-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYONG SHI,
JIA LIAN,
XIAO YU,

                        Defendants,
            -and-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),

                        Nominal Defendant.

1:18-cv-11642

**ORDER**

On February 1, 2019, this Court granted plaintiff Wayne Baliga's ("Baliga") request for a preliminary injunction against, and appointment of Robert Seiden ("Seiden") as temporary Receiver over, defendant Link Motion, Inc. ("Link Motion"). (See Dkt. No. 26.)

On April 17, 2019, Seiden filed an interim report and his first fee application, (See Dkt. No. 43.) The Court approved the first fee application. By sealed letter dated May 16, 2019, Seiden submitted a second fee application, similarly seeking permission to disburse interim payments for services rendered thus far. The Court approved the second fee application (See Dkt. No. 59.)

By sealed letter dated June 25, 2019 (the "June 25, 2019 Letter"), Seiden submits a third fee application, similarly seeking permission to disburse interim payments for services rendered thus far.

The Court has reviewed the invoices, also filed under seal, attached to the June 25, 2019 Letter, representing work done by and on behalf of Seiden and Link Motion. The Court finds that the costs, hours, rates, and activities listed in the invoices to be reasonable.

Accordingly, for the reasons stated above it is hereby,

ORDERED that the motion of temporary Receiver Robert Seiden for permission to disburse

payment of invoices and costs to professionals as set forth in the June 25, 2019 Letter and attachments

is GRANTED.

**SO ORDERED.**

Dated:   New York, New York
         27 June 2019

Hon. Victor Marrero
United States District Judge