UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE BALIGA, derivatively on behalf of
LINK MOTION INC. (F/K/A NQ MOBILE INC.)

            Plaintiff,
  -against-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYONG SHI,
JIA LIAN,
XIAO YU,

           Defendants,
  -and-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),

           Nominal Defendant.

1:18-cv-11642

DECLARATION OF SERVICE

---

## DECLARATION OF SERVICE BY BING WANG
### 王兵 的法律程序送达宣誓书

1. I am a Chinese citizen and resident, I am over the age of 18, and I am not a party to this action.

我是中国公民和居民。我年满 18 岁。我不属于此诉讼中的任何一方。

2. On July 22, 2019, at or around 11:20 a.m. (Beijing Time), at Beijing Dadi Law Firm, 3rd Floor of CTSHK Building, No. 338 Guang An Men Nei Street, Xicheng District, Beijing, I served Wenyong "Vincent" Shi the Amended Summons In a Civil Action dated 6/26/2019 and Amended Complaint dated 6/21/2019, by handing the document to Vincent Shi, who personally identified himself.

本人于 2019 年 7 月 22 日北京时间大约早上 11 点 20 分，在北京港中旅大厦大地律师事务所会议室（地址北京市西城区广安门内大街 338 号）向史文勇递交了 6/21/19 的修订版诉状和法院 6/26/2019 颁发的传票。史文勇亲自说明了自己的身份。

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

根据 28 U.S.C. 1746，保证以上信息是准确的，如有虚假，愿接受美国法律处罚。

Executed on July 23, 2019
签署日  2019 年 7 月 23 日

_____
Bing Wang （王兵）