UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
WAYNE BALIGA, derivatively on behalf of :
LINK MOTION INC. (F/K/A NQ MOBILE INC.) :
:
                             Plaintiff, :
:
    - against - :
:
LINK MOTION INC. (F/K/A NQ MOBILE INC.), et al., :
:
                            Defendants. :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/19

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

18 Civ.11642 (VM)(DF)

**VICTOR MARRERO, United States District Judge.**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ |
| | | X | All such motions: All those contemplated in Dkt. Nos. 88 and 90. |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                13 August 2019

                                                VICTOR MARRERO
                                              United States District Judge