```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
WAYNE BALIGA, derivatively on        :
behalf of Link Motion Inc.           :
                                     :
                    Plaintiff,       :      18 Civ. 11642 (VM)
                                     :
     - against -                     :      ORDER
                                     :
LINK MOTION INC. (F/K/A NQ MOBILE    :
INC.) et al.,                        :
                                     :
                    Defendants.      :
------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/19

**VICTOR MARRERO, United States District Judge.**

On February 1, 2019, this Court granted plaintiff Wayne Baliga's ("Baliga") request for a preliminary injunction against, and appointment of Robert Seiden ("Seiden") as temporary receiver over, defendant Link Motion Inc. ("Link Motion"). (See Dkt. No. 26.)

By sealed letter dated August 9, 2019 (the "August 9, 2019 Letter"), Seiden filed a second interim report describing his efforts to date. In that August 9, 2019 Letter, Seiden requested permission to disburse payment to the Receiver and to professionals that have been working on Seiden's and Link Motion's behalf from the funds received in an escrow account, and he attached detailed invoices for the Court's review and approval.

The Court has reviewed the invoices, also filed under seal, attached to the August 9, 2019 Letter, representing

1

work already done by the Receiver and on behalf of Seiden and Link Motion. The Court finds that the costs, hours, rates, and activities listed in the invoices to be reasonable, and sees no reason to defer payment to these professionals for services already rendered.

Accordingly, for the reasons stated above it is hereby,

**ORDERED** that the motion of temporary receiver Robert Seiden for permission to disburse payment of invoices to professionals as set forth in the August 9, 2019 Letter and attachments is **GRANTED**.

**SO ORDERED.**

Dated:   New York, New York
         06 September 2019

                                        VICTOR MARRERO
                                           U.S.D.J.