UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE BALIGA, derivatively on behalf of
LINK MOTION INC. (F/K/A NQ MOBILE INC.)

          Plaintiff,

-against-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYONG SHI,
JIA LIAN,
XIAO YU,

          Defendants,

-and-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),

          Nominal Defendant.

1:18-cv-11642

**ORDER**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9/19/19

On September 18, 2019, the Temporary Receiver in this action (the "Receiver") submitted a letter to the Court requesting approval of an engagement agreement in order to retain the law firm KSG Attorneys at Law on behalf of Link Motion Inc. (the "Company") in order to provide certain legal services for the Company in the Cayman Islands. I have reviewed the Receiver's submission, and, with good cause appearing, it is hereby:

**ORDERED THAT**, the request is approved, and the Receiver may retain KSG Attorneys at Law to perform work on behalf of the Receiver and the Company, until such time as the Receiver deems appropriate or until further order from this Court.

**SO ORDERED.**

Dated: September 19, 2019
New York, New York

Hon. Victor Marrero
United States District Judge