UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>                            Plaintiff,<br>    -against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br>VINCENT WENYONG SHI,<br>JIA LIAN,<br>XIAO YU,<br><br>                            Defendants,<br>    -and-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br><br>                            Nominal Defendant. | 1:18-cv-11642<br><br><br><br><br>**STIPULATED BRIEFING<br>SCHEDULE** |

WHEREAS, on August 22, 2019, during a telephone conference, the Honorable Magistrate Judge Debra C. Freeman directed counsel for Plaintiff and counsel for Defendant Vincent Shi (the "parties") to, inter alia, submit a proposed briefing schedule on Plaintiff's application to serve Defendant Shi by alternative means of service.

WHEREAS, in subsequent letters to the Court on August 29, 2019 (Dkt. 95) and September 9, 2019 (Dkt. 96), the parties proposed a briefing schedule as follows: a joint initial submission due on September 25, 2019; and a joint reply submission due on October 2, 2019.

WHEREAS, on September 17, 2019, the parties called Judge Freeman's chambers in order to extend the proposed briefing schedule by one week, as follows: joint initial submission due on October 2; and joint reply submission due on October 9, 2019. The clerk informed the parties that she would let Judge Freeman know of the modification and ask the Judge to So Order the schedule.

WHEREAS, on September 25, 2019, after having not heard back from the Court, Defendant Shi, out of an abundance of caution, filed his initial submission. Plaintiff, assuming the modified schedule was in effect, did not make a submission.

WHEREAS, on September 26, 2019, the parties met and conferred regarding the issue, and it is thus:

**HEREBY STIPULATED AND AGREED**, by and between the undersigned, that Plaintiff's submission on the issue of serving Defendant Shi by alternative means of service shall be due on October 2, 2019; and

**IT IS FURTHER STIPULATED AND AGREED**, that the parties shall meet and confer after October 2, 2019 to determine whether the parties wish to submit any reply submissions, and, if so, the parties shall advise the court accordingly.

Submitted: September 27, 2019

| | |
|---|---|
| _____<br>Michael D. Cilento, Esq.<br>The Seiden Group<br>469 Seventh Avenue, Suite 502<br>New York, NY 10018<br>646-766-1723<br>mcilento@seidenlegal.com | /s/ Michael J. Maloney__<br>Michael J. Maloney, Esq.<br>CKR Law LLP<br>1330 Avenue of the Americas, 14th Floor<br>New York, NY 10019<br>646-564-3510<br>mmaloney@ckrlaw.com |