Jae H. Cho, Esq.
CHO LEGAL GROUP, LLC
100 Plainfield Ave. Ste. 8E
Edison, NJ 08817
(732) 545-9600
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC. <br><br> Plaintiff, <br><br> vs. <br><br> LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, JIA LIAN, XIAO YU, <br><br> Defendants | 1:18-cv-11642 |
| AI CAPITAL CHINA <br><br> Intervenor Plaintiff, <br><br> vs. <br><br> LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, JIA LIAN, XIAO YU, <br><br> Defendants | **NOTICE OF MOTION TO INTERVENE AS OF RIGHT** |

**PLEASE TAKE NOTICE** that on November 22, 2019, at 9:00 a.m., or soon thereafter as the Court will order, Intervenor Plaintiff AI Capital through their counsel Cho Legal Group, LLC, will move before this Honorable Court for an order permitting AI Capital to intervene in this action as a matter of right under Federal Rule of Civil Procedure 24(a)(2).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion Intervenor Plaintiff shall rely upon the Certification and brief of Jae H. Cho, Esq., with other documents, attached hereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is attached.

Respectfully submitted,

Dated: November 1, 2019

\_\_\_/s/ Jae H. Cho_____
Jae H. Cho, Esq.
Attorney for Intervenor Plaintiff AI Capital China
Cho Legal Group LLC
100 Plainfield Avenue
Edison, NJ 08817
(732) 545-9600