# Shareholder Register - Standard Format by Fund

**As of: 10/22/2018**

**User-Defined Record Selection Criteria**

| Account Type(s) | Account Status(s) |
| --- | --- |
| ALL | A |

| SocialCode(s) | Broker/Dealer(s) | Branch(es) | Representative(s) |
| --- | --- | --- | --- |
| ALL | ALL | ALL | ALL |

| Fund(s) |
| --- |
| ALL |

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

Link Motion Inc. - Class A Common Shares - Base Currency: USD

**Investor ID:** 10286 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** Abali Corp. **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10286 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

**Investor ID:** 8696 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** China Mobile Communications Industry Investment Limited **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 8696 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

**Investor ID:** 1011 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** Deutsche Bank Trust Company Americas **Broker:** Not Assigned, Not Assigned, None

Deutsche Bank Trust Company Americas
60 Wall Street, New York
New York 10005
USA
Attention: ADR Department

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 1011 | | | Corporation | Other | 0 | 438,043,750 | 88 50% | 1 | 0 00 | 438,043,750 00 |

**Investor ID:** 11281 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** Double Rise Investments Limited **Broker:** Not Assigned, Not Assigned, None

**As of: 10/22/2018**

**Shareholder Register - Standard Format by Fund**

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 11281 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

**Investor ID:** 9251 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** Feiliu Mobile Inc. **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9251 | | | Corporation | Other | 4 | 4 | 0 00% | 1 | 0 00 | 4 00 |

**Investor ID:** 10001 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** FINE ACE LIMITED **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10001 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

**Investor ID:** 9986 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** FORTUNE NETWORK LIMITED **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9986 | | | Corporation | Other | 2 | 10,000,002 | 2 02% | 1 | 0 00 | 10,000,002 00 |

As of: 10/22/2018

## Shareholder Register - Standard Format by Fund

Link Motion Inc. - Class A Common Shares - Base Currency: USD

**Investor ID:** 8811 | **Group Desc.:** | **Cust. Class. Codes :**

**Investor:** Gather Benefit Holdings Limited | **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 8811 | | | Corporation | Other | 1,940,636 | 1,940,636 | 0 39% | 1 | 0 00 | 1,940,636 00 |

**Investor ID:** 10201 | **Group Desc.:** | **Cust. Class. Codes :**

**Investor:** Loneranger International Limited | **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10201 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

**Investor ID:** 7611 | **Group Desc.:** | **Cust. Class. Codes :**

**Investor:** RPL Holdings Limited | **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 7611 | | | Corporation | Other | 0 | 45,000,000 | 9 09% | 1 | 0 00 | 45,000,000 00 |

**Investor ID:** 10696 | **Group Desc.:** | **Cust. Class. Codes :**

**Investor:** Shenzhen Chinaxyl Mobile Connection Technology Co., Ltd | **Broker:** Not Assigned, Not Assigned, None

As of: 10/22/2018

# Shareholder Register - Standard Format by Fund

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10696 | | | Corporation | Other | 1 | 1 | 0 00% | 1 | 0 00 | 1 00 |

Investor ID: 9487 Group Desc.: Cust. Class. Codes :

Investor: Top King Technology Ltd. Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9487 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

Investor ID: 10006 Group Desc.: Cust. Class. Codes :

Investor: VISION UNICORN LIMITED Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10006 | | | Corporation | Other | 1 | 1 | 0 00% | 1 | 0 00 | 1 00 |

Investor ID: 10086 Group Desc.: Cust. Class. Codes :

Investor: WINSHINE BUSINESS GROUP INC. Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10086 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

| Link Motion Inc. - Class A Common Shares | Book Shares | Total Shares | % of Tot. Shares | Cash Bal. | Market Value |
|---|---|---|---|---|---|
| | 1,940,662 | 494,984,412 | 100.00% | 0.00 | 494,984,412.00 |

