# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

User-Defined Record Selection Criteria

**Account Type(s)**: ALL

**Account Status(s)**: A

**SocialCode(s)**: ALL

**Broker/Dealer(s)**: ALL

**Branch(es)**: ALL

**Representative(s)**: ALL

**Fund(s)**: ALL

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Investor ID: | 10286 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investor: | Abali Corp. | | | | | | | | | |
| | | | | | | | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10286 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

| Investor ID: | 8696 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investor: | China Mobile Communications Industry Investment Limited | | | | | | | | | |
| | | | | | | | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 8696 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

| Investor ID: | 1011 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investor: | Deutsche Bank Trust Company Americas | | | | | | | | | |
| | Deutsche Bank Trust Company Americas | | | | | | | | | |
| | 60 Wall Street, New York | | | | | | | | | |
| | New York 10005 | | | | | | | | | |
| | USA | | | | | | | | | |
| | Attention: ADR Department | | | | | | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 1011 | | | Corporation | Other | 0 | 438,043,750 | 88 50% | 1 | 0 00 | 438,043,750 00 |

| Investor ID: | 11281 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investor: | Double Rise Investments Limited | | | | | | | Broker: | Not Assigned, Not Assigned, None | |

MShare 10.9.3 (Build 20300)

Report compiled 10/23/2018 10:24AM

Record Selection: See Cover

Page 2 of 10

# Shareholder Register - Standard Format by Fund

**As of: 10/22/2018**

**Link Motion Inc. - Class A Common Shares - Base Currency: USD**

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 11281 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

**Investor ID:** 9251  
**Investor:** Feiliu Mobile Inc.  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9251 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

**Investor ID:** 10001  
**Investor:** FINE ACE LIMITED  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10001 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

**Investor ID:** 9986  
**Investor:** FORTUNE NETWORK LIMITED  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9986 | | | Corporation | Other | 2 | 10,000,002 | 2.02% | 1 | 0.00 | 10,000,002.00 |

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Investor ID: | 8811 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Gather Benefit Holdings Limited | | | | | | | | |
| | | | | | | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 8811 | | | Corporation | Other | 1,940,636 | 1,940,636 | 0.39% | 1 | 0.00 | 1,940,636.00 |

| Investor ID: | 10201 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Loneranger International Limited | | | | | | | | |
| | | | | | | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10201 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

| Investor ID: | 7611 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | RPL Holdings Limited | | | | | | | | |
| | | | | | | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 7611 | | | Corporation | Other | 0 | 45,000,000 | 9.09% | 1 | 0.00 | 45,000,000.00 |

| Investor ID: | 10696 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Shenzhen Chinaxyl Mobile Connection Technology Co., Ltd | | | | | | | | |
| | | | | | | | Broker: | Not Assigned, Not Assigned, None | |

MShare 10.9.3 (Build 20300)

Report compiled  10/23/2018  10:24AM   Record Selection: See Cover   Page 4 of 10

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

**Link Motion Inc. - Class A Common Shares - Base Currency: USD**



| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10696 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

Investor ID: 9487
Investor: Top King Technology Ltd.
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9487 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

Investor ID: 10006
Investor: VISION UNICORN LIMITED
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10006 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

Investor ID: 10086
Investor: WINSHINE BUSINESS GROUP INC.
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10086 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

**Link Motion Inc. - Class A Common Shares**  1,940,662  494,984,412  100.00%  0.00  494,984,412.00

14 Record(s)

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

Link Motion Inc. - Class B Common Shares - Base Currency: USD

| Investor ID: | 7622 | Group Desc.: | | Cust. Class. Codes: | |
|---|---|---|---|---|---|
| Investor: | Banean Holdings Ltd. | | | Broker: | Not Assigned, Not Assigned, None |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7622 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

| Investor ID: | 7627 | Group Desc.: | | Cust. Class. Codes: | |
|---|---|---|---|---|---|
| Investor: | C2C INTERNATIONAL LIMITED | | | Broker: | Not Assigned, Not Assigned, None |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7627 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

| Investor ID: | 7618 | Group Desc.: | | Cust. Class. Codes: | |
|---|---|---|---|---|---|
| Investor: | Ceyuan Ventures Advisors Fund, LLC | | | Broker: | Not Assigned, Not Assigned, None |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7618 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

| Investor ID: | 7617 | Group Desc.: | | Cust. Class. Codes: | |
|---|---|---|---|---|---|
| Investor: | Ceyuan Ventures I, L.P. | | | Broker: | Not Assigned, Not Assigned, None |

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

**Link Motion Inc. - Class B Common Shares - Base Currency: USD**

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7617 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

**Investor ID:** 37636  
**Investor:** China AI Capital Limited *50% Full paid; 50% Nil paid  
China AI Capital Limited *50% Full paid; 50% Nil paid  
Vistra Corporate Services Centre, Wickhams Cay II, Road Town,  
Tortola,  VG1110  
British Virgin Islands  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 37636 | | | Corporation | Other | 0 | 70,175,439 | 92.91% | 1 | 0.00 | 70,175,439.00 |

**Investor ID:** 6162  
**Investor:** Fidelity Asia Principals Fund L.P.  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 6162 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

**Investor ID:** 6161  
**Investor:** Fidelity Asia Ventures Fund L.P.  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 6161 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

Link Motion Inc. - Class B Common Shares - Base Currency: USD



| Investor ID: | 7613 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investor: | GSR Associates II, L.P. | | | Broker: | Not Assigned, Not Assigned, None | | | | | |
| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
| 661944B 7613 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

| Investor ID: | 7621 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investor: | H.T.C. (B.V.I.) CORP | | | Broker: | Not Assigned, Not Assigned, None | | | | | |
| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
| 661944B 7621 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

| Investor ID: | 7626 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investor: | JOINTLINK ENTERPRISES LIMITED | | | Broker: | Not Assigned, Not Assigned, None | | | | | |
| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
| 661944B 7626 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

| Investor ID: | 7620 | | | | |
|---|---|---|---|---|---|
| Investor: | Pacific Growth Ventures, L.P. | | | Broker: | Not Assigned, Not Assigned, None |

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

Link Motion Inc. - Class B Common Shares - Base Currency: USD



| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7620 | | | Corporation | Other | 0 | 3 | 0.00% | 1 | 0.00 | 3.00 |

Investor ID: 7611
Investor: RPL Holdings Limited
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7611 | | | Corporation | Other | 0 | 5,352,941 | 7.09% | 1 | 0.00 | 5,352,941.00 |

**Link Motion Inc. - Class B Common Shares** — 24 — 75,528,407 — 100.00% — 0.00 — 75,528,407.00

12 Record(s)

**Shareholder Register - Standard Format by Fund**

As of: 10/22/2018

| Grand Totals: | | Book Shares | Total Shares | Cash Bal. | Market Value |
|---|---|---|---|---|---|
| | 26 Total Records | 1,940,686 | 570,512,819 | 0.00 | 570,512,819.00 |

**End of Report**