**IN THE GRAND COURT OF THE CAYMAN ISLANDS**
**FINANCIAL SERVICES DIVISION**

**CAUSE NO: FSD 4 OF 2020 (MRHJ)**

**BETWEEN:**

**ROBERT W. SEIDEN, IN HIS CAPACITY AS**
**TEMPORARY RECEIVER OF LINK MOTION INC.**

**PLAINTIFF**

**AND:**

**LINK MOTION INC.**

**DEFENDANT**

**ORDER**

**UPON** the application of the Plaintiff, Robert W. Seiden, in his capacity as temporary receiver of Link Motion Inc. (the **US Receiver**), made by originating summons dated 13 January 2020

**AND UPON** reading the First Affidavit of Robert W. Seiden sworn on 10 January 2020 together with Exhibit RWS-1 and the First Affidavit of Lorin Williams sworn on 21 January 2020

**AND UPON** reading the written submissions of counsel for the US Receiver

**AND UPON** hearing counsel for the US Receiver

**IT IS ORDERED THAT:**

1. The US Receiver's appointment as temporary receiver of Link Motion Inc. under the Order Granting Preliminary Injunction and Appointing Temporary Receiver made by the United States District Court for the Southern District of New York dated 1 February 2019 in case number 1:18-cv-11642 (the **Receivership Order**), including the powers and functions granted to the US Receiver under the Receivership Order, is recognized by this Court.

1

2. Notwithstanding paragraph 1 of this Order, the power granted to the US Receiver in paragraph II.2(b) of the Receivership Order to appoint or replace any director of Link Motion Inc. is not recognized.

3. The US Receiver may exercise his recognized powers and functions in the Cayman Islands to the exclusion of any other person.

4. The US Receiver may cause, or direct to be caused, the recognition of his appointment by this Court to be noted on the Register of Directors of Link Motion Inc.

5. The US Receiver shall have liberty to apply to this Court in respect of any matter concerning Link Motion Inc., the interpretation and implementation of this Order and for any further orders to give further and better effect to the recognition by this Court of the Receivership Order.

**DATED** this 3rd day of February, 2020.
**FILED** this 4th day of February, 2020.

_____
The Honourable Justice Margaret Ramsay-Hale
Judge of the Grand Court

This Order is filed by KSG Attorneys at Law, attorneys for the Plaintiff, whose address for service is 4th Floor Harbour Centre, 42 North Church Street, PO Box 2255, Grand Cayman KY1-1107, Cayman Islands.