

469 Seventh Avenue
New York, NY 10018
212.523.0686
www.seidenlegal.com

**April 2, 2020**

**VIA ECF**
Honorable Debra C. Freeman
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Baliga v. Link Motion Inc. et al.</u> 1:18-cv-11642-VM-DCF (S.D.N.Y.)

Dear Judge Freeman:

Pursuant to the April 2, 2020 order issued by Judge Marrero (ECF No. 134), counsel for Plaintiff hereby submits to you for resolution the April 1, 2020 letter application that was originally submitted to Judge Marrero. Copies of the order and application are attached hereto.

We are available to discuss this matter with the Court.

Dated: April 2, 2020

/s/ Jake Nachmani
Jake Nachmani
SEIDEN LAW GROUP LLP
469 Seventh Ave., Suite 502
New York, New York 10018
jnachmani@seidenlegal.com
(646) 766-1723

*Attorneys for Plaintiff Wayne Baliga*