UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>Plaintiff,<br>-against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, JIA LIAN, XIAO YU,<br><br>Defendants,<br>-and-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br><br>Nominal Defendant. | Case No.: 1:18-cv-11642-VM-DCF |

## DECLARATION OF JAKE NACHMANI

I, Jake Nachmani, declare as follows:

1. I am a senior associate at the law firm Seiden Law Group, LLP, which is counsel of record for Plaintiff in the above captioned matter. I am admitted to practice before the courts of the State of New York.

2. I make this declaration in support of Plaintiff's Opposition to the Motion to Intervene by China AI Capital Limited ("China AI").

3. I make this declaration based on my own personal knowledge, and, if called upon to do so, could and would testify competently thereto.

4. Attached as Exhibits 1 through 6 are true and correct copies of the following documents:

    Exhibit 1: A May 2, 2020 letter submitted to the Court by Link Motion Inc.'s temporary receiver, Robert Seiden.

Exhibit 2:    Link Motion Inc.'s Shareholder Registry, as of May 4, 2020.

Exhibit 3:    A copy of *Schultz v. Reynolds and Newport Ltd*, 1992-93 CILR 59.

Exhibit 4:    A copy of *Svanstrom v. Jonasson*, 1997 CILR 192.

Exhibit 5:    A copy of *Zabusky & Ors v Virgtel Ltd & Ors* [2012] QCA 107.

Exhibit 6:    A copy of Link Motion Inc.'s Deposit Agreement as of April 15, 2011.

I declare under penalty of perjury that the foregoing is, to the best of my knowledge and belief, true and correct.

Dated: May 4, 2020
New York, New York

SEIDEN LAW GROUP LLP

/s/ Jake Nachmani
Jake Nachmani
469 Seventh Avenue, Fifth Fl.
New York, NY 10018
jnachmani@seidenlegal.com
(212) 523-0686

*Counsel for Plaintiff Baliga*