# EXHIBIT 2

# Shareholder Register - Standard Format by Fund

**As of: 05/04/2020**   **User-Defined Record Selection Criteria**

| Account Type(s) | Account Status(s) |
|---|---|
| ALL | A |

| SocialCode(s) | Broker/Dealer(s) | Branch(es) | Representative(s) |
|---|---|---|---|
| ALL | ALL | ALL | ALL |

| Fund(s) |
|---|
| ALL |

# Shareholder Register - Standard Format by Fund

As of: 05/04/2020

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Investor ID: | 10286 | Group Desc.: | | Cust. Class. Codes : | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Abali Corp. | | | Broker: | Not Assigned, Not Assigned, None | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A  10286 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

| Investor ID: | 8696 | Group Desc.: | | Cust. Class. Codes : | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | China Mobile Communications Industry Investment Limited | | | Broker: | Not Assigned, Not Assigned, None | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A  8696 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

| Investor ID: | 1011 | Group Desc.: | | Cust. Class. Codes : | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Deutsche Bank Trust Company Americas | | | Broker: | Not Assigned, Not Assigned, None | | | | |

Deutsche Bank Trust Company Americas
60 Wall Street, New York
New York 10005
USA
Attention: ADR Department

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A  1011 | | | Corporation | Other | 0 | 438,043,750 | 88.50% | 1 | 0.00 | 438,043,750.00 |

| Investor ID: | 11281 | Group Desc.: | | Cust. Class. Codes : | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Double Rise Investments Limited | | | Broker: | Not Assigned, Not Assigned, None | | | | |

**Shareholder Register - Standard Format by Fund**

As of: 05/04/2020

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 11281 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

Investor ID: 9251  Group Desc.:  Cust. Class. Codes :
Investor: Feiliu Mobile Inc.  Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9251 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

Investor ID: 10001  Group Desc.:  Cust. Class. Codes :
Investor: FINE ACE LIMITED  Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10001 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

Investor ID: 9986  Group Desc.:  Cust. Class. Codes :
Investor: FORTUNE NETWORK LIMITED  Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9986 | | | Corporation | Other | 2 | 10,000,002 | 2.02% | 1 | 0.00 | 10,000,002.00 |

# Shareholder Register - Standard Format by Fund

As of: 05/04/2020

Link Motion Inc. - Class A Common Shares - Base Currency: USD

**Investor ID:** 8811  
**Investor:** Gather Benefit Holdings Limited  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 8811 | | | Corporation | Other | 1,940,636 | 1,940,636 | 0.39% | 1 | 0.00 | 1,940,636.00 |

**Investor ID:** 10201  
**Investor:** Loneranger International Limited  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10201 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

**Investor ID:** 7611  
**Investor:** RPL Holdings Limited  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 7611 | | | Corporation | Other | 0 | 45,000,000 | 9.09% | 1 | 0.00 | 45,000,000.00 |

**Investor ID:** 10696  
**Investor:** Shenzhen Chinaxyl Mobile Connection Technology Co., Ltd  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

**Shareholder Register - Standard Format by Fund**

As of: 05/04/2020

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10696 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

Investor ID: 9487
Investor: Top King Technology Ltd.
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9487 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

Investor ID: 10006
Investor: VISION UNICORN LIMITED
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10006 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

Investor ID: 10086
Investor: WINSHINE BUSINESS GROUP INC.
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10086 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

| Link Motion Inc. - Class A Common Shares | 1,940,662 | 494,984,412 | 100.00% | 0.00 | 494,984,412.00 |

14 Record(s)

# Shareholder Register - Standard Format by Fund

As of: 05/04/2020

Link Motion Inc. - Class B Common Shares - Base Currency: USD

| Investor ID: | | Group Desc.: | | Cust. Class. Codes: | | |
|---|---|---|---|---|---|---|
| Investor: | Banean Holdings Ltd. | | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7622 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

| Investor ID: | 7627 | Group Desc.: | | Cust. Class. Codes: | | |
|---|---|---|---|---|---|---|
| Investor: | C2C INTERNATIONAL LIMITED | | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7627 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

| Investor ID: | 7618 | Group Desc.: | | Cust. Class. Codes: | | |
|---|---|---|---|---|---|---|
| Investor: | Ceyuan Ventures Advisors Fund, LLC | | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7618 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

| Investor ID: | 7617 | Group Desc.: | | Cust. Class. Codes: | | |
|---|---|---|---|---|---|---|
| Investor: | Ceyuan Ventures I, L.P. | | | Broker: | Not Assigned, Not Assigned, None | |

# Shareholder Register - Standard Format by Fund

As of: 05/04/2020

**Link Motion Inc. - Class B Common Shares - Base Currency: USD**

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7617 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

**Investor ID:** 37636  
**Investor:** China AI Capital Limited *50% Full paid; 50% Nil paid  
China AI Capital Limited *50% Full paid; 50% Nil paid  
Vistra Corporate Services Centre, Wickhams Cay II, Road Town,  
Tortola,   VG1110  
British Virgin Islands  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 37636 | | | Corporation | Other | 0 | 70,175,439 | 92.91% | 1 | 0.00 | 70,175,439.00 |

**Investor ID:** 6162  
**Investor:** Fidelity Asia Principals Fund L.P.  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 6162 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

**Investor ID:** 6161  
**Investor:** Fidelity Asia Ventures Fund L.P.  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 6161 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

# Shareholder Register - Standard Format by Fund

As of: 05/04/2020

Link Motion Inc. - Class B Common Shares - Base Currency: USD

**Investor ID:** 7613  
**Investor:** GSR Associates II, L.P.  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  7613 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

**Investor ID:** 7621  
**Investor:** H.T.C. (B.V.I.) CORP  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  7621 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

**Investor ID:**  
**Investor:** JOINTLINK ENTERPRISES LIMITED  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  7626 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

**Investor ID:** 7620  
**Investor:** Pacific Growth Ventures, L.P.  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

# Shareholder Register - Standard Format by Fund

As of: 05/04/2020

Link Motion Inc. - Class B Common Shares - Base Currency: USD

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7620 | | | Corporation | Other | 0 | 3 | 0.00% | 1 | 0.00 | 3.00 |

**Investor ID:** 7611  **Group Desc.:**  **Cust. Class. Codes :**
**Investor:** RPL Holdings Limited  **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7611 | | | Corporation | Other | 0 | 5,352,941 | 7.09% | 1 | 0.00 | 5,352,941.00 |

**Link Motion Inc. - Class B Common Shares**   24   75,528,407   100.00%       0.00   75,528,407.00

12 Record(s)

| Grand Totals: | | 26 Total Records | Book Shares | Total Shares | | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|
| | | | 1,940,686 | 570,512,819 | | 0.00 | 570,512,819.00 |

**End of Report**