```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
WAYNE BALIGA, derivatively on       :
behalf of Link Motion Inc.          :
                                    :
                  Plaintiff,        :   18 Civ. 11642 (VM)
                                    :
    - against -                     :   ORDER
                                    :
LINK MOTION INC. (F/K/A NQ MOBILE   :
INC.) et al.,                       :
                                    :
                  Defendants.       :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

By letters dated May 20, 2020, temporary receiver Robert Seiden ("Seiden") and proposed intervenor China AI Capital Limited ("China AI") dispute the nature of China AI's relationship with defendant Vincent Wenyong Shi ("Shi"), and the extent to which Shi has prevented Seiden's agent from safeguarding the assets of Link Motion Inc. (See Dkt. No. 151.) Because China AI's motion to intervene has been referred to Magistrate Judge Debra Freeman and remains pending, the parties are directed to continue addressing the issues set forth above to Judge Freeman.

**SO ORDERED.**

Dated:   New York, New York
         21 May 2020

_____
Victor Marrero
U.S.D.J.

1