今天是：　|　设为首页　|　加入收藏

首页　机构设置　新闻中心　北京法院　法院公告　法律援助　法律阶梯　法院文化　网络直播　裁判文书　专题报道　法律法规

当前位置：　首页 > 法院公告 > 其它公告

# 北京市东城区人民法院关于新型冠状病毒感染肺炎疫情防控期间立案审判执行工作安排的公告

作者：东城法院　发布时间：2020-02-03 15:53:57　　　打印　　字号：大 | 中 | 小

　　为做好新型冠状病毒感染肺炎疫情防控工作，切实维护人民群众生命健康安全，保障审判执行工作平稳有序开展，现就疫情防控期间我院审判执行工作有关安排公告如下：

　　一、根据《国务院办公厅关于延长2020年春节假期的通知》精神，春节假期延长至2月2日，我院原定于1月31日至2月2日期间的开庭、接待、诉讼服务、执行等诉讼活动统一延期进行，具体时间另行通知。

　　二、疫情防控期间，我院将根据疫情防控需要对相关案件采取延期开庭审理等措施。当事人、诉讼代理人因疫情防控不能按期参加庭审的，可及时说明情况申请延期。

　　三、建议各位当事人、诉讼代理人尽量使用北京法院审判信息网、"北京移动微法院"、北京法院诉讼服务微信公众号、12368人工语音诉讼服务平台等，在线开展立案、交费、调解、查阅档案等诉讼活动。不便网上立案的，可选择邮寄立案，将立案材料通过邮寄方式向法院提交(请在邮件封皮上注明"邮寄立案")。邮寄地址：北京市东城区交道口东大街1号，邮政编码：100007，收件人：北京市东城区人民法院立案庭，联系电话：010-84190218。

　　四、疫情防控期间，如诉讼参与人确需来我院的，为保障公共卫生安全，请佩戴口罩并在安检口接受体温检测并自报健康状况；体温异常的务请先就诊。

　　疫情防控期间相关措施带来不便，敬请谅解。

北京市东城区人民法院

2020年1月30日

责任编辑：赵思源

北京市高级人民法院版权所有，未经协议授权禁止下载使用或建立镜像
中国法院网负责网站设计制作 网络安全和技术维护
Copyright © 2020 by www.chinacourt.org All Rights Reserved.

浏 览 本 网 站 推 荐 您 使 用 IE 8 以 上 浏 览 器