# Robert W. Seiden

**Court-Appointed Temporary Receiver for Link Motion Inc.
Pursuant to The Honorable Judge Victor Marrero of the
United States District Court, Southern District of New York**

469 Seventh Avenue, 5th Floor
New York, New York 10018
Tel: (212) 523-0686
Email: rseiden@seidenlegal.com

> The Clerk of Court is directed to place this letter,
> with the appended exhibits, on the Docket of this
> action.
>
> Dated: 8/3/2020
> SO ORDERED
>
> _____
> DEBRA FREEMAN
> United States Magistrate Judge

**VIA EMAIL**

Honorable Victor Marrero
Honorable Debra C. Freeman
United States Courthouse
500 Pearl Street
New York, New York 10007

July 17, 2020

Re: *Wayne Baliga v. Link Motion Inc. et al.,* **1:18-cv-11642 (S.D.N.Y.) (VM) (DCF)**

Dear Judge Marrero and Judge Freeman:

I hope this correspondence finds you both healthy and safe. I write to inform the Court regarding recent and troubling information in the Link Motion Inc. ("LKM") matter that I have very recently received from the Receivership's official agent, Mr. Lilin Guo ("Mr. Guo") in the People's Republic of China ("PRC"), concerning Defendant Shi and various individuals acting at his direction. This information appears to demonstrate unequivocally that Defendant Shi continues to obstruct the Receivership and dissipate the valuable assets of LKM, despite and in violation of this Court's unambiguous orders. For example, as described in more detail below, Defendant Shi has transferred tens of millions of dollars out of a Link Motion, Inc. company bank account in what is apparently blatant contemptuous conduct in direct violation of this Court's orders.

By way of background, and, as the Court is aware, Plaintiff Baliga has already asked the Court to hold Defendant Shi in contempt of court in March, 2019. *See* ECF Nos. 30-33. ("Order to Show Cause for Contempt"). Specifically, by the March 2019 Order to Show Cause for Contempt, Plaintiff Baliga demonstrated that Defendant Shi was in violation of the Court's Receivership Order by Defendant Shi's continuous disregard for the Receiver, the Receivership's need for funding, and Defendant Shi's flagrant public announcement in March 2019 that the Company would not be recognizing the Receiver nor this Court's authority or jurisdiction over the Company.

Defendant Shi continues to flaunt his disregard for the Receivership Order and this Court's authority over him. As to this, Mr. Guo has reported the following facts to me through my US counsel.

In April 2019, Mr. Guo attempted to secure and preserve LKM funds by placing them under the control of the Receivership estate. Specifically, on April 17, 2019, Mr. Guo, on behalf

of the Receivership, following the company's proper legal and corporate governance protocols, caused the change to the registered legal representative of NQ Mobile (Beijing) Co., Ltd, the wholly foreign owned entity of Link Motion Inc. in the PRC ("the WFOE") from Zemin Xu, an associate and apparent co-conspirator of Defendant Shi, to himself.  Then, on April 18, 2019, Mr. Guo, as the legal representative of the WFOE, went to the China Merchants Bank, Chaowai Blvd. Sub Branch in Beijing, PRC (the "Bank") where the WFOE funds were held in an account (the "Account" or "Bank Account"), and carried out the necessary and proper procedures to secure, maintain and control that Account for the benefit of the Receivership estate.  Pursuant to his authority to secure, maintain and control the Account, Mr. Guo requested that the Bank prohibit Company funds from being transferred without the consent of the Receivership.

This did not occur.  It has been reported to the Receivership that Defendant Shi, through his associates, sought to obstruct the Receivership's ability to preserve these Company funds by gaining access to this Account without proper authorization and thereby transferring money out of it for his own personal benefit and to the detriment of the Company.  Specifically, on April 26, 2019, Zemin Xu filed a lawsuit in the Beijing Haidian District People's Court against both the WFOE and Mr. Guo concerning the change of the WFOE's legal representative, contending that Mr. Guo purportedly falsified the documents to change the legal representative.  Shortly thereafter, on May 28, 2019, Zemin Xu applied for a behavior preservation order in Beijing Haidian District People's Court related to the initial lawsuit in order to prohibit Mr. Guo from changing the registration files at the Bank and accessing the Bank Account.  Both of Zemin's Xu's attempts failed; on August 22, 2019 and December 24, 2019, Beijing Haidian District People's Court and Beijing No. 1 Intermediate People's Court, respectively, determined that Mr. Guo's making himself the WFOE's legal representative was valid and legal.  These court decisions can be made available to the Court if requested. In June 2020, more than a year after Mr. Guo lawfully made himself the WFOE's legal representative, the behavior preservation order was lifted, and Mr. Guo officially regained access to the Bank Account.

Once Mr. Guo regained access to the Bank Account, Mr. Guo discovered disturbing facts concerning Defendant Shi that occurred during the interim period when Mr. Guo could not access the Bank Account.  For example, Mr. Guo learned that from May 15, 2019 to November 5, 2019, approximately $89 million was transferred out of the Bank Account and to a separate account, at the same bank but to a different branch, held by a legally different entity, "Beijing NQ Mobile Technology Limited."  That this entity has a similar name to the Company is likely not a coincidence.  Indeed, this entity is believed to be controlled by Defendant Shi, as it is one of the corporate entities within the PRC that has to date not been within the Receiver's reach.  Zemin Xu was the legal representative of this company at the time of the transfers.  The bank statements evidencing these transfers are attached as Exhibit A.

Critically, I have learned from the evidence presented to my counsel that Defendant Shi is the only person who could have made these transfers.  Records that the Receivership was lawfully able to secure from the Beijing Electronic Taxation Bureau system, a government agency for company tax and financial information in the PRC, demonstrates that Defendant Shi's title was "Person responsible for company finance" of the WFOE at the time of the transfers, indicating he directly controlled the WFOE's bank seal, bank account coded password, and the funds in the account.  The relevant record from The Beijing Taxation Bureau is attached as Exhibit B.  The

Bank Account funds were transferred out of the Bank Account by Defendant Shi by his illegally using the company seal which had been invalidated since April 18, 2019 but that Defendant Shi had refused to cede control over to the Receivership.  Defendant Shi refused to turn over the company seal after Mr. Guo had legally taken control of the WFOE and then used this revoked seal to cause the transfer of millions of dollars away from the Company and into his own control and for his personal benefit.

I hereby seek guidance from the court as to what actions the receiver should undertake to correct, reverse or otherwise preserve the status quo of these company assets

Please do not hesitate to contact me via email or telephone if your Honor wishes to discuss this in further detail.  I await any instructions from the Court.

Respectfully submitted,

Robert W. Seiden, Esq.
Court Appointed Temporary Receiver for Link Motion Inc.

