# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>*Plaintiff(s)*<br><br>v.<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, JIA LIAN, XIAO YU,<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br>*Defendant(s)* | Civil Action No. 1:18-cv-11642-VM-DCF |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   VINCENT WENYONG SHI
c/o Michael James Maloney
Felicello Law P.C.
1140 Avenue of the Americas, 9th Fl
New York, NY 10036
mmaloney@felicellolaw.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Jake Nachmani
   Seiden Law Group, LLP
   469 Seventh Ave, Suite 502
   New York, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-11642-VM-DCF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vincent Wenyong Shi

was received by me on *(date)* 09/11/2020 .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Michael James Maloney , who is designated by law to accept service of process on behalf of *(name of organization)* Vincent Wenyong Shi on *(date)* 09/11/2020 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/11/2020

*s/ Jacob Nachmani*
*Server's signature*

Jacob Nachmani
*Printed name and title*

469 Seventh Avenue, Suite 502, New York, NY 10018
*Server's address*

Additional information regarding attempted service, etc:
This service was effectuated persuant to the Court's September 4, 2020 Order (ECF 163).