**FELICELLO LAW P.C.**

Client Matter No. 20011  Jan. 1, 2020 through Sept. 30, 2020

| Date | Hours | Description | Rate ($) | Billable ($) | User | Status |
|---|---|---|---|---|---|---|
| 1/25/20 | 0.2 | Conf w V Shi | $ 715.00 | $ 143.00 | MJM | Paid |
| 2/1/20 | 0.3 | Messages w client re legal strategy and indemnification; review and analyze corporate records icw same. | $ 715.00 | $ 214.50 | MJM | Paid |
| 2/4/20 | 0.2 | Draft indemnification demand letter | $ 715.00 | $ 143.00 | MJM | Paid |
| 2/4/20 | 0.1 | Prepare and file notice of change of address | $ 715.00 | $ 71.50 | MJM | Paid |
| 3/6/20 | 1.1 | Review and revise Rule 11 letter to plaintiff's counsel in connection with lack of standing | $ 715.00 | $ 786.50 | MJM | Paid |
| 3/9/20 | 1.8 | Review and analyze record in connection with preparation of Rule 11 letter to opposing counsel; legal research in connection with same; review and revise same. | $ 715.00 | $ 1,287.00 | MJM | Paid |
| 3/9/20 | 0.2 | [redacted] review and analyze forms re same. | $ 715.00 | $ 143.00 | MJM | Paid |
| 3/10/20 | 1.8 | Review and analyze record in connection with preparation of Rule 11 letter; review and revise same; email same to Plaintiff. | $ 715.00 | $ 1,287.00 | MJM | Paid |
| 3/10/20 | 0.8 | Review and analyze record in connection with preparation of letter to Judge Freeman re supplemental material; review and revise same. | $ 715.00 | $ 572.00 | MJM | Paid |
| 3/10/20 | 0.2 | [redacted] | $ 715.00 | $ 143.00 | MJM | Paid |
| 3/12/20 | 0.4 | Emails with JHC and opposing counsel re briefing stipulation; review and analyze same. | $ 715.00 | $ 286.00 | MJM | Paid |
| 3/17/20 | 0.9 | Emails with opposing counsel re briefing schedule; review and analyze docket in connection with same; review and revise Rule 11 letter | $ 715.00 | $ 643.50 | MJM | Paid |

**EXHIBIT F**

**FELICELLO LAW P.C.**

Client Matter No. 20011                                                                                   Jan. 1, 2020 through Sept. 30, 2020

| Date | Hours | Description | Rate ($) | Billable ($) | User | Status |
|---|---|---|---|---|---|---|
| 3/26/20 | 1.2 | Review and revise letter to Judge Freeman re Cayman Islands order etc.; review and analyze records in connection with same; emails and conf w REF re same. | $ 715.00 | $ 858.00 | MJM | Paid |
| 3/27/20 | 0.8 | Review and analyze records in connection with letter to Judge Freeman; review and revise same re: removal of Shi; prepare same for filing and service. | $ 715.00 | $ 572.00 | MJM | Paid |
| 3/30/20 | 0.4 | Messages with client re status of litigation and strategy going forward. | $ 715.00 | $ 286.00 | MJM | Paid |
| 4/2/20 | 0.4 | [redacted]; review and analyze papers filed by Plaintiffs. | $ 715.00 | $ 286.00 | MJM | Paid |
| 4/3/20 | 1.2 | Review and revise opposition to motion by Plaintiff for extension of time; [redacted] | $ 715.00 | $ 858.00 | MJM | Paid |
| 4/7/20 | 0.8 | Conf with [redacted]; messages to client re same; [redacted]. | $ 715.00 | $ 572.00 | MJM | Paid |
| 4/22/20 | 0.9 | Draft letter to receiver re indemnification; draft certification in connection with same; draft undertaking in connection with same; email to client in connection with same. | $ 715.00 | $ 643.50 | MJM | Paid |
| 4/23/20 | 1.3 | Review and analyze certification and undertaking in connection with preparation of response to denial of claim for indemnification; review and analyze denial in connection with same; review and revise responsive letter re same. | $ 715.00 | $ 929.50 | MJM | Paid |
| 5/3/20 | 0.4 | Review and analyze letter from Receiver; email and message to client re same. | $ 715.00 | $ 286.00 | MJM | Paid |

FELICELLO LAW P.C.

