

Cho Legal Group LLC
100 Plainfield Avenue
2d Floor, Ste 8E
Edison, NJ 08817
USA

**Attention: Jae H. Cho**

17 September 2020

4th Floor
Harbour Centre
42 North Church Street
P.O. Box 2255
Grand Cayman
KY1-1107
Cayman Islands

Tel: 1-345-949-0003
markrussell@ksglaw.ky

www.ksglaw.ky

Our Ref: 1649/20
Sent by: Email and International Courier

Dear Mr Cho,

**Re:   China AI Capital Limited
         Subscription Agreement with Link Motion Inc.**

We refer to our letter to you dated 10 September 2020 which was sent by email. We adopt the defined terms used in that letter.

We have not received any response from you on the Receiver's terms to agree a Closing, nor have we received payment of US$10,000,000 in escrow funds.

Given your client's lack of response or engagement on these terms, the Receiver will now proceed with the necessary steps to forfeit the Unpaid Shares in accordance with Link Motion's rights and powers under the Subscription Agreement and the Articles of Association.

All the Receiver's and Link Motion's rights are reserved.

Yours faithfully



KSG Attorneys at Law

KSG Attorneys at Law is a body corporate under the Legal Practitioners (Incorporated Practice) Regulations 2006 (as revised) of the Cayman Islands and is incorporated in the Cayman Islands as an ordinary company as KSG Attorneys Ltd.