# EXHIBIT 4

Plaintiff<br>
L Williams<br>
First<br>
21 January 2020

**IN THE GRAND COURT OF THE CAYMAN ISLANDS**
**FINANCIAL SERVICES DIVISION**

CAUSE NO: FSD 4 OF 2020 (MRHJ)

**BETWEEN:**



**ROBERT W. SEIDEN, IN HIS CAPACITY AS TEMPORARY RECEIVER OF LINK MOTION INC.**

**PLAINTIFF**

**AND:**

**LINK MOTION INC.**

**DEFENDANT**

**FIRST AFFIDAVIT OF LORIN WILLIAMS**

I, **LORIN WILLIAMS**, of 4th Floor Harbour Centre, 42 North Church Street, PO Box 2255, Grand Cayman KY1-1107, Cayman Islands, **MAKE OATH** and say as follows:

1. I am a Legal Assistant with KSG Attorneys at Law, the attorneys for the Plaintiff in this proceeding. The facts set out in this affidavit are in my knowledge.

2. On Monday, 20 January 2020 at approximately 11:25am, I served the following documents on Maples Corporate Services Limited, the last known registered office of Link Motion Inc., by leaving copies of them with Maples Corporate Services Limited at their office at Ugland House, Grand Cayman, Cayman Islands:

    (a) Originating Summons dated 13 January 2020;

    (b) First Affidavit of Robert W. Seiden sworn 10 January 2020; and

    (c) Exhibit RWS-1 to the First Affidavit of Robert W. Seiden.

3. I had previously attempted to serve Maples Corporate Services Limited these documents on Friday, 17 January 2020 but the representative I spoke with refused to

accept or acknowledge receipt of the documents on the basis that Maples Corporate Services Limited had resigned as the registered office for Link Motion Inc.

AFFIRMED before me at Grand Cayman, Cayman Islands, this 21 day of January, 2020

_____

_____
LORIN WILLIAMS

Prathna Bodden
Notary Public
PO Box 2255
Grand Cayman KY1-1107
(345) 949-0123
LIC EXPIRES Jan 2020

This affidavit is filed by KSG Attorneys at Law, attorneys for the Plaintiff, whose address for service is 4th Floor Harbour Centre, 42 North Church Street, PO Box 2255, Grand Cayman KY1-1107, Cayman Islands.

2