# EXHIBIT 14

**IN THE GRAND COURT OF THE CAYMAN ISLANDS**
**FINANCIAL SERVICES DIVISION**

**CAUSE NO: FSD 4 OF 2020 (MRHJ)**

**BETWEEN:**

**ROBERT W. SEIDEN, IN HIS CAPACITY AS**
**TEMPORARY RECEIVER OF LINK MOTION INC.**

**PLAINTIFF**

**AND:**

**LINK MOTION INC.**

**DEFENDANT**

**HEARING BUNDLE**
**FOR HEARING ON 3 FEBRUARY 2020**

**INDEX**

| TAB | DOCUMENT |
|-----|----------|
| 1 | Plaintiff's Originating Summons |
| 2 | First Affidavit of Robert W. Seiden |
| 3 | Exhibit RWS-1 to the First Affidavit of Robert W. Seiden |
| 4 | First Affidavit of Lorin Williams |
| 5 | Draft Order |
| 6 | Plaintiff's Skeleton Argument |
| 7 | *Canadian Arab Financial Corporation v Player*, 1984-85 CILR 63 |
| 8 | *Classroom Investments Incorporated v China Hospitals Incorporated*, 2015 (1) CILR 451 |
| 9 | Grand Court Law (2015 Revision), s 11A |
| 10 | *Kalley v Manus*, 1999 CILR 566 |
| 11 | *Schemmer v Property Resources Ltd*, [1973] 1 Ch 273 |
| 12 | *In re Philadelphia Alternative Asset Fund Limited*, 2006 CILR Note 7 |
| 13 | *In re Silk Road Funds Ltd* (Grant Ct, 8 February 2018, unreported) |