UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>       Plaintiff,<br> -against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, JIA LIAN, XIAO YU,<br><br>       Defendants,<br> -and-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br><br>Nominal Defendant. | Civil Action No.: 1:18-cv-11642<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that the undersigned, Michael James Maloney, of the firm Felicello Law P.C., hereby enters his appearance in this action as counsel for Defendant Link Motion Inc. and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: New York, New York
    November 4, 2020

FELICELLO LAW P.C.

By: */s/ Michael James Maloney*
Michael James Maloney
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Tel. (212) 584-7806
mmaloney@felicellolaw.com
*Counsel for Defendants Link Motion Inc. and Vincent Wenyong Shi*

To: All counsel of record via ECF