# Exhibit A

## Shareholder Register - Standard Format by Fund

As of: 10/22/2018

User-Defined Record Selection Criteria

| Account Type(s) | Account Status(s) |
|---|---|
| ALL | A |

| SocialCode(s) | Broker/Dealer(s) | Branch(es) | Representative(s) |
|---|---|---|---|
| ALL | ALL | ALL | ALL |

| Fund(s) |
|---|
| ALL |

**Shareholder Register - Standard Format by Fund**

**As of: 10/22/2018**

Link Motion Inc. - Class A Common Shares - Base Currency: USD



**Investor ID:** 10286   **Group Desc.:**   **Cust. Class. Codes :**

**Investor:** Abali Corp.   **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10286 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

**Investor ID:** 8696   **Group Desc.:**   **Cust. Class. Codes :**

**Investor:** China Mobile Communications Industry Investment Limited   **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 8696 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

**Investor ID:** 1011   **Group Desc.:**   **Cust. Class. Codes :**

**Investor:** Deutsche Bank Trust Company Americas   **Broker:** Not Assigned, Not Assigned, None

Deutsche Bank Trust Company Americas
60 Wall Street, New York
New York 10005
USA
Attention: ADR Department

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 1011 | | | Corporation | Other | 0 | 438,043,750 | 88 50% | 1 | 0 00 | 438,043,750 00 |

**Investor ID:** 11281   **Group Desc.:**   **Cust. Class. Codes :**

**Investor:** Double Rise Investments Limited   **Broker:** Not Assigned, Not Assigned, None

**Shareholder Register - Standard Format by Fund**

**As of: 10/22/2018**

Link Motion Inc. - Class A Common Shares - Base Currency: USD



| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---------|-------------|--------|-----------|-----------|-------------|--------------|-------------------|-------------|-----------|--------------|
| 661944A 11281 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

| Investor ID: | 9251 | Group Desc.: | | Cust. Class. Codes : | |
|---|---|---|---|---|---|
| Investor: | Feiliu Mobile Inc. | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---------|-------------|--------|-----------|-----------|-------------|--------------|-------------------|-------------|-----------|--------------|
| 661944A 9251 | | | Corporation | Other | 4 | 4 | 0 00% | 1 | 0 00 | 4 00 |

| Investor ID: | 10001 | Group Desc.: | | Cust. Class. Codes : | |
|---|---|---|---|---|---|
| Investor: | FINE ACE LIMITED | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---------|-------------|--------|-----------|-----------|-------------|--------------|-------------------|-------------|-----------|--------------|
| 661944A 10001 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

| Investor ID: | 9986 | Group Desc.: | | Cust. Class. Codes : | |
|---|---|---|---|---|---|
| Investor: | FORTUNE NETWORK LIMITED | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---------|-------------|--------|-----------|-----------|-------------|--------------|-------------------|-------------|-----------|--------------|
| 661944A 9986 | | | Corporation | Other | 2 | 10,000,002 | 2 02% | | 0 00 | 10,000,002 00 |

**Shareholder Register - Standard Format by Fund**

As of: 10/22/2018

Link Motion Inc. - Class A Common Shares - Base Currency: USD



| Investor ID: | 8811 | Group Desc.: | | Cust. Class. Codes : | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Investor: | Gather Benefit Holdings Limited | | | Broker: | Not Assigned, Not Assigned, None | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 661944A 8811 | | | Corporation | Other | 1,940,636 | 1,940,636 | 0 39% | 1 | 0 00 | 1,940,636 00 |

| Investor ID: | 10201 | Group Desc.: | | Cust. Class. Codes : | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Investor: | Loneranger International Limited | | | Broker: | Not Assigned, Not Assigned, None | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 661944A 10201 | | | Corporation | Other | | 2 | 0 00% | 1 | 0 00 | 2 00 |

| Investor ID: | 7611 | Group Desc.: | | Cust. Class. Codes : | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Investor: | RPL Holdings Limited | | | Broker: | Not Assigned, Not Assigned, None | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 661944A 7611 | | | Corporation | Other | 0 | 45,000,000 | 9 09% | 1 | 0 00 | 45,000,000 00 |

| Investor ID: | 10696 | Group Desc.: | | Cust. Class. Codes : | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Investor: | Shenzhen Chinaxyl Mobile Connection Technology Co., Ltd | | | Broker: | Not Assigned, Not Assigned, None | | | | |

**Shareholder Register - Standard Format by Fund**

**As of: 10/22/2018**

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10696 | | | Corporation | Other | 1 | | 0 00% | 1 | 0 00 | 1 00 |

| Investor ID: | 9487 | Group Desc.: | | Cust. Class. Codes : | |
|---|---|---|---|---|---|
| Investor: | Top King Technology Ltd. | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9487 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

| Investor ID: | 10006 | Group Desc.: | | Cust. Class. Codes : | |
|---|---|---|---|---|---|
| Investor: | VISION UNICORN LIMITED | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10006 | | | Corporation | Other | 1 | | 0 00% | 1 | 0 00 | 1 00 |

| Investor ID: | 10086 | Group Desc.: | | Cust. Class. Codes : | |
|---|---|---|---|---|---|
| Investor: | WINSHINE BUSINESS GROUP INC. | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10086 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

| Link Motion Inc. - Class A Common Shares | | Book Shares | Total Shares | % of Tot. Shares | | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|
| | | 1,940,662 | 494,984,412 | 100.00% | | 0.00 | 494,984,412.00 |

