UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BALIGA, derivately on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br><br>    Plaintiff,<br><br>  -against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, HIA LIAN, XIAO YU,<br><br>    Defendants,<br><br>  -and-<br><br>LINK MOTION INC. (F/K/A MOBILE INC.),<br><br>    Nominal Defendant. | Civil Action No. 1:18-cv-11642 |

## STIPULATION AND [proposed] ORDER OF SUBSTITUTION OF COUNSEL   *DF*

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Greenberg Traurig, LLP is hereby substituted in place of the Seiden Law Group LLP and Lewis & Lin LLC as counsel of record for Plaintiff in this action.

Pursuant to Local Civil Rule 1.4, a supporting declaration is attached hereto.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearings, and other filings in this matter should be served upon the following incoming counsel:

    Toby S. Soli, Esq.
    Greenberg Traurig, LLP
    200 Park Avenue
    New York, New York 10166
    Telephone: 212-801-3196
    solit@gtlaw.com

Dated: New York, New York
November 6, 2020

GREENBERG TRAURIG, LLP

By: _____
Toby S. Soli
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Email: solit@gtlaw.com

*Incoming Counsel for Plaintiff*

SEIDEN LAW GROUP LLP

By: _____
Jacob Nachmani
469 Seventh Avenue
Suite 502
New York NY 10018
646-766-1723
jnachmani@seidenlegal.com

LEWIS & LIN LLC

By: _____
Michael Dominick Cilento
81 Prospect Street
Suite 8001
Brooklyn, NY 11201
718-243-9323
michael@ilawco.com

*Outgoing Counsel for Plaintiff*

SO ORDERED:   11/16/2020

_____
~~United States District Court Judge~~
DEBRA FREEMAN
United States Magistrate Judge