**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

WAYNE BALIGA, derivatively on behalf
of LINK MOTION INC. (F/K/A NQ
MOBILE INC.),

               Plaintiff,


       -against-

LINK MOTION INC. (F/K/A NQ MOBILE
INC.), VINCENT WENYONG SHI, HIA
LIAN, XIAO YU,

           Defendants,

          -and-

LINK MOTION INC. (F/K/A NQ MOBILE
INC.),

           Nominal Defendant.

Civil Action No. 1:18-cv-11642-VM-DCF

---

## STIPULATION AND [proposed] SCHEDULING ORDER

**WHEREAS,** on October 14, 2020, defendant Shi filed a motion to direct indemnification (Dkt. 169);

**WHEREAS**, on October 23, 2020, the Court entered an Order approving the parties' agreement, including that Shi's motion for indemnification shall be deemed withdrawn without prejudice (Dkt. 175);

**WHEREAS**, on November 4, 2020, defendants Link Motion and Shi filed a motion to dismiss the Second Amended Complaint (Dkt. 177);

**WHEREAS**, on November 4, 2020, defendant Shi filed a motion to discharge the Receiver and vacate the preliminary injunction (Dkt. 180);

**WHEREAS**, on November 13, 2020, the Receiver filed an application for leave to call an extraordinary general meeting for Link Motion (Dkt. 188);

**WHEREAS**, on November 16, 2020, this Court directed the parties to submit a briefing schedule with respect to the above-referenced motions;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties as follows:

1. Any answer, opposition, motion or other response to the above-referenced motions (Dkt. Nos. 177, 180, 188) shall be served on or before December 18, 2020; and

2. Any replies shall be served on or before January 18; 2021.

Dated:  New York, New York
   November 18, 2020

GREENBERG TRAURIG, LLP

By:  _/s/ Toby S. Soli_____
  Toby S. Soli
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Email:  solit@gtlaw.com

*Counsel for Plaintiff*

FELICELLO LAW P.C.

By:  _/s/ Michael James Maloney_____
  Michael James Maloney
1140 Avenue of the Americas
9th Floor
New York, New York 10036
646-564-3510
mmaloney@felicellolaw.com

*Counsel for Defendants Link Motion Inc. (for purposes of the motion to dismiss per Dkt. #175) and Vincent Wenyong Shi*

SEIDEN LAW GROUP LLP

By:  _/s/ Amiad Moshe Kushner_____
  Amiad Moshe Kushner
469 Seventh Avenue
5th Floor
New York NY 10018
212-523-0686
akushner@seidenlegal.com

*Counsel for Receiver*

2

SO ORDERED:

_____

Honorable Debra Freeman
United States Magistrate Judge