# Exhibit B

# Shareholder Register - Standard Format by Fund

As of: 08/07/2020

User-Defined Record Selection Criteria

| Account Type(s) | Account Status(s) |
|---|---|
| ALL | A |

| SocialCode(s) | Broker/Dealer(s) | Branch(es) | Representative(s) |
|---|---|---|---|
| ALL | ALL | ALL | ALL |

| Fund(s) |
|---|
| ALL |

# Shareholder Register - Standard Format by Fund

**As of: 08/07/2020**

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Investor ID: | 10286 | Group Desc.: | | Cust. Class. Codes : | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Redacted | | | Broker: | Not Assigned, Not Assigned, None | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A  10286 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

| Investor ID: | 8696 | Group Desc.: | | Cust. Class. Codes : | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Redacted | | | Broker: | Not Assigned, Not Assigned, None | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A  8696 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

| Investor ID: | 1011 | Group Desc.: | | Cust. Class. Codes : | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Redacted | | | Broker: | Not Assigned, Not Assigned, None | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A  1011 | | | Corporation | Other | 0 | 438,043,750 | 88.50% | 1 | 0.00 | 438,043,750.00 |

| Investor ID: | 11281 | Group Desc.: | | Cust. Class. Codes : | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Redacted | | | Broker: | Not Assigned, Not Assigned, None | | | | |

# Shareholder Register - Standard Format by Fund

As of: 08/07/2020

Link Motion Inc. - Class A Common Shares - Base Currency: USD



| Investor ID | Account | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|
| (Redacted) | 661944A 11281 | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |
| 9251 | 661944A 9251 | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |
| 10001 | 661944A 10001 | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |
| 9986 | 661944A 9986 | Corporation | Other | 2 | 10,000,002 | 2.02% | 1 | 0.00 | 10,000,002.00 |

Broker: Not Assigned, Not Assigned, None (for all entries)

# Shareholder Register - Standard Format by Fund

**As of: 08/07/2020**

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Investor ID: | 8811 | Group Desc.: | | Cust. Class. Codes : | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investor: | Redacted | | | Broker: | Not Assigned, Not Assigned, None | | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A  8811 | | | Corporation | Other | 1,940,636 | 1,940,636 | 0.39% | 1 | 0.00 | 1,940,636.00 |

| Investor ID: | 10201 | Group Desc.: | | Cust. Class. Codes : | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investor: | Redacted | | | Broker: | Not Assigned, Not Assigned, None | | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A  10201 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

| Investor ID: | 7611 | Group Desc.: | | Cust. Class. Codes : | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investor: | Redacted | | | Broker: | Not Assigned, Not Assigned, None | | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A  7611 | | | Corporation | Other | 0 | 45,000,000 | 9.09% | 1 | 0.00 | 45,000,000.00 |

| Investor ID: | 10696 | Group Desc.: | | Cust. Class. Codes : | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investor: | Redacted | | | Broker: | Not Assigned, Not Assigned, None | | | | | |

*MShare 10.9.3 (Build 20300)*

| Report compiled | 08/07/2020 | 10:18AM | Record Selection: | See Cover | Page | 4 | of | 10 |
|---|---|---|---|---|---|---|---|---|

# Shareholder Register - Standard Format by Fund

As of: 08/07/2020

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Investor ID | Investor | Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Redacted) | Redacted | 661944A 10696 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |
| 9487 | Redacted | 661944A 9487 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |
| 10006 | Redacted | 661944A 10006 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |
| 10086 | Redacted | 661944A 10086 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

Broker: Not Assigned, Not Assigned, None

**Link Motion Inc. - Class A Common Shares**  1,940,662   494,984,412   100.00%   0.00   494,984,412.00

14 Record(s)



*MShare 10.9.3 (Build 20300)*

Report compiled  08/07/2020  10:18AM    Record Selection:  See Cover    Page 5 of 10

# Shareholder Register - Standard Format by Fund

As of: 08/07/2020

Link Motion Inc. - Class B Common Shares - Base Currency: USD

| Investor ID: | 7622 | Group Desc.: | | Cust. Class. Codes : | |
|---|---|---|---|---|---|
| Investor: | Redacted | | | Broker: | Not Assigned, Not Assigned, None |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7622 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

| Investor ID: | 7627 | Group Desc.: | | Cust. Class. Codes : | |
|---|---|---|---|---|---|
| Investor: | Redacted | | | Broker: | Not Assigned, Not Assigned, None |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7627 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

| Investor ID: | 7618 | Group Desc.: | | Cust. Class. Codes : | |
|---|---|---|---|---|---|
| Investor: | Redacted | | | Broker: | Not Assigned, Not Assigned, None |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7618 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

| Investor ID: | 7617 | Group Desc.: | | Cust. Class. Codes : | |
|---|---|---|---|---|---|
| Investor: | Redacted | | | Broker: | Not Assigned, Not Assigned, None |

# Shareholder Register - Standard Format by Fund

As of: 08/07/2020

Link Motion Inc. - Class B Common Shares - Base Currency: USD

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  7617 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

**Investor ID:** 37636   **Group Desc.:**   **Cust. Class. Codes :**
**Investor:** China AI Capital Limited *50% Full paid; 50% Nil paid   **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  37636 | | | Corporation | Other | 0 | 70,175,439 | 58.37% | 1 | 0.00 | 70,175,439.00 |

**Investor ID:** 6162   **Group Desc.:**   **Cust. Class. Codes :**
**Investor:**   **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  6162 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

**Investor ID:** 6161   **Group Desc.:**   **Cust. Class. Codes :**
**Investor:**   **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  6161 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

# Shareholder Register - Standard Format by Fund

**As of: 08/07/2020**

Link Motion Inc. - Class B Common Shares - Base Currency: USD



| Investor ID | Investor | Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7613 | Redacted | 661944B 7613 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |
| 40746 | Redacted | 661944B 40746 | | | Individual | Other | 44,702,750 | 44,702,750 | 37.18% | 1 | 0.00 | 44,702,750.00 |
| 7621 | Redacted | 661944B 7621 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |
| 7626 | Redacted | | | | | | | | | | | |

Broker (all): Not Assigned, Not Assigned, None

---

*MShare 10.9.3 (Build 20300)*

Report compiled 08/07/2020 10:18AM    Record Selection: See Cover    Page 8 of 10

# Shareholder Register - Standard Format by Fund

As of: 08/07/2020

Link Motion Inc. - Class B Common Shares - Base Currency: USD



| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7626 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

Investor ID: 7620  Group Desc.:  Cust. Class. Codes :
Investor: Redacted  Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7620 | | | Corporation | Other | 0 | 3 | 0.00% | 1 | 0.00 | 3.00 |

Investor ID: 7611  Group Desc.:  Cust. Class. Codes :
Investor: Redacted  Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7611 | | | Corporation | Other | 0 | 5,352,941 | 4.45% | 1 | 0.00 | 5,352,941.00 |

**Link Motion Inc. - Class B Common Shares**  44,702,774  120,231,157  100.00%  0.00  120,231,157.00

13 Record(s)

| Grand Totals: | | 27 Total Records | Book Shares | Total Shares | | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|
| | | | 46,643,436 | 615,215,569 | | 0.00 | 615,215,569.00 |

**End of Report**