

Toby S. Soli
Tel 212.801.3196
solit@gtlaw.com

December 10, 2020

**VIA ECF**
The Honorable Debra Freeman
Chief Magistrate Judge
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The parties' proposed briefing schedule for the two identified motions is approved. (If, in light of the timing of this Order, Plaintiff needs a brief amount of additional time to file his motion for the Receiver to effectuate conversion of Plaintiff's shares, then the parties should submit a revised proposed schedule.)
>
> SO ORDERED
>
> _____
> DEBRA FREEMAN
> United States Magistrate Judge
> Dated: 12/14/2020

Re:   *Baliga v. Link Motion Inc. et al.*
      Case No.: 1:18-cv-11642-VM-DCF

Dear Judge Freeman:

In accordance with Your Honor's instructions during the December 3, 2020 court conference (*see* Dkt. No. 195), the parties have conferred and jointly propose the following schedule:

Plaintiff's Motion for Receiver to effectuate conversion of Plaintiff's ADR
Plaintiff to file letter motion:  December 14, 2020
Receiver to file response: December 17, 2020
Defendant Shi to file opposition: December 21, 2020
Plaintiff to file reply: December 23, 2020

Plaintiff's Motion for leave to file Third Amended Complaint
Plaintiff to file motion:  14 days after decision on conversion motion
Defendant Shi to file opposition:  To be agreed upon between counsel after filing of the motion
Plaintiff to file reply:  To be agreed upon between counsel after filing of the motion

The parties agree that all other pending motions (Dkt. Nos. 177 (motion to dismiss Second Amended Complaint), 180 (motion to discharge Receiver), 188 (Receiver's application to call an extraordinary general meeting), and 194 (Receiver's motion to cancel China AI's unpaid shares) will be held in abeyance pending the outcome of the motion to effectuate conversion of Plaintiff's ADRs.  The parties agree to meet and confer after the resolution of the motion to convert regarding whether some or all of the pending motions are moot and the parties propose holding another scheduling conference after a decision on the motion to convert.

The Honorable Debra Freeman
United States District Court Magistrate Judge
Southern District of New York
December 10, 2020
Page 2

      Plaintiff does not intend to name Link Motion as a defendant in any direct action in his Third Amended Complaint.

Respectfully submitted,

| GREENBERG TRAURIG, LLP | FELICELLO LAW P.C. |
|---|---|
| By:  /s/ Toby S. Soli | By:  /s/ Michael James Maloney |
|     Toby S. Soli |     Michael James Maloney |
| MetLife Building | 1140 Avenue of the Americas |
| 200 Park Avenue | 9th Floor |
| New York, New York 10166 | New York, New York 10036 |
| Telephone: (212) 801-9200 | 646-564-3510 |
| Email:  solit@gtlaw.com | mmaloney@felicellolaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Vincent Wenyong Shi* |

SEIDEN LAW GROUP LLP

By:  /s/ Amiad Moshe Kushner
    Amiad Moshe Kushner
469 Seventh Avenue
5th Floor
New York NY 10018
212-523-0686
akushner@seidenlegal.com
*Counsel for Receiver*