# Robert W. Seiden

**Court-Appointed Temporary Receiver for Link Motion Inc. Pursuant to The Honorable Judge Victor Marrero of the United States District Court, Southern District of New York**

469 7th Avenue, 5th Floor
New York, New York 10036
Tel: (212) 523 - 0686
Email: rseiden@seidenlegal.com

December 18, 2020

**VIA ECF**
Honorable Debra C. Freeman
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Baliga v. Link Motion Inc. et al.,* 1:18-cv-11642 (S.D.N.Y.) (VM) (DCF)

Dear Magistrate Judge Freeman:

     I hope this correspondence finds you healthy and well. I write to inform the Court that the Receiver's legal team is seeking to recover US$10 million that the current majority shareholder of Link Motion Inc. ("Link Motion" or the "Company"), China AI Capital Limited ("China AI"), owes to Link Motion for 50% of its 70,175,439 shares of the Company. To date, China AI has refused to deposit into escrow or trust the funds it owes to the Company for payment of the shares for which China AI has been in default of for roughly two years. The Receiver's team brought this matter to Judge Marrero's attention in October, under seal, and I am now requesting assistance from this court as all matters have been directed to your attention and you have requested that the Receiver file correspondence such as this on the Court's ECF system. As a result, I ask this Court for permission to cancel China AI's unpaid shares of Link Motion and remove these shares from the Cayman registry.

     After engaging Maples Corporate Services Limited as Link Motion's registered agent in the Cayman Islands, my legal team secured a copy of the Subscription Agreement entered into between China AI and Link Motion ("Subscription Agreement").[1] Under the terms of the Subscription Agreement, China AI was obligated to pay US$10 million as an initial payment and US$10 million by September 19, 2018 for 70,175,439 shares of the Company. China AI's ownership of all the shares was reflected on the Registry upon delivery of the initial payment.

     The Company granted China AI an extension from the September 2018 closing date to November 19, 2018. However, China AI did not pay the US$10 million by November 19, 2018. To date, China AI has not paid for over 35,000,000 shares of the Company and yet simultaneously benefits from the ownership of these shares by exerting its rights and privileges as majority shareholder of Link Motion. Simply put, China AI is reaping the benefits of owning these shares without having paid for them.

     Because China AI has been in default under the Subscription Agreement, the Receiver's team is seeking to recover funds rightfully owed to Link Motion. In accordance with the Company's

---

[1] *See* Exhibit A, Subscription Agreement.

**Robert W. Seiden**

Court-Appointed Temporary Receiver for Link Motion Inc. Pursuant to The Honorable Judge Victor Marrero of the United States District Court, Southern District of New York

Articles of Association and the Subscription Agreement, by letter dated August 25, 2020, the Receiver's legal counsel in the Cayman Islands sent China AI's counsel, Jae Cho, as well as a copy to China AI's registered agent in the Cayman Islands, a letter demanding China AI pay for the remaining unpaid shares or risk the unpaid shares being struck off the Company's Registry. China AI responded that the Receiver did not have the authority to cancel China AI's unpaid shares and requested financial statements and a business plan before proceeding further.

Seeking to recover the US$10 million that China AI owes to the Company, the Receiver's counsel offered to engage in settlement discussions if China AI's request for the financial statements and a business plan was waived and if China AI put US$10 million in an escrow account as a good faith gesture. China AI was guaranteed that the US$10 million would be promptly returned if no settlement could be reached within 20 business days.

China AI asked for a month to respond and still requested the Company's financial documents. China AI is not negotiating in good faith as it knows the Company is in Receivership and cannot produce these documents, and instead wants to keep its shares of the Company without paying for them.

Because China AI is currently in default under the Subscription Agreement, the Company has the unilateral power to cancel China AI's unpaid shares. Therefore, as China AI is still benefitting from shares of the Company that it has not paid for and is refusing to pay for, the Receiver seeks this Court's permission to cancel China AI's unpaid shares.

Thank you for your time and assistance with this matter. Please do not hesitate to contact me via email or telephone if your Honor wishes to discuss this matter in further detail.

Sincerely,

*Robert Seiden*

Robert W. Seiden, Esq.
Court-Appointed Temporary Receiver for
Link Motion Inc.