To: Judge Victor Marrero Chambers    Page 1 of 2    2018-12-14 20:02:33 (GMT)    16463045277  From: Robert Seiden

Case 1:18-cv-11642-VM-DCF   Document 212-2   Filed 03/02/21   Page 1 of 2
Case 1:18-cv-11642-VM   Document 7   Filed 12/14/18   Page 1 of 2

```
                                                    UDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 12/14/18
```

WAYNE BALIGA, derivatively on behalf of
LINK MOTION INC. (F/K/A NQ MOBILE INC.)      1:18-cv-11642

                Plaintiff,   **TEMPORARY RESTRAINING**
  -against-                                     **ORDER**

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYONG SHI,
JIA LIAN,
XIAO YU,

                Defendants,
  -and-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),

                Nominal Defendant.

On December 14, 2018 Plaintiff Wayne Baliga filed a Proposed Order to Show Cause with Temporary Restraining Order, along with an Affirmation from Michael D. Cilento in Support of Temporary Restraining Order and Order to Show Cause, and supporting exhibits, and an Affirmation from Robert W. Seiden in Support of Temporary Restraining Order and Order to Show Cause. I have reviewed Plaintiff's submission, and, with good cause appearing, it is hereby:

ORDERED THAT, pending the hearing and determination of Plaintiff's Order to Show Cause, Defendants[1] shall be temporarily restrained and enjoined from: transferring, liquidating, dissipating, assigning, and/or granting a lien or security interest or other interest in, any assets belonging to Link Motion Inc. (the "Company") including, among other things, its subsidiaries, businesses, physical

---

[1] Including Defendants' successors, assigns, officers, agents, employees, and attorneys, and those persons or entities in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any corporation, subsidiary, division, or other device,

To: Judge Victor Marrero Chambers   Page 2 of 2   2018-12-14 19:46:36 (GMT)   16463045277   From: Robert Seiden

Case 1:18-cv-11642-VM-DCF   Document 212-2   Filed 03/02/21   Page 2 of 2
Case 1:18-cv-11642-VM   Document 71   Filed 12/14/18   Page 2 of 2

assets, and cash reserves. Notwithstanding this Order, the Company shall be allowed to continue to process normal day-to-day operational costs, including but not limited to payroll, attorneys' fees, and auditor fees.

IT IS FURTHER ORDERED THAT this Order shall remain in effect for fourteen (14) days. The parties are directed to meet and confer and to submit a joint letter to the Court on or before December 21, 2018, (1) indicating whether Defendants consent to an extension of this Order beyond the initial fourteen-day period, and (2) setting forth a proposed briefing schedule with respect to Defendants' opposition to and Plaintiffs' reply in further support of Plaintiffs request for a preliminary injunction and appointment of a temporary receiver.

**SO ORDERED.**

Dated: December 14, 2018
New York, New York

Hon. Victor Marrero
United States District Judge