**Subject:** PACER and CM/ECF login issues
**Date:** Monday, March 1, 2021 at 6:15:11 PM Eastern Standard Time
**From:** U.S. Courts
**To:** Michael Maloney

PACER is currently having issues with user authentications which may prevent access to PACER and NextGen CM/ECF systems. There may also be issue making payments with pay.gov.

Emergency Maintenance will be performed to resolve the issue from 10:00 P.M. Eastern Time on Monday, March 1, 2021, to 4:00 A.M. Eastern Time on Tuesday, March 2, 2021.

Questions? Contact Us

STAY CONNECTED to uscourts.gov:

 Twitter     YouTube     Updates     RSS

SUBSCRIBER SERVICES:
Manage Preferences  |  Unsubscribe  |  Help

This message was sent by the United States Courts