UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>       Plaintiff,<br> -against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, JIA LIAN,<br>XIAO YU,<br><br>       Defendants,<br> -and-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br><br>Nominal Defendant. | 1:18-cv-11642-VM-DCF<br><br>**DECLARATION OF DEFENDANT VINCENT WENYONG SHI IN SUPPORT OF MOTION FOR DECLARATORY RELIEF AND MODIFICATION OF THE RECEIVERSHIP ORDER** |

 VINCENT WENYONG SHI declares, pursuant to 28 U.S.C. 1746, as follows:

 1. I am an Individual Defendant in the above-captioned action and am a director of the nominal defendant Link Motion Inc. (the "Company"). I make this declaration in support of the motion for declaratory relief and modification of the receivership order.

 2. I have reviewed the proposed Complaint against DLA Piper LLP (US), Caryn Schechtman and Marc A. Silverman (together, the "DLA Defendants"). To the best of my knowledge, the allegations therein are true and accurate and as to those matters not within my personal knowledge, I believe them to be true.

 3. I consent to the modification of paragraph 2(e) of the receivership order to permit me, in my capacity as a director of the Company, to retain counsel to bring an action on behalf of the Company against the DLA Defendants for legal malpractice and breach of fiduciary duty.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 1, 2021

_____
Vincent Wenyong Shi