# Exhibit A

June 11, 2021									Baliga v. Link Motion Inc. et al., No. 1:18-cv-11642

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

User-Defined Record Selection Criteria

**Account Type(s)**
ALL

**Account Status(s)**
A

**SocialCode(s)**
ALL

**Broker/Dealer(s)**
ALL

**Branch(es)**
ALL

**Representative(s)**
ALL

**Fund(s)**
ALL

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Investor ID: | 10286 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Abali Corp. | | | | Cust. Class. Codes: | | | | |
| | | | | | Broker: | Not Assigned, Not Assigned, None | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10286 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

| Investor ID: | 8696 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | China Mobile Communications Industry Investment Limited | | | | Cust. Class. Codes: | | | | |
| | | | | | Broker: | Not Assigned, Not Assigned, None | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 8696 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |

| Investor ID: | 1011 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Deutsche Bank Trust Company Americas | | | | Cust. Class. Codes: | | | | |
| | Deutsche Bank Trust Company Americas | | | | Broker: | Not Assigned, Not Assigned, None | | | |
| | 60 Wall Street, New York | | | | | | | | |
| | New York 10005 | | | | | | | | |
| | USA | | | | | | | | |
| | Attention: ADR Department | | | | | | | | |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 1011 | | | Corporation | Other | 0 | 438,043,750 | 88.50% | 1 | 0.00 | 438,043,750.00 |

| Investor ID: | 11281 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Investor: | Double Rise Investments Limited | | | | Cust. Class. Codes: | | | | |
| | | | | | Broker: | Not Assigned, Not Assigned, None | | | |

**Shareholder Register - Standard Format by Fund**

As of: 10/22/2018

Link Motion Inc. - Class A Common Shares - Base Currency: USD



| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 11281 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

Investor ID: 9251
Investor: Feiliu Mobile Inc.
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9251 | | | Corporation | Other | 4 | 4 | 0 00% | 1 | 0 00 | 4 00 |

Investor ID: 10001
Investor: FINE ACE LIMITED
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10001 | | | Corporation | Other | 3 | 3 | 0 00% | 1 | 0 00 | 3 00 |

Investor ID: 9986
Investor: FORTUNE NETWORK LIMITED
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9986 | | | Corporation | Other | 2 | 10,000,002 | 2 02% | 1 | 0 00 | 10,000,002 00 |

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Investor ID | Investor | Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8811 | Gather Benefit Holdings Limited | 661944A 8811 | | | Corporation | Other | 1,940,636 | 1,940,636 | 0.39% | 1 | 0.00 | 1,940,636.00 |
| 10201 | Loneranger International Limited | 661944A 10201 | | | Corporation | Other | 2 | 2 | 0.00% | 1 | 0.00 | 2.00 |
| 7611 | RPL Holdings Limited | 661944A 7611 | | | Corporation | Other | 0 | 45,000,000 | 9.09% | 1 | 0.00 | 45,000,000.00 |
| 10696 | Shenzhen Chinaxyl Mobile Connection Technology Co., Ltd | | | | | | | | | | | |

MShare 10.9.3 (Build 20300)

Report compiled   10/23/2018   10:24AM     Record Selection:     See Cover     Page   4   of   10



# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

Link Motion Inc. - Class A Common Shares - Base Currency: USD

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10696 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

Investor ID: 9487
Investor: Top King Technology Ltd.
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 9487 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

Investor ID: 10006
Investor: VISION UNICORN LIMITED
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10006 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

Investor ID: 10086
Investor: WINSHINE BUSINESS GROUP INC.
Broker: Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944A 10086 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

| Link Motion Inc. - Class A Common Shares | 1,940,662 | 494,984,412 | 100.00% | | 0.00 | 494,984,412.00 |

14 Record(s)

MShare 10.9.3 (Build 20300)
Report compiled   10/23/2018   10:24AM       Record Selection:       See Cover       Page   5   of   10

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

Link Motion Inc. - Class B Common Shares - Base Currency: USD

**Investor ID:** 7622  
**Investor:** Banean Holdings Ltd.  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7622 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

**Investor ID:** 7627  
**Investor:** C2C INTERNATIONAL LIMITED  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7627 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

