# Exhibit H

June 11, 2021                                    Baliga v. Link Motion Inc. et al., No. 1:18-cv-11642

CERTIFICATE OF TRANSLATION

I, Tian Liang, hereby certify, pursuant to 28 U.S.C. § 1746, that I am competent to translate from Mandarin Chinese into English and that the attached document is true and accurate to the best of my abilities.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: May 14, 2020
            Shanghai, People's Republic of China

Tian Liang
AVIC Center, 41F, 1006 Huafu Rd,
Hua Qiang Bei, Futian District,
Shenzhen, Guangdong Province,
China, 518000

Reference information:

Number: 235

7th of 2016

NetQin Mobile Inc

**Accounting Voucher**

Date 2016/7/31  14: 47: 13

Attachment : 0

Voucher number : ji-9  (1/1)

| Summary | Subject | Debit Side | Credit Side |
|---|---|---|---|
| China Merchants Bank Loan (10 million in total,2 years, this is the first loan of 500,000) (2016.06-2018.06) | 2001-Short-term loan | | 500,000.00 |
| China Merchants Bank Loan (10 million in total,2 years, this is the first loan of 500,000) (2016.06-2018.06) | 1002.03.01.02- Bank Deposit - Overseas Account - Overseas Current Account - NetQin Mobile InC. China Merchants Bank Hong Kong Branch 20089277  (USD) | 499,993.00 | |
| China Merchants Bank Loan (2015.10.14-2016.1.13) | 6603.01 - Financial Cost – Bank Service Charges | 7.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| IN TOTAL: SAY US DOLLARS FIVE HUNDRED THOUSAND ONLY | | 500,000.00 | 500,000.00 |

Approving officer :          Agent :          Checked : Lu, Qinlan          Posting : Li, Andi          Cashier :          Maker : Li, Andi

CHINA MERCHANTS BANK HONG KONG BRANCH

DATE:        27 JULY 2016

NQ MOBILE INC.
ADD: 0022 0948 0554 0079 1579 2639
1004 0575 0735 1627 6849 2639 5894
(11)5714 7108  （4）5714 2869

REFERENCE          :     FT/ 16209/ 50204
CUSTOMER CODE      :     103353


------------------------------------------------------------------------------------

CREDIT ADVICE

------------------------------------------------------------------------------------


WE HAVE CREDITED YOUR USD A/C NO. 20089277 FOR PROCESSING AND INWARD REMITTANCE,
DETAILS AS FOLLOWS   :

| | | |
|---|---|---|
| VALUE DATE | : | 27 JUL 2016 |
| BY ORDER OF | : | NQ MOBILE INC |
| | | PO BOX 309 UGLAND HOUSE GRAND |
| | | GRAND CAYMAN KY1-1104 CAYMAN |
| | | ISLANDS |
| PAYMENT DETAILS | : | / RFB/FT16208XK939//THE LOAN IS DRAW |
| | | N DOWN BY CHINA MERCHANTS BANK CO., |
| | | LTD LUXEMBOURG BRANCH TO NQ MOBILE |
| | | INC |
| CREDIT REFERENCE | : | FT1620950204 |
| AMOUNT | : | USD        500,000.00 |


LESS CHARGES
     IR CHGS (BY T/T)          :     USD            7.00
                                     --------------------
TOTAL AMOUNT CREDITED               USD        499,993.00


IF YOU HAVE ANY QUERIES REGARDING THE ABOVE DETAILS, PLEASE CONTACT
US AS SOON AS POSSIBLE QUOTING OUR TRANSACTION REFERENCE.

