# Exhibit I

June 11, 2021 — Baliga v. Link Motion Inc. et al., No. 1:18-cv-11642

CERTIFICATE OF TRANSLATION

I, Tian Liang, hereby certify, pursuant to 28 U.S.C. § 1746, that I am competent to translate from Mandarin Chinese into English and that the attached document is true and accurate to the best of my abilities.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:    May 14, 2020
        Shanghai, People's Republic of China

_____
Tian Liang
AVIC Center, 41F, 1006 Huafu Rd,
Hua Qiang Bei, Futian District,
Shenzhen, Guangdong Province,
China, 518000

Reference information:

Number: 2317

7th of 2018

## NetQin Mobile Inc
## Accounting Voucher

Date 2018/7/31   10:30:22

Attachment： 0

Voucher number：Ji-8 （1/1）

| Summary | subject | Debit Side | Credit Side |
|---|---|---|---|
| Repayment of Standard Chartered Bank's onshore guarantees for offshore loans of US $ 9.9 million | 1002.03.01.04- Bank Deposit-Overseas Account-Overseas Current Account-NetQin Mobile InC. Standard Chartered Bank Hong Kong Branch （USD） 44711201997 | | 9,900,000.00 |
| Repayment of Standard Chartered Bank's onshore guarantees for offshore loans of US $ 9.9 million | 2001-Short-term loans | 9,900,000.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| IN TOTAL: SAY US DOLLARS NINE MILLION, NINE HUNDRED THOUSAND ONLY | | 9,900,000.00 | 9,900,000.00 |

Approved：         Agent:           Checked：Wang, Jin        Posting： Zhang, Jingwen       Cashier：           Maker：Wu, Yong

# Bank Payment Application Form (Link Motion Inc.)

Applicant: <u>　　Gao, Di　　</u>　　　　Number: <u>　　7-8#　　</u>
Application sector: <u>Finance Department</u>　Department of Expenses: <u>Finance Department</u>
Application Date: <u>　July 18, 2018　</u>　　Agreed payment date: <u>　　　　　</u>

| Project: | LINK MOTION INC. Standard Chartered Bank Hong Kong Branch 44711201997 |
|---|---|
| | |
| Beneficiary: | CHINA MERCHANTS BANK CO. LTD., LUXEMBOURG BRANCH #6550167854 |
| | |
| Use of Funds: | |
| | |
| Application Amount | $9,900,000.00　　(Capitalized)　　SAY US DOLLARS NINE MILLION,NINE HUNDRED THOUSAND ONLY |
| Payment Methods: ☐ Check　☐ Wires　☐ Others: _____ (check in the check box) | |
| Cheque number: _____ | |
| Bank Name: _____ | (If sending money, it must be filled in) |
| Bank Account: _____ | (If sending money, it must be filled in) |

| Approval column |
|---|
| Department Director Approval:　　Vice President of Finance Approval: |
| CFO Approval:　　COO Review: |
| CEO approval: |

* Please attach a copy of the project approval, a copy of the relevant contract, payment voucher, etc.

Wires transfer printing date: 19/07/2018

| | | | |
|---|---|---|---|
| Status: | Finished | Client reference: | PIGHK22800A02318 |
| Payment reference: | Q0002276 | Bat reference: | |
| Payment Date: | 19/07/2018 | Import reference: | |
| Debit date: | 19/07/2018 | Completer: | LIUYINGLI |
| Recorder: | LIUYINGLI | Background reference: | |
| Sub reference: | | Creation date: | 19/07/2018   15:36:34 |

Debit Information:

Account Name for Payment Account：HK-HKG

Company Name：        LINK MOTION INC.

