# Exhibit L

June 11, 2021                                              Baliga v. Link Motion Inc. et al., No. 1:18-cv-11642

Languages

Sign In   Send a Release

**PR Newswire** a Cision company

Products   News   Resources   Contact   Search

Overview | Latest | Regional | Industry | Trending Topics | Multimedia | Other Languages | Public Company News

Mainland China | Japan | Korea | Indonesia
Malaysia | Singapore | Thailand | Vietnam
Australia

NQ Mobile Inc.
2017-11-20 21:35    469

Share:

BEIJING, Nov. 20, 2017 /PRNewswire/ -- NQ Mobile Inc. ("**NQ Mobile**" or the "**Company**"), a leading global provider of mobile internet services, today announced that it negotiated with Zhongzhi Hi-Tech Overseas Investment Limited ("Zhongzhi") for an early partial redemption of the convertible note and has reached an agreement to redeem US$88 million of the principal amount of the convertible note issued to Zhongzhi in October 2016. In addition, the Company and Zhongzhi further agreed that if Zhongzhi converts the remaining US$132 million of convertible notes to the Company's American Depository Shares ("ADS") on or before March 31, 2018, the conversion price will be revised to US$5.00 per ADS. If Zongzhi converts the remaining US$132 million of convertible notes after March 31, 2018 to the note's maturity the conversion price will remain US$6.00 per ADS.

**About NQ Mobile**

NQ Mobile Inc. (NYSE: NQ) is a leading global provider of mobile internet services. NQ Mobile's portfolio of offerings includes mobile game publishing platforms, mobile advertising platforms, mobile entertainment applications and platforms, mobile security and productivity applications and other mobile applications. For more information on NQ Mobile, please visit http://www.nq.com.

**Forward Looking Statements**

This news release contains "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and as defined in the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. All statements other than statements of historical fact in this press release are forward-looking statements and involve certain risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. These forward-looking statements are based on management's current expectations, assumptions, estimates and projections about the Company and the industry in which the Company operates, but involve a number of unknown risks and uncertainties. Further information regarding these and other risks is included in the Company's filings with the U.S. Securities and Exchange Commission. The Company undertakes no obligation to update forward-looking statements to reflect subsequent occurring events or circumstances, or changes in its expectations, except as may be required by law. Although the Company believes that the expectations expressed in these forward looking statements are reasonable, it cannot assure you that such expectations will turn out to be correct, and actual results may differ materially from the anticipated results. You are urged to consider these factors carefully in evaluating the forward-looking statements contained herein and are cautioned not to place undue reliance on such forward-looking statements, which are qualified in their entirety by these cautionary statements.

**Investor Relations:**

NQ Mobile Inc.
Email: investors@nq.com

Phone: +1 469 310 5281

Phone: +86 10 6452 2017

Twitter: @NQMobileIR

View original content:http://www.prnewswire.com/news-releases/nq-mobile-inc-provides-an-update-on-its-buyback-program-300559298.html

Source: NQ Mobile Inc.

Related Stocks:
NYSE:NQ

Related Links:
http://www.nq.com

Keywords: Banking/Financial Service     Computer/Electronics     Internet Technology     Mobile Entertainment     Multimedia/Online/Internet

Share:

# Media Room

more >

**Link Motion Receives Notice that the NYSE Has Suspended Trading in Link Motion ADSs and Has Commenced Delistin...**

2018-12-24 22:00      👁 7470

**Link Motion Announces a Change to its Board of Directors**

2018-12-20 11:07      👁 508

**Link Motion Announces China AI Capital Extends Closing Date of Strategic Investment to November 19, 2018**

2018-09-25 19:00      👁 468

**Link Motion Receives Continued Listing Standard Notice from the NYSE**

2018-09-25 05:00      👁 516

**Link Motion Issues Shareholder Letter**

2018-09-18 20:30      👁 456

**Link Motion Reports on the Special Committee's Independent Investigation; Announces Changes to its Boar...**

2018-09-10 19:00      👁 592

# Related News

**NetDragon Included in Hang Seng TECH Index**

2020-07-21 17:25      👁 2703

**Insider Announces $32M Series C Funding to Invest in AI that Shifts the Status Quo in Multichannel Experience...**

2020-07-21 10:00      👁 2046

**OctaFX Fights Fraud on the Forex Market**

2020-07-20 09:00      👁 1945

**South Korea's KT Exports K-Pop Contents via 5G**

2020-07-22 21:00      👁 1028

Acorn International Terminates Share Repurchase Plan

NetDragon Launched International Summer Intern Program

2020-07-22 19:43    👁 1333

2020-07-22 16:33    👁 770

Products

Content Creation
Distribution
Monitoring & Insights
Influencer Database
FAQs

About PR Newswire

About PR Newswire
About Cision
Careers

Global Sites ⌃

Contact PR Newswire

hkcs@prnasia.com

Contact Us ⌃

Conditions of Services  |  Site Map  |  RSS

Copyright © 2020 PR Newswire Asia Ltd. All Rights Reserved. A Cision company