# Exhibit M

June 11, 2021                                          Baliga v. Link Motion Inc. et al., No. 1:18-cv-11642

**EXHIBIT 3**

From: Zhao Qi/01047667 Company Customer Department 29 <momo871022@cmbchina.com>
Date: March 11, 2019 GMT+8 11:28:06
To: "vincent@lkmotion.com" <vincent@lkmotion.com>
Cc: Ma Jing/01020208 Operation Center Trade Finance Operation Room <nancy_bbm0714@cmbchina.com>, Zhao Xiaodan/01025617 Cross-border Finance Room <zhaoxiaodan_0518@cmbchina.com>
Subject: Fw: Payment Reminder-Link Motion due on 31 May 2019 NetQin's notice of principal and interest repayment on May 31, 2019

To
President Shi,

When prompted by Luxembourg, please pay attention to the repayment time.


Zhao Qi Account Manager

China Merchants Bank Co., Ltd. Beijing Branch Corporate Financial Business Department 29th

First Floor, Block C, Chaowaimen Writing Center, No. 26, Chaowai Street, Chaoyang District, Beijing (100020)

Phone: 18618360951

Phone: 010-85653265
Fax: 010-85656970
Email: momo871022@cmbchina.com
China Merchants Bank, because of you www.cmbchina.com



-----Original email content-----
From: "Ho Fai LEE 李浩晖"[FrankieLEE@eu.cmbchina.com]
Sending time: 2019-03-08 17:20 (Friday)
Recipient: Shi Na/01024260; Zhao Xiaodan/01025617 Cross-border Finance Office; Zhao Qi/01047667 Company Customer Department 29
Cc: "Corporate Banking"[CorporateBanking@eu.cmbchina.com]
Subject: FW: Payment Reminder-Link Motion due on 31 May 2019 NetQin's notice of principal and interest repayment on May 31, 2019
Everyone:

As the repayment day is approaching, please ask your customers about their latest repayment trends. We will prepare in advance, thank you!

Ho Fai LEE Li Haohui
Corporate Banking Department

China Merchants Bank Co., Ltd., Luxembourg Branch
20, Boulevard Royal, L-2449 Luxembourg
T: (+352) 286 666 622
M: (+352) 691 666 298
F: (+352) 286 666 333
FrankieLEE@eu.cmbchina.com
WeChat: frankilism

9623b64f-0a17-414c-975d-57cc6b15a6c0.jpg

From: Corporate Banking
Sent: 06 March 2019 17:25
To: Ho Fai LEE 李浩hui; He WEN; Li WAN; Lei FENG; Jennifer GARNIER; Ye ZHENG
Subject: FW: Payment Reminder-Link Motion due on 31 May 2019 NetQin's notice of principal and interest repayment on May 31, 2019


From: Zhaojiaxing WEI
Sent: Wednesday, March 6, 2019 5:25:00 PM (UTC+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna
To: Zhao Qi';'Liu Yingli';'Gaudi'
Cc: Zhao Xiaodan/01025617 Cross-border Finance Office; Corporate Banking; millisandre@cmbchina.com
Subject: RE: Payment Reminder-Link Motion due on 31 May 2019 NetQin's notice of repayment of principal and interest on May 31, 2019

Hello, everyone!

After calculation by the repricing system, please refer to the updated version of NetQin's May 31, 2019 Notice of Repayment of Principal and Interest in the attachment.

Thanks a lot! Good luck~

Kind Regards,
Zhaojiaxing WEI
Corporate Banking Department

T: (+352) 286 666 627

M: (+352) 621 815 980
ZhaojiaxingWEI@eu.cmbchina.com

China Merchants Bank Co., Ltd., Luxembourg Branch
20, Boulevard Royal, L-2449 Luxembourg

33309c7e-37fd-4f15-988a-8e8781b2354c.jpg


De: Zhaojiaxing WEI
Envoyé: 04 March 2019 09:36
À:'Zhao Qi' <momo871022@cmbchina.com>;'刘颖丽' <liuyingli@nq.com>;'高迪' <gaodi@lkmotion.com>
Cc:'Zhao Xiaodan/01025617 Cross-border Finance Room' <zhaoxiaodan_0518@cmbchina.com>; Corporate Banking <CorporateBanking@eu.cmbchina.com>
Objet: Payment Reminder-Link Motion due on 31 May 2019 NetQin Payment Reminder-Link Motion due on 31 May 2019

Dear Sirs:
To whom it may concern,

Please see the attached Payment Reminder notice. (Repayment of principal and interest in May 2019)
Please see the attached payment reminder.

