# FELICELLO

Michael[*]

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2021
```

June 21, 2021

VIA ECF

Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Baliga, et al. v. Link Motion Inc., et al.*, Case No. 1:18-cv-11642-VM-DCF (S.D.N.Y.)

Dear Judge Marrero:

    We represent Defendant Vincent Wenyong Shi ("Shi"). On June 9, 2021, Plaintiff Wayne Baliga ("Plaintiff") filed an Objection (Dkt. No. 223 refiled at Dkt. No. 225, the "Objection") to the Memorandum Order issued by the Hon. Debra Freeman on May 26, 2021 (Dkt. No. 221). We write to respectfully request an extension of Shi's time to respond to the Objection from June 23, 2021 to July 9, 2021.

    Counsel for Robert W. Seiden, the court-appointed receiver for Link Motion Inc., consents to this request. Counsel for Plaintiff have advised that they do not oppose this request. Accordingly, Shi respectfully requests that the Court grant this request for an extension.

                            Respectfully submitted,

                            /s/ *Michael James Maloney*

                            Michael James Maloney

cc:   All counsel of record (via ECF)



The request is granted. Defendant may file a response to the pending objection on or before 7/9/21.

**SO ORDERED.**

6/22/2021

DATE                      VICTOR MARRERO, U.S.D.J.

*Admitted to practice law in New York