**GT** GreenbergTraurig

Toby S. Soli
Tel 212.801.3196
solit@gtlaw.com

July 12, 2021

**VIA ECF**
Honorable Debra C. Freeman
Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Baliga v. Link Motion Inc. et al.*, 1:18-cv-11642 (S.D.N.Y.) (VM) (DCF)

Dear Judge Freeman:

Both Counsel for the Receiver and Counsel for Plaintiff Wayne Baliga respectfully request a seven-day extension of time to respond to Defendant Vincent Wenyong Shi's motion to dissolve the preliminary injunction and discharge the receiver (Dkt. 230), from July 12 to July 19, 2021. Counsel for Shi consents to the Receiver's requested extension and does not oppose Plaintiff's requested extension.

Respectfully submitted,

| GREENBERG TRAURIG, LLP | SEIDEN LAW GROUP, LLP |
|---|---|
| By:  /s/ Toby S. Soli<br>       Toby S. Soli<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 801-9200<br>Email: solit@gtlaw.com<br><br>*Counsel for Plaintiff* | By: /s/ Amiad Kushner<br>       Amiad Kushner<br>       Andrew J. Sklar<br>322 Eighth Avenue, Suite 1704<br>New York, NY 10001<br>Telephone: (646) 766-1763<br>Email: akushner@seidenlawgroup.com<br>Email: asklar@seidenlawgroup.com<br><br>*Counsel for Receiver* |

cc: All counsel of record (via ECF)