# EXHIBIT A

# 国家税务总局北京市税务局第三稽查局
# 税务检查通知书

京税稽三检通一〔2019〕6001013 号

网秦无限（北京）科技有限公司：

　　根据《中华人民共和国税收征收管理法》第五十四条规定，决定派杨依青、丁保华等人，自 2019 年 5 月 10 日起对你（单位）2014 年 1 月 1 日至 2019 年 5 月 5 日期间（如检查发现此期间以外明显的税收违法嫌疑或线索不受此限）涉税情况进行检查。届时请依法接受检查，如实反映情况，提供有关资料。



二〇一九年五月九日

告知：税务机关派出的人员进行税务检查时，应当出示税务检查证和税务检查通知书，并有责任为被检查人保守秘密；未出示税务检查证和税务检查通知书的，被检查人有权拒绝检查。

-1-

# The Third Inspection Bureau of Beijing Taxation Bureau State Administration of Taxation

## Notice of Tax Inspection

JING SHUI JI SAN TONG (2019) 6001013

NQ MOBILE (BEIJING) TECHNOLOGY CO. LTD.

In accordance with Article 54 of the Tax Collection and Administration Law of the People's Republic of China, it is determined to assign Yang Yiqing, Ding Baohua and others, to conduct an inspection starting from May 10, 2019, on tax related matters of your company during the period from January 1, 2014 to May 5, 2019(if the inspection finds out obvious suspected tax violations or clues outside this period then the inspection are not limited by this period).Please accept the inspection at that time according to the law, report the situation truthfully, and provide the relevant information.

(Sealed by The Third Inspection Bureau of Beijing Taxation Bureau
State Administration of Taxation)

Date:May 9, 2019

Please take notice that, the assigned personnel by tax authority, should show their tax inspection certificates and tax inspection notice when conducting the tax inspection, and are responsible for confidentiality of the inspected; If not showing their tax inspection certificates and tax inspection notice,  the inspected has the right to reject the inspection.

# 国家税务总局北京市税务局第三稽查局
# 税务事项通知书

京税稽三 通 〔2019〕 6000550 号

网秦无限（北京）科技有限公司（纳税人识别号：911101086615514831）：

  事由：发票违法行为

  依据：征管法第十九条、征管法第三十二条、28号公告、所得税法。

  通知内容：现对你公司取得北京泰恒裕信科技有限公司2018年6月4日开具的发票代码1100173320发票号码58002836的1份增值税普通发票及其该笔业务的真实性情况进行检查取证，请按照要求及时配合检查。

  一、以下资料使用A4纸复印，一式二份；逐页签注"此复印件与原件相符，由我单位提供。"法人或经办人签名，盖公章。

  1、组织机构代码证书；

  2、银行开户许可证明；

  3、企业法定代表人身份证（如法人无法到场，须提供法人授权委托书、经办人身份证）；

  4、涉及上述发票业务的经办人身份证；

  5、购销合同；

  6、记账凭证、发票联；

7、货物的入库单、相关货物的运输单据、签收单据及运输费用的抵扣凭证

8、银行支票根（或电汇、网银的相关单据）、银行对帐单（标注该笔货物款项的往来）、现金提取单据（注：如果是现金付款，请提供相应的现金来源、借款合同等相关凭证）

9、相关明细帐帐页，（如：库存商品、应交税金（进、销、转出等）、经营费用、银行存款、现金、应收、应付、预收、预付。后五项需附带前期或后期的相关记帐凭证及帐页）

10、写一份详细的企业基本情况及该笔业务流程的情况说明（同时携带含电子版情况说明的U盘到场）。

二、法人（或经办人）、财务负责人、及该笔业务的经办人携带身份证、单位公章到国家税务总局北京市税务局第三稽查局做询问调查。

（地址：海淀区西苑操场乙三号，2号楼306、307室；电话：62673221）



请于2019年9月9日前提供上述资料。

2019 年 8 月 27 日

- 2 -

# The Third Inspection Bureau of Beijing Taxation Bureau
# State Administration of Taxation
# Notice of tax matters

JING SHUI JI SAN TONG (2019) 6000550

NQ MOBILE (BEIJING) TECHNOLOGY CO. LTD. (Taxpayer identification number:911101086615514831)

Cause: Violation of invoice regulation.

Ground: Article 19 of the Tax Collection and Administration Law, Article 32 of the Tax Collection and Administration Law, Announcement No. 28, Income Tax Law.

Notification content: We hereby inspect and collect evidence on one General VAT Invoice that your company accepted, Invoice Code1100173320 Invoice Number58002836, issued by Beijing Tai Heng Yuxinon Technology Co. Ltd. on June 4,2018 and the authenticity of the business under this invoice. Please cooperate with the inspection timely in accordance with the requirements.

I. The following materials shall be copied on A4 paper in duplicate; with page by page endorsement as "This copy is consistent with the original and provided by our company. " Signed by the legal person or the agent together with the official seal.
1. Organization Code Certificate;
2. Bank account opening permits.
3. ID card of the legal representative of the enterprise (if the legal person is unable to attend, the power of attorney of the legal person and the ID card of the agent must be provided);
4. ID card of the agent involved in the above-mentioned invoice matter;
5. Purchase and sale contract;
6. Bookkeeping vouchers and invoice forms.

-1-

7. Warehousing receipts of goods, transportation documents of relevant goods, signing upon receipts documents and deduction vouchers of transportation expenses;
8. Bank check counterfoil(or relevant receipts of wire transfer, online banking), bank statement (labeled current payments of the goods), cash withdrawal documents (note: in case of cash payments, please provide the relevant cash source,

loan contracts and other relevant proof);

9. The related itemized account pages (e. g. inventory goods, accrued tax (input, output, transfer out, etc.), operating expenses, bank deposits, cash, receivable, payable, receivable in advance, payment in advance. The latter five items should attach bookkeeping evidence and account pages of the previous or after period );

10. Write a detailed description of the basic situation of the enterprise and process of this business matter(also bring a flash drive that contains the electronic version of the description).

II The legal person (or the agent), person in charge of finance, and the agent of this business matter should carry their ID cards and the company official seal to The Third Inspection Bureau of Beijing Municipal Bureau of Taxation State Administration of Taxation, for an inquiry and survey.

(Address: Room 306,307, Building 2, YI.3, Xiyuan Sports-ground, Haidian District; Tel.:62673221)

Please provide the above material by September 19,2019.（Hand-written）

                     (Sealed by
          The Third Inspection Bureau of Beijing Taxation Bureau.
               State Administration of Taxation)

Date: August 27,2019

- 2 -