# EXHIBIT B

# 国家税务总局北京市税务局第三稽查局
# 催 告 书
## （申请人民法院强制执行适用）

京税稽三强催〔2021〕10号

---

网秦无限（北京）科技有限公司：

本机关向你（单位）送达京税稽三罚〔2021〕39号《税务行政处罚决定书》，你（单位）在法定期限内未申请行政复议或者提起行政诉讼，又不履行本机关作出的行政决定。根据《中华人民共和国行政强制法》第五十四条规定，现依法向你（单位）催告，请你（单位）自收到本催告书之日起十日内履行下列义务：

《中华人民共和国税收征收管理法》第六十条第二款之规定未按规定设置、保管账簿或者保管记账凭证和有关资料之规定。对你单位未按规定设置、保管账簿的违法行为处一万元罚款。

逾期仍未履行义务的，本机关将依法申请人民法院强制执行。

你（单位）在收到催告书后有权进行陈述和申辩。请你（单位）在收到本催告书之日起三日内提出陈述和申辩，逾期不陈述、申辩的视为放弃陈述和申辩的权利。

联系人：赵玉兰

- 2 -

联系电话：62673271

地址：北京市海淀区西苑操场乙 3 号 2 号楼 307 室

执法人员（执法证号）：李然，赵玉兰（京税稽 1103192106 京税稽 1103190023）



二〇二一年六月二十一日

# State Administration of Taxation
# the Third Inspection Bureau
# of the Beijing Municipal Bureau of Taxation
# Exigent Notice
# (For compulsory execution of the People's Court)

No. JING SHUI JI SAN QIANG CUI (2021)10

NQ MOBILE BEIJING CO. LTD.

This organ hereby serves you ( unit) the < Decision on Tax Administrative Punishment > (JING SHUI JI SAN FA [2021] No.39) , You (unit) have not applied for administrative reconsideration or filed an administrative lawsuit within the statutory time limit, and have not implemented the administrative decisions made by this organ.According to Article 54 of the Administrative Compulsory Law of the People's Republic of China, now summon exhortation to you (unit) according to law,  you (the unit) should fulfill the following obligations within 10 days from the date of receipt of this notice:

As stipulated in Article 60(2) of the Tax Collection and Administration Law of the people's Republic of China,fails to set up and file the accounts books in accordance with the regulations, or file bookkeeping vouchers and relevant data. Your company is imposed 10,000 yuan fine for your illegal acts of failing to set up and file the accounts books in accordance with the regulations.

If still fails to perform obligations within the time limit, this organ will apply to the people's court for compulsory enforcement in accordance with the law.

You (unit) shall have the right to state and defend on receipt of the exigent notice. You (unit) are requested to submit a statement and defense within three days from the date of receiving this exigent notice. If you fail to state or defend within the time limit, it shall be deemed as a waiver of the right to state and defend.

Liaison: Zhao Yulan

- 1 -

Phone: 62673271

Address: Room 307, Building 2, YI 3, Xiyuan Sports-ground, Haidian District, Beijing

Attn.: law enforcement officer; Li Ran, Zhao Yulan (JING SHUI JI 1103192106, JING SHUI JI 1103190023)

(Sealed by State Administration of Taxation
the Third Inspection Bureau of the Beijing Municipal Bureau of Taxation)
June 21, 2021

- 2 -