# EXHIBIT C

State Administration of Taxation – Beijing E-tax Bureau

| User Administration Homepage | Taxpayer information | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| • User information management | Registration information | Record ed informa tion | Tax (fee) category identificati on | Fixed amount verifica tion | Invoice verification | Qualification | Reduction &exemption | Invoice balance |
| • Enterprise authorization management | Taxpayer Identification No. (Social Credit Code): | 911101086615514831 | | | | Name of taxpayer: | NQ Mobile (Beijing) Technology Limited | |
| • Tax agency management | Type of registration: | Foreign-funded enterprise | | | Type of authorities approving its incorporation: | Industry and commerce department | Authorities approving its incorporation: | |
| • User information | Organization code: | 661551483 | | | No. of incorporation certificate or file: | | 110000450009580 | |
| Taxpayer information | Name of license: | Incorporated entity's business license | | | | License No.: | 110000450009580 | |
| • Favorite function management | Opening (incorporation) date: | 15th May 2007 | | | Term of duration starting from: | 15th May 2007 | Term of duration ending on: | 14th May 2027 |
| • Identification information collection | Registered address: | Room 106 1st Floor No.23 Building, No.31 North Third Ring Road West, Haidian District, Beijing | | | Zip code of registered address: | 100094 | Tel of registered address: | 18501035705 |
| | Business address: | Room 106 1st Floor No.23 Building, No.31 North Third Ring Road West, Haidian District, Beijing | | | Zip code of business address: | 100094 | Tel of business address: | |

| | Accounting method: | Independent accounting, assuming sole responsibility for its profits or losses | Number of employees: | 10 | including foreign employees (number): | 2 |
|---|---|---|---|---|---|---|
| | Nature of entity: | Enterprise | | Applicable accounting policy: | Enterprise Accounting System (2001) | |
| | Type of state-owned holding: | | | Website: | | |
| | Industry in national standard (primary): | Other software development | | Segment of primary industry: | Other software development | |
| | Taxation administrator: | | | | | |

Recorded status information

| Item | Name | Type of identification | Identification Number | Fixed-line telephone | Mobile | E-mail |
|---|---|---|---|---|---|---|
| Legal representative (responsible officer) | Zemin Xu | Resident identification card | 120103196402230714 | 85655555 | 85655555 | |
| Person in charge of Finance | Vincent Wenyong Shi | Resident identification card | 352124197711280513 | 85655555 | 13501233445 | |



3



国家税务总局北京市电子税务局

纳税人信息

注册信息　登记信息　税(费)种认定信息　定额核定信息　发票核定信息　资格信息　减免信息　发票结存

| | | | | |
|---|---|---|---|---|
| 纳税人识别号 (社会信用代码) | 911101086615514831 | | 纳税人名称: | 网爱无限 (北京) 科技有限公司 |
| 登记注册类型: | 外资企业 | | 批准设立机关类型: | 工商部门 | 批准设立机关: |
| 组织机构代码: | 661551483 | | 批准设立证明文件号: | 110000450009580 |
| 证照名称: | 企业法人营业执照(外资) | | 证照号码: | 110000450009580 |
| 开业 (设立) 日期: | 2007-05-15 | | 生产经营期限起: | 2007-05-15 | 生产经营期限止: | 2027-05-14 |
| 注册地址: | 北京市海淀区北三环西路31号23号楼一层106室 | | 注册地邮政编码: | 100094 | 注册地联系电话: | 18501035705 |
| 生产经营地址: | 北京市海淀区北三环西路31号23号楼一层106室 | | 生产经营地邮政编码: | 100094 | 生产经营地联系电话: | |
| 核算方式: | 独立核算自负盈亏 | | 从业人数: | 10 | 其中外籍人数: | 2 |
| 单位性质: | 企业 | | 适用会计制度: | 企业会计制度 (2001) |
| 国有控股类型: | | | 网站网址: | |
| 国标行业 (主): | 其他软件开发 | | 主行业明细行业: | 其他软件开发 |
| 税收管理员: | | | | |

登记状态信息

| 项目内容 | 姓名 | 身份证件种类 | 证件号码 | 固定电话 | 移动电话 | 电子邮箱 |
|---|---|---|---|---|---|---|
| 法定代表人 (负责人) | 许泽民 | 居民身份证 | 120103196402230714 | 85655555 | 85655555 | |
| 财务负责人 | 史文勇 | 居民身份证 | 352124197711280513 | 85655555 | 13501233445 | |