# EXHIBIT E

## Summary of WFOE's Fund Stolen and Transferred by Shi Wenyong

| Number | Date | Time | Amount Transferred (RMB Yuan) | Remarks |
|---|---|---|---|---|
| 1 | May 15, 2019 | 10:53:46 | 9,000,000 | |
| 2 | June 5, 2019 | 13:47:44 | 8,000,000 | |
| 3 | June 6, 2019 | 13:59:51 | 20,000,000 | |
| 4 | June 10, 2019 | 13:45:12 | 20,000,000 | |
| 5 | June 10, 2019 | 20:08:08 | 9,000,000 | |
| 6 | June 11, 2020 | 14:06:02 | 10,000,000 | |
| 7 | June 12, 2019 | 09:15:55 | 20,000,000 | |
| 8 | June 12, 2019 | 16:43:19 | 20,500,000 | |
| 9 | June 13, 2019 | 09:05:03 | 21,500,000 | |
| 10 | June 13, 2019 | 16:35:13 | 22,000,000 | |
| 11 | June 14, 2019 | 09:48:45 | 22,000,000 | |
| 12 | June 14, 2019 | 16:53:55 | 23,000,000 | |
| 13 | June 14, 2019 | 19:50:14 | 23,500,000 | |
| 14 | June 17, 2019 | 17:01:16 | 24,000,000 | |
| 15 | June 18, 2019 | 09:35:27 | 24,500,000 | |
| 16 | June 18, 2019 | 16:51:53 | 35,700,000 | |
| 17 | June 19, 2019 | 22:35:37 | 45,000,000 | |
| 18 | June 20, 2019 | 20:57:17 | 10,000,000 | |
| 19 | June 20, 2019 | 21:06:04 | 8,000,000 | |
| 20 | June 21, 2019 | 15:54:29 | 40,000,000 | |
| 21 | June 21, 2019 | 17:21:56 | 20,500,000 | |
| 22 | June 24, 2019 | 10:55:48 | 7,500,000 | |
| 23 | June 24, 2019 | 16:02:09 | 77,000,000 | |
| 24 | June 24, 2019 | 17:30:30 | 16,000,000 | |
| 25 | June 25, 2019 | 16:00:19 | 69,000,000 | |
| 26 | June 26, 2019 | 12:03:54 | 70174.47 | |
| 27 | June 26, 2019 | 19:25:19 | 13827437.90 | |
| 28 | July 10, 2019 | 16:52:14 | 7,000,000 | |
| 29 | Nov 05, 2019 | 15:00:06 | 49,000 | |
| | | | | |
| **Total** | | | **RMB 626,646,612.37** | |

# 对公账户历史交易明细表 (20190515-20200621)

Bank Branch: China Merchants Bank Beijing Gongti Branch

网点名称：北京分行工体支行　　户口号：11090265271100066　Account Number:　　户口名称：网泰无限（北京）科技有限公司　Account Name: NQ Mobile (Beijing) Co., Ltd

| 账户序号 No. | 账户类型 Account Type | 交易日期 Transaction Date | 币种 Currency | 交易金额 Amount | 联机余额 Balance | 交易套号 Transaction Number | 流水号 Serial Number | 冲补帐 | 交易类型 Transaction Type | 摘要 Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| 50021 | 活期保证金户 | 2019-05-15 10:21:02 | 人民币 | 603500000.00 | 603500000.00 | C06721T515AAACJ | C0672100018041C | | 保证金存 | |
| 50021 | 活期保证金户 | 2019-05-15 10:41:23 | 人民币 | -9000000.00 | 594500000.00 | C00611T515AAAAJ | C0061100025666C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-06 13:35:10 | 人民币 | -20000000.00 | 574500000.00 | C04414T606AAABJ | C0441400020541C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-10 19:58:29 | 人民币 | -3139106.85 | 571360893.15 | C09413T610AAAAJ | C0941300012598C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-11 14:03:38 | 人民币 | -10000000.00 | 561360893.15 | C03640T611AAAAJ | C0364000035475C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-12 09:10:30 | 人民币 | -20000000.00 | 541360893.15 | C09770T612AAAAJ | C0977000020690C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-12 16:42:30 | 人民币 | -20500000.00 | 520860893.15 | C07229T612AAAAJ | C0722900019062C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-13 09:03:41 | 人民币 | -21500000.00 | 499360893.15 | C06503T613AAAAJ | C0650300025895C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-13 16:25:56 | 人民币 | -22000000.00 | 477360893.15 | C09120T613AAACJ | C0912000018397C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-14 09:46:37 | 人民币 | -22000000.00 | 455360893.15 | C07381T614AAABJ | C0738100026671C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-14 16:51:48 | 人民币 | -23000000.00 | 432360893.15 | C00252T614AAAAJ | C0025200014377C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-14 19:46:20 | 人民币 | -23500000.00 | 408860893.15 | C03155T614AAAFJ | C0315500032606C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-17 16:59:46 | 人民币 | -24000000.00 | 384860893.15 | C04061T617AAABJ | C0406100015336C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-18 09:33:36 | 人民币 | -24500000.00 | 360360893.15 | C08561T618AAAAJ | C0856100035985C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-18 16:48:51 | 人民币 | -35700000.00 | 324660893.15 | C00125T618AAABJ | C0012500016705C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-19 22:28:58 | 人民币 | -45000000.00 | 279660893.15 | C08804T619AAAAJ | C0880400016550C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-20 20:51:54 | 人民币 | -10000000.00 | 269660893.15 | C00271T620AAADJ | C0027100025493C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-20 21:03:55 | 人民币 | -8000000.00 | 261660893.15 | C05251T620AAAIJ | C0525100023189C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-21 02:27:08 | 人民币 | 166544.75 | 261827437.90 | G16932T621ABIIJ | G1693200080799C | | 账户结息 | 活期保证金户结息166544.75扣税:.00 |

