# EXHIBIT F

显示关机了。

证人郭某2018年9月27日证言证明：2014年8月，芮某的案子涉及到某公司，因为林某1是某公司的法人和CEO，所以林某1到专案组配合调查约5个月时间，期间公司的董事长和CEO变成了史某。在林某1回来后，他在公司没有任何职务，怕后期有别的事情，林某1将他的所有股权转给了我。在失踪前林某1正在和史某交涉某公司的相关事务，林某1想要查公司的账，要确权。当时林某1使用的手机号是139开头的，他失踪后这个号码就联系不上了。林某1失踪后，当时我在外地，是林某1的姐姐林某2报的警，我从外地回来后到了派出所，派出所让我们回去等消息。

林某1失踪后在2017年11月初给我打过几次电话，是一个17开头的号码，不显示号码归属地。林某1开始怎么说记不清了，他说自己被绑架了，现在已经没事了，只是说让我不用担心，现在有两个小兄弟照顾他，还要创业，需要几十万元。我感觉每次通话他都开的免提，我就故意和他吵架，说要和他见面，问他为什么不回来，是不是有了别的女人，后来陪着林某1的男子接过电话，对方自称叫亢天辉，亢天辉说："林某1被绑架了，我们接手的时候林某1已经不像样子了，像养狗一样养着，对方让我们将林某1送到朝鲜，我们认为没有必要，但是我们也不能放林某1回去，林某1也不敢回去。"后来林某1说想去厦门待一段时间，继续创业，需要用钱，让我把钱存到一张卡里，然后把卡寄给他，还让我找他的护照等。后来我让林某2办了一张银行卡，存了5万元，按林某1的要求让不认识的人将卡寄到指定地址，我记得是哈尔滨道外分局的一个警察，收件人叫李某1，有收件人的手机号。在给林某1几万钱后的两三天我就报警了，在奥运村派出所报林某1被绑架，后来刑警来了，了解了相关情况，和哈尔滨公安局联系问有没有叫李某1的警察，后来怎么联系的我不清楚，后来我只是听了一句"把人送回来"。后来我就在派出所等着，等到了中午我胃疼，警察让我回家等着。

3、证人林某2证言证明：2016年11月10日晚上，我给我弟弟林某1打电话，电话通了但是一直没人接，第二天我又给他打电话，他的手机就关机了，今天我一直联系不上他，我就来报警了，我最后一次见他是2016年11月10日18时许，是在北京天心无限科技有限公司，我感觉他情绪低落，具体原因不清楚。

4、被告人李某22018年11月20日证言证明：2017年夏天，我朋友曲某给我打电话说有东西要运出境，他们可以出钱，问我有没有这方面的渠道，我说帮着联系一下看看。我找了我发小亢天辉，亢天辉说可以办，但是不太好办。我给去曲某打电话说这件事可以办但是有点困难，曲某说可以加钱，需要面谈，我们约第二天在辽宁省丹东见面，后我们在龙哥家见面，当时有我、亢天辉、张某、龙哥，对方有曲某、王某1，我们一起谈这件事。曲某和南哥说不是往外运货，而是将一个人带出境，对方说办成这件事儿后给我们两百万，当时我们就说不好办，后曲某就出去到车上拿来了10万元，王某1说这是给我们的过节费，这钱和办事儿没有关系，后来他们就离开了。我们几个商议不能动这个钱，回头再还给他们。后来我们三个开车回家，我回了北京，张某和亢天辉回了天津。过了几天我打电话约了亢天辉和张某来北京商谈，要把这10万元的事儿整明白，后来亢天辉和张某到北京找我，我们在一个饭店见面，曲某也来了。我们一起说钱的事儿，曲某说这个钱就不要了，把租车去丹东的钱给他就可以，后来曲某拿走了4万元，因为车是他租的，我和亢天辉、张某每人2万元，后来就各自离开了，后面的事儿我就不知道了。

当时曲某让我找这方面的渠道，要运东西出境，我问东西多不多，曲某说不多，就一个东西，还说他大哥要出大钱来办这件事儿，因为我的发小亢天辉在天津做物流，所有我就找了亢天辉，因为张某天天和亢天辉在一起，我想对方既然要花大价钱往境外运东西，肯定很重要，所以也把张某拉上了。曲某的大哥叫王某1，我们叫他王某1。我们在丹东商议时，没有说运什么人，就说运人偷渡过江到朝鲜境内，只要不在中国就可以，王某1等过了这一段关键时间再说，我感觉这是一个很特别的人，对方让这个人消失一段时间，这个人肯定有重要的事情现在不能出现，不然对方不会花大价钱将这个人送出境，龙哥说只要把人送到朝鲜，肯定会用铁链穿锁骨，关在一起干活，肯定就回不了国了。龙哥说趁天黑用小船把人运过去，他在朝鲜边境有熟人，那边有人接应，后来龙哥还开船带我们几个在鸭绿江边上转了转，看了看地形。

证人李某22018年11月21日证言证明：在去丹东之前或者之后，亢天辉和曲某、王某1在北京海德酒店见过面，我也去了，但是没有进房间，他们怎么谈的我不知道。后来我们知道是运人后，我和亢天辉、张某寻思这如果运到朝鲜，人就好不了了，而且龙哥也说做不来这事儿，龙哥没有给开这个口，我和亢天辉、张某上商量着肯定办不了这个事儿。这个时候曲某拿来10万元，也是王某1的意思，钱给我们了。曲某和王某1的意思就是钱跟运人这个事儿没有关系，就是来了一趟丹东，这个是辛苦钱和过节的钱。再后来分那个10万块钱的时候，当时曲某当着我们的面给王某1打的电话，说我们不要这个钱，王某1说这个钱就是给我们了，当时亢天辉也直接问了王某1，王某1就说这个钱给我们了，当时我们想曲某花了租车的钱和乱七八糟的钱，这样我和亢天辉、张某还有曲某就把这10万元分了，给了曲某4万，剩下的钱我们每人2万元。当时曲某说这个事儿办不了了，到此结束，后面的事儿我真的不知道了。

5、证人张某证言证明：2017年五六月份，亢天辉说李某2有个朋友要发货到丹东，过两天到丹东去找龙哥说这个事儿，说如果我没事儿就和他们一起去溜达一圈。在丹东有我们仨、龙哥、宝坤和另外一个男子，那个男子跟龙哥说有个人想运到朝鲜，给他找个地方，让他呆着，大概多少钱。龙哥没有应声。对方走之后在楼下给了10万元，我们仨商量这事儿不能办，也不要钱，但是在两三天之后亢天辉说对方非让拿着，给了我2万元现金，给了李某22万元现金。

大概过了一两个月，有一天亢天辉回天津了，我感觉他花钱特别大手大脚，天天上饭店，买东西很奢侈，还给一个叫李某3的朋友买了最新的手机，我就很奇怪，问他是不是和龙哥把这件事儿办了，帮人把人送出境了，他当时否认了。但是当天半夜12点左右，他发微信让我去友好区的一个宾馆找他，他在宾馆说："人接过来了，对方给我钱了，明后天咱俩回天津吧。"在路上开车时，他说这事儿和龙哥没有关系，龙哥也没有能力把人送出去，人他和亮子看着呢，那个人饿得全剩骨头了，当时接完人他拿了钱就回东北了。到天津之后亢天辉说给亮子送5000元钱，我带着我去了一个二层楼，但是具体在哪里我没记住。我们进屋之后看到了那个人，亢天辉问那个人是怎么回事儿吗，那个人说了但是感觉有点意识不清醒。神志不清，说话不流利，说一句话要想很长时间，所以当时交流不太顺畅，那个人说他叫林某1，是因为公司的事情。亢天辉没有再说什么，当时亮子也在旁边。

