**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2022
```

WAYNE BALIGA,

                Plaintiff,

- against -

LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYOUNG SHI, JIA LIAN, XIA YU

                Defendant.

**18 Civ. 11642 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties are ordered to provide an update by March 18, 2022, regarding the status of actions taken to comply with the Court's Order to Show Cause (Dkt. No. 277).

**SO ORDERED.**

Dated:    March 17, 2022
            New York, New York

                                            Victor Marrero
                                            U.S.D.J.