# EXHIBIT A

 

**IN THE GRAND COURT OF THE CAYMAN ISLANDS**
**FINANCIAL SERVICES DIVISION**

February 7, 2022

**CAUSE NO: FSD 4 OF 2020 (MRHJ)**

**BETWEEN:**

**ROBERT W. SEIDEN, IN HIS CAPACITY AS**
**TEMPORARY RECEIVER OF LINK MOTION INC.**

**PLAINTIFF**

**AND:**

**LINK MOTION INC.**

**DEFENDANT**

### SUMMONS

LET ALL PARTIES CONCERNED attend before the Judge in Chambers at the Law Courts, George Town, Grand Cayman on the 23rd day of February, 2022 at 9.30am upon an application by the Plaintiff for the following orders:

1. Further to the Court's 3 February 2020 order recognizing the appointment, powers, and functions of the Plaintiff in the Cayman Islands:

    1.1. authorizing the Plaintiff to call an extraordinary general meeting of the shareholders of the Defendant for the purpose of putting the following resolutions to the shareholders as ordinary resolutions:

    1.1.1. that Mr Guo Lilin be appointed as a director of the Defendant;

    1.1.2. that Ming Dai be appointed as a director of the Defendant;

    1.1.3. that Weilin Guo be appointed as a director of the Defendant;

    1.1.4. that Hua Zeng be appointed as a director of the Defendant;

    1.1.5. that Xing Tang be appointed as a director of the Defendant; and

---

This Summons was filed by KSG, attorneys for the Plaintiff, whose address for service is 4th Floor Harbour Centre, 42 North Church Street, PO Box 2255, Grand Cayman KY1-1107, Cayman Islands [MR/02477]

        1.1.6.    that Li Wang be appointed as a director of the Defendant.

1.2.    authorizing the Plaintiff to call an extraordinary general meeting of the shareholders of the Defendant for the purpose of putting the following resolutions to the shareholders:

    1.2.1.    as special resolutions:

        1.2.1.1.    that Dr Shi Wenyong be removed as a director of the Defendant;

        1.2.1.2.    that Jun Zhang be removed as a director of the Defendant;

        1.2.1.3.    that Bruson Li be removed as a director of the Defendant;

        1.2.1.4.    that Jia Lian be removed as a director of the Defendant; and

        1.2.1.5.    that Xiao Yu be removed as a director of the Defendant.

    1.2.2.    as ordinary resolutions:

        1.2.2.1.    that the Defendant take all steps reasonably necessary to comply with the Order Granting Preliminary Injunction and Appointing Temporary Receiver dated 1 February 2019 made by the United States District Court for the Southern District of New York in case number 1:18-cv-11642 (the **US Court Order**); and

        1.2.2.2.    that all actions taken by the Plaintiff, and the Plaintiff's agents, since his appointment under the US Court Order on behalf of the Defendant were for the benefit of the Defendant and accordingly be and are ratified, sanctioned, adopted, and approved.

---

This Summons was filed by KSG, attorneys for the Plaintiff, whose address for service is 4th Floor Harbour Centre, 42 North Church Street, PO Box 2255, Grand Cayman KY1-1107, Cayman Islands [MR/02477]

2. Directing the Plaintiff to call the extraordinary general meetings in the same manner as nearly as possible as that in which general meetings are to be convened by the directors of the Defendant under the Defendant's Amended and Restated Articles of Association.

3. Such further orders or directions as counsel may advise or the Court considers just.

**DATED** this 7th day of February, 2022.

_KSG_

**KSG**
Attorneys for the Plaintiff

TO:                         The Registrar of the Financial Services Division

TIME ESTIMATE:   The estimated length of the hearing of this summons is 1 hour.

This Summons was filed by KSG, attorneys for the Plaintiff, whose address for service is 4th Floor Harbour Centre, 42 North Church Street, PO Box 2255, Grand Cayman KY1-1107, Cayman Islands [MR/02477]