```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAYNE BALIGA,

                Plaintiff,

    - against -

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYOUNG SHI, JIA LIAN, XIA YU

                Defendant.

**18 Civ. 11642 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

    In light of the ongoing public health emergency, the hearing on the Order to Show Cause (Dkt. No. 277) scheduled for Friday, March 25, 2022, at 12:00 p.m., will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    March 23, 2022
            New York, New York

                                          _____
                                              Victor Marrero
                                                U.S.D.J.