| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>WAYNE BALIGA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, ROLAN WU, and ZEMIN XU,<br><br>　　　　　　　　　Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/25/22<br><br>18 Civ. 11642 (VM)<br><br>ORDER |

**VICTOR MARRERO**, United States District Judge.

　　The Order to Show Cause enjoining the shareholder meetings of Link Motion Inc. and proposed shareholder resolutions (Dkt. No. 277) is hereby extended for ten (10) days. Until then, the parties shall discuss and endeavor to negotiate a standstill agreement to halt any shareholder meetings until the Court issues a ruling on any objections to Magistrate Judge Freeman's Report & Recommendation (Dkt. No. 275).

**SO ORDERED.**

Dated:　　March 25, 2022
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　U.S.D.J.