| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/5/2022 |
| WAYNE BALIGA,<br><br>                    Plaintiff,<br><br>          - against -<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br>VINCENT WENYOUNG SHI, JIA LIAN, XIA YU<br><br>                    Defendant. | 18 Civ. 11642 (VM)<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

Pursuant to Federal Rule of Civil Procedure 65(b)(2), the Court's temporary restraining order entered on March 16, 2022 (Dkt. No. 277), previously extended by ten days by Order dated March 25, 2022 (ECF Dkt. No. 292), is hereby extended up to and including the date on which the Court enters a ruling on objections to the Report & Recommendation and the Discharge Motion.

**SO ORDERED.**

Dated:     April 5, 2022
           New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.

1