| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/14/2022 |

WAYNE BALIGA,

                Plaintiff,

    - against -

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYOUNG SHI, JIA LIAN, XIA YU

                Defendants.

**18 Civ. 11642 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court previously referred all motions contemplated in the parties' submission in Dkt. Nos. 88 and 90. (See Dkt. No. 91.) The Court now clarifies that it also refers the motion to dismiss (Dkt. No. 261) to the assigned Magistrate Judge.

**SO ORDERED.**

Dated:    June 14, 2022
            New York, New York

                                        _____
                                          Victor Marrero
                                            U.S.D.J.