UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WAYNE BALIGA,

                          **Plaintiff,**                      18-CV-11642 (VM) (VF)

           -against-                      <u>**ORDER SCHEDULING ORAL ARGUMENT**</u>

LINK MOTION INC., et al.

                        **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    An oral argument in this matter with respect to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 261) is hereby scheduled for <u>**Wednesday, July 20, 2022, at 2:00 p.m.**</u> in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information.**

    SO ORDERED.

DATED:    New York, New York
                June 22, 2022

                                                            _____
                                                             VALERIE FIGUEREDO
                                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2022