UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WAYNE BALIGA,

                              **Plaintiff,**                    18-CV-11642 (VM) (VF)

        -against-                                **ORDER SCHEDULING ORAL ARGUMENT**

LINK MOTION INC., et al.

                            **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      An oral argument in this matter with respect to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 261) is hereby rescheduled for **Wednesday, August 3, 2022, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information.** The Clerk's Office is respectfully directed to close ECF No. 314.

      SO ORDERED.

DATED:    New York, New York
               July 5, 2022

                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge