UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

WAYNE BALIGA,

                         **Plaintiff,**                    18-CV-11642 (VM) (VF)

            -against-                    **ORDER SCHEDULING ORAL ARGUMENT**

LINK MOTION INC., et al.

                         **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    An oral argument in this matter with respect to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 261) is hereby rescheduled for **Monday, August 1, 2022, at 3:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information.**

    SO ORDERED.

DATED:    New York, New York
               July 12, 2022

                                                        _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2022