UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WAYNE BALIGA,

                Plaintiff,

   -against-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYONG SHI, ROLAND WU, and
ZEMIN XU,

                Defendants.
-----------------------------------------------------------------X

18-CV-11642 (VM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       For the upcoming oral argument with respect to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 261), scheduled for **Monday, August 1, 2022 at 3 p.m.**, the parties should be prepared to address all issues raised in the briefing, and specifically, whether Defendant LKM has standing to assert arguments in support of dismissal of claims against non-moving and unserved Defendants Wu and Xu. In addition, the parties should be prepared to discuss Defendant Shi's pending letter motion to unseal (see ECF Nos. 306, 309, 315, 391, 322). **SO ORDERED.**

DATED:    New York, New York
               July 26, 2022

                                                             _____
                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge