# General Registry
## CAYMAN ISLANDS

## Director Details

Entity Name:  **LINK MOTION INC.**

### Director Name

| |
|---|
| Bruson Li |
| Jia Lian |
| Jun Zhang |
| Lingyun Guo |
| Tiewei Li |
| Vincent Wu |
| Wenyong Shi |
| Xiao Yu |

Back to Entity Search

Terms & Conditions
General Registry | Ground Floor, Government Admin Building, Grand Cayman, Cayman Islands

**EXHIBIT 1**