UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WAYNE BALIGA,

                              Plaintiff,                     18-CV-11642 (VM) (VF)

            -against-                              **ORDER**

LINK MOTION INC., et al.

                             Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Pursuant to this Court's Order dated August 22, 2022 (ECF No. 329), granting in part and denying in part Defendant Vincent Wenyong Shi's letter motion requesting that certain "Sealed Documents" be unsealed and placed on the public docket in this action (ECF No. 306), the Receiver, Robert W. Seiden, Esq., was "directed to provide the Court, by no later than Monday, September 12, 2022: (1) proposed redactions to the Category 1 Documents;[1] (2) copies of the unredacted documents; and (3) a letter explaining the basis for the proposed redactions." ECF No. 329 at 5. The Order further provided that "[f]ollowing an *in camera* review of the proposed redactions, the Category 1 Documents will be unsealed and placed on the public docket." Id.

On September 12, 2022, counsel for the Receiver provided this Court with twelve "Category 1" documents that were originally filed under seal and stated that the Receiver did not propose any redactions to the documents. Counsel for the Receiver further stated that three of the twelve documents (the status reports dated May 2, 2020, May 20, 2020, and July 17, 2020) were

---

[1] Category 1 documents include "[s]tatus reports, letters, and other written communications to the Court concerning the activities of the Receivership." ECF No. 329 at 3 (citing ECF No. 319 at 1-2).

previously unsealed and filed on the docket (see ECF Nos. 220-2, 220-3, and 220-4). The Receiver is directed to file the remaining nine "Category 1" documents on the public docket in this action by no later than **Thursday, September 22, 2022.**

    **SO ORDERED.**

DATED:   New York, New York
             September 15, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge