# Robert W. Seiden

Court-Appointed Temporary Receiver for Link Motion Inc.
Pursuant to The Honorable Judge Victor Marrero of the
United States District Court, Southern District of New York

*HAND DELIVERED MONDAY OCT 7TH*

469 7th Avenue, 5th Floor
New York, New York 10018
Tel: (212) 523 - 0686
Email: rseiden@seidenlegal.com

**VIA FAX (212) 805-6382**

Hon. Victor Marrero
United States Courthouse
Southern District of New York
500 Pearl Street, Suite 1040
New York, New York 10007

October 7, 2019

**REQUEST FOR THIS LETTER AND THE ATTACHED INVOICES TO BE
MAINTAINED UNDER SEAL**

**Re: Interim Receiver Status Report and Fee Application of the Temporary Court-
Appointed Receiver of Link Motion, Inc. (Wayne Baliga v. Link Motion Inc. et al.
1:18-cv-11642)**

Dear Honorable Judge Marrero,

I write to you pursuant to your Honor's February 1, 2019 Order (the "Order") to
provide an interim status report. In addition, I respectfully request that your honor review
and if acceptable, approve the invoices of the Receiver and his professionals.

**Interim Status Report**

Pursuant to Section 8 of your Honor's Order, set forth below is a summary of the
key updates since the last-filed status report, filed on April 17, 2019.

1. The Receiver continues to work with and guide Kobre & Kim LLP, foreign legal
   counsel in Hong Kong as well as accounting firm KLC Corporate Advisory to assist
   him in his duties outside of the United States. The Receiver has recently engaged
   (with Court approval) KSG Attorneys at Law in the Cayman Islands to assist with
   securing and maintaining assets and with other issues related to corporate
   governance.

2. The Receiver and his U.S. counsel filed a required form 6-K with the SEC reporting
   that the Receiver has appointed a new director of the Hong Kong subsidiary of Link
   Motion, Inc. as well as removed and replaced the Legal Representative of the
   wholly foreign-owned enterprise ("WFOE") in the People's Republic of China.

# Robert W. Seiden

**Court-Appointed Temporary Receiver for Link Motion Inc.**
**Pursuant to The Honorable Judge Victor Marrero of the**
**United States District Court, Southern District of New York**

3. The Receiver, as Ordered by the Court, and upon advice of Hong Kong counsel, is participating in the arbitration proceedings in Hong Kong where the Company is a party. The arbitration tribunal issued its Procedural Order, which sets out the procedural timetable for the proceeding. The Order confirms the proposed dates of March 30 – April 3, 2020, and also schedules a pre-hearing conference for March 4, 2020. The governing law in the arbitration proceeding is New York law. Amiad Kushner, Esq. of Seiden Law Group LLP in New York will lead the arbitration litigation on behalf of the Receiver. Mr. Kushner is a very experienced arbitration attorney and has vast experience in Hong Kong arbitration proceedings. Counsel for the Receiver are currently working on a statement of Defense and Counterclaims on behalf of Link Motion, Inc., which will include legal authorities, briefing and testimonial evidence in support of Link Motion, Inc.'s defenses and counteclaims. In addition, the Receiver's staff continue to work diligently reviewing and analyzing contracts, legal documents and emails produced by DLA Piper, Marcum, Skadden Arps and Loeb & Loeb for purposes of evaluating the complex financial transactions entered into by Link Motion, Inc. with various related and unrelated entities. This evaluation will help inform the arbitrators and ongoing Chinese legal proceedings.

4. The Receiver, upon advice of counsel, continues its work to identify, secure and preserve assets of Link Motion, Inc., including sending formal letters to commercial partners in the United States ensuring that they are aware of the Receivership orders in the U.S. and Hong Kong.

5. The Receiver continues to seek cooperation from former Officer and Directors of Link Motion, Inc. and former counsel to Link Motion and the Special Committee and follows up on demands for information as well as formal letters requesting information and compliance with the Courts Order.

6. The Receiver and his team analyzed documents and communication records produced by third party service providers in the US that had been engaged by the Company.

7. The Receiver in concert with the Hong Kong co-Receiver and their legal counsel had previously taken formal control of Link Motion, Inc.'s Hong Kong subsidiary and this has been formally recognized by the Hong Kong company registry offices in Hong Kong. The Receiver then began to take the proper steps to gain formal control of the wholly foreign-owned enterprise (WFOE) in the People's Republic of China and that entity's bank assets. The Receiver has appointed Mr. Lilin Guo to act as Chairman and legal representative of Link Motion, Inc. inside the PRC. Mr. Guo has successfully negotiated with other significant Link Motion, Inc. shareholders inside the PRC to assist in the process of gaining control of the VIE contracts that ultimately maintain control over the Link Motion, Inc. PRC subsidiaries. These activities are ongoing and include legal proceedings inside

# Robert W. Seiden

Court-Appointed Temporary Receiver for Link Motion Inc.
Pursuant to The Honorable Judge Victor Marrero of the
United States District Court, Southern District of New York

China. The Receiver has also continued to work with Mr. Jianfeng Li who has provided translation and advisory services inside China.

8. The Receiver has interviewed management from Link Motion, Inc.'s Finland operation in regards to possibilities for monetizing the Company's intellectual property.

## Receivership Account and Invoices

Section 5 of your Honor's Order provides for a bank account "to fund the Receivership including the compensation and expenses of the Receiver, which are subject to the approval of the Court." The Court ordered that Link Motion, Inc. "cooperate with the Receiver in establishing and funding the Receivership Account" with a minimum balance of $100,000. Link Motion, Inc. has not complied with this order and no funds have been provided.

Section 6 of the Order states, "The Receiver and his professionals shall be paid on an hourly basis at a reasonable and customary rate for such work to be approved by the Court and paid promptly out of the Receivership Estate . . . Payment of the Receiver's compensation and expenses shall have priority over all other obligations, payments, or distributions of the Company." The Receiver respectfully requests that the attached invoices be reviewed by your honor, and subject to your approval, permit the Receiver to pay invoices to professionals and the Receiver who have been working tirelessly on this matter since February 1, 2019. The Receiver has carefully reviewed each invoice and believes they are fair and reasonable under the circumstances. The Receiver respectfully requests this Court's approval to pay the invoices upon approval of the Court from the Link Motion, Inc. funds that have been received in the Receiver escrow trust account.

Please do not hesitate to contact me via email or telephone if your honor wishes to discuss this request in more detail.

Respectfully submitted,

Robert W. Seiden, Esq.
Court-Appointed Temporary Receiver for
Link Motion, Inc.