UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BALIGA,

                Plaintiff,

- against -

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYOUNG SHI, JIA LIAN, XIAO YU,

                Defendants.

No. 1:18-cv-11642-VM-DCF

**DECLARATION OF MICHAEL JAMES MALONEY IN SUPPORT OF
MOTION FOR RELIEF FROM ORDER DENYING IN PART MOTION
TO UNSEAL RECORDS**

MICHAEL JAMES MALONEY declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney duly admitted to practice law before the United States District Court for the Southern District of New York. I am a partner of Felicello Law P.C. and counsel of record for Defendant Vincent Wenyong Shi ("Dr. Shi") and Link Motion Inc. (the "Company" or "LKM").

2. I make this declaration in support of the motion by Dr. Shi and the Company for relief from that part of the Court's August 22, 2022 order, Dkt. 329 (the "Order") that denied the request to unseal "Category 3 Documents" concerning a note agreement between the court-appointed receiver, Robert W. Seiden (the "Receiver"), and his agent in China, Lilin "Francis" Guo ("Guo").

3. The papers in support of the original motion were filed on the docket at Dkt. 306, 309, 310, and 315.

4. The Honorable Magistrate Judge Valerie Figueredo heard argument on August 1, 2022. Dkt. 326 at 69-90.

1

5. The Court issued the Order on August 22, 2022. Dkt. 329.

6. On August 25, 2022, the Honorable Victor Marrero issued a Decision and Order granting Dr. Shi's motion to discharge the Receiver and directing the Receiver to account. Dkt. 331.

7. On September 22, 2022, the Receiver filed a letter stating that Guo's disappearance was not related to the Company and that he would reappear within 30-60 days. Dkt. 351.

8. Wherefore, Dr. Shi and the Company respectfully requests the Court grant reconsideration, pursuant to Rule 60(b)(1), (2), and (6), and order that the Category 3 Documents be unsealed and produced immediately to counsel for Dr. Shi and the Company, and granting such other and further relief and the Court deems appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 28, 2022

                                                               */s/ Michael James Maloney*
                                                                  Michael James Maloney