```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAYNE BALIGA, et al.,

                Plaintiffs,

    - against -

LINK MOTION, INC. et al.,

                Defendants.

**18-cv-11642 (VM)**

**SCHEDULING ORDER**

**VICTOR MARRERO, United States District Judge.**

On August 25, 2022, the Court ordered the parties to submit a "proposed schedule for conducting an accounting of the receivership." (Dkt. No. 331 at 23.) Unable to agree on a joint proposal, the parties submitted competing schedules on September 26, 2022. (See Dkt. Nos. 354 & 355.) The Court has reviewed the proposals and hereby orders the following schedule:

- On or before November 18, 2022, the Receiver will file with the Court an accounting of the receivership together with any supporting documentation (the "Accounting"). The Receiver may serve with his Accounting a memorandum of law in support.

- On or before December 16, 2022, the parties may serve on the Receiver requests to supplement the Accounting with any additional documentation (the

1

"Supplemental Documentation"). If no party requests Supplemental Documentation from the Receiver, then the parties will on or before December 21, 2022 either (1) file a joint letter, advising the Court that the Accounting is complete, or (2) file objections to the Accounting, not to exceed three pages per side.

- If any party requests Supplemental Documentation, then:
    - The Receiver shall produce any Supplemental Documentation requested, to the extent it is reasonably accessible, by January 20, 2023.
    - On or before February 3, 2023, the parties and the Receiver shall either (1) file a joint letter informing the Court that the Accounting is complete; or (2) file objections to the Accounting, not to exceed three pages per side.
    - The Accounting will be complete once the Court accepts the joint letter filed by the parties and the Receiver, or on the date which the Court makes a final determination with respect to any objections to the Accounting.

- As part of any objections filed, the parties and the Receiver shall certify that they have met and conferred in good faith to resolve (1) any disputes over objections to the Accounting or (2) any disputes regarding negotiations over the Receiver's duty to provide the Supplemental Documentation, prior to seeking the Court's intervention.
- The Court will determine if an evidentiary hearing is necessary upon review of the submissions.

**SO ORDERED.**

Dated:     September 29, 2022
           New York, New York

_____
                     Victor Marrero
                       U.S.D.J.