UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WAYNE BALIGA,

                    Plaintiff,              18-CV-11642 (VM) (VF)

      -against-                        **ORDER**

LINK MOTION INC., et al.

                    Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On September 28, 2022, Defendants Vincent Wenyong Shi and Link Motion Inc. f/k/a NQ Mobile Inc. filed a motion (see ECF Nos. 356-58) seeking relief, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, from part of this Court's Order dated August 22, 2022 (ECF No. 329), denying Defendant Shi's letter motion (ECF No. 306) requesting that certain "Category 3" Documents (as defined in ECF No. 329) be unsealed and placed on the public docket. The Receiver, Robert W. Seiden, Esq., is directed to file a response by no later than **Wednesday, October 19, 2022**.

      SO ORDERED.

DATED:    New York, New York
              September 29, 2022

                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge