**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAYNE BALIGA,

      Plaintiff,

  - against -

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYOUNG SHI, JIA LIAN, XIAO YU,

      Defendants.

No. 1:18-cv-11642-VM-VF

### ORDER TO SHOW CAUSE TO ENJOIN RECEIVER FROM CONVENING EXTRAORDINARY GENERAL MEETINGS

Upon the declaration of Michael James Maloney, dated September 29, 2022, and all exhibits attached thereto, and the accompanying memorandum of law dated September 29, 2022, all documents referenced therein and attached thereto, and all papers submitted in support of the prior motion, Dkt. 276, 290, and 291, it is

**ORDERED** that Robert W. Seiden, as temporary receiver ("Receiver") of defendant Link Motion Inc., f/k/a NQ Mobile Inc. (the "Company") show cause before a motion term of this Court at room ___, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York on _____, 2022 at ___ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Federal Rule of Civil Procedure 65 enjoining the Receiver from convening any extraordinary general meetings ("EGMs") of the Company pending a final ruling on his accounting and discharge; and it is further

**ORDERED** that, sufficient reason having been shown therefor, pending the hearing of application by defendants Vincent Wenyong Shi ("Dr. Shi") and the Company for (1) reconsideration, pursuant to Local Rule 6.3 and Ruled 60(b) of the Fed. R. Civ. P., of the Court's

1

September 15, 2022 decision and order denying the prior motion for a preliminary injunction to enjoin the Receiver from convening EGMs (Dkt. 338), and (2) entry of a preliminary injunction, pursuant to Rule 65 of the Fed. R. Civ. P., enjoining the Receiver from convening EGMs, the Receiver is temporarily enjoined from convening, directly or indirectly, any EGMs of the shareholders of the Company.

**ORDERED** that service by email and ECF upon Plaintiff or his counsel and Receiver or his counsel on or before _____ shall be deemed good and sufficient service thereof.

Dated: New York, New York

_____, 2022

_____
United States District Judge