2022/9/23 00:34          NQ Mobile - Qichacha

# NQ Mobile  [Existing]

Institutional Investor ▶    Small & Micro Enterprise    Judicial Case 1 ▶            Updated on August 26, 2022

# Scientific research and technical service industry   # Technology promotion and application service industry   # Technology promotion service   # Other technology promotion services    # Beijing    # Daxing District    #Kechuang 13th Street

Views: 3058    Legal representative: Li Hexia  Associated with 2 enterprises >    Unified social credit code: 911103023960367038    Edit company information

I want to claim   Tel.: 010-85655555   More 1   Enterprises with the same contact number 7   Official website:   http://www.lkmotion.com

Email: xuying@lkmotion.com More 1

Room 107, Floor 1, Building 6, Yard 18, Kechuang 13th Street, Beijing Economic-Technological Development Area, Beijing Nearby enterprises Latest Annual Report Address   Enterprises with the same address 3

Brief introduction: NQ Mobile was established on September 29, 2014, with its legal representative being Li Hexia, registered capital of USD 80 million, unified social credit code 911103023960367038, enterprise... More

| Property clue | Enterprise group: Link Motion | Institutional investor: Link Motion | Equity Penetration Chart |
|---|---|---|---|
| Clue 2   Estimated Value 10 | Member 6   Risk 229 | Investment Project 6   Investment Event 6 | Exploration of the deep equity structure |

| Own risk 0 | Related risk 0 | Historical risk 1 | Sensitive public opinion 0 | Prompt message 7 | Check the risks | June 4, 2019  New announcement of court session, with course of action: Labor ...... | View dynamic information |
|---|---|---|---|---|---|---|---|

| **Basic information** 21 | Legal action 2 | Business risk | Business information 2 | Enterprise development 10 | Intellectual property 8 | Historical information 9 |
|---|---|---|---|---|---|---|

| Qichacha Profile | Industrial and Commercial Information | Shareholder Information 1 | Key Personnel 2 | Outward Investment 0 | Change Record 9 | Ultimate Beneficiary | Actual Controller | Collaborative Shareholder 0 | Controlling Enterprise 0 | Indirect Holding Enterprise 0 | Suspected Relationship 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Parent Company 0 | Branch 0 | Independent Publicity for Industrial and Commercial Information 0 | Financial Analysis | Cross Sectional Analysis | Financial Data 0 | Global Affiliate 1 | | | | | |

## Qichacha Profile

                        

Relationship Profile   Enterprise Profile   Equity Penetration Chart   Equity Structure Chart   Beneficial Shareholder   Equity Distribution   Related Party Identification Chart   Actual Controller   Risk Profile

**Industrial & commercial information**   Historical industrial & commercial information 1        Text description > View the snapshot of the official website of industrial and commercial bureau   Qichacha

| Unified social credit code | 911103023960367038 | Enterprise name | NQ Mobile | | |
|---|---|---|---|---|---|
| Legal representative | Li  Li Hexia   Associated with 2 enterprises > | Registration status | Existing (in business, open, registered) | Date of establishment | September 28, 2014 |
| | | Registered capital | USD 80 million | Paid-in capital | USD 80million |
| Organization code | 39603670-3 | Industrial & commercial registration No. | 110000450268458 | Taxpayer ID No. | 911103023960367038 |
| Enterprise type | Limited liability company (sole proprietorship from Taiwan, Hong Kong and Macao) | Business term | September 28, 2014 to September 27, 2044 | Taxpayer qualification | General taxpayer |
| Industry | Technology promotion and application service industry | Region of affiliation | Daxing District, Beijing | Registration authority | Market Supervision Administration of Beijing Economic-Technological Development Area |
| Number of staff | Less than 50 persons | Number of insured staff | 6    (2020 Annual Report) | Date of approval | February 20, 2022 |
| English Name | Beijing Wangqin Mobile Technology Co., Ltd.    (automatic translation - Update ) | | | Import and Export Enterprise ID | - |
| Registered address | Room 107, Floor 1, Building 6, Yard 18, Kechuang 13th Street, Beijing Economic-Technological Development Area, Beijing Nearby enterprises Enterprise with same address 3 | | | | |
| Business scope | Room 215, 2F, Building 6, Yard 18, Kechuang 13th Street, Beijing Economic-Technological Development Area    (2020 Annual Report) | | | | |
| Business scope | Development, design and manufacturing of computer and mobile device software; development and design of computer hardware and mobile device; provision of technical consultation and service; sales of self-produced software products.  (The market entities shall independently choose business items and carry out business activities in accordance with the law. Items subject to approval according to law shall be carried out after being approved by relevant authorities in accordance with approved contents, excluding those prohibited or restricted by industrial policies of the city or the country.) | | | | |

