```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/3/2022__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAYNE BALIGA,

                              Plaintiff,

              - against -

LINK MOTION, INC. et al.,

                              Defendants.

**18 Civ. 11642 (VM)**

**AMENDED ORDER**
**OF REFERENCE**
**TO A MAGISTRATE JUDGE**

**VICTOR MARRERO, United States District Judge.**

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X**   Specific Non-Dispositive Motion/Dispute: *
<u>The motions and letters regarding the Receiver's accounting contemplated by Dkt. No. 359 (requesting Report and Recommendation).</u>

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____
_____

___   All such motions:

* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated:  October 3, 2022
        New York, New York

_____
VICTOR MARRERO
U.S.D.J.