# EXHIBIT A



**MAPLES**
GROUP

| | |
|---|---|
| **Our ref** | 661944 |
| **Direct tel** | +852 3655 9021 |
| **Email** | Christy.poon@maples.com |

**By Email:   vincent@lkmotion**

**Cc: asklar@seidenlawgroup.com; sseiden@seidenlawgroup.com; nfrancis@seidenlawgroup.com; rseiden@seidenlawgroup.com; akushner@seidenlawgroup.com; xzhang@seidenlawgroup.com**

Link Motion Inc.
No 4. Building,
11 Heping Li East Street
Dongcheng District
Beijing 100013
The People's Republic of China

Att: The Directors

17 October 2022

Dear Sirs

**Link Motion Inc. (formerly known as NetQin Mobile Inc.) (the "Company")**

We refer to the Registrar Agreement between Maples Fund Services (Cayman) Limited (the "**Registrar**") and the Company dated 20 June 2011 (the "**Agreement**").

Under Clause 17.2(c)(i) of the Agreement, either party may terminate the Agreement at any time by giving notice in writing to the other party if the other party goes into liquidation or if a receiver is appointed to any of the other party's assets.  By an order dated 1 February 2019, the United States District Court for the Southern District of New York appointed Robert W. Seiden as the receiver of the Company.  The Company remains in receivership as at the date of this letter.

In light of the above, the purpose of this letter is to give the Company notice that the Registrar has elected to terminate the Agreement in accordance with Clause 17.2(c)(i) of the Agreement.  As such, we notify you that the Agreement is hereby terminated with immediate effect as of the date of this letter, and we will cease to provide any services under the Agreement as of such date.   This termination is without prejudice to any rights of the Registrar under the Agreement, including the right to pursue payment in respect of outstanding amounts.

Yours faithfully

Maples Fund Services (Cayman) Limited

**Maples Fund Services (Cayman) Limited**
PO Box 1093  Boundary Hall  Cricket Square  Grand Cayman  KY1-1102  Cayman Islands
Tel +1 345 945 7099  Fax +1 345 945 7100  **maples.com**