# Exhibit A

**US Court Appointed Temporary Receivership - Link Motion Inc. Accounting**

|   | | Time period services rendered and completed | Date of Invoice or Date funds received | Receipts | Expenses | Exhibit |
|---|---|---|---|---|---|---|
| 1 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | February 1-28, 2019 | 2/28/2019 | | (96,767.40) | D |
| 2 | Invoice - Kobre & Kim Hong Kong | February 2019 | 3/20/2019 | | (124,577.55) | **E** |
| 3 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | March 1-31, 2019 | 3/31/2019 | | (84,801.19) | D |
| 4 | Invoice - Jianfeng Li (Frank) [Professional Interpreter] | February 4 - March 31, 2019 | 3/31/2019 | | (36,460.00) | G |
| 5 | Funds recovered from Link Motion, Inc. US (Texas office) held at CitiBank branch in Texas | | 4/2019 | 1,373.32 | | B |
| 6 | Invoice - Jianfeng Li (Frank) [Expert /Translator/Interpreter] | April 1-30, 2019 | 4/30/2019 | | (36,288.00) | **G** |
| 7 | Funds recovered from Link Motion Inc. Hong Kong | | 4/10/2019 | 181,808.88 | | B |
| 8 | Funds recovered from Link Motion International Ltd Hong Kong | | 4/23/2019 | 173,214.65 | | B |
| 9 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | April 1 - May 8, 2019 | 5/8/2019 | | (97,877.50) | D |
| 10 | Funds recovered from Apple Inc (business application revenue) | | 6/10/2019 | 110,952.01 | | C |

| # | Description | Period | Date | Amount | | Cat |
|---|---|---|---|---|---|---|
| 11 | Invoice - Kobre & Kim Hong Kong | March 1 - May 31, 2019 | 8/9/2019 | | (108,308.63) | E |
| 12 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | May 9 - June 21, 2019 | 6/25/2019 | | (96,467.50) | D |
| 13 | Funds recovered from FL Mobile Inc Hong Kong (from WFOE's SCB account) | | 7/8/2019 | 15,171.44 | | B |
| 14 | Funds recovered from DAPP Hong Kong (business application revenue) | | 7/8/2019 | 195,581.25 | | C |
| 15 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | June 22 - July 30, 2019 | 7/30/2019 | | (101,459.00) | D |
| 16 | Funds recovered from Facebook Ireland Ltd (business application revenue) | | 8/27/2019 | 105,265.29 | | C |
| 17 | Payment sent to the Supreme Peoples Court of China (fee for service of process under the Hague Convention) | | 9/6/2019 | | (1,295.00) | D |
| 18 | Invoice - Kobre & Kim Hong Kong | June 2019 | 8/9/2019 | | (49,638.28) | E |
| 19 | Invoice - Kobre & Kim Hong Kong | July 2019 | 8/22/2019 | | (45,912.18) | E |
| 20 | Invoice - Kobre & Kim Hong Kong | August 2019 | 9/24/2019 | | (12,812.17) | E |
| 21 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | July 31 - Sept 22, 2019 | 10/7/2019 | | (168,322.27) | D |
| 22 | Invoice - Jianfeng Li (Frank) [Expert/Translator/Interpreter] | May 1 - May 31, 2019 | 5/31/2019 | | (13,360.00) | G |

