# Exhibit B

Main Menu>Balance and Information Reporting>   Help

# Balance Summary

[< Back]

## Checking Summary as of February 05 2019

Display Group [NOT GROUPED ▼]

| ▼ Account ▲ | ▼ Start-of-Day Ledger ▲ | ▼ Start-of-Day Available ▲ | ▼ Current Ledger ▲ | ▼ Current Available ▲ |
|---|---|---|---|---|
| ********1553 | 100.23 | 100.23 | 101.86 | 101.86 |
| ********1587 | 1,390.46 | 1,390.46 | 1,271.46 | 1,271.46 |

[< Back]

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi

Citi.com



Terms & Conditions
Copyright © 2019 Citigroup Inc.



Date      : 15 April 2019
Your Ref  : LW/LLH/4322
Our Ref   : AI:INJ (6/APR/19)

KLC Corporate Advisory and Recovery Limited
5/F Ho Lee Commercial Building
38-44 D'Aguilar Street
Central, Hong Kong

Dear Sirs,

Re:   HCMP 251/2019

We refer to your letter dated 3 April 2019 and the Order ("Order") in relation to the captioned subject.

Please be informed that we have transferred the sums of USD181,862.34 to your designated account on 10 April 2019 by debiting the account(s) of LINK MOTION INC. and less our handling fee for USD25.46.

Should you need further assistance, please feel free to contact our Miss Eng at 2282 6089.

Yours faithfully

Banking Operations
Standard Chartered Bank (Hong Kong) Limited
/le



Date        : 26 April 2019
Your Ref    : LW/LLH/4322
Our Ref     : AI:INJ (28/MAR/19)

KLC Corporate Advisory and Recovery Limited
5/F Ho Lee Commercial Building
38-44 D'Aguilar Street
Central, Hong Kong

Dear Sirs,

Re:   HCMP 251/2019

We refer to your letter dated 29 March 2019 and the Order ("Order") in relation to the captioned subject.

Please be informed that we have transferred the sums of USD173,268.11 to your designated account on 23 April 2019 by debiting the account(s) of LINK MOTION INTERNATIONAL LIMITED and less our handling fee for USD25.46.

Should you need further assistance, please feel free to contact our Miss Eng at 2282 6089.

Yours faithfully

Banking Operations
Standard Chartered Bank (Hong Kong) Limited
/le

Standard Chartered Bank (Hong Kong) Limited 渣打銀行(香港)有限公司
Account Investigation

Kowloon East Post Office PO Box 68383 Hong Kong

# Olivia Johann

| | |
|---|---|
| **From:** | Robert Hung 孔繁珏 <robert.hung@klccpa.com> |
| **Sent:** | Friday, June 14, 2019 12:56 PM |
| **To:** | Steven Seiden |
| **Cc:** | Robert Seiden; guo; Frank Li; Matt Mathison; nfrancis csilegal.com; randall.arthur; Ryan.Middlemas@kobrekim.com.hk; Lauren Lau 劉胡桂琼; Karina Lee 李麗霞 |
| **Subject:** | LKM - SCB bank records (part 1/2) |
| **Attachments:** | LKM - SCB bank statement (201501 - 201802).pdf; LKM - SCB bank statement (201803 - 201903).pdf; LKM - SCB account vouchers (201501 - 201802).pdf; LKM - SCB account vouchers (201803 - 201903).pdf; LKM - SCB account opening documents.pdf; LKM HK - SCB bank statement (201501 - 201802).pdf; LKM HK - SCB bank statement (201903).pdf; LKM HK - SCB account vouchers (201501 - 201802).pdf; LKM HK - SCB account aouchers (201803 - 201903).pdf; HH-Medic - SCB Account Opening Application Form.pdf; HH-Medic - SCB bank statement (201803 - 201903).pdf |

Dear Steve

We have received the following bank records from SCB:

1. Link Motion Inc. and its subsidiaries for the year ended March 2018 to March 2019 (date of appointing Receivers)

   The latest bank balances are as follow:

   | Company name | Account | Currency | Balance | USD equivalent | Note |
   |---|---|---|---|---|---|
   | Link Motion Inc | [redacted] | HKD | 29,099.57 | 3,730.71 | Already transferred to the US Receiver's escrow account. |
   | | [redacted] | USD | 177,612.86 | 177,612.86 | |
   | | [redacted] | RMB | 3,331.64 | 482.85 | |
   | Link Motion International Limited | [redacted] | HKD | 1,342,975.38 | 172,176.33 | |
   | | [redacted] | USD | 2,435.82 | 2,435.82 | |
   | HH-Medic Limited | [redacted] | USD | (156.46) | (156.46) | |
   | | [redacted] | RMB | - | - | |
   | FL Mobile Inc. | [redacted] | USD | 15,225.06 | 15,225.06 | |
   | FL Mobile Hong Kong Limited | [redacted] | USD | 61.46 | 61.46 | |
   | | [redacted] | HKD | - | - | |

   There is a balance of US$15,225 in the bank account of FL Mobile Inc., please let us know if you would like us to wire the funds to the US Receiver's escrow account.

2. Link Motion Inc and Link Motion International Limited for the period from 1 Jan 2015 to 28 Feb 2018
   - We are reviewing the records and will revert asap.

Due to the large file size, the bank records will be send in 2 separate emails.

1

Please find attached bank records of the following companies:
- Link Motion Inc.
- Link Motion International Limited
- HH-Medic Limited

Kind regards,
Robert Hung | Assistant Manager
t.: (852) 2110 8791 | e.: robert.hung@klccpa.com