# Exhibit C

## Lily Dempsey

| | |
|---|---|
| **From:** | Nathalie Fayad <nfayad@lewisllewellyn.com> |
| **Sent:** | Sunday, June 23, 2019 2:03 PM |
| **To:** | dgold@seidenlegal.com |
| **Cc:** | Steven Seiden; Robert W. Seiden; nfrancis@seidenlegal.com |
| **Subject:** | RE: Baliga v. Link Motion Inc. et al / Request to Apple |

This has been confirmed.

**From:** dgold@seidenlegal.com <dgold@seidenlegal.com>
**Sent:** Thursday, June 20, 2019 2:06 PM
**To:** Nathalie Fayad <nfayad@lewisllewellyn.com>
**Cc:** Steven Seiden <sseiden@seidenlegal.com>; Robert W. Seiden <rseiden@seidenlegal.com>;
nfrancis@seidenlegal.com
**Subject:** RE: Baliga v. Link Motion Inc. et al / Request to Apple

Hi Nathalie,

I hope you are well.

Can you confirm the amount sent by Apple on June 10? We have an incoming wire for about $110,952.01 and would like to confirm it was sent by Apple.

Thanks,

Dov

--------- Original Message ---------
Subject: RE: Baliga v. Link Motion Inc. et al / Request to Apple
From: "Nathalie Fayad" <nfayad@lewisllewellyn.com>
Date: 5/31/19 6:35 pm
To: "dgold@seidenlegal.com" <dgold@seidenlegal.com>
Cc: "Steven Seiden" <sseiden@seidenlegal.com>, "Robert W. Seiden" <rseiden@seidenlegal.com>,
"nfrancis@seidenlegal.com" <nfrancis@seidenlegal.com>

Here's what is in Apple's system:

| Vendor Number | Bank Account Number | Bank Name | Account Ho |
|---|---|---|---|
| 85099521 | ███████████ | Standard Chartered Bank (Hong Kong) Limited | LINK MOTIC |
| 85099521 | ███████████ | Standard Chartered Bank (Hong Kong) Limited | NQ Mobile |
| 85099521 | ███████████ | Standard Chartered Bank (Hong Kong) Limited | NetQin Mol |
| | ███████████ | | |
| 85099521 | ███████████ | STANDARD CHARTERED BANK (CHINA) LIM | NQ Mobile |

**From:** dgold@seidenlegal.com <dgold@seidenlegal.com>
**Sent:** Friday, May 31, 2019 6:29 AM
**To:** Nathalie Fayad <nfayad@lewisllewellyn.com>
**Cc:** Steven Seiden <sseiden@seidenlegal.com>; Robert W. Seiden <rseiden@seidenlegal.com>; nfrancis@seidenlegal.com
**Subject:** RE: Baliga v. Link Motion Inc. et al / Request to Apple
**Importance:** High

Nathalie,

Thank you for the follow up.

Please send us the former banking details used by Link Motion. This is a time-sensitive request because it appears to be an account that we have not yet frozen in the U.S. or Hong Kong. We need the details to secure that account as soon as possible.

Thank you,

Dov

--------- Original Message ---------

Subject: RE: Baliga v. Link Motion Inc. et al / Request to Apple
From: "Nathalie Fayad" <nfayad@lewisllewellyn.com>
Date: 5/30/19 7:16 pm
To: "Dov B. Gold" <dgold@seidenlegal.com>
Cc: "Steven Seiden" <sseiden@seidenlegal.com>, "Robert W. Seiden" <rseiden@seidenlegal.com>, "nfrancis@seidenlegal.com" <nfrancis@seidenlegal.com>

On the banking information, the attempt was to revert to the details on file before we switched over to the receiver banking information.  Apple does not have further entity information.  It does not appear that the attempt was successful so Apple does not have a record of what the new entity information would be.

**From:** Dov B. Gold <dgold@seidenlegal.com>
**Sent:** Thursday, May 30, 2019 4:09 PM
**To:** Nathalie Fayad <nfayad@lewisllewellyn.com>

**Cc:** Steven Seiden <sseiden@seidenlegal.com>; Robert W. Seiden <rseiden@seidenlegal.com>; nfrancis@seidenlegal.com
**Subject:** Re: Baliga v. Link Motion Inc. et al / Request to Apple


Much appreciated!

Dov Byron Gold, Esq.
The Seiden Group
Attorneys at Law
469 7th Avenue
New York, NY 10018
(Office) 646.766.1703
www.seidenlegal.com


On May 30, 2019, at 7:06 PM, Nathalie Fayad <nfayad@lewisllewellyn.com> wrote:

> I believe the individual's name was Liu Repice – let me see if I can obtain further information.


