# Exhibit F

**From:**
**To:**
**Subject:** FW: HKIAC/A18221 - Zhongzhi Hi-Tech Overseas Investment Ltd. v. Link Motion Inc.
**Date:** Friday, November 18, 2022 1:48:55 PM
**Attachments:** image001.jpg
20200904 HKIAC A18221 Statement of Account.pdf

---

**From:** Byron Perez <████@████.███ **On Behalf Of** arbitration
**Sent:** Thursday, September 3, 2020 10:02 PM
**To:** ████ █████ <█████@█████.████ ████ ███ <███.█ @████████.███
Robert Seiden <████@████████.com>; ████ ████ <███ @█████████ ███ ███
<███@█████ ████ █████ ██@██████ ████ ██ <████.███ @█████ ██ ███
████ ████ @████ .hk' <███ ███ @██████ ████ █████ █████ ████
– DaHui <██████.█████ @█████████.███ ████ ████ <████@██████ ████
██████ <█████@██ █████ ███ <███ @████ █████
███ ██ @████████ ███ <███.████ @████████.███
██ @█████████ ███ < ██@████████ ███ ████ ████
<███@█████████ ███ ███ <███ ██ @█████████ ███ ███
████ ████ – ███ <█████████ ████ @█████████.com>;██ ██
<███ ██ @███████ ███
**Cc:** Byron Perez <████@████.███
**Subject:** RE: HKIAC/A18221 - Zhongzhi Hi-Tech Overseas Investment Ltd. v. Link Motion Inc.

Dear Sirs/Mesdames,

We acknowledge **receipt of US$10,000 (approx. HK$77,199.67) from Respondent**, representing "partial payment" of its share of the supplementary deposit for the fees and expenses of the arbitral tribunal, i.e., HK$237,500.

The current statement of account is attached for the parties' and the arbitral tribunal's reference.

We look forward to receiving Claimant's share of the supplementary deposits.

Yours sincerely,
Byron Perez

Byron Perez
Counsel | **Hong Kong International Arbitration Centre**
Address: 38/F, Two Exchange Square, 8 Connaught Place, Central, Hong Kong
Direct: +852 2912 2215 Tel: +852 2525 2381
Fax: +852 2524 2171 E-mail: bperez@hkiac.org
Webpage: http://www.hkiac.org

_____
_____



**Join the conversation**
**LinkedIn** | **Twitter** | **#HKIACBRI**

**Subscribe to our mailing list**
**HKIAC's Belt and Road activities**
**HKIAC's Women In Arbitration (WIA)**

Disclaimer:
The contents of this e-mail are intended for the named addressee only. It contains information which may be confidential and which may also be privileged. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify us immediately and then destroy it. Further, we make every effort to keep our network free from viruses. However, you do need to verify that this email and any attachments are free of viruses as we can take no responsibility for any computer virus which might be transferred by way of this email.



**From:** Amiad Kushner <▮▮▮▮▮@▮▮▮▮▮▮.▮▮▮>
**Sent:** Thursday, September 3, 2020 11:09 AM
**To:** Byron Perez <▮▮▮▮@▮▮▮.org>
**Cc:** arbitration <▮▮▮▮▮@▮▮▮.▮▮▮▮ ▮▮▮ <▮▮▮.▮@▮▮▮▮▮▮▮▮.▮▮▮ ▮▮▮ ▮▮▮ <▮▮▮@▮▮▮▮▮▮▮.▮▮▮ ▮▮▮ ▮▮▮ <▮▮▮@▮▮▮▮▮▮.▮▮▮ ▮▮▮ ▮▮ <▮▮@▮▮▮▮▮.▮▮▮ ▮▮▮▮.▮▮ @▮▮▮▮.▮▮▮ <Randall.▮▮▮@▮▮▮▮.▮▮.▮▮ ▮▮.▮▮▮▮@▮▮▮▮.▮▮▮ <▮▮▮▮▮▮@▮▮▮▮.▮▮ ▮▮ ▮▮▮ ▮▮▮ ▮▮▮ – ▮▮ <▮▮▮▮▮▮▮.▮@▮▮▮▮.▮▮ ▮▮ ▮▮▮ ▮▮ <▮▮@▮▮▮▮.▮▮ ▮▮▮▮ <▮▮@hkiac.▮▮▮ ▮▮▮ ▮▮ <▮▮@▮▮▮▮.▮▮ ▮▮▮ @▮▮▮▮▮.▮▮▮ <▮▮.▮▮@▮▮▮▮.▮▮ ▮@▮▮▮▮▮▮.▮▮ <.@▮▮▮▮▮▮.▮▮ ▮▮ ▮▮ ▮▮▮ <▮▮▮@▮▮▮▮▮.▮▮ ▮▮ ▮▮ <▮▮▮.▮@▮▮▮▮▮.▮▮ ▮▮ ▮▮▮.▮▮ – ▮▮ <▮▮▮▮▮.▮▮@▮▮▮.▮▮▮ <xing.▮▮@▮▮▮▮▮▮.▮▮▮>
**Subject:** RE: HKIAC/A18221 - Zhongzhi Hi-Tech Overseas Investment Ltd. v. Link Motion Inc.

