# Exhibit G

# INVOICE

**Jianfeng LI**

Room 603, Building No. 4

Sanlitun Nanlu,

Chaoyang District,

Beijing 100027, P.R. China

Phone: (86)13701279640

Email: Jianfengli2008@126.com

*DATE:* Mar 31st, 2019

*INVOICE #:* 190331

*For:* Translation and Advisory Fee

*BILL TO:*   The Seiden Group

*ATTENTION:* Mr. Robert W. Seiden, Esq. in his capacity as the Court-Appointed Receiver for Link Motion Inc.

|  | AMOUNT |
|---|---|
| █████████ ███ ████ ██ ███ ████ ██ █████████ █████████████ | USD 36,460.00 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **THANK YOU FOR YOUR BUSINESS!**  TOTAL | USD$ 36,460.00 |



Attachment: Record of Time Spent on LKM

| | Frank's Translation and Advisory Service for Link Motion Inc. | | |
|---|---|---|---|
| Date | Beijing Time | Time (Minutes) | Subject |
| 3-Feb | 23:45-24:00 | 15 | |
| 4-Feb | 09:00-12:00 | 180 | |
| 5-Feb | 09:30-11:20 | 110 | |
| | 11:40-12:40 | 60 | |
| 7-Feb | 10:00-11:00 | 60 | |
| 8-Feb | 09:50-10:05 | 15 | |
| 9-Feb | 08:40-11:15 | 155 | |
| 11-Feb | 08:30-08:50 | 20 | |
| | 11:55-12:40 | 45 | |
| 12-Feb | 09:00-09:30 | 30 | |
| 24-Feb | 15:50-16:20 | 30 | |
| 26-Feb | 08:02-08:24 | 22 | |
| 27-Feb | 18:05-19:10 | 65 | |
| 28-Feb | 09:18-09:30 | 12 | |
| | 14:00-16:00 | 120 | |
| 1-Mar | 14:20-14:40 | 20 | |
| | 23:42-23:50 | 8 | |
| 4-Mar | 16:30-20:30 | 240 | |
| 5-Mar | 18:18-18:48 | 30 | |
| 6-Mar | 09:01-09:31 | 30 | |
| | 10:33-11:38 | 65 | |
| 7-Mar | 09:00-09:30 | 30 | |
| 8-Mar | 07:53-08:31 | 38 | |
| | 08:35-08:55 | 20 | |
| | 08:55-09:10 | 15 | |
| | 23:35-01:00 | 85 | |
| 9-Mar | 15:40-17:10 | 90 | |
| | 18:00-19:00 | 60 | |
| | 20:00-23:00 | 180 | |
| 10-Mar | 15:00-17:00 | 120 | |
| | 22:00-24:00 | 120 | |
| 11-Mar | 10:30-11:25 | 55 | |
| | 16:43-17:57 | 74 | |
| | 19:00-19:25 | 25 | |

1

|        | 21:52-22:24  | 32  |
|--------|--------------|-----|
|        | 22:40-23:00  | 20  |
| 12-Mar | 17:00-17:30  | 30  |
|        | 21:32-23:00  | 88  |
|        | 23:30-23:50  | 20  |
| 13-Mar | 00:32-01:28  | 56  |
|        | 01:30-02:00  | 30  |
|        | 16:00-17:20  | 80  |
|        | 21:30-23:00  | 90  |
| 14-Mar | 00:20-00:40  | 20  |
|        | 08:00-08:15  | 15  |
|        | 16:00-18:00  | 120 |
|        | 19:00-23:00  | 240 |
| 15-Mar | 23:15-23:30  | 15  |
|        | 23:30-24:00  | 30  |
| 16-Mar | 17:00-18:30  | 90  |
|        | 20:00-23:00  | 180 |
| 17-Mar | 14:00-16:25  | 145 |
|        | 21:30-21:50  | 20  |
| 18-Mar | 08:28-09:08  | 40  |
|        | 14:00-16:00  | 120 |
|        | 16:08-16:25  | 17  |
|        | 18:00-18:16  | 16  |
|        | 22:23-23:53  | 90  |
| 19-Mar | 00:58-01:12  | 14  |
|        | 12:00-12:20  | 20  |
|        | 14:38-14:56  | 18  |
|        | 15:46-16:44  | 58  |
|        | 20:23-20:42  | 19  |
| 20-Mar | 10:44-11:04  | 20  |
|        | 14:00-16:00  | 120 |
|        | 17:00-18:00  | 60  |
| 21-Mar | 16:00-16:50  | 50  |
|        | 20:39:-21:09 | 30  |
|        | 23:00-23:50  | 50  |
| 22-Mar | 09:00-10:05  | 65  |
|        | 15:00-15:30  | 30  |
| 24-Mar | 17:39-18:59  | 80  |
|        | 19:30-20:00  | 30  |
|        | 20:30-22:30  | 120 |

