# Exhibit H



# INVOICE

Invoice # 4128
Date: 13/02/2020
Due On: 14/03/2020

## KSG Attorneys at Law

North Church Street
George Town, Grand Cayman P.O. Box 2255 KY1-1107
Cayman Islands

Attention: Robert Seiden, in his
capacity as the Court
Appointed Receiver for Link
Motion Inc.
469 Seventh Avenue, 5th Floor
New York, NY 10018

### 01264-Link Motion Inc./19

## Link Motion, Inc.

### Services

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 01/12/2019 | ███ | 1.00 | $3,000.00 | $3,000.00 |
| | | | **Services Subtotal** | | **$3,000.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 09/01/2020 | ██████████ | 1.00 | $60.98 | $60.98 |
| Expense | 13/01/2020 | ██████████ | 1.00 | $6,097.56 | $6,097.56 |
| | | | **Expenses Subtotal** | | **$6,158.54** |
| | | | **Subtotal** | | **$9,158.54** |
| | | | **Total** | | **$9,158.54** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4128 | 14/03/2020 | $9,158.54 | $0.00 | $9,158.54 |
| | | | **Outstanding Balance** | **$9,158.54** |
| | | | **Total Amount Outstanding** | **$9,158.54** |

This invoice is in United States Dollars.

Please make all amounts payable to: KSG Attorneys at Law

Please pay within 30 days.

## Remittance Advice

| Wire Transfer Information | |
|---|---|
| **Bank Name/Address:** | Bank of Butterfield |
| **Name/Account #:** | KSG Attorneys |
| | USD: 8401645760038 |

Please include the invoice number 4128 as an additional reference so we may accurately identify and apply your payment.

Please provide adequate payment to cover the wire fees assessed by your financial institution.



# INVOICE

Invoice # 4764
Date: 01/06/2020
Due On: 01/07/2020

## KSG Attorneys at Law

North Church Street
George Town, Grand Cayman P.O. Box 2255 KY1-1107
Cayman Islands

Attention: Robert Seiden, in his
capacity as the Court
Appointed Receiver for Link
Motion Inc.
469 Seventh Avenue, 5th Floor
New York, NY 10018

### 01534-Link Motion Inc./20

## LKM Hong Kong Arbitration



| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 20/05/2020 | | 2.70 | $600.00 | $1,620.00 |
| Service | 21/05/2020 | | 9.20 | $600.00 | $5,520.00 |
| Service | 22/05/2020 | Develop and draft argument/analysis | 4.10 | $600.00 | $2,460.00 |
| | | | | **Subtotal** | **$9,600.00** |
| | | | | **Total** | **$9,600.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 4764 | 01/07/2020 | $9,600.00 | $0.00 | $9,600.00 |
| | | | **Outstanding Balance** | **$9,600.00** |

**Total Amount Outstanding**          **$9,600.00**

This invoice is in United States Dollars.

Please make all amounts payable to: KSG Attorneys at Law

Please pay within 30 days.

## Remittance Advice

| Wire Transfer Information |
| --- |

**Bank Name/Address:** ███████████

**Name/Account #:** █████████

███████████

████████████████████████████████████████

Please provide adequate payment to cover the wire fees assessed by your financial institution.



# INVOICE

Invoice # 4803
Date: 11/06/2020
Due On: 11/07/2020

## KSG Attorneys at Law

North Church Street
George Town, Grand Cayman P.O. Box 2255 KY1-1107
Cayman Islands

Attention: Robert Seiden, in his
capacity as the Court
Appointed Receiver for Link
Motion Inc.
469 Seventh Avenue, 5th Floor
New York, NY 10018

## 01550-Link Motion Inc./20

## LKM Promissory Note Conversion

### Services

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 11/06/2020 |  | 1.00 | $5,000.00 | $5,000.00 |

| | Services Subtotal | $5,000.00 |
|---|---|---|

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 11/06/2020 | ██████████ | 1.00 | $914.63 | $914.63 |

| | Expenses Subtotal | $914.63 |
|---|---|---|
| | Subtotal | $5,914.63 |
| | Total | $5,914.63 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4803 | 11/07/2020 | $5,914.63 | $0.00 | $5,914.63 |
| | | | **Outstanding Balance** | **$5,914.63** |
| | | | **Total Amount Outstanding** | **$5,914.63** |

This invoice is in United States Dollars.

