# Exhibit A

# Xintong Zhang

| | |
|---|---|
| **From:** | Steven Seiden |
| **Sent:** | January 6, 2023, Friday, 10:42 AM |
| **To:** | Rabeeah Bostan |
| **Cc:** | #link motion inc [661944.000001]; HKCollections; Jocelyn Cheung; Xintong Zhang; Amiad Kushner |
| **Subject:** | RE: 2023 AR Invoice - Link Motion Inc. - Invoice 3611387 |
| **Attachments:** | FW: 2023 AR Invoice - Link Motion Inc. - Invoice 3611387 |
| **Importance:** | High |

Dear Rabeeah, kindly see the attached correspondence previously sent. There is no change in circumstance. To reiterate, the US Receivership is being terminated by the US District Court in New York and there are zero funds in the Receivership estate. We will confer internally and revert asap if anything changes. Thanks you.

---

**From:** Rabeeah Bostan <Rabeeah.Bostan@maples.com>
**Sent:** Friday, January 6, 2023 10:40 AM
**To:** Steven Seiden <sseiden@seidenlawgroup.com>
**Cc:** #link motion inc [661944.000001] <661944.000001.hongkong@hk.maples.com>; HKCollections <HKCollections@maples.com>; Jocelyn Cheung <Jocelyn.Cheung@maples.com>
**Subject:** 2023 AR Invoice - Link Motion Inc. - Invoice 3611387

Dear Sir/Madam,

I refer to our previous email below about the entity named therein (the "**Entity**").  We do not have any record of payment of the 2023 annual return invoice for the Entity (a further copy of which is attached, together with, if you have any other invoices outstanding, copies of those as well).

So that we can pay the Government annual return fee for the Entity by the deadline therefor, please can you make arrangements for our invoice(s) to be settled as soon as possible and by no later than Friday, 13 January 2023.

When making payment, please ensure that the reference(s) referred to in the invoice(s) are quoted.  Payment details are provided on the invoice(s) and also below.  If possible, when paying by wire transfer, please scan and email to us a copy of the wire transfer instructions (or details of the payment).  This will greatly facilitate us in identifying the payment from the many others we receive at this time of year.

Please note that, if we are unable to pay the Government annual return fee by Tuesday, 31 January 2023, the Entity will no longer be in good standing.

If you have already paid our invoice(s), please scan and email to us a copy of the relevant wire transfer instructions (or details of the payment) so we can try and identify the payment.

If you have any questions, please feel free to email.

Many thanks.

Yours sincerely,
Rabeeah


**Rabeeah Bostan**
Credit Control Administrator

**MAPLES** GROUP

1

Maples and Calder Services Europe Limited, 14 King Street, Leeds, West Yorkshire, LS1 2HL England

maples.com

This e-mail (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed or otherwise used by any other person. If you have received this e-mail in error, please delete it from your system and notify the sender immediately. All communications sent by us to our clients are subject to our Terms of Engagement which are available from your usual Maples Group contact.

For further information about the Maples Group (including a list of our partners) please visit maples.com.



Steven Seiden
Seiden Law Group LLP
L469 Seventh Avenue, 5th Fl.
New York, NY 10018
United States of America

24 November 2022

Dear Sir/Madam

**Link Motion Inc.** (the "**Client**")

**2023 Annual Fees for Cayman Entities** (each entity, the "**Client**")

The Client is next required to pay annual fees and make annual filings in the Cayman Islands in **January 2023**.

We enclose an invoice for the 2023 calendar year for the provision of registered office services and related Government fees. Where appropriate, we have also included any unbilled fees and disbursements previously incurred by the Client.

The enclosed invoice (and any earlier invoices which remain outstanding) must be settled by **31 December 2022** to enable us to pay Government fees on the Client's behalf by the due date.

