USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAYNE BALIGA,

                Plaintiff,

- against -

LINK MOTION INC. et al.,

                Defendants.

**18 Civ. 11642 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The court-appointed receiver, Robert W. Seiden ("Receiver"), filed a letter dated January 12, 2023 (Dkt. No. 385) in response to the Court's Order that Link Motion Inc. ("LKM" or the "Company") should fund the Receivership Account to allow the Receiver to timely pay the so-called Maples Invoice so that the Company maintains its good standing in the Cayman Islands. (Dkt. No. 384.) The Receiver requests that, instead of LKM, the Court direct Defendant Vincent Wenyong Shi ("Shi"), an LKM Director, to personally fund the Receivership Account in an amount totaling $103,219.51.

    Shi's personal liability for the unfunded liabilities of LKM is premised on piercing the corporate veil. The Receiver acknowledges this, incorporating by reference his brief in support of the Receiver's accounting where the Receiver expands on the corporate veil piercing theory. (See Dkt. No. 375 at 16-20.) The issue of the Receiver's accounting is

separate, is pending and not fully briefed before Magistrate Judge Figueredo, and will not be resolved before payment on the Maples Invoice is due. Accordingly, the Court directs Shi to show cause by January 18, 2023, why the Court should not grant the Receiver's request and direct Shi to personally fund the Receivership Account in an amount totaling $103,219.51 to pay the Maples Invoice to keep the Company in good standing. In doing so, Shi shall respond to the Receiver's veil piercing argument.

**SO ORDERED.**

Dated:    13 January 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.