Annex 11WX-2018-39

# Pledge contracts
(applicable to pledges under bank guarantees).

Number: 2018 _____

Pledgee: China Merchants Bank Co., Ltd. Beijing Industrial Branch (hereinafter referred to as Party A).
Negative nobleman: Huang Meng
Pledgee: NetQin Infinity (Beijing) Technology Co., Ltd. (hereinafter referred to as Party B).
Legal representative / main nobleman: Xu Zemin
or
Hostage:
ID number:


Application of
1. ____ Yiwan (also the principal at the same time), and Party B on May 28, 2018
A Guarantee Agreement numbered ████████ 0008 (hereinafter referred to as the "Guarantee Agreement") has been signed. or
2. Party A applies and entrusts in accordance with (hereinafter referred to as "Principal"_____
_____).
On the date of the year_____, the person entered into a "security agreement" numbered "Guarantee" (hereinafter referred to as "Undertaking Guarantee Agreement").
Party A hereby agrees to benefit China Merchants Bank Luxembourg Branch (i.e., "Merchants Bank Luxembourg Branch" in respect of the financing guarantee) issued a letter of guarantee/standby letter of credit numbered ████████ 0008 (hereinafter referred to as "letter of guarantee") ), in US dollars (handwritten characters) Assume the responsibility of guarantee within the yuan limit.
 In  order to ensure that Party B (or the principal) repays the amount owed to Party A under the "Guarantee Agreement" in full and on time  For all debts, Party B is willing to use as collateral the property or rights it owns or has the right to dispose of according to law;  After Party A's review Check and agree that Party B shall use the property or rights it owns or has the right to dispose of according to law as collateral; Parties A and B shall have in accordance with them This contract is hereby concluded by law and after equal consultation, and agreement on the following terms:
Article 1 Pledge used by Party B
1.1 Name: Time Deposit Certificate of Deposit (Structured Deposit).

EXHIBIT E

1. 2 Quantity: One

1. 3 Price value and discount rate: Ren Zao Zuo Ling" Ji Dong F initial order _____ 95%.

1. 4 Term: 358__

1. 5 Proof of ownership: Owned

1. 6 Certificate of Ownership Number: ▮▮▮▮4326

2 Scope of pledge security

The scope of the guarantee of this contract is the payment that Party B (or the principal) shall pay Party A according to the Guarantee Agreement Cut items, including but not limited to Party A's responsibility for payment under the "Letter of Guarantee" and Party B (or the principal) to Party B

The principal amount of the advance, interest, penalty interest, compound interest, liquidated damages, costs of realizing the pledge paid by the beneficiary and Party B (or Principal) the guarantee fee and other related expenses payable to Party A in accordance with the Guarantee Agreement.

Article 3 Independence of this Contract

This pledge is independent and is not affected by the validity of the Security Agreement or by the trio

The impact of the letter of guarantee issued by Party B (or the principal) and any agreement and document signed with any unit Not due to Party B's (or the principal's) fraud, reorganization, acquisition, business closure, Fu education, liquidation, bankruptcy, etc

Any change due to such changes shall not be due to Party A giving Party B (or the principal) any grace to ask for questions and postponement or delay in the exercise of the recovery of the amount owed by Party B (or the principal) under the relevant agreement in any way.

Even if Party A's claims are also credited, pledged, secured or guarantor, Party A waives the mortgage right

Waiver, change or release other mortgage or pledge guarantees, change or release the guarantor guarantee of your appointment, or Party A's election

Party B is required to assume the pledge guarantee with the pledge, and Party B still complies with the provisions of this pledge contract

Party A shall bear the responsibility of pledge guarantee.

Article 4  Party  B fully accepts and acknowledges the content of the letter of guarantee issued by Party A to the beneficiary, and agrees to Party A the  relevant regulations and international practice to handle all matters under the letter of guarantee; During the validity period of the letter of guarantee, Party A and the principal or
The supplementary agreement reached between the beneficiaries on the extension of the term of the letter of guarantee or any other matter shall not affect Party B's

Party B will recognize the pledge and guarantee your responsibility, and Party A may not need to notify Party B.

