# Exhibit A

**Xintong Zhang**

| | |
|---|---|
| **From:** | Rabeeah Bostan <Rabeeah.Bostan@maples.com> |
| **Sent:** | February 10, 2023, Friday, at 5:41 |
| **To:** | Xintong Zhang; Steven Seiden |
| **Cc:** | #link motion inc [661944.000001]; Jocelyn Cheung; HKCollections; Amiad Kushner |
| **Subject:** | 2023 AR Invoice - Link Motion Inc. - Invoice 3611387 |
| **Attachments:** | IMPORTANT: Cayman Islands Economic Substance Deadlines Approaching - Action Required - Link Motion Inc.; FW: 2023 AR Invoice - Link Motion Inc. - Invoice 3611387 |

Dear Sir/Madam,

I refer to our previous reminders (the most recent of which is set out below) about the entity named therein (the "**Entity**") and note that we do not have any record of payment of the 2023 annual return invoice for the Entity (a further copy of which invoice is attached, together with copies of any other outstanding invoice(s) you have).
  **As a result, we were unable to pay the Government annual return fee (which became due on 31 January 2023), and the Entity is no longer in good standing.**

**Accordingly, in order that the Entity can be restored to good standing, please ensure that our invoice(s) are paid without further delay and, in any event, by no later than Friday, 24 February 2023.**

Please also be advised that, if the annual return invoice remains unpaid, penalties will, in due course, be imposed by the Registrar.

Please note that we cannot accept responsibility for paying the annual return fee (or any subsequent penalties) until such time as the necessary funds are received and are identified by us as relating to the relevant invoice. If you have any other invoices outstanding, please pay these at the same time.  Otherwise, funds received will be applied in the settlement of outstanding invoices in date order.  When making payment, please ensure that the reference(s) referred to in the invoice(s) are quoted.  Payment details are provided on the invoice(s) and also below.  If possible, when paying by wire transfer, please scan and email to us a copy of the wire transfer instructions (or details of the payment).

If you have already paid the invoice(s), please scan and email to us a copy of the relevant wire transfer instructions (or details of the payment) so we can identify the payment.

Please do not hesitate to contact me should you have any questions.

Many thanks.

Yours sincerely,
Rabeeah

**Rabeeah Bostan**
Credit Control Administrator

**MAPLES** GROUP

Maples and Calder Services Europe Limited, 14 King Street, Leeds, West Yorkshire, LS1 2HL England

**maples.com**

---

This e-mail (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It

should not be read, copied, distributed or otherwise used by any other person. If you have received this e-mail in error, please delete it from your system and notify the sender immediately. All communications sent by us to our clients are subject to our Terms of Engagement which are available from your usual Maples Group contact.

For further information about the Maples Group (including a list of our partners) please visit maples.com.