```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BALIGA,

                Plaintiff,

    - against -

LINK MOTION INC., et al.

                Defendants.

18 Civ. 11642 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    With respect to the request by Defendant Vincent Wenyong Shi ("Shi") (Dkt. No. 399) to modify the terms of the Order Appointing the Temporary Receiver ("Receiver Order," Dkt. No. 26), the Court directs the parties and the Receiver to meet-and-confer and submit, within two weeks of the date of this Order, a stipulated proposed order for modifying the Receiver Order.

**SO ORDERED.**

Dated:    16 March 2023
           New York, New York

                                            _____
                                              Victor Marrero
                                                U.S.D.J.