```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/03/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAYNE BALIGA,

                Plaintiff,

   - against -

LINK MOTION INC., et al.

                Defendants.

**18 Civ. 11642 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On March 16, 2023, the Court directed the parties to meet-and-confer and submit a joint, stipulated proposed order to modify the terms of the Order Appointing the Temporary Receiver ("Receiver Order," Dkt. No. 26.). (See Dkt. No. 400.) The parties have submitted two competing versions of their proposal for modifying the Receiver Order. (See Dkt. Nos. 401, 402.) As the parties have not been able to reach an agreement on how to move this issue forward, the Court declines to modify the Receiver Order at this time. The parties are directed to notify the Court should they reach a compromise position in the future and to then file a joint stipulation for the Court's consideration.

**SO ORDERED.**

Dated:    3 April 2023
           New York, New York

                                              _____
                                                Victor Marrero
                                                  U.S.D.J.