# Robert W. Seiden

Court-Appointed Temporary Receiver for Link Motion Inc. Pursuant to The Honorable Judge Victor Marrero of the United States District Court, Southern District of New York

322 Eighth Avenue Suite 1704 New York, NY 10001 (212) 523 – 0686 rseiden@seidenlawgroup.com

**VIA ECF**

Hon. Valerie Figueredo
United States Courthouse
500 Pearl Street
New York, New York 10007

April 20, 2023

      **Re:**    *Baliga v. Link Motion Inc. et al.*, **1:18-cv-11642 (S.D.N.Y.)**

Dear Judge Figueredo,

I write in response to the Court's April 10, 2023 Order (ECF 404) directing the Receiver to provide an update regarding Mr. Lilin "Francis" Guo ("Guo"), the Receiver's agent in the People's Republic of China ("PRC"), including whether Guo has "re-appeared," any new information as to Guo's whereabouts, and whether the Receiver still believes that Guo's safety may be in jeopardy.

On or about April 8, 2023, the Receiver unexpectedly received information from an associate of Mr. Guo's indicating that Mr. Guo had re-appeared. On April 14, 2023, my office spoke directly with Mr. Guo. Mr. Guo informed us that he is currently in the PRC.

My office does not know the precise circumstances that led to Mr. Guo's disappearance, which began abruptly with no warning in or about April 2022 and continued until April 2023. Under the circumstances, my office remains concerned about Guo's safety, although we currently have no specific information indicating that his safety is or is not in jeopardy.

                                      Respectfully Submitted,

                                      Robert W. Seiden, Esq.
                                      Court-Appointed Temporary Receiver for Link Motion Inc.