EXHIBIT 1

FILED UNDER SEAL PENDING RULING FROM COURT