Nq.com whois history records

whois

Check any website now

Log in Sign up

# Nq.com

Visit nq.com



According to "Whois Nq.com", Nq is owned by *Liu Chunxia* of *NetQin Mobile Inc.* since 2022. Nq was registered with *Register.com Inc.* on June 03, 1995. *Liu Chunxia* resides in Beijing, China and their email is chunxialiu@nq.com.

Earlier, Nq owners included *lei liu* of *NetQin Mobile Inc.* in 2020, *zhang guobao* of *NetQin Mobile Inc.* in 2018 and *zhang guobao* of *NetQin Mobile Inc.* in 2013.

The current Nq.com owner and other personalities/entities that used to own this domain in the past are listed below.

If you would like to share more "whois" details on Nq with us, please contact us!

 http://nq.com

Get to **nq.com overview**

Show current WHOIS info

# Nq.com whois history

General

### Liu, Chunxia NetQin Mobile, Inc.

#### Owner since August 01, 2022

2 years left            27 years old

Expires on June 02, 2025 Created on June 03, 1995

Registrar and Status

EXHIBIT
2

Registar REGISTER.COM, INC.

Status    pendingTransfer

| Owner | Registrar | Status |
|---|---|---|
| Liu, Chunxia NetQin Mobile, Inc.<br><br>August 01, 2022 | Register.com, Inc.<br><br>Show WHOIS info | pendingTransfer |



| | | |
|---|---|---|
| lei, liu NetQin Mobile, Inc.<br><br>July 05, 2020 | Register.com, Inc.<br><br>Show WHOIS info | clientTransferProhibited |



| | | |
|---|---|---|
| zhang guobao NetQin Mobile, Inc.<br><br>March 22, 2018 | Register.com, Inc.<br><br>Show WHOIS info | ok |



| | | |
|---|---|---|
| PERFECT PRIVACY, LLC<br><br>March 24, 2016 | Register.com, Inc.<br><br>Show WHOIS info | clientTransferProhibited |



| | | |
|---|---|---|
| zhang guobao NetQin Mobile, Inc.<br><br>November 14, 2013 | REGISTER.COM, INC.<br><br>http://www.register.com<br><br>Show WHOIS info | clientTransferProhibited |



| | | |
|---|---|---|
| NetQin Mobile, Inc.<br><br>May 17, 2012 | REGISTER.COM, INC.<br><br>Show WHOIS info | |

If you are Nq owner and would like to increase privacy protection level for your data - please, deal with *Register.com Inc.* which is your site's registrar.

Case 1:18-cv-11642-VM-VF   Document 406-2   Filed 04/21/23   Page 3 of 3

Whois history of Nq.com is provided using publicly open domain data.

Copyright © 2012—2023 EasyCounter.com

About  Features  Services  Terms of service  Removal request