UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

WAYNE BALIGA,

                        Plaintiff,

      -against-

LINK MOTION INC., et al.

                        Defendants.

---------------------------------------------------------------X

18-CV-11642 (VM) (VF)

**ORDER SCHEDULING
ORAL ARGUMENT**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Oral argument in this matter with respect to Defendants' Supplemental Motion to Dismiss (see ECF No. 381) is hereby scheduled for **Wednesday, May 24, 2023, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:    New York, New York
               May 1, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2023