CLOSINGS/PRICING (/CONTACT)



(/)

about (/about)
sales (/sales)
acquisitions (/acquisitions)
testimonials (/testimonials)

# NQ.com - Now for Sale for a Limited Time - Request Availability

APRIL 6, 2023  · PREMIUM DOMAIN (/BLOG/TAG/PREMIUM+DOMAIN), 2 LETTER .COM DOMAINS (/BLOG/TAG/2+LETTER+.COM+DOMAINS), LL .COM DOMAIN FOR SALE (/BLOG/TAG/LL+.COM+DOMAIN+FOR+SALE)

Thanks for your interest in **NQ.com** - If you are interested in purchasing this domain, please click the button below to get in contact. Some Value Points for the domain:

## 1. Highly Aged (SEO Benefits)

**DEFENDANT'S EXHIBIT A**

**(NQ.COM HAS BEEN ACTIVE SINCE 1995)**

## 2. Highly Sought After (Value Appreciation)

**(393,800+ OTHER WEBSITES USE THE TERM "NQ" IN THEIR DOMAIN)**

## 3. Highly Competitive (#1 Brand of its Keyword)

**("NQ" IS TAKEN IN 111+ OTHER EXTENSIONS BESIDES .COM)**

## 4. High Comparable Sales (Best Value Indicator)

**(ONE OF 676 2 LETTER .COM DOMAINS, THESE DOMAINS CONSISTENTLY SELL IN THE 7-8 FIGURE RANGE)**

Use the button below to go to our contact page where you fill out a form to express your interest in this domain. **NOTE: we do not respond to inquiries that we**

**deem to be unserious** - unserious inquiries include those with too small of offers, ones without traceable contact/company names, & anyone potentially using shady tactics.

EXPRESS YOUR INTEREST IN THIS DOMAIN (HTTPS://QEIP.COM/CONTACT)

We believe it's imperative to operate with the upmost transparency and goodwill as it relates to helping companies find the right brand - we will only do business with people who respect our values.

We understand that domain value is something not taught in business school but we ask that you do some research on it before attempting to make contact or putting together an offer. The domains we sell vary from $10k-$10M USD+ (and the prices we have are backed by market data) - chances are that if the domain in question is a high use generic domain (or is in a very rare category), it will be priced between at least 500k-5M. If you don't have this kind of capital laying around, we are open to talking financing (but only to accredited individuals). Thank you for taking the time to read this.





f (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS%3A%2F%2FWWW.QEIP.COM%2FBLOG%2FNQCOM)

 (HTTPS://TWITTER.COM/INTENT/TWEET?URL=HTTPS%3A%2F%2FWWW.QEIP.COM%2FBLOG%2FNQCOM&TEXT=)

in (HTTPS://WWW.LINKEDIN.COM/SHAREARTICLE?MINI=TRUE&SOURCE=QEIP+-+INTERNET+PROPERTY+AGENTS&SUMMARY=&URL=HTTPS%3A%2F%2FWWW.QEIP.COM%2FBLOG%2FNQCOM)

❤

**PREVIOUS**
*NEW* Couch.com is Now for Sale/Lease - Reach Out to Confirm Availability (/blog/couchcom)

**NEXT**
Scalar.com - Now for Sale for a Limited Time - Bidding Process ends 6/30/2023 (/blog/scalarcom)

**Sign up with your email address to receive exclusive domain deals each week ↓**

[email address]

**SUBSCRIBE TO QEIP**

appraisals (/domainappraisals) | investing (/investing) | inventory (/domains)

QEIP LLC © 2023 - All Rights Reserved.
QEIP.com | Manhattan's #1 Digital Brand Brokerage
New York, NY + Cincinnati, OH

 careers (/careers) | privacy (/blog/privacypolicy) | terms of use (https://www.qeip.com/blog/terms)





**QEIP.com** is a group of experts on internet property that provide digital asset consulting and brokerage services designed to connect businesses/investors with domain & website owners. Our team's experience in corporate sales in addition to IP management enable us to be the perfect intermediary to secure & sell digital property for you.


(https://www.domaining.com/)


(https://my.escrow.com/partner.asp?pid=44344)


(https://dotdb.com)