```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2023

WAYNE BALIGA,

                Plaintiff,

    - against -

LINK MOTION INC., et al.

                Defendants.

**18 Civ. 11642 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Receiver is directed to respond to the letter filed by Vincent Wenyong Shi, dated May 3, 2023 (Dkt. No. 414) within five (5) days of the date of this Order. The Receiver's response shall not exceed three pages in length.

**SO ORDERED.**

Dated:    4 May 2023
            New York, New York

                                          _____
                                            Victor Marrero
                                              U.S.D.J.