# Exhibit A

5/9/23, 1:51 PM                                                   webcentral - Domain Search

Contact Us

Call **1300 638 734**

Start Again

Domain Search    Hosting & Extras    Account Contact

Registrant Contact    Eligibility Details    Payment    Order Complete

# Domain Search

www. [                                                    ]

[ Search ]

Showing 9 of 244

Filter by: [ Most Popular ▼ ]

- ☑ .au
- ☑ .com.au
- ☐ .net
- ☐ .org
- ☐ .sydney

- ☑ .com
- ☐ .melbourne
- ☐ .net.au
- ☐ .org.au
- **Select all**

**Protect your brand**

| Domain | Status | Price | Add |
|---|---|---|---|
| nq.au | Backorder | US$9.30 | + BACKORDER |
| nq.com.au | Backorder | US$9.30 | + BACKORDER |
| nq.com | Backorder | US$9.30 | + BACKORDER |
| nq.net.au | Backorder | US$9.30 | + BACKORDER |
| nq.sydney | Premium Name - Call (02) 7908 0901 to secure | | |
| nq.melbourne | Unavailable | | |
| nq.net | Backorder | US$9.30 | + BACKORDER |
| nq.org | Backorder | US$9.30 | + BACKORDER |
| nq.org.au | Available | US$19.99 | + ADD |
| nq.co.nz | Backorder | US$9.30 | + BACKORDER |
| nq.co | Backorder | US$9.30 | + BACKORDER |
| nq.co.uk | Backorder | US$9.30 | + BACKORDER |
| realnq.com.au | Available | US$19.99 | + ADD |
| nqllc.com.au | Available | US$19.99 | |

+ ADD

| realnq.com | Available | US$23.95 | + ADD |
|---|---|---|---|
| nqllc.com | Backorder | US$9.30 | + BACKORDER |
| nq.uk | Backorder | US$9.30 | + BACKORDER |
| nq.biz | Backorder | US$9.30 | + BACKORDER |
| nq.us | Registry connection failed, please try again | | |
| nq.today | Premium Name - Call (02) 7908 0901 to secure | | |

ADD ALL

**Cart Summary**  0

Choose a domain.

Continue to checkout

Copyright © 2023 Netregistry Pty Ltd, a Webcentral company, ABN 13 080 859 721. All rights reserved