```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/10/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAYNE BALIGA,

                Plaintiff,

   - against -

LINK MOTION, INC. et al.,

                Defendants.

**18 Civ. 11642 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant Vincent Wenyong Shi ("Shi") filed a letter alleging certain conduct by the Court appointed Receiver ("Receiver") regarding domain names owned by Link Motion, Inc. ("LKM") and affiliated entities. (Dkt. No. 414.) Per the Court's direction, the Receiver filed a response. (Dkt. No. 416.) The Court again declines Shi's request to modify the Receiver Order to transfer control of LKM from the Receiver to the Board, unless and until either (1) the Receiver is discharged after the Court's approval of the accounting, or (2), and as previously stated (Dkt. No. 403), the parties stipulate to an agreed upon procedure.

Further, the Court reaffirms its prior findings (see Dkt. Nos. 338, 364) that the Receiver maintains the authority to convene an Extraordinary General Meeting ("EGM") of the LKM Board provided that (1) Lilin "Francis" Guo appears at

1

the EGM; and (2) it is convened prior to the Receiver's discharge.

The Court also directs the Receiver to take reasonable measures to maintain control of the domain names at issue. To the extent it is applicable, Shi is directed to cooperate in this effort by providing the Receiver with any certificates or credentials necessary for the Receiver to execute the Court's directive.

**SO ORDERED.**

Dated:     May 10, 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.