# Robert W. Seiden

**Court-Appointed Temporary Receiver for Link Motion Inc. Pursuant to The Honorable Judge Victor Marrero of the United States District Court, Southern District of New York**

322 Eighth Avenue Suite 1200 New York, NY 10001 (212) 523–0686  rseiden@seidenlaw.com

**VIA ECF**

Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

May 24, 2023

Re: *Baliga, et al. v. Link Motion Inc., et al.*, 1:18-cv-11642-VM-VF

Dear Judge Figueredo,

     I write in response to your Honor's April 25, 2023 Order (ECF 410) granting Defendant Vincent Wenyong Shi's ("Shi") letter motion for relief and directing my office to file the Category 3 Documents on the public record in this action. The Category 3 Documents are documents relating to Mr. Lilin "Francis" Guo's ("Mr. Guo") court-approved note agreement. ECF 319 at 1. Simultaneously with submitting this letter, my office files all Category 3 Documents on the public docket. The chart below lists these documents, together with a description of each document and (where applicable) the original ECF number.

| ECF No. | Original Filing Date (Sealed) | Original ECF Number (Sealed) | Description of Document |
|---|---|---|---|
| 419-1 | 6/18/2019 | N/A | Receiver's letter requesting the Court's approval of proposed note agreement between LKM and Mr. Guo (ECF 71) (the "Note"). |
| 419-1 | 6/25/2019 | 74 | Court endorsement approving the Note |
| 419-2 | 1/14/2020 | 119 | Receiver's letter to the Court stating that under the Note, there is no requirement for Mr. Guo to cover receivership expenses outside of mainland China |
| 419-2 | 1/17/2020 | 120 | Court endorsement approving of Receiver's letter dated January 14, 2020 |
| 419-3 | 6/1/2020 | N/A | Receiver's letter requesting the Court's approval to convert the outstanding loan balance under the Note into LKM's Class B shares. |
| 419-4 | 6/5/2020 | N/A | Court order approving Recevier's application for conversion of the outstanding loan balance under the Note to LKM's Class B shares. |
| 419-5 | 6/19/2020 | N/A | Receiver's application to the Grand Court of the Cayman Islands ("Cayman Court") seeking approval |

# Robert W. Seiden

**Court-Appointed Temporary Receiver for Link Motion Inc. Pursuant to The Honorable Judge Victor Marrero of the United States District Court, Southern District of New York**

322 Eighth Avenue Suite 1200 New York, NY 10001 (212) 523–0686  rseiden@seidenlaw.com

| ECF No. | Original Filing Date (Sealed) | Original ECF Number (Sealed) | Description of Document |
|---|---|---|---|
| | | | of conversion of LKM shares that would be issued to Mr. Guo pursuant to the Note. |
| 419-6 | 7/14/2020 | N/A | Cayman Court Order approving conversion of Mr. Guo's LKM shares. |
| 419-7 | 7/22/2020 | N/A | LKM's Board resolution that issued Class B shares to Mr. Guo |
| 419-8 | 8/30/2021 | 255 | Receiver's letter requesting the Court's approval to convert the outstanding loan balance under the Note into LKM's Class B shares. |
| 419-9 | 9/8/2021 | 256 | Court order approving Recevier's application for conversion of the outstanding loan balance under the Note to LKM's Class B shares. |
| 419-10 | 9/13/2021 | N/A | Receiver's application to the Cayman Court seeking approval of conversion of LKM shares that would be issued to Mr. Guo pursuant to the Note. |
| 419-11 | 10/14/2021 | N/A | Cayman Court Order approving conversion of Mr. Guo's LKM shares. |
| 419-12 | 10/19/2021 | N/A | LKM's Board resolution that issued Class B shares to Mr. Guo |

Please do not hesitate to contact me via email or telephone if you Honor wishes to discuss this matter in more detail.

Robert W. Seiden, Esq.
Court-Appointed Temporary Receiver for Link Motion Inc.

cc:   All Parties (via ECF)