# Exhibit G

**WRITTEN RESOLUTION
OF THE
TEMPORARY RECEIVER
OF
LINK MOTION INC.**

(the **Company**)

**SHARE ISSUE UNDER SECURED CONVERTIBLE PROMISSORY NOTE**

**RECITALS:**

A. By an order dated 1 February 2019, the United States District Court for the Southern District of New York (the **US Court**) appointed Robert W. Seiden as the temporary receiver (the **Receiver**) of the Company.

B. The Receiver, with the approval of the US Court, caused the Company to enter into a Secured Convertible Promissory Note with Mr Guo Lilin dated 18 May 2019 (the **Note**), under which Mr Guo agreed to make available to the Company and the Receiver a loan in the renminbi equivalent of US$1,500,000 on the terms set out in the Note.

C. On 22 May 2020, Mr Guo provided a written notice to the Receiver that he wished to exercise his rights under the Note to convert the outstanding balance of the loan to shares in the Company.

D. The Receiver has determined that, based on the outstanding balance of the loan as at 22 May 2020, Mr Guo is entitled to be issued 44,702,750 Class B shares in the Company under the terms of the Note.

E. By an order dated 5 June 2020, the US Court approved the conversion and the issue of shares under the Note.

F. By an order dated 14 July 2020, the Grand Court of the Cayman Islands (the **Cayman Court**) recognized the Receiver's power to issue 44,702,750 Class B common shares in the Company to Mr Guo under the terms of the Note, and authorized the Receiver to take all necessary corporate actions on behalf of the Company to issue and allot those shares and to enter, or cause to be entered, the issuance and allotment of the shares on the Company's Register of Members.

G. The Receiver now makes this written resolution pursuant to the orders of the US Court and the Cayman Court to issue and allot 44,702,750 Class B common shares in the Company to Mr Guo in accordance with the terms of the Note.

**IT IS RESOLVED THAT:**

1. 44,702,750 Class B common shares in the capital of the Company be and are hereby issued to Mr Guo Lilin, fully paid, for a cumulative subscription price of US$894,055.

2. The Receiver is hereby authorized, empowered and directed, acting in the name and on behalf of the Company, to do all such acts and to execute all such documents that he may deem necessary or desirable in order to give effect to the foregoing resolution and any such documents shall be binding on the Company without further action by the Company.

1

2

3.     The Receiver is hereby authorized, empowered and directed for and on behalf of and in the name of the Company to enter, or direct the registered office or corporate secretary of the Company to enter, the necessary entries in the Company's Register of Members to reflect the share issue approved in this resolution.

4.     This resolution may be executed and delivered by fax, pdf or other electronic means and shall, upon such execution and delivery, be duly enacted.

The foregoing resolution is hereby made by the Receiver on the __22__ day of July, 2020.

_____
**ROBERT W. SEIDEN, in his capacity as temporary receiver of Link Motion Inc.**