# Exhibit I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>      Plaintiff,<br>  -against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br>VINCENT WENYONG SHI,<br>JIA LIAN,<br>XIAO YU,<br><br>      Defendants,<br>  -and-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br><br>      Nominal Defendant. | 1:18-cv-11642<br><br><br><u>**ORDER**</u> |

On December 13, 2018, Plaintiff commenced this action by filing a complaint against Link Motion, Inc. ("LKM" or the "Company") and the individual defendants. ECF 1.

On February 1, 2019, the Court granted Plaintiff's request for the appointment of a Receiver over the Company and issued an order appointing a Temporary Receiver for Link Motion, Inc. (the "Receiver"). ECF 26. In its ruling the Court ordered a temporary restraining order to enjoin Defendants from: transferring, liquidating, dissipating, assigning, and/or granting a lien or security interest or other interest in, any assets belonging to the Company. ECF 26.

On June 18, 2019, the Court approved the Convertible Promissory Note Agreement between Mr. Lilin Guo ("Mr. Guo") and the Receiver in order to assist with funding of the Court Appointed Temporary Receivership's mandate inside the PRC. ECF 119. On

1

January 17, 2020, the Court approved the amended Convertible Promissory Note Agreement (the "Note") between Mr. Guo and the Receiver. ECF 120. On June 5, 2020, the Court approved a request to convert the past outstanding loan amount into Class B Common Equity of the Company pursuant to the Note.

On August 30, 2020, the Receiver submitted a letter application (the "Application") and requested that the Court approve Mr. Guo's request to exercise his option to convert the Note to Class B Common Equity in accordance with the terms of the Note, and to further approve the Receiver to take the necessary steps to register the converted shares with the Cayman Registry.

In light of the above, and upon review of all the papers submitted by the Receiver in this action and in support of the Application, and with good cause appearing, it is hereby

**ORDERED AS FOLLOWS:**

The Receiver is authorized to exercise the rights, powers, and privileges of the directors of Link Motion, Inc. in order to take all necessary corporate actions on behalf of the Company to issue and allot the Class B Common Equity shares in accordance with the terms of the Note and to enter, or cause to be entered, the issuance and allotment of the shares on the Company's Register of Members.

The Receiver's Application to convert the Note to Class B Common Equity under the name of Mr. Lilin Guo is **GRANTED**.

The Receiver is authorized and directed to file with the Grand Court of the Cayman Islands an application to convert the Note to Class B Common Equity under the name of Mr. Lilin Guo no later than October 30, 2020, and this Court requests the aid and assistance of the Grand Court of the Cayman Islands in giving effect to the terms of this

Order.

**IT IS SO ORDERED.**               Enter:

Dated:  September 8, 2021

_____
Victor Marrero
U.S.D.J.

3