UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, JIA LIAN, XIAO YU,<br><br>　　　　　　　　　　Defendants, | Civil Action No.: 1:18-cv-11642-VM<br><br>**NOTICE OF APPEAL** |

　　　PLEASE TAKE NOTICE that Defendant Vincent Wenyong Shi ("Dr. Shi" or "Defendant") hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of the Honorable Victor Marrero, entered on May 10, 2023 (ECF Dkt. No. 417), denying Dr. Shi's request to (i) modify, pursuant to 28 U.S.C. § 3103(e), the Order Granting Preliminary Injunction and Appointing Temporary Receiver (the "Appointment Order") to transfer control of LKM and its assets from the Receiver to the existing Board of Directors and (ii) in effect, to preliminarily enjoin Robert W. Seiden, the court appointed temporary Receiver for LKM, from convening any Extraordinary General Meetings ("EGMs" or separately, an "EGM") of the shareholders of LKM.

Dated: New York, New York
　　　　May 25, 2023

　　　　　　　　　　　　　　　　　　　FELICELLO LAW P.C.

　　　　　　　　　　　　　　　　　　　By: /s/ *Michael James Maloney*
　　　　　　　　　　　　　　　　　　　Michael James Maloney
　　　　　　　　　　　　　　　　　　　366 Madison Avenue 3rd Fl
　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　Tel. (212) 584-7806

mmaloney@felicellolaw.com

*Attorneys for Vincent Wenyong Shi*

2