# EXHIBIT 2

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of May, two thousand twenty-three.

Before:  Sarah A. L. Merriam,
  *Circuit Judge.*

_____

Wayne Baliga, derivatively on behalf of Link Motion Inc., FKA NQ Mobile Inc.,

    Plaintiff - Appellee,

Robert W. Seiden, 469 Seventh Avenue New York, NY 10018 (212) 523-0686,

    Receiver - Appellee,

v.

Vincent Wenyong Shi,

    Defendant – Appellant.

_____

**ORDER**

Docket No. 23-827

    Appellant moves for an emergency stay enjoining Robert Seiden, the court appointed temporary receiver for Defendant Link Motion Inc., from proceeding with any Emergency General Meetings of the shareholders of Link Motion Inc.

    IT IS HEREBY ORDERED that the motion is DENIED without prejudice to renewal after compliance with Rule 8 of the Federal Rules of Appellant Procedure. Appellant does not argue that compliance with Rule 8 by filing a motion for stay in the District Court would be impracticable; rather, Appellant essentially contends that the District Court is unlikely to grant the relief he seeks. The Order appealed from was entered May 10, 2023, giving Appellant adequate time to bring a motion in the District Court in the first instance, as required by the Rule.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/26/2023