```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BALIGA,

                Plaintiff,

- against -

LINK MOTION INC. et al.,

                Defendants.

18 Civ. 11642 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon the declaration of Michael James Maloney, dated May 26, 2023, and all exhibits attached thereto, and the accompanying memorandum of law dated May 26, 2023 (See "Proposed Order to Show Cause," Dkt. No. 421) it is

**ORDERED** that Robert W. Seiden, the court appointed receiver ("Receiver") of Link Motion Inc. ("LKM") and the Receiver's agent in China, Francis "Lilin" Guo ("Guo") are temporarily enjoined from proceeding with any extraordinary general meetings ("EGMs") of the shareholders of LKM, including those noticed for May 30, 2023 and May 31, 2023 until further Order of this Court.

The allegations raised by the Proposed Order to Show Cause are different in kind from those previously raised by defendant Vincent Wenyong Shi ("Shi"). The Receiver is directed to file a brief not to exceed 15 pages in length responding to the allegations made in Shi's Proposed Order to

1

Show Cause no later than Thursday, June 1, 2023 attaching any relevant documentary evidence, specifically with respect to the claims regarding Guo's expenses incurred in conjunction with the $1.5 million Convertible Note and the Receiver's accounting thereof.

**SO ORDERED.**

Dated:   26 May 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.