# Robert W. Seiden

Court-Appointed Receiver for Link Motion, Inc.
Pursuant to The Honorable Victor Marrero
United States District Court Southern District of New York

---

Robert W. Seiden, Esq. | The Seiden Group
469 Seventh Avenue, 5th Floor
New York, New York 10018
Tel: 212.523.0686

Matt Mathison
Dallas, Texas, United States of America

March 11, 2019

**Re: Link Motion Inc. Letter of Authorization**

Dear Mr. Mathison,

As you know, I am the United States Court-Appointed Receiver over Link Motion Inc. ("LKM") pursuant to a United States Court Order dated February 1, 2019 by the Honorable Judge Victor Marrero. I hereby appoint you as Official Advisor to the Receiver.

This designation as Official Advisor to the Court-Appointed Receiver shall be effective immediately and shall continue in effect until terminated by me in a written notice to you.

As Official Advisor to the Receiver, you are authorized to carry out my requests and orders and to communicate on my behalf, subject to my specific instructions and to the aforementioned Court Order (you acknowledge that you have received and read the Court Order).

Thank you,

*[signature]*

Robert W. Seiden, Esq.
Court-Appointed Receiver for
Link Motion, Inc.

CC: LKMForward
 Honorable Judge Victor Marrero
 Kobre & Kim LLP
 KLC Kennic Lui & Co

---

Robert W. Seiden, Esq. | Court-Appointed Receiver