UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BALIGA,

          Plaintiff,

  - against -

LINK MOTION INC., et al.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/06/2023

18 Civ. 11642 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant Vincent Wenyong Shi's motion for leave to file a reply to the Receiver's response to the motion on an order to show cause (Dkt. No. 431) is hereby granted. Shi shall file a reply, not to exceed ten pages in length, within one week of the date of this Order.

**SO ORDERED.**

Dated:    6 June 2023
           New York, New York

                                      _____
                                          Victor Marrero
                                             U.S.D.J.