# Link Motion Shareholders Action

Spread the word, Join the fight, Never Give Up Fighting for Justice



# About Us

We are a small group of LKM shareholders who could not stand idly by while the Company and investor capital was taken out from under us, and all other similarly situated investors, and removed to China. We seek the restoration of the Company's substantial value and the return of that value to public shareholders. We have successfully spearheaded the appointment of a Receiver in New York, and, with help from colleagues in China, we have pursued investor assets recovery in multiple jurisdictions including China. We seek justice and compensation for all public shareholders impacted by the delisting of LKM, Inc.



## Contact Us

### Email

lkmforward@gmail.com

Copyright © 2020 Link Motion Shareholders Action

— Primer WordPress theme by GoDaddy