# Link Motion Shareholders Action

Spread the word, Join the fight, Never Give Up Fighting for Justice



# Posts

# LKMForward Retains Legal Counsel

October 17, 2018    lkmforward    1 Comment

The shareholders initiative at LKM forward has retained the Seiden Group as it legal counsel in this matter. The group has experience in both shareholder rights actions and expertise in resolving disputes and achieving recovery for investors in China.

For more information about the firm please see www.seidenlegal.com/

Post Views: 599



← Matt's Open Letter 10/16/2018

A Call to Action →

# 1 thought on "LKMForward Retains Legal Counsel"

Pingback: A Call to Action – Link Motion Shareholders Action

## Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**

**Name \***

**Email \***

**Website**

Post Comment

## Contact Us

### Email

lkmforward@gmail.com

Copyright © 2020 Link Motion Shareholders Action

— Primer WordPress theme by GoDaddy