# Link Motion Shareholders Action

Spread the word, Join the fight, Never Give Up Fighting for Justice



# Posts

# LKMforward Issues Press Release, Takes First Step

October 22, 2018    lkmforward    Leave a comment

Today, LKMforward issued a press release stating that we have retained The Seiden Group as our legal representation in our ongoing effort to protect shareholders interest in Link Motion(NYSE: LKM).



More significantly, with our newly appointed counsel, LKMforward has taken the first step in a legal process to safeguard our interests. We will have more to share in the days ahead.

Stay tuned!

📊 Post Views: 540

← Omar's Followup Letter to the Board

The Fight for Shareholders' Rights Continues →

## Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**

**Name ***

**Email ***

**Website**

Post Comment

## Contact Us

### Email

lkmforward@gmail.com

Copyright © 2020 Link Motion Shareholders Action

— Primer WordPress theme by GoDaddy