2/8/20, 3:20 PM



# Link Motion Shareholders Action

Spread the word, Join the fight, Never Give Up Fighting for Justice

# Posts

# The Battle is Fully Joined

🕐 November 6, 2018    👤 lkmforward    💬 Leave a comment

In less than three weeks since our group of concerned shareholders organized under LKMforward.com, we have accomplished many tasks:

1. Establish a web-site to communicate with all shareholders.
2. Reach out to all shareholders to pledge their votes to effect change.
3. Raise funds to retain counsel on behalf of



EXHIBIT

G

shareholders.

4. Retain a prominent N.Y. securities law firm with specific expertise in China law.
5. Reach out directly to the Board of Directors to schedule a Board meeting to resolve this crisis.

Today, we announce the culmination of these efforts in the requisition(see attached) of an Extraordinary General Meeting to address all concerns previously communicated to the Board. While we still request that the Board expeditiously address these matters at the Board level, the silence from the Company and the Board necessitates that we move forward in a direct manner. The requisition reiterates our demands and sets forth a blueprint to enact specific changes at the company to move the company forward and keep its status as a listed company on the NYSE. We believe that ultimately all shareholders should have their voices heard on the future of this company. This requisition seeks to establish a platform for those voices.

It is unfortunate that we have come to this point in the company's history. There were numerous opportunities for the Board to honor its fiduciary duties to shareholders and institute proper corporate governance on their

own accord. However, with share price falling precipitously on a daily basis, and a deafening silence from the company in response, we are simply out of time and patience with the Board.

We will continue to pursue this matter to the best of our ability, and we ask for continued shareholder support in both votes and funds to finance our legal battle with the company. As you may be aware, legal work, especially in the complex area of securities law, is expensive. To date, to judiciously utilize our resources, our group of six has volunteered hundreds of hours of time and thousands of dollars of contributions to legal fees to keep this effort moving forward. We will continue to devote as much time as necessary to the cause simply because it is the right thing to do.

However, we need your immediate help on continued funding of legal counsel.  **To date, we have spent over $30,000 in legal fees**(all our funding came from shareholders), we are working with Seiden to move our effort forward. We are working on additional legal strategies and work product that we can deploy. With the fast approaching deadline of NYSE review on November 15th, we have to complete this work product and have it

2/8/20, 3:20 PM

available for quick deployment, depending on what occurs the next ten days. If you have considered a contribution, but simply have not move forward now is the time. If you have not considered a contribution, we ask you to consider one. One hundred percent of any money contributed goes directly to legal fee (see "Donation" above). Unfortunately, we are fighting against a large and well –funded opponent. If that opponent desires, they can utilize corporate assets to attempt to thwart the efforts of LKMfoward and shareholders who support this group. It would be a great injustice if this was allowed to occur.

We started this journey with a quote from one of the great leaders of the Twentieth Century, Winston Churchill. It is only fitting, that we conclude with another of his quotes which is apt for this situation: "Never give in, never give in, never, never, never, never – in nothing, great or small, large or petty – never give in except to convictions of honor and good sense. " Our conviction remains firm as we continue this fight for all shareholders, great and small, to bring honor and good sense to Link Motion.

LKM Forward Requisition Letter (1)

📊 Post Views: 752

← More Chinese Media Coverage for LKMforward

Each Director is Personally and Collectively Liable – No Way to Claim Ignorance →

# Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**

**Name ***

**Email ***

## Website

Post Comment

## Contact Us

### Email

lkmforward@gmail.com

Copyright © 2020 Link Motion Shareholders Action

— Primer WordPress theme by GoDaddy