# Link Motion Shareholders Action

Spread the word, Join the fight, Never Give Up Fighting for Justice



# Posts

# Your Chance to Make a Difference

🕘 January 12, 2019    👤 *lkmforward*    💬 *Leave a comment*

The year 2018 is now behind shareholders. In view of the LKM drama which unfolded in 2018, it is good to move forward into 2019. The judge in our case has finalized the briefing schedule for our matter. Defendant, Link Motion must file its opposition brief to our request for preliminary injunction and the appointment of a temporary receiver by



January 21, 2019. We will then have one week, until January 28, 2019, to analyze this brief and draft our reply to LKM's opposition brief. Once the brief and reply brief are submitted the Court can rule on our matter strictly based on the briefs submitted, or the Court can schedule a hearing on our matter to argue the briefs. Either way, we are now in the home stretch as regards to this matter.

In getting to this point, we have expended considerable legal funds. We have intentionally avoided contingency or other legal funding methods that would require that shareholders forego a significant percentage of any recovery to a third-party. In view of the significant assets held by LKM, we believe the cost of this type of funding would far outweigh any near-term benefits. However, this choice requires us to rely on shareholders exclusively for legal fee funding. We have streamlined this litigation to the best of our ability to minimize funding requests; but securities litigation, especially in New York City, is an expensive proposition.

To that end, we call upon all shareholders to review the Donation caption above and contribute whatever you are able to contribute to legal fee payments. Current LKM management and parties affiliated with LKM

management would prefer that the ultimate disposition of the company and its considerable assets occur without shareholder knowledge or participation. It is imperative that shareholders have a major seat at the table for any final disposition of LKM, either as a going concern or a liquidated entity. Your contribution buys you the chance to have a seat at that table through litigation requesting the appointment of an independent receiver. Thank you in advance for your contributions.

While we wait for judicial determination in our injunction and receivership proceedings, we believe now is a good time to call attention to this matter at various levels of the U.S. Government.  We are aware that some of the shareholders in our group have already established connections to bring this matter before the relevant government officials. However, we believe that the more of you that join in this effort to bring this to light, the more this matter will receive the attention it deserves at the highest levels of the government.  To that end, below are key contacts in the U.S. Government on China matters. We suggest that shareholders contact one or all of these representatives of your government to inform them of the LKM matter.

## Congressional-Executive Commission on China:

Senator Marco Rubio Chairman, Representative Christopher Smith Co-Chairman

Congressional-Executive Commission on China
243 Ford House Office Building
Washington, DC  20515

Email: infocecc@mail.house.gov    Telephone: (202) 226-3766    Fax: (202) 226-3804

Note: In addition to Senator Rubio and Representative Smith, the Commission on China has eight additional Senators and five additional Representatives. Your local representative may be a member of the Commission (see https://www.cecc.gov).

## U.S. Trade Representative to China:

Robert Lighthizer

Office of the United States Trade Representative
600 17th Street NW
Washington, DC 20508
USA

| China Affairs Phone | 202-395-3900 | Fax | 202-395-3512 |
|---|---|---|---|

Representative Lighthizer is the lead trade representative in charge of the current bilateral talks between China and the United States on various trade and economic matters.

**U.S. Securities and Exchange Commission:**

SEC Chairman and Commissioners

- Chairman Jay Clayton (202) 551-2100; chairmanoffice@sec.gov
- Kara M. Stein (202) 551-2800; CommissionerStein@sec.gov
- Robert J. Jackson Jr. (202) 551-5070; CommissionerJackson@sec.gov
- Hester M. Peirce (202) 551-5080; CommissionerPeirce@sec.gov
- Elad L. Roisman (202) 551-2700

Finally, as we learned about Marcum's resignation as the Company's independent auditor this week, we wish to also inform you that we have reached out directly to Bruson Yu Li, a director of LKM, who is now the most important member of the Board given the recent developments with the China AI ownership changes. Bruson Yu Li's family has very deep government ties and we have

specifically encouraged him to step up and do the right things for the Company, the Shareholders, and the employees.  We know that Bruson was a key vote that enabled Vincent to remain in power long after it was clear that the best and most legitimate path forward for the Company was for Vincent to step down.  Yet, at the time, Bruson chose to vote to keep Vincent in power.  That vote and that decision has proven to be very costly for the Company, the employees, the stakeholders, and all shareholders.  As we have maintained from the very beginning, it is the duty and responsibility of the Directors of the Company to ensure the future viability and success of the Company.  All directors, current and those who have recently resigned are responsible for their actions.  We hope that Bruson can help to do what is necessary to see the best outcome for the Company and its shareholders from this point now and we have communicated directly with him on this matter.

We will do our best to keep you informed on any developments between now and the court's ruling on our injunction and receivership.  In the meantime, please help to contribute to the legal funds of our collective cause to see that the assets and value of LKM

is dutifully and rightfully restored to all holders in a fair and equitable manner.

Post Views: 1,382

← You Have Questions; We Have Answers.

A Seat at the Head of the Table →

## Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**

**Name ***

**Email \***

**Website**

Post Comment

## Contact Us

### Email

lkmforward@gmail.com

Copyright © 2020 Link Motion Shareholders Action

— Primer WordPress theme by GoDaddy