# Link Motion Shareholders Action

Spread the word, Join the fight, Never Give Up Fighting for Justice



# Posts

# The Receivership Expands to China

March 1, 2019     lkmforward     5 Comments

In the past month legal counsel has been very busy utilizing the receivership appointment and powers granted Robert W. Seiden on February 1, 2019 in the U.S. District Court Southern District of New York. Today we are pleased to announce that the High Court of the Hong Kong Special Administrative Region Court of First Instance has appointed Robert W. Seiden and our partner in Hong Kong to serve in the capacity as co-receivers in Hong



Kong for our matter. The Court also granted an injunction in Hong Kong similar to the injunction previously granted in New York. Among other items, all known LKM bank accounts in the US and Hong Kong are now frozen, and the receiver will have power to address directors and officers of LKM that have, to date, ignored the receiver's request to cooperate with the administration of the receivership estate. This is a significant step forward in the receivership process as each jurisdiction recognized will only further aid and empower the Receiver's effectiveness and ultimate success of the outcome. We will now proceed on several fronts in China pursuant to our original receivership order and in conjunction with the new HK jurisdiction recognized and ordered by the courts there with the goal of restoring the assets of LKM to their rightful owners the shareholders of the company.

Post Views: 1,484

← A Seat at the Head of the Table

Following immediate steps by the Court-Appointed Receiver of Link Motion Inc. →

# 5 thoughts on "The Receivership Expands to China"



**Peter** says:

March 5, 2019 at 4:40 am

great Job!

Reply



**Yingjie wang** says:

March 5, 2019 at 3:46 pm

The company's headquarter is located in Beijing and most assets should be in there too. Building receivership in Beijing will be critical.

Reply



**Rafiq Sayed** says:

March 5, 2019 at 9:40 pm

I am very pleased that this action is being taken , this company has robbed many a USA investors of their savings. I wish there was a law in China that would punish the BOD by hanging the in the middle of china square..

I pray, you are successful in this endeavor and may you help us poor folks in recovering some of their hard earned money.

Knowing the BOD, I would not be surprised that they have already emptied out all the bank account.

Reply



**Nathan** says:
March 6, 2019 at 12:04 am

While value recapture and preservation should be job #1, I do hope there is a plan for retribution against the perpetrators of this horrendous crime.

Reply



**Min** says:
March 8, 2019 at 4:30 am

Good job. please freeze all of its bank account.

Reply

## Leave a Reply

Your email address will not be published.

Required fields are marked *

## Comment

## Name *

## Email *

## Website

Post Comment

## Contact Us

### Email

[lkmforward@gmail.com](mailto:lkmforward@gmail.com)

Copyright © 2020 Link Motion Shareholders Action

— Primer WordPress theme by GoDaddy