# Link Motion Shareholders Action

Spread the word, Join the fight, Never Give Up Fighting for Justice



# Posts

# Following immediate steps by the Court-Appointed Receiver of Link Motion Inc.

March 11, 2019    lkmforward    4 Comments

The United States Court-Appointed Receiver over Link Motion Inc. ("LKM") has designated



Case 1:18-cv-11642-VM-VF    Document 435-7    Filed 06/13/23    Page 2 of 8

Following immediate steps by the Court-Appointed Receiver of Link Motion Inc. – Link Motion Shareholders Action                    2/8/20, 3:23 PM

Matt Mathison as "Official Advisor" to the Court-Appointed Receiver effective immediately. Please see attached official letter at the bottom of this blog. Following this appointment today, the Court-Appointed Receiver instructed Matt to take several immediate actions including authorizing the public dissemination of the below email:

Email from Robert W. Seiden, Court-Appointed Receiver for LKM Dated March 11, 2019:

Dear Matt – Pursuant to the attached Appointment Letter, you are hereby appointed Official Advisor to the Court-Appointed Receiver of Link Motion, Inc. and its subsidiaries ("LKM" or "the company") in Hong Kong and The People's Republic of China. This is pursuant to the US Court Order and the Hong Kong Court Order. In this regard, you are to take the following immediate steps as my authorized limited purpose agent:

1. Inform all employees, officers and directors of LKM that the Receiver is now in charge of the company and is empowered by court orders to make material decisions regarding the company. The Receiver is appointing Francis Guo as the new chairman of the company. Vincent is being removed

effective immediately as an officer and director of the company.

2. Vincent and or his staff/agents are to provide the company chop to Francis Guo immediately.

3. Vincent and or his staff/agents are to provide full cooperation to Francis Guo immediately. Vincent Shi is to meet with Francis Guo and several of the Receiver's team on Thursday this week to arrange the transition of the company control in a smooth and faithful manner.

4. Anyone with any questions should address them to you as Official Advisor to the Court-Appointed Receiver. You will work with my team to address any questions. Zhenling from my office speaks fluent Chinese and can translate any questions that are not in English.

5. LKM reserves its rights and makes no waivers of defenses or claims through this authorization.

Thank you. Let me know if you have any questions.

Robert W. Seiden, Esq.

Court-Appointed Receiver to Link Motion, Inc.

Pursuant to the Honorable Judge Victor

Case 1:18-cv-11642-VM-VF  Document 435-7  Filed 06/13/23  Page 4 of 8

Following immediate steps by the Court-Appointed Receiver of Link Motion Inc. - Link Motion Shareholders Action                    2/8/20, 3:23 PM

Marrero

United States District Court, Southern District of New York

Confidentiality Statement: This email (including any attachments) may contain confidential information and is protected by law. If you are not the correct recipient, please notify the sender immediately and delete this email. Please do not copy this email for any other purpose or disclose the contents of this email.

保密申明：本电邮(包括任何附件)可能含有机密资料并受法律保护。如您不是正确的收件人，请您立即通知寄信人并删除本邮件。请不要将本电邮进行复制并用作任何其他用途、或透露本邮件之内容。

Auth Letter MM     Download

📊 Post Views: 1,251

← The Receivership Expands to China     Communicate Directly with the Court-Appointed Receiver →

# 4 thoughts on

# "Following immediate steps by the Court-Appointed Receiver of Link Motion Inc."



**Peter** says:

March 11, 2019 at 11:45 pm

great job

Reply



**Steve Zheng** says:

March 12, 2019 at 4:31 pm

Is Francis Guo same person as Linyun Guo (Lin Yu's wife)?

Reply



**lkmforward** says:

March 15, 2019 at 2:44 am

@Steve, They are not related. Mr Francis Guo is a respected China businessman and shareholder in Link Motion. You can refer to today's blog post for more info.

http://lkmforward.com/the-

receiver-files-contempt-and-arrest-proceedings-against-vincent-shi/

Reply



**Mario** says:

March 13, 2019 at 2:56 am

Good job! Thanks for staying persistent. This action might one day be a "role model" for other investors and fraudulent ADRs.

Reply

## Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**

## Name *

## Email *

## Website

Post Comment

## Contact Us

## Email

lkmforward@gmail.com

Copyright © 2020 Link Motion Shareholders Action

— Primer WordPress theme by GoDaddy