# FELICELLO

Michael James Maloney*
Partner

Felicello Law P.C.
366 Madison Avenue
3rd Floor
New York, NY 10017

Tel. +1 (212) 584-7806
mmaloney@felicellolaw.com

April 25, 2022

**VIA EMAIL**

Amiad Kushner
Seiden Law Group LLP
322 Eighth Avenue, Suite 1704
New York, NY 10001

Re:  *Baliga, et al. v. Link Motion Inc., et al.*, Case No. 1:18-cv-11642-VM-DCF
     Promissory Note and Share Ownership of Link Motion Inc.

Dear Amiad:

As you know, we represent Defendant Vincent Wenyong Shi ("Dr. Shi") in the above-captioned action. In your recent filings of the Declaration and Corrected Declaration of Lilin "Francis" Guo (ECF Nos. 300 and 301 (the "Declaration")), Mr. Guo asserted that he received registered shares as compensation for his services as agent of the temporary receivership pursuant to a promissory note purportedly between the Receiver on behalf of Link Motion Inc. and Mr. Guo (the "Note Agreement").

The Note Agreement was, according to Mr. Guo, "the subject of this Court's order on June 24, 2019" and the "source of [his] ownership of registered shares in the Company." However, the Note Agreement was not included as an exhibit to Mr. Guo's Declaration. Please provide us with a copy of the Note Agreement immediately.

Sincerely,

*/s/ Michael James Maloney*

Michael James Maloney

cc:    Miriam G. Bahcall, Esq. (via email)



*Admitted to practice law in New York