CERTIFICATE OF TRANSLATION

      I, Tian Liang, hereby certify, pursuant to 28 U.S.C. § 1746, that I am competent to translate from Mandarin Chinese into English and that the attached is, to the best of my abilities, a true and accurate translation of the original page entitled "Appendix" annexed to ECF Dkt. 428-1.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:   June 8, 2023

                                                Tian Liang

EXHIBIT O

Annex I

# APPENDIX

1. Investors will buy shares of the company in installments over 2-3 months. The investor provides the company with details of his purchase after 2-3 months.

2. The holding period of the shares of the company purchased by the investor in accordance with the above article shall not be less than 6 months.

3. The Company promises to receive no less than 20% of the proceeds from the Company's shares purchased by the Investor.

4. Within 6 to 9 months after the investor purchases the shares of the Company, the investor may request the Company to repurchase the shares of the Company held by him/her in accordance with the format text in Appendix 2. The repurchase price shall be determined according to the market conditions at that time.

5. If the investor requests repurchase, the Company shall pay cash compensation to the investor in the form of financial advisory fee for the difference between the repurchase price determined at that time and 1.2 times of the investor's cost price.

6. If an investor purchases the shares of the Company within 6 to 9 months and does not require the Company to repurchase the shares of the Company held by it, it shall be deemed that the investor has obtained the promised income, and the financial advisory contract shall be automatically terminated.



附件一.

# APPENDIX

1. 投资人将在 2-3 个月内分批购买公司股票。投资人在 2-3 个月后向公司提供其购买明细。

2. 投资人根据上条购买的公司股票持有时间不短于 6 个月。

3. 就投资人购买的公司股票，公司承诺其获得不低于 20%的收益。

4. 投资人购买公司股票 6 到 9 个月之间，投资人可以要求公司按附件 2 的格式文本回购其所持有的公司股票。回购价格根据届时市场行情确定。

5. 投资人要求回购，届时确定的回购价格与投资人的成本价的 1.2 倍之间的差价，由公司以财务顾问费的形式向投资人支付现金补偿。

6. 投资人购买公司股票 6 到 9 个月之间，未要求公司回购其所持有的公司股票的，视为投资人已经获得了承诺收益，财务顾问合同自动解除。