CERTIFICATE OF TRANSLATION

      I, Tian Liang, hereby certify, pursuant to 28 U.S.C. § 1746, that I am competent to translate from Mandarin Chinese into English and that the attached is, to the best of my abilities, a true and accurate translation of the original page 16 of the document filed at ECF Dkt. 428-1.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:   June 8, 2023

                                                                              Tian Liang

EXHIBIT P

| Transaction Date | Market Name | Security code | Name of security | Type of transaction | Transaction price | Volume of transactions | Net Worth |
|---|---|---|---|---|---|---|---|
| 2018/2/1 | US | NQ | NQ MOBILE INC | Buy | 3.30258 | 5000 | 16537.68 |
| 2018/2/1 | US | NQ | NQ MOBILE INC | Buy | 3.30483 | 5000 | 16548.94 |
| 2018/2/1 | US | NQ | NQ MOBILE INC | Buy | 3.29767 | 3000 | 9908 |
| 2018/2/1 | US | NQ | NQ MOBILE INC | Buy | 3.29967 | 3000 | 9914 |
| 2018/2/1 | US | NQ | NQ MOBILE INC1 | Buy | 3.28987 | 4000 | 13179.24 |
| 2018/2/1 | US | NQ | NQ MOBILE INC1 | Buy | 3.28833 | 3000 | 9880 |
| 2018/2/1 | US | NQ | NQ MOBILE INd | Buy | 3.28 | 3000 | 9855 |
| 2018/2/1 | US | NQ | NQ MOBILE INC | Buy | 3.26 | 3000 | 9795 |
| 2018/2/1 | US | NQ | NQ MOBILE INC | Buy | 3.26 | 3000 | 9795 |
| 2018/2/1 | US | NQ | NQ MOBILE INC | Buy | 3.26597 | 4000 | 13083.46 |
| 2018/2/1 | US | NQ | NQ MOBILE INC | Buy | 3.28 | 3000 | 9855 |
| 2018/2/1 | US | NQ | NQ MOBILEI INC | Buy | 3.24538 | 4000 | 13000.97 |
| 2018/2/2 | US | NQ | NQ MOBILE INC | Buy | 3.14933 | 3000 | 9463 |
| 2018/2/2 | US | NQ | NQ MOBILE INC | Buy | 3.15333 | 1800 | 569 |
| 2018/2/2 | US | NQ | NQ MOBILE INC | Buy | 3.13967 | 3000 | 9434 |
| 2018/2/2 | US | NQ | NQ MOBILE INC | Buy | 3.14765 | 1700 | 5366 |
| 2018/2/2 | US | NQ | NQ MOBILE INC1 | Buy | 3.14 | 3000 | 9435 |
| 2018/2/2 | US | NQ | NQ MOBILE INC | Buy | 3.14 | 3000 | 9435 |
| 2018/2/2 | US | NQ | NQ MOBILE INC1 | Buy | 3.14 | 500 | 1585 |
| 2018/2/2 | US | NQ | NQ MOBILF INC | Buy | 3.14 | 2000 | 6295 |
| 2018/2/2 | US | NQ | NQ MOBILE INC | Buy | 3.1295 | 2000 | 6274 |
| 2018/2/2 | US | NQ | NQ MOBILE INC | Buy | 3.14 | 3000 | 9435 |
| 2018/2/2 | US | NQ | NQ MOBILE INC | Buy | 3.14 | 3000 | 9435 |
| 2018/2/2 | US | NQ | NQ MOBILE INC | Buy | 3.14 | 3000 | 9435 |
| 2018/2/2 | US | NQ | NQ MOBILE INC | Buy | 3.13967 | 3000 | 9434 |
| 2018/2/2 | US | NQ | NQ MOBILE INC | Buy | 3.14 | 2000 | 6295 |
| 2018/2/2 | US | NQ | NQ MOBILE INC1 | Buy | 3.13 | 2000 | 6275 |






| 交易日期 | 市场名称 | 证券代码 | 证券名称 | 买卖类别 | 成交价格 | 成交数量 | 净值 |
|---|---|---|---|---|---|---|---|
| 2018/2/1 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.30258 | 5000 | 16537.68 |
| 2018/2/1 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.30483 | 5000 | 16548.94 |
| 2018/2/1 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.29767 | 3000 | 9908 |
| 2018/2/1 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.29967 | 3000 | 9914 |
| 2018/2/1 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.28987 | 4000 | 13179.24 |
| 2018/2/1 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.28833 | 3000 | 9880 |
| 2018/2/1 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.28 | 3000 | 9855 |
| 2018/2/1 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.26 | 3000 | 9795 |
| 2018/2/1 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.26 | 3000 | 9795 |
| 2018/2/1 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.26597 | 4000 | 13083.46 |
| 2018/2/1 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.28 | 3000 | 9855 |
| 2018/2/1 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.24538 | 4000 | 13000.97 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.14933 | 3000 | 9463 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.15333 | 1800 | 5691 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.13967 | 3000 | 9434 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.14765 | 1700 | 5366 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.14 | 3000 | 9435 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.14 | 3000 | 9435 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.14 | 500 | 1585 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.14 | 2000 | 6295 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.1295 | 2000 | 6274 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.14 | 3000 | 9435 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.14 | 3000 | 9435 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.14 | 3000 | 9435 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.13967 | 3000 | 9434 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.14 | 2000 | 6295 |
| 2018/2/2 | 美国 | NQ | NQ MOBILE INC | 买入 | 3.13 | 2000 | 6275 |


