6-K 1 tv479452_6k.htm 6-K

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## Form 6-K

### REPORT OF FOREIGN PRIVATE ISSUER
### PURSUANT TO RULE 13a-16 OR 15d-16 OF
### THE SECURITIES EXCHANGE ACT OF 1934

For the month of November 2017
--------------

Commission File Number: 001-35145
----------

**NQ Mobile Inc.**

**No. 4 Building
11 Heping Li East Street
Dongcheng District
Beijing 100013
The People's Republic of China
(Address of principal executive offices)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ___X___　　Form 40-F _____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1):_____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7):_____

EXHIBIT
A to Shi Decl.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**NQ Mobile Inc.**

| | |
|---|---|
| By: | /s/ Vincent Wenyong Shi |
| Name: | Vincent Wenyong Shi |
| Title: | Chairman and Chief Operating Officer |

Date: November 14, 2017

## EXHIBIT INDEX

| **Exhibit No.** | **Description** |
|---|---|
| Exhibit 99.1 | Press release |

EX-99.1 2 tv479452_ex99-1.htm EXHIBIT 99.1

**Exhibit 99.1**

NQ Mobile Inc. Announces its Board of Directors Has Authorized an up to US$150 Million Buyback Program of Shares and Convertible Notes

BEIJING, Nov. 13, 2017 /PRNewswire/ -- NQ Mobile Inc. ("**NQ Mobile**" or the "**Company**"), a leading global provider of mobile internet services, today announced that its board of directors has authorized a buyback program under which the Company may repurchase up to US$150 million of its shares or convertible notes over the next 12 months. The repurchases may be made from time to time on the open market, in privately negotiated transactions, in block trades and/or through other legally permissible means, depending on market conditions and in accordance with applicable rules and regulations. NQ Mobile plans to fund repurchases made under this plan from its existing cash balance.

**About NQ Mobile**

NQ Mobile Inc. (NYSE: NQ) is a leading global provider of mobile internet services. NQ Mobile's portfolio of offerings includes mobile game publishing platforms, mobile advertising platforms, mobile entertainment applications and platforms, mobile security and productivity applications and other mobile applications. For more information on NQ Mobile, please visit http://www.nq.com.

**Forward Looking Statements**

This news release contains "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and as defined in the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. All statements other than statements of historical fact in this press release are forward-looking statements and involve certain risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. These forward-looking statements are based on management's current expectations, assumptions, estimates and projections about the Company and the industry in which the Company operates, but involve a number of unknown risks and uncertainties. Further information regarding these and other risks is included in the Company's filings with the U.S. Securities and Exchange Commission. The Company undertakes no obligation to update forward-looking statements to reflect subsequent occurring events or circumstances, or changes in its expectations, except as may be required by law. Although the Company believes that the expectations expressed in these forward looking statements are reasonable, it cannot assure you that such expectations will turn out to be correct, and actual results may differ materially from the anticipated results. You are urged to consider these factors carefully in evaluating the forward-looking statements contained herein and are cautioned not to place undue reliance on such forward-looking statements, which are qualified in their entirety by these cautionary statements.

**Investor Relations:**

NQ Mobile Inc.
Email: investors@nq.com
Phone: +1 469 310 5281
Phone: +86 10 6452 2017
Twitter: @NQMobileIR