# Exhibit 3

# General Registry
## Cayman Islands

## Director Details

Entity Name: **TONGFANG INVESTMENT FUND SERIES SPC**

**Director Name**

SHI Wenyong

ZHOU Hongbin

Back to Entity Search

**Terms & Conditions**
General Registry | Ground Floor, Government Admin Building, Grand Cayman, Cayman Islands