# Exhibit 5

| | |
|---|---|
| **Subject:** | RE: Baliga v. Link Motion Inc. et al / Request to Apple |
| **Date:** | Thursday, May 30, 2019 at 7:16:55 PM GMT-04:00 |
| **From:** | Nathalie Fayad |
| **To:** | Dov B. Gold |
| **CC:** | Steven Seiden, Robert Seiden, Nathaniel Francis |

On the banking information, the attempt was to revert to the details on file before we switched over to the receiver banking information. Apple does not have further entity information. It does not appear that the attempt was successful so Apple does not have a record of what the new entity information would be.

**From:** Dov B. Gold <dgold@seidenlegal.com>
**Sent:** Thursday, May 30, 2019 4:09 PM
**To:** Nathalie Fayad <nfayad@lewisllewellyn.com>
**Cc:** Steven Seiden <sseiden@seidenlegal.com>; Robert W. Seiden <rseiden@seidenlegal.com>; nfrancis@seidenlegal.com
**Subject:** Re: Baliga v. Link Motion Inc. et al / Request to Apple
Much appreciated!

Dov Byron Gold, Esq.
The Seiden Group
Attorneys at Law
469 7th Avenue
New York, NY 10018
(Office) 646.766.1703
www.seidenlegal.com

On May 30, 2019, at 7:06 PM, Nathalie Fayad <nfayad@lewisllewellyn.com> wrote:

> I believe the individual's name was Liu Repice – let me see if I can obtain further information.
> **From:** dgold@seidenlegal.com <dgold@seidenlegal.com>
> **Sent:** Thursday, May 30, 2019 3:58 PM
> **To:** Nathalie Fayad <nfayad@lewisllewellyn.com>; Steven Seiden <sseiden@seidenlegal.com>
> **Cc:** 'Robert W. Seiden' <rseiden@seidenlegal.com>
> **Subject:** RE: Baliga v. Link Motion Inc. et al / Request to Apple
> Nathalie,
> We appreciate the update.
> Please advise on the identity of the party that attempted to update the entity and banking information. We would also appreciate if you could provide the "updated" banking and entity information to assist in our efforts to prevent the dissipation of Link Motion's assets.
> Thanks,
> Dov
>
>> --------- Original Message ---------
>> Subject: RE: Baliga v. Link Motion Inc. et al / Request to Apple
>> From: "Nathalie Fayad" <nfayad@lewisllewellyn.com>
>> Date: 5/30/19 6:52 pm
>> To: "dgold@seidenlegal.com" <dgold@seidenlegal.com>, "Steven Seiden" <sseiden@seidenlegal.com>
>> Cc: "'Robert W. Seiden'" <rseiden@seidenlegal.com>

Page 1 of 5

Dov—

Following up on the below, we've just been informed that someone at the company made an attempt to update the entity and banking information. We can confirm that no money was rerouted as a result of the attempt, and that all held funds will be correctly directed to the receiver by June 13.

Best,
Nathalie









