# Exhibit 1

**Link Motion International Limited**
淩動智行國際有限公司
(Incorporated in Hong Kong)
(the "**Company**")

RESOLUTIONS IN WRITING OF THE DIRECTORS MADE PURSUANT TO ARTICLE 8 OF THE ARTICLES OF ASSOCIATION OF THE COMPANY

| | |
|---|---|
| CHANGE OF COMPANY SECRETARY | IT IS RESOLVED THAT Honia Limited be appointed as the company secretary of the Company in place of Hong Kong Secretarial Limited with effect from 15 March 2019. |
| CHANGE OF REGISTERED OFFICE | IT IS RESOLVED THAT the Registered Office of the Company be changed to 5/F., Ho Lee Commercial Building, 38-44 D'Aguilar Street, Central, Hong Kong with effect from 15 March 2019. |
| KEEPING OF SIGNIFICANT CONTROLLERS REGISTER | IT IS RESOLVED THAT the creation and keeping of a Significant Controllers Register of the Company at the following address and the appointment of Honia Limited as the Designated Representative of the Company be approved with effect from 15 March 2019 :- <br><br> 5/F., Ho Lee Commercial Building, <br> 38-44 D'Aguilar Street, Central, Hong Kong. |
| ADOPTION OF NEW COMMON SEAL | IT IS RESOLVED THAT the common seal, an impression of which is affixed in the margin hereof, be adopted as the new common seal of the Company to supersede all common seal(s) adopted by the Company prior to the passing of this resolution. |



Dated 15 March 2019

For and on behalf of
Belbix Limited

_____
            *Director*
        Belbix Limited

_____
            GUO Lilin

_____
            WU Jiang



For and on behalf of
Link Motion International Limited
凌動智行國際有限公司

........................................
Authorized Signature(s)