# Exhibit 2

证据页码123

公司编号
Company No.: 1448596

凌动智行国际有限公司
Link Motion International Limited
(香港注册公司 Incorporated in Hong Kong)
(公司 the "Company")

By resolution in writing of Link Motion Inc., the sole member of the Company, the following resolution was duly passed on April 26, 2019.
公司唯一股东，Link Motion Inc.，于 2019 年 4 月 26 日做出如下决议：

Approval the change of registration of NQ Mobile (Beijing) Co., Ltd., the Company's wholly owned subsidiary, in Beijing Administration for Industry and Commerce ("BAIC"), and taking the legal actions.

通过了网秦无限（北京）科技有限公司-公司的全资子公司，工商变更登记及法律追诉事宜

IT IS RESOLVED that, it is illegal and invalid that Guo Lilin removed the current Legal Representative, directors, supervisor of NQ Mobile (Beijing) Co., Ltd. and changed business license and company seals of NQ Mobile (Beijing) Co., Ltd. in China.

确认郭力麟变更网秦无限（北京）科技有限公司的法定代表人、执照、公章、董事、监事等工商登记属非法无效行为；

IT IS RESOLVED, that Mr. Wenyong Shi, the executive director of the Link Motion International Limited, is authorized, approved and directed, on behalf of the Company, to execute to the back the previous registration of NQ Mobile (Beijing) Co., Ltd. in BAIC and take such further actions as such director or officer shall deem necessary, appropriate or advisable in order to carry out the intent and purposes of the foregoing resolutions.

授权 Link Motion International Limited 执行董事---史文勇处理恢复网秦无限（北京）科技有限公司原全部工商登记及及为此采取的任何行动；

IT IS RESOLVED, that the Company will take legal actions against Guo Lilin.
对郭力麟等提起相关法律诉讼、申诉、举报、控告等。

For and on Behalf of Link Motion Inc.:
Link Motion Inc. 股东授权代表：



证据页码124

附件 5-(6) 

公司编号
Company No.: 1448596

凌动智行国际有限公司
Link Motion International Limited
(香港注册公司 Incorporated in Hong Kong)
(公司 the "Company")

By resolution in writing of the solo director of the Company, the following resolution was duly passed on April 26, 2019.
公司唯一董事,于 2019 年 4 月 26 日做出如下决议:

Approval the change of registration of NQ Mobile (Beijing) Co., Ltd., the Company's wholly owned subsidiary, in Beijing Administration for Industry and Commerce ("BAIC"), and taking the legal actions.

通过了网秦无限(北京)科技有限公司-公司的全资子公司,工商变更登记及法律追诉事宜

IT IS RESOLVED that, it is illegal and invalid that Guo Lilin removed the current Legal Representative, directors, supervisor of NQ Mobile (Beijing) Co., Ltd. and changed business license and company seals of NQ Mobile (Beijing) Co., Ltd. in China.

确认郭力麟变更网秦无限(北京)科技有限公司的法定代表人、执照、公章、董事、监事等工商登记属非法无效行为;

IT IS RESOLVED, that Mr. Wenyong Shi, the executive director of the Link Motion International Limited, is authorized, approved and directed, on behalf of the Company, to execute to the back the previous registration of NQ Mobile (Beijing) Co., Ltd. in BAIC and take such further actions as such director or officer shall deem necessary, appropriate or advisable in order to carry out the intent and purposes of the foregoing resolutions.

授权 Link Motion International Limited 执行董事---史文勇处理恢复网秦无限(北京)科技有限公司原全部工商登记及及为此采取的任何行动;

IT IS RESOLVED, that the Company will take legal actions against Guo Lilin.
对郭力麟等提起相关法律诉讼、申诉、举报、控告等。

董事 Director: