# Exhibit 3

## **CERTIFICATE OF TRANSLATION**

I, Bingjie Liu, an attorney licensed in the State of New York (United States) and a court-certified interpreter of the State Court of the State of New York, am competent to translate from Chinese into English, and certify that the translation of documents attached to this certificate is true and accurate to the best of my abilities.

*Bingj Liu*
_____
Bingjie Liu

Date:  6/22/2023

Urgent Report on the Request to Restore the Original Business Registration Files of NetQin Infinity

Beijing Haidian District Bureau of Industry and Commerce,

NetQin Infinity (Beijing) Technology Co., Ltd's (hereinafter NetQin) full set of business registration files were recently changed illegally. This act not only seriously violated the legitimate rights and interests of the company and its shareholders, but also led to the total paralysis of the company's operation, the interruption of paying social security for employees, and the suspension of paying approximately 100 employees' salaries. This further created the risk of serious mass public crisis! Beijing NetQin and its controlling shareholders jointly report to your bureau urgently, seeking the leadership to give great attention to restoring the original business registration files. The detailed facts as following:

Beijing NetQin was established in 2007, Link Motion International Limited (hereinafter Hong Kong Link Motion) holds 100% of Beijing NetQin's shares. Link Motion Inc (hereinafter Cayman Link Motion) holds 100% Hong Kong Link Motion's shares. China AI (hereinafter China AI) holds 12% Cayman Link Motion Shares and enjoys 56% voting rights.

Lilin Guo, a small shareholder of Cayman Link Motion (holding 1% shares), In order to achieve the illegal purpose of appropriating the company's assets, hired Hong Kong lawyers to create false documents to deceive the business registration authorities and turned himself into the legal representative of the Beijing NetQin without the knowledge of China AI, Cayman Link Motion. Hong Kong Link Motion and all other shareholders. He also replaced the company's business license, official seal, financial seal, tax registration, and other full set of business documents and actually controlled these documents.

In order to protect the legitimate rights and interests of the company and its shareholders, China AI, Cayman Link Motion, Hong Kong Link Motion, acting in concert, has taken the following measures:

1. The shareholders' meeting and the board of directors of Hong Kong Link Motion were convened and a decision was made: (1) to confirm that the change of the legal representative, license, official seal and other business registrations of Beijing NetQin that was arranged by Lilin Guo was an illegal and invalid act; (2) authorize Wenyong Shi, the executive director of Hong Kong Link Motion to restore the original business registration files for Beijing NetQin; (3) filing related legal actions, complaints, reports, and charges.

2. Filed a lawsuit in court against Lilin Guoin for a dispute over the change of business registration.

3. Retained overseas counsel to bring civil and criminal actions against Lilin Guoin before the Cayman and Hong Kong courts.

4.  Collect evidence related to Lilin Guo's embezzlement and fraud and report it to the public security authorities.

Based on the above, in order to prevent Lilin Guo from taking further illegal actions and encroaching on the legitimate rights and interests of Beijing NetQ and causing social instability events, we apply to your bureau urgently as follows:

1.  Revoke the business license issued to Beijing NetQin that indicating Lilin Guo as the legal representative and change the it back to the original legal representative, Zemin Xu.

2.  Request Lilin Guo to turn over the self-prepared company official seal and financial seal.

3.  Request Lilin Guo to appear before the Bureau of Industry and Commerce to explain his illegal activities, immediately stop all illegal activities that interfere with the operation of Beijing NetQin, and be responsible for compensation.



Attachments:

1. Corporate Structure and Supporting Documents

2. Hong Kong Link Motion's shareholder resolution, and board of directors resolution (Chinese and English)

3. The Court's acceptance notice.

4. Overseas counsel's engagement letters (working emails, and engagement letters).

# 关于请求恢复网秦无限原工商登记文件的
# 紧急报告

**北京市海淀区工商局：**

  网秦无限（北京）科技有限公司（以下简称北京网秦）全套工商文件近期被非法变更，该行为不仅严重侵犯了公司和股东的合法利益，并导致公司经营全面瘫痪，近百名职工社保中断、工资停发，面临严重群体性事件风险！北京网秦及控股股东联名向贵局紧急报告，请领导给予高度关注，及时恢复原工商登记文件。具体事实如下：

  北京网秦设立于2007年，Link Motion International Limited（以下简称香港凌动）持有其100%股份，Link Motion Inc（以下简称开曼凌动）持有香港凌动100%股份，China AI Capital Limited（以下简称China AI）持有开曼凌动12%股权和56%表决权。



  开曼凌动小股东郭力麟（持股1%）为达到侵占公司资产的非法目的，在China AI、开曼凌动、香港凌动其他全体股东和董事均不知情的情况下，雇佣香港律师制作虚假文件，欺骗工商登记机关，将自己变更为北京网秦法定代表人，并将公司的营业执照、公章、财务章、税务登记证等全套工商文件更换并实际控制。

  为维护公司和股东的合法权益，China AI、开曼凌动、香港凌动一致行动，采取了以下措施：

  1、召开了香港凌动股东会和董事会，并做出决议：（1）、确认郭力麟变更北京网秦法定代表人、执照、公章等工商登记属非法无效行为；（2）、授权

香港凌动执行董事史文勇恢复北京网秦原工商登记；(3)、提起相关法律诉讼、申诉、举报、控告。

2、向法院对郭力麟提起变更公司登记纠纷诉讼。

3、聘请境外律师在开曼法院和香港法院对郭力麟提起民事和刑事诉讼。

4、收集郭力麟侵占、诈骗相关证据，向公安机关报案。

基于上述紧急情况，为避免郭力麟采取进一步违法行为，侵占北京网秦合法权益，造成社会不稳定事件，向贵局紧急申请如下：

一、收回并注销以郭力麟为法定代表人的北京网秦营业执照，变更为原法定代表人许泽民。

二、责令郭力麟上缴私刻的公章、财务章。

三、责令郭力麟到工商局说明违法变更的情况，立即停止一切干扰北京网秦正常经营的违法行为，承担相应赔偿责任。



For and on behalf of
China AI Capital Limited

China AI Capital Limited
Authorised Signature(s)
（唯一）董事：

Link Motion Inc
董事长：

Link Motion International Limited
（唯一）董事：

网秦无限（北京）科技有限公司
董事长：

2019年4月  日

证据页码127

附件：

1、股权架构图及证明文件；

2、香港凌动股东会、董事会决议（中英文）；

3、法院受理通知书；

4、境外律师委托手续（委托书、工作邮件）



