# Exhibit 4

## **CERTIFICATE OF TRANSLATION**

I, Bingjie Liu, an attorney licensed in the State of New York (United States) and a court-certified interpreter of the State Court of the State of New York, am competent to translate from Chinese into English, and certify that the translation of documents attached to this certificate is true and accurate to the best of my abilities.

*Bingj Liu*

Bingjie Liu

Date:  6/22/2023

NetQin Infinity (Beijing) Technology Co., Ltd's Re-announcement of the Transfer of the Work

Mr. Zemin Xu

The court-appointed receiver, Mr. Robert Seiden, has written to you twice, respectively on February 8 and April 23, 2019, notifying you and sought your cooperation in enforcing the relevant court's decisions.

Beijing NetQin and its 100% holding parent company Hong Kong Link Motion International Limited have repeatedly notified you to turn over your legal representative authority and transfer your work. Now, again, we intend to find you at the company's office and request you to turn over your authority as the company's legal representative and all relevant work:

1. As the former chairman and legal representative of the NetQin Infinity (Beijing) Technology Co., Ltd, please transmit your authority as the legal representative and transfer your work immediately in accordance with the law, the above-mentioned notice and the requirements of this notice. Immediately transfer the complete company files, contracts and books and records to the new legal representative or his authorized agent for safekeeping.

2. You shall not transfer any of the company's assets and funds in any name by any means, otherwise you will be responsible for crminal liability such as illegal appropriation of funds.

3. You shall not continue to use the official seals (including but not limited to the company seal, financial seal, contract special seal, etc.) and signs that have been invalided by NetQin Infinity (Beijing) Technology Co., Ltd, otherwise you will be held criminally liable for commercial fraud, etc.

4. At the same time, you, as the legal representative of NetQin Infinity (Beijing) Technology Co., Ltd, are requested to submit all financial books of NetQin Infinity (Beijing) Technology Co., Ltd and its subsidiaries to the company for inspection immediately.

Since we were unable to find you in the company office way to contact you, we are posting this notice at the office site. You must fulfill your obligations as a legal representative to work at the company as previously (and this) notice of intercourse, otherwise you will be responsible for all civil and criminal liabilities that in connection with your refusal of transmission.



May 15, 2019.

## 网秦无限（北京）科技有限公司工作移交的再次通告

许泽民先生：

凌动智行(LKM)法院指定接管人罗伯特·赛登律师曾于2019年2月8日及4月23日两次致函你，通知你配合执行凌动智行相关法院裁决。网秦无限（北京）科技有限公司及其100%控股母公司"香港凌动智行国际有限公司"也已多次通知你办理法人与公司工作交接，现再次到公司经营地点现场寻找你、并要求你办理法人与公司工作交接：

一、作为网秦无限（北京）科技有限公司前任董事长兼法定代表人，请依照法律规定、上述通知及本通知要求立即完成网秦无限（北京）科技有限公司法人及公司工作交接、立即将完整的公司档案资料、合同及账簿等移交给新任法人或其授权经办人员保管；

二、不得以任何名义和方式转移公司资产和账户资金，否则将被追究非法侵占等刑事责任；

三、不得继续使用网秦无限（北京）科技有限公司已作废的公章（包括但不限于公司公章、财务专用章、合同专用章等）和证照，否则将被追究商业欺诈等刑事责任；

四、同时，你作为北京网秦天下科技有限公司法定代表人，请立即将北京网秦天下科技有限公司及相关子公司的全部财务账册提交网秦无限（北京）科技有限公司查阅。

由于未能在公司经营地址现场寻找到你与联系到你，现将本通知张贴于经营地址现场。你须按此前（及本次）通知履行法定代表人与公司工作交接的法定义务，承担拒绝依法交接而引发的各项刑事与民事法律责任。

Link Motion International Limited  
凌动智行国际有限公司  
2019年5月15日

网秦无限（北京）科技有限公司  
法定代表人及联系电话：王兵（18049487827）  
2019年5月15日

►►► 沿此处拆开

Pull to open ◄◄◄

收寄日戳 / POSTING STAMP

投递日戳 / DELIVERY STAMP

EMS

国内标准快递



1157812318730

收：许泽民　13910565678

天津市天津市南开区迎水道日华里23楼1门202号

寄付

南开-3华苑3
020-津

签收人：
日期：



1157812318730

收：许泽民　13910565678

天津市天津市南开区迎水道日华里23楼1门202号

### 关于公司法定代表人变更并请移交全部证照资料的函

收件人另外电话：13911603341

**注意/ATTENTION:**

1. 请将妥填的EMS详情单贴在本封套空白处。

   Please adhere completed EMS bill within the frame on the envelope;

2. 此封套仅限于封装厚度在10mm以内的文件资料。

   This envelope is only available for sending documents with the thickness less than 10mm;

3. 邮件内请勿夹寄现金、危险品及任何禁寄物品。

   Please do not put in EMS items cash, dangerous and all kinds of prohibited articles.



监制证号：33-07-05


中国邮政 CHINA POST



全国统一服务电话 11183
www.ems.com.cn

封套编码：B-FT-100
印制单位：江西邮政印务中心
印　量：100万枚
生产日期：2019年07月
国家邮政局市场监管司监制
监制证号：33-07-05