# Exhibit 6

## CERTIFICATE OF TRANSLATION

I, Bingjie Liu, an attorney licensed in the State of New York (United States) and a court-certified interpreter of the State Court of the State of New York, am competent to translate from Chinese into English, and certify that the translation of documents attached to this certificate is true and accurate to the best of my abilities.

*Bingj Liu*

Bingjie Liu

Date:   6/22/2023

Beijing NetQin Tianxia Technology Co., Ltd

Shareholder Resolution

On October 10, 2019 [handwriting], the [ ] session of the [ ] meeting of shareholders of Beijing NetQin Tianxia Technology Co., Ltd was held in the conference room of the company, 3 [handwriting] people were present at the meeting, 3 [handwriting] people were actually present, the meeting was convened and the voting procedure was in accordance with the relevant provisions of the Company Law and the Articles of Association, and the meeting formed the following resolutions:

Agreed to elect Youdi Die as the director.

Agreed to discharge Zemin Xu's director position.

(no content below)



(no content on this page)


Individual shareholder sign by him/herself, legal entity shareholder sign and insert company's official seal:


Xu Zhou signature [signed]


Lingyu Guo signature [signed]


Wenyong Shi signature [signed]


10/10/2019





# 北京网秦天下科技有限公司
# 股东会决议

2019 年6月12日在公司会议室召开了北京网秦天下科技有限公司第

届第　次股东会会议，会议应到3人，实到3人，会议在召集和表决

程序上符合《公司法》及公司章程的有关规定，会议形成决议如下：

同意选举聂友弟为董事。

同意免去许泽民的董事职务。

（以下为空白）





NO.E 195230000000000000001012-12-1343867-20191227

13

（此页无正文）

自然人股东亲笔签字，法人股东由法定代表人签字并加盖公章：

周旭签字：

郭凌云签字：

史文勇签字：

2019 年 10 月 10 日





NO.E 19523000000000000000001012-13-1343867-20191227