# Exhibit 8

## <u>CERTIFICATE OF TRANSLATION</u>

I, Bingjie Liu, an attorney licensed in the State of New York (United States) and a court-certified interpreter of the State Court of the State of New York, am competent to translate from Chinese into English, and certify that the translation of documents attached to this certificate is true and accurate to the best of my abilities.

*Bingj Liu*

Bingjie Liu

Date:   6/22/2023

Beijing NetQin Mobile Technology Co., Ltd.

Shareholder Resolution

On December 23, 2019 [handwriting], shareholders determined the following at the conference room:

1. Agreed to discharge Zemin Xu's Executive Director position.
2. Agreed to appoint Youdi Nie as Executive Director.

All shareholders' signatures or insert the company's official seals:

[signature – Zemin Xu]

NQ International Limited Seal

12/23/2019





16

# 北京网秦移动科技有限公司
# 股东决定

股东 于 2019 年 12 月 23 日在公司会议室作出如下决定：

1、同意免去许泽民的执行董事职务。

2、同意委派聂友弟为执行董事。

全体股东亲笔签字或加盖公章：



NQ INTERNATIONAL   LIMITED盖章



2019年 12 月 23日

