# Exhibit 9

## <u>CERTIFICATE OF TRANSLATION</u>

I, Bingjie Liu, an attorney licensed in the State of New York (United States) and a court-certified interpreter of the State Court of the State of New York, am competent to translate from Chinese into English, and certify that the translation of documents attached to this certificate is true and accurate to the best of my abilities.


*Bingj Liu*
_____
Bingjie Liu


Date:   <u>6/22/2023</u>

Link Motion (Beijing) Technology Co., Ltd.

Shareholder Resolution

On December 9, 2019 [handwriting], shareholders determined the following at the conference room:

1. Agreed to discharge Zemin Xu's Executive Director position.
2. Agreed to appoint Youdi Nie as Executive Director.

All shareholders' signatures or insert the company's official seals:

NetQin Interntional Limited

Authorized representative signature:  [signature-Jiang Wu]



12/7/2019



16

# 凌动智行（北京）科技有限公司
## 股东决定

股东 于 20ｱ年 1ｬ月 9 日在公司会议室作出如下决定：

1、同意免去许泽民的执行董事职务。

2、同意委派聂友弟为执行董事。

全体股东亲笔签字或加盖公章

网秦国际有限公司

授权代表签字： 



20ｱ年 ﹖月 ﹖ 日