# Exhibit 10

## <u>CERTIFICATE OF TRANSLATION</u>

I, Bingjie Liu, an attorney licensed in the State of New York (United States) and a court-certified interpreter of the State Court of the State of New York, am competent to translate from Chinese into English, and certify that the translation of documents attached to this certificate is true and accurate to the best of my abilities.

_Bingj Liu_
_____
Bingjie Liu


Date:   <u>6/22/2023</u>

Beijing NetQin Tianxia Technology Co., Ltd
Shareholder Resolution

On July 22, 2019, Beijing NetQin Tianxia Technology Co., Ltd at Beijing City, Xicheng District Guanganmennei Avenue, No. 338, Gangzhonglv Building, Floor 3 South Direction, held NetQin Tianxia Technology Co., Ltd's first Extraordinary Shareholders' Meeting in 2019.

Two shareholders attended the meeting, and the participating shareholders held 66.75% of the company's shares.  After the shareholders vote, with 1 vote for, 1 vote against, 0 abstentions, the proportion of shares in favor of more than 50% passed the resolution as follows.

1. Establish a new board of directors with Lingyun Guo, Lilin Guo, and Yuesheng Zhou;
2. Appointed Bing Wang as the company's Supervisor.

(This resolution is made in three copies, one for each of the Company and the participating shareholders)

Shareholders' signatures

[Signature – Lingyun Guo]

Date: July 22, 2019

[handwriting: Wenyongshi: I object to all above resoutions]

[Signature – Wenyong Shi]

Beijing NetQin Tianxia Technology Co., Ltd
Board of Director Resolution

On July 22, 2019, Beijing NetQin Tianxia Technology Co., Ltd at Beijing City, Xicheng District Guanganmennei Avenue, No. 338, Gangzhonglv Building, Floor 3 South Direction, held NetQin Tianxia Technology Co., Ltd's Board of Directors' Meeting.  The actual number of directors present was 3. The Board of Directors' meeting was held in accordance with the Company Law of the People's Republic of China, relevant laws and regulations and the Articles of Association of the Company.

The participating directors voted 3 in favor, 0 against and 0 abstained to form the following resolution：

1.  Elected Lilin Guo as the chairman of the company, and to be the company's legal representative
2.  Hired Lilin Guo as the company's main manager.

Signatures of Directors:

[signature-Lingyun Guo]

[signature-Lilin Gu]

[signature-Yuesheng Zhou]

# 北京网秦天下科技有限公司

## 股东会决议

北京网秦天下科技有限公司于 2019 年 7 月 22 日在北京市西城区广安门内大街 338 号港中旅大厦三层南区召开北京网秦天下科技有限公司 2019 年第一次临时股东会会议。

参会股东 2 人，持有公司股权比例为 66.75%。经与会股东表决，以 1 票赞成、1 票反对、0 票弃权，赞成股权比例超过 50%通过决议如下：

1. 由郭凌云、郭力麟、周粤生组成公司新的董事会；

2. 由王兵担任公司监事。

（本决议一式三份，公司及参会股东各执一份。）

股东签字：

日期：2019 年 7 月 22 日

史文勇：反对上述所有决议，

1 / 1

# 北京网秦天下科技有限公司

## 董事会决议

2019 年 7 月 22 日，北京网秦天下科技有限公司在北京市西城区广安门内大街 338 号港中旅大厦三层南区召开董事会。本次董事会应到董事 3 名，实到董事 3 名。本次董事会的召开符合《中华人民共和国公司法》、相关法律法规及公司章程的规定。

参会董事以 3 票同意，0 票反对，0 票弃权，形成决议如下：

1.选举郭力麟担任公司董事长，作为公司的法定代表人；

2.聘任郭力麟担任公司总经理。

董事签字：

