# Exhibit 13

## CERTIFICATE OF TRANSLATION

I, Bingjie Liu, an attorney licensed in the State of New York (United States) and a court-certified interpreter of the State Court of the State of New York, am competent to translate from Chinese into English, and certify that the translation of documents attached to this certificate is true and accurate to the best of my abilities.

_____
Bingjie Liu


Date:   6/22/2023

Account History Transaction Detail (2/22/2019-9/27/2019)[1]

Brach Name:     Beijing Subsidiary Chaowai Avenue Brach

Accounting Number:     110913207210503

Account Holder Name: Beijing NetQin Mobile Technology Co., Ltd.

Customer Number:     110913072

| Account No. | Account Type | Transaction Date | Currency | Amount | Balance | Transaction No. | Supplemental | Type of Transaction | The Counter Party's Info | The Counter Party's Bank | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6006 | Current Settlement Account | 5/15/2019 10:53:46 | RMB | 9,000,000.00 | 30,000,278.58 | G470200067473C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Wire |
| 6006 | Current Settlement Account | 5/15/2019 14:03:23 | RMB | -9,550,000.00 | 20,450,278.58 | G8470200099626C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Operating Funds |
| 6006 | Current Settlement Account | 5/15/2019 14:03:34 | RMB | -8,806,216.00 | 11,644,062.58 | G8470200099688C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Operating Funds |
| 6006 | Current Settlement Account | 5/15/2019 14:03:44 | RMB | -9,652,576.00 | 1,991,486.58 | G8470200099702C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Operating Funds |
| 6006 | Current Settlement Account | 6/05/2019 13:47:44 | RMB | 8,000,000.00 | 20,171,768.89 | G4261900293815C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/05/2019 13:52:32 | RMB | -19,364,345.00 | 807.423.89 | G4261900296784C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Current payments |

---

[1] Only the highlighted transactions are translated.

| 6006 | Current Settlement Account | 6/05/2019 13:59:51 | RMB | 20,000,000.00 | 20,807,423.89 | C0167800009208C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Exchange Funds |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6006 | Current Settlement Account | 6/06/2019 14:06:13 | RMB | -20,000,000.00 | 807,423.89 | G3092000248930C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/10/2019 13:45:12 | RMB | 20,000,000.00 | 20,290,999.89 | C0978400024530C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/10/2019 14:09:53 | RMB | -19,442,500.00 | 848,499.89 | G407100072184C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/10/2019 20:08:08 | RMB | 9,000,000 | 6,298,499.89 | C0759000026639C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/11/2019 14:09:02 | RMB | 10,000,000.00 | 19,008,499.89 | C0353200019707C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/11/2019 14:09:42 | RMB | -18,940,372.00 | 68,127.89 | G5111400041541C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Funds |
| 6006 | Current Settlement Account | 6/12/2019 9:15:55 | RMB | 20,000,000.00 | 20,013,000.00 | C0820900014529C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/12/2019 9:19:15 | RMB | -20,012,467.59 | 532.41 | G5214900003498C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |

| 6006 | Current Settlement Account | 6/12/2019 16:43:19 | RMB | 20,500,000.00 | 20,500,532.41 | C0401200027320C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6006 | Current Settlement Account | 6/12/2019 16:44:23 | RMB | -20,441,306.18 | 59,226.23 | G214900087220C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/13/2019 9:05:03 | RMB | 21,500,000.00 | 21,559,226.23 | C0882400019105C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/13/2019 9:09:14 | RMB | -21,441,92.56 | 117,296.67 | G3686500073662C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Funds |
| 6006 | Current Settlement Account | 6/13/2019 16:35:13 | RMB | 22,000,000.00 | 22,117,296/67 | G3686500149480C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Wire |
| 6006 | Current Settlement Account | 6/13/2019 16:38:01 | RMB | -22,013,714.35 | 103,582.32 | G3686500150347C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/19/2019 22:35:37 | RMB | 45,000,000.00 | 45,185,001.68 | C0154200030588C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/19/2019 22:36:19 | RMB | -6,030,578.57 | 39,154,433.11 | G85124002007717C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/19/2019 23:14:21 | RMB | -38,969,421.43 | 185,011.68 | G8512400208369C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |

| 6006 | Current Settlement Account | 6/20/2019 20:57:17 | RMB | 10,000,000.00 | 10,185,011.68 | C0540800014401C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6006 | Current Settlement Account | 6/20/2019 21:06:04 | RMB | 8,000,000.00 | 18,185,011.68 | C0484400019268C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/20/2019 21:28:38 | RMB | -18,000,000.00 | 185,011.68 | G7511600171346C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/21/2019 10:11:36 | RMB | -18,000,000.00 | 185,011.68 | G6299900015917C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/21/2019 15:54:29 | RMB | 40,000,000.00 | 40,185,011.68 | C0051300031233C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/21/2019 15:57:11 | RMB | -40,000,000.00 | 185,011.68 | G6299900085585C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/21/2019 17:21:56 | RMB | 20,500,000.00 | 20,685,713.93 | C0244200026731C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/24/2019 10:24:06 | RMB | -13,000,000.00 | 185,713.93 | G8152600011710C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/24/2019 10:55:48 | RMB | 7,500,000.00 | 7,685,713.93 | C0110400025373C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |

