# Exhibit 14

## **CERTIFICATE OF TRANSLATION**

I, Bingjie Liu, an attorney licensed in the State of New York (United States) and a court-certified interpreter of the State Court of the State of New York, am competent to translate from Chinese into English, and certify that the translation of documents attached to this certificate is true and accurate to the best of my abilities.

*Bingj Liu*

Bingjie Liu

Date:  6/22/2023

Basic Inforamtion

| Company Name | Zhejiang Xinbao Technology Co., lTD | | | |
|---|---|---|---|---|
| Previous Name | - | | Size of Company | S (Small) |
| Unified Social Credit Code | 91331001MA2AP5069G | | Taxpayer ID: | 91331001MA2AP5069G |
| Registration No. | | | Export/Import Company Code | |
| Legal Representative | Yuncai Xiang | | Entity Code | MA2AP506-9 |
| Registration Capital | 30,000,000RMB | | Actual Capital; | - |
| Type of Company | Limited Liability Company (Natural Individual investment or holding) | | Registration Status | Dissolved |
| Founded Date | 09/03/2018 | | Approval Date | 08/26/2021 |
| Period of Business | 09/13/2018 – unlimited | | Registration Authority | Taizhou City, Jiaojiang District Business Supervision Administration |
| Employees | - | | Insured Employee | - |
| Industry | Technology Development and service provider | | English Name | Zhejiang Xinbao Technology Co., Ltd. |
| Registration Address | Zhejiang Province, Taizhou City, Development Zone, Xin Taizhou Building 23-D-5 (self-reported) | | | |
| Scope of Business | Developing new technology and materials, electronic machine development, light, clothes, mine products, construction business, advertisement services, information technology, meeting and exhibition, and others. | | | |

Shareholder Information

Yuncai Xiang - 70%

Li Ou - 30%

| 邮箱： | - |
| --- | --- |
| 网址： | - |
| 地址： | 浙江省台州市开发区新台州大厦 23-D-5（自主申报） |

## 二、基本信息

### 2.1 基本信息

| 企业名称 | 浙江鑫保科技有限公司 | | |
| --- | --- | --- | --- |
| 曾用名 | - | 企业规模 | S（小型） |
| 统一社会信用代码 | 91331001MA2AP5069G | 纳税人识别号 | 91331001MA2AP5069G |
| 注册号 | - | 进出口企业代码 | - |
| 法定代表人 | 项云才 | 组织机构代码 | MA2AP506-9 |
| 注册资本 | 3000万元人民币 | 实缴资本 | - |
| 企业类型 | 有限责任公司（自然人投资或控股） | 登记状态 | 注销 |
| 成立日期 | 2018-09-03 | 核准日期 | 2021-08-26 |
| 营业期限 | 2018-09-03 至 无固定期限 | 登记机关 | 台州市椒江区市场监督管理局 |
| 人员规模 | - | 参保人数 | - |
| 国标行业 | 科学研究和技术服务业 | 英文名 | Zhejiang Xinbao Technology Co., Ltd. |
| 注册地址 | 浙江省台州市开发区新台州大厦 23-D-5（自主申报） | | |
| 经营范围 | 新材料技术推广服务，电机研发，照明器具研发，纺织、服装及家庭用品、矿产品、建材及化工产品（不含危险化学品及易制毒化学品）机械设备、五金产品及电子产品销售，广告服务，软件和信息技术服务，会议及展览服务，电气安装，货物及技术进出口。（依法须经批准的项目，经相关部门批准后方可开展经营活动）建筑工程施工 | | |

### 2.2 股东信息（2）

**共 2 位股东，最大的股东是 项云才，股东类型为 自然人股东，出资比例为 70.00%。**



| 序号 | 股东名称 | 持股比例 | 认缴出资额(万元) | 认缴出资日期 |
| --- | --- | --- | --- | --- |