# Exhibit 15



# 单位账户对账单




客户名称:凌动智行（北京）科技有限公司　　　　客户账号:696457269　　　　　　　　　　　　　币种:人民币

开户机构:中国民生银行股份有限公司北京正义路支行　　起止日期:2019/01/01 - 2019/03/31

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2019/01/14 08:10:46 | 转款 | | | 0.00 | 60,000.00 | 88,957.77 | 56500201901140003819945 | 北京网秦天下科技有限公司/867380188410001 | 招商银行股份有限公司北京朝外大街支行 |
| 2019/01/14 09:06:02 | 终端预装 | 网银凭证 | 00000374 | 78,025.29 | 0.00 | 10,932.48 | 31352201901146484505375 | 华为终端（东莞）有限公司/4000056029100034230 | 中国工商银行股份有限公司深圳华为支行 |
| 2019/01/14 09:13:06 | 账号、户名不符 | | | 0.00 | 78,025.29 | 88,957.77 | 81201201901140102718017 | 华为终端（东莞）有限公司/4000056029100034230 | 中国工商银行股份有限公司深圳华为支行 |
| 2019/01/14 10:00:04 | 转款 | | | 0.00 | 100,000.00 | 188,957.77 | 56500201901140003958188 | 凌动未来（北京）科技有限公司/8110701013701143170 | 中信银行北京酒仙桥支行 |
| 2019/01/15 06:06:32 | 批量代收 | | | 133,287.75 | 0.00 | 55,670.02 | 56001201901150010006331 | 北京市社会保险基金管理中心代缴专户/0152014830000010 | 中国民生银行股份有限公司北京国奥支行 |
| 2019/01/15 11:58:10 | 单笔扣税 | | | 12,442.80 | 0.00 | 43,227.22 | 55400201901150000064595 | 国家金库北京市通州区支库/2560 | |
| 2019/01/17 15:39:13 | 即期结汇 | | | 0.00 | 182,510.02 | 225,737.24 | 62205201901170000008208 | | |
| 2019/01/22 09:49:24 | 信息服务费 | 网银凭证 | 00000375 | 78,025.29 | 0.00 | 147,711.95 | 31356201901226554978834 | 华为终端有限公司/4000056029100034230 | 中国工商银行股份有限公司深圳华为支行 |
| 2019/01/22 10:10:04 | 转款 | 网银凭证 | 00000376 | 2,000.00 | 0.00 | 145,711.95 | 31352201901226555316958 | 网秦科技（贵州）有限公司/851900630010501 | 招商银行股份有限公司贵阳小河支行 |
| 2019/01/24 10:12:08 | 转款 | 网银凭证 | 00000377 | 60,000.00 | 0.00 | 85,711.95 | 31352201901240575531034 | 网秦无限（北京）科技有限公司/867380205310001 | 招商银行股份有限公司北京朝外大街支行 |
| 2019/01/25 19:08:13 | null | | | 44,746.00 | | 40,965.95 | 56500201901250006030752 | | |
| 2019/02/14 15:49:47 | 单笔扣税 | | | 377.90 | 0.00 | 40,588.05 | 55400201902140000040543 | 国家金库北京市通州区支库/2560 | |
| 2019/02/20 11:02:03 | 单笔扣税 | | | 1,963.37 | 0.00 | 38,624.68 | 55400201902200000035543 | 国家金库北京市通州区支库/2560 | |
| 2019/02/20 14:48:42 | 即期结汇 | | | 0.00 | 166,159.95 | 204,784.63 | 62201201902200000007143 | | |
| 2019/02/21 06:06:18 | 批量代收 | | | 76,356.69 | 0.00 | 128,427.94 | 56001201902210010006061 | 北京市社会保险基金管理中心代缴专户/0152014830000010 | 中国民生银行股份有限公司北京国奥支行 |
| 2019/02/21 10:25:34 | 同城票交（提入贷方） | | | 0.00 | 8,870.00 | 137,297.94 | 81202201902210100200205 | 北京市通州区社会保险事业管理中心/01091044900120111001576 | |
| 2019/02/25 19:08:12 | null | | | 36,972.00 | 0.00 | 100,325.94 | 56500201902250005284198 | | |
| 2019/03/05 06:47:36 | 批量代收 | | | 63,107.22 | 0.00 | 37,218.72 | 56001201903050010007481 | 北京市社会保险基金管理中心代缴专户/0152014830000010 | 中国民生银行股份有限公司北京国奥支行 |
| 2019/03/13 20:52:45 | 其他合法款项报销款 | 网银凭证 | 00000379 | 280.00 | 0.00 | 36,938.72 | 31354201903130948381034 | 李楠/6214830117201391 | 招商银行股份有限公司北京亚运村支行 |
| 2019/03/14 13:53:56 | 单笔扣税 | | | 2,166.24 | | 34,772.48 | 55400201903140000031984 | 国家金库北京市通州区支库/2560 | |
| 2019/03/19 12:29:57 | 代办费 | 网银凭证 | 00000380 | 5,676.00 | 0.00 | 29,096.48 | 31355201903196989037802 | 卓盈永利企业管理（北京）有限公司/110906529510501 | 招商银行股份有限公司北京光华路支行 |
| 2019/03/21 01:25:41 | 结息 | | | 0.00 | 59.09 | 29,155.57 | 00000000000000000000 | | |

