UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>Plaintiff,<br>-against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, JIA LIAN, XIAO YU,<br><br>Defendants,<br>-and-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br><br>Nominal Defendant. | 1:18-cv-11642-VM-VF<br><br>**NOTICE OF APPEARANCE** |

To:     The Clerk of Court and all parties of record

The undersigned, Jennifer Blecher of Seiden Law LLP, is admitted to practice in this Court and appears in the above-captioned action for Robert Seiden in his capacity as the Court-appointed Receiver of Link Motion.

Dated:     June 26, 2023
           New York, New York

                                        Respectfully submitted,

                                        SEIDEN LAW LLP

                                By:     /s/ Jennifer Blecher
                                        Jennifer Blecher
                                        Seiden Law LLP
                                        322 Eighth Avenue, Suite 1200
                                        New York, New York 10001
                                        jblecher@seidenlaw.com
                                        Tel: 646-766-1763