UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE BALIGA, derivatively on behalf of
LINK MOTION INC. (F/K/A NQ MOBILE INC.)

      Plaintiff,

-against-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYONG SHI, JIA LIAN, XIAO YU,

      Defendants,

-and-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),

      Nominal Defendant.

1:18-cv-11642-VM-VF

**NOTICE OF APPEARANCE**

---

To: The Clerk of Court and all parties of record

The undersigned, Xintong Zhang of Seiden Law LLP, is admitted to practice in this Court and appears in the above-captioned action for Robert Seiden in his capacity as the Court-appointed Receiver of Link Motion.

Dated: June 26, 2023
    New York, New York

          Respectfully submitted,

          SEIDEN LAW LLP

    By: /s/*Xintong Zhang*
      Xintong Zhang
      Seiden Law LLP
      322 Eighth Avenue, Suite 1200
      New York, New York 10001
      xzhang@seidenlaw.com
      Tel: 646-603-1262