## <u>CERTIFICATE OF TRANSLATION</u>

I, Bingjie Liu, an attorney licensed in the State of New York (United States) and a court-certified interpreter of the State Court of the State of New York, am competent to translate from Chinese into English, and certify that the translation of documents attached to this certificate is true and accurate to the best of my abilities.


_Bingj Liu_
_____

Bingjie Liu


Date:   <u>6/26/2023</u>

# EXHIBIT 4

Payment Form

Company:                    1/8/2021

|  |  |
|---|---|
|  |  |
| Amount | 100000.00 |
| For | Beijing Dingye Law Firm Attorney Fees |
|  |  |

Xingye Bank

Transaction No.: 2021010890423908

Transaction Amount: 100000.00

Transaction Amount: 100000.00

Transaction Cost: 0.00

Recipient's Name: Beijing Dingye Law Firm

Recipient's Account: 110010 853000 56030423

Recipient's Bank: CCB

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of attorney fees on behalf of NetQin Infinity

Transaction Date: 01/08/2021

Payment Form

Company:            1/10/2021

| Pay to | Beijing Dingye Law Firm |
|--------|--------------------------|
| Amount | 100000.00 |
| For | Attorney Fees |
| | |

Xingye Bank

Transaction No.: 2021013107175174

Transaction Amount: 100000.00

Transaction Amount: 100000.00

Transaction Cost: 0.00

Recipient's Name: Beijing Dingye Law Firm

Recipient's Account: 110010 853000 56030423

Recipient's Bank: CCB

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of attorney fees on behalf of NetQin Infinity

Transaction Date: 01/312021

Payment Form

Company:                      2/23/2021

|  |  |
|---|---|
|  |  |
| Amount | 50000.00 |
| For | Beijing Geping Law Firm Attorney Fees |
|  |  |

Xingye Bank

Transaction No.: 2021022316693086

Transaction Amount: 50000.00

Transaction Amount: 50000.00

Transaction Cost: 0.00

Recipient's Name: Beijing Geping Law Firm

Recipient's Account: 020020 860920 0009483

Recipient's Bank: ICBC

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of attorney fees on behalf of NetQin Infinity

Transaction Date: 2/23/2021

Payment Form

Company:                    3/3/2021

|  | Beijing Geping Law Firm |
|---|---|
| Amount | 5715.33 |
| For | Court filing fees |
|  |  |

Xingye Bank

Business Rcord

Branch: Xingye Ban Sanya Branch

Account Holder's Name: Lilin Guo

Card No./Accounting No. 622908623020583814

Page 1/1

Transaction No.: 2021030362301010730001

Date 3/3/2021

| No. | Transaction Type | Transaction Inforamtion | Currency | Amount | Authorization | Statement No. |
|-----|------------------|-------------------------|----------|--------|---------------|---------------|
| 1 | Wire out | Recipient's account no. 0200208609200009483<br>Recipient's name: Beijing Geping Law Firm<br>Recipient's bank: ICBC<br>Purpose:  Payment for NetQin Infinity (2021) Jing 03 Min Chu No. 524 Court filing fees | RMB | 571533.00 | - | 01070043 |
| 2 | Cost | See cost list | | | | |

Payment type: Regular Arrive (not immediately)          Signature Lilin Guo

[SEAL]

Payment Form

Company:                    4/212021

| Pay to | Maples And Calder (Hong Kong) LLP |
|--------|-----------------------------------|
| Amount | 18990.24 |
| For | Cayman Cost |
| | |

Hong Kong U.S. dollar account wire transfer is successful. One Card (6212998606425946) wire to (Recipient Maples and Calder (Hong Kong) LLP, Account: 000221092, Bank: 016 DBS Bank (Hong Kong) Limited., amount 2919.51U.S. Dollar, transaction cost 7 U.S. Dollar).

Payment Form

Company:                    4/212021

| Pay to | Maples And Calder (Hong Kong) LLP |
|--------|-----------------------------------|
| Amount | 4595.23 |
| For | Cayman Secretary Company Costs |
| | |

Hong Kong U.S. dollar account wire transfer is successful. One Card (6212998606425946) wire to (Recipient Maples and Calder (Hong Kong) LLP, Account: 000221092, Bank: 016 DBS Bank (Hong Kong) Limited., amount 706.46 U..S. Dollar, transaction cost 7 U.S. Dollar).

Payment Form

Company:                5/20/2021

| Pay to | Beijing Dingye Law Firm |
|--------|-------------------------|
| Amount | 38600.00 |
| For | Attorney Fees |
|  |  |

Xingye Bank

Transaction No.: 2021052032106149

Transaction Amount: 38600.00

Transaction Amount: 38600.00

Transaction Cost: 0.00

Recipient's Name: Beijing Dingye Law Firm

Recipient's Account: 110010 853000 56030423

Recipient's Bank: CCB

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of attorney fees on behalf of NetQin Infinity

Transaction Date: 5/20/2021

Payment Form

Company:                6/7/2021

|  |  |
|---|---|
|  |  |
| Amount | 95600.00 |
| For | Beijing Geping Law Firm Attorney Fees |
|  |  |

Xingye Bank

Transaction No.: 2021060712396503

Transaction Amount: 95600.00

Transaction Amount: 95600.00

Transaction Cost: 0.00

Recipient's Name: Beijing Geping Law Firm

Recipient's Account: 020020 860920 0009483

Recipient's Bank: ICBC

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of attorney fees on behalf of NetQin Infinity

Transaction Date: 6/7/2021

Payment Form

Company:                1/6/2021

| Pay to | Beijing Cloud Valley Technology Development Co., Ltd |
|--------|------------------------------------------------------|
| Amount | 21113.73 |
| For | Rent |
| | |

Xingye Bank

Transaction No.: 20211010680940844

Transaction Amount: 21113.73

Transaction Amount: 21113.73

Transaction Cost: 0.00

Recipient's Name: Beijing Could Valley Technology Development Co., Ltd

Recipient's Account: 321130 100100 249577

Recipient's Bank: Xingye Bank

Transaction Type: In time transaction within same bank

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of rent on behalf of NetQin Infinity

Transaction Date: 01/06/2021

Beijing Value Added Tax Electronic General Invoice

(seal)

No. 21755143

Invoiced Date: 01/04/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District North Sanhuan West Road No.31 Building 23, Fl 1, Room 103 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Commercial Lease: Rent | | | | | | 90996.98 | 5% | 4548.35 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Total | 95515.33 | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Could Valley Technology Development Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 9110108062816398T | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Bank of Communications | | Issuer: | | | | |

Beijing Value Added Tax Electronic General Invoice

(seal)

Invoice No.: 2451875[unable to see]

Invoiced Date:[unable to see]/07/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Telecom Service: Phone | | | | | | 10188.68 | 9% | 611.32 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total | 10800.00 | | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Zhongguancun Software Development Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 911101087226133785 | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Beijing Bank | | Issuer: | | | | |

Beijing Value Added Tax Electronic General Invoice
(seal)

Invoice No.: 24518[unable to see]
Invoiced Date:[unable to see]/18/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes | |
| Telecom Service: Phone | | | | | | 626.51 | 9% | 56.39 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | Total | 682.90 | | | | |
| Amount | | | | | | | | | |
| Seller | Name: | Beijing Zhongguancun Software Development Co., Ltd | | Note | | | | | |
| | Taxpayer Identification No.: | 911101087226133785 | | [SEAL] | | | | | |
| | Address and Phone | | | | | | | | |
| | Bank Account No.: | Beijing Bank | | Issuer: | | | | | |

Beijing Value Added Tax Electronic General Invoice
(seal)

Invoice No.: 24518716
Invoiced Date:01/07/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Telecom Service: Phone | | | | | | 2752.29 | 9% | 247.71 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Total | 3000.00 | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Zhongguancun Software Development Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 911101087226133785 | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Beijing Bank | | Issuer: | | | | |

Beijing Value Added Tax Electronic General Invoice

(seal)

Invoice No.: 244518715
Invoiced Date:01/07/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Information Technology Service | | | | | | 1886.79 | 6% | 113.21 |
| Internet Service | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total | | 2000.00 | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Zhongguancun Software Development Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 911101087226133785 | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Beijing Bank | | Issuer: | | | | |

Xingye Bank

Transaction No.: 2021011422754820

Transaction Amount: 16482.90

Transaction Amount: 16482.90

Transaction Cost: 0.00

Recipient's Name: Beijing Zhongguancun Software Development Co., Ltd

Recipient's Account: 010909 463001 20105004870

Recipient's Bank: Beijing Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of Internet Phone costs on behalf of NetQin Infinity

Transaction Date: 01/14/2021

Payment Form

Company:          1/14/2021

| Pay to | Zhongguancun Hongjia Property Management Co., Ltd |
|--------|---------------------------------------------------|
| Amount | 16482.9 |
| For | Internet, Internet phone, phone |
|  |  |

Payment Form

Company:                2/10/2021

| Pay to | Zhongguancun Hongjia Property Management Co., Ltd |
|--------|--------------------------------------------------|
| Amount | 1321.37 |
| For | Utilities |
|  |  |

Beijing Value Added Tax Electronic General Invoice

(seal)

Invoice No.: 88662092

Invoiced Date:1/20/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Payment of Water fee through agent | | | | | | 67.00 | 6% | 4.02 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Total | 71.02 | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Zhongguancun Hongjia Property Management Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 91110108769918611R | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Beijing Bank | | Issuer: | | | | |

Xingye Bank

Transaction No.: 2021021065593474

Transaction Amount: 1321.37

Transaction Amount: 1321.37

Transaction Cost: 0.00

Recipient's Name: Beijing Zhongguancun Hongjia Property Management Co., Ltd

Recipient's Account: 010909 463001 20105073147

Recipient's Bank: Beijing Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of office utilities on behalf of NetQin Infinity

Transaction Date: 02/10/2021

Beijing Value Added Tax Electronic General Invoice
(seal)

Invoice No.: 16392385
Invoiced Date:1/08/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Water Fees | | | | | | 21.94 | 6% | 0.66 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total | 22.60 | | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Zhongguancun Hongjia Property Management Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 91110108769918611R | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Beijing Bank | | Issuer: | | | | |

Beijing Value Added Tax Electronic General Invoice

(seal)

Invoice No.: 58220986

Invoiced Date:1/08/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Water Fees; waste water | | | | | | 26.90 | 6% | 1.6 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total | 28.51 | | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Zhongguancun Hongjia Property Management Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 91110108769918611R | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Beijing Bank | | Issuer: | | | | |

Beijing Value Added Tax Electronic General Invoice
(seal)

Invoice No.: 19452738
Invoiced Date:1/20/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Water supply | | | | | | 56.64 | 3% | 1.64 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total | 56.28 | | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Zhongguancun Hongjia Property Management Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 91110108769918611R | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Beijing Bank | | Issuer: | | | | |

Beijing Value Added Tax Electronic General Invoice
(seal)

