```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANYE BALIGA,

                        Plaintiff,

    - against -

LINK MOTION INC., et al.,

                        Defendant.

**18 Civ. 11642 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The court-appointed receiver, Robert W. Seiden ("Receiver"), and plaintiff, Wayne Baliga ("Baliga"), are directed to respond to the allegations made by Vincent Wenyong Shi in a letter submitted to the Court dated July 17, 2023 (Dkt. No. 454) regarding the payments made by the Receiver's agent in China, Francis "Lilin" Guo, to Baliga's counsel at Greenberg Traurig, LLP. The Receiver and Baliga shall file their responses within five (5) days of the date of this Order.

**SO ORDERED.**

Dated:    18 July 2023
            New York, New York

                                          _____
                                          Victor Marrero
                                            U.S.D.J.