# FELICELLO

|  |  |
|---|---|
| Michael James Maloney<br>Partner | Felicello Law P.C.<br>366 Madison Avenue<br>3rd Floor<br>New York, NY 10017<br><br>Tel. +1 (212) 584-7806<br>mmaloney@felicellolaw.com |

**VIA ECF**                                                                                            August 18, 2023

Hon. Victor Marrero
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Baliga, et al. v. Link Motion Inc., et al.*, Case No. 1:18-cv-11642-VM-VF (S.D.N.Y.)
       Extension of time to file objections to R&R (Dkt. 466)

Dear Judge Marrero:

     We represent Dr. Vincent Wenyong Shi ("Dr. Shi"). We write jointly with counsel for Robert W. Seiden, the court-appointed receiver (the "Receiver"), and plaintiff Wayne Baliga ("Plaintiff") to request a scheduling order for the filing of objections and briefing regarding the Report & Recommendation (the "R&R") issued by Magistrate Judge Figueredo on August 11, 2023 (Dkt. 466). Objections are currently due on August 25, 2023. Defendant Shi respectfully requests that the Court enter an Order extending the time to file objections to R&R to Friday, September 15, 2023. I have met and conferred with counsel for the Receiver and Plaintiff who consent to this extension.

                                                                                                                Respectfully submitted,

                                                                                                                */s/ Michael James Maloney*

                                                                                                                Michael James Maloney

cc:     All counsel of record (via ECF)

*Admitted to practice law in New York