**MANDATE**

N.Y.S.D. Case # 18-cv-11642(VM)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of September, two thousand twenty-three.

_____

| | |
|---|---|
| Wayne Baliga, derivatively on behalf of Link Motion Inc., FKA NQ Mobile Inc., | **ORDER** <br> Docket No. 23-827 |
|     Plaintiff - Appellee, | |
| Robert W. Seiden, 469 Seventh Avenue New York, NY 10018 (212) 523-0686, | |
|     Receiver - Appellee, | |
| v. | |
| Vincent Wenyong Shi, | |
|     Defendant - Appellant, | |
| Link Motion Inc., FKA NQ Mobile Inc., | |
|     Nominal Defendant, | |
| LkmForward, Henry Lin, Matthew Mathison, Omar Khan, | |
|     Third-Party-Defendants, | |
| Jia Lian, Xiao Yu, Roland Wu, Zemin Xu, | |
|     Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/14/2023

_____

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

**MANDATE ISSUED ON 09/14/2023**

The stipulation is hereby "So Ordered".

                                For The Court:

                                Catherine O'Hagan Wolfe,
                                Clerk of Court

*[Signature: Catherine O'Hagan Wolfe, with Second Circuit seal]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe, with Second Circuit seal]*