14 Record(s)

As of: 10/22/2018

# Shareholder Register - Standard Format by Fund

Link Motion Inc. - Class B Common Shares - Base Currency: USD

**Investor ID:** 7622 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** Banean Holdings Ltd. **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7622 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

**Investor ID:** 7627 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** C2C INTERNATIONAL LIMITED **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7627 | | | Corporation | Other | 4 | 4 | 0 00% | 1 | 0 00 | 4 00 |

**Investor ID:** 7618 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** Ceyuan Ventures Advisors Fund, LLC **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7618 | | | Corporation | Other | 1 | 1 | 0 00% | 1 | 0 00 | 1 00 |

**Investor ID:** 7617 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** Ceyuan Ventures I, L.P. **Broker:** Not Assigned, Not Assigned, None

,

# Shareholder Register - Standard Format by Fund

**As of: 10/22/2018**

Link Motion Inc. - Class B Common Shares - Base Currency: USD

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7617 | | | Corporation | Other | 1 | 1 | 0 00% | 1 | 0 00 | 1 00 |

**Investor ID:** 37636 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** China AI Capital Limited *50% Full paid; 50% Nil paid **Broker:** Not Assigned, Not Assigned, None

China AI Capital Limited *50% Full paid; 50% Nil paid
Vistra Corporate Services Centre, Wickhams Cay II, Road Town,
Tortola, VG1110
British Virgin Islands

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 37636 | | | Corporation | Other | 0 | 70,175,439 | 92 91% | 1 | 0 00 | 70,175,439 00 |

**Investor ID:** 6162 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** Fidelity Asia Principals Fund L.P. **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 6162 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

**Investor ID:** 6161 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** Fidelity Asia Ventures Fund L.P. **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 6161 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

**Shareholder Register - Standard Format by Fund**

**As of: 10/22/2018**

Link Motion Inc. - Class B Common Shares - Base Currency: USD

**Investor ID:** 7613 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** GSR Associates II, L.P. **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7613 | | | Corporation | Other | 4 | 4 | 0 00% | 1 | 0 00 | 4 00 |

**Investor ID:** 7621 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** H.T.C. (B.V.I.) CORP **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7621 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

**Investor ID:** 7626 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** JOINTLINK ENTERPRISES LIMITED **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7626 | | | Corporation | Other | 4 | 4 | 0 00% | 1 | 0 00 | 4 00 |

**Investor ID:** 7620 **Group Desc.:** **Cust. Class. Codes :**

**Investor:** Pacific Growth Ventures, L.P. **Broker:** Not Assigned, Not Assigned, None


**Shareholder Register - Standard Format by Fund**

**As of: 10/22/2018**

Link Motion Inc. - Class B Common Shares - Base Currency: USD

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7620 | | | Corporation | Other | 0 | 3 | 0 00% | 1 | 0 00 | 3 00 |

**Investor ID:** 7611

**Group Desc.:**

**Cust. Class. Codes :**

**Investor:** RPL Holdings Limited

**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7611 | | | Corporation | Other | 0 | 5,352,941 | 7 09% | 1 | 0 00 | 5,352,941 00 |

| Link Motion Inc. - Class B Common Shares | Book Shares | Total Shares | % of Tot. Shares | Cash Bal. | Market Value |
|---|---|---|---|---|---|
| | 24 | 75,528,407 | 100.00% | 0.00 | 75,528,407.00 |

12 Record(s)

Shareholder Register - Standard Format by Fund

As of: 10/22/2018

| Grand Totals: | 26 Total Records | Book Shares | Total Shares | Cash Bal. | Market Value |
|---|---|---|---|---|---|
| | | 1,940,686 | 570,512,819 | 0.00 | 570,512,819.00 |

**End of Report**

*MShare 10.9.3 (Build 20300)*

Report compiled 10/23/2018 10:24AM

Record Selection: See Cover

Page 10 of 10