# EXHIBIT A

## Summary of WFOE's Fund Stolen and Transferred by Shi Wenyong

| Number | Date | Time | Amount Transferred (RMB Yuan) | Remarks |
|---|---|---|---|---|
| 1 | May 15, 2019 | 10:53:46 | 9,000,000 | |
| 2 | June 5, 2019 | 13:47:44 | 8,000,000 | |
| 3 | June 6, 2019 | 13:59:51 | 20,000,000 | |
| 4 | June 10, 2019 | 13:45:12 | 20,000,000 | |
| 5 | June 10, 2019 | 20:08:08 | 9,000,000 | |
| 6 | June 11, 2020 | 14:06:02 | 10,000,000 | |
| 7 | June 12, 2019 | 09:15:55 | 20,000,000 | |
| 8 | June 12, 2019 | 16:43:19 | 20,500,000 | |
| 9 | June 13, 2019 | 09:05:03 | 21,500,000 | |
| 10 | June 13, 2019 | 16:35:13 | 22,000,000 | |
| 11 | June 14, 2019 | 09:48:45 | 22,000,000 | |
| 12 | June 14, 2019 | 16:53:55 | 23,000,000 | |
| 13 | June 14, 2019 | 19:50:14 | 23,500,000 | |
| 14 | June 17, 2019 | 17:01:16 | 24,000,000 | |
| 15 | June 18, 2019 | 09:35:27 | 24,500,000 | |
| 16 | June 18, 2019 | 16:51:53 | 35,700,000 | |
| 17 | June 19, 2019 | 22:35:37 | 45,000,000 | |
| 18 | June 20, 2019 | 20:57:17 | 10,000,000 | |
| 19 | June 20, 2019 | 21:06:04 | 8,000,000 | |
| 20 | June 21, 2019 | 15:54:29 | 40,000,000 | |
| 21 | June 21, 2019 | 17:21:56 | 20,500,000 | |
| 22 | June 24, 2019 | 10:55:48 | 7,500,000 | |
| 23 | June 24, 2019 | 16:02:09 | 77,000,000 | |
| 24 | June 24, 2019 | 17:30:30 | 16,000,000 | |
| 25 | June 25, 2019 | 16:00:19 | 69,000,000 | |
| 26 | June 26, 2019 | 12:03:54 | 70174.47 | |
| 27 | June 26, 2019 | 19:25:19 | 13827437.90 | |
| 28 | July 10, 2019 | 16:52:14 | 7,000,000 | |
| 29 | Nov 05, 2019 | 15:00:06 | 49,000 | |
| | | | | |
| **Total** | | | **RMB 626,646,612.37** | |

# 对公账户历史交易明细表 (20190515-20200621)

Bank Branch: China Merchants Bank Beijing Gongti Branch

网点名称：北京分行工体支行　　　户口号：11090265271100066　Account Number:　　户口名称：网泰无限（北京）科技有限公司　Account Name: NQ Mobile (Beijing) Co., Ltd

| 账户序号 No. | 账户类型 Account Type | 交易日期 Transaction Date | 币种 Currency | 交易金额 Amount | 联机余额 Balance | 交易套号 Transaction Number | 流水号 Serial Number | 冲补帐 | 交易类型 Transaction Type | 摘要 Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| 50021 | 活期保证金户 | 2019-05-15 10:21:02 | 人民币 | 603500000.00 | 603500000.00 | C06721T515AAACJ | C0672100018041C | | 保证金存 | |
| 50021 | 活期保证金户 | 2019-05-15 10:41:23 | 人民币 | -9000000.00 | 594500000.00 | C00611T515AAAAJ | C0611100025666C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-06 13:35:10 | 人民币 | -20000000.00 | 574500000.00 | C04414T606AAABJ | C0441400020541C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-10 19:58:29 | 人民币 | -3139106.85 | 571360893.15 | C09413T610AAAAJ | C0941300012598C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-11 14:03:38 | 人民币 | -10000000.00 | 561360893.15 | C03640T611AAAAJ | C0364000035475C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-12 09:10:30 | 人民币 | -20000000.00 | 541360893.15 | C09770T612AAAAJ | C0977000020690C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-12 16:42:30 | 人民币 | -20500000.00 | 520860893.15 | C07229T612AAAAJ | C0722900019062C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-13 09:03:41 | 人民币 | -21500000.00 | 499360893.15 | C06503T613AAAAJ | C0650300025895C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-13 16:25:56 | 人民币 | -22000000.00 | 477360893.15 | C09120T613AAACJ | C0912000018397C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-14 09:46:37 | 人民币 | -22000000.00 | 455360893.15 | C07381T614AAABJ | C0738100026671C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-14 16:51:48 | 人民币 | -23000000.00 | 432360893.15 | C00252T614AAAAJ | C0025200014377C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-14 19:46:20 | 人民币 | -23500000.00 | 408860893.15 | C03155T614AAAFJ | C0315500032606C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-17 16:59:46 | 人民币 | -24000000.00 | 384860893.15 | C04061T617AAABJ | C0406100015336C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-18 09:33:36 | 人民币 | -24500000.00 | 360360893.15 | C08561T618AAAAJ | C0856100035985C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-18 16:48:51 | 人民币 | -35700000.00 | 324660893.15 | C00125T618AAABJ | C0012500016705C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-19 22:28:58 | 人民币 | -45000000.00 | 279660893.15 | C08804T619AAAAJ | C0880400016550C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-20 20:51:54 | 人民币 | -10000000.00 | 269660893.15 | C00271T620AAADJ | C0027100025493C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-20 21:03:55 | 人民币 | -8000000.00 | 261660893.15 | C05251T620AAAIJ | C0525100023189C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-21 02:27:08 | 人民币 | 166544.75 | 261827437.90 | G16932T621ABIIJ | G1693200080799C | | 账户结息 | 活期保证金户结息166544.75扣税:.00 |

Chop of over the counter business, China Merchants Bank Beijing Gongti Branch

# 对公账户历史交易明细表(20190515-20200621)

网点名称：北京分行工体支行　　　　　　　　　　户口号：11090265271100066　　　　　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50021 | 活期保证金户 | 2019-06-21 15:50:36 | 人民币 | -40000000.00 | 221827437.90 | C08902T621AAAEJ | C0890200020162C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-21 17:20:48 | 人民币 | -20500000.00 | 201327437.90 | C04596T621AAACJ | C0459600016187C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-24 10:49:20 | 人民币 | -7500000.00 | 193827437.90 | C08183T624AAAAJ | C0818300019677C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-24 15:55:50 | 人民币 | -77000000.00 | 116827437.90 | C03663T624AAAPJ | C0366300022190C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-24 17:28:16 | 人民币 | -16000000.00 | 100827437.90 | C06059T624AAATJ | C0605900018923C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-25 15:51:13 | 人民币 | -72000000.00 | 28827437.90 | C05086T625AAABJ | C0508600022960C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-26 19:12:02 | 人民币 | -13827437.90 | 15000000.00 | C03523T626AAAAJ | C0352300015190C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-07-10 16:48:38 | 人民币 | -7000000.00 | 8000000.00 | C00418T710AAAFJ | C0041800024130C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-09-21 02:22:35 | 人民币 | 12730.31 | 801273O.31 | G42942T921ABIZJ | G4294200010214C | | 账户结息 | 活期保证金户结息12730.31扣税:.00 |
| 50021 | 活期保证金户 | 2019-12-21 02:37:43 | 人民币 | 6076.32 | 8018806.63 | G18041TC21ABJ1J | G1804100004010C | | 账户结息 | 活期保证金户结息6076.32扣税:.00 |
| 50021 | 活期保证金户 | 2020-03-21 02:11:27 | 人民币 | 6080.93 | 8024887.56 | G09679U321ABJ9J | G0967900007537C | | 账户结息 | 活期保证金户结息6080.93扣税:.00 |
| 50021 | 活期保证金户 | 2020-06-21 02:08:24 | 人民币 | 6152.41 | 8031039.97 | G68933U621ABLBJ | G6893300006177C | | 账户结息 | 活期保证金户结息6152.41扣税:.00 |