Client Matter No. 20011                                                                          Jan. 1, 2020 through Sept. 30, 2020

| Date | Hours | Description | Rate ($) | Billable ($) | User | Status |
|---|---|---|---|---|---|---|
| 5/4/20 | 1.4 | Prepare for and attend conf w client re report from Receiver; review and analyze order from magistrate judge; ███████████ ███████ . | $ 715.00 | $ 1,001.00 | MJM | Paid |
| 5/6/20 | 1.1 | Review and revise response to court order re service of process. | $ 715.00 | $ 786.50 | MJM | Paid |
| 5/7/20 | 1.9 | Review and revise response to court order re service of process etc.; review and analyze record in connection with same; review and analyze exhibits for response. | $ 715.00 | $ 1,358.50 | MJM | Paid |
| 5/8/20 | 1.9 | Review and revise letter response to order from Mag Judge re service of process; emails and conf w REF re same. | $ 715.00 | $ 1,358.50 | MJM | Paid |
| 5/27/20 | 0.2 | Messages to client re legal strategy and evidence. | $ 715.00 | $ 143.00 | MJM | Paid |
| 7/19/20 | 0.3 | Review and analyze letter and attachments from Receiver re client. | $ 715.00 | $ 214.50 | MJM | Paid |
| 7/20/20 | 3.3 | Review and analyze letter from Receiver re account transfers; emails with client re same; review and analyze records from client; legal research re same; draft letter to Court re same. | $ 715.00 | $ 2,359.50 | MJM | Paid |
| 7/22/20 | 3.4 | Review and analyze records from client in connection with preparation of response to letter from Receiver; review and revise same; emails and messages with client re same; letter to court re same. | $ 715.00 | $ 2,431.00 | MJM | Paid |
| 8/3/20 | 0.7 | Review and analyze memo endorsement from court re application to submit supplemental authority; draft letter opposition to same. | $ 715.00 | $ 500.50 | MJM | Paid |

**FELICELLO LAW P.C.**

Client Matter No. 20011                                                                 Jan. 1, 2020 through Sept. 30, 2020

| Date | Hours | Description | Rate ($) | Billable ($) | User | Status |
|---|---|---|---|---|---|---|
| 8/4/20 | 1.2 | Review and revise letter opposition to motion for leave to file supplemental authority. | $ 715.00 | $ 858.00 | MJM | Paid |
| 8/25/20 | 0.5 | ■■■ | $ 715.00 | $ 357.50 | MJM | Paid |
| 8/27/20 | 0.9 | ■■■ | $ 715.00 | $ 643.50 | MJM | Paid |
| 9/1/20 | 1.1 | ■■■ | $ 715.00 | $ 786.50 | MJM | Paid |
| 9/3/20 | 0.4 | ■■■ | $ 715.00 | $ 286.00 | MJM | Paid |
| 9/4/20 | 1.5 | ■■■; review and analyze order from court on pending motions; email memo to client re same. | $ 715.00 | $ 1,072.50 | MJM | Paid |
| 9/7/20 | 1.1 | Conf w client re court order. | $ 715.00 | $ 786.50 | MJM | Paid |
| 9/9/20 | 0.2 | review and analyze order in connection with development of legal strategy and discovery ■■■ | $ 715.00 | $ 143.00 | MJM | Paid |
| 9/10/20 | 0.5 | ■■■ | $ 715.00 | $ 357.50 | MJM | Paid |
| 9/11/20 | 0.3 | Review and analyze email re service of process on Shi. | $ 715.00 | $ 214.50 | MJM | Paid |
| 9/17/20 | 0.3 | ■■■ | $ 715.00 | $ 214.50 | MJM | Paid |

**FELICELLO LAW P.C.**

Client Matter No. 20011                                                                                      Jan. 1, 2020 through Sept. 30, 2020

| Date | Hours | Description | Rate ($) | Billable ($) | User | Status |
|---|---|---|---|---|---|---|
| 9/19/20 | 1.1 | ██████████ . | $ 715.00 | $ 786.50 | MJM | Paid |
| 9/30/20 | 0.8 | ██████████; review and analyze papers re indemnification in connection with preparation of motion re same. | $ 715.00 | $ 572.00 | MJM | Paid |

**TOTAL:**      **$ 91,520.00**