14 Record(s)

**Shareholder Register - Standard Format by Fund**

As of: 10/22/2018

Link Motion Inc. - Class B Common Shares - Base Currency: USD



| Investor ID: | 7622 | Group Desc.: | | | Cust. Class. Codes : | | | |
|---|---|---|---|---|---|---|---|---|
| Investor: | Banean Holdings Ltd. | | | | Broker: | Not Assigned, Not Assigned, None | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7622 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

| Investor ID: | 7627 | Group Desc.: | | | Cust. Class. Codes : | | | |
|---|---|---|---|---|---|---|---|---|
| Investor: | C2C INTERNATIONAL LIMITED | | | | Broker: | Not Assigned, Not Assigned, None | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7627 | | | Corporation | Other | 4 | 4 | 0 00% | 1 | 0 00 | 4 00 |

| Investor ID: | 7618 | Group Desc.: | | | Cust. Class. Codes : | | | |
|---|---|---|---|---|---|---|---|---|
| Investor: | Ceyuan Ventures Advisors Fund, LLC | | | | Broker: | Not Assigned, Not Assigned, None | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7618 | | | Corporation | Other | 1 | 1 | 0 00% | 1 | 0 00 | 1 00 |

| Investor ID: | 7617 | Group Desc.: | | | Cust. Class. Codes : | | | |
|---|---|---|---|---|---|---|---|---|
| Investor: | Ceyuan Ventures I, L.P. | | | | Broker: | Not Assigned, Not Assigned, None | | |

**As of: 10/22/2018**

# Shareholder Register - Standard Format by Fund

Link Motion Inc. - Class B Common Shares - Base Currency: USD



| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---------|-------------|--------|-----------|-----------|-------------|--------------|------------------|-------------|-----------|--------------|
| 661944B 7617 | | | Corporation | Other | 1 | 1 | 0 00% | | 0 00 | 1 00 |

**Investor ID:** 37636  **Group Desc.:**   **Cust. Class. Codes :**

**Investor:**  China AI Capital Limited *50% Full paid; 50% Nil paid   **Broker:**  Not Assigned, Not Assigned, None

China AI Capital Limited *50% Full paid; 50% Nil paid
Vistra Corporate Services Centre, Wickhams Cay II, Road Town,
Tortola,  VG1110
British Virgin Islands

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---------|-------------|--------|-----------|-----------|-------------|--------------|------------------|-------------|-----------|--------------|
| 661944B 37636 | | | Corporation | Other | 0 | 70,175,439 | 92 91% | 1 | 0 00 | 70,175,439 00 |

**Investor ID:** 6162  **Group Desc.:**   **Cust. Class. Codes :**

**Investor:**  Fidelity Asia Principals Fund L.P.   **Broker:**  Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---------|-------------|--------|-----------|-----------|-------------|--------------|------------------|-------------|-----------|--------------|
| 661944B 6162 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

**Investor ID:** 6161  **Group Desc.:**   **Cust. Class. Codes :**

**Investor:**  Fidelity Asia Ventures Fund L.P.   **Broker:**  Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---------|-------------|--------|-----------|-----------|-------------|--------------|------------------|-------------|-----------|--------------|
| 661944B 6161 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

**Shareholder Register - Standard Format by Fund**

As of: 10/22/2018

Link Motion Inc. - Class B Common Shares - Base Currency: USD



| Investor ID: | 7613 | Group Desc.: | | Cust. Class. Codes : | | | | | | |
| Investor: | GSR Associates II, L.P. | | | Broker: | Not Assigned, Not Assigned, None | | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  7613 | | | Corporation | Other | 4 | 4 | 0 00% | | 0 00 | 4 00 |

| Investor ID: | 7621 | Group Desc.: | | Cust. Class. Codes : | | | | | | |
| Investor: | H.T.C. (B.V.I.) CORP | | | Broker: | Not Assigned, Not Assigned, None | | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  7621 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

| Investor ID: | 7626 | Group Desc.: | | Cust. Class. Codes : | | | | | | |
| Investor: | JOINTLINK ENTERPRISES LIMITED | | | Broker: | Not Assigned, Not Assigned, None | | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  7626 | | | Corporation | Other | 4 | 4 | 0 00% | 1 | 0 00 | 4 00 |

| Investor ID: | 7620 | Group Desc.: | | Cust. Class. Codes : | | | | | | |
| Investor: | Pacific Growth Ventures, L.P. | | | Broker: | Not Assigned, Not Assigned, None | | | | | |

**Shareholder Register - Standard Format by Fund**

As of: 10/22/2018

Link Motion Inc. - Class B Common Shares - Base Currency: USD



| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---------|-------------|--------|-----------|-----------|-------------|--------------|------------------|-------------|-----------|--------------|
| 661944B  7620 | | | Corporation | Other | 0 | 3 | 0 00% | 1 | 0 00 | 3 00 |

| Investor ID: | 7611 | Group Desc.: | | Cust. Class. Codes : | |
|--------------|------|--------------|--|----------------------|--|
| Investor: | RPL Holdings Limited | | Broker: | Not Assigned, Not Assigned, None | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---------|-------------|--------|-----------|-----------|-------------|--------------|------------------|-------------|-----------|--------------|
| 661944B  7611 | | | Corporation | Other | 0 | 5,352,941 | 7 09% | 1 | 0 00 | 5,352,941 00 |

| Link Motion Inc. - Class B Common Shares | 24 | 75,528,407 | 100.00% | 0.00 | 75,528,407.00 |
|---|---|---|---|---|---|

12 Record(s)

| Grand Totals: | | 26 | Total Records | Book Shares | Total Shares | | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|
| | | | | 1,940,686 | 570,512,819 | | 0.00 | 570,512,819.00 |

**End of Report**