**Investor ID:** 7618  
**Investor:** Ceyuan Ventures Advisors Fund, LLC  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7618 | | | Corporation | Other | 1 | 1 | 0.00% | 1 | 0.00 | 1.00 |

**Investor ID:** 7617  
**Investor:** Ceyuan Ventures I, L.P.  
**Group Desc.:**  
**Cust. Class. Codes:**  
**Broker:** Not Assigned, Not Assigned, None

**Shareholder Register - Standard Format by Fund**

As of: 10/22/2018

Link Motion Inc. - Class B Common Shares - Base Currency: USD

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  7617 | | | Corporation | Other | 1 | 1 | 0 00% | 1 | 0 00 | 1 00 |

**Investor ID:** 37636  **Group Desc.:**  **Cust. Class. Codes :**
**Investor:**  China AI Capital Limited *50% Full paid; 50% Nil paid  **Broker:** Not Assigned, Not Assigned, None

China AI Capital Limited *50% Full paid; 50% Nil paid
Vistra Corporate Services Centre, Wickhams Cay II, Road Town,
Tortola,   VG1110
British Virgin Islands

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  37636 | | | Corporation | Other | 0 | 70,175,439 | 92 91% | 1 | 0 00 | 70,175,439 00 |

**Investor ID:** 6162  **Group Desc.:**  **Cust. Class. Codes :**
**Investor:**  Fidelity Asia Principals Fund L.P.  **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  6162 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

**Investor ID:** 6161  **Group Desc.:**  **Cust. Class. Codes :**
**Investor:**  Fidelity Asia Ventures Fund L.P.  **Broker:** Not Assigned, Not Assigned, None

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  6161 | | | Corporation | Other | 2 | 2 | 0 00% | 1 | 0 00 | 2 00 |

# Shareholder Register - Standard Format by Fund

As of: 10/22/2018

Link Motion Inc. - Class B Common Shares - Base Currency: USD

| Investor ID: | 7613 | Group Desc.: | | Cust. Class. Codes: | |
|---|---|---|---|---|---|
| Investor: | GSR Associates II, L.P. | | | Broker: | Not Assigned, Not Assigned, None |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  7613 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

| Investor ID: | 7621 | Group Desc.: | | Cust. Class. Codes: | |
|---|---|---|---|---|---|
| Investor: | H.T.C. (B.V.I.) CORP | | | Broker: | Not Assigned, Not Assigned, None |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  7621 | | | Corporation | Other | 3 | 3 | 0.00% | 1 | 0.00 | 3.00 |

| Investor ID: | 7626 | Group Desc.: | | Cust. Class. Codes: | |
|---|---|---|---|---|---|
| Investor: | JOINTLINK ENTERPRISES LIMITED | | | Broker: | Not Assigned, Not Assigned, None |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B  7626 | | | Corporation | Other | 4 | 4 | 0.00% | 1 | 0.00 | 4.00 |

| Investor ID: | 7620 | Group Desc.: | | Cust. Class. Codes: | |
|---|---|---|---|---|---|
| Investor: | Pacific Growth Ventures, L.P. | | | Broker: | Not Assigned, Not Assigned, None |

MShare 10.9.3 (Build 20300)
Report compiled   10/23/2018   10:24AM     Record Selection:   See Cover     Page   8   of   10

**Shareholder Register - Standard Format by Fund**

As of: 10/22/2018

Link Motion Inc. - Class B Common Shares - Base Currency: USD



| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7620 | | | Corporation | Other | 0 | 3 | 0.00% | 1 | 0.00 | 3.00 |

| Investor ID: | 7611 | Group Desc.: | | Cust. Class. Codes: | |
|---|---|---|---|---|---|
| Investor: | RPL Holdings Limited | | | Broker: | Not Assigned, Not Assigned, None |

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 661944B 7611 | | | Corporation | Other | 0 | 5,352,941 | 7.09% | 1 | 0.00 | 5,352,941.00 |

**Link Motion Inc. - Class B Common Shares** | | | | | **24** | **75,528,407** | **100.00%** | | **0.00** | **75,528,407.00**

12 Record(s)

| Grand Totals: | 26 Total Records | Book Shares | Total Shares | Cash Bal. | Market Value |
|---|---|---|---|---|---|
| | | 1,940,686 | 570,512,819 | 0.00 | 570,512,819.00 |

**End of Report**