THIS IS A COMPUTER GENERATED PRINTOUT, NO SIGNATURE IS REQUIRED

---

| | | | |
|---|---|---|---|
| China Merchants Bank Co., Ltd. | China Merchants Bank Co., Ltd. | Tel. (852) 3188 8888 | Incorporated in China |
| 21/F, Bank of America Tower | 21/F, Bank of America Tower | Fax. (852) 3111 0801 | with limited liability |
| 12 Harcourt Road,  Central | 12 Harcourt Road,  Central | SWIFT : CMBCHKHH | |
| HongKong | HongKong | | |



| | | |
|---|---|---|
| TRANSACTION TYPE | : | IT |
| CUSTOMER ID | : | 103353 |
| ACCOUNT NO. | : | 20089277 |
| REFERENCE | : | FT1620950204 |
| VALUE DATE | : | 20160727 |
| RELATIVE REFERENCE | : | 2016072600272187 |
| BY ORGER OF | : | NQ MOBILE INC |
| | : | PO BOX 309 UGLAND HOUSE GRAND |
| | : | GRAND CAYMAN KY1-1104 CAYMAN |
| | : | ISLANDS |
| | : | / RFB/FT16208XK939//THE LOAN IS DRAW |
| | : | N DOWN BY CHINA MERCHANTS BANK CO., |
| | : | LTD LUXEMBOURG BRANCH TO NQ MOBILE |
| | : | INC |
| AMOUNT | : | USD  500000.00 |
| TOTAL CHARGE AMOUNT | : | USD7.00 |
| TOTAL AMOUNT CREDITED | : | USD499993.00 |

Reference information:

Number: 296

9th of 2016

NetQin Mobile Inc

**Accounting Voucher**

Date 2016-09-30 17:23:56

Attachment : 0

Voucher number : Ji-10 (1/1)

| Summary | Subject | Debit Side | Credit Side |
|---|---|---|---|
| China Merchants Bank Loan (2,350,000) (20160921-20180921) | 2001-Short-term loan | | 2,350,000.00 |
| China Merchants Bank Loan (2,350,000) (20160921-20180921) | 1002.03.01.02- Bank Deposit - Overseas Account - Overseas Current Account - NetQin Mobile InC. China Merchants Bank Hong Kong Branch 20089277 (USD) | 2,349,993.00 | |
| China Merchants Bank Loan (2,350,000) (20160921-20180921) | 6603.01 - Financial Cost -- Bank Service Charges | 7.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| IN TOTAL: SAY US DOLLARS TWO MILLION, THREE HUNDRED AND FIFTY THOUSAND ONLY | | 2,350,000.00 | 2,350,000.00 |

Approving officer :          Agent :          Checked : Fan, Xiaolin          Posting : Jin, Mingyang          Cashier :          Maker : Li, Andi

CHINA MERCHANTS BANK HONG KONG BRANCH

DATE:      21 SEPTEMBER 2016

NQ MOBILE INC.
ADD: 0022 0948 0554 0079 1579 2639
1004 0575 0735 1627 6849 2639 5894
(11)5714 7108  （4）5714 2869


REFERENCE          :     FT/ 16265/ 51176
CUSTOMER CODE      :     103353


----------------------------------------------------------------------------------

CREDIT ADVICE

----------------------------------------------------------------------------------


WE HAVE CREDITED YOUR USD A/C NO. 20089277 FOR PROCESSING AND INWARD REMITTANCE,
DETAILS AS FOLLOWS   :

VALUE DATE                          :     21 SEP 2016
ORDERING ACCOUNT                    :     LU533910201000613201
BY ORDER OF                         :     NQ MOBILE INC
                                          BUILDING 4,11 EAST HEPINGLI STREET
                                          DONGCHENG DISTRICT, BEIJING
                                          CHINA
PAYMENT DETAILS                     :     / RFB/FT1626501KOH//THE LOAN IS DRAW
                                          N DOWN BY CHINA MERCHANTS BANK CO.,
                                          LTD LUXEMBOURG BRANCH TO NQ MOBILE
                                          INC
CREDIT REFERENCE                    :     FT1626551176
AMOUNT                              :     USD     2,350,000.00


LESS CHARGES
   IR CHGS (BY T/T)                 :     USD            7.00
                                          ------------------
TOTAL AMOUNT CREDITED                     USD     2,349,993.00


IF YOU HAVE ANY QUERIES REGARDING THE ABOVE DETAILS, PLEASE CONTACT
US AS SOON AS POSSIBLE QUOTING OUR TRANSACTION REFERENCE.