Debit account：        SCBLHKHHXXX-44711201997

Payee/ Beneficiary Information

| | |
|---|---|
| Payee/ Beneficiary Mark：CHINA MERCHANTS | Payee/ Beneficiary Name：CHINA MERCHANTS BANK CO. LTD., |
| Account Name For Payment Account: HK-HKG | Address 1:   LUXEMBOURG BRANCH |
| Account: 6550167854 | Address 2: |
| Receiving Bank Country: | Country/Region：        US-UNITED STATES |
| Clearing Code: | Fax: |
| Bank: BANK OF AMERICA NA NEW YORK | E-mail Address: |
| Bank Code: BOFAUS3NXXX | Tax Mark: |
| Branch Name: | Zip Code: |
| Branch Code: | Local Language Information: |
| Intermediary Bank Counry: | Payee/ Beneficiary Name: China Merchants Bank Co., Luxembourg |
| Intermediary Bank Name: | |
| Intermediary Bank Code: | Address 1: |
| Wires (foreign currency) receiving bank details: | Address 2: |
| | Address 3: |
| | Address 4: |

Payment details:

   loan repayment LINK MOTION INC.

Local Language（Chinese）：

Payment Memo

Internal Memo:

External Memo:

Amount

| | | | |
|---|---|---|---|
| Amount Priority: | Payment amount | Payment Amount: | 9,900,000.00 |
| Debit currency: | USD | Payee/ Beneficiary Fee: | 0.00 |
| Currency: | USD | Net: | 9,900,000.00 |
| Total Amount: | 9,900,000.00 | | |

Taxes and Discounts: 0.00

Discount and tax details

Discount

Total Amount:     9,900,000.00

Type：

Exchange Rate (%)：

   https://webbsso.standardchartered.com/wbidc/tpymt.tt.print.event

0.00

| | Total discount and tax: | 0.00 |
|---|---|---|

Expenses, miscellaneous

Local Expenses: Myself

Overseas Expenses: Myself

Foreign Exchange Contract Details

Exchange rate type:	Not applicable

Exchange Rate:	1

Debit currency:	USD

Debit Currency Equivalent: 9,900,000.00

Instruction Code                              Regulatory Report

Liu, Yingli

| From: | Hohui LEE< FrankieLEE@eu.embchina.com> |
|---|---|
| Sent: | Friday, July 6, 2018 21:54 |
| To: | Liu, Yingli; gaodi@nq.com; Zhaoqi/01047667 Company Client Department NO. 29 |
| Cc: | Corporate Banking |
| Subject: | RE: RE: Payment Remainder – Link Motion due on 11 Apr 2018 |
| Attachment: | LDADVICELD162088335520180427.pdf; LDADVICELD162658402820180622-100061.pdf; LDADVICELD172138449720180503.pdf; LDADVICELD172846080520180412Link motion due on 11 July 2018.pdf |

**Marking status**: Marked

Hello Customer!

There will be four loans due on July 20, 2018. Please prepare the principal, interest and handling fee to pay on time.

One of the loans of USD4,050,000.00 needs to pay interest and service charge on July 11, 2018, and then our bank will immediately issue a payment notice of principal, interest and service charge from July 11 to July 20.

Thank you!

| LD1620883355 | Link Motion Inc. | USD | 500,000.00 | 26-07-16 | 20-07-18 |
| LD1728460805 | Link Motion Inc. | USD | 4,050,000.00 | 11-10-17 | 20-07-18 |
| LD1721384497 | Link Motion Inc. | USD | 3,000,000.00 | 01-08-17 | 20-07-18 |
| LD1626584028 | Link Motion Inc. | USD | 2,350,000.00 | 21-09-16 | 20-07-18 |

To whom it may concern,

Please see the attached payment reminder.

1. Time: recommend to remit 1-2 days prior to the deadline
2. Amount: please select "pay full" or" charge by ours" to ensure enough funding to be parked to the Bank.
3. Beneficiary: Since the Borrower do not maintain an account with us, please pay directly to the Bank according to the attachment
4. Beneficiary Address: 20, Boulevard Royal L-2449 Luxembourg
5. Message: Repayment from "the Borrower's name".