1. Payment time: remit 1-2 working days in advance to avoid affecting the account due to the remittance time
	Time: recommend to remit 1-2 days prior to the deadline
2. Amount: Be sure to choose the full payment service (charge by ours) to avoid intermediary bank deductions that cause insufficient payment
	Amount: please select "pay full" or "charge by ours" to ensure enough funding to be parked to the Bank.
3. Payee: The borrower has not opened an account with our bank, please follow the attached payment path to pay to our bank account
	Beneficiary: Since the Borrower do not maintain an account with us, please pay directly to the Bank according to the attachment.
4. Payee's address (if required): 20, Boulevard Royal L-2449 Luxembourg
	Beneficiary Address: 20, Boulevard Royal L-2449 Luxembourg
5. PS: Repayment from "Please fill in the English name of the borrower"
	Message: Repayment from "the Borrower's name"

Feel free to contact if you have any questions, thank you!
Please feel free to contact us if you have any questions. Thanks!

Kind Regards,
Zhaojiaxing WEI
Corporate Banking Department

T: (+352) 286 666 627
M: (+352) 621 815 980
ZhaojiaxingWEI@eu.cmbchina.com

China Merchants Bank Co., Ltd., Luxembourg Branch
20, Boulevard Royal, L-2449 Luxembourg

33309c7e-37fd-4f15-988a-8e8781b2354c.jpg

This e-mail and any attachments hereof (the "Information") is intended only for the person or entity to which they are addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this Information by persons or entities other than the intended recipient is prohibited. It must not be disclosed to any person or entity without the authority of China Merchants Bank Co., Ltd., Luxembourg Branch (the "Bank "). If you received this Information in error, please contact the sender and delete the material from your system.

The Bank excludes any warranty and any liability as to the content of the Information, which shall not be binding upon the Bank.


The content of this e-mail only represents the personal views and opinions of the sender, and has nothing to do with the views and opinions of China Merchants Bank Co., Ltd. and its subsidiaries. China Merchants Bank Co., Ltd. and its subsidiaries are not responsible for the content of this e-mail. The content of this email is restricted to the recipient. If you receive this email by mistake, please delete it immediately.

发件人: 赵琦/01047667 公司客户二十九部 <momo871022@cmbchina.com>
日期: 2019年3月11日 GMT+8 11:28:06
收件人: "vincent@kmotion.com" <vincent@kmotion.com>
抄送: 马婧/01020208 操作中心贸易融资操作室 <nancy_bbm0714@cmbchina.com>, 赵晓丹/01025617 跨境金融室 <zhaoxiaodan_0518@cmbchina.com>
主题: Fw: Payment Reminder - Link Motion due on 31 May 2019 网秦2019年5月31日还本付息通知书

史总，

接到卢森堡提示，请注意还本付息时间。

**赵 琦** 客户经理

招商银行股份有限公司北京分行 公司金融事业部第二十九部

北京市朝阳区朝外大街26号 朝外们写字中心C座首层 （100020）

手机： ▇▇▇0951

电话： ▇▇▇3265
传真： ▇▇▇6970
邮件： momo871022@cmbchina.com
招商银行，因您而变www.cmbchina.com

-----原邮件内容-----

发件人: "Ho Fai LEE 李浩晖"[FrankieLEE@eu.cmbchina.com]
发送时间: 2019-03-08 17:20( 星期五 )
收件人: 史娜/01024260;赵晓丹/01025617 跨境金融室;赵琦/01047667 公司客户二十九部
抄送: "Corporate Banking"[CorporateBanking@eu.cmbchina.com]
主题: FW: Payment Reminder - Link Motion due on 31 May 2019 网秦2019年5月31日还本付息通知书

各位：

临近还款日，请贵行向客户了解客户的最新还款动向，我们提前做好准备，谢谢！

**Ho Fai LEE 李浩晖**
Corporate Banking Department

China Merchants Bank Co., Ltd., Luxembourg Branch
20, Boulevard Royal, L-2449 Luxembourg

20, Boulevard Royal, L-2449 Luxembourg
T:   (+352) 286 666 622
M : (+352) 691 666 298
F:   (+352) 286 666 333
FrankieLEE@eu.cmbchina.com
WeChat : frankilism



**From:** Corporate Banking
**Sent:** 06 March 2019 17:25
**To:** Ho Fai LEE 李浩晖; He WEN; Li WAN; Lei FENG; Jennifer GARNIER; Ye ZHENG
**Subject:** FW: Payment Reminder - Link Motion due on 31 May 2019 网秦2019年5月31日还本付息通知书

---

**From:** Zhaojiaxing WEI
**Sent:** Wednesday, March 6, 2019 5:25:00 PM (UTC+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna
**To:** 赵琦'; '刘颖丽'; '高迪'
**Cc:** 赵晓丹/01025617 跨境金融室; Corporate Banking; millisandre@cmbchina.com
**Subject:** RE: Payment Reminder - Link Motion due on 31 May 2019 网秦2019年5月31日还本付息通知书

各位好！

经过重定价系统测算，请参考附件中更新版网秦2019年5月31日还本付息通知书。

多谢！祝好~

**Kind Regards,**
**Zhaojiaxing WEI隗赵嘉星**
Corporate Banking Department

T:   (+352) 286 666 627
M : (+352) 621 815 980
ZhaojiaxingWEI@eu.cmbchina.com

China Merchants Bank Co., Ltd., Luxembourg Branch
20, Boulevard Royal, L-2449 Luxembourg