Chop of over the counter business,
China Merchants Bank Beijing Gongti Branch

# 对公账户历史交易明细表(20190515-20200621)

网点名称：北京分行工体支行　　　　　　　　户口号：11090265271100066　　　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50021 | 活期保证金户 | 2019-06-21 15:50:36 | 人民币 | -40000000.00 | 221827437.90 | C08902T621AAAEJ | C0890200020162C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-21 17:20:48 | 人民币 | -20500000.00 | 201327437.90 | C04596T621AAACJ | C0459600016187C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-24 10:49:20 | 人民币 | -7500000.00 | 193827437.90 | C08183T624AAAAJ | C0818300019677C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-24 15:55:50 | 人民币 | -77000000.00 | 116827437.90 | C03663T624AAAPJ | C0366300022190C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-24 17:28:16 | 人民币 | -16000000.00 | 100827437.90 | C06059T624AAATJ | C0605900018923C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-25 15:51:13 | 人民币 | -72000000.00 | 28827437.90 | C05086T625AAABJ | C0508600022960C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-06-26 19:12:02 | 人民币 | -13827437.90 | 15000000.00 | C03523T626AAAAJ | C0352300015190C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-07-10 16:48:38 | 人民币 | -7000000.00 | 8000000.00 | C00418T710AAAFJ | C0041800024130C | | 保证金取 | |
| 50021 | 活期保证金户 | 2019-09-21 02:22:35 | 人民币 | 12730.31 | 8012730.31 | G42942T921ABIZJ | G4294200010214C | | 账户结息 | 活期保证金户结息12730.31扣税:.00 |
| 50021 | 活期保证金户 | 2019-12-21 02:37:43 | 人民币 | 6076.32 | 8018806.63 | G18041TC21ABJ1J | G1804100004010C | | 账户结息 | 活期保证金户结息6076.32扣税:.00 |
| 50021 | 活期保证金户 | 2020-03-21 02:11:27 | 人民币 | 6080.93 | 8024887.56 | G09679U321ABJ9J | G0967900007537C | | 账户结息 | 活期保证金户结息6080.93扣税:.00 |
| 50021 | 活期保证金户 | 2020-06-21 02:08:24 | 人民币 | 6152.41 | 8031039.97 | G68933U621ABLBJ | G6893300006177C | | 账户结息 | 活期保证金户结息6152.41扣税:.00 |



# 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　户口号：110902652710203　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2018-05-22 10:08:44 | 人民币 | 28084000.00 | 28084000.00 | G21061S522AECZJ | G2106100011167C | | 汇入汇款 | 内部转账 |
| 50015 | 活期结算户 | 2018-05-22 14:01:44 | 人民币 | 575416000.00 | 603500000.00 | G67150S522A3I7J | G6715000215355C | | 汇入汇款 | 返还保证金 |
| 50015 | 活期结算户 | 2018-05-22 16:38:00 | 人民币 | -603500000.00 | 0.00 | K05917S522AABBJ | K0591700025491C | | 结构性开户 | |
| 50015 | 活期结算户 | 2018-05-29 10:38:34 | 人民币 | 1422000.00 | 1422000.00 | G73299S529AF2EJ | G7329900015092C | | 汇入汇款 | 内部转账 |
| 50015 | 活期结算户 | 2018-05-29 19:04:22 | 人民币 | -1420952.36 | 1047.64 | 011086S529AAACJ | 0110860006800C | | 国际结算费 | 全电开证或保函通讯费（国外） |
| 50015 | 活期结算户 | 2018-06-21 02:11:44 | 人民币 | 0.20 | 1047.84 | G52801S621ABBUJ | G5280100006370C | | 账户结息 | 活期结算户结息.20扣税:.00 |
| 50015 | 活期结算户 | 2018-06-27 11:55:49 | 人民币 | 5000000.00 | 5001047.84 | G89407S627AMDXJ | G8940700033489C | | 汇入汇款 | 内部转款 |
| 50015 | 活期结算户 | 2018-06-27 16:29:28 | 人民币 | -5000000.00 | 1047.84 | C07555S627AABDJ | C0755500021061C | | 保证金存 | |
| 50015 | 活期结算户 | 2018-07-04 19:22:52 | 人民币 | -250.00 | 797.84 | 010283S704AAACJ | 01028300006879C | | 国际结算费 | 业务处理通讯费（国外修改） |
| 50015 | 活期结算户 | 2018-08-15 18:47:25 | 人民币 | 900000.00 | 900797.84 | G30387S815BU40J | G3038700157958C | | 汇入汇款 | 内部转款 |
| 50015 | 活期结算户 | 2018-08-15 18:48:26 | 人民币 | 100000.00 | 1000797.84 | G30387S815BU5KJ | G3038700157998C | | 汇入汇款 | 内部转款 |
| 50015 | 活期结算户 | 2018-08-16 15:19:38 | 人民币 | -1000000.00 | 797.84 | C05062S816AAA3J | C0506200028460C | | 保证金存 | |
| 50015 | 活期结算户 | 2018-08-29 15:43:21 | 人民币 | 1467892.06 | 1468689.90 | G10193S829A0XOJ | G1019300069232C | | 汇入汇款 | 保函费 |
| 50015 | 活期结算户 | 2018-08-29 17:44:12 | 人民币 | -1467892.06 | 797.84 | 011086S829AAABJ | 01108600007135C | | 国际结算费 | 借款 透支保函（全额保证金） |
| 50015 | 活期结算户 | 2018-09-21 02:42:24 | 人民币 | 8.97 | 806.81 | G60149S921ABBIJ | G6014900002830C | | 账户结息 | 活期结算户结息8.97扣税:.00 |
| 50015 | 活期结算户 | 2018-09-21 02:42:37 | 人民币 | 3583.33 | 4390.14 | G60149S921ABFOJ | G6014900003131C | | 账户结息 | 11090265271100021活期保证金户结息 |
| 50015 | 活期结算户 | 2018-09-21 02:42:38 | 人民币 | 300.00 | 4690.14 | G60149S921ABFPJ | G6014900003133C | | 账户结息 | 11090265271100035活期保证金户结息 |
| 50015 | 活期结算户 | 2018-12-21 02:00:56 | 人民币 | 3.56 | 4693.70 | G83868SC21ABA0J | G8386800053871C | | 账户结息 | 活期结算户结息3.56扣税:.00 |
| 50015 | 活期结算户 | 2018-12-21 02:01:17 | 人民币 | 3791.67 | 8485.37 | G83868SC21ABG1J | G8386800054306C | | 账户结息 | 11090265271100021活期保证金户结息 |