6、证人李某1证言证明：我是某分局民警。亢天辉和我是小学同学，小学时偶尔一起玩儿，到了初中就没有在一起上学，也没怎么联系。后来我听说亢天辉去了天津发展，做物流行业，后来我们就是过年的时候见过面，没有过多的联系。在2017年年底的一天，我在单位上班收到了一个圆通快递，有寄件人和地址，但是我现在记不住了，我就把快递打开了，发现里面是一张农行卡，我问了我的家人、朋友和同事，均没有人向我寄送银行卡，我当时就觉得莫名其妙，就没当回事儿，银行卡就随手放在我家里了。后来过了一星期左右，北京朝阳一位高警官给我打电话，问我是否收到一张农行卡，我就把收到卡的情况对高警官说了，并回家找到银行卡和高警官核对了卡号和信息，后来过了几天我觉得这张银行卡不能放在我这里，我就按照银行卡邮寄过来的地址原封不动给寄了回去，但是地址和收件人的情况我都记不起来了。当时高警官除了核对银行卡信息还问我是不是认识亢天辉，我就如实回答了，高警官问我能不能找到亢天辉以及亢天辉的联系方式，我也联系不上亢天辉，我当时有亢天辉媳妇辛某的微信，我向辛某打听了一下亢天辉最近的情况，辛某说她也联系不上。我没有告诉过亢天辉说我是警察，我们共同的朋友有没有告诉亢天辉我就不知道了，我也没有告诉过亢天辉我的工作单位和地址，他从来没有主动联系我让我帮其接收包裹。收到的那张银行卡我没有使用过。

7、证人辛某证言证明：我和亢天辉2012年前后在天津东丽区做物流，开始的时候纯利润大概十几万，2016年物流业不景气，在2017年前后就不做了。我公公亢某早年开货车，月收入四五千元，婆婆姜某之前在鞋厂打工，月收入两千多，我母亲王某2没有收入，我父亲在我八岁的时候就去世了。现在我家里面靠之前做物流攒下的钱生活。我名下有两个银行账号，一个农业银行，一个平安银行，都是在天津开的户。这两张银行卡一直是我在使用，有时候取钱会是我公公、婆婆去。2018年8月12日，亢天辉因为涉嫌非法拘禁被北京朝阳分局拘留，同案人叫商风起，被拘禁人叫林某1。

2018年8初，一个自称叫林某1的人给我打电话，问我是不是亢天辉爱人，我说是，他说他已经在北京报警了，警方立案了，让我联系亢天辉尽快投案自首，我答应他了，后就挂断了电话。我没有见过林某1。商风起之前在我们天津的物流公司做司机。我公公亢某名下有一辆白色比亚迪汽车，2015年购入，车牌号×××，现在在伊春家中。2015年刚购入时亢天辉使用过一段时间，2016年年底后大部分时间是我公公在使用，亢天辉也会偶尔使用。2017年亢天辉一直在天津，八九月份回到伊春家中，他说住亲戚家，11月份他回到了天津。

8、证人史某证言证明：我和林某1原来是高中同学，后来大学毕业后一起创业，2005年博士毕业后一起成立了某公司，2011年5月份在美国上市，公司一直由林某1负责。2014年8月底，林某1被公安机关带走协助调查，他被带走后公司由我来管理，2015年1月林某1回来后其因为家庭原因，林某1将自己所有的公司股份、权益都转给了妻子郭某，林某1退出某公司，后由我全权负责某公司的运营，郭某出任公司的董事和高管，但郭某很少管事儿，林某1全部退出某公司。2018年春节后，林某1在网上多次攻击我和某，造谣诽谤我，发布虚假的上市公司董事会决议、公告，还带着几十人到某公司想要强行接管公司，指示他的保安到我的另外一个公司北京某有限公司盗取公章，并用盗取的公章伪造文书。我认为我和林某1没有任何纠纷，我很难理解林某1为什么不停折腾我和公司。他的恶意指责和所说的一切，我认为都不对，相关问题都有官方的公告和声明。

9、公安机关出具的工作记录、扣押决定书、扣押清单，证明将亢天辉、商风起带至北京后，为查清案件事实、查找其他嫌疑人，公安机关前往黑龙江省伊春市查找二被告人的手机，经联系亢天辉的妻子说明情况，亢天辉之妻将亢天辉的两部苹果牌手机、商风起的1部OPPO牌手机交给了民警，民警对手机进行了扣押，后由亢天辉、商风起签字确认。

10、亢天辉农业银行账户6228********交易明细、辛某农业银行账户6228********交易明细，证明了二人银行账户的交易情况。

11、购房合同及刷卡支付单据，证明亢天辉于2017年10月25日签订合同，以人民币880058元购买位于哈尔滨的房产一处，使用农业银行卡6228****8778支付20万元、180058元，使用农业银行卡6228****3078支付50万元。

12、查封决定书、查封清单，证明哈尔滨某房产被查封。

13、北京通达首诚司法鉴定所司法鉴定意见书，证明了对李某2的手机进行鉴定的情况。

14、到案经过，证明2018年8月12日亢天辉、商风起向黑龙江省伊春市公安局友好分局投案。

15、被告人亢天辉2018年9月27日供述证明：我通过朋友跟曲某认识有一段时间了，对他的了解就是知道他给老板开车。曲某对我说他老板的一个朋友的公司倒闭了，追账的人特别多，想出去躲躲，也是考察一下别的项目，曲某问我能不能由我陪着招待一下，招待费用都是由他老板来出，我就答应了。这样曲某把我的电话给了王某1，王某1给我打了电话，问我曲某在电话里是否把事情交代清楚了，问我有没有时间，我说有时间，也能陪着去，王某1就说让我等他电话。差不多过了一个月左右，王某1又给我打电话说他这个朋友想出国旅游，问我能不能陪着去，我说可以，王某1说出国的费用不用我担心，让我继续等电话。又过了几天，王某1就带着林某1到天津找的我，当时是2017年9月份左右，我们在京津唐高速宜兴埠路口见的面，当时是下午五六点钟，见面时有林某1、王某1、我还有商风起，商风起没有下车。王某1向我介绍林某1说是宇哥，向林某1介绍我叫小辉，王某1对林某1说有什么需求就向我提，考察完了早点回来，当时在宜兴埠路口我们分开了。我问林某1去不去宾馆，他说没有身份证，问他为什么没有身份证，他就说了一句"一言难尽"。我们带着林某1去了我在天津东丽区大必庄镇我租的一套两居室。我问林某1没有身份证怎么出国，林某1说不想出国，我说王某1他们会给我钱让我陪着他出国，林某1说想想，想好了会告诉我。

王某1一共给了我265万，分两次给的，第一次也就是见面当天，王某1给了我30万，之后我了我235万，都是现金，说实话我也没有怎么数。我拿回来后，在我、我爸、我妈银行卡里都存了钱，但是他们都不知道。我记得有农业银行的，也有工商银行的，我记不住我爸妈的是哪个银行的，我的是农行的。

后来林某1问我老家是哪里的，我们聊得不错，我告诉他我老家是黑龙江伊春的，给他看了我的身份证，就是表明我没有任何恶意。林某1就说去伊春，我和他在天津待了也就是十天八天的，之后我们拉着林某1去了伊春，林某1说不住宾馆，要住我家，因为我父母、媳妇和孩子都在家，我们就在我一个姨家住下了。住了一两个月左右，林某1说要去厦门，他让我在厦门大学附近租一处海景房，我委托一个女性朋友通过中介租了一套海景房。我带着林某1在2017年11月份去的厦门，准备去厦门的时候林某1说把他送到厦门后就不需要我和商风起了，林某1让我给他留点钱，意思就是辛苦我们一趟把他送到厦门我们就可以走了。在伊春期间，林某1每天都能跟他爱人郭某及姐姐林某2通电话。林某1用的是17号段的卡，不是实名登记的，是林某1让我给他买的这种卡，买了有四五张。林某1对她们说有两个朋友陪着他在伊春，让她们放心。林某1说要去厦门，郭某说不让林某1回家，林某1对郭某说到厦门后就没人陪着他了，让郭某给他打点生活费，郭某要地址，那个时候我们还没有在厦门租到房子，我们去厦门必经哈尔滨，我想起一个叫李某1的同学在哈尔滨公安局上班，我就向李某1要了地址发给了郭某。李某1也问我寄什么，我说就是一个快递，过两天我去他那里取。这样我们从伊春出发路过哈尔滨，但是林某1没让停车，我们就路过哈尔滨直接走了。那个卡没有寄到哈尔滨，因为快递给耽误了。