Shareholder information

| Industrial & Commercial Registration 1 | Historical Shareholder Information 1 | Historical Shareholder Backup 2 | Equity Structure > | Subscription Amount | Shareholding Ratio | Qichacha |
|---|---|---|---|---|---|---|
| S/N | Shareholders and capital contribution information | | Shareholding proportion | Subscribed contribution amount (USD ten thousand) | Date of subscribed capital contribution | Date of participation |
| 1 | Link Motion International Limited  Hong Kong, China   Majority Shareholder   Actual Controller | | 100% | 8000 | September 28, 2019 | February 20, 2022 |

Key personnel

Ex B to 9/29/22 Maloney Decl.

| Key Personnel 2 | Historical Key Personnel 5 | | | Qichacha |
|---|---|---|---|---|
| S/N | Name | | Title | Shareholding proportion |
| 1 | Li   Li Hexia   Ultimate beneficiary ▶ | Associated with 2 enterprises > | Executive Director, Manager and Legal Representative | - |
| 2 | Wang   Wang Ying | Associated with 3 enterprises > | Supervisor | - |

| Change Record 9 | | | All types ▼ | Qichacha |
|---|---|---|---|---|
| S/N | Alteration date | Alteration items | Before alteration | After alteration |
| 1 | February 20, 2022 | Altered name or designation of shareholders | NQ INTERNATIONAL LIMITED, Foreign (Regional) Enterprise | Link Motion International Limited ) [Added] Foreign (Regional) Enterprise |
| 2 | February 20, 2022 | Legal representative The one marked with * is the legal representative | Nie Youdi | Li Hexia * |
| 3 | February 20, 2022 | Directors (Trustees), Managers and Supervisors The one marked with * is the legal representative | Nie Youdi [Quit] Wu Jiang [Quit] | Li Hexia * [Added] Wang Ying [Added] |
| 4 | August 03, 2020 | Domicile | Room 215, Floor 2, Building 6, Yard 18, Kechuang 13th Street, Beijing Economic-Technological Development Area, Beijing | Room 107, Floor 1, Building 6, Yard 18, Kechuang 13th Street, Beijing Economic-Technological Development Area, Beijing |
| 5 | December 22, 2019 | Legal representative | Xu Zemin | Nie Youdi |
| 6 | December 22, 2019 | Directors (Trustees), Managers and Supervisors | Wu Jiang , Supervisor Xu Zemin , Manager [Quit] Xu Zemin , Executive Director [Quit] | Wu Jiang , Supervisor Nie Youdi , Executive Director [Added] Nie Youdi , General Manager [Added] |
| 7 | August 22, 2016 2016-08-22 | Domicile | Room 408-36 (Centralized Office Area), Building 8, No. 1, Disheng North Street, Beijing Economic-Technological Development Area | Room 215, Floor 2, Building 6, Yard 18, Kechuang 13th Street, Beijing Economic-Technological Development Area, Beijing |
| 8 | July 20, 2015 | Legal representative | Lin Yu | Xu Zemin |
| 9 | July 20, 2015 | Directors (Trustees), Managers and Supervisors | Shi Wenyong , Supervisor [Quit] Lin Yu , Manager [Quit] Lin Yu , Executive Director [Quit] | Xu Zemin , Manager [Added] Xu Zemin , Executive Director [Added] Wu Jiang , Supervisor [Added] |

Ultimate beneficiary ⓘ                    Beneficial owner identification based on the document 235 of the People's Bank Of China>                    Qichacha

**Beneficial owner 1**

| S/N | Name of beneficial owner | Ultimate beneficial shares | Benefit type | Job title | Reason for determining |
|---|---|---|---|---|---|
| 1 | Li   Li Hexia   As a beneficial owner of 2 enterprises > | - | Legal Representative/Principal, Key Management Personnel | Legal Representative, Executive Director, General Manager | Failure to identify by penetration the natural person who owns 25% or more of the company's equity or voting rights makes legal representative/principal and key management personnel be treated as the ultimate beneficiary |