| # | Description | Period | Date | Amount | Amount | Ref |
|---|---|---|---|---|---|---|
| 23 | Invoice - Jianfeng Li (Frank) [Expert/Translator/Interpreter] | June 1 - July 31, 2019 | 7/31/2019 | | (12,520.00) | G |
| 24 | Funds recovered from Google LLC (buisenss application revenue) | | 10/29/2019 | 1,392,421.81 | | C |
| 25 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | September 23 - November 11, 2019 | 11/11/2019 | | (196,588.24) | D |
| 26 | Invoice - Jianfeng Li (Frank) [Expert/Translator/Interpreter] | August 1 - October 30, 2019 | 11/12/2019 | | (3,772.00) | G |
| 27 | Funds recovered from Facebook Ireland Ltd (business application revenue) | | 11/21/2019 | 16,155.70 | | C |
| 28 | Invoice - Kobre & Kim Hong Kong | September 2019 | 10/14/2019 | | (17,083.58) | E |
| 29 | Funds recovered from Facebook Ireland Ltd (business application revenue) | | 12/23/2019 | 7,596.63 | | C |
| 30 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | November 12 - December 31, 2019 | 12/31/2019 . | | (187,171.66) | D |
| 31 | Invoice - Kobre & Kim Hong Kong | October 2019 | 12/2/2019 | | (12,456.82) | E |
| 32 | Invoice - Kobre & Kim Hong Kong | November 2019 | 12/23/2019 | | (6,338.11) | E |
| 33 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | January 1-31, 2020 | 1/31/2020 | | (133,863.51) | D |

3

| # | Description | Period | Date | Amount | |
|---|---|---|---|---|---|
| 34 | Invoice - Kobre & Kim Hong Kong | December 2019 | 2/3/2020 | (1,280.29) | E |
| 35 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | February 1-29, 2020 | 2/29/2020 | (112,760.36) | D |
| 36 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | March 1-31, 2020 | 3/31/2020 | (69,175.89) | D |
| 37 | Invoice - Kobre & Kim Hong Kong | February 2020 | 4/8/2020 | (1,545.00) | E |
| 38 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | April 1-30, 2020 | 4/30/2020 | (65,311.09) | D |
| 39 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | May 1-31, 2020 | 5/31/2020 | (173,168.14) | D |
| 40 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | June 1-30, 2020 | 6/30/2020 | (74,390.02) | D |
| 41 | Invoice - KSG Attorneys at Law Cayman Islands | June 2020 (Invoice 4803) | 6/11/2020 | (5,914.63) | H |
| 42 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | July 1-31, 2020 | 7/31/2020 | (148,246.63) | D |

| # | Description | Period | Date | Amount | | Ref |
|---|---|---|---|---|---|---|
| 43 | Invoice - Weiyi Zhu (Expert Translator for LKM Hong Kong Arbitration Proceedings | August 2020 | 7/24/2020 | | (1,600.00) | G |
| 44 | Payment to HKIAC panel for LKM Hong Kong Arbitration Proceedings | July-August 2020 | 9/3/2020 | | (10,000.00) | F |
| 45 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | August 1-31, 2020 | 8/31/2020 | | (73,104.95) | D |
| 46 | Payment to HKIAC panel for LKM Hong Kong Arbitration Proceedings | July-August 2020 | 10/1/2020 | | (5,000.00) | F |
| 47 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | September 1-30, 2020 | 9/30/2020 | | (78,482.50) | D |
| 48 | Invoice - KSG Attorneys at Law Cayman Islands | September 2020 (Invoice 5386) | 10/1/2020 | | (8,076.86) | H |
| 49 | Invoice - KLC Corporate Advisory and Recovery Limited Hong Kong (Hong Kong Court Appointed Co-Receiver) | March 1, 2019 - June 30, 2020 | 11/13/2020 | | (207,145.00) | E |
| 50 | Funds recovered from PAYPAL (LKM business application revenue) | | 12/22/2020 | 5,015.11 | | C |
| | | | | 2,204,556.09 | (2,679,341.95) | |