> **From:** dgold@seidenlegal.com <dgold@seidenlegal.com>
> **Sent:** Thursday, May 30, 2019 3:58 PM
> **To:** Nathalie Fayad <nfayad@lewisllewellyn.com>; Steven Seiden <sseiden@seidenlegal.com>
> **Cc:** 'Robert W. Seiden' <rseiden@seidenlegal.com>
> **Subject:** RE: Baliga v. Link Motion Inc. et al / Request to Apple


> Nathalie,


> We appreciate the update.


> Please advise on the identity of the party that attempted to update the entity and banking information. We would also appreciate if you could provide the "updated" banking and entity information to assist in our efforts to prevent the dissipation of Link Motion's assets.


> Thanks,

Dov

--------- Original Message ---------

Subject: RE: Baliga v. Link Motion Inc. et al / Request to Apple
From: "Nathalie Fayad" <nfayad@lewisllewellyn.com>
Date: 5/30/19 6:52 pm
To: "dgold@seidenlegal.com" <dgold@seidenlegal.com>, "Steven Seiden"
<sseiden@seidenlegal.com>
Cc: "'Robert W. Seiden'" <rseiden@seidenlegal.com>

Dov—


Following up on the below, we've just been informed that someone at the
company made an attempt to update the entity and banking information.  We
can confirm that no money was rerouted as a result of the attempt, and that
all held funds will be correctly directed to the receiver by June 13.


Best,

Nathalie


---

**From:** Nathalie Fayad
**Sent:** Thursday, May 9, 2019 12:43 PM
**To:** dgold@seidenlegal.com; Steven Seiden <sseiden@seidenlegal.com>
**Cc:** 'Robert W. Seiden' <rseiden@seidenlegal.com>
**Subject:** RE: Baliga v. Link Motion Inc. et al / Request to Apple


Apple runs on a specific schedule and June 6th is the next payment day on that
schedule so an earlier accommodation is not possible.


Thanks,

Nathalie


**From:** dgold@seidenlegal.com <dgold@seidenlegal.com>
**Sent:** Wednesday, May 8, 2019 3:21 PM

**To:** Nathalie Fayad <nfayad@lewisllewellyn.com>; Steven Seiden
<sseiden@seidenlegal.com>
**Cc:** 'Robert W. Seiden' <rseiden@seidenlegal.com>
**Subject:** RE: Baliga v. Link Motion Inc. et al / Request to Apple

Hi Nathalie,

Thanks for your email.

Would it be possible to schedule this initial and delayed payment for an
earlier date?

Please also advise on the expected amount of the first payment.

Best regards,

Dov

--------- Original Message ---------

Subject: RE: Baliga v. Link Motion Inc. et al / Request to Apple
From: "Nathalie Fayad" <nfayad@lewisllewellyn.com>
Date: 5/8/19 4:40 pm
To: "dgold@seidenlegal.com" <dgold@seidenlegal.com>, "Steven
Seiden" <sseiden@seidenlegal.com>
Cc: "'Robert W. Seiden'" <rseiden@seidenlegal.com>

Further to the below, the monies are currently being withheld as
Apple faced certain challenges related to the international nature of
the payments.  However, Apple is scheduled to issue payments on
June 6th and ongoing thereafter.

**From:** Nathalie Fayad
**Sent:** Tuesday, May 7, 2019 3:44 PM
**To:** dgold@seidenlegal.com; Steven Seiden

<sseiden@seidenlegal.com>
**Cc:** 'Robert W. Seiden' <rseiden@seidenlegal.com>
**Subject:** RE: Baliga v. Link Motion Inc. et al / Request to Apple

I'll get back to you on this.

**From:** dgold@seidenlegal.com <dgold@seidenlegal.com>
**Sent:** Tuesday, May 7, 2019 12:18 PM
**To:** Nathalie Fayad <nfayad@lewisllewellyn.com>; Steven Seiden
<sseiden@seidenlegal.com>
**Cc:** 'Robert W. Seiden' <rseiden@seidenlegal.com>
**Subject:** RE: Baliga v. Link Motion Inc. et al / Request to Apple

Hi Nathalie,

I trust you are well.

Can I trouble you for an update on the payments owed to Link
Motion that the Receiver requested be sent to his escrow account?

Thanks,

Dov

--------- Original Message ---------

Subject: RE: Baliga v. Link Motion Inc. et al / Request to
Apple
From: dgold@seidenlegal.com
Date: 4/11/19 2:05 pm
To: "Nathalie Fayad" <nfayad@lewisllewellyn.com>, "Steven
Seiden" <sseiden@seidenlegal.com>
Cc: "'Robert W. Seiden'" <rseiden@seidenlegal.com>

Thank you for your help.