Mr. Perez,

Further to the email below from Mr. Steven Seiden, who is a representative of the court-appointed Receiver for Respondent Link Motion, Inc., I write on behalf of Respondent to confirm that Respondent is making a partial payment of  USD 10,000 (approximately 77,500 HKD) towards the 237,500 HKD supplementary deposit requested from each party.  Respondent has limited financial resources and requests additional time to endeavor to make up the balance.  We would be grateful

for any accommodation that HKIAC can provide in this regard.

Regards,

Amiad Kushner

**Amiad Kushner**
Partner, Head of Litigation
Seiden Law Group LLP
469 Seventh Avenue, 5th Fl.
New York, NY 10018
Office: (███) ███-████
Mobile: (███) ███-████
www.seidenlegal.com

---

**From:** ████ ████ <█████@████████.███>
**Sent:** Wednesday, September 2, 2020 10:49 PM
**To:** arbitration <█████████@████.██>
**Cc:** ████ ██████ <███████@█████████.███>
**Subject:** RE: HKIAC/A18221 - Zhongzhi Hi-Tech Overseas Investment Ltd. v. Link Motion Inc.

Dear Mr. Perez, in accordance with the below and at your request, kindly note that a wire transfer in the amount of $10,000.00 USD has been processed and remitted to the HKIAC on behalf of Link Motion, Inc. (reference number ████/████ ██-█████-███-█████) Please note that the wire amount is a good faith payment toward the amount due to the HKIAC. Link Motion, Inc. is currently in Temporary Receivership and under the supervision of the U.S. District Court for the Southern District of New York and there are very limited funds available in the corpus of the Receivership estate at this time. The Receiver and his team are working diligently to recover, secure and maintain assets of Link Motion, Inc. as per the Court Order appointing the Temporary Receiver. Please confirm receipt of the funds on your end once they arrive. Thank you. All the best, Steve.

---



**From:** Byron Perez [█████:██████@████.██] **On Behalf Of** arbitration
**Sent:** Monday, August 24, 2020 12:22 AM
**To:** Mark Young <███.████@████████.███; ████ ████.█████ – ███ <████████.████@████████.██>; ████ ████ <████.█@████████.███>; ████.███████@████████.███; ███ <██.███████@███████.███>; <███.███@██████.███>; ███████.████@██████.██.██; <██████.█@████████.██>; ███████ <████@█████████.███>; <████@████████.███>; <████.█████@████████.com>; ███████ ██████; <█████.███@████████.██>; B. ███ <████.█@███████.███>; ████ ███████ <██████@████████.com>
**Cc:** ███.█████@████████.██; <████.███████@████████.██>; ███@██████████.██; <███@██████████.███>; ████████ ██████; <██████@█████████.██>
**Subject:** RE: HKIAC/A18221 - Zhongzhi Hi-Tech Overseas Investment Ltd. v. Link Motion Inc.

Dear Sirs/Mesdames,

We write with reference to the captioned case.

In accordance with the instructions of the arbitral tribunal and Article 41.3 of the 2018 HKIAC Administered Arbitration Rules, we request payment of supplementary deposit for the fees and expenses of the arbitral tribunal in the amount of **HK$ 475,000, i.e., HK$237,500 per party.**

Please make payment by bank transfer to the following account of HKIAC (or by cheque drawn to "Hong Kong International Arbitration Centre"):

| | |
|---|---|
| A/C Name: | Hong Kong International Arbitration Centre |
| A/C No: | ██-████-█ |
| Bank: | ███ ██ ████ ████ ████ |
| | ██ ██ ████ ███ ███ |
| Swift Code: | ██ █ HHH █ |

If any party wishes to pay by bank transfer, please identify the paying party and the HKIAC reference number "████/██████ when making the payment and notify us with proof of remittance once payment is made.  Please note that all bank charges are to be borne by the remitting party.

Please also note that HKIAC will only ever request that deposits be transferred to an account in the name of "*Hong Kong International Arbitration Centre.*"

Yours sincerely,
Byron Perez

Byron Perez
Counsel | **Hong Kong International Arbitration Centre**
Address: 38/F, Two Exchange Square, 8 Connaught Place, Central, Hong Kong
Direct: +852 2912 2215 Tel: +852 2525 2381
Fax: +852 2524 2171 E-mail: bperez@hkiac.org
Webpage: http://www.hkiac.org

_____
_____

**SAVE THE DATE:**
**HKIAC 35th Anniversary Celebration** (5 May 2020 | Hong Kong)

**Join the conversation**
**LinkedIn | Twitter | #HKIACBRI**

**Subscribe to our mailing list**
**HKIAC's Belt and Road activities**
**HKIAC's Women In Arbitration (WIA)**

Disclaimer:
The contents of this e-mail are intended for the named addressee only. It contains information which may be confidential and which may also be privileged. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify us immediately and then destroy it. Further, we make every effort to keep our network free from viruses. However, you do need to verify that this email and any attachments are free of viruses as we can take no responsibility for any computer virus which might be transferred by way of this email.