|        | 22:30-23:00        | 30    |
|--------|--------------------|-------|
| 25-Mar | 17:00-18:06        | 66    |
|        | 21:43-22:55        | 72    |
| 26-Mar | 18:00-19:00        | 60    |
|        | 22:32-23:50        | 78    |
| 27-Mar | 11:00-11:22        | 22    |
|        | 21:00-22:20        | 80    |
| 28-Mar | 11:18-12:15        | 57    |
|        | 14:35-15:15        | 40    |
|        | 21:03-22:07        | 64    |
|        | 22:08-23:20        | 72    |
|        | 23:20-00:55        | 95    |
| 29-Mar | 11:40-12:37        | 56    |
| 30-Mar | 14:00-14:45        | 45    |
|        | Subtotal in Minutes | 5469 |
|        | **Subtotal in Hours** | **91.15** |

# INVOICE

**Jianfeng LI**  
Room 603, Building No. 4  
Sanlitun Nanlu,  
Chaoyang District,  
Beijing 100027, P.R. China  
Phone: (86)13701279640  
Email: Jianfengli2008@126.com  

*DATE:* April 30th, 2019  
*INVOICE #:* 190430  
*For:* Translation and Advisory Fee  
*BILL TO:*   The Seiden Group  
*ATTENTION:* Mr. Robert W. Seiden, Esq. in his capacity as the Court-Appointed Receiver for Link Motion Inc.

|  | AMOUNT |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | USD 36,288.00 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **THANK YOU FOR YOUR BUSINESS!**    TOTAL | USD$ 36,288.00 |



Attachment: Record of Time Spent on LKM from April 1st-30th, 2019

| | Frank's Translation and Advisory Service for Link Motion Inc. | |
|---|---|---|
| Date | Beijing Time | Time (Minutes) |
| 1-Apr | 19:00-20:30 | 90 |
| | 21:00-21:50 | 50 |
| 2-Apr | 13:05-13:35 | 30 |
| | 16:30-16:45 | 15 |
| | 18:30-19:30 | 60 |
| | 21:01-23:50 | 169 |
| 3-Apr | 23:52-00:33 | 41 |
| | 15:00-15:30 | 30 |
| | 20:00-20:30 | 30 |
| | 21:00-21:20 | 20 |
| 4-Apr | 00:45-00:55 | 10 |
| | 01:11-02:18 | 67 |
| | 10:03-10:57 | 54 |
| | 14:00-14:30 | 30 |
| 6-Apr | 21:00-21:30 | 30 |
| | 21:30-21:50 | 20 |
| | 22:15-23:11 | 56 |
| 7-Apr | 21:25-21:55 | 30 |
| 8-Apr | 18:00-18:30 | 30 |
| 9-Apr | 12:01-12:37 | 36 |
| | 13:50-14:20 | 30 |
| | 16:00-16:40 | 40 |
| | 19:45-20:30 | 45 |
| | 21:47-21:55 | 8 |
| 10-Apr | 00:58-02:00 | 62 |
| | 10:00-12:00 | 120 |
| | 17:30-18:00 | 30 |
| | 18:00-18:30 | 30 |
| 11-Apr | 15:25-17:00 | 95 |
| | 21:17-21:32 | 15 |
| | 23:30-00:35 | 65 |
| 12-Apr | 10:27-11:30 | 63 |
| | 15:10-16:00 | 50 |
| 14-Apr | 15:00-18:00 | 180 |
| 15-Apr | 16:00-17:00 | 60 |
| | 19:00-21:00 | 120 |
| 16-Apr | 9:30-11:30 | 120 |