Please make all amounts payable to: KSG Attorneys at Law

Please pay within 30 days.

## Remittance Advice

**Wire Transfer Information**

**Bank Name/Address:** ████████████

**Name/Account #:** ██████████

████████████████

████████████████████████████████████████████████████████

Please provide adequate payment to cover the wire fees assessed by your financial institution.



# INVOICE

Invoice # 5241
Date: 02/09/2020
Due On: 02/10/2020

## KSG Attorneys at Law

North Church Street
George Town, Grand Cayman P.O. Box 2255 KY1-1107
Cayman Islands

Attention: Robert Seiden, in his
capacity as the Court
Appointed Receiver for Link
Motion Inc.
469 Seventh Avenue, 5th Floor
New York, NY 10018

### 01649-Link Motion Inc./20

## Link Motion Inc. - General Advice

### Services



| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 11/08/2020 | ███████████████████████ | 0.70 | $600.00 | $420.00 |
| Service | 17/08/2020 | ███████████████████████ | 2.10 | $600.00 | $1,260.00 |
| Service | 21/08/2020 | ███████████████████████ | 1.70 | $600.00 | $1,020.00 |
| Service | 25/08/2020 | ███████████████████████ | 0.20 | $600.00 | $120.00 |
| Service | 28/08/2020 | ███████████████████████ | 0.20 | $600.00 | $120.00 |
| | | | **Services Subtotal** | | **$2,940.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 25/08/2020 | ███████████████████ | 1.00 | $33.78 | $33.78 |

| | |
|---|---|
| **Expenses Subtotal** | **$33.78** |
| **Subtotal** | **$2,973.78** |
| **Total** | **$2,973.78** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5241 | 02/10/2020 | $2,973.78 | $0.00 | $2,973.78 |
| | | | **Outstanding Balance** | **$2,973.78** |
| | | | **Total Amount Outstanding** | **$2,973.78** |

| Account | Balance |
|---|---|
| USD Savings Balance | $0.00 |
| **Total Account Balance** | **$0.00** |

This invoice is in United States Dollars.

Please make all amounts payable to: ██████████

Please pay within 30 days.

## Remittance Advice

| Wire Transfer Information |
| --- |

**Bank Name/Address:** ████████████

**Name/Account #:** █████████

████████████

████████████████████████████████████████████████████████

Please provide adequate payment to cover the wire fees assessed by your financial institution.



# INVOICE

Invoice # 5386
Date: 01/10/2020
Due On: 31/10/2020

# KSG Attorneys at Law

North Church Street
George Town, Grand Cayman P.O. Box 2255 KY1-1107
Cayman Islands

Attention: Robert Seiden, in his
capacity as the Court
Appointed Receiver for Link
Motion Inc.
469 Seventh Avenue, 5th Floor
New York, NY 10018

## 01649-Link Motion Inc./20

## Link Motion Inc. - General Advice

### Services

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 03/09/2020 | ██████████████████ | 0.40 | $600.00 | $240.00 |
| Service | 04/09/2020 | ██████████████████ | 2.30 | $600.00 | $1,380.00 |
| Service | 07/09/2020 | ██████████████████ | 5.00 | $600.00 | $3,000.00 |
| Service | 08/09/2020 | ██████████████████ | 0.90 | $600.00 | $540.00 |
| Service | 08/09/2020 | ████ie██████████ | 0.30 | $600.00 | $180.00 |
| Service | 09/09/2020 | ██████████████) | 1.90 | $600.00 | $1,140.00 |
| Service | 10/09/2020 | ██████████████ | 0.30 | $600.00 | $180.00 |



| Service | 17/09/2020 | ████████████ | 1.00 | $600.00 | $600.00 |
| Service | 18/09/2020 | ████████████ | 0.20 | $600.00 | $120.00 |
| Service | 21/09/2020 | ████████████ | 0.20 | $600.00 | $120.00 |
| Service | 22/09/2020 | ████████████ | 0.40 | $600.00 | $240.00 |
| Service | 24/09/2020 | ████████████ | 0.20 | $600.00 | $120.00 |
| Service | 29/09/2020 | ████████████ | 0.30 | $600.00 | $180.00 |
| | | **Services Subtotal** | | | **$8,040.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 17/09/2020 | ████████████ | 1.00 | $36.86 | $36.86 |
| | | **Expenses Subtotal** | | | **$36.86** |
| | | **Subtotal** | | | **$8,076.86** |
| | | **Total** | | | **$8,076.86** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 5241 | 02/10/2020 | $2,973.78 | $0.00 | $2,973.78 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5386 | 31/10/2020 | $8,076.86 | $0.00 | $8,076.86 |
| | | | **Outstanding Balance** | **$11,050.64** |
| | | | **Total Amount Outstanding** | **$11,050.64** |