The Government imposes penalties for late payment of Government fees and annual filings, and may ultimately strike defaulters formed in the Cayman Islands from its register whereupon any remaining assets of such defaulters may vest with the Government and any unauthorised dealing will be illegal.  In addition, following the introduction of the Monetary Authority (Administrative Fines) Regulations (the "**Administrative Fines Regime**"), if the Client is a fund that is registered with the Cayman Islands Monetary Authority ("**CIMA**"), it may be subject to an additional administrative fine by CIMA of more than US$6,000 for late payment of its annual CIMA registration fee.

Please note that it is our policy not to advance Government or CIMA fees on behalf of the Client.

**Payment is Urgent and Important**

We look forward to receiving payment by 31 December 2022.  To assist us in applying funds sent by wire transfer, please send an email to accountshelp@maples.com confirming (a) the date that the funds were sent; (b) the amount transferred; (c) the invoice number(s); and (d) the name of the Client. The funds received may be applied in settlement of outstanding invoices in date order.  We will then effect the required annual Government filings on behalf of the Client unless instructed not to do so.

**Regulatory and other important information**

We attach a schedule detailing important information about matters that the Client should review including (i) the Administrative Fines Regime; (ii) Ownership, Registers and Records of the Client; (iii) the Economic Substance Regime; (iv) New Registry Information and Inspection; (v) FATCA and CRS; (vi) AML Obligations; and (vii) the Fund Annual Return. If any actions are required following such review, please contact any of the Client's usual Maples Group contacts.

**Terms and Conditions**

Each member of the Maples Group provides their services to clients under the applicable standard terms, which are available at www.maples.com/terms.  These may be amended from time to time.  A copy of the current schedule of fees for Maples Corporate Services Limited ("**MCSL**") and/or MaplesFS Limited ("**MaplesFS**") is also available on the Maples e-Services site (www.mapleseservices.com).  For an explanation of why and how we handle personal data, please visit www.maples.com/privacy.

The continued use of these services constitutes acceptance of our current terms and confirmation that the information on the Client's owners (including beneficial owners), voting shareholders, directors, officers, managers, voting members, trustee(s), general partners and/or limited partners that have previously been provided to us by the Client remain current.

|  |  |
|---|---|
| Invoice No. | 3611387 |
| Date | 24-Nov-22 |
| Client No. | 661944 |
| Contact | Derrick Kan |
| Page | 2 |

Yours faithfully

*[signature: Maples and Calder (Hong Kong) LLP]*

Maples and Calder (Cayman) LLP
For itself and on behalf of
Maples Corporate Services Limited and MaplesFS Limited

**Schedule 1**

**Administrative Fines Regime**

The Client should note that if it is regulated by CIMA that CIMA now has the ability to levy administrative fines for a breach of any applicable regulatory measure. As noted above, by way of example, where the Client is a fund registered with CIMA then administrative fines can apply for the late payment of fees due to CIMA. For further advice on the relevant regulatory compliance obligations applicable to the Client please contact any of the Client's usual Maples Group contacts.

**Ownership, Registers and Records of the Client**

In our capacity as registered office provider, we have an obligation to obtain documents to identify and, where necessary, verify the identity of the Client's owners, operators, controllers and ultimate beneficial owners.  Separately, the Client must maintain certain statutory registers with MCSL as its registered office and notify MCSL of the address at which other statutory registers are maintained.

Unless we hear otherwise from the Client by 31 December 2022, we will assume that the owners (including beneficial owners), voting shareholders, directors, officers, managers, voting members, trustee(s), general partners and/or limited partners of the Client remain as previously notified to us. As a reminder, the Client must also inform us of any changes or expiration of any passport or government identification document that has previously been provided to us in order to continue to comply with applicable regulatory obligations.

**Register of Members – Limited Liability Companies**

MCSL, in its capacity as registered office, either maintains a limited liability company's statutory register of members or, where we do not maintain the statutory register of members (for example, if the Client maintains the register at its principal place of business or uses another service provider to maintain the register), the Client is required to provide us with the information contained in the statutory register of members and advise of any change in its contents within 21 days of such change – a copy may be sent to registers@maples.com.