Article 5 Transfer and Delivery/Registration of Pledge:

5.1 If the material under this contract is movable property, Party B shall hand over the material to A on the date of signing this contract

Party possession.

If the material is deposited with a third party other than Party B, Party B shall send it to such third party on the date of this contract

When the "Pledge Notice" is issued, the pledge shall be deemed to be transferred to Party A's possession when it reaches the third party from the "Pledge Notice".

If Party B provides pledge for the business under this Agreement with the guarantee money, Party B shall provide Party A with Party A at the request of Party A

The account opened (the margin account number is subject to the account number automatically generated by Party A's system when the margin is deposited) is deposited into the contract

The act of specifying the funds in the form of guarantee money and transferring it to Party A's possession is regarded as B

A security for the obligations of the party (or debtor) under the Guarantee Agreement.

5.2 If the material under this contract is a right, Party B shall deliver the certificate of right on the date of signing this contract

To Party A.

5.3 If the pledge under this contract can be established by registering the pledge according to law, Party B shall be in Party A

During the required period, cooperate with Party A to hold this contract and relevant materials to the corresponding registration management agency for pledge

Remember.

5.4 Party B shall, in accordance with the principle of good faith, actively cooperate with Party A in handling relevant hands in accordance with the aforementioned provisions

Continued, Party B fails to hand over or deliver the pledge/right certificate in a timely manner or complete the pledge registration procedures in accordance with the regulations

Party A shall be liable for compensation for the losses suffered by Party A as a result.

Article 6 Pledge Period Question

The pledge period is from the effective date of this contract to Party A and Party B under the Guarantee Agreement and the Letter of Guarantee

(or the principal) advance principal and interest claims paid to the beneficiary and other claims under the Security Agreement are litigated

The period of expiry of validity.

Article 7 Custody and Responsibility of Materials:

7.1 During the pledge period, Party A shall properly keep the pledge, and if the pledge is lost or damaged due to improper storage

Party A shall bear civil liability;

7.2 If Party A may lose or damage the material due to its inability to properly keep it, Party B may require Party A

The party deposits the pledge, or requests early settlement of the debt and returns the pledge.

Article 8 Insurance Insurance

Party B shall accept the pledge to Party A with Party A as the primary beneficiary at the request of Party A

The insurance company handles sufficient property insurance and hands over the insurance certificate to Party A for safekeeping; The insurance period should be longer than the Letter of Guarantee

the date of expiry of the validity period; In the event of a loss of the insured property, Party A has the right to recover the advance from the insurance compensation in priority

the patient and all other related expenses; Or deposit the insurance compensation into the guarantee fund account (the margin account number is Party B

The account number of the margin account actually opened by Party A, or automatically generated by Party A's system when the margin is deposited

account number, the same below), in case Party A undertakes the payment under the "Letter of Guarantee", and receives the compensation

Compensation.

If Party B does not go through the procedures for applying for pledge, Party A has the right to directly handle it on behalf of Party B.

Article 9 Collection of Interest

Party A has the right to receive the interest arising from the pledge, and this interest income shall be used in advance to cover the cost of the interest.

Article 10 Assumption of Costs

This contract involves notarization (except for mandatory notarization) or other matters entrusted to a third party to provide services

The relevant costs shall be borne by the principal. If both parties are jointly principals, each party will bear 50%.

Article 11 During the validity period of this contract, there is a possibility that the material may be damaged or significantly reduced in value, which harms A

Party A may require Party B to provide corresponding guarantees: if Party B does not provide it, Party A has the right to deal with it in advance

Fractions.

Article 12 During the validity period of this contract, if Party B is separated or merged, the changed organization shall bear it

or separately assume obligations under this contract; If Party B is declared dissolved or bankrupt, Party A has the right to dispose of the pledge in advance.