| 6006 | Current Settlement Account | 6/24/2019 11:55:58 | RMB | -7,500,000.00 | 185,713.93 | G8152600011710c | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/24/2019 16:02:03 | RMB | 77,000,000.00 | 77,185,713.93 | C0368000034991C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/24/2019 16:04:12 | RMB | -77,000,000.00 | 185,713.93 | G8152600069012C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/24/2019 17:31:30 | RMB | 16,00,000.00 | 16,185,713.93 | C0341000034016C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/24/2019 17:31:40 | RMB | -15,000,000.00 | 1,185,713.93 | G8152600101804C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/25/2019 16:00:19 | RMB | 69,000,000.00 | 69,185,713.93 | C0326800020332C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments |
| 6006 | Current Settlement Account | 6/25/2019 16:01:18 | RMB | -8,283,700.00 | 60,902,013.93 | G7678200456814C | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/25/2019 16:01:40 | RMB | -47,003,769/00 | 13,898,244.93 | G7678200456922c | | Wire out to business account | Zhejiang Xinbao Technology Co., Ltd | City Commercial Bank, Taizhou Bank Co., Ltd. Wenling Daxi Branch | Wire |
| 6006 | Current Settlement Account | 6/26/2019 12:03:54 | RMB | 70,174,47 | 1,468,419.40 | G4835700168060C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Wire |

| 6006 | Current Settlement Account | 6/26/2019 19:25:19 | RMB | 13,827,437.90 | 15,295,857.30 | C0105300018012C | | Wire In | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments | |
| 6006 | Current Settlement Account | 7/10/2019 16:52:14 | RMB | 7,000,000.00 | 7,006,781.55 | C0070100022607C | | | NetQin Infinity (Beijing) Co., Ltd | China Merchants Bank, Beijing Subsidiary, Gongti Branch | Current payments | |