打印渠道:柜面　　打印柜员:0000187057　　打印时间:2022/03/28 14:03:20　　第1页 / 共2页

 

单位账户对账单

客户名称:凌动智行（北京）科技有限公司  客户账号:696457269  币种:人民币
开户机构:中国民生银行股份有限公司北京正义路支行  起止日期:2019/01/01 - 2019/03/31

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2019/03/28 19:12:52 | null | | | 2,248.00 | 0.00 | 26,907.57 | 56500201903280000204066 | | |

借方发生总额:597,674.55  贷方发生总额:595,624.35  合计笔数:23

打印渠道:柜面  打印柜员:0000187057  打印时间:2022/03/28 14:03:20  第2页 / 共2页





# 单位账户对账单

客户名称:凌动智行（北京）科技有限公司　　　　客户账号:696457269　　　　币种:人民币

开户机构:中国民生银行股份有限公司北京正义路支行　　　　起止日期:2019/04/01 - 2019/06/30

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2019/04/04 14:09:44 | 即期结汇 | | | 0.00 | 153,188.32 | 180,095.89 | 622062019040 40000006345 | FORTUMO OU | |
| 2019/04/04 17:01:50 | 款 | 电汇 | 11458351 | 180,000.00 | 0.00 | 95.89 | 812042019040 40102844389 | 北京网秦移动科技有限公司/110913207210901 | |
| 2019/04/04 17:01:52 | 对公大小额汇划手续费 | | | 15.00 | 0.00 | 80.89 | 812042019040 40102844389 | | |
| 2019/04/09 12:37:12 | 转款 | | | 0.00 | 8,917.05 | 8,997.94 | 565002019040 90008041514 | 凌动智行(北京)科技有限公司/15000091025396 | 平安银行股份有限公司北京东三环支行 |
| 2019/04/09 15:31:44 | 销户转账转行号 305100001024 用途销户转 | | | 0.00 | 4,821.53 | 13,819.47 | 565002019040 90008288443 | 凌动智行(北京)科技有限公司/32300188000040323 | 江苏银行股份有限公司北京中关村支行 |
| 2019/04/10 06:10:05 | 批量代收 | | | 3,824.33 | 0.00 | 9,995.14 | 560012019041 00010006411 | 北京市社会保险基金管理中心代缴专户/0152014830000010 | 中国民生银行股份有限公司北京国奥支行 |
| 2019/04/19 10:22:00 | 转款 | 网银凭证 | 00000384 | 7,500.00 | 0.00 | 2,495.14 | 313522019041 90096691374 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司 |
| 2019/04/22 13:49:00 | 即期结汇 | | | 0.00 | 53,227.17 | 55,722.31 | 622102019042 20000004137 | FORTUMO OU | SWEDBANK AS LIIVALAIA 8 TALLINN 15040 ES |
| 2019/04/22 14:10:23 | 转款 | 网银凭证 | 00000386 | 25,000.00 | 0.00 | 30,722.31 | 313552019042 26117121879 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司 |