Invoice No.: 16392386
Invoiced Date:1/08/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | | Taxes |
| Electricity fees | | | | | | 264.90 | 13% | | 34.44 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | Total | 303.34 | | | |
| Amount | | | | | | | | | |
| Seller | Name: | Beijing Zhongguancun Hongjia Property Management Co., Ltd | | Note | | | | | |
| | Taxpayer Identification No.: | 91110108769918611R | | [SEAL] | | | | | |
| | Address and Phone | | | | | | | | |
| | Bank Account No.: | Beijing Bank | | Issuer: | | | | | |

Beijing Value Added Tax Electronic General Invoice

(seal)

Invoice No.: 19452739
Invoiced Date:1/20/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Electricity fees | | | | | | 746.57 | 13% | 97.05 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Total | 843.62 | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Zhongguancun Hongjia Property Management Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 91110108769918611R | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Beijing Bank | | Issuer: | | | | |

Payment Form

Company:              5/20/2021

| Pay to | Beijing Cloud Valley Technology Development Co., Ltd |
|--------|------------------------------------------------------|
| Amount | 61091.88 |
| For | Rent |
| | |

Beijing Value Added Tax Electronic General Invoice

(seal)

No. 03352133

Invoiced Date: 5/24/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District North Sanhuan West Road No.31 Building 23, Fl 1, Room 103 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Commercial Lease: Rent | | | | | | 58182.74 | 5% | 2909.14 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Total | 61091.88 | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Could Valley Technology Development Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 9110108062816398T | | | [SEAL] | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Bank of Communications | | | Issuer: | | | |

Xingye Bank

Transaction No.: 2021052032105676

Transaction Amount: 61091.88

Transaction Amount: 61091.88

Transaction Cost: 0.00

Recipient's Name: Beijing Could Valley Technology Development Co., Ltd

Recipient's Account: 321130 100100 249577

Recipient's Bank: Xingye Bank

Transaction Type: In time transaction within same bank

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of rent on behalf of NetQin Infinity

Transaction Date: 5/20/2021

Payment Form

Company:                    7/8/2021

|  |  |
| --- | --- |
| | |
| Amount | 10800.00 |
| For | Pay to Beijing Zhongguancun Software Development Co., Ltd Internet service |
| | |

Beijing Value Added Tax Electronic General Invoice

(seal)

Invoice No.: 06982783
Invoiced Date:6/24/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Telecom Service: Phone | | | | | | 10188.68 | 9% | 611.32 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total | 10800.00 | | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Zhongguancun Software Development Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 911101087226133785 | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Beijing Bank | | Issuer: | | | | |

Xingye Bank

Transaction No.: 2021070869308771

Transaction Amount: 10800.00

Transaction Amount: 10800.00

Transaction Cost: 0.00

Recipient's Name: Beijing Zhongguancun Software Development Co., Ltd

Recipient's Account: 110010 853000 56030423

Recipient's Bank: Beijing Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of rent on behalf of NetQin Infinity

Transaction Date: 7/08/2020

Payment Form

Company:       8/6/2021

| Pay to | Beijing Cloud Valley Technology Development Co., Ltd |
|---|---|
| Amount | 88150.83 |
| For | Rent |
|  |  |

Xingye Bank

Transaction No.: 2021080617277082

Transaction Amount: 85150.83

Transaction Amount: 85150.83

Transaction Cost: 0.00

Recipient's Name: Beijing Could Valley Technology Development Co., Ltd

Recipient's Account: 321130 100100 249577

Recipient's Bank: Xingye Bank

Transaction Type: In time transaction within same bank

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of rent on behalf of NetQin Infinity

Transaction Date: 08/06/2021

Xingye Bank

Transaction No.: 2021080617381171

Transaction Amount: 3000.00

Transaction Amount: 3000.00

Transaction Cost: 0.00

Recipient's Name: Beijing Could Valley Technology Development Co., Ltd

Recipient's Account: 321130 100100 249577

Recipient's Bank: Xingye Bank

Transaction Type: In time transaction within same bank

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of rent on behalf of NetQin Infinity

Transaction Date: 08/06/2021

Beijing Value Added Tax Electronic General Invoice

(seal)

No. 03352221

Invoiced Date: 08/04/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District North Sanhuan West Road No.31 Building 23, Fl 1, Room 103 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Commercial Lease: Rent | | | | | | 83953.17 | 5% | 4197.06 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Total | 88150.83 | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Could Valley Technology Development Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 9110108062816398T | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Bank of Communications | | Issuer: | | | | |

(    ) Reimbursement Form

Company:              1/10/2021

| Summary | Salary |
|---|---|
| Amount | 20000 |
| Number of Attached Invoice | |

Reviewer:              Review              Verified or Checked              Handled by:

(     ) Reimbursement Form

Company:         1/20/2021

| Summary | Travel Expenses 196.00; Express Delivery 75.00; Office Costs 2521.94 |
|---|---|
| Amount | 21792.94 |
| Number of Attached Invoice | |

Reviewer:               Review             Verified or Checked           Handled by:

Beijing Value Added Tax Electronic General Invoice

(seal)

No. 22377975

Invoiced Date: 08/04/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District North Sanhuan West Road No.31 Building 23, Fl 1, Room 103 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Technology Service | | | | | | 1941.75 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Total | 2000.00 | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Yangguanyubo Technology Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 91110108067267439T | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Minsheng Bank | | Issuer: | | | | |

Travel Reimbursement Form

Company:                  01/25/2021

| Business Travel Person: | Lilin Guo Boyu Qu |
|---|---|
| 1/2/2021 Sanya 1/4/2021 Beijing West | Train 3055 |
| 1/19/2021 Beijing West 1/21/2021 Sanya | Train 3077 |
| Accommodation Costs | 11145 |
|  |  |

Reviewer:                    Review              Verified or Checked           Handled by:

Xingye Bank

Transaction No.: 2021020321716557

Transaction Amount: 15175.00

Transaction Amount: 15175.00

Transaction Cost: 0.00

Recipient's Name: Baoyu Qu

Recipient's Account: 622908 623014 664778

Recipient's Bank: Xingye Bank

Transaction Type: In time transaction within the same bank

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of travel expenses on behalf of NetQin Infinity

Transaction Date: 02/03/2021

Beijing Value Added Tax Electronic General Invoice

(seal)

No. 10926516

Invoiced Date: 01/19/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Accommodation Cost | | | | 1 | 509.43 | 509.43 | 6% | 30.57 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total | 540.00 | | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Orange Shidai Hotel Management Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 91110102344278786B | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Minsheng Bank | | Issuer: | | | | |

Shanghai Value Added Tax Electronic General Invoice
(seal)

Invoice Code: 031002000311
Invoice No.: 40013652
Invoiced Date: 01/19/2021
Verification Code: 14899 69746 94641 78349

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Payment for Booking Hotels | | | | | | 7248.11 | 6% | 434.89 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total | 7683.00 | | | |
| Amount | | | | | | | | |
| Seller | Name: | Shanghai Hecheng International Travel Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 91310110350849784X | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | ICBC Shanghai | | Issuer: | | | | |

H063151

Sanya to Beijing West

01/02/2021                08 / No. 03 lower bunk

RMB 1560

Cost 3.0 Additional Cost 0.0

Original Ticket A054359

New AC Hard Bunk

Shanghai Value Added Tax Electronic General Invoice

(seal)

Invoice Code: 031002000311

Invoice No.: 41391704

Invoiced Date: 01/19/2021

Verification Code: 08773 00353 85796 04046

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Payment for Booking Hotels | | | | | | 2756.60 | 6% | 165.4 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total | 2922.00 | | | |
| Amount | | | | | | | | |
| Seller | Name: | Shanghai Hecheng International Travel Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 91310110350849784X | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | ICBC Shanghai | | Issuer: | | | | |

Beijing Value Added Tax Electronic General Invoice
(seal)

No. 53457412
Invoiced Date: 01/19/2021

| Purchaser | Name: | NetQin Infinity (Beijing) Technology Co., Ltd. | | passcode | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxpayer Identification No.: | 911101086615514831 | | | | | | |
| | Address and Phone | Beijing City, Haidian District Dongbeiwang Xi Road No.8 Building, Building No.4, Floor 3, Room 317 | | | | | | |
| | Bank Account No.: | China Merchants Bank, Beijing Chaowaidajie Branch | | | | | | |
| The name of the Goods or Taxed Labor or Service | | Specification Model | Unit | Number | Price | Total | Tax Rate | Taxes |
| Accommodation Cost | | | | 1 | 866.98 | 509.43 | 6% | 52.02 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Total | 919.00 | | | |
| Amount | | | | | | | | |
| Seller | Name: | Beijing Orange Shidai Hotel Management Co., Ltd | | Note | | | | |
| | Taxpayer Identification No.: | 91110102344278786B | | [SEAL] | | | | |
| | Address and Phone | | | | | | | |
| | Bank Account No.: | Minsheng Bank | | Issuer: | | | | |

| |
|---|
| [number] |
| Beijing West Z201 to Sanya |
| 01/19/2021 |
| RMB1289.00 |
| 2310031982****0018 Baoyu Qu |

| |
|---|
| A054359 |
| Sanya Z202 to Beijing West |
| 01/02/2021 |
| RMB733.00 |
| 3301211970****9712 Lilin Guo |