# 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　　户口号：110902652710203　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2018-05-22 10:08:44 | 人民币 | 28084000.00 | 28084000.00 | G21061S522AECZJ | G2106100011167C | | 汇入汇款 | 内部转账 |
| 50015 | 活期结算户 | 2018-05-22 14:01:44 | 人民币 | 575416000.00 | 603500000.00 | G67150S522A3I7J | G6715000215355C | | 汇入汇款 | 返还保证金 |
| 50015 | 活期结算户 | 2018-05-22 16:38:00 | 人民币 | -603500000.00 | 0.00 | K05917S522AABBJ | K0591700025491C | | 结构性开户 | |
| 50015 | 活期结算户 | 2018-05-29 10:38:34 | 人民币 | 1422000.00 | 1422000.00 | G73299S529AF2EJ | G7329900015092C | | 汇入汇款 | 内部转账 |
| 50015 | 活期结算户 | 2018-05-29 19:04:22 | 人民币 | -1420952.36 | 1047.64 | 011086S529AAACJ | 0110860006800C | | 国际结算费 | 全电证或保函通讯费（国外） |
| 50015 | 活期结算户 | 2018-06-21 02:11:44 | 人民币 | 0.20 | 1047.84 | G52801S621ABBUJ | G5280100006370C | | 账户结息 | 活期结算户结息.20扣税:.00 |
| 50015 | 活期结算户 | 2018-06-27 11:55:49 | 人民币 | 5000000.00 | 5001047.84 | G89407S627AMDXJ | G8940700033489C | | 汇入汇款 | 内部转款 |
| 50015 | 活期结算户 | 2018-06-27 16:29:28 | 人民币 | -5000000.00 | 1047.84 | C07555S627AABDJ | C0755500021061C | | 保证金存 | |
| 50015 | 活期结算户 | 2018-07-04 19:22:52 | 人民币 | -250.00 | 797.84 | 010283S704AAACJ | 01028300006879C | | 国际结算费 | 业务处理通讯费（国外修改） |
| 50015 | 活期结算户 | 2018-08-15 18:47:25 | 人民币 | 900000.00 | 900797.84 | G30387S815BU40J | G3038700157958C | | 汇入汇款 | 内部转款 |
| 50015 | 活期结算户 | 2018-08-15 18:48:26 | 人民币 | 100000.00 | 1000797.84 | G30387S815BU5KJ | G3038700157998C | | 汇入汇款 | 内部转款 |
| 50015 | 活期结算户 | 2018-08-16 15:19:38 | 人民币 | -1000000.00 | 797.84 | C05062S816AAA3J | C0506200028460C | | 保证金存 | |
| 50015 | 活期结算户 | 2018-08-29 15:43:21 | 人民币 | 1467892.06 | 1468689.90 | G10193S829A0XOJ | G1019300069232C | | 汇入汇款 | 保函费 |
| 50015 | 活期结算户 | 2018-08-29 17:44:12 | 人民币 | -1467892.06 | 797.84 | 011086S829AAABJ | 01108600007135C | | 国际结算费 | 借款 透支保函（全额保证金） |
| 50015 | 活期结算户 | 2018-09-21 02:42:24 | 人民币 | 8.97 | 806.81 | G60149S921ABBIJ | G6014900002830C | | 账户结息 | 活期结算户结息8.97扣税:.00 |
| 50015 | 活期结算户 | 2018-09-21 02:42:37 | 人民币 | 3583.33 | 4390.14 | G60149S921ABFOJ | G6014900003131C | | 账户结息 | 11090265271100021活期保证金户结息 |
| 50015 | 活期结算户 | 2018-09-21 02:42:38 | 人民币 | 300.00 | 4690.14 | G60149S921ABFPJ | G6014900003133C | | 账户结息 | 11090265271100035活期保证金户结息 |
| 50015 | 活期结算户 | 2018-12-21 02:00:56 | 人民币 | 3.56 | 4693.70 | G83868SC21ABA0J | G8386800053871C | | 账户结息 | 活期结算户结息3.56扣税:.00 |
| 50015 | 活期结算户 | 2018-12-21 02:01:17 | 人民币 | 3791.67 | 8485.37 | G83868SC21ABG1J | G8386800054306C | | 账户结息 | 11090265271100021活期保证金户结息 |

## 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　　　户口号：110902652710203　　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2018-12-21 02:01:17 | 人民币 | 758.33 | 9243.70 | G83868SC21ABG2J | G8386800054308C | | 账户结息 | 1109026527110035活期保证金户结息 |
| 50015 | 活期结算户 | 2019-03-04 09:21:39 | 人民币 | -50.00 | 9193.70 | 014087T304AAAAJ | 0140870002 3084C | | 转账收费 | 单位账户管理费-协助印鉴变更手续费 |
| 50015 | 活期结算户 | 2019-03-21 01:55:55 | 人民币 | 6.93 | 9200.63 | G35315T321ABAEJ | G3531500004621C | | 账户结息 | 活期结算户结息6.93扣税:.00 |
| 50015 | 活期结算户 | 2019-03-21 01:56:17 | 人民币 | 3750.00 | 12950.63 | G35315T321ABH0J | G3531500005170C | | 账户结息 | 1109026527110021活期保证金户结息 |
| 50015 | 活期结算户 | 2019-03-21 01:56:17 | 人民币 | 750.00 | 13700.63 | G35315T321ABH1J | G3531500005172C | | 账户结息 | 1109026527110035活期保证金户结息 |
| 50015 | 活期结算户 | 2019-04-04 16:51:15 | 人民币 | -1.00 | 13699.63 | 014087T404AAABJ | 0140870002 3213C | | 凭证收费 | 其他凭证工本费-结算业务委托书工本费 |
| 50015 | 活期结算户 | 2019-04-04 19:04:06 | 人民币 | -35.00 | 13664.63 | 011363T404AAABJ | 01136300052384C | | 业务收费 | 网上企业银行-数字证书费 |
| 50015 | 活期结算户 | 2019-04-04 19:41:42 | 人民币 | -10.00 | 13654.63 | G78682T404BUJUJ | G7868200151482C | | 对公转出 | 转款 |
| 50015 | 活期结算户 | 2019-05-05 16:55:46 | 人民币 | -12600.00 | 1054.63 | G05387T505A1L6J | G0538700272254C | | 对公转出 | 房租 |
| 50015 | 活期结算户 | 2019-05-15 10:41:23 | 人民币 | 9000000.00 | 9001054.63 | C00611T515AAAAJ | C0061100025667C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-05-15 10:53:46 | 人民币 | -9000000.00 | 1054.63 | G84702T515AH4QJ | G8470200067472C | | 对公转账出 | 转款 |
| 50015 | 活期结算户 | 2019-05-17 17:04:09 | 人民币 | 3000000.00 | 3001054.63 | G61034T517BDBTJ | G6103400105174C | | 汇入汇款 | 转款 |
| 50015 | 活期结算户 | 2019-05-17 17:11:16 | 人民币 | -3000000.00 | 1054.63 | C09413T517AAAJJ | C0941300012596C | | 保证金存 | |
| 50015 | 活期结算户 | 2019-06-04 04:26:55 | 人民币 | -0.93 | 1053.70 | G59753T604ADGHJ | G5975300015933C | | 网银费用 | 网银支付手续费 |
| 50015 | 活期结算户 | 2019-06-05 13:38:12 | 人民币 | 8000000.00 | 8001053.70 | C02017T605AAAAJ | C0201700026325C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-05 13:47:44 | 人民币 | -8000000.00 | 1053.70 | G42619T605AP0HJ | G4261900293850C | | 对公转出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-06 10:23:00 | 人民币 | -2.50 | 1051.20 | 013949T606AAAAJ | 0139490002 0491C | | 凭证收费 | 其他凭证工本费-结算业务委托书工本费 |
| 50015 | 活期结算户 | 2019-06-06 13:35:10 | 人民币 | 20000000.00 | 20001051.20 | C04414T606AAABJ | C0441400020542C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-06 13:59:51 | 人民币 | -20000000.00 | 1051.20 | C01678T606AAI0J | C0167800009207C | | 对公转账出 | 往来款 |