THIS IS A COMPUTER GENERATED PRINTOUT, NO SIGNATURE IS REQUIRED

---

| China Merchants Bank Co., Ltd. | China Merchants Bank Co., Ltd. | Tel. (852) 3188 8888 | Incorporated in China |
| 21/F, Bank of America Tower | 21/F, Bank of America Tower | Fax. (852) 3111 0801 | with limited liability |
| 12 Harcourt Road, Central HongKong | 12 Harcourt Road, Central HongKong | SWIFT : CMBCHKHH | |

Reference Information:
Number: 757
8th of 2017

NetQin Mobile Inc
**Accounting Voucher**
Date 2017/8/31 14:52:51

Attachment : 0
Voucher number : Ji-5  (1/1)

| Summary | Subject | Debit Side | Credit Side |
|---|---|---|---|
| China Merchants Bank Loan (10 million in total, this is the third loan of 3,000,000) (Due on 2018.06.20) | 2001-Short-term loan | | 3,000,000.00 |
| China Merchants Bank Loan (10 million in total, this is the third loan of 3,000,000) (Due on 2018.06.20) | 1002.03.01.02- Bank Deposit - Overseas Account - Overseas Current Account - NetQin Mobile InC. China Merchants Bank Hong Kong Branch 20089277   (USD) | 2,999,993.00 | |
| China Merchants Bank Loan (10 million in total, this is the third loan of 3,000,000) (Due on 2018.06.20) | 6603.01 - Financial Cost – Bank Service Charges | 7.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| IN TOTAL: SAY US DOLLARS THREE MILLION ONLY | | 3,000,000.00 | 3,000,000.00 |

Approving officer :          Agent :                Checked : Sun, Rui          Posting : Li, Andi          Cashier :          Maker : Li, Andi

CHINA MERCHANTS BANK HONG KONG BRANCH

DATE:      02 AUGUST 2017

NQ MOBILE INC.
ADD: 0022 0948 0554 0079 1579 2639
1004 0575 0735 1627 6849 2639 5894
(11)5714 7108 （4）5714 2869

REFERENCE              :     FT/ 17214/ 50054
CUSTOMER CODE     :      103353

------------------------------------------------------------------------------------

CREDIT ADVICE

------------------------------------------------------------------------------------

WE HAVE CREDITED YOUR USD A/C NO. 20089277 FOR PROCESSING AND INWARD REMITTANCE,
DETAILS AS FOLLOWS    :

VALUE DATE                          :      02 AUG 2017
BY ORDER OF                        :      CHINA MERCHANTS BANK CO., LTD
                                                   LUXEMBOURG BRANCH
                                                   20, BOULEVARD ROYAL
                                                   L-2449 LUXEMBOURG
PAYMENT DETAILS                 :      / RFB/FT17213N39ZB// DRAW DOWN PRINCI
                                                   PAL FOR NQ MOBILE
CREDIT REFERENCE              :      FT1721450054
AMOUNT                               :      USD      3,000,000.00


LESS CHARGES
     IR CHGS (BY T/T)                 :      USD               7.00
                                                   -------------------
TOTAL AMOUNT CREDITED            USD      2,999,993.00


IF YOU HAVE ANY QUERIES REGARDING THE ABOVE DETAILS, PLEASE CONTACT
US AS SOON AS POSSIBLE QUOTING OUR TRANSACTION REFERENCE.

THIS IS A COMPUTER GENERATED PRINTOUT, NO SIGNATURE IS REQUIRED

---

China Merchants Bank Co., Ltd.
21/F, Bank of America Tower
12 Harcourt Road,   Central
HongKong

China Merchants Bank Co., Ltd.
21/F, Bank of America Tower
12 Harcourt Road,   Central
HongKong