Please feel free to contact us if you have any questions. Thanks!

NetQin Mobile Inc

# 记账凭证

日期:2018/7/31 10:30:22

参考信息:
序号:0
附件数:0
凭证号:记 - 8 (1/1)

参考信息:
序号:2317
2018年第7期

| 摘要 | 科目 | 借方 | 贷方 |
|---|---|---|---|
| 归还渣打银行内保外贷贷款990万美元 | 1002.03.01.04 - 银行存款 - 境外账户 - 境外活期账户 - 网秦开曼公司渣打银行香港分行(USD)4711201997 | | 9,900,000.00 |
| 归还渣打银行内保外贷贷款990万美元 | 2001 - 短期借款 | 9,900,000.00 | |
| 合计:玖佰玖拾万元整 | | 9,900,000.00 | 9,900,000.00 |

核准: 审核:王金 过账:张竞雯 出纳: 制单:武永

经办:



# 银行付款申请单

**Link Motion Inc.** ✓

7-8#

| | | | |
|---|---|---|---|
| 申请人： | 高迪 | 编　号： | |
| 申请部门： | 财务部 | 费用所属部门： | 财务部 |
| 申请日期： | 2018年7月18日 | 协定付款日期： | |

| | |
|---|---|
| 项　目： | LINK MOTION INC.渣打银行香港分行 44711201997 |
| 收款单位： | CHINA MERCHANTS BANK CO.LTD., LUXEMBOURG BRANCH #6550167854 |
| 款项用途： | 归还内保外贷本金 到期日：2018年7月20日 |
| 申请金额： | $9,900,000.00　（大写）美元 玖佰玖拾万元 |

付 款 方 式：　☐支票　☐电汇　☐其他：_____（勾选）

支 票 号 码：_____

对方银行名称：_____（汇款必填）

对方银行帐号：_____（汇款必填）

---

**审批栏**

部门总监核准：_____　财务副总核准： *[signature]*

首席财务官审批： *[signature]*　首席运营官审核：_____

首席执行官审批： *[signature]*

2018.7.19 $500万

银行付讫

\* 请附项目批准复印件，有关合同复印件，付款凭证等。

打印页   关闭窗口

电汇打印日期   19/07/2018

| | | | |
|---|---|---|---|
| 状态： | 完成 | 客户参考： | PIGHK22800A02318 |
| 付款参考： | Q0002276 | 批处理参考： | |
| 付款日期： | 19/07/2018 | 导入参考： | |
| 借记日期： | 19/07/2018 | 完成者： | LIUYINGLI |
| 输入者： | LIUYINGLI | 后台参考： | |
| 子批参考： | | 创建日期： | 19/07/2018 15:36:34 |

借记信息

| | |
|---|---|
| 付款帐户开户名： | HK-HKG |
| 公司名称： | LINK MOTION INC. |
| 借记帐户： | SCBLHKHHXXX-44711201997 |

收款人/受益人信息

| | | | |
|---|---|---|---|
| 收款人/受益人标识： | CHINA MERCHANTS | 收款人/受益人名称： | CHINA MERCHANTS BANK CO., LTD., |
| 付款帐户开户名： | HK-HKG | 地址 1： | LUXEMBOURG BRANCH |
| 帐号： | 6550167854 | 地址 2： | |
| 收款行国家： | | 国家/地区： | US-UNITED STATES |
| Clearing Code： | | 传真号码： | |
| 银行： | BANK OF AMERICA NA NEW YORK | 电子邮件标识： | |
| 银行代码： | BOFAUS3NXXX | 税标识： | |
| 分行名称： | | 邮政编码： | |
| 分行代码： | | 本地语言信息： | |
| 中间行国家： | | 收款人/受益人名称： | China Merchants Bank Co.,Luxembourg |
| 中间银行名称： | | 地址 1： | |
| 中间银行代码： | | 地址 2： | |
| 电汇(外币)收款银行详情： | | 地址 3： | |
| | | 地址 4： | |

付款详情

loan repayment LINK MOTION INC.