**De :** Zhaojiaxing WEI

**Envoyé :** 04 March 2019 09:36
**À :** '赵琦" <momo871022@cmbchina.com>; '刘颖丽' <liuyingli@nq.com>; '高迪' <gaodi@lkmotion.com>
**Cc :** '赵晓丹/01025617 跨境金融室' <zhaoxiaodan_0518@cmbchina.com>; Corporate Banking <CorporateBanking@eu.cmbchina.com>
**Objet :** Payment Reminder - Link Motion due on 31 May 2019 网秦2019年5月31日还本付息通知书

敬启者：
To whom it may concern,

请见附件Payment Reminder通知。（2019年5月还本付息)
Please see the attached payment reminder.

1. 付款时间：提前1-2工作日汇出，避免因汇款时间影响到帐
   Time: recommend to remit 1-2 days prior to the deadline
2. 金额：务必选择全额到账服务（charge by ours），避免中间行扣费导致到账金额不足
   Amount: please select "pay full" or "charge by ours" to ensure enough funding to be parked to the Bank.
3. 收款人：借款人没有在我行开立账户，请按附件付款路径付到我行账户
   Beneficiary: Since the Borrower do not maintain an account with us, please pay directly to the Bank according to the attachment.
4. 收款人地址（如需要）：20, Boulevard Royal L-2449 Luxembourg
   Beneficiary Address: 20, Boulevard Royal L-2449 Luxembourg
5. 附言：Repayment from "请填上借款人英文名称"
   Message: Repayment from "the Borrower's name"

如有问题随时联系，谢谢！
Please feel free to contact us if you have any questions. Thanks!

**Kind Regards,**
**Zhaojiaxing WEI 隗赵嘉星**
Corporate Banking Department

T:   (+352) 286 666 627
M： (+352) 621 815 980
ZhaojiaxingWEI@eu.cmbchina.com

China Merchants Bank Co., Ltd., Luxembourg Branch
20, Boulevard Royal, L-2449 Luxembourg



This e-mail and any attachments hereof (the "Information") is intended only for the person or entity to which they are addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this Information by persons or entities other than the intended recipient is prohibited. It must not be disclosed to any person or entity without the authority of China Merchants Bank Co., Ltd., Luxembourg Branch (the "Bank"). If you received this Information in error, please contact the sender and delete the material from your system.

The Bank excludes any warranty and any liability as to the content of the Information, which shall not be binding upon the Bank.

此邮件内容仅代表发送者的个人观点和意见，与招商银行股份有限公司及其下属分支机构的观点和意见无关，招商银行股份有限公司及其下属分支机构不对此邮件内容承担任何责任。此邮件内容仅限收件人查阅，如误收此邮件请立即删除。



卢森堡分行
LUXEMBOURG BRANCH
TEL: +352 286 666 1
FAX: +352 286 666 333

```
DATE         :   28 February 2019        Link Motion Inc.
REFERENCE    :   LD1815187150
                                         KY1-1104, PO BOX 309,
                                         UGLAND HOUSE, GRAND
CUSTOMER     :   100061                  CAYMAN, CAYMAN ISLANDS
```

---
PAYMENT REMINDER
---

PLEASE BE INFORMED THAT THE NEXT PRINCIPAL AND INTEREST PAYMENT DATE ARE AS FOLLOWS

```
PRINCIPAL AMOUNT              :    USD   84,620,000.00
INTEREST RATE                 :    4.07888%
ARRANGEMENT FEES RATE         :    0.20%
INTEREST AMOUNT               :    USD      882,062.33
ARRANGEMENT FEES              :    USD       43,250.22
INTEREST PAYMENT DATE         :    31 May 2019
ARRANGEMENT FEES PAYMENT DATE :    31 May 2019


PRINCIPAL PAYMENT AMOUNT           PRINCIPAL PAYMENT DATE
USD   84,620,000.00                31 May 2019
```

PLEASE FIND BELOW OUR STANDARD SETTLEMENT INSTRUCTION

```
ACCOUNT WITH BANK     :    BANK OF AMERICA N.A.
SWIFT CODE            :    BOFAUS3N
ACCOUNT NAME          :    CHINA MERCHANTS BANK CO.,LTD.,
                           LUXEMBOURG BRANCH
ACCOUNT NO            :    6550167854
REMITTANCE INFORMATION:    LOAN FEE INTEREST AND PRINCIPAL
                           Link Motion Inc.
```

IF YOU HAVE ANY QUERIES REGARDING THE ABOVE DETAILS, PLEASE CONTACT US AS SOON AS POSSIBLE QUOTING OUR TRANSACTION NUMBER.

20 Boulevard Royal L-2449 Luxembourg
RCS Luxembourg: B 193 833
TVA: LU 275 09 686