# 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　户口号：110902652710203　　　　　户口名称：网泰无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2018-12-21 02:01:17 | 人民币 | 758.33 | 9243.70 | G83668SC21ABG2J | G8386800054308C | | 账户结息 | | 11090265271100035活期保证金户结息 |
| 50015 | 活期结算户 | 2019-03-04 09:21:39 | 人民币 | -50.00 | 9193.70 | 014087T304AAAAJ | 0140870023084C | | 转账收费 | | 单位账户管理费-协助印鉴变更手续费 |
| 50015 | 活期结算户 | 2019-03-21 01:55:55 | 人民币 | 6.93 | 9200.63 | G35315T321ABAEJ | G3531500004621C | | 账户结息 | | 活期结算户结息6.93扣税:.00 |
| 50015 | 活期结算户 | 2019-03-21 01:56:17 | 人民币 | 3750.00 | 12950.63 | G35315T321ABH0J | G3531500005170C | | 账户结息 | | 11090265271100021活期保证金户结息 |
| 50015 | 活期结算户 | 2019-03-21 01:56:17 | 人民币 | 750.00 | 13700.63 | G35315T321ABH1J | G3531500005172C | | 账户结息 | | 11090265271100035活期保证金户结息 |
| 50015 | 活期结算户 | 2019-04-04 16:51:15 | 人民币 | -1.00 | 13699.63 | 014087T404AAABJ | 0140870023213C | | 凭证收费 | | 其他凭证工本费-结算业务委托书工本费 |
| 50015 | 活期结算户 | 2019-04-04 19:04:06 | 人民币 | -35.00 | 13664.63 | 011363T404AAABJ | 0113630052384C | | 业务收费 | | 网上企业银行-数字证书费 |
| 50015 | 活期结算户 | 2019-04-04 19:41:42 | 人民币 | -10.00 | 13654.63 | G78682T404BUJUJ | G7868200151482C | | 对公转账出 | 转款 | |
| 50015 | 活期结算户 | 2019-05-05 16:55:46 | 人民币 | -12600.00 | 1054.63 | G05387T505A1L6J | G0538700272254C | | 对公转账出 | 房租 | |
| 50015 | 活期结算户 | 2019-05-15 10:41:23 | 人民币 | 9000000.00 | 9001054.63 | C00611T515AAAAJ | C0061100025667C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-05-15 10:53:46 | 人民币 | -9000000.00 | 1054.63 | G84702T515AH4QJ | G8470200067472C | | 对公转账出 | 转款 | |
| 50015 | 活期结算户 | 2019-05-17 17:04:09 | 人民币 | 3000000.00 | 3001054.63 | G61034T517BDBTJ | G6103400105174C | | 汇入汇款 | 转款 | |
| 50015 | 活期结算户 | 2019-05-17 17:11:16 | 人民币 | -3000000.00 | 1054.63 | C09413T517AAAJJ | C0941300012596C | | 保证金存 | | |
| 50015 | 活期结算户 | 2019-06-04 04:26:55 | 人民币 | -0.93 | 1053.70 | G59753T604ADGHJ | G5975300015933C | | 网银费用 | | 网银支付手续费 |
| 50015 | 活期结算户 | 2019-06-05 13:38:12 | 人民币 | 8000000.00 | 8001053.70 | C02017T605AAAAJ | C0201700026325C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-05 13:47:44 | 人民币 | -8000000.00 | 1053.70 | G42619T605AP0HJ | G4261900293850C | | 对公转账出 | 往来款 | |
| 50015 | 活期结算户 | 2019-06-06 10:23:00 | 人民币 | -2.50 | 1051.20 | 013949T606AAAAJ | 0139490020491C | | 凭证收费 | | 其他凭证工本费-结算业务委托书工本费 |
| 50015 | 活期结算户 | 2019-06-06 13:35:10 | 人民币 | 20000000.00 | 20001051.20 | C04414T606AAABJ | C0441400020542C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-06 13:59:51 | 人民币 | -20000000.00 | 1051.20 | C01678T606AAI0J | C0167800009207C | | 对公转账出 | 往来款 | |

Current Settlement account　Renminbi

Amount stolen and transferred by Shi Wenyong 1

Transfer to another company account

Amount stolen and transferred by Shi Wenyong 2

Amount stolen and transferred by Shi Wenyong 3

# 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　户口号：110902652710203　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2019-06-10 12:26:40 | 人民币 | 139106.85 | 140158.05 | C01180T610AAACJ | C0118000011000C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-10 13:39:53 | 人民币 | 16860893.15 | 17001051.20 | C08650T610AAAAJ | C086500010880C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-10 13:39:55 | 人民币 | 3000000.00 | 20001051.20 | C08758T610AAAAJ | C0875800029058C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-10 13:45:12 | 人民币 | -20000000.00 | 1051.20 | C09784T610AAE2J | C0978400024529C | | 对公转账出 | 往来款 | 4 |
| 50015 | 活期结算户 | 2019-06-10 19:57:33 | 人民币 | 860893.15 | 861944.35 | C02136T610AAAAJ | C021360024467C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-10 19:58:29 | 人民币 | 5000000.00 | 5861944.35 | C01396T610AAAAJ | C0139600020005C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-10 19:58:29 | 人民币 | 3139106.85 | 9001051.20 | C09413T610AAAAJ | C0941300012599C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-10 20:08:08 | 人民币 | -9000000.00 | 1051.20 | C07590T610AAPZJ | C0759000026638C | | 对公转账出 | 往来款 | 5 |
| 50015 | 活期结算户 | 2019-06-11 14:03:38 | 人民币 | 10000000.00 | 10001051.20 | C03640T611AAAAJ | C0364000035476C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-11 14:06:02 | 人民币 | -10000000.00 | 1051.20 | C03532T611AAFUJ | C0353200019706C | | 对公转账出 | 往来款 | 6 |
| 50015 | 活期结算户 | 2019-06-12 09:10:30 | 人民币 | 20000000.00 | 20001051.20 | C09770T612AAAAJ | C0977000020691C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-12 09:15:55 | 人民币 | -20000000.00 | 1051.20 | C08209T612AAA2J | C0820900014528C | | 对公转账出 | 往来款 | 7 |
| 50015 | 活期结算户 | 2019-06-12 16:42:30 | 人民币 | 20500000.00 | 20501051.20 | C07229T612AAAAJ | C0722900019063C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-12 16:43:19 | 人民币 | -20500000.00 | 1051.20 | C04012T612AAFBJ | C0401200027319C | | 对公转账出 | 往来款 | 8 |
| 50015 | 活期结算户 | 2019-06-13 09:03:41 | 人民币 | 21500000.00 | 21501051.20 | C06503T613AAAAJ | C0650300025896C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-13 09:05:03 | 人民币 | -21500000.00 | 1051.20 | C08824T613AABEJ | C0882400019104C | | 对公转账出 | 往来款 | 9 |
| 50015 | 活期结算户 | 2019-06-13 16:25:56 | 人民币 | 22000000.00 | 22001051.20 | C09120T613AAACJ | C0912000018398C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-06-13 16:35:13 | 人民币 | -22000000.00 | 1051.20 | G36865T613A4IUJ | G3686500149479C | | 对公转账出 | 转款 | 10 |
| 50015 | 活期结算户 | 2019-06-14 09:46:37 | 人民币 | 22000000.00 | 22001051.20 | C07381T614AAABJ | C0738100026672C | | 保证金取 | | |

Annotations (in red):
- 4 — Amount stolen and transferred by Shi Wenyong
- 5 — Amount stolen and transferred by Shi Wenyong
- 6 — Amount stolen and transferred by Shi Wenyong
- 7 — Amount stolen and transferred by Shi Wenyong
- 8 — Amount stolen and transferred by Shi Wenyong
- 9 — Amount stolen and transferred by Shi Wenyong
- 10 — Amount stolen and transferred by Shi Wenyong