从伊春到厦门我们中途在天津住了一天一宿，商风起带着林某1住的宾馆，我没有和他们住一起。其实我一直没有跟林某1他们住一起，是商风起和林某1住一起。在天津的时候林某1跟郭某通了电话，他们在电话里吵架了，我劝林某1不要去厦门了，林某1给郭某打了电话，郭某的问林某1回家之后还走不走，如果还走就不要回家了。我知道林某1在外面有个小三，还给林某1生了个孩子，郭某认为林某1去厦门就是去找这个小三了，这都是林某1对我说的，也是郭某对我说的。这样我们在天津待了一天就去厦门了，路上也是边走边停，林某1这个人喜欢这样，看哪里好就停下。

在厦门林某1说不用我了，我就先走了。因为林某1和商风起在一起待的时间长了，身边没有人他不习惯了，所以林某1就要商风起陪着他再待一段时间。后来北京警方的高警官联系我问我能不能联系上林某1，我就把林某1的电话告诉了高警官，当晚商风起就陪着林某1坐飞机回到了北京。因为高警官让我也到北京，所以林某1他们到北京的当天我也从天津到了北京，是我在机场接的林某1和商风起。我们三个一起吃的饭，然后在亚运村派出所附近的一个宾馆住下的，这次我们一起住的。第二天我和林某1、林某1的姐姐林某2在五洲酒店那里吃的午饭，饭后我就去了亚运村派出所，林某1说去郭某再去派出所。我等了一下午林某1没有露面，高警官跟林某1核实完情况后让我走的。

我还想说说林某1和商风起在一起的时候，他们出门都是打车，没有做过饭，都是去饭店吃，包括逛街和买衣服都是商风起陪着去的，因为东北天气比较冷嘛。还有就是的一个朋友和我还有林某1、商风起在伊春友好区一起洗过澡，我的这个朋友叫李某3，是某派出所的民警。另外，在伊春的时候曲某给我打电话问林某1出国没有，我说林某1没有身份证他不愿意出国，曲某就说没有出国的话费用用不了那么多，让我退给他，2017年12月我在北京的时候就退给了曲某现金110万。

林某1回到北京后跟我联系了，让我把郭某寄到李某1那里的农业银行卡寄回去，我和李某1联系，接电话的是他妈，李某1应该是出公差了，之后那张卡就寄给了林某1，林某1说收到了。除了这个之外，林某1还总是打电话问我过得怎么样，都是朋友间的问候，让我以后有事儿可以找他，再有就是让我出面去公安局帮他把这个事实叙述一下。我就接到了史警官的电话，说我的行为涉嫌违法犯罪让我去公安局投案，我就把这个事儿跟林某1说了，林某1安排我去友好分局投案，给了我一个电话，说是局长的电话，我跟局长通了电话，局长安排刑警队给我做了笔录。

被告人亢天辉2017年9月29日供述证明：我本来不知道王某1的名字，是林某1对我说我认识的那个王某1叫王某1。林某1回到北京之后，曲某给我打电话，意思是林某1几个月就回家了，给我的钱肯定用不了那么多，让我退钱，我也同意了。这样曲某给我发了一个北京的地址，我用手机导航到了那里，到了之后没有见到曲某，后来就有人联系我，我和那个人见了面，那个人说是替曲某来拿钱的，我给曲某打电话确认了一下没有问题，这样我就给了那个人100万现金。曲某说让我退钱也是王某1的意思，钱退了之后曲某就把我拉黑了，我们再也没有联系过。隔离一段时间，王某1又给我打了一个电话，问我和林某1在一起的一些细节，还问林某1为什么报案了，问我跟朝阳分局警官都说了什么，我就实话实说告诉了王某1。王某1还问我去派出所了没有，我说去过了，王某1然后就说了我家住哪里，爹妈叫什么名字，孩子住哪里，他说他那边都知道，说我在明处他在暗处让我小心一点，别到时候哭都来不及，王某1这样威胁我，我就把和王某1联系的电话号码换了，这样我和王某1就再也没有联系过。

被告人亢天辉2018年10月11日供述证明：2017年8月份左右，李某2给我发了一个视频聊天，问我在丹东走边贸的渠道还有没有，我说这个渠道还有，李某2说有一个朋友的老板因为公司倒闭了，想出去躲债，问我能不能联系，我就给丹东的成某打了电话，成某说每天都有出境的，我就把这个回复给了李某2，这样曲某加了我微信。我和曲某在微信里联系，也打过电话，联系的内容就是如果能安排人去朝鲜和韩国，我就去联系，他们可以过来看看聊聊。我跟成某要了一个丹东的地址，李某2从北京开车到天津接上了我，我俩又接上了张某，我们三个一起去了丹东。李某2把丹东的地址发给了曲某，这样曲某就开着大奔来了，过来的有曲某、王某1及另外一个人，这是我们第一次见面。成某带我们去丹东旅游团看了看，意思就是走旅游团出境。之后回到成某家，王某1和曲某又了解了一下朝鲜和韩国那边的情况，还聊到人要是想在朝鲜待一年怎么办，旅游团这个途径行不行。我们说肯定不行，因为签证有时间，超期了就会被朝鲜那边遣送回来。因为这个问题就没有继续往下说，也没有说往下办不办，王某1和曲某他们三个就回去了。王某1临走之前把李某2叫出去了，给了李某2一个牛皮纸的信封，回来我们打开一看是10万块钱。王某1他们之前就跟我们说了无论这个事儿成与不成，因为大家都跑腿了，这个钱就是跑腿的钱。曲某拿走了4万，因为一直都是曲某张罗而且是曲某借的车拉我们去的丹东，我和张某分的剩下的钱，王某1他们走的第二天，我和张某、李某2就开车回到了天津，之后李某2自己回了北京。在我们回程的路上，在沈阳时曲某让我们再回丹东，意思是再聊聊这个事儿，当时我就说如果按照他们说的那是不可能的，而且当时王某1和曲某说的是三个人，我们以为就是王某1、曲某和另外那个人他们三个出去。

我回到天津之后，曲某和我联系，说这个事儿有消息了，之后他老板会跟我联系。之后王某1又联系我，联系结果就是让我到北京，告诉我见面的地点是国美第一城边上的海德酒店。我到了海德酒店，在房间里王某1谈这个事儿，曲某没有去。王某1说去朝鲜不能走正常途径，先在朝鲜待半年，再在韩国待八年，一共三个人，也没有跟我说是不是他们三个人。我说那只能黑着走了，但是黑着走有黑着走的价格，每人10万，三个人是30万。王某1让我们安排在朝鲜的衣食住行，去朝鲜之后的费用他们自己承担，30万走的时候再给。当时就给了我100万或者200万，因为之后还有一次在海德酒店和他见面，王某1也给我钱了，这两次给钱哪次是100万哪次是200万我记不清了。30万算是我们办出境的钱，300万是他们去朝鲜之后的费用，等于是放在我这里算作定金表明个态度，如果人不去了也不让我白忙活，我就从这个钱里拿走30万，他们的吃穿就从这个300万**出。第二次王某1给钱的时候，跟我说三个人的两个人不去了，说300万中那两个人的钱归我了，我才知道不是王某1他们三个去，这样我第二次拿了王某1给我的钱，我心里觉得不太对劲，走的时候在海德酒店前台问了一下服务员，说是王某1订的房间，这样我才知道王某1的名字。

第二次见完王某1之后，第二天王某1就让我去接人，我说我在丹东，去不了。王某1让我第二天就把人送走，人还没见到就这么快让我送人出去，我心里也含糊了，怕这里面有事儿，别是什么非吸公司的人或者在逃人员什么的。王某1说他开车把人送过来，我让他送到丹东，王某1说太远，问送到天津行不行，这样就订好了送到天津。我安排商风起和别人去接的林某1，商风起跟王某1说的当时就去丹东，实际上我人在天津呢，所以商风起在宜兴埠高速出口接了林某1，我让商风起上了高速好让王某1看见车是朝丹东去了，商风起在下一个出口出来，把人接到天津我住处。见到林某1之后就问了林某1到底是什么情况，让他洗澡借机看看他身上有没有伤，有没有跟踪器什么的，这都是因为我对王某1这个事有些含糊。商