Beneficial natural person 1                                                                                                      Qichacha

| S/N | Name of beneficial natural person | Ultimate beneficial shares | Benefit type | Job title |
|---|---|---|---|---|
| 1 | Li   Li Hexia   As a beneficial owner of 2 enterprises > | - | Legal Representative/Principal, Key Management Personnel | Legal Representative, Executive Director, General Manager |

Actual Controller ⓘ                                                                                                               Qichacha

NQ Mobile

# 北京网秦移动科技有限公司 存续

投资机构 ▸   小微企业   司法案件 1个 ▸

#科学研究和技术服务业  #科技推广和应用服务业  #技术推广服务  #其他技术推广服务  #北京市  #大兴区  #科创十三街

2022-08-26更新

法定代表人： 黎何霞  关联2家企业 >   统一社会信用代码： 911103023960367038   编辑企业信息

浏览量：3058   电话： 010-85655555  更多 1  同电话企业 7   官网： http://www.lkmotion.com

我要认领   邮箱： xuying@lkmotion.com  更多 1

地址： 北京市北京经济技术开发区科创十三街18号院6号楼1层10...  附近企业  最新年报地址  同地址企业 3

简介：北京网秦移动科技有限公司成立于2014-09-29，法定代表人为黎何霞，注册资本为8000万美元，统一社会信用代码为911103023960367038，企业地...  展开

| 财产线索 | 企业族群：凌动智行 | 投资机构：凌动智行 | 股权穿透图 |
|---|---|---|---|
| 财产类型 2  线索数量 10 | 成员 6  风险 229 | 投资项目 6  投资事件 6 | 挖掘深层股权结构 |

自身风险 0   关联风险 0   历史风险 1   敏感舆情 0   提示信息 7   查看风险   2019-06-14 新增开庭公告，案由：劳动...  查看动态

| 基本信息 21 | 法律诉讼 2 | 经营风险 | 经营信息 2 | 企业发展 10 | 知识产权 8 | 历史信息 9 |
|---|---|---|---|---|---|---|

查查图谱  工商信息  股东信息 1  主要人员 2  对外投资 0  变更记录 9  最终受益人  实际控制人  协同股东 0  控制企业 0  间接持股企业 0  疑似关系 8
总公司 0  分支机构 0  工商自主公示 0  财务简析  同业分析  财务数据 0  全球关联企业 1

## 查查图谱

        

关系图谱　企业图谱　股权穿透图　股权结构图　企业受益股东　企业股权分布　关联方认定图　实际控制人　风险图谱

## 工商信息   历史工商信息 1

文字介绍 >   查看工商官网快照

| | | | | | | |
|---|---|---|---|---|---|---|
| 统一社会信用代码 | 911103023960367038 | 企业名称 | 北京网秦移动科技有限公司 | | | |
| 法定代表人 | 黎何霞  关联2家企业 > | 登记状态 | 存续（在营、开业、在册） | 成立日期 | 2014-09-28 | |
| | | 注册资本 | 8000万美元 | 实缴资本 | 8000万美元 | |
| 组织机构代码 | 39603670-3 | 工商注册号 | 110000450268458 | 纳税人识别号 | 911103023960367038 | |
| 企业类型 | 有限责任公司（台港澳法人独资） | 营业期限 | 2014-09-28 至 2044-09-27 | 纳税人资质 | 一般纳税人 | |
| 所属行业 | 科技推广和应用服务业 | 所属地区 | 北京市大兴区 | 登记机关 | 北京经济技术开发区市场监督管理局 | |
| 人员规模 | 少于50人 | 参保人数 | 6（2020年报） | 核准日期 | 2022-02-20 | |
| 英文名 | Beijing Wangqin Mobile Technology Co., Ltd.（自动翻译 更新） | 进出口企业代码 | - | | | |
| 注册地址 | 北京市北京经济技术开发区科创十三街18号院6号楼1层107  附近企业  同地址企业 3 | | | | | |
| 最新年报地址 | 北京市北京经济技术开发区科创十三街18号院6号楼2层215房间 （2020年报） | | | | | |
| 经营范围 | 计算机及移动设备软件的开发、设计、制作；计算机硬件及移动设备的开发、设计；提供技术咨询和技术服务；销售自行生产的软件产品。（市场主体依法自主选择经营项目，开展经营活动；依法须经批准的项目，经相关部门批准后依批准的内容开展经营活动；不得从事国家和本市产业政策禁止和限制类项目的经营活动。） | | | | | |