| | | | | | |
|---|---|---|---|---:|---|
| | **OUTSTANDING AMOUNT OWED RECEIVERSHIP AS OF SEPTEMBER 30, 2022 [Kobre & Kim Hong Kong $104,952.61, KLC Corporate Advisory and Recovery Limited Hong Kong $207,145.00 and Seiden Law Group LLP $362,688.25]** | | | **(474,785.86)** | |
| 51 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | October 1-31, 2020 | 10/31/2020 | (48,212.50) | D |
| 52 | Invoice - KSG Attorneys at Law Cayman Islands | October 2020 (Invoice 5633) | 11/9/2020 | (1,920.00) | H |
| 53 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | November 1-30, 2020 | 11/30/2020 | (55,490.00) | D |
| 54 | Invoice - KSG Attorneys at Law Cayman Islands | November 2020 (Invoice 5838) | 12/7/2020 | (840.00) | H |
| 55 | Invoice - KSG Attorneys at Law Cayman Islands | September 2021 (Invoice 7721) | 10/14/2021 | (4,850.00) | H |
| 56 | Invoice - Maples and Calder Hong Kong LLP (LKM Registered Agent) | 2022 Registration Fees | 12/9/2021 | (3,109.51) | H |
| 57 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | December 1-31, 2020 | 12/31/2020 | (9,177.50) | D |

| | | | | | |
|---|---|---|---|---|---|
| 58 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | January 1-31, 2021 | 1/31/2021 | (1,130.00) | D |
| 59 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | February 1-28, 2021 | 2/28/2021 | (10,092.50) | D |
| 60 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | March 1-31, 2020 | 3/31/2021 | (5,987.50) | D |
| 61 | Invoice - KLC Corporate Advisory and Recovery Limited Hong Kong (Hong Kong Court Appointed Co-Receiver) | July 1, 2020 - March 31, 2022 | 4/22/2022 | (28,449.00) | E |
| 62 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | April 1-30, 2021 | 4/30/201 | (3,600.00) | D |
| 63 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | May 1-31, 2021 | 5/31/2021 | (630.00) | D |
| 64 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | June 1-30, 2021 | 6/30/2021 | (7,857.50) | D |
| 65 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | July 1-31, 2021 | 7/31/2021 | (44,792.50) | D |

| | | | | | |
|---|---|---|---|---|---|
| 66 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | August 1-31, 2021 | 8/31/2021 | (36,315.00) | D |
| 67 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | September 1-30, 2021 | 9/30/2021 | (5,732.50) | D |
| 68 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | October 1-31, 2021 | 10/31/2021 | (2,577.50) | D |
| 69 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | November 1-30, 2021 | 11/30/2021 | (3,205.00) | D |
| 70 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | December 1-31, 2021 | 12/31/2021 | (28,288.51) | D |
| 71 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | January 1-31, 2022 | 1/31/2022 | (16,011.00) | D |
| 72 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | February 1-28, 2022 | 2/28/2022 | (18,568.50) | D |
| 73 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | March 1-31, 2022 | 3/31/2022 | (58,038.50) | D |

| | | | | | |
|---|---|---|---|---|---|
| 74 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | April 1-30, 2022 | 4/30/2022 | (7,128.00) | D |
| 75 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | May 1-31, 2022 | 5/31/2022 | (4,788.00) | D |
| 76 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | June 1-30, 2022 | 6/30/2022 | (8,676.50) | D |
| 77 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | July 1-31, 2022 | 7/31/2022 | (11,001.50) | D |
| 78 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | August 1-31, 2022 | 8/31/2022 | (6,715.00) | D |
| 79 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | September 1-30, 2022 | 9/30/2022 | (35,294.50) | D |
| 80 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | October 1-31, 2022 | 10/31/0222 | (35,105.50) | D |
| 81 | Invoice - Seiden Law Group LLP, including the Court Appointed Receiver, his counsel and staff | November 1-17, 2022 | 11/17/2022 | (48,747.50) | D |
| | | | | 0.00 (552,331.52) | |
| | **TOTAL** | | | 2,204,556.09 (3,231,673.47) | |

| | |
|---|---|
| **OUTSTANDING AMOUNT OWED RECEIVERSHIP AS OF NOVEMBER 17, 2022** [Kobre & Kim Hong Kong $104,952.61, KLC Corporate Advisory and Recovery Limited Hong Kong $235,594.00, KSG Attorneys at Law Cayman Islands $7,610.00 and Seiden Law Group LLP $878,960.77] | **(1,027,117.38)** |