--------- Original Message ---------

Subject: RE: Baliga v. Link Motion Inc. et al /
Request to Apple
From: "Nathalie Fayad"
<nfayad@lewisllewellyn.com>
Date: 4/11/19 1:59 pm
To: "dgold@seidenlegal.com"
<dgold@seidenlegal.com>, "Steven Seiden"
<sseiden@seidenlegal.com>
Cc: "'Robert W. Seiden'"
<rseiden@seidenlegal.com>

Here are the customer contacts Apple identified at
NQ Mobile Inc.

<image001.png>

Nathalie Fayad

415-625-0694

nfayad@lewisllewellyn.com

**From:** dgold@seidenlegal.com
<dgold@seidenlegal.com>
**Sent:** Friday, April 5, 2019 12:50 PM
**To:** Nathalie Fayad <nfayad@lewisllewellyn.com>;
Steven Seiden <sseiden@seidenlegal.com>
**Cc:** 'Robert W. Seiden' <rseiden@seidenlegal.com>
**Subject:** RE: Baliga v. Link Motion Inc. et al /
Request to Apple

Dear Nathalie,

I am following up on the Receiver's letter dated
March 19, 2019.

Please note that the Receiver is only requesting that
funds payable to Link Motion are disbursed to the
Receiver's escrow account. At this time, the
Receiver is not requesting any change to the

technical management of Link Motion Apps or its business relationship with Apple.

Please confirm receipt of this email.

Thank you,

Dov

--------- Original Message ---------

Subject: RE: Baliga v. Link Motion Inc. et al / Request to Apple
From: "Nathalie Fayad" <nfayad@lewisllewellyn.com>
Date: 4/3/19 12:23 pm
To: "Steven Seiden" <sseiden@seidenlegal.com>
Cc: "Dov B. Gold" <dgold@seidenlegal.com>, "'Robert W. Seiden'" <rseiden@seidenlegal.com>

Steven—

Apple's Tax Department has just informed me that it will require a W9 for The Seiden Group-IOLA account if you could please send that my way.

Thanks,

Nathalie

Nathalie Fayad

415-625-0694

nfayad@lewisllewellyn.com

**From:** Steven Seiden
<sseiden@seidenlegal.com>
**Sent:** Monday, April 1, 2019 1:22 PM
**To:** Nathalie Fayad
<nfayad@lewisllewellyn.com>
**Cc:** Dov B. Gold <dgold@seidenlegal.com>;
'Robert W. Seiden'
<rseiden@seidenlegal.com>
**Subject:** RE: Baliga v. Link Motion Inc. et al
/ Request to Apple
**Importance:** High

Hi Natalie, as requested, see attached
and below. Please confirm receipt and
advise on status asap. Thank you,
Steve.

Address of the Court-Appointed
Receiver:

U.S. Federal Court-Appointed
Receivership for Link Motion, Inc.

Robert W. Seiden, Esq. in his capacity
as the Court-Appointed Receiver for
Link Motion, Inc.

469 Seventh Avenue, 5th Floor

New York, New York 10018

Steven Seiden, Esq., CPA

*on behalf of the Court-Appointed
Receiver for Link Motion, Inc.*

469 Seventh Avenue, 5th Floor

New York, NY 10018

Direct Dial: 646-766-1724

-------- Original Message --------

Subject: Baliga v. Link Motion Inc. et al / Request to Apple
From: Nathalie Fayad <nfayad@lewisllewellyn.com>
Date: Fri, March 29, 2019 6:56 pm
To: "sseiden@seidenlegal.com" <sseiden@seidenlegal.com>
Cc: "Dov B. Gold" <dgold@seidenlegal.com>, "'Robert W. Seiden'" <rseiden@seidenlegal.com>, 'Zhengling Zhang' <zzhang@seidenlegal.com>, 'Zhengling Zhang' <zzhang@seidenlegal.com>

Steve—

I understand you will be the contact regarding the Link Motion Receivership.

Apple has identified the following relevant SAP IDs:

- NQ Mobile US Inc.
- NQ Mobile Inc.
- xin lei

Apple will now set you up with their Supplier Connect System.  To that end, please respond to this email with:

- Receiver name and address
- Receiver banking details
- Tax Documents dependent US or non-US based entity for the receiver (W9 or W8)

Best,

Nathalie

**Nathalie Fayad**
**Lewis & Llewellyn**
**LLP** | Attorney

505 Montgomery Street, Suite 1300
San Francisco, CA 94111

415-625-0694

**WWW.LEWISLLEWELLYN.CO**
**M**

**<image002.png>**

This email may contain confidential and/or privileged information. If you received this email in error please delete and notify sender.