|  | | |
|---|---|---|
|  | 13:30-16:30 | 180 |
| 17-Apr | 9:00-9:15 | 15 |
|  | 11:00-11:30 | 30 |
|  | 13:40-17:00 | 200 |
|  | 21:15-22:15 | 60 |
|  | 22:50-23:20 | 30 |
| 18-Apr | 10:20-11:50 | 90 |
|  | 13:00-14:00 | 60 |
|  | 15:05-18:00 | 175 |
|  | 19:15-21:30 | 135 |
|  | 23:40-00:22 | 42 |
| 19-Apr | 00:30-00:50 | 20 |
|  | 13:00-15:00 | 120 |
|  | 16:00-16:20 | 20 |
|  | 17:05-17:20 | 15 |
|  | 17:40-18:03 | 23 |
|  | 22:00-22:50 | 50 |
|  | 23:10-23:52 | 42 |
| 20-Apr | 01:10-02:12 | 62 |
|  | 15:00-16:30 | 90 |
| 21-Apr | 14:50-15:14 | 24 |
|  | 15:30-16:07 | 37 |
|  | 18:00-20:00 | 120 |
|  | 23:00-00:43 | 103 |
| 22-Apr | 01:00-01:16 | 16 |
|  | 15:05-16:13 | 68 |
|  | 16:45-18:30 | 105 |
|  | 19:30-21:32 | 122 |
| 23-Apr | 01:00-01:30 | 30 |
|  | 12:15-12:55 | 40 |
|  | 14:00-14:55 | 55 |
|  | 15:18-17:10 | 112 |
|  | 17:00-17:50 | 50 |
|  | 23:50-00:10 | 20 |
| 24-Apr | 11:00-11:30 | 30 |
|  | 12:00-12:30 | 30 |
|  | 14:00-14:30 | 30 |
|  | 15:30-16:05 | 35 |
|  | 16:05-16:30 | 25 |
| 25-Apr | 14:01-14:26 | 25 |
|  | 23:35-00:30 | 55 |
| 26-Apr | 10:00-10:22 | 22 |
|  | 16:36-16:59 | 23 |
|  | 22:50-23:10 | 20 |

| Date | Time | Minutes |
|---|---|---|
| 27-Apr | 19:30-20:00 | 30 |
| | 21:04-21:37 | 33 |
| 28-Apr | 11:40-13:10 | 90 |
| | 18:02-19:20 | 78 |
| 29-Apr | 11:30-12:20 | 50 |
| | 14:30-15:00 | 30 |
| | 15:55-16:15 | 20 |
| | 19:50-20:20 | 30 |
| | 21:30-23:00 | 90 |
| 30-Apr | 01:00-01:19 | 19 |
| | 01:53-02:20 | 27 |
| | 02:21-03:20 | 59 |
| | 11:30-2:00 | 150 |
| | 15:40-16:30 | 50 |
| | Subtotal in Minutes | 5443 |
| | **Subtotal in Hours** | **90.72** |

3

# INVOICE

**Jianfeng LI**  *DATE:* May 31st, 2019
Room 603, Building No. 4  *INVOICE #*: 190531
Sanlitun Nanlu,  *For:* Translation and Advisory Fee
Chaoyang District,  *BILL TO:*   The Seiden Group
Beijing 100027, P.R. China  *ATTENTION:* Mr. Robert W. Seiden, Esq.
Phone: (86)13701279640  in his capacity as the Court-Appointed
Email: Jianfengli2008@126.com  Receiver for Link Motion Inc.

| ███████ | | | AMOUNT |
|---|---|---|---|
| ██████████████████████████ ████ ██ | | | USD 13,360.00 |
| ██████████████████████ | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **THANK YOU FOR YOUR BUSINESS!** | | *TOTAL* | USD$ 13,360.00 |



Attachment: Record of Time Spent on LKM from May 1st-31st, 2019

| | Frank's Translation and Advisory Service for Link Motion Inc. |
|---|---|

| Date | Beijing Time | Time (Minutes) |
|---|---|---|
| 1-May | 14:07-14:36 | 29 |
| 2-May | 17:23-18:03 | 40 |
| | 18:52-19:14 | 22 |
| 3-May | 12:05-12:20 | 15 |
| 4-May | 00:45-01:25 | 40 |
| | 16:45-17:14 | 29 |
| | 17:15-17:50 | 35 |
| 5-May | 00:33-01:20 | 47 |
| | 01:40-02:00 | 20 |
| | 09:03-09:13 | 10 |
| | 11:30-12:40 | 70 |
| | 16:50-17:30 | 40 |
| 6-May | 08:25-08:35 | 10 |
| | 09:13-10:00 | 47 |
| | 13:05-14:00 | 55 |
| | 20:30-21:30 | 60 |
| 7-May | 10:40-10:55 | 15 |
| | 12:00-12:10 | 10 |
| | 13:45-14:15 | 30 |
| | 14:15-14:30 | 15 |
| | 15:30-16:35 | 65 |
| 8-May | 11:48-12:10 | 22 |
| | 18:00-18:40 | 40 |
| | 19:16-19:52 | 36 |
| 9-May | 00:04-00:15 | 11 |
| | 00:28-00:42 | 14 |
| | 00:58-01:08 | 10 |
| | 01:08-02:03 | 55 |
| | 09:16-09:45 | 29 |
| | 10:45-11:00 | 15 |
| | 20:40-21:25 | 45 |
| 10-May | 02:37-02:55 | 18 |
| | 03:30-03:38 | 8 |
| | 10:01-10:27 | 26 |
| | 11:00-11:17 | 17 |
| | 21:05-21:45 | 40 |
| 11-May | 12:30-13:00 | 30 |