| Account | Balance |
|---|---|
| USD Savings Balance | $0.00 |
| **Total Account Balance** | **$0.00** |

This invoice is in United States Dollars.

Please make all amounts payable to: KSG Attorneys at Law

Please pay within 30 days.

## Remittance Advice

| Wire Transfer Information | |
|---|---|
| **Bank Name/Address:** | ███████████ |
| **Name/Account #:** | █████████ |
| | █████████████ |

███████████████████████████████████████████████

Please provide adequate payment to cover the wire fees assessed by your financial institution.



**INVOICE**

Invoice # 7721
Date: 14/10/2021
Due On: 13/11/2021

# KSG Attorneys at Law

North Church Street
George Town, Grand Cayman P.O. Box 2255 KY1-1107
Cayman Islands

Attention: Robert Seiden, in his
capacity as the Court
Appointed Receiver for Link
Motion Inc.
469 Seventh Avenue, 5th Floor
New York, NY 10018

## 02335-Link Motion Inc./21

## LKM Promissory Note Conversion 2021

### Services

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 08/09/2021 |  | 1.00 | $4,100.00 | $4,100.00 |

| | | | Quantity Subtotal | 1.0 |
|--|--|--|--|--|
| | | | Services Subtotal | **$4,100.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 13/09/2021 | ███████ | 1.00 | $750.00 | $750.00 |
| | | | Expenses Subtotal | | **$750.00** |

| Time Keeper | Position | Quantity | Rate | Total |
|-------------|----------|----------|------|-------|
| Mark Russell | Attorney | 1.0 | $4,100.00 | $4,100.00 |
| | | Quantity Total | | 1.0 |
| | | Subtotal | | **$4,850.00** |

**Total**    **$4,850.00**

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7721 | 13/11/2021 | $4,850.00 | $0.00 | $4,850.00 |
| | | | **Outstanding Balance** | **$4,850.00** |
| | | | **Total Amount Outstanding** | **$4,850.00** |

All invoices are in Cayman Islands Dollars.  If paying in USD the conversion rate is 0.82.
Please make all amounts payable to: KSG Attorneys at Law

Please pay within 30 days.

## Remittance Advice

| Wire Transfer Information | |
|---|---|
| **Bank Name/Address:** | ███████████ |
| | |
| **Name/Account #:** | ██████████ |
| | ████████████ |
| | ████████████ |

███████████████████████████████████████████████████

Please provide adequate payment to cover the wire fees assessed by your financial institution.



# INVOICE

Invoice # 5633
Date: 09/11/2020
Due On: 09/12/2020

## KSG Attorneys at Law

North Church Street
George Town, Grand Cayman P.O. Box 2255 KY1-1107
Cayman Islands

Attention: Robert Seiden, in his
capacity as the Court
Appointed Receiver for Link
Motion Inc.
469 Seventh Avenue, 5th Floor
New York, NY 10018

### 01649-Link Motion Inc./20

## Link Motion Inc. - General Advice



| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 06/10/2020 | | 0.30 | $600.00 | $180.00 |
| Service | 07/10/2020 | | 0.30 | $600.00 | $180.00 |
| Service | 08/10/2020 | | 2.00 | $600.00 | $1,200.00 |
| Service | 09/10/2020 | | 0.60 | $600.00 | $360.00 |

| | | |
|---|---|---|
| **Subtotal** | **$1,920.00** |
| **Total** | **$1,920.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5241 | 02/10/2020 | $2,973.78 | $0.00 | $2,973.78 |
| 5386 | 31/10/2020 | $8,076.86 | $0.00 | $8,076.86 |

### Interest On Other Invoices

| Original Invoice | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5241 | 02/11/2020 | $14.67 | $0.00 | $14.67 |
| 5386 | 01/12/2020 | $39.83 | $0.00 | $39.83 |
| 5241 | 02/12/2020 | $14.67 | $0.00 | $14.67 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5633 | 09/12/2020 | $1,920.00 | $0.00 | $1,920.00 |
| | | | Outstanding Balance | $13,039.81 |
| | | | Total Amount Outstanding | $13,039.81 |

| Account | Balance |
|---|---|
| USD Savings Balance | $0.00 |
| Total Account Balance | $0.00 |

This invoice is in United States Dollars.