**Cayman Islands Economic Substance Regime ("ESR")**

Information about the Cayman Islands ESR is available from the Client's usual contact.  The Government recently released updated Guidance Notes (v. 3.2) on the ESR (the "**Guidance Notes**"), which will be relevant to Clients.  The ESR requires certain entities to make an annual notification to the Cayman Islands Department for International Tax Cooperation ("**DITC**") confirming whether such entity is carrying on a "*relevant activity*" or relying on an exemption from being a "*relevant entity*" under the ESR.  If an ESR notification was made in the 2022 calendar year, the Client may be required to file (i) an ESR report with the DITC within the prescribed period where the Client indicated on such notification that it was a "*relevant entity*" carrying on a "*relevant activity*"; or (ii) separate information with DITC where the Client indicated that it was not a "*relevant entity*" due to being "*tax resident outside the Islands*".

As notification is an annual requirement, an ESR notification may be required to be filed with the DITC at the beginning of the 2023 calendar year to confirm whether the Client is conducting a "*relevant activity*" or is relying on an exemption from being a "*relevant entity*" under the ESR.  Given that the Client's business and activities may have changed, we would encourage the Client to discuss with its usual Maples Group contact whether any existing ESR notification needs to be updated.  Where MCSL or MaplesFS is making a repeat ESR notification, if not instructed differently by or on behalf of the Client by 31

| | |
|---|---|
| Invoice No. | 3611387 |
| Date | 24-Nov-22 |
| Client No. | 661944 |
| Contact | Derrick Kan |
| Page | 3 |

December 2022, MCSL or MaplesFS will assume that the details filed with DITC for the ESR notification in the 2022 calendar year remain unchanged.  Please note that it is a statutory offence knowingly or wilfully to supply false or misleading information to the DITC under the ESR.

**New Registry Information and Inspection**

The Cayman Islands Registrar now requires that certain additional information is provided on the Client, including the "nature of business" of the Client and its financial year end date. The "nature of business" is also required to be included in the annual filing for the Client. Unless instructed otherwise by 31 December 2022, we will designate a "nature of business" in the Client's annual filing that is consistent with information provided to us as to the Client's business and we will assume that this has not changed. The "nature of business" along with other prescribed information in relation to companies, limited liability companies and exempted limited partnerships shall be available at the Cayman Islands Registrar for inspection by any person subject to certain conditions.

**FATCA and CRS**

We assume that, where the Client has not separately instructed us to do so, the Client has conducted its own analysis to determine whether or not it has any obligations under the Cayman Islands regulations which implement the US Foreign Account Tax Compliance Act ("**FATCA**") and the OECD Common Reporting Standard ("**CRS**") (collectively, "**AEOI**").

A copy of our AEOI overview containing information relating to entity registration, classification and due diligence obligations, the requirement for CRS written policies and procedures, the CRS annual declaration, the CRS Compliance Form and penalties for non-compliance can be accessed from the following link: www.maples.com/Services/Regulatory-and-Compliance/AEOI---FATCA-and-CRS.  Our affiliate, MaplesFS, can provide assistance with these procedures and the related functions, if required.

It is important that the Client confirms whether it is subject to the AEOI regime, as the DITC has the ability to impose significant fines for non-compliance.

**AML Obligations**

We also remind the Client that the scope of the Cayman Islands' anti-money laundering and combating of terrorist and proliferation financing regime (collectively, "**AML**") is not limited to CIMA-regulated entities, but extends to (amongst other activities) entities in the business of "*otherwise investing, administering or managing funds or money on behalf of other persons*". This means that certain entities not licensed by, or registered with, CIMA may be subject to the Anti-Money Laundering Regulations (As Revised) (the "**AML Regulations**") and will be required to maintain AML procedures, including the designation of an AML Compliance Officer, Money Laundering Reporting Officer and Deputy.  Our affiliate, MaplesFS, can provide assistance with these procedures and functions, if required.