Article 13  The pledges under this contract are evidence of rights (including but not limited to bills, bonds, certificates of deposit, warehouses

Bills of lading, etc.), if the maturity date of the certificate of rights is earlier than the maturity date of the debt under the "Guarantee Agreement", Party A

It has the right to cash in or withdraw the goods for cashing out when the certificate of rights expires, and deposit the recovered amount in full into Party B in Party A

For the guarantee account opened by the party, such funds shall be deemed to be specific and transferred to Party A from the date of entering the guarantee account

Possession, which continues as pledge security for Party B's (or principal's) obligations under the Security Agreement, or with B

Party B has  no objection to the withdrawal of the goods under the certificate of rights and shall follow Party A's requirements

Please cooperate in handling the relevant procedures.

If the pledge under this contract is a certificate of deposit, the deposit slip will continue to be used as a "guarantee agreement" after it is automatically transferred during the pledge period

Changes in the number, amount or term of the deposit certificate resulting from the transfer of the pledge of the pledge of the debt under the proposal

It does not affect the validity of the pledge.

If the material under this contract is a certificate of deposit or warehouse receipt, the maturity date of the deposit certificate or warehouse receipt is later than that under the Security Agreement

On the maturity date of each specific business, Party A has the right to withdraw the relevant payment in advance or auction/sell the relevant goods in advance

and pay off Party B's (or principal's) debts under the Guarantee Agreement in advance with the amount collected.

Article 14  Party A may dispose of the material according to law when one of the following circumstances occurs:

14.1 After Party A assumes the payment liability under the Letter of Guarantee, Party B or the principal fails to comply with the Guarantee Agreement

If the deposit fund is paid in full or the balance of the deposit account is insufficient or the judicial authority takes freezing or deduction measures, it will cause A

The principal and interest of the advance cannot be recovered in a timely manner;

14.2 Party B or the client's business premises are sealed or closed by judicial or administrative authorities; or without justification

Suspension of business for more than 2 months, cancellation or revocation of business license;

14. 3 Party B or the principal is declared dissolved or the glass product is announced;

14 . 4 When Party B is a natural person, there is no heir or legatee in the event of death, or its succession

The person or the legatee renounces the inheritance or bequest and refuses to perform this contract;

14.5 The occurrence of the causes specified in Clauses 1 1 and 1 2 of this contract;

1 4.6 Other causes that jeopardize the performance of the Security Agreement.

Article 15 Realization of security rights

Party B or the principal shall have sufficient deposit or sufficient deposit in its deposit account in accordance with the provisions of the Guarantee Agreement

The balance of the payment, so that Party A does not need to advance when it bears the payment responsibility under the "Letter of Guarantee"; or after Party A advances Party B

or if the principal raises sufficient funds to pay off the principal and interest of Party A's advance and all other related expenses, the pledge will be extinguished

Party A shall return the material.

In the event of any of the circumstances specified in Clauses 11, 1, 2 and 14 of this contract, Party A may negotiate with Party B to provide pledge

Discount, or auction or sale of pledges to repay Party A's advance principal and interest and all other related expenses, or deposit B

The guarantee money account opened by the Party with Party A for the purpose of paying the amount payable under the Letter of Guarantee, and such funds are entered from the in

The date of the guarantee fund account is deemed to be specified and transferred to Party A's possession as a pledge for the debt under the security agreement

Protect.

After the pledge is discounted or auctioned or sold, the price exceeds the principal and interest of Party A's advance and all other related expenses

The part of the amount belongs to Party B; Party A will recover the deficiency separately.

Article 16 Variation and Dissolution of Contract

After this contract takes effect, neither party may change or terminate this contract without the consent of the other party. Need

When changing or terminating the contract, it shall be agreed upon by both parties through negotiation, and a written agreement shall be reached before the agreement is reached

The Terms remain in effect.

Article 17 Notice

Party A's and Party B's notices, requirements, etc. regarding this contract shall be sent in writing.