## 账户历史交易明细表（2019-02-22~2019-09-27）

| 网点名称 | 北京分行朝外大街支行 | | 户口号 | 110913207210503 | | | 户口名称 | 北京网秦移动科技有限公司 | | 客户号 | 1109132072 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 流水号 | 冲补账 | 交易类型 | 对手信息 | 对手开户行 | 摘要 |
| 60006 | 活期结算户 | 2019-02-28 09:43:21 | 人民币 | 1,334,320.00 | 1,334,320.00 | G6884900000170C | | 对公结汇 | 北京网秦移动科技有限公司 110913207232107 | 招商银行北京分行朝外大街支行 | |
| 60006 | 活期结算户 | 2019-02-28 09:54:28 | 人民币 | 4,447,438.24 | 5,781,758.24 | G6885000000487C | | 对公结汇 | 北京网秦移动科技有限公司 110913207232107 | 招商银行北京分行朝外大街支行 | |
| 60006 | 活期结算户 | 2019-02-28 10:20:10 | 人民币 | -1,144,961.76 | 4,636,796.48 | C0879400026357C | | 对公转账出 | 北京正定方信科技发展有限公司 110061118018010026029 | 交通银行北京万柳支行 | 业务款 |
| 60006 | 活期结算户 | 2019-02-28 10:20:10 | 人民币 | -22.90 | 4,636,773.58 | C0879400026361C | | 对公收费 | | | 对公跨行柜台转账汇款手续费（非实时） |
| 60006 | 活期结算户 | 2019-02-28 10:36:26 | 人民币 | -4,447,438.24 | 189,335.34 | C0975000029925C | | 对公转账出 | 北京正定方信科技发展有限公司 110061118018010026029 | 交通银行北京万柳支行 | 技术开发费 |
| 60006 | 活期结算户 | 2019-02-28 10:36:26 | 人民币 | -88.95 | 189,246.39 | C0975000029929C | | 对公收费 | | | 对公跨行柜台转账汇款手续费（非实时） |
| 60006 | 活期结算户 | 2019-03-21 02:01:04 | 人民币 | 33.12 | 189,279.51 | G3537900016937C | | 账户结息 | | | 活期结算户结息 33.12 扣税：.00 |
| 60006 | 活期结算户 | 2019-04-10 09:39:53 | 人民币 | -50,000.00 | 139,279.51 | G1394600008704C | | 对公转账出 | 苑波 6225880138944971 | 招商银行北京分行宣武门支行(本部) | 备用金 |
| 60006 | 活期结算户 | 2019-04-16 18:25:41 | 人民币 | -90,000.00 | 49,279.51 | G7361500366438C | | 对公转账出 | 北京蓝图律师事务所 630137869 | 中国民生银行股份有限公司北京朝阳门支行 | 律师费 |
| 60006 | 活期结算户 | 2019-05-04 04:50:14 | 人民币 | -0.93 | 49,278.58 | G8214600211017C | | 网银费用 | | | 网银支付手续费 |
| 60006 | 活期结算户 | 2019-05-07 17:03:23 | 人民币 | -10,000.00 | 39,278.58 | G6628600326308C | | 对公转账出 | 霍尔果斯京疆创业咨询服务有限公司 65001656100052506914 | 中国建设银行股份有限公司伊犁哈萨克自治州分行霍尔果斯支行 | 霍尔果斯朗趣服务费 |
| 60006 | 活期结算户 | 2019-05-10 16:09:26 | 人民币 | -39,000.00 | 278.58 | G1570300112940C | | 对公转账出 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-05-15 10:32:22 | 人民币 | 20,000,000.00 | 20,000,278.58 | G8470200063491C | | 汇入汇款 | 思享时代（北京）科技有限公司 110919881010201 | 招商银行北京分行双榆树支行 | 往来款 |
| 60006 | 活期结算户 | 2019-05-15 10:52:54 | 人民币 | 1,000,000.00 | 21,000,278.58 | G8470200067383C | | 汇入汇款 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-05-15 10:53:46 | 人民币 | 9,000,000.00 | 30,000,278.58 | G8470200067473C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 转款 |
| 60006 | 活期结算户 | 2019-05-15 12:02:55 | 人民币 | -28,008,792.00 | 1,991,486.58 | G8470200083184C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 内保外贷 8800w 业务 |
| 60006 | 活期结算户 | 2019-05-15 13:56:43 | 人民币 | 28,008,792.00 | 30,000,278.58 | C0454000043522C | | 汇入汇款 | 浙江鑫保科技有限公司 550016627400015 | 台州银行股份有限公司 | 附言：冲正（网银转账，有误即退）备注：冲 |
| 60006 | 活期结算户 | 2019-05-15 14:03:23 | 人民币 | -9,550,000.00 | 20,450,278.58 | G8470200099626C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 业务款 |
| 60006 | 活期结算户 | 2019-05-15 14:03:34 | 人民币 | -8,806,216.00 | 11,644,062.58 | G8470200099688C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 业务款 |