| 2019/04/22 14:18:03 | 转款 | 网银凭证 | 00000387 | 28,000.00 | 0.00 | 2,722.31 | 313562019042 26117242072 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司 |
| 2019/05/14 09:19:10 | 司法扣划 | | | 2,050.00 | 0.00 | 672.31 | 301482019051 40100017022 | 北京市东城区人民法院全国执行网络查控系统账户/0200059338088007004 | 中国工商银行股份有限公司北京正阳门支行 |
| 2019/05/16 15:20:29 | 转款 | | | 0.00 | 7,696.00 | 8,368.31 | 565002019051 60006714796 | 北京网秦移动科技有限公司/110913207210503 | 招商银行股份有限公司北京朝外大街支行 |
| 2019/05/16 15:26:37 | 代发工资 | 网银凭证 | 00000388 | 7,696.00 | 0.00 | 672.31 | 313572019051 66316496125 | 凌动智行(北京)科技有限公司/0 | 招商银行股份有限公司北京朝外大街支行 |
| 2019/05/17 12:16:54 | 即期结汇 | | | 0.00 | 190,277.17 | 190,949.48 | 622012019051 70000004634 | CENTILI LIMITED | PNB BANKA, AS ELIZABETES STREET 15-2 RIG |
| 2019/05/17 16:14:12 | 转款 | 网银凭证 | 00000391 | 180,000.00 | 0.00 | 10,949.48 | 313522019051 70327837132 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司北京西三环支行 |
| 2019/05/17 16:14:13 | 审计费 | 网银凭证 | 00000390 | 10,000.00 | 0.00 | 949.48 | 313512019051 76327837489 | 北京税智通税务师事务所有限责任公司/862083259910001 | 招商银行股份有限公司北京西三环支行 |
| 2019/05/28 14:00:21 | 往来款 | | | 0.00 | 1,300.00 | 2,249.48 | 565002019052 80005355146 | 北京网秦移动科技有限公司/110913207210503 | 招商银行股份有限公司北京朝外大街支行 |
| 2019/06/06 16:48:52 | 即期结汇 | | | 0.00 | 13,783.54 | 16,033.02 | 622052019060 60000011153 | FORTUMO OU | SWEDBANK AS LIIVALAIA 8 TALLINN 15040 ES |
| 2019/06/18 14:12:48 | 即期结汇 | | | 0.00 | 9,961.25 | 25,994.27 | 622062019061 80000006332 | FORTUMO OU | SWEDBANK AS LIIVALAIA 8 TALLINN 15040 ES |
| 2019/06/21 01:18:13 | 结息 | | | 0.00 | 7.23 | 26,001.50 | 000000000000 00000000000 | | |

借方发生总额:444,085.33　　　　贷方发生总额:443,179.26　　　　合计笔数:20

打印渠道:柜面　　　　打印柜员:0000187057　　　　打印时间:2022/03/28 14:04:51　　　　第1页 / 共1页





# 中国民生银行

## 单位账户对账单

客户名称:凌动智行（北京）科技有限公司  
开户机构:中国民生银行股份有限公司北京正义路支行  
客户账号:696457269  
起止日期:2019/07/01 – 2019/09/30  
币种:人民币