Q081219

Beijing West Z201 to Sanya

01/19/2021

RMB 788.00

3301211970****9712 Lilin Guo

A054358

Sanya Z202 to Beijing West

01/02/2021

RMB 762.00

2310031982****0018 Baoyu Qu

Xingye Bank

Transaction No.: 2021010890427694

Transaction Amount: 10000.00

Transaction Amount: 10000.00

Transaction Cost: 0.00

Recipient's Name: Kun Hao

Recipient's Account: 622588 013468 0827

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 01/08/2021

Xingye Bank

Transaction No.: 2021010890427298

Transaction Amount: 10000.00

Transaction Amount: 10000.00

Transaction Cost: 0.00

Recipient's Name: Bingjie Zhou

Recipient's Account: 621483 01551 5736

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 01/08/2021

Payment Form

Company:                3/10/2021

|  |  |
|---|---|
|  |  |
| Amount | 20000 |
| For | Salary |
|  |  |

Xingye Bank

Transaction No.: 2021031094325987

Transaction Amount: 10000.00

Transaction Amount: 10000.00

Transaction Cost: 0.00

Recipient's Name: Kun Hao

Recipient's Account: 622588 013468 0827

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 3/10/2021

Xingye Bank

Transaction No.: 2021031094349596

Transaction Amount: 10000.00

Transaction Amount: 10000.00

Transaction Cost: 0.00

Recipient's Name: Bingjie Zhou

Recipient's Account: 621483 01551 5736

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 3/10/2021

Payment Form

Company:                4/10/2021

|  |  |
| --- | --- |
|  |  |
| Amount | 20000 |
| For | Salary |
|  |  |

Xingye Bank

Transaction No.: 2021041040531791

Transaction Amount: 10000.00

Transaction Amount: 10000.00

Transaction Cost: 0.00

Recipient's Name: Bingjie Zhou

Recipient's Account: 621483 01551 5736

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 4/10/2021

Xingye Bank

Transaction No.: 2021041040556770

Transaction Amount: 10000.00

Transaction Amount: 10000.00

Transaction Cost: 0.00

Recipient's Name: Kun Hao

Recipient's Account: 622588 013468 0827

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 4/10/2021

Payment Form

Company:                5/10/2021

|  |  |
|---|---|
|  |  |
| Amount | 20000 |
| For | Salary |
|  |  |

Xingye Bank

Transaction No.: 2021021081298142

Transaction Amount: 10000.00

Transaction Amount: 10000.00

Transaction Cost: 0.00

Recipient's Name: Kun Hao

Recipient's Account: 622588 013468 0827

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 5/10/2021

Xingye Bank

Transaction No.: 2021051081311232

Transaction Amount: 10000.00

Transaction Amount: 10000.00

Transaction Cost: 0.00

Recipient's Name: Bingjie Zhou

Recipient's Account: 621483 01551 5736

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 5/10/2021

Xingye Bank

Transaction No.: 2021051716792318

Transaction Amount: 47760.00

Transaction Amount: 47760.00

Transaction Cost: 0.00

Recipient's Name: Kun Hao

Recipient's Account: 622588 013468 0827

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 5/17

Payment Form

Company:                    5/17/2021

| Pay to | Kun Hao |
|--------|---------|
| Amount | 47760 |
| For | Five Employee Insurance and One Social Security |
| | |

Payment Form

Company:                6/10/2021

|  |  |
|---|---|
|  |  |
| Amount | 20000 |
| For | Salary |
|  |  |

95561
Day 10: 11:52 Account 8381 Wire out


Transaction Amount: 10000.00

Transaction Amount: 10000.00

Transaction Cost: 0.00

Recipient's Name: Bingjie Zhou

Recipient's Account: 621483 01551 5736

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 6/10/2021

Xingye Bank

Transaction No.: 2021061028906804

Transaction Amount: 10000.00

Transaction Amount: 10000.00

Transaction Cost: 0.00

Recipient's Name: Kun Hao

Recipient's Account: 622588 013468 0827

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 6/10/2021

Payment Form

Company:                    7/10/2021

|  |  |
|---|---|
|  |  |
| Amount | 20000 |
| For | Salary |
|  |  |

Xingye Bank

Transaction No.: 2021071079982118

Transaction Amount: 10000.00

Transaction Amount: 10000.00

Transaction Cost: 0.00

Recipient's Name: Kun Hao

Recipient's Account: 622588 013468 0827

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 7/10/2021

Xingye Bank

Transaction No.: 2021071079986386

Transaction Amount: 10000.00

Transaction Amount: 10000.00

Transaction Cost: 0.00

Recipient's Name: Bingjie Zhou

Recipient's Account: 621483 01551 5736

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 7/10/2021

Payment Form

Company:                          07/21/2021

|  |  |
| --- | --- |
|  |  |
| Amount | 47760 |
| For | Pay Bingjie Zhou Five Employee Insurance and One Social Security |
|  |  |

Xingye Bank

Transaction No.: 2021072138174300

Transaction Amount: 47760.00

Transaction Amount: 47760.00

Transaction Cost: 0.00

Recipient's Name: Bingjie Zhou

Recipient's Account: 621483 01551 5736

Recipient's Bank: China Merchants Bank

Transaction Type: In time transaction between different banks

Payer: Lilin Guo

Payer's Account: 6229 **** 8318*

Payer's Bank: Xingye Bank

Note: Payment of employee salary on behalf of NetQin Infinity

Transaction Date: 7/21/2021

# EXHIBIT 4

Downloaded from ... Page 80 of 155



# 支 出 凭 证

连续号 _____

编 号 _____

| 科 目 | | | 2021 年 1 月 8 日 | 对方科目 _____ | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

303—4

12×21 厘米(通)

| 帐 | 户 | 支 出 说 明 | 金 额 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 千 | 百 | 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 |
| | | 付北京市鼎业律师事务所律师费 | | | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 合 计 | | ⊘壹拾肆万元整 | | | | | | | | | | |

附件

张

主 任          会 计          出 纳          领款人

Downloaded 34bb5afbba1bf2e1 page 81 of 155

 兴业银行


下载手机银行

| | |
|---|---|
| 受理单号 | 2021010890423908 复制 |
| 转账金额 | ¥100,000.00 |
| 金额大写 | 壹拾万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 北京市鼎业律师事务所 |
| 收款人账户 | 110010 853000 56030423 |
| 收款人银行 | 中国建设银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限法律服务费 |
| 交易时间 | 2021/01/08 11:54:58 |

资金到账状态请以收款账户实际收入为准

Case 1:18-cv-11642-VM-VF Document 484 Filed 06/06/23 Page 82 of 155

# 支 出 凭 单

2021 年 1 月 10 日　　　第　　　号

即　付　北京市鼎业律师事务所

法律服务　款　　　对方科目编号

计人民币：壹拾万元整　　　　　　¥ 100000

领款人：＿＿＿＿＿＿＿　　　　主管审批：＿＿＿＿＿＿＿

财务主管　　　记帐　　　出纳　　　审核　　　制单

丙式—75　　12×21 厘米（通）

Case 1:18-cv-11642-VM-VF Document 488-4 Filed 06/26/23 Page 83 of 155



兴业银行

| | |
|---|---|
| 受理单号 | 2021013107175174 复制 |
| 转账金额 | ¥100,000.00 |
| 金额大写 | 壹拾万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 北京市鼎业律师事务所 |
| 收款人账户 | 110010 853000 56030423 |
| 收款人银行 | 中国建设银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限法律服务费 |
| 交易时间 | 2021/01/31 17:49:44 |

资金到账状态请以收款账户实际收入为准

Case 1:18-cv-11642-VM-VF Document 484 Filed 05/23/23 Page 84 of 155



# 支 出 凭 证

连续号
编 号

| 科 目 | | | 2021 年 02 月 23 日 | 对方科目 ____ |
|---|---|---|---|---|

| 帐 户 | | 支 出 说 明 | 金 额 |
|---|---|---|---|

| | | | 千 | 百 | 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 代北京市君合律师事务所律师费 | | | | 4 | 5 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 合 计 | | 肆万伍仟元 | | | | | | | | | | |

主任        会计        出纳        领款人

303—4

12×21 厘米 (通)





下载手机银行

| 受理单号 | 2021022316693086 复制 |
| --- | --- |
| 转账金额 | ¥50,000.00 |
| 金额大写 | 伍万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 北京市格平律师事务所 |
| 收款人账户 | 020020 860920 0009483 |
| 收款人银行 | 中国工商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限法律服务费 |
| 交易时间 | 2021/02/23 10:41:07 |

资金到账状态请以收款账户实际收入为准

# 支 出 凭 单

2021 年 3 月 3 日　　　　第　　号

即　付 北京市桥平律师事务所

诉讼费 款

对方科目编号

计人民币：伍拾柒万壹仟伍佰叁拾叁元　¥ 571533

领款人：＿＿＿＿＿＿＿＿　主管审批：＿＿＿＿＿＿＿＿

财务主管　　　记帐　　　出纳　　　审核　　　制单

丙式一75　12×21厘米（通）



## 兴业银行
INDUSTRIAL BANK CO.,LTD.

零售业务凭证

网点： 兴业银行三亚分行　　户名： 郭力麟　　卡号/账号： 622908623020583814　　页码： 1/1

批次号： 202103036230101 0730001　　日期： 2021年03月03日

| 序号 | 交易类型 | 交易信息 | 币种 | 交易金额 | 授权 | 流水号 |
|------|---------|---------|------|---------|------|--------|
| 1 | 汇出汇款 | 收款账号： 0200208609200009483 | 人民币 | ¥571,533.00 | — | 01070026 |
|  |  | 收款名称： 北京市格平律师事务所 |  |  |  |  |
|  |  | 收款行： 工商银行 |  |  |  |  |
|  |  | 用途： 代付网秦无限（2021）京03民初524号诉讼费 |  |  |  |  |
| 2 | 收费 | 详见收费清单 | — | — | — | 01070027 |

到账方式： 普通到账（非实时到账）

签名： 郭力麟



# 支 出 凭 单

2021 年 4 月 21 日          第          号

即        付  Maples and Calder (Hong Kong) LLP ........................

万豪费用 ...................... 款        | 对方科目编号 |

计人民币：壹万捌仟玖佰玖拾元贰角肆分        ¥ 18990.24

领款人：_____        主管审批：_____

财务主管        记帐        出纳        审核        制单

丙式—75        12×21 厘米（通）



支票业务　　货币兑换　　定期存款　　鉴证转账　　其他功能

香港本地转账

| 香港一卡通卡号: | 6212998606425946 ▾ |

* 收款方银行:　　○ 招商银行　　● 其他银行:　　收款方信息　　汇款人地址:　　修改

* 其他银行英文名称:

其他银行中文名称:

**消息**　　×

* 收款方户名:

收款人地址:

* 转入收款方账号:

* 重复输入收款方账号:

ⓘ 香港美元账户汇款成功。一卡通(6212998606425946)汇入账户(收款方:Maples and Calder (Hong Kong) LLP，账号:000221092，银行:016 DBS BANK (HONG KONG) LIMITED，金额:2919.51美元，手续费:7.00美元)。

**确定**

* 支账户口:

* 转账金额:　2,919.51　　　　　可用余额查询　　附言:　Reference 661944-2768200

大写　　贰仟玖佰壹拾玖元伍角壹分　　　　　　　　　　　Link Motion Inc.