Current Settlement account　Renminbi

Amount stolen and transferred by Shi Wenyong　1

Transfer to another company account

Amount stolen and transferred by Shi Wenyong　2

Amount stolen and transferred by Shi Wenyong　3

# 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　户口号：110902652710203　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2019-06-10 12:26:40 | 人民币 | 139106.85 | 140158.05 | C01180T610AAACJ | C0118000011000C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-10 13:39:53 | 人民币 | 16860893.15 | 17001051.20 | C08650T610AAAAJ | C086500010880C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-10 13:39:55 | 人民币 | 3000000.00 | 20001051.20 | C08758T610AAAAJ | C0875800029058C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-10 13:45:12 | 人民币 | -20000000.00 | 1051.20 | C09784T610AAE2J | C0978400024529C | | 对公转账出 | 往来款 | 4 |
| 50015 | 活期结算户 | 2019-06-10 19:57:33 | 人民币 | 860893.15 | 861944.35 | C02136T610AAAAJ | C021360024467C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-10 19:58:29 | 人民币 | 5000000.00 | 5861944.35 | C01396T610AAAAJ | C0139600020005C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-10 19:58:29 | 人民币 | 3139106.85 | 9001051.20 | C09413T610AAAAJ | C0941300012599C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-10 20:08:08 | 人民币 | -9000000.00 | 1051.20 | C07590T610AAPZJ | C0759000026638C | | 对公转账出 | 往来款 | 5 |
| 50015 | 活期结算户 | 2019-06-11 14:03:38 | 人民币 | 10000000.00 | 10001051.20 | C03640T611AAAAJ | C0364000035476C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-11 14:06:02 | 人民币 | -10000000.00 | 1051.20 | C03532T611AAFUJ | C0353200019706C | | 对公转账出 | 往来款 | 6 |
| 50015 | 活期结算户 | 2019-06-12 09:10:30 | 人民币 | 20000000.00 | 20001051.20 | C09770T612AAAAJ | C0977000020691C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-12 09:15:55 | 人民币 | -20000000.00 | 1051.20 | C08209T612AAA2J | C0820900014528C | | 对公转账出 | 往来款 | 7 |
| 50015 | 活期结算户 | 2019-06-12 16:42:30 | 人民币 | 20500000.00 | 20501051.20 | C07229T612AAAAJ | C0722900019063C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-12 16:43:19 | 人民币 | -20500000.00 | 1051.20 | C04012T612AAFBJ | C0401200027319C | | 对公转账出 | 往来款 | 8 |
| 50015 | 活期结算户 | 2019-06-13 09:03:41 | 人民币 | 21500000.00 | 21501051.20 | C06503T613AAAAJ | C0650300025896C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-13 09:05:03 | 人民币 | -21500000.00 | 1051.20 | C08824T613AABEJ | C0882400019104C | | 对公转账出 | 往来款 | 9 |
| 50015 | 活期结算户 | 2019-06-13 16:25:56 | 人民币 | 22000000.00 | 22001051.20 | C09120T613AAACJ | C0912000018398C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-13 16:35:13 | 人民币 | -22000000.00 | 1051.20 | G36865T613A4IUJ | G3686500149479C | | 对公转账出 | 转款 | 10 |
| 50015 | 活期结算户 | 2019-06-14 09:46:37 | 人民币 | 22000000.00 | 22001051.20 | C07381T614AAABJ | C0738100026672C | | 保证金取 | | |

Amount stolen and transferred by Shi Wenyong — 4

Amount stolen and transferred by Shi Wenyong — 5

Amount stolen and transferred by Shi Wenyong — 6

Amount stolen and transferred by Shi Wenyong — 7

Amount stolen and transferred by Shi Wenyong — 8

Amount stolen and transferred by Shi Wenyong — 9

Amount stolen and transferred by Shi Wenyong — 10

## 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　　　户口号码：110902652710203　　　　　　　户口名称：网泰无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2019-06-14 09:48:45 | 人民币 | -22000000.00 | 1051.20 | C03023T614AADGJ | C0302300019996C | | 对公转账出 | 往来款 | 11 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-14 16:51:48 | 人民币 | 23000000.00 | 23001051.20 | C00252T614AAAAJ | C0025200014378C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-14 16:53:55 | 人民币 | -23000000.00 | 1051.20 | C05605T614AAM9J | C0560500015871C | | 对公转账出 | 往来款 | 12 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-14 19:46:20 | 人民币 | 23500000.00 | 23501051.20 | C03155T614AAAFJ | C0315500032607C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-14 19:50:14 | 人民币 | -23500000.00 | 1051.20 | C02622T614AAGXJ | C0262200009001C | | 对公转账出 | 往来款 | 13 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-17 19:46:59 | 人民币 | 24000000.00 | 24001051.20 | C04061T617AAABJ | C0406100015337C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-17 17:01:16 | 人民币 | -24000000.00 | 1051.20 | C01216T617AA53J | C0121600032647C | | 对公转账出 | 往来款 | 14 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-18 09:33:36 | 人民币 | 24500000.00 | 24501051.20 | C08561T618AAAAJ | C0856100035986C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-18 09:35:27 | 人民币 | -24500000.00 | 1051.20 | C00111T618AACPJ | C0011100024554C | | 对公转账出 | 往来款 | 15 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-18 16:48:51 | 人民币 | 35700000.00 | 35701051.20 | C00125T618AAABJ | C0012500016706C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-18 16:51:53 | 人民币 | -35700000.00 | 1051.20 | C08075T618AA55J | C0807500011209C | | 对公转账出 | 往来款 | 16 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-19 22:28:58 | 人民币 | 45000000.00 | 45001051.20 | C08804T619AAAAJ | C0880400016551C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-19 22:35:37 | 人民币 | -45000000.00 | 1051.20 | C01542T619AACJJ | C0154200030587C | | 对公转账出 | 往来款 | 17 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-20 20:51:54 | 人民币 | 10000000.00 | 10001051.20 | C00271T620AAADJ | C0027100025494C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-20 20:57:17 | 人民币 | -10000000.00 | 1051.20 | C05408T620AAAEJ | C0540800014400C | | 对公转账出 | 往来款 | 18 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-20 21:03:55 | 人民币 | 8000000.00 | 8001051.20 | C05251T620AAAIJ | C0525100023190C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-20 21:06:04 | 人民币 | -8000000.00 | 1051.20 | C04844T620AAABJ | C0484400019267C | | 对公转账出 | 往来款 | 19 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-21 02:26:46 | 人民币 | 5.54 | 1056.74 | G16932T621AA85J | G1693200080124C | | 账户结息 | 活期结算户结息5.54扣税:00 | | |
| 50015 | 活期结算户 | 2019-06-21 02:27:08 | 人民币 | 3375.00 | 4431.74 | G16932T621ABIEJ | G1693200080791C | | 账户结息 | 11090265271100021活期保证金结息 | | |