Tel. (852) 3188 8888
Fax. (852) 3111 0801
SWIFT : CMBCHKHH

Incorporated  in  China
with limited liability

Reference Information:
Number: 2058
10th of 2017

NetQin Mobile Inc
**Accounting Voucher**
Date 2017/10/31 10:22:00

Attachment : 0
Voucher number : Ji-23  (1/1)

| Summary | Subject | Debit Side | Credit Side |
|---|---|---|---|
| China Merchants Bank Loan (10 million in total, this is the fourth loan 4,050,000) | 2001-Short-term loan | | 4,050,000.00 |
| China Merchants Bank Loan (10 million in total, this is the fourth loan 4,050,000) | 1002.03.01.02- Bank Deposit – Overseas Account – Overseas Current Account – NetQin Mobile InC. China Merchants Bank Hong Kong Branch 20089277  (USD) | 4,049,993.00 | |
| China Merchants Bank Loan (10 million in total, this is the fourth loan 4,050,000) | 6603.01 – Financial Cost – Bank Service Charges | 7.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| IN TOTAL: SAY US DOLLARS FOUR MILLION,FIFTY THOUSAND ONLY | | 4,050,000.00 | 4,050,000.00 |

Approving officer :        Agent :        Checked : Sun, Rui        Posting: Wu, Yong        Cashier :        Maker : Li, Andi

CHINA MERCHANTS BANK HONG KONG BRANCH

DATE:      12 OCTOBER 2017

NQ MOBILE INC.
ADD: 0022 0948 0554 0079 1579 2639
1004 0575 0735 1627 6849 2639 5894
(11)5714 7108  （4）5714 2869

REFERENCE            :      FT/ 17285/ 50057
CUSTOMER CODE        :      103353

-------------------------------------------------------------------------------------

CREDIT ADVICE

-------------------------------------------------------------------------------------

WE HAVE CREDITED YOUR USD A/C NO. 20089277 FOR PROCESSING AND INWARD REMITTANCE,
DETAILS AS FOLLOWS   :

VALUE DATE                   :      12 OCT 2017
ORDERING ACCOUNT             :      201000613201
BY ORDER OF                  :      CHINA MERCHANTS BANK CO., LTD. LUX
                                    20, BOULEVARD ROYAL L2449
                                    LUXEMBOURG
PAYMENT DETAILS              :      / RFB/FT172843YS2P// DRAWDOWN PRINCIP
                                    AL FOR NQ MOBILE
CREDIT REFERENCE             :      FT1728550057
AMOUNT                       :      USD    4,050,000.00

LESS CHARGES
     IR CHGS (BY T/T)         :      USD           7.00
                                    ------------------
TOTAL AMOUNT CREDITED               USD    4,049,993.00

IF YOU HAVE ANY QUERIES REGARDING THE ABOVE DETAILS, PLEASE CONTACT
US AS SOON AS POSSIBLE QUOTING OUR TRANSACTION REFERENCE.

THIS IS A COMPUTER GENERATED PRINTOUT, NO SIGNATURE IS REQUIRED

| China Merchants Bank Co., Ltd. 21/F, Bank of America Tower 12 Harcourt Road, Central HongKong | China Merchants Bank Co., Ltd. 21/F, Bank of America Tower 12 Harcourt Road, Central HongKong | Tel. (852) 3188 8888 Fax. (852) 3111 0801 SWIFT : CMBCHKHH | Incorporated in China with limited liability |

参考信息:
序号:235
2016年第7期

NetQin Mobile Inc
记账凭证
日期:2016/7/31 14:47:13

附件数:0
凭证号:记 - 9 (1/1)

| 摘要 | 科目 | 借方 | 贷方 |
|---|---|---|---|
| 招商银行贷款(共1千万,此为第一笔50万)(2016.06-2018.06) | 2001 - 短期借款 | | 500,000.00 |
| 招商银行贷款(共1千万,此为第一笔50万)(2016.06-2018.06) | 1002.03.01.02 - 银行存款 - 境外账户 - 境外活期账户 - 网泰开曼公司招商银行香港分行20089277 (USD) | 499,993.00 | |
| 招商银行贷款 (2015.10.14-2016.1.13) | 6603.01 - 财务费用 - 银行手续费 | 7.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| 合计: 伍拾万元整 | | 500,000.00 | 500,000.00 |

核准:              审核:卢翠兰              经办:              过账:李安迪              出纳:              制单:李安迪

DATE:     27 JULY 2016

NQ MOBILE INC.
ADD:0022 0948 0554 0079 1579 2639
1004 0575 0735 1627 6849 2639 5894
(11)5714 7108 (4)5714 2869

REFERENCE       :  FT/16209/50204
CUSTOMER CODE   :  103353

```
--------------------------------------------------------------------
                         CREDIT ADVICE
--------------------------------------------------------------------
```