本地语言（中文）：

付款备忘录
内部备忘录：
外部备忘录：

金额

| | | | |
|---|---|---|---|
| 金额优先级： | 付款金额 | 付款金额： | 9,900,000.00 |
| 借记货币： | USD | 收款人/受益人费用： | 0.00 |
| 货币： | USD | 净额： | 9,900,000.00 |
| 总额： | 9,900,000.00 | | |
| 税与贴现： | 0.00 | | |

贴现与税明细

贴现

| | |
|---|---|
| 总额： | 9,900,000.00 |
| 类型： | |
| 汇率 (%)： | |

https://webbsso.standardchartered.com/wbidc/tpymt.tt.print.event

1/2

0.00

|  |  |
|---|---|
| 贴现与税合计： | 0.00 |

费用，杂项

本地费用：本人

海外费用：本人

外汇合同详情

| 汇率类型： | 不适用 |
|---|---|
| 汇率： | 1 |
| 借记货币： | USD |
| 借记等值货币： | 9,900,000.00 |

指令代码                                    管制报告

刘颖丽

| 发件人： | Ho i LEE 李浩晖 <FrankieLEE@eu.cmbchina m> |
| --- | --- |
| 发送时间： | 2018年7月6日星期五 21:54 |
| 收件人： | 刘颖丽; gaodi@nq.com; 赵琦/01047667 公司客户二十九部 |
| 抄送： | Corporate Banking |
| 主题： | RE: 答复：Payment Reminder – Link Motion due on 11 Apr 2018 |
| 附件： | LDADVICELD162088335520180427.pdf; LDADVICELD162658402820180622-100061.pdf; LDADVICELD172138449720180503.pdf; LDADVICELD172846080520180412Link motion due on 11 July 2018.pdf |
| 标记状态： | 已标记 |

客户你好！

在 2018 年 7 月 20 日将有 4 笔贷款到期，请准备本金、利息 及 手续费按时支付。
其中一笔 USD4,050,000.00 需要在 2018 年 7 月 11 日支付利息及手续费，然后我行会立即发出从 7 月 11 日到 7 月 20 日的本金、利息及手续费付款通知。

谢谢！

| LD1620883355 | Link Motion Inc. | USD | 500,000.00 | 26-07-16 | 20-07-18 |
| --- | --- | --- | --- | --- | --- |
| LD1728460805 | Link Motion Inc. | USD | 4,050,000.00 | 11-10-17 | 20-07-18 |
| LD1721384497 | Link Motion Inc. | USD | 3,000,000.00 | 01-08-17 | 20-07-18 |
| LD1626584028 | Link Motion Inc. | USD | 2,350,000.00 | 21-09-16 | 20-07-18 |

敬启者：
To whom it may concern,

请见附件 Payment Reminder 通知。
Please see the attached payment reminder.

1.     付款时间：提前 1-2 工作日汇出，避免因汇款时间影响到帐
       Time: recommend to remit 1-2 days prior to the deadline
2.     金额：务必选择全额到账服务（charge by ours），避免中间行扣费导致到账金额不足
       Amount: please select "pay full" or "charge by ours" to ensure enough funding to be parked to the Bank.
3.     收款人：借款人没有在我行开立账户，请按附件付款路径付到我行账户
       Beneficiary: Since the Borrrower do not maintain an account with us, please pay directly to the Bank according to the attachment.
4.     收款人地址（如需要）：20, Boulevard Royal L-2449 Luxembourg
       Beneficiary Address: 20, Boulevard Royal L-2449 Luxembourg
5.     附言：Repayment from "请填上借款人英文名称"
       Message: Repayment from "the Borrower's name"

如有问题随时联系，谢谢！
Please feel free to contact us if you have any questions. Thanks!

[第 # 页]