# 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　　户口号：110902652710203　　　　　　户口名称：网泰无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2019-06-14 09:48:45 | 人民币 | -22000000.00 | 1051.20 | C03023T614AADGJ | C0302300019996C | | 对公转账出 | 往来款 | 11 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-14 16:51:48 | 人民币 | 23000000.00 | 23001051.20 | C00252T614AAAAJ | C0025200014378C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-14 16:53:55 | 人民币 | -23000000.00 | 1051.20 | C05605T614AAM9J | C0560500015871C | | 对公转账出 | 往来款 | 12 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-14 19:46:20 | 人民币 | 23500000.00 | 23501051.20 | C03155T614AAAFJ | C0315500032607C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-14 19:50:14 | 人民币 | -23500000.00 | 1051.20 | C02622T614AAGXJ | C0262200009001C | | 对公转账出 | 往来款 | 13 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-17 19:46:59 | 人民币 | 24000000.00 | 24001051.20 | C04061T617AAABJ | C0406100015337C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-17 17:01:16 | 人民币 | -24000000.00 | 1051.20 | C01216T617AA53J | C0121600032647C | | 对公转账出 | 往来款 | 14 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-18 09:33:36 | 人民币 | 24500000.00 | 24501051.20 | C08561T618AAAAJ | C0856100035986C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-18 09:35:27 | 人民币 | -24500000.00 | 1051.20 | C00111T618AACPJ | C0011100024554C | | 对公转账出 | 往来款 | 15 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-18 16:48:51 | 人民币 | 35700000.00 | 35701051.20 | C00125T618AAABJ | C0012500016706C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-18 16:51:53 | 人民币 | -35700000.00 | 1051.20 | C08075T618AA55J | C0807500011209C | | 对公转账出 | 往来款 | 16 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-19 22:28:58 | 人民币 | 45000000.00 | 45001051.20 | C08804T619AAAAJ | C0880400016551C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-19 22:35:37 | 人民币 | -45000000.00 | 1051.20 | C01542T619AACJJ | C0154200030587C | | 对公转账出 | 往来款 | 17 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-20 20:51:54 | 人民币 | 10000000.00 | 10001051.20 | C00271T620AAADJ | C0027100025494C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-20 20:57:17 | 人民币 | -10000000.00 | 1051.20 | C05408T620AAAEJ | C0540800014400C | | 对公转账出 | 往来款 | 18 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-20 21:03:55 | 人民币 | 8000000.00 | 8001051.20 | C05251T620AAAIJ | C0525100023190C | | 保证金取 | | | |
| 50015 | 活期结算户 | 2019-06-20 21:06:04 | 人民币 | -8000000.00 | 1051.20 | C04844T620AAABJ | C0484400019267C | | 对公转账出 | 往来款 | 19 | Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-06-21 02:26:46 | 人民币 | 5.54 | 1056.74 | G16932T621AA85J | G1693200080124C | | 账户结息 | 活期结算户结息5.54扣税:00 | | |
| 50015 | 活期结算户 | 2019-06-21 02:27:08 | 人民币 | 3375.00 | 4431.74 | G16932T621ABIEJ | G1693200080791C | | 账户结息 | 11090265271100021活期保证金户结息 | | |

## 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　　　户口号：110902652710203　　　　　　　户口名称：网泰无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2019-06-21 02:27:08 | 人民币 | 675.00 | 5106.74 | G16932T621ABIFJ | G1693200080793C | | 账户结息 | 11090265271100035活期保证金户结息 |
| 50015 | 活期结算户 | 2019-06-21 02:27:08 | 人民币 | 5053.19 | 10159.93 | G16932T621ABIHJ | G1693200080797C | | 账户结息 | 11090265271100052活期保证金户结息 |
| 50015 | 活期结算户 | 2019-06-21 15:50:36 | 人民币 | 40000000.00 | 40010159.93 | C08902T621AAAEJ | C0890200020163C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-21 15:54:29 | 人民币 | -40000000.00 | 10159.93 | C00513T621AACAJ | C0051300031232C | | 对公转账出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-21 17:20:48 | 人民币 | 20500000.00 | 20510159.93 | C04596T621AAACJ | C0459600016188C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-21 17:21:56 | 人民币 | -20500000.00 | 10159.93 | C02442T621AAKTJ | C0244200026730C | | 对公转账出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-24 09:35:35 | 人民币 | -2.50 | 10157.43 | 013949T624AAAAJ | 0139490020675C | | 凭证收费 | 其他凭证工本费-结算业务委托书工本费 |
| 50015 | 活期结算户 | 2019-06-24 10:49:20 | 人民币 | 7500000.00 | 7510157.43 | C08183T624AAAAJ | C0818300019678C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-24 10:55:48 | 人民币 | -7500000.00 | 10157.43 | C01104T624AAFLJ | C0110400025372C | | 对公转账出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-24 15:55:50 | 人民币 | 77000000.00 | 77010157.43 | C03663T624AAAPJ | C0366300022191C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-24 16:02:09 | 人民币 | -77000000.00 | 10157.43 | C03680T624AAV9J | C0368000034990C | | 对公转账出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-24 17:28:16 | 人民币 | 16000000.00 | 16010157.43 | C06059T624AAATJ | C0605900018924C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-24 17:30:30 | 人民币 | -16000000.00 | 10157.43 | C03410T624ABEEJ | C0341000034015C | | 对公转账出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-25 15:51:13 | 人民币 | 72000000.00 | 72010157.43 | C05086T625AAABJ | C0508600022961C | | 保证金取 | |
| 50015 | 活期结算户 | 2019-06-25 16:00:19 | 人民币 | -69000000.00 | 3010157.43 | C03268T625AAW6J | C0326800020321C | | 对公转账出 | 往来款 |
| 50015 | 活期结算户 | 2019-06-26 08:54:30 | 人民币 | -1493300.41 | 1516857.02 | 011086T626AAAAJ | 0110860008178C | | 国际结算费 | 借款 透支保函（非全额保证金） |
| 50015 | 活期结算户 | 2019-06-26 08:58:22 | 人民币 | -1446682.55 | 70174.47 | 011086T626AAABJ | 0110860008182C | | 国际结算费 | 借款 透支保函（非全额保证金） |
| 50015 | 活期结算户 | 2019-06-26 12:03:54 | 人民币 | -70174.47 | 0.00 | G48357T626AN8HJ | G4835700168059C | | 对公转账出 | 转款 |
| 50015 | 活期结算户 | 2019-06-26 19:12:02 | 人民币 | 13827437.90 | 13827437.90 | C03523T626AAAAJ | C0352300015191C | | 保证金取 | |