凤起对我说林某1和王某1在宜兴埠高速口分开的时候，王某1对林某1说差不多就早点回来，林某1当时也说话了，具体说了什么商凤起没有对我说清楚。后来我把曲某、王某1还有另外那个人的特征跟林某1描述了一下，感觉他不认识曲某，但是他认识王某1和另外那个人之中的一个。我问林某1是怎么回事儿，林某1对我说不要问那么多，为我好。见到林某1之前王某1有交代，说到朝鲜那边都听林某1的，说路上别跟林某1聊天，直接就去丹东。我也问林某1了怎么办，是报警还是回家，林某1就说先找个地方让他想想。林某1说自己在回家的路上被人带走了，然后就关起来了，不让他见人，吃饭也不是按时吃，手机和身份证都被拿走了。我叫了张某，让他帮我分析分析，我们也没分析出个对与错。

被告人亢天辉2019年1月3日供述证明：2018年三四月份，我在哈尔滨某小区用自己的名字购买了一套房子，花了70多万。王某1给我的钱里面曲某拿走了110万，跟林某1在一起花了六七十万。我买过一辆二手的奔驰，花了20多万，后来车让我卖了，卖了30多万。李某2、张某不知道我从王某1处拿钱。

16、被告人商凤起2018年9月1日供述证明：我和林某1在一起待了有三个多月，地点是在黑龙江和厦门，是我老板亢天辉说林某1是他朋友让我招待，我们见面是在天津，在天津待了两天，从天津去的黑龙江。招待就是正常的吃饭、玩玩啥的，我没有限制他的人身自由，他想去哪里就去哪里。他可能是公司出了点问题不想回家。我们在一起时花的都是亢天辉给我的钱。

被告人商凤起2018年9月27日供述证明：林某1来之前两三天亢天辉跟我说他要来一个朋友，让我开车陪着他去接一下。当天晚上亢天辉开车来宿舍找我，亢天辉说接上这个人也不用跟他说话，当时我也没想亢天辉是什么意思。我们在宿舍待了一会儿，到了凌晨才开车去天津北辰区宜兴埠高速路出口处。我和亢天辉到的时候对方还没有到，过了一会儿从高速路出口开出来一辆黑色轿车停在我的车后，汽车品牌型号和车牌号我都没看清。亢天辉让我在车上等着，他自己下了车走向那辆黑色轿车。我坐在车里通过反光镜看到从黑色轿车上下来两名男子，亢天辉和他们交谈几句就带着其中一名男子上了我开的轿车。上车以后亢天辉让我开车回宿舍，在去宿舍的路上亢天辉与那名男子就没有说话。到了以后那名男子跟着我和亢天辉回到宿舍，他们之间没有交谈，亢天辉就让那名男子睡觉，让我陪着他，并交代如果那名男子饿了让我给他买点吃的。之后亢天辉就走了，我陪着那名男子在宿舍睡觉了。

第二天快中午的时候亢天辉才去宿舍，他到的时候我和那名男子还没有起床。起床以后亢天辉给我钱让我下楼买饭，我去买饭的那段时间亢天辉陪着那名男子在宿舍待着，我买饭回来以后我们三个人一起吃完饭亢天辉就走了，又是我陪着那名男子在宿舍待着。这样我和那名男子在宿舍待了一周左右，亢天辉几乎每天都来，但是时间不固定，有时中午来有时晚上来。我陪那名男子在宿舍的时候我们两个人基本上不说话，亢天辉会跟那名男子交谈。有时亢天辉让我外出买饭的时候跟他交谈，有时他们在另外一间卧室交谈，交谈的内容我不知道。

一周以后亢天辉让我开车带着他和那名男子去黑龙江省伊春市，我就开着亢天辉的比亚迪“秦”轿车带着他们两个人去了伊春市友好区一座商业楼的二层。这房子是亢天辉提前找好的，房间里有两张床，有一个衣柜、一台电视、一个洗衣机，亢天辉安排我和那名男子住在这里，让我看着这名男子，如果这名男子要走就让我通知他。亢天辉自己不住这里，白天亢天辉有时过来，过了一周左右亢天辉就回天津了。在伊春我陪着那名男子期间我们两人开始聊天。我得知他叫林某1，是开公司的。他看亢天辉叫我亮子，林某1也叫我亮子。我和林某1平时交谈不多，主要就是问他吃什么，每天陪着他去吃饭，平时就在屋里待着，有时陪着他去外面逛逛。过了一段时间亢天辉回到伊春来找我们，有一次我听见亢天辉和林某1聊天时说这样看着林某1是受人之托，目的就是不让林某1回到公司。托亢天辉办这件事的人是林某1公司的人，林某1认识这个人。后来两人聊天时亢天辉还提到史某的名字，当时林某1很吃惊，表示不相信这件事。我们在伊春待了两个多月，这期间亢天辉让林某1使用我的手机给他的妻子和姐姐打过好几次电话，林某1告诉他妻子在黑龙江伊春，让他妻子来伊春找他。他妻子说公司现在有很多欠账，让林某1回北京处理，林某1不相信他妻子的话，又给他姐姐打电话核实公司的情况。他姐姐也说确实公司欠了很多钱，让他回北京处理。但是林某1没有回北京，他和亢天辉商量去厦门。过了几天亢天辉把厦门的房子租好以后，我开着亢天辉借来的一辆奔驰SUV汽车带着亢天辉和林某1去了厦门。途中在天津住了一晚，亢天辉问他是否回北京，我们可以送他回去。林某1说：“算了吧，还是先去厦门吧。”我们开了三天车到了厦门，住在厦门大学对面的小区里，是**海景房。亢天辉在厦门待了不到一周就走了。我本想到了厦门也走，林某1说让我陪着他在厦门多待几天，这样我就一直陪着林某1在厦门住了二十多天。后来警察给亢天辉打电话找林某1，我就陪着林某1回北京了。

我听亢天辉说是林某1公司的人让拘禁林某1的，目的是不让林某1回公司，但是我感觉不是林某1公司的人直接找的亢天辉，应该有中间人，但是我不知道是谁找的亢天辉。我感觉亢天辉的水平应该不直接认识林某1公司的人。让林某1给他家人打电话是亢天辉安排的，我也不知道为什么这样，我就是按照亢天辉的指示办。之所以配合林某1非法拘禁林某1，就是想多挣点钱，亢天辉每月给我5000元工资，他说到时候多给我点钱，没说给多少，也没有给这笔钱。我不知道亢天辉这件事获利多少。

被告人商凤起2018年9月29日供述证明：这些天我自己一直在考虑，而且经过民警的耐心谈话和教育，我现在都想明白了，我也想争取从轻处理的机会，你们问我的问题我都会一五一十的说清楚，我也想争取从轻处理的机会。

2015年我在天津梅花物流公司上班，因为工作认识了亢天辉。除了工作接触之外，我们私下也经常一起吃吃喝喝。2017年七八月份的时候，亢天辉让我跟着他干，给他当司机，我就从原单位辞职开始跟着亢天辉干了，他每月给我5000元工资，具体工作职责除了帮着他家公司发货以外，主要就是给他当司机，带着他到处跑，一直开的是比亚迪秦三厢轿车，车牌号是×××。

印象里我最早见到林某1是2017年8月底的一天半夜零点左右，之前没有见过他，也不认识他。在这之前两三天，亢天辉对我说过几天有个人让我给看几天，别让那人走，如果他要走或是有什么事情就让给我给亢天辉打电话。当时我问亢天辉看的是什么人，具体是干啥的，亢天辉说他也不知道，让我不要多问。后来他说让我放心不会有事儿，说那个人挺老实的，还说完事儿之后多给我点钱。我当时想着能挣钱，也就没有多想，就答应了。在跟林某1见面的那天晚上，亢天辉让我开着他的比亚迪轿车去接要看着的人，一直开到京津唐高速天津宜兴埠出口的路边，亢天辉跟什么人通了电话，大概内容就是说我们到了，在什么地方等着。他自己下车走到后面那辆车边上，我通过后视镜看到从后面那辆车上下来两名男子，他们一起待了大概一两分钟的时间，之后亢天辉带着其中一男子回到我们车上，那个男子就是林某1。当时亢天辉回到车上还拿了一个手提布袋，袋子有一个普通鞋盒大小，里面有半袋子东西，鼓鼓囊囊的，具体装的什么我也不知道。亢天辉没让我看也没有跟我说里面是什

[illegible]