## 股东信息 1

股权结构 >   认缴金额 ▾   持股比例 ▾

| 序号 | 股东及出资信息 | 持股比例 | 认缴出资额(万美元) | 认缴出资日期 | 参股日期 |
|---|---|---|---|---|---|
| 1 | 凌动智行国际有限公司（Link Motion International Limited）<br>中国香港　大股东　实际控制人 ▸ | 100% | 8000 | 2019-09-28 | 2022-02-20 |

 开通 SVIP

## 主要人员

**主要人员 2**　历史主要人员 5　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　@企查查

| 序号 | 姓名 | | 职务 | 持股比例 |
|---|---|---|---|---|
| 1 | 黎　黎何霞<br>最终受益人 ▸ | 关联2家企业 > | 执行董事,经理,法定代表人 | - |
| 2 | 王　王莹 | 关联3家企业 > | 监事 | - |

**变更记录 9**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　全部类型 ▼　@企查查

| 序号 | 变更日期 | 变更项目 | 变更前 | 变更后 |
|---|---|---|---|---|
| 1 | 2022-02-20 | 股东改变姓名或名称 | NQ INTERNATIONAL LIMITED,外国（地区）企业 | 凌动智行国际有限公司（Link Motion International Limited）【新增】<br>外国（地区）企业 |
| 2 | 2022-02-20 | 法定代表人<br>带有*标记的为法定代表人 | 聂友弟 | 黎何霞* |
| 3 | 2022-02-20 | 董事（理事）、经理、监事<br>带有*标记的为法定代表人 | 聂友弟【退出】<br>吴疆【退出】 | 黎何霞*【新增】<br>王莹【新增】 |
| 4 | 2020-08-03 | 住所 | 北京市北京经济技术开发区科创十三街18号院6号楼2层215房间 | 北京市北京经济技术开发区科创十三街18号院6号楼1层107 |
| 5 | 2019-12-22 | 法定代表人 | 许泽民 | 聂友弟 |
| 6 | 2019-12-22 | 董事（理事）、经理、监事 | 吴疆,监事<br>许泽民,经理【退出】<br>许泽民,执行董事【退出】 | 吴疆,监事<br>聂友弟,执行董事【新增】<br>聂友弟,总经理【新增】 |
| 7 | 2016-08-22 | 住所 | 北京市北京经济技术开发区地盛北街1号8号楼408室-36（集中办公区） | 北京市北京经济技术开发区科创十三街18号院6号楼2层215房间 |
| 8 | 2015-07-20 | 法定代表人 | 林宇 | 许泽民 |
| 9 | 2015-07-20 | 董事（理事）、经理、监事 | 史文勇,监事【退出】<br>林宇,经理【退出】<br>林宇,执行董事【退出】 | 许泽民,经理【新增】<br>许泽民,执行董事【新增】<br>吴疆,监事【新增】 |

**最终受益人**　ⓘ　　　　　　　　　　　　　　　　　　　　　　　　　　　基于央行235号文的受益所有人识别 >　@企查查

**受益所有人 1**

| 序号 | 受益所有人名称 | 最终受益股份 | 受益类型 | 任职类型 | 判定理由 |
|---|---|---|---|---|---|
| 1 | 黎　黎何霞<br>作为受益所有人2家企业 > | - | 法定代表人/负责人，关键管理人员 | 法定代表人，执行董事，经理 | 未能穿透识别出拥有或超过25%公司股权或者表决权的自然人，将法定代表人/负责人，关键管理人员视同为最终受益人 |

**受益自然人 1**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　@企查查

| 序号 | 受益自然人名称 | 最终受益股份 | 受益类型 | 任职类型 |
|---|---|---|---|---|
| 1 | 黎　黎何霞<br>作为受益所有人2家企业 > | - | 法定代表人/负责人，关键管理人员 | 法定代表人，执行董事,经理 |

**实际控制人**　ⓘ　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　@企查查

| 北京网秦移动科技有限公司 |
|---|


开通 SVIP

CERTIFICATE OF TRANSLATION

      I, Tian Liang, hereby certify, pursuant to 28 U.S.C. § 1746, that I am competent to translate from Mandarin Chinese into English and that the attached translation of the document entitled "NQ_Mobile_QCC_20220923.pdf", dated September 23, 2022, is a true and accurate translation, to the best of my abilities, of the original annexed hereto.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:   September 29, 2022

                                                                       Tian Lian