# Transaction Details

## Transaction Details For 3849172325

| | | |
|---|---|---|
| **Statement Date**<br>06/21/2019 | **Amount**<br>-195,623.43 | **Currency**<br>USD |
| **Bank Name**<br>CITIBANK | **Bank Reference**<br>▇ | **Value Date**<br>06/21/2019 |
| **Branch Name**<br>CITIBANK N.A. HONG KONG | **Branch Number**<br>▇ | **Entry Date**<br>06/21/2019 |
| **Account Name**<br>DAPP GLOBAL LIMITED | **Account Number**<br>▇ | **IBAN Number**<br>-- |
| **Customer Name**<br>DAPP GLOBAL LIMITED | **Customer Number**<br>▇ | **Customer Reference**<br>▇ |
| | | **Account Type**<br>Current Account |

## Additional Details

(1 - 13 of 13)

| Field Name | |
|---|---|
| Product Type | |
| Payment Details | |
| Ordering Party Account/ID | |
| Beneficiary Account/ID | |
| Beneficiary Name/Address | |
| Beneficiary Bank Name/Address | |
| Beneficiary Bank Name/Address | |
| Beneficiary Bank Name/Address | |
| Beneficiary Bank Name/Address | |
| Other Charges Account | |
| Other Charges Amount | |
| Other Charges Currency | |
| Posted Time | |

# facebook

Facebook Ireland Ltd.
4 Grand Canal Square
Grand Canal Harbour
Dublin 2, Ireland

# REMITTANCE

**Payee:** Link Motion International
Limited
1 Sugar Street, Causeway Bay
Hong Kong, Wan Chai District 999077, Hong
Kong

The following payment has been remitted to your bank account:

| | |
|---|---|
| **Payment Number:** | 2355246901257684 |
| **Payment Date:** | 22-Aug-2019 |
| **Payment Currency:** | USD |
| **Payment Amount:** | 105,265.29 |

## Remittance Details

| Payout Reference # | Payout Period | Product - Object Name - Object ID | Remittance |
|---|---|---|---|
| 4119016 | 01-Feb-2019 -> 28-Feb-2019 | (WiFi Doctor - 613916955469883) | 18.94 |
| 4119367 | 01-Feb-2019 -> 28-Feb-2019 | (Vault - 420674428130525) | 6,228.96 |
| 4120890 | 01-Feb-2019 -> 28-Feb-2019 | (Antivirus Free-Mobile Security - 1008457622517874) | 0.01 |
| 4120893 | 01-Feb-2019 -> 28-Feb-2019 | (Word Go - 118133879056927) | 304.85 |
| 4121554 | 01-Feb-2019 -> 28-Feb-2019 | (Cooler Master - 1016963355021102) | 2,491.27 |
| 4124862 | 01-Feb-2019 -> 28-Feb-2019 | (Vault for ios - 715220265321966) | 30.00 |
| 4134735 | 01-Feb-2019 -> 28-Feb-2019 | (Sweet Hug - 1295504487192863) | 0.12 |
| 4137941 | 01-Feb-2019 -> 28-Feb-2019 | (NQ Mobile Security - 546818688807866) | 193.89 |
| 4138980 | 01-Feb-2019 -> 28-Feb-2019 | (Antivirus Free-Mobile Security - 1008457622517874) | 7,275.60 |
| 4141374 | 01-Feb-2019 -> 28-Feb-2019 | (NQ Green Battery - Power Saver - 1698803480369217) | 0.85 |
| 4144517 | 01-Feb-2019 -> 28-Feb-2019 | (Vault - 420674428130525) | 5,629.18 |
| 4147590 | 01-Feb-2019 -> 28-Feb-2019 | (Fruit Go - 820413431469028) | 4.66 |
| 4154339 | 01-Feb-2019 -> 28-Feb-2019 | (Super Task Killer - 912788012090058) | 326.20 |
| 4159297 | 01-Feb-2019 -> 28-Feb-2019 | (Make 9 - 216819832521136) | 30.37 |
| 4159637 | 01-Feb-2019 -> 28-Feb-2019 | (Word Go - 118133879056927) | 0.84 |
| 4160441 | 01-Feb-2019 -> 28-Feb-2019 | (Cooler Master - 1016963355021102) | 959.49 |
| 4163014 | 01-Feb-2019 -> 28-Feb-2019 | (WiFi Doctor - 613916955469883) | 2,456.23 |
| 4195623 | 01-Feb-2019 -> 28-Feb-2019 | (Sweet Hug - 249017182318168) | 0.14 |
| 4550604 | 01-Mar-2019 -> 31-Mar-2019 | (Sweet Hug - 249017182318168) | 0.00 |
| 4661847 | 01-Mar-2019 -> 31-Mar-2019 | (WiFi Doctor - 613916955469883) | 27.67 |
| 4662410 | 01-Mar-2019 -> 31-Mar-2019 | (Vault - 420674428130525) | 3,797.64 |
| 4663914 | 01-Mar-2019 -> 31-Mar-2019 | (Antivirus Free-Mobile Security - 1008457622517874) | 2,850.02 |
| 4664788 | 01-Mar-2019 -> 31-Mar-2019 | (Cooler Master - 1016963355021102) | 3,362.18 |
| 4664926 | 01-Mar-2019 -> 31-Mar-2019 | (Word Go - 118133879056927) | 247.44 |
| 4764561 | 01-Mar-2019 -> 31-Mar-2019 | (Vault for ios - 715220265321966) | 17.12 |
| 4775357 | 01-Mar-2019 -> 31-Mar-2019 | (Sweet Hug - 1295504487192863) | 0.07 |
| 4777675 | 01-Mar-2019 -> 31-Mar-2019 | (Vault - 420674428130525) | 3,684.16 |
| 4782403 | 01-Mar-2019 -> 31-Mar-2019 | (NQ Green Battery - Power Saver - 1698803480369217) | 2.36 |
| 4785503 | 01-Mar-2019 -> 31-Mar-2019 | (Antivirus Free-Mobile Security - 1008457622517874) | 4,361.48 |
| 4788268 | 01-Mar-2019 -> 31-Mar-2019 | (Super Task Killer - 912788012090058) | 594.59 |
| 4789102 | 01-Mar-2019 -> 31-Mar-2019 | (Fruit Go - 820413431469028) | 1.26 |
| 4801742 | 01-Mar-2019 -> 31-Mar-2019 | (Make 9 - 216819832521136) | 41.52 |