|        | 21:30-22:10 | 40 |
|        | 23:00-23:50 | 50 |
| 12-May | 17:11-17:58 | 47 |
|        | 17:50-18:10 | 20 |
| 13-May | 07:23-07:48 | 25 |
|        | 09:12-10:14 | 62 |
|        | 21:30-21:38 | 8  |
|        | 21:38-21:57 | 19 |
|        | 23:45-24:00 | 15 |
| 14-May | 16:50-17:54 | 64 |
| 15-May | 10:20-10:30 | 10 |
| 16-May | 15:35-16:05 | 30 |
|        | 21:10-22:05 | 55 |
| 17-May | 22:12-22:32 | 20 |
| 18-May | 12:15-13:10 | 55 |
| 19-May | 12:03-12:40 | 37 |
| 20-May | 00:02-00:36 | 34 |
| 23-May | 15:25-15:45 | 20 |
|        | 17:33-17:53 | 20 |
|        | 21:25-21:40 | 15 |
|        | 22:11-22:26 | 15 |
|        | 22:30-23:20 | 50 |
| 25-May | 14:25-14:34 | 9  |
|        | 14:56-15:15 | 19 |
| 26-May | 23:00-23:20 | 20 |
| 27-May | 09:44-10:36 | 52 |
| 30-May | 12:07-12:30 | 23 |
| 31-May | 10:10-10:30 | 20 |
|        | 22:30-23:00 | 30 |
|        | Subtotal in Minutes | 2004 |
|        | **Subtotal in Hours** | **33.40** |

# INVOICE

**Jianfeng LI**  *DATE:* July 31st, 2019
Room 603, Building No. 4  *INVOICE #*: 190731
Sanlitun Nanlu,  *For:* Translation and Advisory Fee
Chaoyang District,  *BILL TO:*   The Seiden Group
Beijing 100027, P.R. China  *ATTENTION:* Mr. Robert W. Seiden, Esq.
Phone: (86)13701279640  in his capacity as the Court-Appointed
Email: Jianfengli2008@126.com  Receiver for Link Motion Inc.

| ███████ | AMOUNT |
|---|---|
| █████████████████████████ ███ ██ | USD 12,520.00 |
| ████████████████████████ | |
| | |
| | |
| | |
| | |
| | |
| **THANK YOU FOR YOUR BUSINESS!**   *TOTAL* | USD$ 12,520.00 |



Attachment: Record of Time Spent on LKM from June 1st- July 31st, 2019

| | Frank's Translation and Advisory Service for Link Motion Inc. | |
|---|---|---|
| Date | Beijing Time | Time (Minutes) |
| 1-Jun | 17:30-17:45 | 15 |
| | 18:05-18:18 | 13 |
| 3-Jun | 17:31-17:44 | 13 |
| | 19:50-20:10 | 20 |
| 4-Jun | 16:45-17:00 | 15 |
| 10-Jun | 15:01-15:12 | 11 |
| 14-Jun | 01:02-01:10 | 8 |
| | 10:20-10:30 | 10 |
| | 23:06-23:32 | 26 |
| 15-Jun | 09:30-09:40 | 10 |
| | 10:58-11:55 | 57 |
| | 12:12-12:27 | 15 |
| 16-Jun | 17:36-18:30 | 54 |
| 17-Jun | 22:00-22:51 | 51 |
| 19-Jun | 23:33-23:43 | 10 |
| 20-Jun | 00:12-00:36 | 24 |
| | 09:27-09:38 | 11 |
| | 10:02-10:12 | 10 |
| 21-Jun | 06:08-06:18 | 10 |
| | 09:57-10:18 | 21 |
| | 22:46-23:06 | 20 |
| 24-Jun | 20:00-20:30 | 30 |
| 25-Jun | 01:30-02:13 | 43 |
| | 21:15-21:33 | 18 |
| | 22:00-22:20 | 20 |
| | 23:40-23:55 | 15 |
| 26-Jun | 18:02-18:23 | 21 |
| 28-Jun | 15:50-16:40 | 50 |
| | 22:40-23:08 | 28 |
| | 23:25-23:50 | 25 |
| 30-Jun | 03:20-04:03 | 43 |
| | Subtotal in Minutes | 717 |
| | **Subtotal in Hours** | **11.95** |