Please make all amounts payable to: KSG Attorneys at Law

Please pay within 30 days.

## Remittance Advice

| Wire Transfer Information |
|---|

**Bank Name/Address:**  ██████████

**Name/Account #:** ████████

██████████████

███████ .

Please provide adequate payment to cover the wire fees assessed by your financial institution.



# INVOICE

Invoice # 5838
Date: 07/12/2020
Due On: 06/01/2021

## KSG Attorneys at Law

North Church Street
George Town, Grand Cayman P.O. Box 2255 KY1-1107
Cayman Islands

Attention: Robert Seiden, in his
capacity as the Court
Appointed Receiver for Link
Motion Inc.
469 Seventh Avenue, 5th Floor
New York, NY 10018

### 01649-Link Motion Inc./20

## Link Motion Inc. - General Advice

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 11/11/2020 | ███████████████████ | 0.90 | $600.00 | $540.00 |
| Service | 12/11/2020 | ███████████████████ | 0.50 | $600.00 | $300.00 |
| | | | **Subtotal** | | **$840.00** |
| | | | **Total** | | **$840.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 5241 | 02/10/2020 | $2,973.78 | $0.00 | $2,973.78 |
| 5386 | 31/10/2020 | $8,076.86 | $0.00 | $8,076.86 |
| 5633 | 09/12/2020 | $1,920.00 | $0.00 | $1,920.00 |

**Interest On Other Invoices**

| Original Invoice | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5241 | 02/11/2020 | $14.67 | $0.00 | $14.67 |
| 5386 | 01/12/2020 | $39.83 | $0.00 | $39.83 |
| 5241 | 02/12/2020 | $14.67 | $0.00 | $14.67 |
| 5386 | 31/12/2020 | $39.83 | $0.00 | $39.83 |
| 5241 | 01/01/2021 | $14.67 | $0.00 | $14.67 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5838 | 06/01/2021 | $840.00 | $0.00 | $840.00 |
| | | | Outstanding Balance | $13,934.31 |
| | | | Total Amount Outstanding | $13,934.31 |

| Account | Balance |
|---|---|
| USD Savings Balance | $0.00 |
| Total Account Balance | $0.00 |

This invoice is in United States Dollars.

Please make all amounts payable to: KSG Attorneys at Law

Please pay within 30 days.

## Remittance Advice

| Wire Transfer Information |
|---|
| Bank Name/Address: ██████████ |
| Name/Account #: ████████ |
| ███████████ |

████  ████████████████████████████████████

Please provide adequate payment to cover the wire fees assessed by your financial institution.



Steven Seiden
Seiden Law Group LLP
L469 Seventh Avenue, 5th Fl.
New York, NY 10018
United States of America

24 November 2021

Dear Sir/Madam

**Link Motion Inc.** (the "**Client**")

**2022 Annual Fees for Cayman Entities** (each entity, the "**Client**")

The Client is next required to pay annual fees and make annual filings in the Cayman Islands in **January, 2022**.

We enclose an invoice for the 2022 calendar year for the provision of registered office services and related Government fees. Where appropriate, we have also included any unbilled fees and disbursements previously incurred by the Client.

The enclosed invoice (and any earlier invoices which remain outstanding) must be settled by **31 December 2021** to enable us to pay Government fees on the Client's behalf by the due date.

The Government imposes penalties for late payment of Government fees and annual filings, and may ultimately strike defaulters formed in the Cayman Islands from its register whereupon any remaining assets of such defaulters may vest with the Government and any unauthorised dealing will be illegal.  In addition, following the introduction of the Monetary Authority (Administrative Fines) Regulations (the "**Administrative Fines Regime**"), if the Client is a fund that is registered with the Cayman Islands Monetary Authority ("**CIMA**"), it may be subject to an additional administrative fine by CIMA of more than US$6,000 for late payment of its annual CIMA registration fee.