It is important that the Client determines whether it is subject to the AML Regulations, as CIMA has the ability to impose significant fines for non-compliance.

**Fund Annual Return**

If the Client is a fund regulated by CIMA, a Fund Annual Return ("**FAR**") filing fee will be payable upon filing of the fund's audited accounts.  We have not included the FAR filing fee as a disbursement as it is more common for this filing fee to be paid to CIMA directly by the fund or by other service providers to the fund. However, if the Client would like us to pay the FAR filing fee on its behalf, please contact us and we will issue the Client with a separate invoice for the fee.  Our affiliate, MaplesFS, can also provide assistance with both the preparation and filing of the FAR and payment of the FAR filing fee, if required.



Link Motion Inc.
PO Box 309
Ugland House
Grand Cayman
KY1-1104
Cayman Islands

| | |
|---|---:|
| Invoice No. | 3611387 |
| Date | 24-Nov-22 |
| Client No. | 661944.000000 |
| Contact | Derrick Kan |
| Page | 4 |

**INVOICE**

**Corporate Services Fees**

| | |
|---|---:|
| To providing the registered office of the Company during 2023; to preparing and filing Annual Return; to maintaining statutory records | 1,600.00 |
| Recording ES Classification: Filing with DITC of ES Notification 2023 | 150.00 |
| Registered office compliance fee 2023 | 250.00 |
| **Total Fees** | **2,000.00** |

**Disbursements**

| | |
|---|---:|
| 19-Nov-22 - 2023 Annual Return for Exempt Company (share capital 42001-820000) | 1,219.51 |
| **Total Disbursements** | **1,219.51** |
| **Total Fees and Disbursements** | **3,219.51** |
| **TOTAL BALANCE DUE** | **US$3,219.51** |

Thank you for instructing Maples and Calder (Hong Kong) LLP. Please send us payment within 30 days of receiving this invoice and confirm payment details by email to accountshelp@maples.com. All of the services provided by this firm were performed outside of the United States of America. The provision of services by Maples and Calder (Hong Kong) LLP to you are governed by our respective standard terms of engagement available at www.maples.com/terms.

**PLEASE NOTE OUR NEW BANK DETAILS**
**USD Wire transfer instructions:**
Beneficiary Bank: DBS Bank (Hong Kong) Limited, 16th Floor, The Center, 99 Queen's Road Central, Central, Hong Kong
SWIFT BIC: DHBKHKHH | Beneficiary's name: Maples and Calder (Hong Kong) LLP | Beneficiary's account: 000221092
Bank and Branch Code: 016-478
Reference **661944 - 3611387**
**Please instruct your bank to remit the amount in full. Local and overseas bank charges are borne by the remitter.**
IF required, our correspondent bank details are:
JP Morgan Chase Bank, New York, USA | SWIFT code: CHASUS33
**Or**
By cashier's order or cheque issued by banks in Hong Kong only. The cashier's order or cheque should be made payable to Maples and Calder (Hong Kong) LLP and sent directly to our Hong Kong Office at 26th Floor, Central Plaza,18 Harbour Road, Wanchai, Hong Kong. Quoting our Reference **661944 - 3611387**

We also accept payment in Hong Kong dollars at a fixed rate of 7.85 (by cashier's order/ cheque only).
For payment queries please phone +852 2522 9333 AND ask to speak to the Accounts Department.

Cybercrime and Fraud Warning & Disclaimer: We will not email you to tell you that our bank account details have changed. Please check our bank account details with us in person or by telephone if you are in any doubt. We shall not accept any responsibility or liability for funds that are sent by anyone to an incorrect bank account.

**Maples and Calder (Cayman) LLP**
PO Box 309  Ugland House  KY1-1104 Cayman Islands
Tel: +1 345-949-8066  Fax: +1 345-949-8080  www.maples.com