Party A's contact address is: No. 10, Xindong Road, Chaoyang District, Beijing

Party B's contact address is: Building 4, No. 11 Hepingli East Road, Dongcheng District, Beijing

If it is delivered by hand, the recipient shall sign for receipt and be deemed to have been delivered (if the recipient refuses to accept it, it shall be deemed to have been delivered on the date of rejection);

If it is submitted by mail, it shall be deemed to have been delivered seven days after it is sent; If it is submitted by fax, the recipient shall pass it on

The fax is deemed to have been delivered upon receipt by the true system.

Either party shall notify the other party of the change of contact address in a timely manner, otherwise it shall bear the responsibility for the occurrence that may arise therefrom

Losses.

Section 18 Terms

Unless expressly stated otherwise, the terminology used in this contract is identical to that provided in the Security Agreement

Meaning.

Section 19 shall not be deemed a waiver

During the pledge period, Party A shall exercise any leniency or leniency to any default or delay of the debtor and Party B

Neither the limitation or delay of the enforcement of the Guarantee Agreement and the rights or rights of Party A under this contract shall be impaired

Affect or limit all rights and interests that Party A shall enjoy as a creditor in accordance with relevant laws and regulations

Nor shall it be deemed a waiver of your right to act with respect to existing or future breaches.

Article 20 Dispute Resolution

Disputes arising between Parties A and B in the performance of this contract shall be settled through negotiation between the Parties; If the negotiation fails, double

The parties agree to settle the dispute in accordance with the dispute resolution method stipulated in the Security Agreement.

Article 2] Entry into force of the pledge contract

This contract shall be affixed by the legal representative/main person in charge of both parties or their authorized agent

Unit official seal/special contract chapter (if Party B is a natural person, this contract is designated as the representative / main responsibility of Method A.)

The person or his/her authorized agent signs/seals and affixes the official seal/special seal of the contract and Party B's signature).

Effective, to the principal, interest and all other related expenses advanced by Party A under the "Guarantee Agreement" and "Letter of Guarantee"

Expires when the department is paid off.

Article 22 Other Supplements

22.1 _____

22.2 _____

22.3 _____

Article 23 By-laws

This contract shall be executed in duplicate, one copy for both parties A and B. and one copy for each party_____
              _____.

Special Tip:

l、All the terms of this agreement have been fully negotiated by all parties. The Bank hereby refers to other parties

Do not pay attention to the exemption or restriction of bank responsibilities, the unilateral rights of the bank, and the increase of other parties

Clauses that allow or limit the rights of other parties and have a full and accurate understanding of them. Banks should be other

The parties requested that the above clauses be explained accordingly. The parties to the contracting are fully aware of the terms of this agreement

Unanimous.

2. The guarantor acknowledges that the bank handles various operations of specific business for the guaranteed person, as well as the bank's involvement

Each operation of this guarantee text may be processed and generated, issued or issued by any branch within the jurisdiction of the Bank

Customs letters, business operations and correspondence of branches within the jurisdiction of the bank are regarded as bank acts, and have the effect on the bank and the guarantor

Binding.

First Party:

Primary responsible or authorized_____

If the pledge is a legal person, sign this column:

Party B:

Legal representative / main person in charge or granted_____

If the pledge is a natural person, sign this column:

Party B (signed).

ID number:

                                              Date of signature: 2 May 2, 8/018

附件11

WX-2018-39

# 质 押 合 同

(适用于银行担保项下的质押)

编号：2018工体质押字第001号

**质权人：** 招商银行股份有限公司<u>北京工体支行</u>（以下简称甲方）

**负责人：** 黄猛

**出质人：** 网秦无限（北京）科技有限公司　　（以下简称乙方）

**法定代表人/主要负责人：** 许泽民

或

**出质人：**

**身份证号：**

鉴于：

1. 甲方根据乙方(同时亦是委托人)的申请，与乙方于<u>2018</u>年<u>5</u>月<u>28</u>日签订了编号为<u>████008</u>的《担保协议》（以下称《担保协议》）。或