打印经办： 刘琳
打印网点： 北京分行朝外大街支行
打印时间： 2022/3/22 下午 3:38:03

页码：第1页 总共7页

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 流水号 | 冲补账 | 交易类型 | 对手信息 | 对手开户行 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60006 | 活期结算户 | 2019-05-15 14:03:44 | 人民币 | -9,652,576.00 | 1,991,486.58 | G8470200 099702C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 业务款 |
| 60006 | 活期结算户 | 2019-05-15 15:59:22 | 人民币 | -100,000.00 | 1,891,486.58 | G8470200 140432C | | 对公转账出 | 杭州雅韵投资管理有限公司 32300188000042290 | 城市商业银行江苏银行股份有限公司北京中关村支行 | 借款 |
| 60006 | 活期结算户 | 2019-05-16 14:04:03 | 人民币 | -150,000.00 | 1,741,486.58 | G7313600 044689C | | 对公转账出 | 新疆网秦移动创业投资有限公司 32300188000051636 | 城市商业银行江苏银行股份有限公司北京中关村支行 | 转帐 |
| 60006 | 活期结算户 | 2019-05-16 14:04:03 | 人民币 | -10,000.00 | 1,731,486.58 | G7313600 044691C | | 对公转账出 | 夏涛 6222081001012051367 | 中国工商银行股份有限公司上海市古美路支行 | 代付 |
| 60006 | 活期结算户 | 2019-05-16 15:16:29 | 人民币 | -7,696.00 | 1,723,790.58 | G7313600 063277C | | 对公转账出 | 凌动智行（北京）科技有限公司 696457269 | 中国民生银行股份有限公司北京正义路支行 | 转款 |
| 60006 | 活期结算户 | 2019-05-17 16:39:15 | 人民币 | 1,384,000.00 | 3,107,790.58 | C0039000 018248C | | 汇入汇款 | 浙江鑫保科技有限公司 550016627400015 | 台州银行股份有限公司 | 附言:往来款（网银转账,有误即退）备注: |
| 60006 | 活期结算户 | 2019-05-17 17:04:09 | 人民币 | -3,000,000.00 | 107,790.58 | G6103400 105173C | | 对公转账出 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 转款 |
| 60006 | 活期结算户 | 2019-05-28 13:57:02 | 人民币 | -1,300.00 | 106,490.58 | G2208500 047494C | | 对公转账出 | 凌动智行（北京）科技有限公司 696457269 | 中国民生银行股份有限公司北京正义路支行 | 往来款 |
| 60006 | 活期结算户 | 2019-05-28 13:57:12 | 人民币 | -24,000.00 | 82,490.58 | G2208500 047518C | | 对公转账出 | 凌动未来（北京）科技有限公司 8110701013701143170 | 中信银行北京酒仙桥支行 | 往来款 |
| 60006 | 活期结算户 | 2019-05-29 12:52:48 | 人民币 | 90,000.00 | 172,490.58 | G0723100 039198C | | 汇入汇款 | 北京网秦天下科技有限公司 867380188410001 | 招商银行北京分行朝外大街支行(本部) | 往来款 |
| 60006 | 活期结算户 | 2019-06-04 04:34:29 | 人民币 | -717.04 | 171,773.54 | G5975300 097219C | | 网银费用 | | | 网银汇款手续费 |
| 60006 | 活期结算户 | 2019-06-04 04:41:42 | 人民币 | -4.65 | 171,768.89 | G5975300 186741C | | 网银费用 | | | 网银支付手续费 |
| 60006 | 活期结算户 | 2019-06-05 12:23:54 | 人民币 | 3,000,000.00 | 3,171,768.89 | G4261900 285749C | | 汇入汇款 | 倍适（北京）科技有限公司 110905363110888 | 招商银行北京分行万达广场支行(本部) | 往来 |
| 60006 | 活期结算户 | 2019-06-05 13:28:53 | 人民币 | 9,000,000.00 | 12,171,768.89 | G4261900 290529C | | 汇入汇款 | 思享时代（北京）科技有限公司 110919881010201 | 招商银行北京分行双榆树支行(本部) | 借款 |
| 60006 | 活期结算户 | 2019-06-05 13:47:44 | 人民币 | 8,000,000.00 | 20,171,768.89 | G4261900 293851C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-05 13:52:32 | 人民币 | -19,364,345.00 | 807,423.89 | G4261900 296784C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-06 13:59:51 | 人民币 | 20,000,000.00 | 20,807,423.89 | C0167800 009208C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-06 14:06:13 | 人民币 | -20,000,000.00 | 807,423.89 | G3092000 248930C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-06 15:12:44 | 人民币 | 283,576.00 | 1,090,999.89 | C0697000 008810C | | 汇入汇款 | 浙江鑫保科技有限公司 550016627400015 | 台州银行股份有限公司 | 附言:往来款（网银转账,有误即退）备注: |
| 60006 | 活期结算户 | 2019-06-06 16:54:12 | 人民币 | -600,000.00 | 490,999.89 | G3092000 310708C | | 对公转账出 | 倍适（北京）科技有限公司 110905363110888 | 招商银行北京分行万达广场支行(本部) | 款项 |
| 60006 | 活期结算户 | 2019-06-06 17:50:59 | 人民币 | -200,000.00 | 290,999.89 | G3092000 329384C | | 对公转账出 | 苑波 6225880138944971 | 招商银行北京分行宣武门支行 | 借款 |