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2019/07/02 11:10:25 | 转款 | | | 0.00 | 12,000.00 | 38,001.50 | 56500201907020002898327 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司北京西三环支行 |
| 2019/07/03 11:23:22 | 单笔扣税 | | | 879.00 | 0.00 | 37,122.50 | 55400201907030000019173 | 国家金库北京市通州区支库/2560 | |
| 2019/07/08 10:51:23 | 代发工资 | 网银凭证 | 00000392 | 34,256.09 | 0.00 | 2,866.41 | 31353201907080771044624 | 凌动智行(北京)科技有限公司/0 | 招商银行股份有限公司北京朝外大街支行 |
| 2019/07/10 16:02:13 | 转款 | | | 0.00 | 13,200.00 | 16,066.41 | 56500201907100009642637 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司北京西三环支行 |
| 2019/07/10 16:12:18 | 转款 | | | 0.00 | 3,000.00 | 19,066.41 | 56500201907100009669320 | 北京网秦移动科技有限公司/110913207210503 | 招商银行股份有限公司北京朝外大街支行 |
| 2019/07/10 16:26:53 | 代发工资 | 网银凭证 | 00000393 | 15,779.13 | 0.00 | 3,287.28 | 31356201907106798352663 | 凌动智行（北京）科技有限公司/0 | 招商银行股份有限公司北京朝外大街支行 |
| 2019/07/12 11:30:24 | 转款 | | | 0.00 | 21,651.85 | 24,939.13 | 56500201907120001231692 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司北京西三环支行 |
| 2019/07/12 11:33:08 | 个人工资、奖金收入工资 | 网银凭证 | 00000394 | 21,651.85 | 0.00 | 3,287.28 | 31356201907126816345105 | 赵雪飞/6225880165944407 | 招商银行股份有限公司北京东直门支行 |
| 2019/07/17 13:39:49 | 转款 | | | 0.00 | 9,000.00 | 12,287.28 | 56500201907170005088443 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司北京西三环支行 |
| 2019/07/24 18:03:08 | 个人工资、奖金收入 | 网银凭证 | 00000396 | 8,225.40 | 0.00 | 4,061.88 | 31356201907240929780718 | 高艳婷/6216690100005658801 | 中国银行总行 |
| 2019/07/26 15:07:41 | 即期结汇 | | | 0.00 | 17,639.45 | 21,701.33 | 62205201907260000009039 | FORTUMO OU | SWEDBANK AS LIIVALAIA 8 TALLINN 15040 ES |
| 2019/07/26 16:54:46 | 转款 | 网银凭证 | 00000397 | 19,650.00 | 0.00 | 2,051.33 | 31358201907266951876856 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司 |
| 2019/08/23 16:37:06 | 即期结汇 | | | 0.00 | 12,803.64 | 14,854.97 | 62210201908230000011132 | FORTUMO OU | SWEDBANK AS LIIVALAIA 8 TALLINN 15040 ES |
| 2019/08/23 17:24:35 | 转款 | 网银凭证 | 00000398 | 12,800.00 | 0.00 | 2,054.97 | 31354201908236206952098 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司 |
| 2019/09/02 15:30:28 | 转款 | | | 0.00 | 110,500.00 | 112,554.97 | 56500201909020001070690 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司北京西三环支行 |
| 2019/09/02 16:21:01 | 代发工资 | 网银凭证 | 00000399 | 110,419.30 | 0.00 | 2,135.67 | 31356201909026292950179 | 凌动智行（北京）科技有限公司/0 | 招商银行股份有限公司北京朝外大街支行 |
| 2019/09/18 17:09:58 | 即期结汇 | | | 0.00 | 12,773.70 | 14,909.37 | 62210201909180000014215 | FORTUMO OU | SWEDBANK AS LIIVALAIA 8 TALLINN 15040 ES |
| 2019/09/20 16:47:05 | 其他合法款项报销 | 网银凭证 | 00000400 | 20.00 | 0.00 | 14,889.37 | 31351201909206464289653 | 张红洁/6214830134734432 | 招商银行股份有限公司 |
| 2019/09/21 01:19:39 | 结息 | | | 0.00 | 6.58 | 14,895.95 | 00000000000000000000 | | |
| 2019/09/23 10:52:46 | 转款 | 网银凭证 | 00000401 | 1.00 | 0.00 | 14,894.95 | 31356201909230480282791 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司 |
| 2019/09/23 11:31:03 | 退款 | | | 0.00 | 1.00 | 14,895.95 | 56500201909230007128363 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司北京西三环支行 |
| 2019/09/24 11:33:30 | 转款 | | | 0.00 | 800.00 | 15,695.95 | 56500201909240008216632 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司北京西三环支行 |

打印渠道:柜面    打印柜员:0000187057    打印时间:2022/03/28 14:05:09    第1页 / 共2页


中国民生银行
CHINA MINSHENG BANK

单位账户对账单

客户名称:凌动智行（北京）科技有限公司　　　　　客户账号:696457269　　　　　　　　　　　　　　　　　币种:人民币
开户机构:中国民生银行股份有限公司北京正义路支行　　起止日期:2019/07/01 - 2019/09/30

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2019/09/24 12:16:21 | 代发工资 | 网银凭证 | 00000404 | 13,591.00 | 0.00 | 2,104.95 | 31353201909246493675465 | 凌动智行(北京)科技有限公司/0 | 招商银行股份有限公司北京朝外大街支行 |