本次交易手续费金额:以提交时确认信息为准。到账时间: 1~5个工作日到账。　不接受中文

请每行均录入完整单词

自动保存收款方信息:　☑

* 交易密码:　＊＊＊＊＊　　　　　　　　　　※汇款用途:　111-Others:其他

**确定**

# 支 出 凭 单

2021 年 4 月 21 日     第     号

即   付   Maples and Calder(HongKong) LLP

开曼秘书词费用     款     | 对方科目编号 |

计人民币: 肆仟伍佰玖拾伍元贰角叁分     ￥ 4595.23

领款人:＿＿＿＿＿＿＿＿     主管审批:＿＿＿＿＿＿＿＿

财务主管     记帐     出纳     审核     制单

丙式—75   12×21 厘米(通)

香港本地转账

| | |
|---|---|
| 香港一卡通卡号: | 6212998606425946 ▾ |
| ＊ 收款方银行: | ○ 招商银行　● 其他银行:　收款方信息　汇款人地址:　修改 |
| ＊ 其他银行英文名称: | |
| 其他银行中文名称: | |

消息　　　　　　　　　　　　　　　　　　　×

ⓘ 香港美元账户汇款成功。一卡通(6212998606425946)汇入账户(收款方:Maples and Calder (Hong Kong) LLP, 账号:000221092, 银行:016 DBS BANK (HONG KONG) LIMITED, 金额:706.46美元, 手续费:7.00美元)。

确定

| | |
|---|---|
| ＊ 收款方户名: | |
| 收款人地址: | |
| ＊ 转入收款方账号: | |
| ＊ 重复输入收款方账号: | |
| ＊ 支账户口: | |
| ＊ 转账金额: | 706.46　　　可用余额查询　附言: Invoice number 2768200 |
| 大号 | 柒佰零陆元肆角陆分　　　　　　　　　　　Link Motion inc. |
| | 本次交易手续费金额: 以提交时确认信息为准。到账时间: 1~5个工作日到账。　不接受中文 |
| | 请每行均录入完整单词 |
| 自动保存收款方信息: | ✔ |
| ＊ 交易密码: | ＊＊＊＊＊＊　　　　　　　　　　　＊汇款用途: 111-Others:其他 |

确定

Case 1:18-cv-11642-VM-VF Document 498-3 Filed 06/26/23 Page 92 of 155

# 支 出 凭 单

2021 年 5 月 20 日 　　　　第 　　　号

即 付 北京市鼎业律师事务所

法律服务 款 　　　　　对方科目编号

计人民币：叁万捌仟陆佰元整 　　　　　¥ 38600

领款人： 　　　　　　　　主管审批：

财务主管 　　　　记帐 　　　　出纳 　　　　审核 　　　　制单

 兴业银行
INDUSTRIAL BANK CO.,LTD



 下载手机银行

| | |
|---|---|
| 受理单号 | 2021052032106149 〔复制〕 |
| 转账金额 | ¥38,600.00 |
| 金额大写 | 叁万捌仟陆佰元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 北京市鼎业律师事务所 |
| 收款人账户 | 110010 853000 56030423 |
| 收款人银行 | 中国建设银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限律师服务费 |
| 交易时间 | 2021/05/20 16:49:05 |

资金到账状态请以收款账户实际收入为准

Case 1:16-cv-10002-VM-KNF Document 428-4 Filed 08/06/20 Page 94 of 155



# 支 出 凭 证

303—4

12×21厘米(通)

| 科　目 | | | | 2021年 6月 7日 | | 对方科目 _____ | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 帐 | | 户 | | 支　出　说　明 | | 金　额 | | | | | | | | | | | |
| | | | | | | 千 | 百 | 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 | | |
| | | | | 北京市昌平律师事务所 无律服务费 | | | | ¥ | 9 | 5 | 6 | 0 | 0 | 0 | 0 | 附 件 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | 张 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| 合　　计 | | | | ⊗玖万伍仟陆佰元正. | | | | | | | | | | | | |

主任　　　　会计　　　　出纳　　　　领款人



兴业银行
INDUSTRIAL BANK CO.,LTD.

下载手机银行

| | |
|---|---|
| 受理单号 | 2021060712396503 复制 |
| 转账金额 | ¥95,600.00 |
| 金额大写 | 玖万伍仟陆佰元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 北京市格平律师事务所 |
| 收款人账户 | 020020 860920 0009483 |
| 收款人银行 | 中国工商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限法律服务费 |
| 交易时间 | 2021/06/07 09:59:18 |

资金到账状态请以收款账户实际收入为准

# 支 出 凭 单

2021 年 1 月 6 日          第          号

即　付 北京云基地云计算科技发展有限公司

＿＿＿＿＿＿ 房租 ＿＿＿＿ 款　　　| 对方科目编号 |

计人民币 贰万壹仟壹佰壹拾叁元柒角叁分　¥ 21113.73

领款人：＿＿＿＿＿＿＿＿＿　　主管审批：＿＿＿＿＿＿＿＿＿＿

财务主管　　　　记帐　　　　出纳　　　　审核　　　　制单

丙天—75　　12×21 厘米（词）

 兴业银行


下载手机银行

| | |
|---|---|
| 受理单号 | 2021010680940844 复制 |
| 转账金额 | ¥21,113.73 |
| 金额大写 | 贰万壹仟壹佰壹拾叁元柒角叁分 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 北京云基地云计算科技发展有限公司 |
| 收款人账户 | 321130 100100 249577 |
| 收款人银行 | 兴业银行 |
| 交易类型 | 实时行内转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限房租 |
| 交易时间 | 2021/01/06 15:18:42 |

资金到账状态请以收款账户实际收入为准



1100201130

机器编号：
499913199603

# 北京增值税专用发票

发票联

No 21755143  1100201130
21755143

开票日期：2021年01月04日

| 购买方 | 名　称：网秦无限（北京）科技有限公司 |
| | 纳税人识别号：91110108661514831 |
| | 地址、电话：北京市海淀区东北旺西路8号院4号楼三层317室 |
| | 开户行及账号：招商银行北京朝外大街支行867380205310001 |

密码区：
031/>13<*/611>4*04>808/<+13/
787*37+>839*73-100+<47-*1739
/30>-40798339+1<9/8<778517<-
1-8<++6*5/0114++03009>0>9<52

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *经营租赁*房屋租金 | | | | | 90966.98 | 5% | 4548.35 |
| 合　　　计 | | | | | ￥90966.98 | | ￥4548.35 |

价税合计（大写）　⊗玖万伍仟伍佰壹拾伍圆叁角叁分　　（小写）￥95515.33

| 销售方 | 名　称：北京云基地云计算科技发展有限公司 |
| | 纳税人识别号：91110108062816398T |
| | 地址、电话：北京市海淀区东北旺西路8号4号楼软件广场C座201室87120000 |
| | 开户行及账号：交通银行北京公主坟支行110061505018010058528 |

备注：北京市海淀区东北旺西路8号院4号楼三层317号
2021.1.1-2021.5.21房屋租金

收款人：张莉瑾　　复核：杨庆云　　开票人：管理员

发票专用章
北京云基地云计算科技发展有限公司
91110108062816398T
10017600016414

第三联 发票联 购买方记账凭证

北京增值税专用发票



...01130

...74150

No 245187...

110020130
24518767
开票日期: ...01月07日

销售方：陶泰无限（北京）科技有限公司
纳税人识别号：91110108661515514831
电话：北京市海淀区东北旺西路8号院4号楼三层317室 010-58741717
开户行及账号：招商银行北京朝外大街支行 867380205310001

| 密码区 | 0370*-6<5**-/*1<*/...3+7*+<br>*06658549<+5895<5*...3/+29<br>+<7-43086>+034416...//0+<<br>9<38<0-35/012884031-...*0/7+ |

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 息技术服务*网络服务费 | | | | | 10188.68 | 6% | 611.32 |
| 合　计 | | | | | ￥10188.68 | | ￥611.32 |

价税合计（大写）　⊗ 壹万零捌佰圆整　　　　　　（小写）￥10800.00

| 销售方 | 名称：北京中关村软件园发展有限责任公司<br>纳税人识别号：91110108722613 3785<br>地址、电话：北京市海淀区东北旺西路8号中关村软件园1号楼C座 010-82825660<br>开户行及账号：北京银行上地支行 01090946300120105004870 | 备注 |  |
|---|---|---|---|

收款人：柯亮　　　　复核：王洪娟　　　开票人：梁庆



# 北京增值税专用发票

发票联

No 245188

100201130

1518880

开票日期：2月18日

密码区
03413-65*8<99*52/572
0-2*4*2+//59<9>6983->/**
04/8757>+<3>4*18>-99
-7*6<6>318010884037>

**名　称：** 网泰无限（北京）科技有限公司
**纳税人识别号：** 911101086615514831
**地址、电话：** 北京市海淀区东北旺西路8号院4号楼三层317室 010-58741717
**开户行及账号：** 招商银行北京朝外大街支行 867380205310001

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *电信服务*语音服务费 | | | | | 626.51 | 9% | 56.39 |
| 合　　计 | | | | | ￥626.51 | | ￥56.39 |

**价税合计（大写）** ⊗ 陆佰捌拾贰圆玖角整　　（小写）￥682.90

**名　称：** 北京中关村软件园发展有限责任公司
**纳税人识别号：** 911101087226133785
**地址、电话：** 北京市海淀区东北旺西路8号中关村软件园1号楼C座010-82825690
**开户行及账号：** 北京银行上地支行01090946300120105004870

备注

**收款人：** 柯亮　　**复核：** 王洪娟　　**开票人：** 梁庆

第三联：发票联 购买方记账凭证

# 北京增值税专用发票

**1100201130**

机器编号：499910974150

No **24518786**
1100201130
24518786

开票日期：2020年01月07日

| 购买方 | 名　　称：网秦无限（北京）科技有限公司 |
|---|---|
| | 纳税人识别号：91110108661551831 |
| | 地址、电话：北京市海淀区东北旺西路8号院4号楼三层317室 010-58741717 |
| | 开户行及账号：招商银行北京朝外大街支行 867380205310001 |

密码区：
```
0374*0-88-3-813-/79*6<*5820
37*3/>48<03*5872>>9<*204+85
+<>575/398*2+532612<6105582
*/3*>62+7>012884031454+8*/*4
```

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *电信服务*语音服务费 | | | | | 2752.29 | 9% | 247.71 |
| 合　　计 | | | | | ￥2752.29 | | ￥247.71 |

价税合计（大写）　⊗ 叁仟圆整　　（小写）￥3000.00

| 销售方 | 名　　称：北京中关村软件园发展有限责任公司 | 备注 |
|---|---|---|
| | 纳税人识别号：91110108722613785 | |
| | 地址、电话：北京市海淀区东北旺西路8号中关村软件园1号楼C座010-82825690 | |
| | 开户行及账号：北京银行上地支行01090946300120105004870 | |

收款人：柯亮　　　复核：王洪娟　　　开票人：梁庆　　　销

税总函〔2019〕399号 北京印钞有限公司

第三联：发票联 购买方记账凭证



# 北京增值税专用发票

00201130

10974150

No 24518785

发票联

密码区 030369>+58474-/412**
6<*>298///-5-/304+*41<-361
+7>*6/2/9++031+62+**-/+-3
+/<2+717<+012884036**38><-48696

开票日期: 2020 年 01月 07日
1100201130
24518785

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单 价 | 金 额 | 税率 | 税 额 |
|---|---|---|---|---|---|---|---|
| 信息技术服务*网络服务费 | | | | | 1886.79 | 6% | 113.21 |
| 合 计 | | | | | ¥1886.79 | | ¥113.21 |

销售方:
名 称:网聚无限（北京）科技有限公司
纳税人识别号: 911101086615514831
地 址、电 话:北京市海淀区东北旺西路8号院4号楼三层317室 010-58741717
开户行及账号:招商银行北京朝外大街支行 867380205310001