# 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　户口号：110902652710203　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2019-06-21 02:27:08 | 人民币 | 675.00 | 5106.74 | G16932T621ABIFJ | G1693200080793C | | 账户结息 | 11090265271100035活期保证金户结息 |
| 50015 | 活期结算户 | 2019-06-21 02:27:08 | 人民币 | 5053.19 | 10159.93 | G16932T621ABIHJ | G1693200080797C | | 账户结息 | 11090265271100052活期保证金户结息 |
| 50015 | 活期结算户 | 2019-06-21 15:50:36 | 人民币 | 40000000.00 | 40010159.93 | C08902T621AAAEJ | C0890200020163C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-21 15:54:29 | 人民币 | -40000000.00 | 10159.93 | C00513T621AACAJ | C0051300031232C | | 对公转出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-21 17:20:48 | 人民币 | 20500000.00 | 20510159.93 | C04596T621AAACJ | C0459600016188C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-21 17:21:56 | 人民币 | -20500000.00 | 10159.93 | C02442T621AAKTJ | C0244200026730C | | 对公转账出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-24 09:35:35 | 人民币 | -2.50 | 10157.43 | 013949T624AAAAJ | 0139490020675C | | 凭证收费 | 其他凭证工本费-结算业务委托书工本费 |
| 50015 | 活期结算户 | 2019-06-24 10:49:20 | 人民币 | 7500000.00 | 7510157.43 | C08183T624AAAAJ | C0818300019678C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-24 10:55:48 | 人民币 | -7500000.00 | 10157.43 | C01104T624AAFLJ | C0110400025372C | | 对公转出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-24 15:55:50 | 人民币 | 77000000.00 | 77010157.43 | C03663T624AAAPJ | C0366300022191C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-24 16:07:09 | 人民币 | -77000000.00 | 10157.43 | C03680T624AAV9J | C0368000034990C | | 对公转出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-24 17:28:16 | 人民币 | 16000000.00 | 16010157.43 | C06059T624AAATJ | C0605900018924C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-24 17:30:30 | 人民币 | -16000000.00 | 10157.43 | C03410T624ABEEJ | C0341000034015C | | 对公转账出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-25 15:51:13 | 人民币 | 72000000.00 | 72010157.43 | C05086T625AAABJ | C0508600022961C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-25 16:00:19 | 人民币 | -69000000.00 | 3010157.43 | C03268T625AAW6J | C0326800020321C | | 对公转出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-26 08:54:30 | 人民币 | -1493300.41 | 1516857.02 | 011086T626AAAAJ | 0110860008178C | | 国际结算费 | 借款 透支保函（非全额保证金） |
| 50015 | 活期结算户 | 2019-06-26 08:58:22 | 人民币 | -1446682.55 | 70174.47 | 011086T626AAABJ | 0110860008182C | | 国际结算费 | 借款 透支保函（非全额保证金） |
| 50015 | 活期结算户 | 2019-06-26 12:03:54 | 人民币 | -70174.47 | 0.00 | G48357T626AN8HJ | G4835700168059C | | 对公转账出 | 转款 |
| 50015 | 活期结算户 | 2019-06-26 19:12:02 | 人民币 | 13827437.90 | 13827437.90 | C03523T626AAAAJ | C0352300015191C | | 保证金取 | |

20 Amount stolen and transferred by Shi Wenyong

21 Amount stolen and transferred by Shi Wenyong

22 Amount stolen and transferred by Shi Wenyong

23 Amount stolen and transferred by Shi Wenyong

24 Amount stolen and transferred by Shi Wenyong

25 Amount stolen and transferred by Shi Wenyong

26 Amount stolen and transferred by Shi Wenyong

# 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　　户口号：110902652710203　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2019-06-26 19:25:19 | 人民币 | -13827437.90 | 0.00 | C01053T626AA7IJ | C0105300018011C | | 对公转账出 | 往来款 | 27 Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-07-04 19:13:39 | 人民币 | 500000.00 | 500000.00 | G13436T704BH8FJ | G1343600115606C | | 汇入汇款 | 转款 | |
| 50015 | 活期结算户 | 2019-07-04 19:18:29 | 人民币 | -500000.00 | 0.00 | G13436T704BIE6J | G1343600116091C | | 对公转账出 | 转款 | |
| 50015 | 活期结算户 | 2019-07-10 16:48:38 | 人民币 | 7000000.00 | 7000000.00 | C00418T710AAAFJ | C0041800024131C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-07-10 16:52:14 | 人民币 | -7000000.00 | 0.00 | C00701T710AANDJ | C0070100022606C | | 对公转账出 | 往来款 | 28 Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-07-23 11:30:42 | 人民币 | 300.00 | 300.00 | G41339T723AJ2PJ | G4133900041397C | | 汇入汇款 | 转款 | |
| 50015 | 活期结算户 | 2019-07-23 11:34:01 | 人民币 | -230.00 | 70.00 | G41339T723AJ8HJ | G4133900041812C | | 对公转账出 | 办公费 | |
| 50015 | 活期结算户 | 2019-08-04 04:04:50 | 人民币 | -0.93 | 69.07 | G94424T804B56ZJ | G9442400303872C | | 网银费用 | 网银支付手续费 | |
| 50015 | 活期结算户 | 2019-08-15 11:28:04 | 人民币 | 19600.00 | 19669.07 | G54059T815AL8AJ | G5405900234116C | | 汇入汇款 | 转款 | |
| 50015 | 活期结算户 | 2019-08-15 11:29:32 | 人民币 | -19600.00 | 69.07 | G54059T815AMDNJ | G5405900234501C | | 对公转账出 | 房租及押金 | |
| 50015 | 活期结算户 | 2019-09-02 13:36:42 | 人民币 | 200.00 | 269.07 | G36053T902AMR4J | G3605300040292C | | 汇入汇款 | 转款 | |
| 50015 | 活期结算户 | 2019-09-04 04:25:26 | 人民币 | -9.31 | 259.76 | G21369T904BQ3BJ | G2136900583376C | | 网银费用 | 网银汇款手续费 | |
| 50015 | 活期结算户 | 2019-09-20 16:44:02 | 人民币 | -85.00 | 174.76 | G98792T920BEG5J | G9879200105459C | | 对公转账出 | 报销 | |
| 50015 | 活期结算户 | 2019-09-21 02:22:05 | 人民币 | 25.49 | 200.25 | G42942T921AA77J | G4294200009437C | | 账户结息 | 活期结算户结息25.49扣税:.00 | |
| 50015 | 活期结算户 | 2019-11-04 14:43:49 | 人民币 | 29250.00 | 29450.25 | G14156TB04BJP9J | G1415600207638C | | 汇入汇款 | 转款 | |
| 50015 | 活期结算户 | 2019-11-04 14:43:49 | 人民币 | 20000.00 | 49450.25 | G14155TB04BJSEJ | G1415500287752C | | 汇入汇款 | 转款 | |
| 50015 | 活期结算户 | 2019-11-05 15:00:06 | 人民币 | -49000.00 | 450.25 | G70929TB05AV74J | G7092900075938C | | 对公转账出 | 转款 | 29 Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-12-21 02:36:58 | 人民币 | 0.66 | 450.91 | G18041TC21AA7MJ | G1804100003116C | | 账户结息 | 活期结算户结息.66扣税:.00 | |
| 50015 | 活期结算户 | 2020-03-21 02:10:56 | 人民币 | 0.34 | 451.25 | G09679U321AA62J | G0967900006587C | | 账户结息 | 活期结算户结息.34扣税:.00 | |

# 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行  　　　　户口号：110902652710203  　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2020-06-21 02:07:45 | 人民币 | 0.35 | 451.60 | G68933U621AA6BJ | G6893300005097C | | 账户结息 | 活期结算户结息.35扣税:.00 |



# 对公账户历史交易明细表(20180627-20200621)

网点名称：北京分行工体支行　　　　　　　　　户口号：11090265271100021　　　　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50017 | 活期保证金户 | 2018-06-27 16:29:28 | 人民币 | 5000000.00 | 5000000.00 | C07555S627AABDJ | C0755500021062C | | 保证金存 | |
| 50017 | 活期保证金户 | 2019-06-10 19:58:29 | 人民币 | -5000000.00 | 0.00 | C01396T610AAAAJ | C0139600020004C | | 保证金取 | |



# 对公账户历史交易明细表(20180816-20200621)

网点名称：北京分行工体支行 户口号：11090265271100035 户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50018 | 活期保证金户 | 2018-08-16 15:19:38 | 人民币 | 1000000.00 | 1000000.00 | C05062S816AAA3J | C0506200028461C | | 保证金存 | |
| 50018 | 活期保证金户 | 2019-06-10 12:26:40 | 人民币 | -139106.85 | 860893.15 | C01180T610AAACJ | C0118000010999C | | 保证金取 | |
| 50018 | 活期保证金户 | 2019-06-10 19:57:33 | 人民币 | -860893.15 | 0.00 | C02136T610AAAAJ | C0213600024466C | | 保证金取 | |