WE HAVE CREDITED YOUR USD A/C NO.20089277 FOR PROCESSING AN INWARD REMITTANCE.
DETAILS AS FOLLOWS :

| | | |
|---|---|---|
| VALUE DATE | : | 27 JUL 2016 |
| BY ORDER OF | : | NQ MOBILE INC |
| | | PO BOX 309 UGLAND HOUSE GRAND |
| | | GRAND CAYMAN KY1-1104 CAYMAN |
| | | ISLANDS |
| PAYMENT DETAILS | : | /RFB/FT16208XK939//THE LOAN IS DRAW |
| | | N DOWN BY CHINA MERCHANTS BANK CO., |
| | | LTD LUXEMBOURG BRANCH TO NQ MOBILE |
| | | INC |
| CREDIT REFERENCE | : | FT1620950204 |
| AMOUNT | : | USD     500,000.00 |

LESS CHARGES
    IR CHGS (BY T/T)        :    USD           7.00
                                 --------------------
TOTAL AMOUNT CREDITED       :    USD      499,993.00

IF YOU HAVE ANY QUERIES REGARDING THE ABOVE DETAILS, PLEASE CONTACT
US AS SOON AS POSSIBLE QUOTING OUR TRANSACTION REFERENCE.

THIS IS A COMPUTER GENERATED PRINTOUT, NO SIGNATURE IS REQUIRED.

China Merchants Bank Co., Ltd.    招商銀行股份有限公司    Tel.  電話: (852) 3118 8888    (Incorporated in China
21/F, Bank of America Tower       香港中環夏慤道12號       Fax.  傳真: (852) 3111 0801     with limited liability)
12 Harcourt Road, Central HongKong  美國銀行中心21樓        SWIFT : CMBCHKHH

Case 1:18-cv-11642-VM-DCF   Document 155-10   Filed 05/29/20   Page 15 of 21

招商银行
CHINA MERCHANTS BANK

| | | |
|---|---|---|
| TRANSACTION TYPE | : | IT |
| CUSTOMER ID | : | 103353 |
| ACCOUNT NO. | : | 20089277 |
| REFERENCE | : | FT1620950204 |
| VALUE DATE | : | 20160727 |
| RELATIVE REFERENCE | : | 2016072600272187 |
| BY ORDER OF | : | NQ MOBILE INC |
| | : | PO BOX 309 UGLAND HOUSE GRAND |
| | : | GRAND CAYMAN KY1-1104 CAYMAN |
| | : | ISLANDS |
| PAYMENT DETAILS | : | /RFB/FT16208XK939//THE LOAN IS DRAW |
| | : | N DOWN BY CHINA MERCHANTS BANK CO., |
| | : | LTD LUXEMBOURG BRANCH TO NQ MOBILE |
| | : | INC |
| AMOUNT | : | USD 500000.00 |
| TOTAL CHARGE AMOUNT | : | USD7.00 |
| TOTAL AMOUNT CREDITED | : | USD499993.00 |

NetQin Mobile Inc

# 记账凭证

日期:2016-09-30 17:23:56

参考信息:
序号:296
2016年第9期

附件数:0
凭证号:记 - 10 (1/1)

| 摘要 | 科目 | 借方 | 贷方 |
|---|---|---|---|
| 招商银行贷款(2,350,000)(20160921-20180921) | 2001 - 短期借款 | | 2,350,000.00 |
| 招商银行贷款(2,350,000)(20160921-20180921) | 1002.03.01.02 - 银行存款 - 境外账户 - 境外活期账户 - 网秦开曼公司招商银行香港分行200 89277 (USD) | 2,349,993.00 | |
| 招商银行贷款(2,350,000)(20160921-20180921) | 6603.01 - 财务费用 - 银行手续费 | 7.00 | |
| | | | |
| | | | |
| 合计: 贰佰叁拾伍万元整 | | 2,350,000.00 | 2,350,000.00 |

核准:     经办:     审核:樊小玲     过账:金明洋     出纳:     制单:李安迪

內保外貸

10月

剩息1.