20 Amount stolen and transferred by Shi Wenyong

21 Amount stolen and transferred by Shi Wenyong

22 Amount stolen and transferred by Shi Wenyong

23 Amount stolen and transferred by Shi Wenyong

24 Amount stolen and transferred by Shi Wenyong

25 Amount stolen and transferred by Shi Wenyong

26 Amount stolen and transferred by Shi Wenyong

## 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　　　户口号：110902652710203　　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2019-06-26 19:25:19 | 人民币 | -13827437.90 | 0.00 | C01053T626AA7IJ | C0105300018011C | | 对公转账出 | 往来款 | 27 Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-07-04 19:13:39 | 人民币 | 500000.00 | 500000.00 | G13436T704BH8FJ | G1343600115606C | | 汇入汇款 | 转款 | |
| 50015 | 活期结算户 | 2019-07-04 19:18:29 | 人民币 | -500000.00 | 0.00 | G13436T704BIE6J | G1343600116091C | | 对公转账出 | 转款 | |
| 50015 | 活期结算户 | 2019-07-10 16:48:38 | 人民币 | 7000000.00 | 7000000.00 | C00418T710AAAFJ | C0041800024131C | | 保证金取 | | |
| 50015 | 活期结算户 | 2019-07-10 16:52:14 | 人民币 | -7000000.00 | 0.00 | C00701T710AANDJ | C0070100022606C | | 对公转账出 | 往来款 | 28 Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-07-23 11:30:42 | 人民币 | 300.00 | 300.00 | G41339T723AJ2PJ | G4133900041397C | | 汇入汇款 | 转款 | |
| 50015 | 活期结算户 | 2019-07-23 11:34:01 | 人民币 | -230.00 | 70.00 | G41339T723AJ8HJ | G4133900041812C | | 对公转账出 | 办公费 | |
| 50015 | 活期结算户 | 2019-08-04 04:04:50 | 人民币 | -0.93 | 69.07 | G94424T804B56ZJ | G9442400303872C | | 网银费用 | 网银支付手续费 | |
| 50015 | 活期结算户 | 2019-08-15 11:28:04 | 人民币 | 19600.00 | 19669.07 | G54059T815AL8AJ | G5405900234116C | | 汇入汇款 | 转款 | |
| 50015 | 活期结算户 | 2019-08-15 11:29:32 | 人民币 | -19600.00 | 69.07 | G54059T815AMDNJ | G5405900234501C | | 对公转账出 | 房租及押金 | |
| 50015 | 活期结算户 | 2019-09-02 13:36:42 | 人民币 | 200.00 | 269.07 | G36053T902AMR4J | G3605300040292C | | 汇入汇款 | 转款 | |
| 50015 | 活期结算户 | 2019-09-04 04:25:26 | 人民币 | -9.31 | 259.76 | G21369T904BQ3BJ | G2136900583376C | | 网银费用 | 网银汇款手续费 | |
| 50015 | 活期结算户 | 2019-09-20 16:44:02 | 人民币 | -85.00 | 174.76 | G98792T920BEG5J | G9879200105459C | | 对公转账出 | 报销 | |
| 50015 | 活期结算户 | 2019-09-21 02:22:05 | 人民币 | 25.49 | 200.25 | G42942T921AA77J | G4294200009437C | | 账户结息 | 活期结算户结息25.49扣税:.00 | |
| 50015 | 活期结算户 | 2019-11-04 14:43:49 | 人民币 | 29250.00 | 29450.25 | G14156TB04BJP9J | G1415600207638C | | 汇入汇款 | 转款 | |
| 50015 | 活期结算户 | 2019-11-04 14:43:49 | 人民币 | 20000.00 | 49450.25 | G14155TB04BJSEJ | G1415500287752C | | 汇入汇款 | | |
| 50015 | 活期结算户 | 2019-11-05 15:00:06 | 人民币 | -49000.00 | 450.25 | G70929TB05AV74J | G7092900075938C | | 对公转账出 | 转款 | 29 Amount stolen and transferred by Shi Wenyong |
| 50015 | 活期结算户 | 2019-12-21 02:36:58 | 人民币 | 0.66 | 450.91 | G18041TC21AA7MJ | G1804100003116C | | 账户结息 | 活期结算户结息.66扣税:.00 | |
| 50015 | 活期结算户 | 2020-03-21 02:10:56 | 人民币 | 0.34 | 451.25 | G09679U321AA62J | G0967900006587C | | 账户结息 | 活期结算户结息.34扣税:.00 | |

# 对公账户历史交易明细表(20180509-20200621)

网点名称：北京分行工体支行　　　　　　户口号：110902652710203　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50015 | 活期结算户 | 2020-06-21 02:07:45 | 人民币 | 0.35 | 451.60 | G68933U621AA6BJ | G6893300005097C | | 账户结息 | 活期结算户结息.35扣税:.00 |



# 对公账户历史交易明细表(20180627-20200621)

网点名称：北京分行工体支行　　　　　　　户口号：11090265271100021　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50017 | 活期保证金户 | 2018-06-27 16:29:28 | 人民币 | 5000000.00 | 5000000.00 | C07555S627AABDJ | C0755500021062C | | 保证金存 | |
| 50017 | 活期保证金户 | 2019-06-10 19:58:29 | 人民币 | -5000000.00 | 0.00 | C01396T610AAAAJ | C0139600020004C | | 保证金取 | |



# 对公账户历史交易明细表(20180816-20200621)

网点名称：北京分行工体支行 　　　　　　　户口号：11090265271100035 　　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50018 | 活期保证金户 | 2018-08-16 15:19:38 | 人民币 | 1000000.00 | 1000000.00 | C05062S816AAA3J | C0506200028461C | | 保证金存 | |
| 50018 | 活期保证金户 | 2019-06-10 12:26:40 | 人民币 | -139106.85 | 860893.15 | C01180T610AAACJ | C0118000010999C | | 保证金取 | |
| 50018 | 活期保证金户 | 2019-06-10 19:57:33 | 人民币 | -860893.15 | 0.00 | C02136T610AAAAJ | C0213600024466C | | 保证金取 | |



# 对公账户历史交易明细表(20180512-20200621)

网点名称：北京分行工体支行　　　　　　户口号：11090265278100078　　　　　　户口名称：网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50016 | 整存整取户 | 2018-05-22 16:38:00 | 人民币 | 603500000.00 | 603500000.00 | K05917S522AABBJ | K0591700025492C | | 结构性开户 | |
| 50016 | 整存整取户 | 2019-05-15 10:06:29 | 人民币 | -603500000.00 | 0.00 | C06921T515AAABJ | C0692100015617C | | 结构性关户 | |



# 对公账户历史交易明细表(20190514-20200621)

网点名称: 北京分行工体支行　　　　户口号: 11090265271100052　　　　户口名称: 网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50020 | 活期保证金户 | 2019-05-15 11:25:26 | 人民币 | 24860893.15 | 24860893.15 | K69664T515AADQJ | K6966400046344C | | 存款利息 | 2019051530220066 |
| 50020 | 活期保证金户 | 2019-06-05 13:38:12 | 人民币 | -8000000.00 | 16860893.15 | C02017T605AAAAJ | C0201700026324C | | 保证金取 | |
| 50020 | 活期保证金户 | 2019-06-10 13:39:53 | 人民币 | -16860893.15 | 0.00 | C08650T610AAAAJ | C0865000010879C | | 保证金取 | |