活费，不是专门给我的钱。

在伊春市期间，林某1状态正常，他也没有提出过什么要求。亢天辉和林某1除了唠一些家常，有一次我听到亢天辉问林某1认不认识一个叫史某的人，林某1说认识，亢天辉就说这事儿是史某让一个叫南哥的人办的，是南哥把林某1交到我们手上，为的就是不让林某1在他自己的公司露面，说是公司里有一个什么交易，现在不能让林某1出现，等交易完成之后林某1再出现就没事儿了。我只听到这些，具体他们之间说的林某1什么公司我也不知道，说的什么交易我也不明白，当时林某1还表示不相信亢天辉说的这些，其他的我就不知道了。在天津以及在伊春的初期，我和林某1之间基本不怎么说话，后来在伊春我和林某1一起出门吃饭买东西的时候，才开始慢慢聊聊天，但说的都不深入，他只是跟我提起过他开了一家叫某科技的公司，转给他姐姐了，还提起过他媳妇，说是在什么地方上班，其他我都想不起来了，也都没说啥。另外，在亢天辉第二次到伊春的时候，他问林某1有什么想做的，林某1说想跟他家里人通话问问家里的情况，亢天辉就同意了，之后亢天辉从外面买来电话卡，让我把卡装在我当时使用的一部苹果手机里交给林某1，让林某1用我的电话给家里人打电话。打完电话后，亢天辉把他买的电话卡从手机里取出来拿走了，我把我的电话卡放回我的手机里，期间林某1用我的手机给家里打过很多次电话。每次都是这样，亢天辉总共买过三四张电话卡给林某1打电话用，具体号码我不知道，是不是实名制我也不知道，为什么中途换卡我也不清楚。林某1只是给他姐姐和他媳妇打过电话，打了很多次，没有给其他人打过。我听到的就是林某1问问家里的情况、公司的情况，有一次林某1跟他媳妇还提到了史某，具体他媳妇怎么说的我就不知道了。我听林某1跟家人说过在黑龙江，应该是没有说过具体位置，还跟家人说自己目前状态挺好，别的就没有了。我从来没有跟林某1家人通过话，但是亢天辉跟林某1媳妇通过电话，具体几次我忘记了，印象里是林某1对他媳妇说自己在黑龙江，他媳妇不相信，林某1就把电话交给亢天辉，亢天辉对林某1媳妇说确实是在黑龙江等，帮着给证实一下林某1说的话，当时林某1都在边上听着呢。在去厦门之前，林某1给他媳妇打电话要过钱，当时是在亢天辉第三次到伊春的时候，林某1跟亢天辉提出想去厦门开公司，说是干婚礼和派对视频拍摄、游艇租赁方面的事情，亢天辉说可以，等他先安排好之后再去，亢天辉还对林某1说要是去厦门的话亢天辉手里没那么多钱，让林某1自己向办法，之后林某1就给他媳妇打电话要钱，但是他媳妇好像不愿意给，最后到底给没给我也不知道。至于林某1媳妇是否给过林某1钱或者银行卡，我不知道，没有听林某1或者亢天辉说过。

大概是2017年12月初，亢天辉说是把厦门那边的事儿安排好了，不知道他从什么地方找来一辆白色奔SUV，我们就开车从伊春到了天津。当时亢天辉还问林某1回不回北京的家，要是回的话把林某1送回去，林某1说不回北京，于是亢天辉让我用我的身份证在天津市北辰区一家宾馆开了一个房间，当晚我和林某1住的，亢天辉不知道去哪里了。第二天我们三个开车去了厦门。到了厦门后直接去了厦门大学对面的一个小区，当时有一个女的在等我们不，她用钥匙给我们打开了一处住房，后我们一起吃饭，我和林某1在房间里住下，亢天辉和那个女的就走了。小区的名称叫某花园，应该是亢天辉让那女的帮着租的。到了厦门之后亢天辉好像待了两三天，没有跟我和林某1住一起，期间来我们住的地方两次，也没说什么，后来他说家里有事儿就自己开车走了。当时我说我也想走，亢天辉问林某1行不行，林某1自己说让我留下再跟他待一段时间，于是亢天辉没有让我走。此后就还是我跟林某1住一起，每天除了吃饭买东西就是跟着林某1在小区外的海边溜达，林某1也没有带我出去找过什么开公司的地方，也没有再说什么开公司的事情。前后一共在厦门待了将近一个月，在12月底的一天亢天辉给我打电话说北京朝阳分局的民警在找林某1，说是林某1的家人在北京报警了，说林某1失踪了，至于是让我通知林某1给北京警察回的电话，还是我把林某1的手机号告诉了亢天辉然后北京警察给林某1打的电话，我记不清了，警察就说让林某1回北京到派出所说明情况，于是我和林某1当天就去厦门机场买了飞机票，因为林某1当时没有身份证，他还在机场办理了一张身份证，我们两个从厦门飞回了北京。亢天辉及之前在厦门我见过的那个女子一起在首都机场接的我们，我们一起吃了顿饭，然后在一个派出所又开了一张身份证明，我们一起在派出所旁边的一家宾馆开了两间房，我们的身份都在宾馆登记了，我和林某1还是住一起，亢天辉自己住的，那女的有没有住我就不知道了。第二天我醒来，林某1不在房间了，后来亢天辉说他一早就和林某1去找林某1的姐姐了，他是回来接我去派出所说明情况的，我们到了一个派出所后，等了一下午林某1也没有来，亢天辉跟林某1的姐姐和媳妇通电话也没有找到林某1，之后就联系了在厦门时和我们联系的那个民警，民警说让我们先回去，于是我和亢天辉就离开派出所回了天津，到了天津我也没有再去亢天辉的公司工作，因为快元旦了，我在朋友那里待了几天，之后就回老家了。

在厦门期间，林某1没有跟别人接触过，但是还是跟他姐姐和媳妇经常通电话，具体说什么我没有仔细听，也不知道都说了什么。亢天辉在离开厦门之前给了林某1一部黑色苹果手机，还给了林某1三张电话卡，号码我不知道，另外为了林某1上网方便，我在厦门还用我的身份证给林某1办了一张“大网卡”，办完就给林某1了，林某1就是用那部手机和那几个号码跟家人通话的，最后那部手机和那几个电话卡也都被林某1拿走了。起初在伊春每次林某1打完电话，亢天辉还把电话卡拿走，到了厦门之后林某1就是随时用手机跟家人联系，电话也一直在林某1手里。我不知道他家人为什么报警。

在这件事情期间，亢天辉给我的钱都是我和林某1的生活费，基本上全都花光了，最后我们跟林某1分开回到天津后，亢天辉给了我不到3万元现金，大概是28000到29000元左右，我没细数，包括我之前几个月的工资和亢天辉额外给我的好处费。

在天津我和亢天辉分开之后我就回老家了，2018年春节前，我手里没钱了，而且之前跟林某1在一起的时候，我自己也曾经垫过些钱当生活费，于是我就联系了亢天辉，问他能不能给我点钱花，于是他就通过微信给我转过来1万元，好像是分两次转的，每次五六千元，再之后就是今年4月份我在老家买完车，没钱还车贷，我联系亢天辉问他能不能借给我点钱，亢天辉还是通过微信给我转的，好像一次是2000元，一次是1000多元，当时亢天辉还说让我先别找工作，等他在天津那边干点什么，让我过去再找他一起做。到了五六月份亢天辉那边一直没有消息，我就去沈阳找了个工作，7月底因为老家的一个爷爷去世了我就回了老家。8月初亢天辉给我打电话，说是林某1跟他联系了，让我们去亢天辉老家那边的一个公安局去自首，说是林某1跟公安局长联系好了，说我们去了肯定没事儿，后我就答应了。8月9号或者是10号我先到的哈尔滨，亢天辉开车接的我，然后带我去的伊春。8月12日，亢天辉同林某1说的那个公安局长联系了，但是对方当天不在，我们没有见到那个局长，后局长让我们去当地一个刑警队自首，具体局长跟亢天辉怎么说的我不清楚，后我就跟着亢天辉去了刑警队，做完笔录之后就把我们拘留了，后来北京的警察就过去把我们接回了北京。去自首前，亢天辉说警察问话的时候，让我跟警察说我只是陪着林某1来的，其他的什么都说不知道，还说之前跟林某1在一起期间听到的、看到的包括提到的史某、南哥等那些事儿都不要跟警察说，后来我到公安局后就一直什么都没说，但是经过警察这么长时间的教育，我现在明白了，我愿意把事情都跟警察说清楚。