## Remittance Details

| Payout Reference # | Payout Period | Product - Object Name - Object ID | Remittance |
|---|---|---|---|
| 4802851 | 01-Mar-2019 -> 31-Mar-2019 | (Cooler Master - 1016963355021102) | 1,229.25 |
| 4804523 | 01-Mar-2019 -> 31-Mar-2019 | (NQ Mobile Security - 546818688807866) | 226.65 |
| 4805802 | 01-Mar-2019 -> 31-Mar-2019 | (WiFi Doctor - 613916955469883) | 3,202.72 |
| 5166923 | 01-Apr-2019 -> 30-Apr-2019 | (WiFi Doctor - 613916955469883) | 32.03 |
| 5167074 | 01-Apr-2019 -> 30-Apr-2019 | (Vault - 420674428130525) | 5,694.16 |
| 5167684 | 01-Apr-2019 -> 30-Apr-2019 | (Cooler Master - 1016963355021102) | 3,651.96 |
| 5169379 | 01-Apr-2019 -> 30-Apr-2019 | (Word Go - 118133879056927) | 205.95 |
| 5170322 | 01-Apr-2019 -> 30-Apr-2019 | (Antivirus Free-Mobile Security - 1008457622517874) | 6,024.66 |
| 5171617 | 01-Apr-2019 -> 30-Apr-2019 | (Sweet Hug - 249017182318168) | 0.30 |
| 5219393 | 01-Apr-2019 -> 30-Apr-2019 | (Vault for ios - 715220265321966) | 25.59 |
| 5230652 | 01-Apr-2019 -> 30-Apr-2019 | (Sweet Hug - 1295504487192863) | 0.13 |
| 5238311 | 01-Apr-2019 -> 30-Apr-2019 | (NQ Green Battery - Power Saver - 1698803480369217) | 0.77 |
| 5241419 | 01-Apr-2019 -> 30-Apr-2019 | (Antivirus Free-Mobile Security - 1008457622517874) | 122.71 |
| 5241842 | 01-Apr-2019 -> 30-Apr-2019 | (Vault - 420674428130525) | 4,295.60 |
| 5245228 | 01-Apr-2019 -> 30-Apr-2019 | (Fruit Go - 820413431469028) | 0.04 |
| 5253022 | 01-Apr-2019 -> 30-Apr-2019 | (Super Task Killer - 912788012090058) | 504.38 |
| 5258683 | 01-Apr-2019 -> 30-Apr-2019 | (Make 9 - 216819832521136) | 57.86 |
| 5259990 | 01-Apr-2019 -> 30-Apr-2019 | (Cooler Master - 1016963355021102) | 1,345.54 |
| 5261675 | 01-Apr-2019 -> 30-Apr-2019 | (NQ Mobile Security - 546818688807866) | 142.12 |
| 5263111 | 01-Apr-2019 -> 30-Apr-2019 | (WiFi Doctor - 613916955469883) | 2,815.36 |
| 5740920 | 01-May-2019 -> 31-May-2019 | (Vault for ios - 715220265321966) | 17.06 |
| 5751046 | 01-May-2019 -> 31-May-2019 | (Super Task Killer - 912788012090058) | 558.68 |
| 5752841 | 01-May-2019 -> 31-May-2019 | (Sweet Hug - 1295504487192863) | 0.04 |
| 5755586 | 01-May-2019 -> 31-May-2019 | (Vault - 420674428130525) | 2,949.51 |
| 5760781 | 01-May-2019 -> 31-May-2019 | (NQ Green Battery - Power Saver - 1698803480369217) | 0.87 |
| 5764300 | 01-May-2019 -> 31-May-2019 | (Antivirus Free-Mobile Security - 1008457622517874) | 57.83 |
| 5783560 | 01-May-2019 -> 31-May-2019 | (Cooler Master - 1016963355021102) | 1,271.76 |
| 5786913 | 01-May-2019 -> 31-May-2019 | (WiFi Doctor - 613916955469883) | 2,924.98 |
| 5798150 | 01-May-2019 -> 31-May-2019 | (NQ Mobile Security - 546818688807866) | 254.02 |
| 5798288 | 01-May-2019 -> 31-May-2019 | (Make 9 - 216819832521136) | 9.28 |
| 5870904 | 01-May-2019 -> 31-May-2019 | (WiFi Doctor - 613916955469883) | 32.28 |
| 5871066 | 01-May-2019 -> 31-May-2019 | (Vault - 420674428130525) | 12,521.44 |
| 5871884 | 01-May-2019 -> 31-May-2019 | (Cooler Master - 1016963355021102) | 5,103.42 |
| 5873593 | 01-May-2019 -> 31-May-2019 | (Word Go - 118133879056927) | 177.28 |
| 5874933 | 01-May-2019 -> 31-May-2019 | (Antivirus Free-Mobile Security - 1008457622517874) | 4,869.31 |
| 6332239 | 01-Jun-2019 -> 30-Jun-2019 | (Sweet Hug - 1295504487192863) | 0.16 |
| 6348377 | 01-Jun-2019 -> 30-Jun-2019 | (Fruit Go - 820413431469028) | 0.00 |
| 6758018 | 01-Jul-2019 -> 31-Jul-2019 | (Sweet Hug - 1295504487192863) | 0.14 |
| 6769384 | 01-Jul-2019 -> 31-Jul-2019 | (Fruit Go - 820413431469028) | 0.34 |