| | | | |
|---|---|---|---|
| | Frank's Translation and Advisory Service for Link Motion Inc. | | |
| Date | Beijing Time | Time (Minutes) | |
| 1-Jul | 10:32-11:24 | 52 | |
| | 21:50-22:20 | 30 | |
| 2-Jul | 01:20-01:35 | 15 | |
| | 17:10-17:40 | 30 | |
| | 21:40-22:00 | 20 | |
| 4-Jul | 10:17-10:30 | 13 | |
| | 23:33-23:50 | 17 | |
| 5-Jul | 01:00-01:30 | 30 | |
| 6-Jul | 21:30-22:00 | 30 | |
| 7-Jul | 20:35-20:50 | 15 | |
| | 15:05-15:27 | 22 | |
| | 22:47-23:16 | 29 | |
| 9-Jul | 22:13-22:40 | 27 | |
| | 23:15-23:46 | 31 | |
| 10-Jul | 00:10-00:17 | 7 | |
| 11-Jul | 18:57-19:50 | 53 | |
| 12-Jul | 09:51-10:38 | 47 | |
| | 11:37-11:52 | 15 | |
| 13-Jul | 01:00-01:30 | 30 | |
| | 03:30-04:00 | 30 | |
| 15-Jul | 20:48-21:21 | 33 | |
| 16-Jul | 20:30-21:00 | 30 | |
| | 23:09-23:35 | 26 | |
| 17-Jul | 14:20-14:28 | 8 | |
| | 21:30-22:00 | 30 | |
| | 23:05-23:58 | 53 | |
| 18-Jul | 23:20-23:30 | 10 | |
| 19-Jul | 23:24-00:33 | 69 | |
| 22-Jul | 11:10-11:20 | 10 | |
| | 16:11-15:16 | 5 | |
| | 15:23-15:58 | 35 | |
| | 16:16-16:40 | 24 | |
| | 18:08-18:13 | 5 | |
| | 22:50-23:30 | 40 | |
| 24-Jul | 11:22-11:33 | 11 | |
| | 21:45-22:23 | 38 | |
| 26-Jul | 12:15-12:21 | 6 | |
| 27-Jul | 14:23-14:38 | 15 | |
| | 16:15-16:58 | 43 | |

|        | 17:01-17:26         | 25    |
|--------|---------------------|-------|
| 29-Jul | 10:15-10:26         | 11    |
|        | 16:07-16:31         | 24    |
| 30-Jul | 10:38-11:08         | 30    |
| 31-Jul | 11:44-12:14         | 30    |
|        | 15:40-15:49         | 9     |
|        | Subtotal in Minutes | 1163  |
|        | **Subtotal in Hours** | 19.38 |

# INVOICE

**Jianfeng LI**  
Room 603, Building No. 4  
Sanlitun Nanlu,  
Chaoyang District,  
Beijing 100027, P.R. China  
Phone: (86)13701279640  
Email: Jianfengli2008@126.com  

*DATE:* Dec 10th, 2019  
*INVOICE #:* 1901210  
*For:* Translation and Advisory Fee  
*BILL TO:* The Seiden Group  
*ATTENTION:* Mr. Robert W. Seiden, Esq. in his capacity as the Court-Appointed Receiver for Link Motion Inc.  

|  | AMOUNT |
|---|---|
| ███ | USD 3,772.00 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **THANK YOU FOR YOUR BUSINESS!**     TOTAL | USD$ 3,772.00 |