Please note that it is our policy not to advance Government or CIMA fees on behalf of the Client.

**Payment is Urgent and Important**

We look forward to receiving payment by 31 December 2021.  To assist us in applying funds sent by wire transfer, please send an email to accountshelp@maples.com confirming (a) the date that the funds were sent; (b) the amount transferred; (c) the invoice number(s); and (d) the name of the Client. The funds received may be applied in settlement of outstanding invoices in date order.  We will then effect the required annual Government filings on behalf of the Client unless instructed not to do so.

**Regulatory and other important information**

We attach a schedule detailing important information about matters that the Client should review including (i) the Administrative Fines Regime; (ii) Ownership, Registers and Records of the Client; (iii) the Economic Substance Regime; (iv) New Registry Information and Inspection; (v) FATCA and CRS; (vi) AML Obligations; and (vii) the Fund Annual Return. If any actions are required following such review, please contact any of the Client's usual Maples Group contacts.

**Terms and Conditions**

Each member of the Maples Group provides their services to clients under the applicable standard terms, which are available at www.maples.com/terms.  These may be amended from time to time.  A copy of the current schedule of fees for Maples Corporate Services Limited ("**MCSL**") and/or MaplesFS Limited ("**MaplesFS**") is also available on the Maples e-Services site (www.mapleseservices.com).  For an explanation of why and how we handle personal data, please visit www.maples.com/privacy.

The continued use of these services constitutes acceptance of our current terms and confirmation that the information on the Client's owners (including beneficial owners), voting shareholders, directors, officers, managers, voting members, trustee(s), general partners and/or limited partners that have previously been provided to us by the Client remain current.

| | |
|---|---|
| Invoice No. | 3196670 |
| Date | 24-Nov-21 |
| Page | 2 |

Yours faithfully



Maples and Calder
For itself and on behalf of
Maples Corporate Services Limited and MaplesFS Limited

**Schedule 1**

**Administrative Fines Regime**

The Client should note that if it is regulated by CIMA that CIMA now has the ability to levy administrative fines for a breach of any applicable regulatory measure. As noted above, by way of example, where the Client is a fund registered with CIMA then administrative fines can apply for the late payment of fees due to CIMA. For further advice on the relevant regulatory compliance obligations applicable to the Client please contact any of the Client's usual Maples Group contacts.

**Ownership, Registers and Records of the Client**

In our capacity as registered office provider, we have an obligation to obtain documents to identify and, where necessary, verify the identity of the Client's owners, operators, controllers and ultimate beneficial owners.  Separately, the Client must maintain certain statutory registers with MCSL as its registered office.

Unless we hear otherwise from the Client by 31 December 2021, we will assume that the owners (including beneficial owners), voting shareholders, directors, officers, managers, voting members, trustee(s), general partners and/or limited partners of the Client remain as previously notified to us.  As a reminder, the Client must inform us of any changes in order to continue to comply with applicable regulatory obligations.

**Cayman Islands Economic Substance Regime ("ESR")**

Information about the Cayman Islands ESR is available from the Client's usual contact.  The Government recently released updated Guidance Notes (v. 3.1) on the ESR (the "**Guidance Notes**"), which will be relevant to certain clients.  The ESR requires certain entities to make an annual notification to the Cayman Islands Department for International Tax Cooperation ("**DITC**") confirming whether such entity is carrying on a "*relevant activity*" or relying on an exemption from being a "*relevant entity*" under the ESR.  If an ESR notification was made in the 2021 calendar year, the Client may be required to file (i) an ESR report with the DITC within the prescribed period where the Client indicated on such notification that it was a "*relevant entity*" carrying on a "*relevant activity*"; or (ii) separate information with DITC where the Client indicated that it was not a "*relevant entity*" due to being "*tax resident outside the Islands*".