2. 甲方根据＿＿＿＿＿＿＿＿＿＿（以下称"委托人"）的申请，与委托人于＿＿＿年＿＿月＿＿日签订了编号为＿＿＿＿号《担保协议》（以下称《担保协议》）。

甲方据此同意就<u>融资性保函</u>一事向<u>招商银行卢森堡分行</u>（即"受益人"）出具编号为<u>████008</u>的保函/备用信用证（以下简称《保函》），在<u>美</u>币<u>捌仟捌佰捌拾捌万72</u>元限额内承担保证责任。

为确保乙方（或委托人）及时足额地偿还其在《担保协议》项下所欠甲方的一切债务，乙方愿意以其所有或依法有权处分的财产或权利作为质物；经甲方审查，同意乙方以其所有或依法有权处分的财产或权利作为质物；甲乙双方依照有关法律规定，经平等协商，就下列条款达成一致，特订立本合同：

第1条　乙方用于质押的质物

1.1 名称：定期存款存单（结构性存款）

1

1.2 数量：壹

1.3 价值及折扣率：人民币陆仟零叁佰肆拾万元正    95%

1.4 期限：358天

1.5 权属证明：自有

1.6 权属证明编号：█████4326

第2条　质押担保的范围

本合同担保的范围为乙方（或委托人）根据《担保协议》应向甲方支付的一切款项，包括但不限于甲方承担《保函》项下付款责任而为乙方（或委托人）向受益人支付的垫款本金、利息、罚息、复息、违约金、实现质权的费用及乙方（或委托人）依据《担保协议》应向甲方支付的担保费等相关费用。

第3条　本合同的独立性

本质押担保具有独立性，不受《担保协议》效力的影响，也不受第三人为乙方（或委托人）出具的担保书、与任何单位签订的任何协议、文件的影响，不因乙方（或委托人）的欺诈、重组、被收购、停业、解散、清算、破产等各种变化而发生任何改变，也不因甲方给予乙方（或委托人）任何时间上的宽限和延期或延缓行使依据有关协议追讨乙方（或委托人）所欠款项而受任何影响。即使在甲方债权同时另有抵、质押担保或保证人的情况下甲方放弃抵押权顺位，放弃、变更或解除其他抵、质押担保，变更、解除保证人保证责任，或甲方选择先行要求乙方以质物承担质押担保责任，乙方依然依本质押合同规定内容对甲方承担质押担保责任。

第4条　乙方完全接受和认可甲方向受益人开立的保函的内容，同意甲方按有关规定和国际惯例办理保函项下一切事宜；在保函有效期内甲方与委托人或受益人之间就保函期限展期或任何其他事项达成的补充协议，均不影响乙方的质押担保责任，乙方均予以追认，甲方可无须通知乙方。

第5条　质物的移交与交付/质押登记：

5.1 本合同项下的质物为动产的，在签订本合同之日，乙方须将质物移交甲方占有。

若质物存放于乙方以外的第三方处，乙方应在签订本合同之日向该第三方发出《出质通知》，质物自《出质通知》送达第三方时视为移交甲方占有。

乙方以保证金为本协议项下业务提供质押的，乙方应按甲方要求向其在甲方

2

开立的账户（保证金账号以保证金存入时甲方系统自动生成的帐号为准）存入约定的保证金，该行为视同将资金以保证金的形式特定化并移交甲方占有，作为乙方（或债务人）在《担保协议》项下债务的担保。

5.2 本合同项下质物为权利的，在签订本合同之日，乙方须将权利凭证交付给甲方。

5.3 本合同项下质物依法必须办理出质登记质权方能设立的，乙方应在甲方要求的期间内，配合甲方持本合同及有关资料到相应的登记管理机构办理出质登记。

5.4 乙方应本着诚实信用的原则，积极配合甲方按照前述规定办理相关手续，乙方未根据规定及时移交或交付质物/权利凭证或的办妥质押登记手续的，应对甲方因此遭受的损失承担赔偿责任。