打印经办：刘琳  
打印网点：北京分行朝外大街支行  
打印时间：2022/3/22 下午 3:38:03  

页码：第2页 总共7页

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 流水号 | 冲补账 | 交易类型 | 对手信息 | 对手开户行 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60006 | 活期结算户 | 2019-06-10 13:45:12 | 人民币 | 20,000,000.00 | 20,290,999.89 | C0978400 024530C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行(本部) | 往来款 |
| 60006 | 活期结算户 | 2019-06-10 14:09:53 | 人民币 | -19,442,500.00 | 848,499.89 | G4707100 072184C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-10 15:32:43 | 人民币 | -150,000.00 | 698,499.89 | G4707100 095894C | | 对公转账出 | 杭州雅韵投资管理有限公司 32300188000042290 | 城市商业银行江苏银行股份有限公司北京中关村支行 | 款项 |
| 60006 | 活期结算户 | 2019-06-10 17:08:26 | 人民币 | -400,000.00 | 298,499.89 | G4707100 133186C | | 对公转账出 | 新疆网秦移动创业投资有限公司 32300188000051636 | 城市商业银行江苏银行股份有限公司北京中关村支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-10 20:08:08 | 人民币 | 9,000,000.00 | 9,298,499.89 | C0759000 026639C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行(本部) | 往来款 |
| 60006 | 活期结算户 | 2019-06-10 20:40:02 | 人民币 | -9,000,000.00 | 298,499.89 | G4707100 166438C | | 对公转账出 | 思享时代（北京）科技有限公司 110919881010201 | 招商银行北京分行双榆树支行(本部) | 款项 |
| 60006 | 活期结算户 | 2019-06-11 12:40:05 | 人民币 | 9,000,000.00 | 9,298,499.89 | G5111400 031382C | | 汇入汇款 | 思享时代（北京）科技有限公司 110919881010201 | 招商银行北京分行双榆树支行(本部) | 款项 |
| 60006 | 活期结算户 | 2019-06-11 13:22:37 | 人民币 | -290,000.00 | 9,008,499.89 | G5111400 034235C | | 对公转账出 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 往来款 |
| 60006 | 活期结算户 | 2019-06-11 14:06:02 | 人民币 | 10,000,000.00 | 19,008,499.89 | C0353200 019707C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-11 14:09:43 | 人民币 | -18,940,372.00 | 68,127.89 | G5111400 041541C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 款项 |
| 60006 | 活期结算户 | 2019-06-11 14:24:42 | 人民币 | -68,127.89 | 0.00 | G5111400 045595C | | 对公转账出 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-06-12 09:13:47 | 人民币 | 13,000.00 | 13,000.00 | G5214900 003199C | | 汇入汇款 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-06-12 09:15:55 | 人民币 | 20,000,000.00 | 20,013,000.00 | C0820900 014529C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-12 09:19:15 | 人民币 | -20,012,467.59 | 532.41 | G5214900 003498C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-12 16:43:19 | 人民币 | 20,500,000.00 | 20,500,532.41 | C0401200 027320C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-12 16:44:23 | 人民币 | -20,441,306.18 | 59,226.23 | G5214900 087220C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-13 09:05:03 | 人民币 | 21,500,000.00 | 21,559,226.23 | C0882400 019105C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-13 09:09:14 | 人民币 | -21,441,929.56 | 117,296.67 | G3686500 073662C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 款项 |
| 60006 | 活期结算户 | 2019-06-13 16:35:13 | 人民币 | 22,000,000.00 | 22,117,296.67 | G3686500 149480C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-13 16:38:01 | 人民币 | -22,013,714.35 | 103,582.32 | G3686500 150347C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 流水号 | 冲补账 | 交易类型 | 对手信息 | 对手开户行 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60006 | 活期结算户 | 2019-06-14 09:48:45 | 人民币 | 22,000,000.00 | 22,103,582.32 | C0302300 019997C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-14 09:50:53 | 人民币 | -22,013,714.35 | 89,867.97 | G3571000 008942C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-14 16:53:55 | 人民币 | 23,000,000.00 | 23,089,867.97 | C0560500 015872C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-14 16:54:23 | 人民币 | -22,942,864.63 | 147,003.34 | G3571000 123857C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 款项 |
| 60006 | 活期结算户 | 2019-06-14 19:50:14 | 人民币 | 23,500,000.00 | 23,647,003.34 | C0262200 009002C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-14 20:38:25 | 人民币 | -9,000,000.00 | 14,647,003.34 | G3571000 165442C | | 对公转账出 | 思享时代（北京）科技有限公司 110919881010201 | 招商银行北京分行双榆树支行（本部） | 转款 |
| 60006 | 活期结算户 | 2019-06-17 10:47:52 | 人民币 | -14,509,493.65 | 137,509.69 | G4917200 032173C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 款项 |
| 60006 | 活期结算户 | 2019-06-17 11:55:36 | 人民币 | 10,000,000.00 | 10,137,509.69 | G0610600 084176C | | 汇入汇款 | 思享时代（北京）科技有限公司 100000010120100676838 | 浙商银行股份有限公司北京分行营业部 | 借款 |
| 60006 | 活期结算户 | 2019-06-17 11:59:31 | 人民币 | -1,000,000.00 | 9,137,509.69 | G4917200 044591C | | 对公转账出 | 杭州雅韵投资管理有限公司 32300188000042290 | 城市商业银行江苏银行股份有限公司北京中关村支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-17 11:59:32 | 人民币 | -9,000,000.00 | 137,509.69 | G4917200 044605C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-17 17:01:16 | 人民币 | 24,000,000.00 | 24,137,509.69 | C0121600 032648C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-17 17:02:30 | 人民币 | -24,011,220.65 | 126,289.04 | G4917200 112108C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-18 09:35:27 | 人民币 | 24,500,000.00 | 24,626,289.04 | C0011100 024555C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-18 09:57:56 | 人民币 | -24,441,272.36 | 185,016.68 | G1671800 101106C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 款项 |
| 60006 | 活期结算户 | 2019-06-18 16:51:53 | 人民币 | 35,700,000.00 | 35,885,016.68 | C0807500 011210C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-18 16:53:29 | 人民币 | -10,350,773.00 | 25,534,243.68 | G1671800 184069C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 款项 |
| 60006 | 活期结算户 | 2019-06-19 09:52:16 | 人民币 | -6,301,200.00 | 19,233,043.68 | G8512400 094806C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 款项 |
| 60006 | 活期结算户 | 2019-06-19 10:09:23 | 人民币 | -19,048,032.00 | 185,011.68 | G8512400 097438C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 款项 |
| 60006 | 活期结算户 | 2019-06-19 20:31:54 | 人民币 | 9,000,000.00 | 9,185,011.68 | G3302900 193321C | | 汇入汇款 | 倍适(北京)科技有限公司 11050194360000000548 | 中国建设银行股份有限公司北京保利支行 | 附言：采购款 备注：采购款 |
| 60006 | 活期结算户 | 2019-06-19 20:42:02 | 人民币 | -1,500,000.00 | 7,685,011.68 | G8512400 205521C | | 对公转账出 | 芦苇苇 6214860138207788 | 招商银行北京分行朝外大街支行（本部） | 转账 |
| 60006 | 活期结算户 | 2019-06-19 20:42:23 | 人民币 | -7,500,000.00 | 185,011.68 | G8512400 205541C | | 对公转账出 | 张怀亮 6214830163281586 | 招商银行北京石景山支行 | 转款 |