借方发生总额:237,272.77　　　贷方发生总额:213,376.22　　　合计笔数:23

打印渠道:柜面　　打印柜员:0000187057　　打印时间:2022/03/28 14:05:09　　第2页 / 共2页



# 单位账户对账单



客户名称:凌动智行（北京）科技有限公司　　　客户账号:696457269　　　币种:人民币
开户机构:中国民生银行股份有限公司北京正义路支行　　　起止日期:2019/10/01 - 2019/12/31

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2019/10/14 14:17:38 | 转款 | | | 0.00 | 5,700.00 | 7,804.95 | 565002019101 40002712334 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司北京西三环支行 |
| 2019/10/14 14:49:34 | 代发工资 | 网银凭证 | 00000405 | 5,637.80 | 0.00 | 2,167.15 | 313522019101 40666460934 | 凌动智行（北京）科技有限公司/0 | 招商银行股份有限公司北京朝外大街支行 |
| 2019/10/17 14:02:27 | 即期结汇 | | | 0.00 | 4,709.64 | 6,876.79 | 622102019101 70000007535 | FORTUMO OU | SWEDBANK AS LIIVALAIA 8 TALLINN 15040 ES |
| 2019/10/25 14:07:59 | 即期结汇 | | | 0.00 | 41,113.38 | 47,990.17 | 622012019102 50000008144 | CENTILI LTD/GB44BARC20473589341911 | BARCLAYS BANK PLC (ALL U.K. OFFICES) 1 C |
| 2019/10/25 17:56:00 | 转款 | 网银凭证 | 00000406 | 45,900.00 | 0.00 | 2,090.17 | 313522019102 56786880129 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司 |
| 2019/11/07 15:00:27 | 即期结汇 | | | 0.00 | 81,167.06 | 83,257.23 | 622012019110 70000009249 | CENTILI LTD | PNB BANKA, AS ELIZABETES STREET 15-2 RIG |
| 2019/11/08 17:01:16 | 转款 | 网银凭证 | 00000408 | 31,000.00 | 0.00 | 52,257.23 | 313562019110 86924551815 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司 |
| 2019/11/08 17:01:20 | 转款 | 网银凭证 | 00000407 | 50,000.00 | 0.00 | 2,257.23 | 313512019110 80924553166 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司 |
| 2019/11/13 14:54:28 | 转款 | | | 0.00 | 7,500.00 | 9,757.23 | 565002019111 30008467829 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司北京西三环支行 |
| 2019/11/13 14:54:59 | 工资奖金代发工资 | 网银凭证 | 00000409 | 7,109.88 | 0.00 | 2,647.35 | 313532019111 30967967880 | 凌动智行（北京）科技有限公司/0 | 招商银行股份有限公司北京朝外大街支行 |
| 2019/11/27 17:49:30 | 即期结汇 | | | 0.00 | 16,700.79 | 19,348.14 | 622052019112 70000016388 | FORTUMO OU | SWEDBANK AS LIIVALAIA 8 TALLINN 15040 ES |
| 2019/11/29 10:58:31 | 转款 | 网银凭证 | 00000410 | 17,000.00 | 0.00 | 2,348.14 | 313562019112 90128846423 | 北京网秦移动科技有限公司/110913207210901 | 招商银行股份有限公司 |
| 2019/12/21 01:27:43 | 结息 | | | 0.00 | 3.31 | 2,351.45 | 000000000000 00000000000 | | |

打印渠道:柜面　　打印柜员:0000187057　　打印时间:2022/03/28 14:05:23　　借方发生总额:156,647.68　　贷方发生总额:156,894.18　　合计笔数:13　　第1页 / 共1页

 

# 单位账户对账单

客户名称:凌动智行（北京）科技有限公司  
开户机构:中国民生银行股份有限公司北京正义路支行  

客户账号:696457269  
起止日期:2020/01/01 – 2020/03/31  

币种:人民币

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2020/03/21 01:25:18 | 结息 | | | 0.00 | 1.78 | 2,353.23 | 000000000000 00000000000 | | |