价税合计（大写） ⊗ 贰仟圆整 （小写）¥ 2000.00

购买方:
名 称:北京中关村软件园发展有限责任公司
纳税人识别号: 911101087226133785
地 址、电 话:北京市海淀区东北旺西路8号中关村软件园1号楼C座010-82825690
开户行及账号:北京银行上地支行 0109094630012010 5004870

备注



收款人: 柯亮      复核: 王洪娟      开票人: 梁庆      销售方:（章）



兴业银行

| | |
|---|---|
| 受理单号 | 2021011422754820 复印 |
| 转账金额 | ¥16,482.90 |
| 金额大写 | 壹万陆仟肆佰捌拾贰元玖角 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 北京中关村软件园发展有限责任公司 |
| 收款人账户 | 010909 463001 20105004870 |
| 收款人银行 | 北京银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限网络语音服务费 |
| 交易时间 | 2021/01/14 17:18:42 |

资金到账状态请以收款账户实际收入为准

# 支 出 凭 单

2021 年 1 月 14 日　　　　第　　　号

即　　付北京中关村软件园发展有限责任

　　　网络费　网络电话迁移电话　款　　　| 对方科目编号 |

计人民币：壹万陆仟肆佰捌拾贰元玖角正　　　¥ 16 482.9

领款人：＿＿＿＿＿＿＿　　　主管审批：＿＿＿＿＿＿＿

财务主管　　　记帐　　　出纳　　　审核　　　制单

丙式—75　12×21 厘米（函）

# 支 出 凭 单

2021年 2月10日 第 号

即 付 中关村海嘉物业服务有限公司

水电 款

对方科目编号

计人民币：壹仟叁佰贰拾壹元叁角柒分 ¥ 1321.37

领款人： 主管审批：

财务主管 记帐 出纳 审核 制单

开户行及账号： 北京银行上地支行 0109094630012010 5073147

收款人：金校国 复核：张慧 开票人：张立群

Case 1:18-cv-11642-VM-VF Document 484 Filed 06/26/23 Page 98 of 155

北京增值税普通发票



No 88662092

011001900104
88662092

011001900104

校验码 80153 91541 28444 66439

| 称： | 网渠无限（北京）科技有限公司 |
| 人识别号： | 911101086615514831 |
| 址、电话： | 北京市海淀区东北旺西路8号院4号楼三层317室 |
| 开户行及账号： | 招商银行北京朝外大街支行867380205310001 |

开票日期： 2021年01月20日

密码区

714540<1<6<1>134//18<>< -*1*
*46828>6+8/0<*+69/6<9*02*68
1<3465<-211*00<*/1-34*3<<8
9*50/64+2097-994-8+49958070

第二联 发票联 购买方记账凭证

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *经纪代理服务*污水，水资源费 | | | | | 67.00 | 6% | 4.02 |
| 合　　计 | | | | | ￥67.00 | | ￥4.02 |

价税合计（大写）　⊗ 柒拾壹圆零贰分　　　　（小写）￥71.02

| 销售方 | 名　称： | 北京中关村鸿嘉物业服务有限公司 | 备注 | 2020.10.14-12.14 |
| | 纳税人识别号： | 91110108769918611R | | |
| | 地址、电话： | 北京市海淀区东北旺北京中关村软件园孵化器3C一层 010-82825591-60 67 | | |
| | 开户行及账号： | 北京银行上地支行 01090946300120105073147 | | |



收款人： 金校国　　　复核： 张慧　　　开票人： 张立群



| | |
|---|---|
| 受理单号 | 2021021065593474 复制 |
| 转账金额 | ¥1,321.37 |
| 金额大写 | 壹仟叁佰贰拾壹元叁角柒分 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 北京中关村鸿嘉物业服务有限公司 |
| 收款人账户 | 010909 463001 20105073147 |
| 收款人银行 | 北京银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限办公室水电费 |
| 交易时间 | 2021/02/10 11:22:31 |

资金到账状态请以收款账户实际收入为准





100202130

# 北京增值税专用发票



No **16392385** 1100202130
16392385

开票日期：2021年01月08日

| 称： | 网泰无限（北京）科技有限公司 |
| 纳税人识别号： | 91110108661551483 |
| 地址、电话： | 北京市海淀区东北旺西路8号院4号楼三层317室 |
| 开户行及账号： | 招商银行北京朝外大街支行86738020531000 |

密码区

```
-+/+6+**<36-400987>85643*/9
349410+4-35306<>03/0<0*>138
2/5++<740-310566608<16/*572
1*9526-618*5+21752</07<675*
```

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *水冰雪*自来水费 | | | | | 21.94 | 3% | 0.66 |
| 合　　计 | | | | | ￥21.94 | | ￥0.66 |

| 价税合计（大写） | ⊗ 贰拾贰圆陆角整 | （小写）￥22.60 |

| 销售方 | 名　　称： | 北京中关村鸿嘉物业服务有限公司 | 备注 | 2020.9.15-10.14 |
| | 纳税人识别号： | 91110108769918611R | | |
| | 地址、电话： | 北京市海淀区东北旺北京中关村软件园孵化器3C一层 010-82825591-60 | | |
| | 开户行及账号： | 北京银行上地支行 01090946300120105073147 | | |

收款人：金校国　　　　复核：张慧　　　　开票人：张立群　　　　销售方





# 北京增值税普通发票

011001900104

No 58220986

011001900104
58220986

校验码 63428 76451 31257 62715

开票日期： 2021年01月08日

| 购买方 | 名　　称：网秦无限（北京）科技有限公司 |
|---|---|
| | 纳税人识别号：91110108661551483I |
| | 地址、电话：北京市海淀区东北旺西路8号院4号楼三层317室 |
| | 开户行及账号：招商银行北京朝外大街支行867380205310001 |

密码区

```
206///5<3-17</<3788<175/915
3>+401-367080>867<+5>/><>*8
6-2<34*3-*+3//1+*/64<9++163
>9592/8609/2764*5-847+9369>
```

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *经纪代理服务*污水，水资源费 | | | | | 26.90 | 6% | 1.6 |
| 合　　计 | | | | | ￥26.90 | | ￥1.6 |

| 价税合计（大写） | ⊗ 贰拾捌圆伍角壹分 | （小写）￥28.51 |
|---|---|---|

| 销售方 | 名　　称：北京中关村鸿嘉物业服务有限公司 |
|---|---|
| | 纳税人识别号：91110108769918611R |
| | 地址、电话：北京市海淀区东北旺北京中关村软件园孵化器3C一层 010-82825591-60 67 |
| | 开户行及账号：北京银行上地支行 01090946300120105073147 |

备注 2020.9.15-10.14



收款人：金校国　　　　复核：张蕙　　　　开票人：张立群

0203130

# 北京增值税专用发票



No 19452738　1100203130
19452738

开票日期：2021年01月20日

| | |
|---|---|
| 称： | 网秦无限（北京）科技有限公司 |
| 人识别号： | 91110108661551 4831 |
| 址、电话： | 北京市海淀区东北旺西路8号院4号楼三层317室 |
| 开户行及账号： | 招商银行北京朝外大街支行86738 02053 10001 |

密码区

7+-*893-+<773+>8>61+2987060
2321//80*2>//5-310<3>626>95
*<406<12<8*6487+1+7>673<28<
502*3103/5<1/3-981-114/5612

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 水冰雪*自来水费 | | | | | 54.64 | 3% | 1.64 |
| 合　计 | | | | | ￥54.64 | | ￥1.64 |

价税合计（大写）　⊗ 伍拾陆圆贰角捌分　　（小写）￥56.28

| | |
|---|---|
| 名　称： | 北京中关村鸿嘉物业服务有限公司 |
| 纳税人识别号： | 91110108769918611R |
| 地址、电话： | 北京市海淀区东北旺北京中关村软件园孵化器3C一层 010-82825591-60 67 |
| 开户行及账号： | 北京银行上地支行 01090946300120105073147 |

备注　2020.10.14-12.14



收款人：金校国　　　复核：张慧　　　开票人：张立群

第三联：发票联　购买方记账凭证

1100202130

北京增值税专用发票



№ 16392386　1100202130
16392386

开票日期：2021年01月08日

| 买方 | 名　称： | 网秦无限（北京）科技有限公司 |
| | 纳税人识别号： | 911101086615514831 |
| | 地址、电话： | 北京市海淀区东北旺西路8号院4号楼三层317室 |
| | 开户行及账号： | 招商银行北京朝外大街支行867380205310001 |

密码区
/357+7>1*7*56427*6<6>529-7+
*168-<68*03347*904610+04-80
72*1*7>9*60*21*844+057*2>44
--36/34+-609/17713*-0057950

第三联

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *供电*电费 | | | | | 264.90 | 13% | 34.44 |
| 合　计 | | | | | ￥264.90 | | ￥34.44 |

| 价税合计（大写） | ⊗ 贰佰玖拾玖圆叁角肆分 | （小写）￥299.34 |

| 销售方 | 名　称： | 北京中关村鸿嘉物业服务有限公司 |
| | 纳税人识别号： | 91110108769918611R |
| | 地址、电话： | 北京市海淀区东北旺北京中关村软件园孵化器3C一层 010-82825591-60 87 |
| | 开户行及账号： | 北京银行上地支行 0109094630012010507314 7 |

备注 2020.9.11-10.12

收款人：金校国　　复核：张慧　　开票人：张立群　　销售方：（章）

1100203130

# 北京增值税专用发票



1100203130

№ **19452739**

19452739

发票联

开票日期: 2021年01月20日

| 名　　称: | 网聚无限（北京）科技有限公司 | 密 | 9-+16824+7*064*25-5<53<5<91 |
|---|---|---|---|
| 纳税人识别号: | 91110108666155 14831 | 码 | 013>*0>99/4<36*5+87+5320>00 |
| 地　址、电　话: | 北京市海淀区东北旺西路8号院4号楼三层317室 | 区 | 2-*08>0>09/941*/4445*+7+528 |
| 开户行及账号: | 招商银行北京朝外大街支行867380205310001 | | 7</131/*8988*0+62*7+*4**92 |

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数 量 | 单 价 | 金　额 | 税率 | 税　额 |
|---|---|---|---|---|---|---|---|
| 供电*电费 | | | | | 746.57 | 13% | 97.05 |
| 合　　　计 | | | | | ￥746.57 | | ￥97.05 |

| 价税合计（大写） | ⊗ 捌佰肆拾叁圆陆角贰分 | （小写）￥843.62 |
|---|---|---|

| 名　　称: | 北京中关村鸿嘉物业服务有限公司 | 备 | 2020. 10. 12-12. 10 |
|---|---|---|---|
| 纳税人识别号: | 91110108769918611R | | |
| 地　址、电　话: | 北京市海淀区东北旺北京中关村软件园孵化器3C一层 010-82825591-60 57 | 注 | |
| 开户行及账号: | 北京银行上地支行 01090946300120105073147 | | |