# 对公账户历史交易明细表(20180512-20200621)

网点名称：北京分行工体支行　　　　　　　户口号：11090265278100078　　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50016 | 整存整取户 | 2018-05-22 16:38:00 | 人民币 | 603500000.00 | 603500000.00 | K05917S522AABBJ | K0591700025492C | | 结构性开户 | |
| 50016 | 整存整取户 | 2019-05-15 10:06:29 | 人民币 | -603500000.00 | 0.00 | C06921T515AAABJ | C0692100015617C | | 结构性关户 | |



# 对公账户历史交易明细表(20190514-20200621)

网点名称：北京分行工体支行　　　　户口号：11090265271100052　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50020 | 活期保证金户 | 2019-05-15 11:25:26 | 人民币 | 24860893.15 | 24860893.15 | K69664T515AADQJ | K6966400046344C | | 存款利息 | 2019051530220066 |
| 50020 | 活期保证金户 | 2019-06-05 13:38:12 | 人民币 | -8000000.00 | 16860893.15 | C02017T605AAAAJ | C0201700026324C | | 保证金取 | |
| 50020 | 活期保证金户 | 2019-06-10 13:39:53 | 人民币 | -16860893.15 | 0.00 | C08650T610AAAAJ | C0865000010879C | | 保证金取 | |



# 对公账户历史交易明细表(20190517-20200621)

网点名称：北京分行工体支行　　　　　　　　户口号：11090265271100083　　　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50022 | 活期保证金户 | 2019-05-17 17:11:16 | 人民币 | 3000000.00 | 3000000.00 | C09413T517AAAJJ | C0941300012597C | | 保证金存 | |
| 50022 | 活期保证金户 | 2019-06-10 13:39:55 | 人民币 | -3000000.00 | 0.00 | C08758T610AAAAJ | C0875800029057C | | 保证金取 | |
| 50022 | 活期保证金户 | 2019-06-21 02:27:08 | 人民币 | 600.00 | 600.00 | G16932T621ABIJJ | G1693200080801C | | 账户结息 | 活期保证金户结息600.00扣税:.00 |
| 50022 | 活期保证金户 | 2019-09-21 02:22:35 | 人民币 | 0.46 | 600.46 | G42942T921ABI0J | G4294200010216C | | 账户结息 | 活期保证金户结息.46扣税:.00 |
| 50022 | 活期保证金户 | 2019-12-21 02:37:43 | 人民币 | 0.46 | 600.92 | G18041TC21ABJ2J | G1804100004012C | | 账户结息 | 活期保证金户结息.46扣税:.00 |
| 50022 | 活期保证金户 | 2020-03-21 02:11:27 | 人民币 | 0.46 | 601.38 | G09679U321ABKAJ | G0967900007539C | | 账户结息 | 活期保证金户结息.46扣税:.00 |
| 50022 | 活期保证金户 | 2020-06-21 02:08:25 | 人民币 | 0.46 | 601.84 | G68933U621ABLCJ | G6893300006179C | | 账户结息 | 活期保证金户结息.46扣税:.00 |



Sample Translation of the bank issued payment receipt
indicating WFOE's fund was transferred to Beijing NetQin
Mobile Technology Limited

---

PLKJ4129

**PAYMENT RECEIPT**

**CHINA MERCHANTS BANK**

Date: 6th June 2019

Serial number: 1910013236460

Payment account No.:110902652710203

Account name: **NQ Mobile (Beijing) Technology Limited**

Opening bank: **China Merchant Bank Beijing Branch Gongti Sub-branch**

Amount (in words): **CHINA YUAN Twenty Million**

Amount (in number): CNY20,000,000.00

Beneficiary's account name: **Beijing NetQin Mobile Technology Limited**

Beneficiary Account No.:  110913207210503

Beneficiary's opening bank: China Merchant Bank Beijing Branch Chaowaidajie Sub-branch

Type of voucher: letter of authorization for settlement         Voucher No.: 0037960398

Summary: Current accounts

Activity No.: 1986006951413

Operated by: 014087

Receipt No.: 2030017718054

20200624

CHINA MERCHANTS BANK COMPANY LIMITED

The 2nd copy for Customer's acknowledgement

---




付款回单

日期：2019年05月15日　　　　业务类型：对公转账出　　　　流水号：G8470200067472C

付款账号：110902652710203

户名：网宿无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）：人民币玖佰万元整

　　　　（小写）：CNY9,000,000.00

收款人户名：北京网宿移动科技有限公司

收款人账号：110913207210503

收款人开户行：招商银行北京分行朝外大街支行(本郡)

摘要：转款

经办：00101219　　　　　　　　补制回单，避免重复　　　　　　　　20200624

PLKJ4129

付 款 回 单

招商银行
CHINA MERCHANTS BANK

日期：2019年06月05日

业务类型：网上企业银行支付

流水号：G42619T6D5APCHJ

付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币捌佰万元整
　　　（小写）：CNY8,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行
凭证种类：
摘要：往来款

凭证号码：

业务编号：20190605134227

经办：G42619

第一联：银行留存
The 1st copy for Bank's file

回单编号：2030017712088

20200524

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单



招商银行
CHINA MERCHANTS BANK

日期：2019年06月06日
付款账号：110902652710203
户名：网泰无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币贰仟万元整
　　　（小写）： CNY20,000,000.00
收款人户名：北京网泰移动科技有限公司
收款人账号：110913207210503
收款人开户行： 招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　　凭证号码：0037960398
摘要：往来款

流水号：1910013236460

业务编号：19S6006951413

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement



微信账务变动通知 0 费用
扫描二维码
关注微信银行

回单编号：20200177180



手机转账 0 费用
扫描二维码
下载手机银行

20200624

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单



招商银行
CHINA MERCHANTS BANK

日期：2019年06月10日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币贰仟万元整
　　　（小写）：CNY20,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　凭证号码：0037960435
摘要：往来款

流水号：1970013030136

业务编号：1957007020197

经办：014097　　　　回单编号：2030017728983

第一联：银行留存
The 1st copy for Bank's file

20200624


F02　招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单

招商银行
CHINA MERCHANTS BANK

日期：2019年06月10日

付款账号：110902652710203

流水号：1950013250894

户名：网秦无限（北京）科技有限公司

开户行：招商银行北京工体支行

金额（大写）： 人民币玖佰万元整

　　　（小写）： CNY9,000,000.00

收款人户名：北京网秦移动科技有限公司

收款人账号：110913207210503

收款人开户行： 招商银行北京朝外大街支行

凭证种类：结算业务委托书

凭证号码：0037960436

业务编号： 19S6007077328

摘要：往来款

经办：014087

 微信账  手机转账 0 费用

扫描二维码　　　　　　扫描二维码

关注微信银行　　　　　下载手机银行

招商银行股份有限公司
CHINA MERCHANTS BANK CO.

202005

PLKJ4129

付 款 回 单


招商银行
CHINA MERCHANTS BANK

日期：2019年06月11日

付款账号：110902652710203

户名：网泰无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）：人民币壹仟万元整

（小写）：CNY10,000,000.00

收款人户名：北京网泰移动科技有限公司

收款人账号：110913207210503

收款人开户行：招商银行北京分行朝外大街支行

凭证种类：结算业务委托书　　　　　　凭证号码：0037960438

摘要：往来款

流水号：1970013159279

业务编号：19S8006997526

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement

 微信账务变动通知 0 费用
扫描二维码
关注微信银行

手机转账 0 费用
扫描二维码
下载手机银行

20200624

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

招商银行
CHINA MERCHANTS BANK

付 款 回 单

日期：2019年06月12日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币贰仟万元整
　　（小写）：CNY20,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　凭证号码：0037960437
摘要：往来款

账务号：1990013704836

业务编号：　19S0007164454

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement


微信账务变动通知 0 费用
扫描二维码
关注微信银行


手机转账 0 费用
扫描二维码
下载手机银行

回单编号：20200177450??