以A/C時(餘到)  ✓

改

DATE:      21 SEPTEMBER 2016

NQ MOBILE INC.
ADD:0022 0948 0554 0079 1579 2639
1004 0575 0735 1627 6849 2639 5894
(11)5714 7108 (4)5714 2869

REFERENCE      :   FT/16265/51176
CUSTOMER CODE  :   103353

---------------------------------------------------------------
                        CREDIT ADVICE
---------------------------------------------------------------

WE HAVE CREDITED YOUR USD A/C NO.20089277 FOR PROCESSING AN INWARD REMITTANCE.
DETAILS AS FOLLOWS :

VALUE DATE              :   21 SEP 2016
ORDERING ACCOUNT        :   LU533910201000613201
BY ORDER OF             :   NQ MOBILE INC
                            BUILDING 4,11 EAST HEPINGLI STREET
                            DONGCHENG DISTRICT, BEIJING
                            CHINA
PAYMENT DETAILS         :   /RFB/FT1626501KQH//THE LOAN IS DRAW
                            N DOWN BY CHINA MERCHANTS BANK CO.,
                            LTD LUXEMBOURG BRANCH TO NQ MOBILE
                            INC
CREDIT REFERENCE        :   FT1626551176
AMOUNT                  :   USD    2,350,000.00

LESS CHARGES
   IR CHGS (BY T/T)      :   USD           7.00
                            ---------------------
TOTAL AMOUNT CREDITED   :   USD    2,349,993.00


IF YOU HAVE ANY QUERIES REGARDING THE ABOVE DETAILS, PLEASE CONTACT
US AS SOON AS POSSIBLE QUOTING OUR TRANSACTION REFERENCE.

THIS IS A COMPUTER GENERATED PRINTOUT, NO SIGNATURE IS REQUIRED.

China Merchants Bank Co., Ltd.   ·   招商銀行股份有限公司    Tel.   電話: (852) 3118 8888    (Incorporated in China
21/F, Bank of America Tower         香港中環夏慤道12號       Fax.   傳真: (852) 3111 0801     with limited liability)
12 Harcourt Road, Central HongKong  美國銀行中心21樓        SWIFT  : CMBCHKHH

参考信息:
序号:757
2017年第8期

NetQin Mobile Inc
# 记账凭证
日期:2017/8/31 14:52:51

附件数:0
凭证号:记 - 5 (1/1)

| 摘要 | 科目 | 借方 | 贷方 |
|---|---|---|---|
| 招商银行贷款 (共1-千万, 此为第三笔300万) (201806 20到期) | 2001 - 短期借款 | | 3,000,000.00 |
| 招商银行贷款 (共1-千万, 此为第三笔300万) (201806 20到期) | 1002.03.01.02 - 银行存款 - 境外账户 - 境外活期账户 - 网策开曼公司招商银行香港分行200 89277 (USD) | 2,999,993.00 | |
| 招商银行贷款 (共1-千万, 此为第三笔300万) (201806 20到期) | 6603.01 - 财务费用 - 银行手续费 | 7.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 合计: 叁佰万元整 | | 3,000,000.00 | 3,000,000.00 |

核准: 　　　经办: 　　　审核:孙蓉　　　过账:李安迪　　　出纳: 　　　制单:李安迪



DATE:     02 AUGUST 2017

NQ MOBILE INC.
ADD:0022 0948 0554 0079 1579 2639
1004 0575 0735 1627 6849 2639 5894
(11)5714 7108 (4)5714 2869

REFERENCE      :   FT/17214/50054
CUSTOMER CODE  :   103353


------------------------------------------------------------------
                        CREDIT ADVICE
------------------------------------------------------------------

WE HAVE CREDITED YOUR USD A/C NO.20089277 FOR PROCESSING AN INWARD REMITTANCE.
DETAILS AS FOLLOWS :

VALUE DATE              :   02 AUG 2017
BY ORDER OF             :   CHINA MERCHANTS BANK CO., LTD.,
                            LUXEMBOURG BRANCH
                            20, BOULEVARD ROYAL
                            L-2449 LUXEMBOURG
PAYMENT DETAILS         :   /RFB/FT17213N39ZB//DRAW DOWN PRINCI
                            PAL FOR NQ MOBILE
CREDIT REFERENCE        :   FT1721450054
AMOUNT                  :   USD      3,000,000.00

LESS CHARGES
   IR CHGS (BY T/T)      :   USD             7.00
                            --------------------
TOTAL AMOUNT CREDITED    :   USD      2,999,993.00


IF YOU HAVE ANY QUERIES REGARDING THE ABOVE DETAILS, PLEASE CONTACT
US AS SOON AS POSSIBLE QUOTING OUR TRANSACTION REFERENCE.