# 对公账户历史交易明细表(20190517-20200621)

网点名称: 北京分行工体支行 　　　　　户口号: 11090265271100083 　　　　　户口名称: 网秦无限（北京）科技有限公司

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 交易套号 | 流水号 | 冲补帐 | 交易类型 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50022 | 活期保证金户 | 2019-05-17 17:11:16 | 人民币 | 3000000.00 | 3000000.00 | C09413T517AAAJJ | C0941300012597C | | 保证金存 | |
| 50022 | 活期保证金户 | 2019-06-10 13:39:55 | 人民币 | -3000000.00 | 0.00 | C08758T610AAAAJ | C0875800029057C | | 保证金取 | |
| 50022 | 活期保证金户 | 2019-06-21 02:27:08 | 人民币 | 600.00 | 600.00 | G16932T621ABIJJ | G1693200080801C | | 账户结息 | 活期保证金户结息600.00扣税:.00 |
| 50022 | 活期保证金户 | 2019-09-21 02:22:35 | 人民币 | 0.46 | 600.46 | G42942T921ABI0J | G4294200010216C | | 账户结息 | 活期保证金户结息.46扣税:.00 |
| 50022 | 活期保证金户 | 2019-12-21 02:37:43 | 人民币 | 0.46 | 600.92 | G18041TC21ABJ2J | G1804100004012C | | 账户结息 | 活期保证金户结息.46扣税:.00 |
| 50022 | 活期保证金户 | 2020-03-21 02:11:27 | 人民币 | 0.46 | 601.38 | G09679U321ABKAJ | G0967900007539C | | 账户结息 | 活期保证金户结息.46扣税:.00 |
| 50022 | 活期保证金户 | 2020-06-21 02:08:25 | 人民币 | 0.46 | 601.84 | G68933U621ABLCJ | G6893300006179C | | 账户结息 | 活期保证金户结息.46扣税:.00 |



Sample Translation of the bank issued payment receipt
indicating WFOE's fund was transferred to Beijing NetQin
Mobile Technology Limited

---

PLKJ4129

**PAYMENT RECEIPT**

**CHINA MERCHANTS BANK**

Date: 6th June 2019
Payment account No.:110902652710203                    Serial number: 1910013236460
Account name: **NQ Mobile (Beijing) Technology Limited**
Opening bank: **China Merchant Bank Beijing Branch Gongti Sub-branch**
Amount (in words): **CHINA YUAN Twenty Million**
Amount (in number): CNY20,000,000.00
Beneficiary's account name: **Beijing NetQin Mobile Technology Limited**
Beneficiary Account No.:  110913207210503
Beneficiary's opening bank: China Merchant Bank Beijing Branch Chaowaidajie Sub-branch
Type of voucher: letter of authorization for settlement          Voucher No.: 0037960398
Summary: Current accounts                                                    Activity No.: 1986006951413

Operated by: 014087

Receipt No.: 2030017718054                                                  20200624
The 2nd copy for Customer's acknowledgement              CHINA MERCHANTS BANK COMPANY LIMITED

---




付款回单

日期：2019年05月15日          业务类型：对公转账出                     流水号：G8470200067472C
付款账号：110902652710203
户名：网察无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币玖佰万元整
    （小写）：CNY9,000,000.00
收款人户名：北京网察移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行(本郡)
摘要：转款

经办：00101219          补制回单，避免重复                              20200624

PLKJ4129

付 款 回 单

招商银行
CHINA MERCHANTS BANK

日期：2019年06月05日　　　　业务类型：网上企业银行支付　　　　流水号：G42619T6D5APCHJ

付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币捌佰万元整
　　　（小写）： CNY8,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行： 招商银行
凭证种类：　　　　　　　　　　　　凭证号码：　　　　　　　　　　　　业务编号：　20190605134227
摘要 :往来款

经办：G42619　　　　　　　回单编号：2030017712088　　　　　　　　　　　　　　　　20200524

第一联：银行留存
The 1st copy for Bank's file

F02　招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单


招商银行
CHINA MERCHANTS BANK

日期：2019年06月06日

付款账号：110902652710203

户名：网泰无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）：人民币贰仟万元整

　　（小写）：CNY20,000,000.00

收款人户名：北京网泰移动科技有限公司

收款人账号：110913207210503

收款人开户行：招商银行北京分行朝外大街支行

凭证种类：结算业务委托书　　　　凭证号码：0037960398

摘要：往来款

流水号：1910013236460

业务编号：19S6006951413

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement


微信账务变动通知
扫描二维码
关注微信银行

回单编号：20200017171891

手机转账 0 费用
扫描二维码
下载手机银行

20200624

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单

 招商银行
CHINA MERCHANTS BANK

日期：2019年06月10日

流水号：1970013030136

付款账号：110902652710203

户名：网秦无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）：人民币贰仟万元整

（小写）：CNY20,000,000.00

收款人户名：北京网秦移动科技有限公司

收款人账号：110913207210503

收款人开户行：招商银行北京分行朝外大街支行

凭证种类：结算业务委托书          凭证号码：0037960435

摘要：往来款

业务编号：1957007020197

经办：014097          回单编号：2030017728983

20200624

第一联：银行留存
The 1st copy for Bank's file

 招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.
F02

PLKJ4129

付 款 回 单

招商银行
CHINA MERCHANTS BANK

日期：2019年06月10日
付款账号：110902652710203
流水号：1950013250894
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京工体支行
金额（大写）： 人民币玖佰万元整
　　　（小写）： CNY9,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行： 招商银行北京朝外大街支行
凭证种类：结算业务委托书
凭证号码：0037960436
业务编号： 19S6007077328

摘要：往来款

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement



微信账号变动通知0费用
扫描二维码
关注微信银行



手机转账0费用
扫描二维码
下载手机银行

202005

招商银行股份有限公
CHINA MERCHANTS BANK CO.

PLKJ4129

付 款 回 单

**招商银行**
CHINA MERCHANTS BANK

日期：2019年06月11日
付款账号：110902652710203
户名：网泰无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币壹仟万元整
　　　（小写）： CNY10,000,000.00
收款人户名：北京网泰移动科技有限公司
收款人账号：110913207210503
收款人开户行： 招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　凭证号码：0037960438
摘要：往来款

流水号：1970013159279

业务编号： 19S8006997526

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement

微信账务变动通知**0**费用
扫描二维码
关注微信银行

回单编号：20200171201

手机转账**0**费用
扫描二维码
下载手机银行

20200624

F02　招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.