在跟林某1在一起的整个过程中，我和亢天辉没有进行过言语威胁或者是殴打。在伊春时，就在亢天辉跟林某1聊天提起史某那个名字的时候，我曾经听亢天辉跟林某1说起过朝鲜，但是我没听清具体怎么说到的朝鲜，期间我们也都没有去过边境等地方。

被告人商凤起2018年10月5日供述证明：在天津的时候我们三个人看着林某1，另外两个男子我不认识。我到亢天辉租的房子的时候只有我一个人，这两个人是亢天辉当天晚上接来的，我印象中亢天辉给我介绍了这两个人的名字，让我晚上开车拉着他们两个一起去接人，亢天辉还给了我一部老款的小手机，不是智能手机，还给了我一个号码，让我到了宜兴埠高速口后给对方打电话接人。当时应该是2017年8月底的一天，亢天辉让我们出门接人大概是夜里12点左右，我开着带着另外两个人到了宜兴埠高速出口，就拨打了亢天辉给我的那个电话，对方是一个男子接的，说让我等一会儿。后来过了约十几分钟，对方给我打电话说到了，他的车停在高速的另一出口，我开车到了另一个口，看到一辆黑色的车，我不知道是不是，电话联系对方，对方说看到我的车了，让我停在那里。我看到那辆黑色的车上下来两个男子向我的车走来，见面后其中一个问我“谁让你来的”，我说亢天辉让我来的，对方说“就

[illegible]

# 北京市朝阳区人民法院

## 刑 事 判 决 书 (2019) 京 0105 刑初 1095 号

**Criminal judgement (2019) Jing 0105 Xing Chu #1095**
**Beijing Chaoyang District People's Court**

公诉机关北京市朝阳区人民检察院

Public Prosecution Office: Beijing Chaoyang District people's Procuratorate

北京市朝阳区人民检察院以京朝检公诉刑诉[2019]1001 号起诉书指控被告人亢天辉、商凤起犯非法拘禁罪，于 2019 年 5 月 13 日向本院提起公诉。本院依法组成合议庭，公开开庭审理了本案。北京市朝阳区人民检察院指派检察员贾晓文、周芹出庭支持公诉，被害人林某 1、被告人亢天辉及其辩护人王猛、被告人商凤起及其辩护人余国飞波到庭参加了诉讼。现已审理终结。

With criminal indictment Jing Chao Jian Public Prosecution Xing #[2019]1001, Beijing Chaoyang District people's Procuratorate charged against the defendants Kang Tianhui (KTH), Shang Fengqi (SFQ) false imprisonment offence, and filed a public prosecution with the Court on May 13,2019. The Court formed a collegial panel by law, and heard the case in public court. Beijing Chaoyang District people's Procuratorate assigned prosecutors Jia Xiaowen and Zhou Qin to appear in court to support the public prosecution. The victim Lin1, the defendant KTH and his defence counsel Wang Meng, the defendant SFQ and his defence counsel Yu Guofeibo attended the proceedings. The trial has now been concluded.

北京市朝阳区人民检察院向本院移送了被害人陈述、证人证言、被告人亢天辉和商凤起在公安机关的供述等证据材料，指控被告人亢天辉、商凤起的行为构成非法拘禁罪，提请本院依照《中华人民共和国刑法》第二百三十八条第一款之规定，予以惩处。

Beijing Chaoyang District people's Procuratorate transferred to the court evidence materials including the victim statement, witness testimony, confessions of defendants KTH and SFQ to the public security unit, to accuse that acts of defendants KTH and SFQ constitute false imprisonment offense, and requested this Court punishment in accordance with Article238(1) of Criminal Law of the People's Republic of China .

上述事实，有公诉机关提供的以下证据予以证明:

The above facts are supported by the following evidence provided by the Public Prosecution Service:

1、被害人林某 1 在 2018 年 8月3日陈述证明：...2017 年 8月底，这伙人开车将我带到天津，把我交到以亢天辉为首的 5 个人手里，这个阶段亢天辉也不要求我带眼罩和手铐了，但是全程安排了 3 个人看着我。...在伊春待了将近 3 个月，这期间亢天辉觉得我也不是坏人，对我说雇佣他的人给了他 600 万让他把我带到北朝鲜，永远不让我回国。事实上亢天辉没有这么做，只是把一部手机放到了丹东定了一个位置，给他的雇主发了过去，谎称已经把我送到了北朝鲜。...我没有任何人身自由，他们还说跟当地警方很熟，所以我不能也不敢报警。...后来我知道我妻子报警了，朝阳刑侦支队的高警官后来也联系了李某 1 的领导，李某 1 和亢天辉联系后，亢天辉就把我带回北京让我回家了。之后亢天辉打电话找我，在电话里他提到了史某，说他躲一 段时间，担心史某找他，这个我现在有录音，我觉得史某就是他的雇主。

1. Victim Lin1 stated on Aug 3, 2018, which proved that: ...At the end of August, 2017, this gang drove me to Tianjin and handed me over to five guys led by KTH, at this stage, KTH did not require me to be blindfolded and handcuffed, but had three of them to watch me at all time. ... It was nearly 3 months that I was kept in Yichun, during which KTH felt like I was not a bad buy, told me the person who hired him gave him 6million Yuan and asked him to take me to North Korea, and never let me to come back to the country. In fact KTH did not do so, he just locate a mobile in Dandong and sent GPS to the hirer, lied that I was sent to North Korea.... I don't have any personal freedom. They also said they are very close to the local police. So I can't and dare not call the police....Later I knew my wife called the police, Chaoyang Criminal investigation team Officer Gao later also contacted Li ‘s boss, Li then contacted KTH. KTH took me back to Beijing and released me home. Later KTH called me, he mentioned Shi on the phone, said he would hide for a period of time, worrying Shi chase him. I still have this phone call tape, I think Shi hired him.

亢天辉曾问我认识不认识王某 1，我开始不知道是什么意思，后来亢天辉跟我说绑架我的第一波人中有个叫王某 1 的，他还说找王某 1 的人是跟雇主非常接近的人，应该是雇主的表弟什么的，而且他见 过这个人，通过亢天辉的形容这个人和连某的体型很像。

KTH once asked me if I knew Wang1. I didn't know what he meant. Later, KTH told me that one of the first group of kidnappers was called Wang1. He also said that it was someone very close to the client who hired Wang. That person should be the client's cousin or something. And he met this person once. From KTH’s description, this person has a very similar body shape at that time to Lian.

...因为 2016 年 11月10日我被绑时，五六个人从我身后把我的头一蒙，几秒钟就抬上了车。我担心那种情况再一次发生。亢天辉说过雇佣方会监控我的出行记录，我和商凤起从厦门坐飞机回北京，雇佣方可能会发现，会继续绑架我。...事实也是如此，史某在得知我回来后，继续骚扰威胁我和家人。

... Because when I was kidnapped on Nov 10, 2016, there were five or six guys covered my head and carried

me into the vehicle in just a few seconds. I worried that could happen again. KTH mentioned the hirer would track my moves, SFQ and I came back to Beijing from Xiamen by flight, the hirer may find out and, will keep trying to kidnap me.... It is also the fact, Shi continued to harass me and my family once he learned my return.

2 证人郭某 2018 年 9 月 27 日证言证明：2014 年 8 月，芮某的案子涉及到某公司，因为林某 1 是某公司的法人和 CEO，所以林某 1 到专案组配合调查约 5 个月时间，期间公司的董事长和 CEO 变成了史某。在林某 1 回来后，他在公司没有任何职务，怕后期有别的事情，林某 1 将他的所有股权转给了我。在失踪前林某 1 正在和史某交涉某公司的相关事务，林某 1 想要查公司的账，要确权。当时林某 1 使用的手机号是 139 开头的，他失踪后这个号码就联系不上了。林某 1 失踪后，当时我在外地，是林某 1 的姐姐林某 2 报的警，我从外地回来后到了派出所，派出所让我们回去等消息。

2 Witness Guo's testimony on September 27,2018 proved that: In August 2014, Rui's case involved a company. As Lin is the legal representative and CEO of this company, Lin was asked to cooperate with the investigation run by the task force for about 5 months, during which Shi became the company's chairman and CEO. After Lin came back, he had no position in the company, worrying other things could follow, Lin transferred all his shares to me. Before Lin1 went missing, he was negotiating with Shi over related company matters. Lin wanted to check the company's accounts, to confirm responsibilities. At that time the phone number of the mobile that Lin1 was using starts with 139. The number became unreachable after Lin disappeared. I was out of town when Lin disappeared. It was Lin’s elder sister Lin filed the missing to the police, when I came back from out of town, I went to the police office, the police office asked us to go home and wait for updates.