Total: $105,265.29

**Steven Seiden**

| | |
|---|---|
| **From:** | oracle@google.com |
| **Sent:** | Friday, October 25, 2019 9:36 PM |
| **To:** | Steven Seiden |
| **Subject:** | Google ACH/Wire Payment Notification |

A transfer to your account in the amount of 1,392,421.81 USD has been made on Oct 29, 2019. This amount covers the following invoice(s):

| Invoice Number | Invoice Date | Invoice Description | Amount Paid |
|---|---|---|---|
| PRQ40672083 | 17-JUL-2019 | This is a levy case filed against Link Motion International Limited. | 1,392,421.81 |

It may take your bank 2 to 3 business days to post the amount to your bank account. If you have questions, please email us at p2phelp@google.com. Please do not reply to this auto-generated system email.

Thank you.

Google Accounts Payable Department

Wondering about the payment status of your invoice? Ask GIST. Simply go to http://gist-checkmyinvoice.appspot.com . GIST is an invoice status search tool for invoices with corresponding purchase order numbers.

Please submit all invoices online at below link, to ensure prompt payment. Let us go green and reduce paper usage:

https://gist-uploadmyinvoice.appspot.com/

Check invoice status? Submit invoices? Update enrollment information? Visit Google's Supplier Site (http://www.google.com/corporate/suppliers/)

Also check out our newly-launched Small Business Supplier Diversity Program (http://g.co/supplierdiversity)- get found by more Googlers, get paid faster, and receive other benefits

# facebook

Facebook Ireland Ltd.
4 Grand Canal Square
Grand Canal Harbour
Dublin 2, Ireland

# REMITTANCE

**Payee:** Link Motion International
Limited
1 Sugar Street, Causeway Bay
Hong Kong, Wan Chai District 999077, Hong
Kong

The following payment has been remitted to your bank account:

| | |
|---|---|
| **Payment Number:** | 2500233143425720 |
| **Payment Date:** | 18-Nov-2019 |
| **Payment Currency:** | USD |
| **Payment Amount:** | 16,170.70 |