Attachment: Record of Time Entries on LKM from August 1st - November 30th, 2019

| | | | Frank's Translation and Advisory Service Time Entries(August-November 2019) |
|---|---|---|---|
| Date | Time | Minutes | Subject |
| 2-Aug | 10:53-11:00 | 7 | |
| | 13:30-14:30 | 60 | |
| 3-Aug | 11:05-11:13 | 8 | |
| | 12:09-12:14 | 5 | |
| | 14:45-14:58 | 13 | |
| | 15:30-15:44 | 14 | |
| 6-Aug | 14:38-15:00 | 22 | |
| 10-Aug | 13:44-14:07 | 23 | |
| 19-Aug | 9:43-10:13 | 30 | |
| | 11:00-11:20 | 20 | |
| | 11:20-11:30 | 10 | |
| | 12:30-13:13 | 43 | |
| | 15:17-15:28 | 11 | |
| | 15:45-16:10 | 25 | |
| | 19:47-20:00 | 13 | |
| 23-Aug | 01:10-01:48 | 38 | |
| | 11:30-11:40 | 10 | |
| | 11:55-12:10 | 15 | |
| | 17:55-18:10 | 15 | |
| | 22:03-22:45 | 42 | |
| 24-Aug | 09:23-09:41 | 18 | |
| 25-Aug | 22:50-23:52 | 58 | |
| 27-Aug | 22:05-23:05 | 60 | |
| 28-Aug | 01:20-01:43 | 23 | |
| 29-Aug | 15:40-15:50 | 10 | |
| | 17:20-8:20 | 60 | |
| 30-Aug | 15:50-16:18 | 28 | |
| | 17:35-18:00 | 25 | |
| | 22:16-23:40 | 84 | |
| 1-Sep | 21:00-22:44 | 104 | |
| 2-Sep | 02:30-02:48 | 18 | |
| | 11:50-12:12 | 22 | |
| | 23:14-23:24 | 10 | |
| 3-Sep | 07:20-07:38 | 18 | |
| | 21:11-21:24 | 13 | |
| 6-Sep | 23:36-23:51 | 15 | |
| 7-Sep | 01:37-02:20 | 43 | |
| 9-Sep | 23:12-23:27 | 15 | |
| 12-Sep | 23:17-23:30 | 13 | |
| | 12:58-00:22 | 24 | |

| Date | Time | Minutes |
|---|---|---:|
| 13-Sep | 10:58-10:30 | 32 |
|  | 22:58-23:20 | 22 |
| 14-Sep | 19:45-20:30 | 45 |
| 16-Sep | 10:13-10:20 | 7 |
| 17-Sep | 22:00-23:12 | 72 |
| 18-Sep | 17:35-17:51 | 16 |
|  | 19:00-21:12 | 132 |
| 20-Sep | 09:23-09:58 | 35 |
| 21-Sep | 21:32-22:18 | 46 |
| 26-Sep | 15:30-15:42 | 12 |
|  | 9:50-10:30 | 40 |
| 6-Oct | 14:20-14:45 | 25 |
|  | 17:14-18:02 | 48 |
| 9-Oct | 0:40-01:38 | 58 |
| 11-Oct | 15:33-15:45 | 12 |
|  | 16:45-17:15 | 30 |
|  | 22:05-23:08 | 63 |
| 12-Oct | 05:02-05:28 | 26 |
|  | 12:28-12:45 | 17 |
| 13-Oct | 20:37-21:00 | 23 |
|  | 21:05-22:58 | 113 |
| 14-Oct | 01:05-01:35 | 30 |
| 16-Oct | 14:32-14:42 | 10 |
|  | 19:10-19:27 | 17 |
| 23-Oct | 18:55-19:20 | 25 |
| 25-Oct | 11:10-00:40 | 90 |
| 4-Nov | 16:30-17:00 | 30 |
|  | 17:00-17:20 | 20 |
|  | 22:00-22:10 | 10 |
| 12-Nov | 00:20-00:34 | 14 |
|  | 10:15-10:45 | 30 |
| 19-Nov | 10:50-10:58 | 8 |
| 21-Nov | 11:00-11:05 | 5 |
| 25-Nov | 18:55-19:10 | 15 |
| Subtotal(Minutes) | | 2263 |
| **Subtotal(Hours)** | | **37.72** |
| Total Amount(USD) | | 15087 |
| To be paid by Receiver (USD) | | 3772 |

# INVOICE

The following amount is payable to Zhu Weiyi for his interpretation service for the hearings in the Matter of An Arbitration Between Zhongzhi Hi-Tech Overseas Investment and Link Motion Inc. HKJAC/A8221 Held on July 21 and 22, 2020, at a rate of 600 US dollars for July 21, 2020 and at a rate of 1000 US dollars for July 22, 2020.

Total amount: USD 1600.00

Account detail:



Note: Please indicate in the wire transfer that the payment is for translation service.

Zhu Weiyi