As notification is an annual requirement, an ESR notification may be required to be filed with the DITC at the beginning of the 2022 calendar year to confirm whether the Client is conducting a "*relevant activity*" or is relying on an exemption from being a "*relevant entity*" under the ESR.  Given that the Client's business and activities may have changed, we would encourage the Client to discuss with its usual Maples Group contact whether any existing ESR notification needs to be updated.  Where MCSL or MaplesFS is making a repeat ESR notification, if not instructed differently by or on behalf of the Client by 31 December 2021, MCSL or MaplesFS will assume that the details filed with DITC for the ESR notification in the 2021 calendar year remain unchanged.  Please note that it is a statutory offence knowingly or wilfully to supply false or misleading

| | |
|---|---|
| Invoice No. | 3196670 |
| Date | 24-Nov-21 |
| Client No. | 661944 |
| Contact | Derrick Kan |
| Page | 3 |

information to the DITC under the ESR.

**New Registry Information and Inspection**

The Cayman Islands Registrar now requires that certain additional information is provided on the Client, including the "nature of business" of the Client and its financial year end date. The "nature of business" is also required to be included in the annual filing for the Client. Unless instructed otherwise by 31 December 2021, we will designate a "nature of business" in the Client's annual filing that is consistent with information provided to us as to the Client's business and we will assume that this has not changed. The "nature of business" along with other prescribed information in relation to companies, limited liability companies and exempted limited partnerships shall be available at the Cayman Islands Registrar for inspection by any person subject to certain conditions.

**FATCA and CRS**

We assume that, where the Client has not separately instructed us to do so, the Client has conducted its own analysis to determine whether or not it has any obligations under the Cayman Islands regulations which implement the US Foreign Account Tax Compliance Act ("**FATCA**") and the OECD Common Reporting Standard ("**CRS**") (collectively, "**AEOI**").

A copy of our AEOI overview containing information relating to entity registration, classification and due diligence obligations, the requirement for CRS written policies and procedures, the CRS annual declaration, the CRS Compliance Form and penalties for non-compliance can be accessed from the following link: www.maples.com/Services/Regulatory-and-Compliance/AEOI---FATCA-and-CRS.  Our affiliate, MaplesFS, can provide assistance with these procedures and the related functions, if required.

It is important that the Client confirms whether it is subject to the AEOI regime, as the DITC has the ability to impose significant fines for non-compliance.

**AML Obligations**

We also remind the Client that the scope of the Cayman Islands' anti-money laundering and combating of terrorist and proliferation financing regime (collectively, "**AML**") is not limited to CIMA-regulated entities, but extends to (amongst other activities) entities in the business of "*otherwise investing, administering or managing funds or money on behalf of other persons*". This means that certain entities not licensed by, or registered with, CIMA may be subject to the Anti-Money Laundering Regulations (2020 Revision) (the "**AML Regulations**") and will be required to maintain AML procedures, including the designation of an AML Compliance Officer, Money Laundering Reporting Officer and Deputy.  Our affiliate, MaplesFS, can provide assistance with these procedures and functions, if required.

It is important that the Client determines whether it is subject to the AML Regulations, as CIMA has the ability to impose significant fines for non-compliance.

**Fund Annual Return**

If the Client is a fund regulated by CIMA, a Fund Annual Return ("**FAR**") filing fee will be payable upon filing of the fund's audited accounts.  We have not included the FAR filing fee as a disbursement as it is more common for this filing fee to be paid to CIMA directly by the fund or by other service providers to the fund. However, if the Client would like us to pay the FAR filing fee on its behalf, please contact us and we will issue the Client with a separate invoice for the fee.  Our affiliate, MaplesFS, can also provide assistance with both the preparation and filing of the FAR and payment of the FAR filing fee, if required.



Link Motion Inc.

███████████
███████████
██████████████
██████████
█████████████

| | |
|---|---|
| Invoice No. | 3196670 |
| Date | 24-Nov-21 |
| Client No. | 661944.000000 |
| ██████ | ██████ |
| Page | 4 |

## INVOICE

**Corporate Services Fees**

| | |
|---|---|
| ████████████████████████████ | 1,600.00 |
| ███████████████ | 100.00 |
| ██████████ | 150.00 |
| **Total Fees** | **1,850.00** |

**Disbursements**

| | |
|---|---|
| 21-Nov-21 - 2022 Annual Return for Exempt Company (share capital 42001-820000) | 1,219.51 |
| **Total Disbursements** | **1,219.51** |
| **Total Fees and Disbursements** | **3,069.51** |
| **TOTAL BALANCE DUE** | **US$3,069.51** |