第6条  质押期间

质押期间为从本合同生效之日起至《担保协议》及《保函》项下甲方为乙方（或委托人）向受益人支付的垫款本息债权及《担保协议》项下其他债权诉讼时效届满的期间。

第7条  质物的保管及责任：

7.1 在质押期间，甲方须妥善保管质物，因保管不善致使质物灭失或毁损的，甲方应承担民事责任；

7.2 因甲方不能妥善保管质物而可能致使其灭失或毁损的，乙方可以要求甲方将质物提存，或者要求提前清偿债务而返还质物。

第8条  保险

乙方应按甲方要求的险别、以甲方为第一受益人、将质物向甲方接受的保险公司办理足额的财产保险，并将保险单交甲方保存；投保期限应长于《保函》有效期限届满之日；投保财产若发生损失，甲方有权从保险赔偿中优先收回垫款本息及其他一切相关费用；或将保险赔偿金存入保证金账户（保证金账号为乙方在甲方已实际开立的保证金账户的账号，或为保证金存入时甲方系统自动生成的账号，下同），以备甲方承担《保函》项下付款责任后，从该项赔偿金中获得受偿。

如乙方未办理质物投保手续，甲方有权代理乙方直接办理。

第9条  孳息收取

3

甲方有权收取质物所生的孳息，此项孳息收入应先行用于充抵孳息的费用。

第10条　费用承担

本合同涉及公证（强制执行公证除外）或其他委托第三方提供服务的事项的，相关费用由委托方自行承担。如双方共同作为委托人的，则各承担50%。

第11条　在本合同有效期内，质物有损坏或者价值明显减少的可能、危害甲方权利的，甲方可以要求乙方提供相应的担保；乙方不提供的，甲方有权提前处分质物。

第12条　在本合同有效期内，乙方如发生分立或合并，由变更后的机构承担或分别承担本合同项下义务；若乙方被宣布解散或破产，甲方有权提前处分质物。

第13条　本合同项下质物为权利凭证（包括但不限于票据、债券、存单、仓单、提单等）的，如该权利凭证到期日早于《担保协议》项下债务到期日，甲方有权于该权利凭证到期时兑现或提货变现，并以所收回的款项全额存入乙方在甲方开立的保证金账户，该等资金自进入保证金账户之日起视为特定化及移交甲方占有，继续作为乙方（或委托人）在《担保协议》项下债务的质押担保，或与乙方协商提取权利凭证项下货物并办理提存，乙方对此无异议，并应按照甲方的要求配合办理相关手续。

本合同项下质物为存单的，质押期间内存单自动转存后继续作为为《担保协议》项下债务提供质押担保的质物，因转存而产生的存单编号、金额或期限的变化对于质押效力不发生影响。

本合同项下质物为存单或仓单的，存单或仓单到期日晚于《担保协议》项下各具体业务到期日的，甲方有权提前支取有关款项或提前拍卖/变卖有关货物，并以所收回的款项提前清偿乙方（或委托人）在《担保协议》项下债务。

第14条　出现下列情况之一时，甲方可以依法处分质物：

14.1　甲方承担《保函》项下付款责任后，乙方或委托人未能按《担保协议》交足保证金或其存款账户存款余额不足或被司法机关采取冻结、扣划措施，致甲方垫款本息不能及时收回的；

14.2　乙方或委托人经营场所被司法或行政机关查封或关闭；或无正当理由停止营业2个月以上、注销或被吊销营业执照的；

14.3　乙方或委托人被宣布解散、破产的；

14.4　乙方为自然人时，发生死亡而无继承人或受遗赠人的情形，或其继承

4

人或受遗赠人放弃继承或遗赠，拒绝履行本合同的；

14.5 发生本合同第11、12条规定的事由；

14.6 危及《担保协议》履行的其他事由。

第15条  质权的实现

乙方或委托人按《担保协议》规定存足保证金或其存款账户上存有足够的存款余额，使甲方承担《保函》项下付款责任时无须垫款的；或甲方垫款后，乙方或委托人筹足资金还清了甲方垫款本息及其他一切相关费用的，质权随之消灭，甲方应当返还质物。