打印经办：刘琳
打印网点：北京分行朝外大街支行
打印时间：2022/3/22 下午 3:38:03

页码：第4页 总共7页

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 流水号 | 冲补账 | 交易类型 | 对手信息 | 对手开户行 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60006 | 活期结算户 | 2019-06-19 22:35:37 | 人民币 | 45,000,000.00 | 45,185,011.68 | C0154200 030588C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-19 22:36:19 | 人民币 | -6,030,578.57 | 39,154,433.11 | G8512400 207717C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转账 |
| 60006 | 活期结算户 | 2019-06-19 23:14:21 | 人民币 | -38,969,421.43 | 185,011.68 | G8512400 208369C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-20 20:57:17 | 人民币 | 10,000,000.00 | 10,185,011.68 | C0540800 014401C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-20 21:06:04 | 人民币 | 8,000,000.00 | 18,185,011.68 | C0484400 019268C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-20 21:28:38 | 人民币 | -18,000,000.00 | 185,011.68 | G7511600 171346C | | 对公转账出 | 浙江鑫保科技有限公司 5500166274000015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-21 02:30:41 | | 702.25 | 185,713.93 | G1697600 015795C | | 账户结息 | | | 活期结算户结息702.25 扣税:.00 |
| 60006 | 活期结算户 | 2019-06-21 10:05:11 | 人民币 | 18,000,000.00 | 18,185,713.93 | C0454800 017722C | | 支付平台退 | 浙江鑫保科技有限公司 5500166274000015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 支付平台退票 |
| 60006 | 活期结算户 | 2019-06-21 10:11:36 | 人民币 | -18,000,000.00 | 185,713.93 | G6299900 015917C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-21 15:54:29 | 人民币 | 40,000,000.00 | 40,185,713.93 | C0051300 031233C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-21 15:57:11 | 人民币 | -40,000,000.00 | 185,713.93 | G6299900 085585C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-21 17:21:56 | 人民币 | 20,500,000.00 | 20,685,713.93 | C0244200 026731C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-21 18:33:22 | 人民币 | -7,500,000.00 | 13,185,713.93 | G6299900 137765C | | 对公转账出 | 张怀亮 6214830163281586 | 招商银行北京石景山支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-24 10:24:06 | | -13,000,000.00 | 185,713.93 | G8152600 011710C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-24 10:55:48 | 人民币 | 7,500,000.00 | 7,685,713.93 | C0110400 025373C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-24 11:55:58 | 人民币 | -7,500,000.00 | 185,713.93 | G8152600 026662C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-24 16:02:09 | 人民币 | 77,000,000.00 | 77,185,713.93 | C0368000 034991C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-24 16:04:12 | 人民币 | -77,000,000.00 | 185,713.93 | G8152600 069012C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-24 17:30:30 | 人民币 | 16,000,000.00 | 16,185,713.93 | C0341000 034016C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-24 17:31:40 | 人民币 | -15,000,000.00 | 1,185,713.93 | G8152600 101804C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-24 18:10:43 | 人民币 | -1,000,000.00 | 185,713.93 | G8152600 111186C | | 对公转账出 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-06-25 | 人民币 | 69,000,000.00 | 69,185,713.93 | C0326800 | | 汇入汇款 | 网秦无限（北京）科技有限公司 | 招商银行北京分行工体支 | 往来款 |