借方发生总额:0.00   贷方发生总额:1.78   合计笔数:1

打印渠道:柜面   打印柜员:0000187057   打印时间:2022/03/28 14:05:38   第1页 / 共1页



单位账户对账单



客户名称:凌动智行（北京）科技有限公司
开户机构:中国民生银行股份有限公司北京正义路支行

客户账号:696457269
起止日期:2020/04/01 - 2020/06/30

币种:人民币

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2020/04/26 09:56:46 | 同城票交（提入贷方） | | | 0.00 | 10,109.11 | 12,462.34 | 81211202004260100858728 | 国家税务总局北京市通州区税务局/11001009100053002987 | |
| 2020/06/21 01:32:25 | 结息 | | | 0.00 | 6.52 | 12,468.86 | 0000000000000000000000 | | |

借方发生总额:0.00  贷方发生总额:10,115.63  合计笔数:2

打印渠道:柜面   打印柜员:0000187057   打印时间:2022/03/28 14:05:51   第1页 / 共1页



单位账户对账单



客户名称:凌动智行（北京）科技有限公司　　　　客户账号:696457269　　　　　　　　　　　　　　　　　　　　　　　　　币种:人民币
开户机构:中国民生银行股份有限公司北京正义路支行　起止日期:2020/07/01 - 2020/09/30

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2020/09/21 01:23:31 | 结息 | | | 0.00 | 9.56 | 12,478.42 | 000000000000 00000000000 | | |

借方发生总额:0.00　　　　贷方发生总额:9.56　　　　合计笔数:1

打印渠道:柜面　　打印柜员:0000187057　　打印时间:2022/03/28 14:06:05　　　　　　　　　　　　　　　　　　第1页 / 共1页




# 单位账户对账单

客户名称:凌动智行（北京）科技有限公司  
开户机构:中国民生银行股份有限公司北京正义路支行  
客户账号:696457269  
起止日期:2020/10/01 - 2020/12/31  
币种:人民币  

(盖章：中国民生银行 北京正义路支行 业务专用章 E7924A385FDB)

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2020/12/21 01:23:01 | 结息 | | | 0.00 | 9.46 | 12,487.88 | 000000000000 00000000000 | | |

借方发生总额:0.00　　　贷方发生总额:9.46　　　合计笔数:1

打印渠道:柜面　　打印柜员:0000187057　　打印时间:2022/03/28 14:06:18　　第1页 / 共1页



# 单位账户对账单



客户名称:凌动智行（北京）科技有限公司　　　　　客户账号:696457269　　　　　　　　　　　　　　　币种:人民币
开户机构:中国民生银行股份有限公司北京正义路支行　起止日期:2021/01/01 - 2021/03/31

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2021/03/21 01:44:27 | 结息 | | | 0.00 | 9.37 | 12,497.25 | 000000000000 | 00000000000 | |

借方发生总额:0.00　　　贷方发生总额:9.37　　　合计笔数:1

打印渠道:柜面　　打印柜员:0000187057　　打印时间:2022/03/28 14:06:50　　　　　　　　　　　第1页 / 共1页



单位账户对账单

客户名称:凌动智行（北京）科技有限公司　　　　客户账号:696457269　　　　　　　　　　　　　　　币种:人民币
开户机构:中国民生银行股份有限公司北京正义路支行　起止日期:2021/04/01 - 2021/06/30



| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2021/06/21 01:19:34 | 结息 | | | 0.00 | 9.58 | 12,506.83 | 000000000000 00000000000 | | |

打印渠道:柜面　　打印柜员:0000187057　　借方发生总额:0.00　　贷方发生总额:9.58　　合计笔数:1　　第1页 / 共1页
打印时间:2022/03/28 14:07:03



单位账户对账单

客户名称:凌动智行（北京）科技有限公司　　　客户账号:696457269　　　币种:人民币
开户机构:中国民生银行股份有限公司北京正义路支行　　　起止日期:2021/07/01 - 2021/09/30

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2021/09/21 00:50:28 | 结息 | | | 0.00 | 9.59 | 12,516.42 | 000000000000 00000000000 | | |

借方发生总额:0.00　　　贷方发生总额:9.59　　　合计笔数:1

打印渠道:柜面　　　打印柜员:0000187057　　　打印时间:2022/03/28 14:07:17　　　第1页 / 共1页



单位账户对账单



客户名称:凌动智行（北京）科技有限公司　　　　　　　客户账号:696457269　　　　　　　　　　　　　　　　　　　　币种:人民币
开户机构:中国民生银行股份有限公司北京正义路支行　　起止日期:2021/10/01 - 2021/12/31