收款人: 金校国　　　复核: 张慧　　　开票人: 张立群

# 支 出 凭 单

2021 年  5 月  20 日          第          号

即  付北京磐地云计算科技发展有限公司

房租          款

对方科目编号

计人民币：陆万壹仟零玖拾壹元捌角捌分        ¥ 61091.88

领款人：                    主管审批：

财务主管          记帐          出纳          审核          制单

收款人：张茋瑾        复核：杨庆云        开票人：管理员

# 北京增值税专用发票



0204130

No **03352133** 1100204130
03352133

开票日期：2021年05月24日

| 称：网泰无限（北京）科技有限公司 |
| 人识别号：911101086615514831 |
| 址、电话：北京市海淀区东北旺西路8号院4号楼三层317室 |
| 开户行及账号：招商银行北京朝外大街支行867380205310001 |

密码区
037+/76<2<<<4440-*1>3--67346
5537631/80<--+/0/<7+94950+-5
-*37823/60/+*8>7+6<484720</*
<*>0>37<540184+*0372*+2*1--<

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *经营租赁*房屋租金 | | | | | 58182.74 | 5% | 2909.14 |
| 合　　　计 | | | | | ¥58182.74 | | ¥2909.14 |

价税合计（大写）　⊗陆万壹仟零玖拾壹圆捌角捌分　（小写）¥61091.88

| 销售方 | 名　称：北京云基地云计算科技发展有限公司 |
| | 纳税人识别号：91110108062816398T |
| | 地址、电话：北京市海淀区东北旺西路8号4号楼软件广场C座201室87120000 |
| | 开户行及账号：交通银行北京公主坟支行110061505018010058528 |

备注
北京市海淀区东北旺西路8号院4号楼三层317号
2021.5.22-2021.8.21房屋租金

收款人：张�godness瑾　复核：杨庆云　开票人：管理员

销售方：北京云基地云计算科技发展有限公司
发票专用章
91110108062816398T

Case 1:19-cv-01678 Document 48-84 Filed 06/20/23 Page 115 of 155



## 兴业银行
INDUSTRIAL BANK CO.,LTD

下载

| | |
|---|---|
| 受理单号 | 2021052032105676 复制 |
| 转账金额 | ¥61,091.88 |
| 金额大写 | 陆万壹仟零玖拾壹元捌角捌分 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 北京云基地云计算科技发展有限公司 |
| 收款人账户 | 321130 100100 249577 |
| 收款人银行 | 兴业银行 |
| 交易类型 | 实时行内转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限房租 |
| 交易时间 | 2021/05/20 16:51:29 |

资金到账状态请以收款账户实际收入为准

收款人：张红瑾

复核：杨庆云

开票人：管理员

Case 1:23-cv-04844 SMJ Document 4884 Filed 08/20/23 Page 138 of 785

支 出 凭 证

连续号
编 号

4130
783

科 目

2021 年 7 月 8 日

对方科目 _____

| 帐　户 | 支 出 说 明 | 金　额 |
|---|---|---|
| | | 千 百 十 万 千 百 十 元 角 分 |
| | 大兴庞村采村园会员在限要在小区风管费 | ￥ 1 0 8 0 0 0 0 |
| | | |
| | | |
| | | |
| 合　计 | 人民币壹万零捌佰元整 | |

主任　　　会计　　　出纳　　　领款人

附件
张

开户行及账方:北京银行上地支行010909463000120105004870

收款人 柯亮　　复核 王洪娟　　开票人 梁庆

发票专用章





1100204130　　　　北京增值税专用发票　　No **06982783** 1100204130
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　06982783

机器编号：
499910974150

开票日期2021年06月24日

| 购买方 | 名　称：网泰无限（北京）科技有限公司<br>纳税人识别号：91110108661551481<br>地址、电话：北京市海淀区东北旺西路8号院4号楼三层317室 010-58741717<br>开户行及账号：招商银行北京朝外大街支行 867380205310001 | 密码区 | 0373*5-3>-3>95<+102<7-6571+><br>8>97>572+4>>6911-+826+121669<br>0994>*82-34-*0355014/95262*+<br>6<-87/7>6401+8840318399>55+9 |

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *信息技术服务*网络服务费 | | | | | 10188.68 | 6% | 611.32 |
| 合　　　计 | | | | | ￥10188.68 | | ￥611.32 |

价税合计（大写）　⊗壹万零捌佰圆整　　　　　（小写）￥10800.00

| 销售方 | 名　称：北京中关村软件园发展有限责任公司<br>纳税人识别号：91110108722613378<br>地址、电话：北京市海淀区东北旺西路8号中关村软件园1号楼C座010-82825690<br>开户行及账号：北京银行上地支行01090946300120105004870 | 备注 | |

收款人 柯亮　　　复核 王洪娟　　　开票人 梁庆　　　销售方：（章）

Case 1:18-cv-11642-VM-VF Document 484 Filed 06/06/23 Page 48 of 75





下载手

| | |
|---|---|
| 受理单号 | 2021070869308771 复制 |
| 转账金额 | ¥10,800.00 |
| 金额大写 | 壹万零捌佰元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 北京中关村软件园发展有限责任公司 |
| 收款人账户 | 010909 463001 20105004870 |
| 收款人银行 | 北京银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限办公网络费用 |
| 交易时间 | 2021/07/08 11:37:22 |

资金到账状态请以收款账户实际收入为准

Case 1:18-cv-11642-VM-VF Document 484 Filed 06/04/23 Page 119 of 155



# 支 出 凭 证

连续号  
编 号

| 科 目 | | | 2021年 8月 6日 | | | 对方科目 _____ | | | |
|---|---|---|---|---|---|---|---|---|---|

2021年 8月 6日

| 帐 户 | | 支 出 说 明 | 金 额 |
|---|---|---|---|
| | | | 千百十万千百十元角分 |

| 帐 | 户 | 支 出 说 明 | 千 | 百 | 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 给北京云基地云计算庭组 | | | ￥ | 8 | 8 | 1 | 5 | 0 | 8 | 3 |

附件

张

| 合 计 | 囚拾万捌拾壹佰伍拾零元零捌角零分 |
|---|---|

主任　　　会计　　　出纳　　　领款人

收款人：张苑瑾　　复核：杨庆云　　开票人：管理员　　销 双示专用
7001760016



下载手机银行

| | |
|---|---|
| 受理单号 | 2021080617277082 复制 |
| 转账金额 | ¥85,150.83 |
| 金额大写 | 捌万伍仟壹佰伍拾元捌角叁分 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 北京云基地云计算科技发展有限公司 |
| 收款人账号 | 321130 100100 249577 |
| 收款人银行 | 兴业银行 |
| 交易类型 | 实时行内转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账号 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限办公室租金 |
| 交易时间 | 2021/08/06 15:58:53 |

资金到账状态请以收款账户实际收入为准

Case 1:24-cv-11644-FDS Document 48-34 Filed 06/06/23 Page 121 of 155



下载手机银行

| | |
|---|---|
| 受理单号 | 2021080617381171 复制 |
| 转账金额 | ¥3,000.00 |
| 金额大写 | 叁仟元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 北京云基地云计算科技发展有限公司 |
| 收款人账号 | 321130 100100 249577 |
| 收款人银行 | 兴业银行 |
| 交易类型 | 实时行内转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账号 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限办公室租金 |
| 交易时间 | 2021/08/06 16:13:56 |

资金到账状态请以收款账户实际收入为准

收款人：张红瑾　　复核：杨庆云　　开票人：管理员

1100204130

# 北京增值税专用发票

No **03352221** 1100204130
03352221

机器编号：499913199603

开票日期：2021年08月04日

| | |
|---|---|
| 购买方 | 名　称：网秦无限（北京）科技有限公司<br>纳税人识别号：911101086615514831<br>地址、电话：北京市海淀区东北旺西路8号院4号楼三层317室<br>开户行及账号：招商银行北京朝外大街支行867380205310001 | 密码区 | 037107*33>161516989<3>2-95+2<br>2**/<>*//2934/73<68+6576743*<br>4444-633>->+>64/88673+<0-3+8<br>5<0726254701+4+*0378/--<2075 |

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *经营租赁*房屋租金 | | | | | 83953.17 | 5% | 4197.66 |
| 合　　　计 | | | | | ￥83953.17 | | ￥4197.66 |

价税合计（大写）　⊗捌万捌仟壹佰伍拾圆捌角叁分　　　　　　（小写）￥88150.83

| | |
|---|---|
| 销售方 | 名　称：北京云基地云计算科技发展有限公司<br>纳税人识别号：91110108062816398T<br>地址、电话：北京市海淀区东北旺西路8号4号楼软件广场C座201室67863966<br>开户行及账号：交通银行北京公主坟支行110061505018010058528 | 备注 | 北京市海淀区东北旺西路8号院4号楼三层317号<br>2021.8.22-2021.12.31房屋租金 |

收款人：张莉瑾　　复核：杨庆云　　开票人：管理员　　销售方：（章）



# 支 出 凭 单

2021 年 1 月 10 日　　　第　　　号

即　　付　.................................................................

_____ 工资 _____ 款　　　对方科目编号

计人民币: 贰万元正 ..............................................　¥ 20000

领款人 : _____　　　主管审批 : _____

财务主管　　　　记帐　　　　出纳　　　　审核　　　　制单

Downloaded by [University Library] at Page 124 of 155

# 费用报销单

报销日期：2021 年 1 月 10日

编号 ☐

| 部门 | 行政 | | 项目名称 | | | | | | | | | | |
|------|------|---|---------|---|---|---|---|---|---|---|---|---|
| 摘　要 | | | 金　额 | | | | | | | | 科　目 | 附据 |
| | | 百 | 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 | | |
| 交通费 | | | | | ￥ | 1 | 9 | 6 | 0 | 0 | | |
| 快递费 | | | | | | ￥ | 7 | 5 | 0 | 0 | | |
| 办公费 | | | | ￥ | 2 | 5 | 2 | 1 | 9 | 4 | | |
| | | | | | | | | | | | | |
| 人民币（大写） 佰 拾⊗万贰仟柒佰玖拾贰元玖角肆分 | | | | ￥ | 2 | 7 | 9 | 2 | 9 | 4 | | |

| 领导批示 | 财务主管 | | 部门主管 | |
|---------|---------|---|---------|---|
| 会计 | 出纳 | | 领款人 周娇娇 | |

北京增值税普通发票

0204

No 22377975

开票日期

| 名称、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 技术服务费 | | | | | | | |
| 合计 | | | | | | | |

有限（北京）科技有限公司
91110108661551483
北京市海淀区东北旺西路8号院4号楼三层317室58741717
招商银行北京朝外大街支行857380205310001

密码区

价税合计（大写）  ⊗ 贰仟圆整

（小写）¥

销售方
名　　称：北京阳光雨博科技发展有限公司
纳税人识别号：91110108067267439T
地址、电话：北京市海淀区中关村科贸电子4B19482807854
开户行及账号：民生银行中关村西区支行0143012630003801