20200


F02
招商银行股份有限
CHINA MERCHANTS BANK C

PLKJ4129



付 款 回 单

日期：2019年06月12日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币贰仟零伍拾万元整
　　（小写）：CNY20,500,000.00
收款人户名：北京网泰移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　　凭证号码：0037960439
摘要：往来款

流水号：1920013609144



业务编号：　198600718392

经办：014087
第二联：客户回单
The 2nd copy for Customer's acknowledgement


微信账务提醒通知 0 费用
扫描二维码
关注微信银行

打印编号：20200174-9005


手机转账 0 费用
扫描二维码
下载手机银行


F02


202909

招商银行股份有限
CHINA MERCHANTS BANK CO

PLKJ4129

付 款 回 单



招商银行
CHINA MERCHANTS BANK

日期：2019年06月13日

流水号：1930013886255

付款账号：110902652710203

户名：网秦无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）：人民币贰仟壹佰伍拾万元整

（小写）：CNY21,500,000.00

收款人户名：北京网秦移动科技有限公司

收款人账号：110913207210503

收款人开户行：招商银行北京分行朝外大街支行

凭证种类：结算业务委托书        凭证号码：0037960440

摘要：往来款

业务编号：4994007183920

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement





微信账务变动通知0费用
扫描二维码
关注微信银行

手机转账0费用
扫描二维码
下载手机银行

20200624

F02        招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

KJ4129

付 款 回 单

 招商銀行
CHINA MERCHANTS BANK

日期：2019年06月13日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币贰仟贰佰万元整
　　　（小写）： CNY22,000,000.00
收款人户名：北京网泰移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行
凭证种类：
摘要：转款

业务类型：网上企业银行支付

凭证号码：

流水号：G36865T613A4IUU

业务编号： 20190613163258

经办：G36865

回单编号：2030017753919

20200524

第一联：银行留存
The 1st copy for Bank's file

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

招商银行
CHINA MERCHANTS BANK

付 款 回 单

日期：2019年05月14日

流水号：1930014007111

付款账号：110902652710203

户名：网秦无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）：人民币贰仟贰佰万元整

（小写）：CNY22,000,000.00

收款人户名：北京网秦移动科技有限公司

收款人账号：110913207210503

收款人开户行：招商银行北京分行朝外大街支行

凭证种类：结算业务委托书　　凭证号码：0037960442

业务编号：1934007247989

摘要：往来款

经办：014097

20200524

第二联：客户回单
The 2nd copy for Customer's acknowledgement

 微信账务变动通知 0 费用
扫描二维码
关注微信银行

 手机转账 0 费用
扫描二维码
下载手机银行

回单编号：2030017755632

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129



招商银行
CHINA MERCHANTS BANK

付 款 回 单

日期：2019年06月14日
付款账号：110902652710203
户名：网泰无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币贰仟叁佰万元整
　（小写）：CNY23,000,000.00
收款人户名：北京网泰移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　凭证号码：0037960441

流水号：1900014276518

业务编号：19S1007296346

摘要：往来款

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement

 微信账务变动通知 0 费用
扫描二维码
关注微信银行

回单编号：099001766401

手机转账 0 费用
扫描二维码
下载手机银行

20200524

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

**付 款 回 单**



招商银行
CHINA MERCHANTS BANK

日期：2019年06月14日
付款账号：110902652710203
户名：冈泰无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币贰仟叁佰伍拾万元整
　　（小写）：CNY23,500,000.00
收款人户名：北京冈泰移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　凭证号码：0037960445
摘要：往来款

流水号：1950013711222

业务编号：19S6007324435

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement



微信账务变动通知0费用
扫描二维码
关注微信银行

回单编号：20200177620027

手机转账0费用
扫描二维码
下载手机银行

20200624

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129



招商银行
CHINA MERCHANTS BANK

付款回单

日期：2019年06月17日　　　　　　　　　　　　　　　　流水号：1930014274099
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币贰仟肆佰万元整
　　（小写）：CNY24,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　　凭证号码：0037960446
摘要：往来款　　　　　　　　　　　　　　　　　　　　　　　业务编号：19S4007385263

经办：014087　　　　　　　　　　　　　　　　　　　　　　　　　　　　　20200624
第二联：客户回单
The 2nd copy for Customer's acknowledgement



微信账务变动通知 0 费用　　　　手机转账 0 费用
扫描二维码　　　　　　　　　　　扫描二维码
关注微信银行　　　　　　　　　　下载手机银行

F02　　招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

回单编号：20200177757???

PLKJ4129

付 款 回 单


招商银行
CHINA MERCHANTS BANK

流水号：1990014233573

日期：2019年06月18日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币贰仟肆佰伍拾万元整
　　（小写）：CNY24,500,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　凭证号码：0037960448
摘要：往来款

业务编号：1990007438855

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement

回单编号：2020017777508
微信账务变动通知 0 费用
扫描二维码
关注微信银行

手机转账 0 费用
扫描二维码
下载手机银行

20200624

F02
招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单



招 商 银 行
CHINA MERCHANTS BANK

日期：2019年06月18日

付款账号：110902552710203

户名：网秦无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）：人民币叁仟伍佰柒拾万元整

　　（小写）：CN¥35,700,000.00

收款人户名：北京网秦移动科技有限公司

收款人账号：110913207210503

收款人开户行：招商银行北京分行朝外大街支行

凭证种类：结算业务委托书　　　凭证号码：0037950450

摘要：往来款

流水号：195001S9S8778

业务编号：1957007445770

经办：014097

第二联：客户回单
The 2nd copy for Customer's acknowledgement





微信服务受理查询0费用
扫描二维码
关注微信银行

手机转账0费用
扫描二维码
下载手机银行




付 款 回 单

招商银行
CHINA MERCHANTS BANK

日期：2019年06月19日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币肆仟伍佰万元整
　　（小写）：CNY45,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：特种转账借方传票（无需验印）　凭证号码：
摘要：往来款

流水号：1900014704815

业务编号：19S0007555775

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement

 微信账务变动通知 *0* 费用
扫描二维码
关注微信银行

回单编号：20300177**105

手机转账 *0* 费用
扫描二维码
下载手机银行

20200524

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单



日期：2019年06月20日

流方号：140___44_5545

付款账号：110902652710203
户名：网泰无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币壹仟万元整
　（小写）：CNY10,000,000.00
收款人户名：北京网泰移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：特种转账借方传票（无需验印）　凭证号码：
摘要：往来款



立务编号：_1884_7855770

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement


微信账务变动通知 0 费用
扫描二维码
关注微信银行

回单编号：2020017704157


手机转账 0 费用
扫描二维码
下载手机银行



PLKJ4129

付 款 回 单



招商银行
CHINA MERCHANTS BANK

日期：2019年06月20日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币捌佰万元整
　　（小写）：CNY8,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：特种转账借方传票（无需验印）  凭证号码：
摘要：往来款

流水号：1970014075747

业务编号：19S7007582748

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement


微信账务变动通知0费用
扫描二维码
关注微信银行

回单编号：2030017794189


手机转账0费用
扫描二维码
下载手机银行

20200624

F02
招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单

招商银行
CHINA MERCHANTS BANK

日期：2019年06月21日　　　　　　　　　　　　　　　流水号：1970014155192
付款账号：11090255271.0208
户名：闪�素元界（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币肆仟万元整
　　　（小写）：CNY42,000,000.00
收款人户名：北京闪素移动科技有限公司
收款人账号：110918207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　　　凭证号码：0037960455　　　　　　　业务编号：1998007533304
摘要：往来款

经办：014097

PLRJ4129


招商银行
CHINA MERCHANTS BANK

付 款 回 单

流水号：1900014698465

日期：2019年08月21日
付款账号：110912552710208
户名：同乘无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币贰佰零壹拾万元整
　　　（小写）：CNY2,100,500,000.00
收款人户名：北京同乘移动科技有限公司
收款人账号：110912202710303
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书
凭证号码：0037960456
摘要：往来款



业务编号：1950007682886

经办：114087

复二联：客户回单
The 2nd copy for Customer's acknowledgement

回单编号：2020017204766


微信提醒 交易通知 0 费用
扫描二维码
关注微信银行


手机转账 0 费用
扫描二维码
下载手机银行

20200524
F02
招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单




日期：2019年05月24日
付款账号：110902952710203
户名：同奏元界（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币柒佰伍拾万元整
　　（小写）：CNY7,500,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　凭证号码：0037960451
摘要：往来款

流水号：19200145552554



业务编号：1954007575525

经办：011359

第二联　客户回单
The 2nd copy for Customer's acknowledgement.