THIS IS A COMPUTER GENERATED PRINTOUT, NO SIGNATURE IS REQUIRED.


------------------------------------------------------------------

China Merchants Bank Co., Ltd.     招商銀行股份有限公司      Tel.  電話:(852) 3118 8888      (Incorporated in China
21/F, Bank of America Tower        香港中環夏愨道12號        Fax.  傳真:(852) 3111 0801      with limited liability)
12 Harcourt Road, Central HongKong  美國銀行中心21樓         SWIFT : CMBCHKHH

参考信息:
序号:2058
2017年第10期

NetQin Mobile Inc

# 记账凭证

日期:2017/10/31 10:22:00

附件数:0

凭证号:记 - 23 (1/1)

制单:李安迪

| 摘要 | 科目 | 借方 | 贷方 |
|---|---|---|---|
| 招商银行贷款(共1千万,此为第四笔405万) | 2001 - 短期借款 | | 4,050,000.00 |
| 招商银行贷款(共1千万,此为第四笔405万) | 1002.03.01.02 - 银行存款 - 境外账户 - 境外活期账户 - 网泰开曼公司招商银行香港分行200 89277 (USD) | 4,049,993.00 | |
| 招商银行贷款(共1千万,此为第四笔405万) | 6603.01 - 财务费用 - 银行手续费 | 7.00 | |
| | | | |
| | | | |
| | | | |
| 合计: 肆佰零伍万元整 | | 4,050,000.00 | 4,050,000.00 |

核准: 经办: 审核:孙磊 过账:武永 出纳:

23#

DATE:      12 OCTOBER 2017

NQ MOBILE INC.
ADD:0022 0948 0554 0079 1579 2639
1004 0575 0735 1627 6849 2639 5894
(11)5714 7108 (4)5714 2869

REFERENCE       :    FT/17285/50057
CUSTOMER CODE   :    103353

------------------------------------------------------------------------
                         CREDIT ADVICE
------------------------------------------------------------------------

WE HAVE CREDITED YOUR USD A/C NO.20089277 FOR PROCESSING AN INWARD REMITTANCE.
DETAILS AS FOLLOWS :

VALUE DATE            :    12 OCT 2017
ORDERING ACCOUNT     :    201000613201
BY ORDER OF          :    CHINA MERCHANTS BANK CO. LTD. LUX
                          20 BOULEVARD ROYAL L2449
                          LUXEMBOURG
PAYMENT DETAILS      :    /RFB/FT172843YS2P//DRAWDOWN PRINCIP
                          AL FOR NQ MOBILE
CREDIT REFERENCE     :    FT1728550057
AMOUNT               :    USD      4,050,000.00

LESS CHARGES
   IR CHGS (BY T/T)  :    USD             7.00
                          ---------------------
TOTAL AMOUNT CREDITED :    USD      4,049,993.00


IF YOU HAVE ANY QUERIES REGARDING THE ABOVE DETAILS, PLEASE CONTACT
US AS SOON AS POSSIBLE QUOTING OUR TRANSACTION REFERENCE.

THIS IS A COMPUTER GENERATED PRINTOUT, NO SIGNATURE IS REQUIRED.

China Merchants Bank Co., Ltd.      招商銀行股份有限公司      Tel.  電話: (852) 3118 8888    (Incorporated in China
21/F, Bank of America Tower         香港中環夏愨道12號          Fax.  傳真: (852) 3111 0801    with limited liability)
12 Harcourt Road, Central HongKong  美國銀行中心21樓           SWIFT  : CMBCHKHH