PLKJ4129

招商银行
CHINA MERCHANTS BANK

付 款 回 单

日期：2019年06月12日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币贰仟万元整
　　（小写）： CNY20,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行： 招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　　凭证号码：0037960437

流水号：1990013704836

业务编号： 19S0000716445

摘要：往来款

经办：014087
第二联：客户回单
The 2nd copy for Customer's acknowledgement

微信账务变动通知 *0*费用
扫描二维码
关注微信银行

凭单编号：20900177450

手机转账 *0*费用
扫描二维码
下载手机银行

F02
招商银行股份有限
CHINA MERCHANTS BANK C

20200

PLKJ4129

付 款 回 单

招商银行
CHINA MERCHANTS BANK

日期：2019年06月12日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币贰仟零伍拾万元整
　　　（小写）： CNY20,500,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　凭证号码：0037960439
摘要：往来款

流水号：1920013609144

业务编号：　198600718392

经办：014087
第二联：客户回单
The 2nd copy for Customer's acknowledgement

微信账务助理通知 0 费用
扫描二维码
关注微信银行

手机号码：202001724006手机转账 0 费用
扫描二维码
下载手机银行


F02
招商银行股份有限
CHINA MERCHANTS BANK CO

202509

PLKJ4129

付 款 回 单



日期：2019年06月13日

流水号：1930013885255

付款账号：110902652710203

户名：网秦无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）：人民币贰仟壹佰伍拾万元整

（小写）：CNY21,500,000.00

收款人户名：北京网秦移动科技有限公司

收款人账号：110913207210503

收款人开户行：招商银行北京分行朝外大街支行

凭证种类：结算业务委托书          凭证号码：0037960440

摘要：往来款



业务编号：1994007183920

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement



微信账务变动通知 0 费用
扫描二维码
关注微信银行

手机转账 0 费用
扫描二维码
下载手机银行

20200624
招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

KJ4129

付 款 回 单

**招商银行**
CHINA MERCHANTS BANK

日期：2019年06月13日
付款账号：110902652710203
户名：网泰无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币贰仟贰佰万元整
　　（小写）： CNY22,000,000.00
收款人户名：北京网泰移动科技有限公司
收款人账号：110913207210503
收款人开户行：**招商银行**
凭证种类：
摘要：转款

业务类型：网上企业银行支付

凭证号码：

流水号：G36865T613A4IUU

业务编号：20190513163258

经办：G36865
第一联：银行留存
The 1st copy for Bank's file

回单编号：2030017753919

20200524

**招商银行股份有限公司**
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

 招商银行
CHINA MERCHANTS BANK

**付 款 回 单**

日期：2019年05月14日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币贰仟贰佰万元整
　　（小写）： CNY22,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行： 招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　凭证号码：0037960442

摘要：往来款

流水号：1930014007111

业务编号：1994007247989

经办：014087

 微信账务变动通知 0 费用
扫描二维码
关注微信银行

手机转账 0 费用
扫描二维码
下载手机银行

回单编号：2020017755622

20200524

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129



**招商银行**
CHINA MERCHANTS BANK

**付 款 回 单**

流水号：1900014276519

日 期：2019年06月14日
付款账号：110902652710203
户 名：网泰无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金 额（大写）： 人民币贰仟叁佰万元整
　　（小写）： CNY23,000,000.00
收款人户名：北京网泰移动科技有限公司
收款人账号：110913207210503
收款人开户行： 招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　　凭证号码：0037960441　　　　　业务编号： 19S1007296346
摘要：往来款

经办：014087
第二联：客户回单
The 2nd copy for Customer's acknowledgement

 微信账务变动通知 **0** 费用
扫描二维码
关注微信银行

回单编号：9900017661610

手机转账 **0** 费用
扫描二维码
下载手机银行

20200624

F02　招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

**付 款 回 单**



招商银行
CHINA MERCHANTS BANK

流水号：1950013711222

日期：2019年06月14日
付款账号：110902652710203
户名：罔秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币贰仟叁佰伍拾万元整
　　（小写）： CNY23,500,000.00
收款人户名：北京罔秦移动科技有限公司
收款人账号：110913207210503
收款人开户行： 招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　　凭证编码：0037960445
摘要：往来款

业务编号： 19S6007324435

经办：014087
第二联：客户回单
The 2nd copy for Customer's acknowledgement



微信账单变动通知0费用
扫描二维码
关注微信银行

回单编号：20200177639027

手机转账0费用
扫描二维码
下载手机银行

20200624

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129



招商银行
CHINA MERCHANTS BANK

付 款 回 单

日期：2019年06月17日
付款账号：110902652710203
户名：网泰无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币贰仟肆佰万元整
　　（小写）： CNY24,000,000.00
收款人户名：北京网泰移动科技有限公司
收款人账号：110913207210503
收款人开户行： 招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　凭证号码：0037960446
摘要：往来款

流水号：1930014274099

业务编号： 19S4007385263

经办：014087
第二联：客户回单
The 2nd copy for Customer's acknowledgement


微信账务变动通知 0 费用
扫描二维码
关注微信银行

手机转账 0 费用
扫描二维码
下载手机银行

回单编号：20200017775700

20200624

F02
招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129


招商银行
CHINA MERCHANTS BANK

付款回单

流水号：1990014233673

日期：2019年06月18日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币贰仟肆佰伍拾万元整
　　（小写）：CNY24,500,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　凭证号码：0037960448
摘要：往来款

业务编号：1990007438855

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement

回单编号：2020017777508

微信账务变动通知 **0**费用
扫描二维码
关注微信银行

手机转账 **0**费用
扫描二维码
下载手机银行

20200524

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129



招商银行
CHINA MERCHANTS BANK

付款回单

日期：2019年06月18日

付款账号：110902552710203

户名：网秦无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）：人民币叁仟伍佰柒拾万元整

（小写）：CNY35,700,000.00

收款人户名：北京网秦移动科技有限公司

收款人账号：110913207210503

收款人开户行：招商银行北京分行朝外大街支行

凭证种类：结算业务委托书　　　　凭证号码：0037960450

摘要：往来款

流水号：195001395377B

业务编号：198700744577Q

经办：014287

第二联：客户回单
The 2nd copy for Customer's acknowledgement

 微信服务号转账0费用
扫描二维码
关注微信银行

手机转账0费用
扫描二维码
下载手机银行



付 款 回 单


招商银行
CHINA MERCHANTS BANK

日期：2019年05月19日

付款账号：110902652710203

户名：网秦无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）：人民币肆仟伍佰万元整

（小写）：CNY45,000,000.00

收款人户名：北京网秦移动科技有限公司

收款人账号：110913207210503

收款人开户行：招商银行北京分行朝外大街支行

凭证种类：特种转账借方传票（无需验印）　凭证号码：

摘要：往来款

流水号：1900014704815

业务编号：19S0007555775

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement

微信账务变动通知 **0** 费用
扫描二维码
关注微信银行

回单编号：20300177981105

手机转账 **0** 费用
扫描二维码
下载手机银行

20200524

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单



招商银行

日期：2019年06月20日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币壹仟万元整
　（小写）：CNY10,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：特种转账借方传票（无需验印）　凭证号码：
摘要：往来款

流水号：



立务编号：

经办：014087
第二联：客户回单
The 2nd copy for Customer's acknowledgement



微信账务变动通知 **0** 费用
扫描二维码
关注微信银行



手机转账 **0** 费用
扫描二维码
下载手机银行



PLKJ4129

付 款 回 单

**招商银行**
CHINA MERCHANTS BANK

日期：2019年06月20日
付款账号：110902652710203
户 名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币捌佰万元整
　　（小写）：CNY8,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：特种转账借方传票（无需验印）·凭证号码：
摘要：往来款