...后来我让林某 2 办了一张银行卡，存了 5 万元，按林某 1 的要求让不认识的人将卡寄到指定地址，我记得是哈尔滨道外分局的一个警察，收件人叫李某 1，有收件人的手机号。在给林某 1几万钱后的两三天我就报警了，在奥运村派出所报林某 1 被绑架，后来刑警来了，了解了相关情况，和哈尔滨公安局联系问有没有叫李某 1 的警察，后来怎么联系的我不清楚，后来我只是听了一句“把人送回来”。

Later, I asked Lin2 to get a bank card and deposited 50,000 yuan. As Lin 1 required, I asked a stranger to post the card to a designated address. I remember that was posted to a police of Harbin Daowai Branch, the addressee is Li 1 and a mobile number of the addressee. Two or three days after I gave Lin1 the money, I called the police, filed with the Olympic village police office Lin’s kidnap case, then the criminal police came to understand the relevant situation, contacted Harbin Public Security Bureau for any police named Li, I do not know the followups, then I only heard a sentence "bring him over".

8、证人史某证言证明：我和林某 1 原来是高中同学，后来大学毕业后一起创业，2005 年博士毕业后 一起成立了某公司，2011 年 5月份在美国上市，公司一直由林某 1 负责。2014 年 8 月底，林

某 1 被公 安机关带走协助调查，他被带走后公司由我来管理，2015 年 1月林某 1 回来后其因为家庭原因，林某 1 将自己所有的公司股份、权益都转给了妻子郭某，林某 1 退出某公司，后由我全权负责某公司的运 营，郭某出任公司的董事和高管，但郭某很少管事儿，林某 1 全部退出某公司。2018 年春节后，林 某 1 在网上多次攻击我和某，造谣诽谤我，发布虚假的上市公司董事会决议、公告，还带着几十人到 某公司想要强行接管公司，指示他的保安到我的另外一个公司北京某有限公司盗取公章，并用盗取的 公章伪造文书。我认为我和林某 1 没有任何纠纷，我很难理解林某 1 为什么不停折腾我和公司。他的 恶意指责和所说的一切，我认为都不对，相关问题都有官方的公告和声明。

8 Witness Shi's testimony: Lin1 and I were high school classmates. We started up together after university graduation. Upon our PHD graduation,we established the company together which went public in May 2011 and Lin1 had been in charge all time. In August end 2014, Lin was taken away by PSB to assist investigation, I then manage the company since his absence. By January 2015, Lin1 returned and transferred all his company shares, equities to his wife Guo due to family reason, Lin1 resigned from the company. Since then, I am solely responsible for the operation of the company while Guo serves as the director and officer of the company but Guo is seldom in charge, Lin1 totally withdrew from the company. After the 2018 Spring Festival, Lin attacked and slandered me on internet, released false resolutions and announcements of the board of directors of the listed company, brought dozens guys to the company and wanted to forcibly take over the company. He asked his security guys to my another company in Beijing and stole my company seal then forged documents with that stolen seal. I don't think I have any disputes with Lin, I could hardly understand why Lin1 keeps messing me and the company. His malicious accusations and all his statements, I don’t think that are correct. All related matters are given in official announcements and statements.

15、被告人亢天辉 2018 年 9月27日供述证明：... 王某 1 一共给了我 265 万，分两次给的，第一次也就是见面当天，王某 1 给了我 30 万，之后我了我 235 万，都是现金，说实话我也没有怎么数。...王某 1 又给我打了一个电话，问我和林某 1 在一起的一些细节，还问林某 1 为什么报案了，问我跟朝阳分局警官都说了什么，我就实话实说告诉了王某 1。王某 1 还问我去派出所了没有，我说去过了，王某 1 然后就说了我家住哪里，爹妈叫什么名字，孩子住哪里，他说他那边都知道，说我在明处他在暗处让我小心一点，别到时候哭都来不及，王某 1 这样威胶胁我，我就把利和干某 1 联系的申话号码换了。这样我和王某 1 就再也没有联系过。

15 Defendant KTH confession dated September 27 2018: ... Wang gave me twice in total amount of 2.65million yuan, the first pay was at the meeting, Wang gave me 30,000, then 2.35million, all in cash, frankly I did not really count....Wang called me again, asked me some details when I was with Lin1, also asked why Lin1 filed the case to the police, asked me what I told the police from Chaoyang branch, I then told Wang1 frankly. Wang1 also asked if I went to the police office, I said I did, Wang then talked about

where my family lives, my parents names, where my kids live, said he knows it all, that he is in dark and I am in light, warned me not to find it too late to cry, Wang1 threatened me like this, I then replaced all my mobile numbers contacted Wang1. So I never contact Wang1 after that.

16、被告人商凤起 2018 年 9 月 27日供述证明:

...有时陪着他去外面逛逛。过了一段时间亢天辉回到伊春来找我们，有一次我听见亢天辉和林某 1 聊天时说这样看着林某 1 是受人之托,目的就是不让林某 1 回到公司。托亢天辉办这件事的人是林 1 公司的人，林某 1 认识这个人。后来两人聊天时亢天 辉还提到史某的名字，当时林某 1 很吃惊，表示不相信这件事。我们在伊春待了两个多月，这期间亢天辉让林某 1 使用我的手机给他的妻子和姐姐打过好几次电话，林某 1 告诉他妻子在黑龙江伊春，让他妻子来伊春找他。他妻子说公司现在有很多欠账，让林某 1 回北京处理，林某 1 不相信他妻子的话，又给他姐姐打电话核实公司的情况。他姐姐也说确实公司欠了很多钱，让他回北京处理。但是林某 1 没有回北京，他和亢天辉商量去厦门。

16, Defendant SFQ confessed and proved on September 27, 2018:
...Lin1 sometime accompanied him outing a bit. After a while, KTH was back in Yichun for us, I once heard KTH told Lin in chat that he was entrusted to watch Lin as such,the purpose is block Lin going back to the company. It is someone from Lin's company, and Lin knows him. Later KTH mentioned the name of Shi, Lin was astonished on hearing that, Lin indicated he cannot believe it. We stayed in Yichun for over 2months. During which Lin called several times his wife and his sister, Lin told his wife he is in Yinchun Heilongjiang, asked his wife to come to Yichun for him. His wife said the company owes a lot, and asked Lin back to Beijing to deal with the matters. Lin did not believe what she said. Lin called again his sister to check about the company. His sister replied the company indeed owes a lot and asked him to go back to Beijing to solve it. But Lin did not go back to Beijing, he discussed with KTH to go Xiamen.