## Remittance Details

| Payout Reference # | Payout Period | Product – Object Name – Object ID | Remittance |
|---|---|---|---|
| 7072683 | 01-Aug-2019 -> 31-Aug-2019 | Audience Network - (Fruit Go - 820413431469028) | 6.87 |
| 7160880 | 01-Aug-2019 -> 31-Aug-2019 | Audience Network - (Sweet Hug - 1295504487192863) | 0.11 |
| 7178232 | 01-Aug-2019 -> 31-Aug-2019 | Audience Network - (Fruit Go - 820413431469028) | 0.01 |
| 7425113 | 01-Sep-2019 -> 30-Sep-2019 | Audience Network - (Fruit Go - 820413431469028) | 9.61 |
| 7541946 | 01-Sep-2019 -> 30-Sep-2019 | Audience Network - (Sweet Hug - 1295504487192863) | 0.50 |
| 7787522 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (Vault - 420674428130525) | 8,428.38 |
| 7788194 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (Cooler Master - 1016963355021102) | 2,289.31 |
| 7790058 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (Word Go - 118133879056927) | 66.02 |
| 7790567 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (WiFi Doctor - 613916955469883) | 1,179.65 |
| 7791213 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (NQ Green Battery - Power Saver - 1698803480369217) | 3.07 |
| 7791970 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (Super Task Killer - 912788012090058) | 72.60 |
| 7793744 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (Fruit Go - 820413431469028) | 10.79 |
| 7794226 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (Make 9 - 216819832521136) | 4.33 |
| 7795570 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (Vault - 420674428130525) | 3,439.53 |
| 7797237 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (NQ Green Battery - Power Saver - 1698803480369217) | 3.79 |
| 7801123 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (WiFi Doctor - 613916955469883) | 345.93 |
| 7809009 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (Cooler Master - 1016963355021102) | 74.28 |
| 7826601 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (Sweet Hug - 1295504487192863) | 0.25 |
| 7827151 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (NQ Mobile Security - 546818688807866) | 187.48 |
| 7837914 | 01-Oct-2019 -> 31-Oct-2019 | Audience Network - (Make 9 - 216819832521136) | 48.19 |

Total:   **$16,170.70**

# facebook

Facebook Ireland Ltd.
4 Grand Canal Square
Grand Canal Harbour
Dublin 2, Ireland

# REMITTANCE

**Payee:** Link Motion International
Limited
1 Sugar Street, Causeway Bay
Hong Kong, Wan Chai District 999077, Hong
Kong

The following payment has been remitted to your bank account:

| | |
|---|---|
| **Payment Number:** | 2957074254408267 |
| **Payment Date:** | 16-Dec-2019 |
| **Payment Currency:** | USD |
| **Payment Amount:** | 7,531.28 |

## Remittance Details

| Payout Reference # | Payout Period | Product - Object Name - Object ID | Remittance |
|---|---|---|---|
| 8183066 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (Word Go - 118133879056927) | 69.36 |
| 8183177 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (Super Task Killer - 912788012090058) | 13.94 |
| 8184277 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (Make 9 - 216819832521136) | 2.87 |
| 8186581 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (Cooler Master - 1016963355021102) | 1,385.45 |
| 8187380 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (Fruit Go - 820413431469028) | 17.19 |
| 8188315 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (Vault - 420674428130525) | 4,272.32 |
| 8188741 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (WiFi Doctor - 613916955469883) | 447.04 |
| 8189372 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (NQ Green Battery - Power Saver - 1698803480369217) | 1.26 |
| 8195553 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (NQ Mobile Security - 546818688807866) | 124.34 |
| 8199781 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (Make 9 - 216819832521136) | 32.37 |
| 8204826 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (NQ Green Battery - Power Saver - 1698803480369217) | 1.49 |
| 8207333 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (WiFi Doctor - 613916955469883) | 50.47 |
| 8208937 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (Cooler Master - 1016963355021102) | 30.55 |
| 8240957 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (Vault - 420674428130525) | 1,082.41 |
| 8241427 | 01-Nov-2019 -> 30-Nov-2019 | Audience Network - (Sweet Hug - 1295504487192863) | 0.22 |

Total: $7,531.28



2211 North First Street
San Jose, CA 95131
paypal.com

VIA EMAIL (rseiden@seidenlegal.com)

April 1, 2019

Robert W Seiden
The Seiden Group
469 Seventh Avenue, 5th Floor
New York, New York I 0036

RE: Baliga et al. v. Link Motion Inc. et al.; Case No. 1:18-CV-11642; Our Reference PT-7436569

Dear Mr. Seiden:

Thank you for contacting PayPal, Inc. ("PayPal"). We are in receipt of your Receivership Order in the above-captioned case. We have placed a high level limitation on the following PayPal account(s) pursuant to the above-referenced Receivership Order:

PayPal accounts
Account Name: Christopher Edwards
Account Email: accounts@nq.com
Account Balance: $0.00

Account Name: chen Nancy
Account Email: nqpayment@nq.com
Account Balance: $227.16

Account Name: wang Yi Wen
Account Email: payment@netqin.com
Account Balance: $4,787.95

Please be advised that while your transmitting correspondence that accompanied the Receivership Order directed PayPal to take the following actions:

> (1) Revoke all passwords, log-in information, access codes, usernames and the like, in order to access Link Motion accounts and issue new administrator credentials to your in-house counsel, Steven E. Seiden, Esq. or Dov B. Gold, Esq.; and

> (2) Direct all communication with Link Motion directly to you, or your in-house counsel, Steven E. Seiden, Esq. (sseiden@seidenlegal.com) or Dov B. Gold, Esq. (dgold@seidenlegal.com),

PayPal's systems do not give PayPal the ability to revoke or change passwords or log-in information. Instead, in addition to the high-level limitation on the foregoing accounts, each

account has been locked, which prevents the user from logging into the account(s) and cancels all pending transactions (if any). The funds in each account have also been placed into reserves, which further prevents the funds from being withdrawn from the account(s) by the user(s).

PayPal can also add the email addresses for Steven E. Seiden, Esq. (sseiden@seidenlegal.com) or Dov B. Gold, Esq. (dgold@seidenlegal.com) to each of the foregoing accounts. At your direction, PayPal can assign either sseiden@seidenlegal.com or dgold@seidenlegal.com as the primary email for the subject accounts. This change will (i) direct all future emails relating to the accounts to the specified primary email address, and (ii) allow your office to go through the password recovery process to change the passwords on the subject accounts.

Please confirm, in writing, which email address should be used as the new primary email on the foregoing accounts.

Lastly, please be advised while the attached documents show "balance(s)" in the Account(s) as of April 1, 2019, please note that this does not mean that the balance listed for each Account will remain the same or that we can turn the Account balance(s) over at this time, or at any specific future date. Pursuant to the User Agreement(s) governing the PayPal Account(s) (the "User Agreements"), all Accounts are subject to PayPal's and/or its affiliates' setoff, recoupment, chargeback, holdback, reserve, currency fluctuation, and other rights. All Accounts are further subject to a security interest in favor of PayPal and/or its affiliates under the User Agreements. Account balances may be reduced as a result of PayPal's foregoing rights under the User Agreements or applicable law due to, among other matters (which may have occurred prior to PayPal's receipt of the Receivership Order but not yet processed through the Account(s)):

    1. If the User loses a buyer complaint or chargeback, then the amount of that transaction will be debited from the Account balance;
    2. Cancellations of orders, resulting a refund that is debited from the Account balance;
    3. Other transaction reversals;
    4. Currency fluctuations;
    5. Other legal process received prior to the receipt of the Receivership Order or subsequent to it that requires PayPal to remit the funds to a third party or court; or
    6. Exercise by PayPal and/or its affiliates of any other rights and/or interests in the Account(s) under the User Agreement or applicable law.

No third party has rights with respect to Account(s) or funds in them greater than those of a User. The User's rights–and in turn, any rights you may have, which are derivative of the User's rights–are subject in each case to PayPal's and its affiliates' rights and interests, including under the applicable User Agreement(s). As a result, and for the above reasons, we are holding the Account balance(s) (as they may be reduced from time to time) until such time as (a) PayPal has determined that (i) all of the User's obligations to it or its affiliates have been full satisfied, (ii) all of PayPal's and its affiliates' rights and interests relating to or in, the Account(s) have been fully satisfied, and (iii) applicable law does not prohibit PayPal from releasing the Account balance(s); or (b) PayPal becomes obligated under an order by a court of competent jurisdiction to release the Account balance(s) pursuant to such order (with all of PayPal's rights to contest,



2211 North First Street  San Jose, CA 95131

respond, intervene or otherwise receive notice and be heard with respect to such proceedings or order hereby fully reserved).  Please note that in the case of (a), such time period will not be less than ninety (90) days, but may be significantly longer, in light of buyer dispute and related buyer rights under the User Agreement(s), credit card issuer agreements, other applicable agreements and/or applicable law.

PayPal reserves all rights and defenses under applicable law or at equity, including without limitation, with respect to proper service of process, notice, opportunity to be heard, and jurisdiction.

Should you have any further questions or need any additional information, please feel free to contact me directly by email at EEOmaLegalSpecialist@PayPal.com.

Sincerely,

Chad Svagera
Legal Specialist
PayPal, Inc.



2211 North First Street  San Jose, CA 95131