发生本合同第11、12、14条规定的任一种情况，甲方可以与乙方协商以质物折价，或拍卖、变卖质物，以偿还甲方垫款本息及其他一切相关费用，或存入乙方在甲方开立的保证金账户，以备支付《保函》项下应付款项，该等资金自进入保证金账户之日起视为特定化及移交甲方占有，作为担保协议下债务的质押担保。

质物折价或者拍卖、变卖后，其价款超过甲方垫款本息及其他一切相关费用数额的部份归乙方所有；不足部份，甲方另行追偿。

第16条  合同的变更和解除

本合同生效后，未经对方同意，任何一方不得擅自变更或解除本合同。需要变更或解除合同时，应经双方协商一致，达成书面协议。协议未达成前，本合同条款仍然有效。

第17条  通知

甲方和乙方关于本合同的通知、要求等应以书面形式发送。

甲方联系地址为：北京市朝阳区新东路10号

乙方联系地址为：北京市东城区和平里东路11号院4号楼

由专人递送的，收件方签收视为送达（收件方拒收的，于拒收日视为送达）；以邮寄信函方式递交的，寄出后满七日视为送达；以传真方式递交的，收件方传真系统接收传真后视为送达。

任何一方变更联系地址，应当及时通知对方，否则自行承担因此可能产生的损失。

第18条　术语

本合同所使用术语，除另有明确说明外，均具有与《担保协议》规定相同的含义。

第19条　不视为弃权

在质押期间，甲方对债务人和乙方的任何违约或延误行为施以任何宽容、宽限或延缓执行《担保协议》和本合同内甲方应享有的权益或权利，均不能损害、影响或限制甲方依有关法律规定和本合同作为债权人应享有的一切权益和权利，也不能视为甲方放弃对现有或将来违约行为采取行动的权利。

第20条　争议的解决方式

甲、乙双方在履行本合同中发生的争议，由双方协商解决；协商不成的，双方同意按《担保协议》约定的纠纷解决方式解决。

第21条　质押合同的生效

本合同自双方法定代表人/主要负责人或其授权代理人签字/盖名章并加盖单位公章/合同专用章（如乙方为自然人，则本合同自甲方法定代表人/主要负责人或其授权代理人签字/盖名章并加盖公章/合同专用章及乙方签字）之日起生效，至《担保协议》及《保函》项下甲方垫款本金、利息及其他一切相关费用全部还清时失效。

第22条　其他补充条款

22.1＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

22.2＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

22.3＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

第23条　附则

本合同一式__贰__份，甲、乙双方及＿＿＿＿、＿＿＿＿各执一份。

6

特别提示：

1、本协议的所有条款由各方进行了充分的协商。银行已提请其他当事方特别注意有关免除或限制银行责任、银行单方拥有某些权利、增加其他当事方责任或限制其他当事方权利的条款，并对其作全面、准确的理解。银行已应其他当事方的要求对上述条款作出相应的说明。签约各方对本协议条款的理解完全一致。

2、担保人确认，银行为被担保人办理具体业务的各项操作，以及银行涉及本担保文本各项操作，可由银行辖内任一营业网点处理并生成、签发或出具相关函件，银行辖内网点的业务操作及函件视同银行行为，对银行和担保人具有约束力。

（本页为签署页）

甲方： （盖章）
主要负责人或授权代理人（签字/盖名章）： 

出质人为法人时，签署此栏：
乙方： （盖章）
法定代表人/主要负责人或授权代理人（签字/盖名章）： 

出质人为自然人时，签署此栏：
乙方（签字）
身份证号：

签署日期：2018年 5 月 28 日





8