打印经办：刘琳  
打印网点：北京分行朝外大街支行  
打印时间：2022/3/22 下午 3:38:03

页码：第5页 总共7页

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 流水号 | 冲补账 | 交易类型 | 对手信息 | 对手开户行 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60006 | 活期结算户 | 2019-06-25 16:01:18 | 人民币 | -8,283,700.00 | 60,902,013.93 | G7678200020322C 456814C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 110902652710203 | 转款 |
| 60006 | 活期结算户 | 2019-06-25 16:01:40 | 人民币 | -47,003,769.00 | 13,898,244.93 | G7678200 456922C | | 对公转账出 | 浙江鑫保科技有限公司 550016627400015 | 城市商业银行台州银行股份有限公司温岭大溪支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-25 16:04:22 | 人民币 | -3,000,000.00 | 10,898,244.93 | G7678200 458060C | | 对公转账出 | 倍适（北京）科技有限公司 110905363110888 | 招商银行北京分行万达广场支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-06-25 16:05:10 | 人民币 | -9,000,000.00 | 1,898,244.93 | G7678200 459046C | | 对公转账出 | 倍适（北京）科技有限公司 11050194360000000548 | 中国建设银行股份有限公司北京保利支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-26 10:26:27 | 人民币 | -500,000.00 | 1,398,244.93 | G4835700 146616C | | 对公转账出 | 北京思享时光科技有限公司 110910325210102 | 招商银行北京分行双榆树支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-06-26 12:03:54 | 人民币 | 70,174.47 | 1,468,419.40 | G4835700 168060C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 转款 |
| 60006 | 活期结算户 | 2019-06-26 19:25:19 | 人民币 | 13,827,437.90 | 15,295,857.30 | C0105300 018012C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-06-26 19:32:21 | 人民币 | -15,295,857.30 | 0.00 | G4835700 261889C | | 对公转账出 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-06-28 18:36:06 | 人民币 | 5,500,000.00 | 5,500,000.00 | G4220000 163316C | | 汇入汇款 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-07-03 16:48:25 | 人民币 | -6,900.00 | 5,493,100.00 | G2922900 078991C | | 对公转账出 | 北京网秦天下科技有限公司 867380188410001 | 招商银行北京分行朝外大街支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-07-03 16:48:25 | 人民币 | -3,000.00 | 5,490,100.00 | G2922900 078993C | | 对公转账出 | 网秦科技（贵州）有限公司 851900630010501 | 招商银行贵阳分行小河支行 | 转款 |
| 60006 | 活期结算户 | 2019-07-04 05:48:10 | 人民币 | -5,187.82 | 5,484,912.18 | G2804500 086878C | | 网银费用 | | | 网银汇款手续费 |
| 60006 | 活期结算户 | 2019-07-04 15:37:48 | 人民币 | -200,000.00 | 5,284,912.18 | G1343600 064873C | | 对公转账出 | 北京网秦天下科技有限公司 867380188410001 | 招商银行北京分行朝外大街支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-07-04 15:50:35 | 人民币 | 500,000.00 | 5,784,912.18 | C0789700 021123C | | 汇入汇款 | 北京思享时光科技有限公司 110910325210102 | 招商银行北京分行双榆树支行(本部) | 退款 |
| 60006 | 活期结算户 | 2019-07-04 19:13:39 | 人民币 | -500,000.00 | 5,284,912.18 | G1343600 115605C | | 对公转账出 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 转款 |
| 60006 | 活期结算户 | 2019-07-05 17:27:10 | 人民币 | -8,500.00 | 5,276,412.18 | G8942000 120577C | | 对公转账出 | 至上会计服务集团有限公司 571907636610401 | 招商银行杭州分行城西支行 | 服务费 |
| 60006 | 活期结算户 | 2019-07-09 10:48:13 | 人民币 | -5,276,412.18 | 0.00 | G0783700 016631C | | 对公转账出 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-07-10 14:27:33 | 人民币 | 9,781.55 | 9,781.55 | 01025500 049343C | | 对公结汇 | 北京网秦移动科技有限公司 1109132072 | 招商银行北京分行朝外大街支行 | |
| 60006 | 活期结算户 | 2019-07-10 16:12:56 | 人民币 | -3,000.00 | 6,781.55 | G0015300 122343C | | 对公转账出 | 凌动智行(北京)科技有限公司 696457269 | 中国民生银行股份有限公司北京正义路支行 | 转款 |
| 60006 | 活期结算户 | 2019-07-10 16:52:14 | 人民币 | 7,000,000.00 | 7,006,781.55 | C0070100 022607C | | 汇入汇款 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 往来款 |
| 60006 | 活期结算户 | 2019-07-16 16:56:34 | 人民币 | -1,600,000.00 | 5,406,781.55 | G7319800 089019C | | 对公转账出 | 杭州雅韵投资管理有限公司 32300188000042290 | 城市商业银行江苏银行股份有限公司北京中关村支 | 转款 |