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2021/12/21 00:24:50 | 结息 | | | 0.00 | 9.49 | 12,525.91 | 000000000000 00000000000 | | |

借方发生总额:0.00　　　贷方发生总额:9.49　　　合计笔数:1

打印渠道:柜面　　打印柜员:0000187057　　打印时间:2022/03/28 14:07:33　　　　　　　　　　　　　第1页 / 共1页




## 单位账户对账单

客户名称：凌动智行（北京）科技有限公司  
开户机构：中国民生银行股份有限公司北京正义路支行

客户账号：696457269  
起止日期：2022/01/01 - 2022/03/28

币种：人民币

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2022/03/21 01:26:19 | 结息 | | | 0.00 | 9.39 | 12,535.30 | 000000000000 00000000000 | | |

借方发生总额：0.00    贷方发生总额：9.39    合计笔数：1

打印渠道：柜面    打印柜员：0000187057    打印时间：2022/03/28 14:07:53    第1页 / 共1页

  

**中国民生银行**

## 单位账户对账单

客户名称:凌动智行（北京）科技有限公司  
开户机构:中国民生银行股份有限公司北京正义路支行  
客户账号:696457269  
起止日期:2017/10/01 - 2017/12/31  
币种:人民币

| 交易时间 | 摘要 | 凭证类型 | 凭证号码 | 借方发生额 | 贷方发生额 | 账户余额 | 流水号 | 对方户名/账号 | 对方行名 |
|---|---|---|---|---|---|---|---|---|---|
| 2017/12/26 16:44:10 | 存入备用金 | 其他 | | 0.00 | 16,497.64 | 1,368,368.57 | 53701201712261177535457 | 刘颖丽/6217000010110420307 | 中国建设银行股份有限公司总行 |
| 2017/12/26 19:12:13 | FGAD17001A理财赎回 | | | 0.00 | 10,042,630.14 | 11,410,998.71 | 54002201712260000069132 | | |
| 2017/12/27 10:28:29 | 转开七天通知 | 其他 | 0000 | 10,000,000.00 | 0.00 | 1,410,998.71 | 30143201712270186157822 | 网秦（北京）科技有限公司 | |
| 2017/12/27 10:54:30 | 服务费 | 网银凭证 | 00000258 | 1,470.00 | 0.00 | 1,409,528.71 | 31355201712276905552490 | 北京外企人力资源服务有限公司/340256006415 | 中国银行股份有限公司北京崇文门支行 |
| 2017/12/27 10:56:26 | 广告费 | 网银凭证 | 00000261 | 50,000.00 | 0.00 | 1,359,528.71 | 31354201712276905578810 | 北京锐意创新广告有限公司/0200062909024869181 | 中国工商银行股份有限公司北京日坛路支行 |
| 2017/12/27 10:56:27 | 服务费 | 网银凭证 | 00000260 | 91,319.84 | 0.00 | 1,268,208.87 | 31352201712276905579016 | 北京季诺动力传媒科技有限公司/110915619510114 | 招商银行股份有限公司北京望京支行 |
| 2017/12/27 10:56:28 | 代发报销 | 网银凭证 | 00000257 | 10,211.17 | 0.00 | 1,257,997.70 | 31355201712276905579188 | 网秦（北京）科技有限公司/0 | 招商银行股份有限公司北京朝外大街支行 |
| 2017/12/28 10:33:18 | 即期结汇 | | | 0.00 | 505,437.99 | 1,763,435.69 | 62210201712280000002679 | | |
| 2017/12/28 10:44:11 | 即期结汇 | | | 0.00 | 6,933.75 | 1,770,369.44 | 62210201712280000002931 | | |
| 2017/12/29 11:52:20 | 服务费 | 网银凭证 | 00000262 | 2,832.00 | 0.00 | 1,767,537.44 | 31356201712296926290011 | 上海盖世网络技术有限公司/98870154740001192 | 上海浦东发展银行安亭支行 |

打印渠道:柜面   打印柜员:0000187057   打印时间:2022/03/28 14:01:16   借方发生总额:82,479,696.98   贷方发生总额:82,433,322.31   合计笔数:54   第3页 / 共3页