备注

收款人：管理员　　复核：管理员　　开票人：管理员



# 差 旅 费 报 销 单

部门 _____  2021年 1 月 25 日

丙式—104

12×21 厘米（适）

| 出差人 | 郭九麟 由宝乐 | | | | | 出差事由 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 出　发 | | | | 到　达 | | | 交通工具 | 交通费 | | 出差补贴 | | 其　他　费　用 | |
| 月 | 日 | 时 | 地点 | 月 | 日 | 时 | 地点 | | 单据张数 | 金额 | 天数 | 金额 | 项　目 | 单据张数 | 金额 |

| 月 | 日 | 时 | 地点 | 月 | 日 | 时 | 地点 | 交通工具 | 单据张数 | 金额 | 天数 | 金额 | 项目 | 单据张数 | 金额 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | | 三亚 | 1 | 4 | | 北京西 | 火车 | 3 | 3055 | | | 住　宿　费 | 3 | 11145 |
| 1 | 19 | | 北京西 | 1 | 21 | | 三亚 | 火车 | 2 | 3077 | | | 市内车费 | | |
| | | | | | | | | | | | | 邮　电　费 | | |
| | | | | | | | | | | | | 办公用品费 | | |
| | | | | | | | | | | | | 不买卧铺补贴 | | |
| | | | | | | | | | | | | 其　他 | 47 | 2279 |
| 合　计 | | | | | | | | | 5 | 6132 | | | | | |

| 报销总额 | 人民币（大写 壹万玖仟伍佰伍拾陆元正 ）  19556 | 予借旅费 | ¥ |
|---|---|---|---|
| | | 补领金额 | ¥ |
| | | 退还金额 | ¥ |

主管　　　　　　审核　　　　　　　出纳　　　　　　　领款人

附件 张

开户行及账号：民生银行股份有限公司北京什刹海支行694667040

款人：王桂芳　　　复核：王晓磊　　　开票人：耿飞　　　销售方：



 兴业银行

| | |
|---|---|
| 受理单号 | 2021020321716557 |
| 转账金额 | ¥15,175.00 |
| 金额大写 | 壹万伍仟壹佰柒拾伍元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 曲宝玉 |
| 收款人账户 | 622908 623014 664778 |
| 收款人银行 | 兴业银行 |
| 交易类型 | 实时行内转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限差旅费用 |
| 交易时间 | 2021/02/03 10:20:00 |

资金到账状态请以收款账户实际收入为准

Case 1:18-cv-15342-MMF Document 5834-11 Filed 08/30/23 Page 98 of 155

# 北京增值税专用发票

1100203130

No 10926516

机器编号：499936189133

全国统一发票监制
北京市
发票专用章
国家税务局监制

1100203130
10926516

开票日期：2021 年 01 月 19 日

| 购买方 | 名　　称：网泰无限（北京）科技有限公司 |
|---|---|
| | 纳税人识别号：91110108665154831 |
| | 地址、电话：北京市海淀区东北旺西路8号院4号楼三层317室 010-58741717 |
| | 开户行及账号：招商银行北京朝外大街支行 867380205310001 |

密码区：
038-5851104-/<7933<42863>6/4
//3*<5-2-5*59<-<9/50736<-7/<
-+1>*7431324+<872*464>9*<7*2
284/8*5735011<<*03>57+/04/97

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金　额 | 税率 | 税　额 |
|---|---|---|---|---|---|---|---|
| *住宿服务*住宿费 | | | 1 | 509.433962264 | 509.43 | 6% | 30.57 |
| 合　　计 | | | | | ￥509.43 | | ￥30.57 |

价税合计（大写）　⊗ 伍佰肆拾圆整　（小写）￥540.00

| 销售方 | 名　　称：北京桔子时代酒店管理有限公司 |
|---|---|
| | 纳税人识别号：91110102344278786B |
| | 地址、电话：北京市西城区羊房胡同9号 010-53859000 |
| | 开户行及账号：民生银行股份有限公司北京什刹海支行694667040 |

备注

桔子时代酒店管理有
91110102344278786B
发票专用章

收款人：王桂芳　　复核：王晓磊　　开票人：耿飞　　销售方：（章）

第三联：发票联 购买方记账凭证

Case 1:18-cv-16642-WMW-VF Document 4834 Filed 06/20/23 Page 89 of 155

# 上海增值税电子普通发票

发票代码：031002000311
发票号码：40013652
开票日期：2021 年 01 月 19 日
校验码：14899 69746 94641 78349

499098986378

称：网泰无限(北京)科技有限公司

纳税人识别号：911101086615514831

地址、电话：

开户行及账号：

密码区

```
03>8>8-44/7+/-5031<7>1/12+<5
2-38/*15-3-14981+3765311-*<7
25</2<+78->610-8+*//**4860+8
+4<37662-0011><*19-05<+8*688
```

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| *经纪代理服务*代订住宿费 | | | 1 | 7248.113208 | 7248.11 | 6% | 434.89 |
| 合计 | | | | | ¥7248.11 | | ¥434.89 |

价税合计（大写）　　⊗　柒仟陆佰捌拾叁圆整　　　　（小写）¥7683.00

销售方

名称：上海赫程国际旅行社有限公司
纳税人识别号：91310110350849784X
地址、电话：上海市长宁区金钟路968号凌空SOHO 10106666
开户行及账号：工商银行上海市桂林路支行 1001294809200130726

备注：14293444025，14265670273，14274510251，14282548945，14301610
669合并开票。

收款人：高亚军　　　复核：谷伟芳　　　开票人：戴操　　　销售方：（章）

上海赫程国际旅行社有限公司
91310110350849784X
发票专用章



H063151

亚 站 ⟶ Z202 北 京 西 站

2021年01月02日 08车03号 下铺

￥1560.0元 新空软包

限乘当日当次车 随原票使用有效

合手续费:3.0元 加收:0.0元 事由:变更变高包

原票:A054359 新空硬卧上

Q630101041010210H063151 广州客运段补

民 币:

款

￥

Case 1:18-cv-11642-VM-VF Document 484 Filed 06/06/23 Page 131 of 155

上海增值税电子普通发票

发票代码： 031002000311
发票号码： 41391704
开票日期： 2021 年 01 月 19 日
校验码 ： 08773 00353 85796 04046

6386

称： 网秦无限(北京)科技有限公司
别号： 911101086615514831
电话：
及账号：

| 密码区 | 0383*7*1685>036+334/63>59+65<br>0244<50688287>734-+>993+6/>3<br>59*935/+-+53>1</<*3430345940<br><05-/6-+66011/<*192**7+<<</2 |

| 应税税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 旅游务*代订住宿费 | | | 1 | 2756.603774 | 2756.6 | 6% | 165.4 |
| | | | | | | | |
| 合计 | | | | | ¥2756.60 | | ¥165.40 |

| 价税合计(大写) | ⊗ 贰仟玖佰贰拾贰圆整 | (小写) ¥2922.00 |

| 销售方 | 名 称： 上海赫程国际旅行社有限公司<br>纳税人识别号： 91310110350849784X<br>地址、电话： 上海市长宁区金钟路968号凌空SOHO 10106666<br>开户行及账号： 工商银行上海市桂林路支行 1001294809200130726 | 备注 | 14243558279, 14249364648, 14260283597 合并开票 |

收款人： 高亚军      复核： 谷伟芳      开票人： 戴操      销售方：(章)

01001900104

北京增值税普通发票



No 53457412

011001900104
53457412

机器编号：
499936189133

开票日期： 2021 年 01 月 19 日

名　　称：网泰无限（北京）科技有限公司
纳税人识别号：911101086615514831
地址、电话：
开户行及账号：

密码区

03530*7/82/7837<<2-/71<9/745
7-146/++72/290245581>*1>582/
84<2>+6*8/*522<953*315*513<9
248592<9<3011<<*065-1/2991*6

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 饮服务*餐饮费 | | | 1 | 866.981132075 | 866.98 | 6% | 52.02 |
| 合　　计 | | | | | ￥ 866.98 | | ￥ 52.02 |

价税合计（大写）　⊗ 玖佰壹拾玖圆整　　　　（小写）￥ 919.00

名　　称：北京桔子时代酒店管理有限公司
纳税人识别号：91110102344278786B
地址、电话：北京市西城区羊房胡同9号010-53859000
开户行及账号：民生银行股份有限公司北京什刹海支行694667040

备注

校验码 02239 79864 9682...



款人：　王桂芳　　　复核：　王晓磊　　　开票人：　耿飞

第二联：发票联　购买方记账凭证

Case 1:18-cv-11642-VM-VF  Document 428-4  Filed 06/01/23  Page 55 of 77

西站 **Z201** 三 亚站
jingxi　　Sanya
01月19日 17:54开　08车007号下铺
289.0元　　新空调高级软卧

仅供报销使用
2310031982****0018 曲宝玉
温馨提示：本次列车途经琼州海峡，特殊季节遇台
风等恶劣天气，轮渡可能停航，敬请关注天气预报。

21152310440120008I220　北京西售

京西站
eijingxi
022号中铺
空调硬卧

单

日　　第

---

A054359

三 亚站 **Z202** 北京西站
Sanya　　　　Beijingxi
2021年01月02日 17:22开　06车022号上铺
￥733.0元　　新空调硬卧

仅供报销使用
3301211970****9712 郭力麟
温馨提示：本次列车途经琼州海峡，特殊季节遇台
风等恶劣天气，轮渡可能停航，敬请关注天气预报。

51481200290103A054359　三亚售

款　　　对方科目编号

￥

主管审批：

审核

收款人：　高亚军　　复核：　谷伟方　　开票人：

Case 1:18-cv-11642-VM-VF   Document 448-3   Filed 06/26/23   Page 134 of 155

A054358

三　亚站　Z202　北京西站
Sanya　　　　　Beijingxi
2021年 01月 02日 17:22开　06车 022号中铺
￥762.0元　　　　　新空调硬卧

仅供报销使用
2310031982****0018 曲宝玉
温馨提示: 本次列车途经琼州海峡, 特殊季节遇台
风等恶劣天气, 轮渡可能停航, 敬请关注天气预报.



51481200290103A054358　三亚售

Q081219

北京西站　Z201　三　亚站
Beijingxi　　　　　Sanya
2021年 01月 19日 17:54开　03车 003号下铺
￥788.0元　　　　　新空调硬卧

仅供报销使用
3301211970****9712 郭力麟
温馨提示: 本次列车途经琼州海峡, 特殊季节遇台
风等恶劣天气, 轮渡可能停航, 敬请关注天气预报
.