微信账务变动通知0费用
扫描二维码
关注微信银行



手机转账0费用
扫描二维码
下载手机银行



2020052

LKJ4129

付 款 回 单

 招商银行
CHINA MERCHANTS BANK

日期：2019年05月24日

流水号：1940014638026

付款账号：110902652710203

户名：网秦无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）： 人民币柒仟柒佰万元整

　（小写）： CNY77,000,000.00

收款人户名：北京网秦移动科技有限公司

收款人账号：110913207210503

收款人开户行： 招商银行北京分行朝外大街支行

凭证种类：结算业务委托书　　　　　凭证号码：0037960458

业务编号：1985007706932

摘要：往来款

经办：011363

回单编号：2030017811834

20200624

款：银行留存
copy for Bank's file

F02　招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

招商银行
CHINA MERCHANTS BANK

付 款 回 单

流水号：1990014838684

日期：2019年06月24日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币壹仟陆佰万元整
（小写）：CNY16,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书      凭证号码：0037960459
摘要：往来款

业务编号：199900703907

经办：011363

第二联：客户回单
The 2nd copy for Customer's acknowledgement

 微信账 回单编号：20200170313305 手机转账 **0** 费用
扫描二维码                          扫描二维码
关注微信银行                        下载手机银行

20200624





F02  招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD

PLKJ4129

**付 款 回 单**

招商银行
CHINA MERCHANTS BANK

流水号：1900015199168

日期：2019年06月25日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币陆仟玖佰万元整
　　（小写）：CNY69,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　凭证号码：0038764503
摘要：往来款

业务编号：19S1007771355



经办：011363

第二联：客户回单
The 2nd copy for Customer's acknowledgement

微信账务变动通知0费用
扫描二维码
关注微信银行

回单编号：20200171919171

手机转账0费用
扫描二维码
下载手机银行

20200524

招商银行股份有限公司
F02   CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

**付 款 回 单**

招商银行
CHINA MERCHANTS BANK

日期：2019年06月26日          业务类型：网上企业银行支付          流水号：G48357T626AN8HJ

付款账号：110902652710203

户名：网泰无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）：人民币柒万零壹佰柒拾肆元肆角柒分

（小写）：CNY70,174.47

收款人户名：北京网泰移动科技有限公司

收款人账号：110913207210503

收款人开户行：招商银行

凭证种类：                                凭证号码：

摘要：转款

经办：G48357

第二联：客户回单
The 2nd copy for Customer's acknowledgement

 微信账到账通知 **0** 费用

扫描二维码

关注微信银行

手机转账 **0** 费用

扫描二维码

下载手机银行



业务编号：20190626115824

20200629

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单



招商银行
CHINA MERCHANTS BANK

日期：2019年06月26日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招行北京工体支行
金额（大写）：人民币壹仟叁佰捌拾贰万柒仟肆佰叁拾柒元玖角
　　（小写）：CNY13,827,437.90
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招行北京朝外大街支行
凭证种类：结算业务委托书
摘要：往来款

流水号：1910014999173

凭证号码：0038764506

业务编号：1981007960203

经办：011363

回单编号：2030017828401

第一联：银行窗存
The 1st copy for Bank's file

20200624

PLKJ4129

招商銀行
CHINA MERCHANTS BANK

付款回单

日期：2019年07月19日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币柒佰万元整
　　　（小写）：CNY7,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　凭证号码：0038764505

摘要：往来款

流水号：1990016336230

业务编号：19S0008541219

经办：011363

第二联：客户回单
The 2nd copy for Customer's acknowledgement

 微信账务变动通知0费用
扫描二维码
关注微信银行

回单编号：20200170986500

 手机转账0费用
扫描二维码
下载手机银行

F02

20200624

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单

招商银行
CHINA MERCHANTS BANK

日期：2019年11月05日 　　业务类型：网上企业银行支付
付款账号：11090265271020
户名：网泰无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币肆万玖仟元整
　　　（小写）：CNY49,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210934
收款人开户行：招商银行

凭证种类：　　　　　　　　凭证号码：
摘要：转款

经办：G70929　　　回单编号：2030018528764

业务代号：G70929TB05AV74J

业务编号：20191105145708

20200628

第一联：银行留存
The 1st copy for Bank's file



# EXHIBIT B

State Administration of Taxation – Beijing E-tax Bureau

| User Administration Homepage | Taxpayer information | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| • User information management | Registration information | Record ed informa tion | Tax (fee) category identificati on | Fixed amount verifica tion | Invoice verification | Qualification | Reduction &exemption | Invoice balance |
| • Enterprise authorization management | Taxpayer Identification No. (Social Credit Code): | 911101086615514831 | | | | Name of taxpayer: | NQ Mobile (Beijing) Technology Limited | |
| • Tax agency management | Type of registration: | Foreign-funded enterprise | | | Type of authorities approving its incorporation: | Industry and commerce department | Authorities approving its incorporation: | |
| • User information | Organization code: | 661551483 | | | No. of incorporation certificate or file: | | 110000450009580 | |
| Taxpayer information | Name of license: | Incorporated entity's business license | | | | License No.: | 110000450009580 | |
| • Favorite function management | Opening (incorporation) date: | 15th May 2007 | | | Term of duration starting from: | 15th May 2007 | Term of duration ending on: | 14th May 2027 |
| • Identification information collection | Registered address: | Room 106 1st Floor No.23 Building, No.31 North Third Ring Road West, Haidian District, Beijing | | | Zip code of registered address: | 100094 | Tel of registered address: | 18501035705 |
| | Business address: | Room 106 1st Floor No.23 Building, No.31 North Third Ring Road West, Haidian District, Beijing | | | Zip code of business address: | 100094 | Tel of business address: | |



| | Accounting method: | Independent accounting, assuming sole responsibility for its profits or losses | Number of employees: | 10 | including foreign employees (number): | 2 |
|---|---|---|---|---|---|---|
| | Nature of entity: | Enterprise | | Applicable accounting policy: | Enterprise Accounting System (2001) | |
| | Type of state-owned holding: | | | Website: | | |
| | Industry in national standard (primary): | Other software development | | Segment of primary industry: | Other software development | |
| | Taxation administrator: | | | | | |

Recorded status information

| Item | Name | Type of identification | Identification Number | Fixed-line telephone | Mobile | E-mail |
|---|---|---|---|---|---|---|
| Legal representative (responsible officer) | Zemin Xu | Resident identification card | 120103196402230714 | 85655555 | 85655555 | |
| Person in charge of Finance | Vincent Wenyong Shi | Resident identification card | 352124197711280513 | 85655555 | 13501233445 | |