流水号：1970014075747



业务编号：19S7007582748

经办：014087

第二联：客户回单
The 2nd copy for Customer's acknowledgement

微信账务变动通知 *0* 费用
扫描二维码
关注微信银行

回单编号：2030017794189

手机转账 *0* 费用
扫描二维码
下载手机银行

20200624

F02

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单

招 商 银 行
CHINA MERCHANTS BANK

日期：2019年06月21日          流水号：197001415192
付款账号：110902552710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币肆仟万元整
　　　（小写）：CNY40,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110918207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书        凭证号码：0037960455        业务编号：1998007533304
摘要：往来款

经办：014097          20200524

第二联：客户回单
The 2nd copy for Customer's acknowledgement


微信账单发送提醒
扫描二维码
关注微信银行


手机转账0费用
扫描二维码
下载手机银行

PLXJ4129

**招商银行**
CHINA MERCHANTS BANK

付 款 回 单

流水号：1900014698465

日期：2019年05月21日
付款账号：110902552710203
户名：网乐无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币贰佰零壹拾万元整
　　（小写）：CNY20,500,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110910107210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　凭证号码：0037960456
摘要：往来款

业务编号：1950007682886

记账：114087
第二联：客户回单
The 2nd copy for Customer's acknowledgement

回单编号：2020017200755


微信账户交易通知 **0** 费用
扫描二维码
关注微信银行


手机转账 **0** 费用
扫描二维码
下载手机银行

20200524
F02
招商银行股份有限公司
CHINA MERCHANTS BANK CO.,L...



PLKJ4129

付 款 回 单




招商银行
CHINA MERCHANTS BANK

日期：2019年05月24日
付款账号：11090295271G203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币柒佰伍拾万元整
　（小写）： CNY7,500,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　　凭证号码：0037960451
摘要：往来款

流水号：19200145550264



业务编号： 1954007575525

经办：011959

第二联 客户回单
The 2nd copy for Customer's acknowledgement


微信账务变动通知0费用
扫描二维码
关注微信银行

回单编号：


手机转账0费用
扫描二维码
下载手机银行



LKJ4129

**付 款 回 单**

招商银行
CHINA MERCHANTS BANK

日期：2019年06月24日

流水号：1940014638026

付款账号：110902652710203

户名：网秦无限（北京）科技有限公司

开户行：招商银行北京分行工体支行

金额（大写）：人民币柒仟柒佰万元整

（小写）：CNY77,000,000.00

收款人户名：北京网秦移动科技有限公司

收款人账号：110913207210503

收款人开户行：招商银行北京分行朝外大街支行

凭证种类：结算业务委托书          凭证号码：0037960458

摘要：往来款

业务编号：1985007706932

经办：011363          回单编号：2030017811834          20200624

款：银行留存
t copy for Bank's file

F02   招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129



招商银行
CHINA MERCHANTS BANK

付 款 回 单

日期：2019年06月24日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币壹仟陆佰万元整
（小写）： CNY16,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行： 招商银行北京分行朝外大街支行
凭证种类：结算业务委托书            凭证号码：0037960459
摘要 :往来款

流水号：1990014838684

业务编号： 1990007703907

经办 : 011363
第二联：客户回单
The 2nd copy for Customer's acknowledgement



微信账单单编号：20200172A3305  费用
扫描二维码
关注微信银行



手机转账 0 费用
扫描二维码
下载手机银行

20200624



招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD

PLKJ4129

**付 款 回 单**

招商银行
CHINA MERCHANTS BANK

流水号：1900015199168

日期：2019年06月25日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币陆仟玖佰万元整
　　　（小写）：CNY69,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　凭证号码：0038764503
摘要：往来款

业务编号：19S1007771355

经办：011363
第二联：客户回单
The 2nd copy for Customer's acknowledgement


微信账务变动通知0费用
扫描二维码
关注微信银行

回单编号：20200179191171


手机转账0费用
扫描二维码
下载手机银行

20200524

F02
招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单

招商银行
CHINA MERCHANTS BANK

日期：2019年06月26日　　　　　　　　业务类型：网上企业银行支付　　　　　　　流水号：G48357T626AN8HJ

付款账号：110902652710203
户名：网泰无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：　人民币柒万壹佰柒拾肆元肆角柒分
　　　（小写）：　CNY70,174.47
收款人户名：北京网泰移动科技有限公司
收款人账号：110913207210503
收款人开户行：招商银行
凭证种类：　　　　　　　　　　　　　凭证号码：
摘要：转款

（业务编号：　20190626115824

经办：G48357

第二联：客户回单
The 2nd copy for Customer's acknowledgement



微信账账务明细通知 0 费用
扫描二维码
关注微信银行

手机转账 0 费用
扫描二维码
下载手机银行

20200629

F02　　招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129

付 款 回 单


招商银行
CHINA MERCHANTS BANK

日期：2019年06月26日

付款账号：110902652710203

户名：网秦无限（北京）科技有限公司

开户行：招行北京工体支行

金额（大写）：人民币壹仟叁佰捌拾贰万柒仟肆佰叁拾柒元玖角

（小写）：CNY13,827,437.90

收款人户名：北京网秦移动科技有限公司

收款人账号：110913207210503

收款人开户行：招行北京朝外大街支行

凭证种类：结算业务委托书　　　　　　凭证号码：0038764506

摘要：往来款

流水号：1910014999173



业务编号：195100 7860203

经办：011363　　　　　　回单编号：2030017828401

第一联：银行留存
The 1st copy for Bank's file

20200624

PLKJ4129

招商銀行
CHINA MERCHANTS BANK

付 款 回 单

流水号：1990016336230

日期：2019年07月19日
付款账号：110902652710203
户名：网秦无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）： 人民币柒佰万元整
　　（小写）： CNY7,000,000.00
收款人户名：北京网秦移动科技有限公司
收款人账号：110913207210503
收款人开户行： 招商银行北京分行朝外大街支行
凭证种类：结算业务委托书　　　　凭证号码：0038764505
摘要：往来款

业务编号： 19S0008541219

经办：011363
第二联：客户回单
The 2nd copy for Customer's acknowledgement


微信账务变动通知0费用
扫描二维码
关注微信银行

回单编号：203001709

手机转账0费用
扫描二维码
下载手机银行


F02

20200624

招商银行股份有限公司
CHINA MERCHANTS BANK CO.,LTD.

PLKJ4129                              付 款 回 单                        招商银行
                                                                      CHINA MERCHANTS BANK

日期：2019年11月05日        业务类型：网上企业银行支付          账务号：G70929TB05AV74J
付款账号：1109026527102034
户名：网泰无限（北京）科技有限公司
开户行：招商银行北京分行工体支行
金额（大写）：人民币肆万玖仟元整
    （小写）：CNY49,000.00
收款人户名：北京网泰移动科技有限公司
收款人账号：110913207210994
收款人开户行：招商银行
凭证种类：                    凭证号码：
摘要：转款                                              业务编号：20191105145708

经办：G70929           回单编号：2030018528764                      20200628

第一联：银行留存
The 1st copy for Bank's file