....在伊春市期间，林某 1 状态正常，他也没有提出过什么要求。亢天辉和林某 1 除了唠一些家常，有一次我听到亢天辉问林某 1 认不认识一个叫史某的人，林某 1 说认识，亢天辉就说这事儿是史某让一个叫南哥的人办的，是南哥把林某 1 交到我们手上，为的就是不让林某 1 在他自己的公司露面，说是公司里有一个什么交易，现在不能让林某 1 出现，等交易完成之后林某 1 再出现就没事儿了。我只听到这些，具体他们之间说的林某 1 什么公司我也不知道，说的什么交易我也不明白，当时林某 1 还表示不相信亢天辉说的这些，其他的我就不知道了。在天津以及在伊春的初期，我和林某 1 之间基本不怎么说话，后来在伊春我和林某 1一起出门吃饭买东西的时候，才开始慢慢聊聊天，但说的都不深入，他只是跟我提起过他开了一家叫某科技的公司，转给他姐姐了，还提起过他媳妇,说是在什么

地方上班，其他我都想不起来了，也都没说啥。

......During his stay in Yichun, Lin acted normal. He did not raise any requirements. Besides some fill-in chats between KTH and Lin, once I heard KTH asked if Lin1 knows Shi, Lin1 said yes, KTH then told Lin1 it was Shi directed Nan to do this on Lin1. It was Nan who hand over Lin1 to us, in order to block Lin1 to show up in the company, as there is a somewhat deal ongoing, thus Lin1 is not allowed to show up until the deal closed. I only heard this much. I don't know the specific company of Lin1 they mentioned. I don't understand the deal they mentioned. At that time Lin1 did not believe what KTH told him. I don't know the rest. While in Tianjin and in early days in Yichun, I didn't talk with Lin much. Later I went eating out and shopping with Lin in Yichun, we then chatted warmups but not deeply. He only mentioned he runs a tech company which transfered to his sister, also mentioned his wife who works somewhere which I cannot recall. Nothing much we chatted.

...为什么中途换卡我也不清楚。林某 1 只是给他姐姐和他媳妇打过电话，打了很多次，没有给其他人打过。我听到的就是林某 1 问问家里的情况、公司的情况，有一次林某 1 跟他媳妇还提到了史某，具体他媳妇怎么说的我就不知道了。我听林某 1 跟家人说过在黑龙江，应该是没有说过具体位置，还跟家人说自己目前状态挺好，别的就没有了。

... I am not sure why Lin changed SIM cards. Lin1 only called his sister and his wife, called many times, but not others. What I heard is Lin asking about his family, the company. Once Lin mentioned Shi to his wife, but I don't know what his wife said. I heard Lin1 told his family he is in Heilongjiang but probably not exact location, also told his family that he himself is in good condition. Nothing else.

... 8月12日，亢天辉同林某 1 说的那个公安局长联系了，但是对方当天不在，我们没有见到那个局长，后局长让我们去当地一个刑警队自首，具体局长跟亢天辉怎么说的我不清楚，后我就跟着亢天辉去了刑警队，做完笔录之后就把我们拘留了，后来北京的警察就过去把我们接回了北京。去自首前，亢天辉说警察问话的时候，让我跟警察说我只是陪着林某 1 来的，其他的什么都说不知道，还说之前跟林某 1 在一起期间听到的、看到的包括提到的史某、南哥等那些事儿都不要跟警察说，后来我到公安局后就一直什么都没说，但是经过警察这么长时间的教育，我现在明白了，我愿意把事情都跟警察说清楚。

...On Aug 12, KTH contacted the public security director that Lin1 mentioned, but the director was not there that day, we did not see the director. Later the director advised us to surrender ourselves to the local criminal police team . I didn't know what the director told KTH in details. After that, I followed KTH to the local criminal police. The police took our written confession then detained us. Later the Beijing police took us back to Beijing. Before we surrendered, KTH asked me to tell the police that I just accompanied Lin1 and answer "I don't know" to rest questions. He also asked me not to mention anything heard, seen while with Lin1, including those related to Shi, Nan, etc. That's why I did not say anything with PSB at first, but after

such a long period of police education, I now understand, and I would like to clarify with the police.

...在跟林某 1 在一起的整个过程中，亢天辉这次回来待了大约一周左右，期间林某 1 给家里打了两三次电话。亢天辉离开了十几天后又回来了，他和林某 1 聊天时提到了史某和南哥，好像是这两个人不让林某 1 露面，我就是断断续续听到几句，有时我和林某 1 聊天，但是他不说自己什么事儿，只是说以后想做什么等等。
...During my whole stay with Li1n, KTH came back and stayed for a bout a week, during which Lin1 called his family two or three times. KTH went off for over 10days and came back. He mentioned Shi and Nan in his chat with Lin, it sounds like these two would not let Lin show up. I only overheard very few. Sometimes I chatted with Lin. But he didn't say anything about himself, except what he would like to do in future.

上述证据经举证、质证，被告人亢天辉、商凤起对在天津和伊春非法拘禁林某 1 的事实供认不讳，和林某 1 的陈述相互印证。
The above evidence have been proved and cross-examined, Defendant KTH and SFQ confessed the facts of false imprisonment of Lin1 in Tianjin and Yichun, which is in mutual corroboration with Lin's statement.

...对二被告人关于在厦门期间没有拘禁林某 1 的辩解，本院不予采信，其他证据经举证、质证，本院对相互印证的部分予以采信。

... This court does not credit the defense of the two defendants denying false imprisonment of Lin in Xiamen, as for other evidence that have been proved and cross-examined, this court accepts the mutually corroborated part.

本院认为，被告人亢天辉、商凤起法制观念淡薄，非法拘禁他人，被告人的行为侵犯了他人人身权利，触犯了刑法，已构成非法拘禁罪，依法应予惩处。北京市朝阳区人民检察院指控被告亢天辉、商凤起犯非法拘禁罪的事实清楚，证据确实、充分，指控罪名成立。
This court finds that Defendant KTH, SFQ have weak legal sense, illegally imprisoned others, Defendants' acts infringed others' personal rights, violated the criminal law, that constitutes false imprison offence, should be punished according to law. The facts on which the Beijing Chaoyang District People's accused against the defendants KTH and SFQ for false imprison offence are clear, the evidence is true and sufficient, the offence accused is found established.

综上，根据被告人亢天辉、商凤起犯罪的事实、犯罪的性质、情节以及对于社会的危害程度，本院依照《中华人民共和国刑法》第二百三十八条第一款、第二十五条第一款、第六十一条、第四十五条、

第四十七条、第六十四条之规定，判决如下：

Accordingly, based on Defendant KTH, SFQ crime facts, crime nature, crime circumstances and extent injury to society, in accordance with Criminal Law of the People's Republic of China Article 238(1),25(1),61,45,47,and 64, this court decided sentences as below :

一、被告人亢天辉犯非法拘禁罪，判处有期徒刑二年六个月（刑期从判决执行之日起计算。判决执行

以前先行羁押的，羁押一日折抵刑期一日。即自2018 年 8月12日起至2021 年 2月11日止）。

1, The Defendant KTH is guilty for false imprisonment offence,and sentenced set term imprisonment of 2ys and 6months (term of imprisonment starts from judgment execution date.Each detain day prior to judgment execution shall deduct one day of the set term,i.e. Aug 12,2018 to Feb 11, 2021 )

二、被告人商凤起犯非法拘禁罪，判处有期徒刑二年三个月（刑期从判决执行之日起计算。判决执行

以前先行羁押的，羁押一日折抵刑期一日。即自2018 年 8月12日起至2020 年 11月11日止）。

2, The Defendant SFQ is guilty for false imprisonment offence,and sentenced set term imprisonment of 2 years and 3 months (term of imprisonment starts from judgment execution date.Each detain day prior to judgment execution shall deduct one day of the set term,i.e. Aug 12,2018 to Nov 11, 2020)

三、继续追缴亢天辉非法所得人民币一百五十五万、商凤起非法所得人民币二万八千元，予以没收。

3, Continued recovery from KTH ill-gotten gains as of RMB1.5million Yuan, SFQ ill-gotten gains as of RMB28000 Yuan, and both confiscated.

四、在案之房产一套、苹果牌手机二部，变价后折抵被告人亢天辉的非法所得款；在案之 OPPO 牌

手

机一部，予以没收。

4, Case involved real estate 1, Apple mobile 2, appraised and cashed for KTH ill gotten gains recovery; Case involved Apple mobile 1, confiscated.

如不服本判决，可在接到判决书的第二日起十日内，通过本院或者直接向北京市第三中级人民法院提

出上诉。书面上诉的，应当提交上诉状正本一份，副本二份。

If you do not accept the judgment, within 10 days from the next day on receipt of this judgment,you can appeal to Beijing 3rd Intermediate People's Court through this court or directly. If a written appeal is made, one original and two copies of the appeal shall be submitted.

审 判 长 徐清岱

Presiding judge Xu Qingdai

人民陪审员 王 萍

People's juror Wang Ping

人民陪审员 刘帅锋

People's juror Liu Shufeng

二〇二〇年九月二十三日

September 23, 2020

书 记 员 王 鑫

Court clerk Wang Xin