打印经办：刘琳  
打印网点：北京分行朝外大街支行  
打印时间：2022/3/22 下午 3:38:03

页码：第6页 总共7页

| 账户序号 | 账户类型 | 交易日期 | 币种 | 交易金额 | 联机余额 | 流水号 | 冲补账 | 交易类型 | 对手信息 | 对手开户行 | 摘要 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60006 | 活期结算户 | 2019-07-26 16:23:10 | 人民币 | 3,600,000.00 | 9,006,781.55 | G9005100096957C | | 汇入汇款 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-07-26 16:32:31 | 人民币 | -9,000,000.00 | 6,781.55 | G9005100100160C | | 对公转账出 | 杭州雅韵投资管理有限公司 32300188000042290 | 城市商业银行江苏银行股份有限公司北京中关村支行 | 转股协议款项 |
| 60006 | 活期结算户 | 2019-08-04 03:48:46 | 人民币 | -211.53 | 6,570.02 | G9442400120516C | | 网银费用 | | | 网银汇款手续费 |
| 60006 | 活期结算户 | 2019-08-12 16:09:52 | 人民币 | 9,927.52 | 16,497.54 | 01198200171837C | | 对公结汇 | 北京网秦移动科技有限公司 1109132072 | 招商银行北京分行朝外大街支行 | |
| 60006 | 活期结算户 | 2019-08-13 12:34:58 | 人民币 | -16,000.00 | 497.54 | G7097500032520C | | 对公转账出 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-08-15 11:20:17 | 人民币 | 16,000.00 | 16,497.54 | G5405900231008C | | 汇入汇款 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-08-20 16:55:24 | 人民币 | -10,290.00 | 6,207.54 | G9781300090191C | | 对公转账出 | 北京网秦天下科技有限公司 867380188410001 | 招商银行北京分行朝外大街支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-08-27 16:34:28 | 人民币 | -1,000.00 | 5,207.54 | G8974100091535C | | 对公转账出 | 北京网秦天下科技有限公司 867380188410001 | 招商银行北京分行朝外大街支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-08-27 16:35:01 | 人民币 | -578.86 | 4,628.68 | G8974100091677C | | 对公转账出 | 常青泰达(北京)科技有限公司 11001125700052514011 | 中国建设银行股份有限公司北京中关村软件园支行 | 租赁费 |
| 60006 | 活期结算户 | 2019-09-02 13:36:32 | 人民币 | -200.00 | 4,428.68 | G3605300040285C | | 对公转账出 | 北京网秦天下科技有限公司 867380188410001 | 招商银行北京分行朝外大街支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-09-02 13:36:42 | 人民币 | -200.00 | 4,228.68 | G3605300040291C | | 对公转账出 | 网秦无限（北京）科技有限公司 110902652710203 | 招商银行北京分行工体支行 | 转款 |
| 60006 | 活期结算户 | 2019-09-04 04:30:51 | 人民币 | -0.93 | 4,227.75 | G2136900648808C | | 网银费用 | | | 网银支付手续费 |
| 60006 | 活期结算户 | 2019-09-06 10:17:55 | 人民币 | -576.22 | 3,651.53 | G9014500020640C | | 对公转账出 | 常青泰达(北京)科技有限公司 11001125700052514011 | 中国建设银行股份有限公司北京中关村软件园支行 | 8月打印机租赁费 |
| 60006 | 活期结算户 | 2019-09-06 10:17:55 | 人民币 | -800.00 | 2,851.53 | G9014500020648C | | 对公转账出 | 北京网秦天下科技有限公司 867380188410001 | 招商银行北京分行朝外大街支行(本部) | 转款 |
| 60006 | 活期结算户 | 2019-09-10 17:07:08 | 人民币 | -2,412.00 | 439.53 | G4302200186174C | | 对公转账出 | 北京汉风源味商贸有限公司 329858129574 | 中国银行股份有限公司北京芳星园支行 | 福利费 |
| 60006 | 活期结算户 | 2019-09-21 02:26:56 | 人民币 | 1,645.40 | 2,084.93 | G4298500137967C | | 账户结息 | | | 活期结算户结息 1645.40 扣税:.00 |
| 60006 | 活期结算户 | 2019-09-25 14:20:04 | 人民币 | -1.86 | 2,083.07 | G7252700000421C | | 网银费用 | | | 网银支付手续费 |
| 60006 | 活期结算户 | 2019-09-25 14:21:39 | 人民币 | 0.07 | 2,083.14 | 01169600038467C | | 账户结息 | | | 活期结算户结息.07 扣税:.00 |
| 60006 | 活期结算户 | 2019-09-25 15:55:44 | 人民币 | -2,083.14 | 0.00 | G5246700082166C | | 对公转账出 | 北京网秦移动科技有限公司 110913207210901 | 招商银行北京分行西三环支行(本部) | 转款 |