21152310440120O081219　北京西售

单

日　　　　　第

款　　　　对方科目编号

￥

管审批:

审核

CBaecd 1t88:evk16642VMMY9F DDoooment44884 FRédd06f20223 Phgge153 of 785



兴业银行

下载手机银行

| | |
|---|---|
| 受理单号 | 2021010890427694 复制 |
| 转账金额 | ¥10,000.00 |
| 金额大写 | 壹万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 郝坤 |
| 收款人账户 | 622588 013468 0827 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限薪资 |
| 交易时间 | 2021/01/08 11:52:51 |

资金到账状态请以收款账户实际收入为准

Case 1:18-cv-11642-VM-VF Document 48-34 Filed 05/26/23 Page 138 of 155

 兴业银行


 下载手机银

| | |
|---|---|
| 受理单号 | 2021010890427298 |
| 转账金额 | ¥10,000.00 |
| 金额大写 | 壹万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 周冰洁 |
| 收款人账户 | 621483 015551 5736 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限薪资 |
| 交易时间 | 2021/01/08 11:52:01 |

此查到账状态 请以收款账户实际收入为准

Case 1:18-cv-11642-VM-VF Document 484 Filed 06/05/23 Page 137 of 155



# 支 出 凭 证

连续号
编　号

303—4

12×21 厘米 (通)

| 科　目 | | 2021年　3月　10日 | 对方科目 _____ | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 帐　　户 | | 支　出　说　明 | 金　额 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 千 | 百 | 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 |
| | | 乙资 | | | ￥ | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 合　　　计 | | | | | | | | | | | | |

主　任　　　　　会　计　　　　　出　纳　　　　　领款人

附件

张

Case 1:18-cv-11642-VM-VF Document 448-4 Filed 03/26/23 Page 188 of 735



兴业银行
INDUSTRIAL BANK CO.,LTD.

下载手机

| | |
|---|---|
| 受理单号 | 2021031094325987 复制 |
| 转账金额 | ¥10,000.00 |
| 金额大写 | 壹万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 郝坤 |
| 收款人账户 | 622588 013468 0827 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代发网秦无限员工薪资 |
| 交易时间 | 2021/03/10 16:16:21 |

资金到账状态请以收款账户实际收入为准

Case 1:18-cv-11642-VM-VF Document 484 Filed 06/06/23 Page 139 of 155

 兴业银行
INDUSTRIAL BANK CO.,LTD


下载手机银行

| | |
|---|---|
| 受理单号 | 2021031094349596 [复制] |
| 转账金额 | ¥10,000.00 |
| 金额大写 | 壹万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 周冰洁 |
| 收款人账户 | 621483 015551 5736 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代发网秦无限员工薪资 |
| 交易时间 | 2021/03/10 16:17:32 |

资金到账状态请以收款账户实际收入为准

# 支 出 凭 单

2021年 4月 10日                第        号

即    付 ........................................................................................

_____ 工资 _____ 款        对方科目编号

计人民币：贰万元正 ........................................................    ¥  20000

领款人：_____        主管审批：_____

财务主管            记帐            出纳            审核            制单



**兴业银行**
INDUSTRIAL BANK CO.,LTD.

下载

| | |
|---|---|
| 受理单号 | 2021041040531791 复制 |
| 转账金额 | ¥10,000.00 |
| 金额大写 | 壹万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 周冰洁 |
| 收款人账户 | 621483 015551 5736 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代发网秦无限薪资 |
| 交易时间 | 2021/04/10 14:09:29 |

资金到账状态请以收款账户实际收入为准



**兴业银行**
INDUSTRIAL BANK CO.,LTD

下载

| | |
|---|---|
| 受理单号 | 2021041040556770 复制 |
| 转账金额 | ¥10,000.00 |
| 金额大写 | 壹万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 郝坤 |
| 收款人账户 | 622588 013468 0827 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代发网秦无限薪资 |
| 交易时间 | 2021/04/10 14:14:45 |

资金到账状态请以收款账户实际收入为准

Case 1:18-cv-11642-VM-VF Document 484 Filed 06/04/23 Page 143 of 155

# 支 出 凭 单

2021 年 5 月 10 日 第

即 付 .................................................................................

............ 员工工资 ............ 款

| 对方科目编号 |

计 人 民 币：贰万元足 .................................................. ￥ 20000

领款人：＿＿＿＿＿＿＿＿＿＿  主管审批：＿＿＿＿＿＿＿＿＿

财务主管  记帐  出纳  审核  制单

丙式—75

12×21 厘米（通）

Classification: Document 3841 - Record 10/2223 - Page 144 of 155



## 兴业银行
### INDUSTRIAL BANK CO.,LTD

下载

| | |
|---|---|
| 受理单号 | 20210510812298142 复制 |
| 转账金额 | ¥10,000.00 |
| 金额大写 | 壹万元整 |
| 手续费 | ￥0.00 |
| 收款人姓名 | 郝坤 |
| 收款人账户 | 622588 013468 0827 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限员工薪资 |
| 交易时间 | 2021/05/10 14:49:10 |

资金到账状态请以收款账户实际收入为准

费用报销单

报销日期：2021 年 5 月 10 日

编号

项目名称

兴业银行
INDUSTRIAL BANK CO.,LTD

下载手机银行

回单 复制

| | |
|---|---|
| 受理单号 | 20210510081311232 |
| 转账金额 | ¥10,000.00 |
| 金额大写 | 壹万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 周冰洁 |
| 收款人账户 | 621483 015551 5736 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381 * |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限员工薪资 |
| 交易时间 | 2021/05/10 14:50:34 |

资金到账状态请以收款账户实际收入为准


## 兴业银行
INDUSTRIAL BANK CO.,LTD

| | |
|---|---|
| 受理单号 | 2021051716792318 复制 |
| 转账金额 | ¥47,760.00 |
| 金额大写 | 肆万柒仟柒佰陆拾元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 郝坤 |
| 收款人账户 | 622588 013468 0827 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限员工社保费用（自行缴纳）补偿 |
| 交易时间 | 2021/05/17 17:23:22 |

资金到账时会通以收款账户实际收款为准

Case 1:18-cv-11642-VM-VF Document 484 Filed 06/20/23 Page 147 of 155

# 支 出 凭 单

2021 年 5 月 17 日　　　　第　　号

即　付　郭坤

五险一金补偿(2020.6-2021.5)款　　　　对方科目编号

计人民币：肆万柒仟柒佰陆拾元正　　　　¥ 47760

领款人：＿＿＿＿＿＿＿　　　　主管审批：＿＿＿＿＿＿＿

财务主管　　　　记帐　　　　出纳　　　　审核　　　　制单

丙式—75　　12×21 厘米（函）

Chent.13bbaa14bf12e1byl / Document#14041 Pdf.040883231 Pfgps98 of 155



# 支 出 凭 证

303—4

12×21 厘米 (通)

| 科 目 | | 对方科目 _____ |
|---|---|---|

2021年 6月 10日

| 帐 户 | | 支 出 说 明 | 金 额 |||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 千 | 百 | 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 |
| | | 工资 | ¥ | | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 合 计 | | 囤贰万元正 | | | | | | | | | | |

附件

强

主任　　　　会计　　　　出纳　　　　领款人

## 95561

## 10日11:52账户
## *8381*汇款汇出…

| | |
|---|---|
| 金额大写 | 壹万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 周冰洁 |
| 收款人账户 | 621483 015551 5736 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限薪资 |
| 交易时间 | 2021/06/10 11:52:28 |

资金到账状态请以收款账户实际收入为准



Case 1:18-cv-11642-VM-VF Document 448-3 Filed 06/26/23 Page 79 of 77

下载手机银行

| | |
|---|---|
| 受理单号 | 2021061028906804　复制 |
| 转账金额 | ¥10,000.00 |
| 金额大写 | 壹万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 郝坤 |
| 收款人账户 | 622588 013468 0827 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限薪资 |
| 交易时间 | 2021/06/10 11:51:03 |

资金到账状态请以收款账户实际收入为准



# 支 出 凭 证

连续号
编　号

2021年 7月 10日　　对方科目＿＿＿＿＿

| 科　目 | | | |
|---|---|---|---|

| 帐　　　户 | 支　出　说　明 | 金　额 |
|---|---|---|
| | | 千 百 十 万 千 百 十 元 角 分 |
| | 工资 | ¥2 0 0 0 0 0 0 |
| | | |
| | | |
| | | |
| 合　　　计 | 贰万元正 | |

主任　　　　会计　　　　出纳　　　　领款人

303—4

12×21厘米（湿）

## 兴业银行
INDUSTRIAL BANK CO.,LTD

| | |
|---|---|
| 受理单号 | 2021071079982118 复制 |
| 转账金额 | ¥10,000.00 |
| 金额大写 | 壹万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 郝坤 |
| 收款人账户 | 622588 013468 0827 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限人员薪资 |
| 交易时间 | 2021/07/10 10:11:53 |

资金到账状态请以收款账户实际收入为准

Case 1:18-cv-11642-VM-VF Document 484 Filed 06/26/23 Page 153 of 155



## 兴业银行
### INDUSTRIAL BANK CO.,LTD

下载手机

| | |
|---|---|
| 受理单号 | 2021071079986386 复制 |
| 转账金额 | ¥10,000.00 |
| 金额大写 | 壹万元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 周冰洁 |
| 收款人账户 | 621483 015551 5736 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 代付网秦无限人员薪资 |
| 交易时间 | 2021/07/10 10:14:55 |

资金到账状态请以收款账户实际收入为准

Cited:53bb5afbba1bf2e1 [Document#154] 5thpg#05423 Page154 of 155



# 支 出 凭 证

2021 年 7 月 21 日     对方科目 _____

| 科 目 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 帐 户 | | 支 出 说 明 | 千 | 百 | 十 | 万 | 千 | 百 | 十 | 元 | 角 | 分 | |
| | | 付园水治自造一金补偿 | | | | ¥ | 4 | 7 | 7 | 6 | 0 | 0 | 附件 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | 张 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 合 计 | | 因建乃某仟柒佰陆拾元又 | | | | | | | | | | | |
| 主任 | | 会 计 | 出 纳 | | | | | | 领款人 | | | | |

收款人 柯亮          复核 王洪娟          开票人 樑庆



发票专用章



**兴业银行**
INDUSTRIAL BANK CO.,LTD

下载手机银行

| | |
|---|---|
| 受理单号 | 202107213817430 复制 |
| 转账金额 | ¥47,760.00 |
| 金额大写 | 肆万柒仟柒佰陆拾元整 |
| 手续费 | ¥0.00 |
| 收款人姓名 | 周冰洁 |
| 收款人账户 | 621483 015551 5736 |
| 收款人银行 | 招商银行 |
| 交易类型 | 实时跨行转账 |
| 付款人姓名 | 郭力麟 |
| 付款人账户 | 6229 **** 8381* |
| 付款人银行 | 兴业银行 |
| 转账备注 | 员工自缴五险一金补偿 |
| 交易时间 | 2021/07/21 16:56:17 |

资金到账状态请以收款账户实际收入为准