# Appendix A

**Summary of Fraudulent Expense Claims**

|  | Sum of Fraudulent VAT Expense Claims |  |
|---|---|---|
| ECF No. 448-1 | ¥ | 1,468,525.94 |
| ECF No. 448-2 | ¥ | 2,094,360.29 |
| ECF No. 448-3 | ¥ | 287,430.31 |
| Total | ¥ | 3,850,316.54 |
| USD:CNY Conversion ratio |  | 6.8 |
| Total | $ | 566,223.02 |

|  | Sum of Fraudulent Personal Expense Claims |  |
|---|---|---|
|  | ¥ | 825,020.41 |
| USD:CNY Conversion ratio |  | 6.8 |
| Total | $ | 121,326.53 |

|  | Sum of Fraudulent Legal Expense Claims |  |
|---|---|---|
|  | ¥ | 2,388,139.91 |
| USD:CNY Conversion ratio |  | 6.8 |
| Total | $ | 351,197.05 |

| Total Fraudulent Expense Claims: | $ | 1,038,746.60 |
|---|---|---|

|  | Loan Balance Claimed by Guo for conversion | Class B Shares Issued |
|---|---|---|
| ECF No. 419-3 at ECF page 31 of 34: | $894,055 | 44,702,750 |
| ECF No. 419-8 at ECF page 40 of 43: | $831,400 | 41,570,000 |
| Total: | $1,725,455 | $86,272,750 |

Fraudulent VAT Expense Claims

**ECF No. 448-1**

| ECF page no. | Amount | Date | ECF page no. | Amount | Date | ECF page no. | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 3 | ¥ 1,969.00 | 7/10/19 | 52 | ¥ 35,493.48 | 12/6/19 | 125 | ¥ 32.00 | 11/8/19 |
| 6 | ¥ 689.00 | 7/10/19 | 53 | ¥ 4,034.00 | 6/28/19 | 126 | ¥ 36.00 | 10/31/21 |
| 7 | ¥ 60.00 | 7/10/19 | 54 | ¥ 552.00 | 7/3/19 | 127 | ¥ 36.00 | 11/5/19 |
| 8 | ¥ 102.60 | 7/10/19 | 55 | ¥ 10,000.00 | 7/2/19 | 128 | ¥ 13.00 | 11/6/19 |
| 9 | ¥ 2,498.97 | 7/10/19 | 56 | ¥ 913.00 | 10/20/19 | 130 | ¥ 14.00 | 10/12/19 |
| 10 | ¥ 2,288.00 | 7/10/19 | 57 | ¥ 10,000.00 | 7/2/19 | 132 | ¥ 36.00 | 10/25/19 |
| 11 | ¥ 300.00 | 7/30/19 | 58 | ¥ 10,000.00 | 7/2/19 | 133 | ¥ 52.00 | 10/29/19 |
| 12 | ¥ 7.50 | 7/30/19 | 59 | ¥ 10,000.00 | 7/2/19 | 134 | ¥ 26.00 | 10/29/19 |
| 13 | ¥ 16.90 | 7/31/19 | 60 | ¥ 847.90 | 7/2/19 | 135 | ¥ 26.00 | 10/14/19 |
| 14 | ¥ 88.98 | 7/31/19 | 61 | ¥ 4,552.00 | 7/6/19 | 127 | ¥ 724.41 | 12/4/19 |
| 15 | ¥ 44.00 | 8/6/19 | 62 | ¥ 22,581.91 | 7/7/19 | 138 | ¥ 5,388.00 | 12/4/19 |
| 16 | ¥ 43.40 | 7/26/19 | 63 | ¥ 220.00 | 7/12/19 | 129 | ¥ 13.00 | |
| 17 | ¥ 679.00 | 8/6/19 | 64 | ¥ 26.00 | 7/23/19 | 140 | ¥ 36.00 | 11/14/19 |
| 19 | ¥ 8,497.97 | 8/6/19 | 65 | ¥ 96.00 | 7/12/19 | 141 | ¥ 11.00 | 11/27/19 |
| 20 | ¥ 218.70 | 8/6/19 | 67 | ¥ 5,719.36 | 7/19/19 | 142 | ¥ 13.00 | 12/4/19 |
| 22 | ¥ 5,998.00 | 8/6/19 | 69 | ¥ 600.00 | 7/22/19 | 143 | ¥ 13.00 | 11/28/19 |
| 23 | ¥ 9,885.00 | 8/6/19 | 71 | ¥ 15,984.00 | 7/26/19 | 144 | ¥ 13.00 | 11/28/19 |
| 24 | ¥ 4,400.00 | 8/22/19 | 72 | ¥ 1,463.81 | 7/26/19 | 145 | ¥ 13.00 | 12/9/19 |
| 25 | ¥ 104.70 | 9/6/19 | 78 | ¥ 1,170.70 | 6/26/19 | 146 | ¥ 26.00 | 11/27/19 |
| 26 | ¥ 113.60 | 8/20/19 | 79 | ¥ 1,399.20 | 8/26/19 | 147 | ¥ 36.00 | 11/14/19 |
| 27 | ¥ 92.00 | 8/21/19 | 80 | ¥ 3,120.22 | 8/26/19 | 148 | ¥ 36.00 | 11/14/19 |
| 28 | ¥ 105.00 | 8/23/19 | 81 | ¥ 15,702.10 | 9/18/19 | 150 | ¥ 13.00 | 12/9/19 |
| 29 | ¥ 21.00 | 8/26/19 | 84 | ¥ 26.00 | 9/3/19 | 151 | ¥ 13.00 | 12/5/19 |
| 30 | ¥ 170.90 | 8/16/19 | 86 | ¥ 15.00 | 8/27/19 | 153 | ¥ 103.50 | 11/27/19 |
| 31 | ¥ 57.80 | 8/23/19 | 87 | ¥ 13.00 | 8/23/19 | 154 | ¥ 25.00 | 11/13/19 |
| 32 | ¥ 95.00 | 8/16/19 | 88 | ¥ 13.00 | 8/6/19 | 161 | ¥ 2,200.00 | 8/7/19 |
| 33 | ¥ 138.98 | 9/19/19 | 89 | ¥ 36.00 | 8/19/19 | 162 | ¥ 50,000.00 | 8/22/19 |
| 34 | ¥ 30.00 | 10/12/19 | 92 | ¥ 46.00 | 9/6/19 | 163 | ¥ 50,000.00 | 8/22/19 |
| 35 | ¥ 104.70 | 10/15/19 | 100 | ¥ 603.00 | 9/26/19 | 164 | ¥ 100,000.00 | 8/23/19 |
| 36 | ¥ 100,000.00 | 6/26/19 | 101 | ¥ 10,472.00 | 9/26/19 | 165 | ¥ 100,000.00 | 8/23/19 |
| 37 | ¥ 35,493.48 | 6/26/19 | 104 | ¥ 13.00 | 9/10/19 | 166 | ¥ 100,000.00 | 8/23/19 |
| 39 | ¥ 13.00 | 8/6/19 | 105 | ¥ 14.00 | 10/9/19 | 167 | ¥ 14,400.00 | 8/23/19 |
| 40 | ¥ 1,250.00 | 8/9/19 | 106 | ¥ 13.00 | 9/19/19 | 169 | ¥ 50,000.00 | 9/16/19 |
| 41 | ¥ 100,000.00 | 9/5/19 | 108 | ¥ 18.00 | 9/20/19 | 171 | ¥ 50,000.00 | 9/18/19 |
| 42 | ¥ 35,493.48 | 9/5/19 | 109 | ¥ 13.00 | 9/18/19 | 172 | ¥ 100,000.00 | 10/25/19 |
| 43 | ¥ 839.42 | 9/11/19 | 110 | ¥ 13.00 | 9/18/19 | 173 | ¥ 50,000.00 | 10/8/19 |
| 45 | ¥ 84.27 | 9/24/19 | 112 | ¥ 46.00 | 9/26/19 | 174 | ¥ 100,000.00 | 11/5/19 |
| 46 | ¥ 396.34 | 9/24/19 | 116 | ¥ 13.00 | 9/19/19 | 175 | ¥ 336.00 | 10--2019 |
| 47 | ¥ 66.78 | 9/24/19 | 117 | ¥ 13.00 | 9/18/19 | 176 | ¥ 30.00 | 11/13/19 |
| 48 | ¥ 623.88 | 10/16/19 | 118 | ¥ 13.00 | 9/20/19 | 177 | ¥ 2,248.00 | 10//11/13/2019 |
| 49 | ¥ 24,000.00 | 10/16/19 | 119 | ¥ 14.00 | 10/9/19 | 178 | ¥ 1,220.00 | 10//11/13/2019 |
| 50 | ¥ 88,220.00 | 10/17/19 | 120 | ¥ 46.00 | 9/26/19 | 179 | ¥ 38.00 | 10//11/13/2019 |
| 51 | ¥ 100,000.00 | 12/6/19 | 124 | ¥ 46.00 | 11/6/19 | 183 | ¥ 30.00 | 11/13/19 |

Total:    ¥ 1,468,525.94

Fraudulent VAT Expense Claims

**ECF No. 448-2**

| ECF page no. | Amount | Date | ECF page no. | Amount | Date |
|---|---|---|---|---|---|
| 3 | ¥ 25.00 | 11/13/19 | 66 | ¥ 3,166.00 | 7/24/20 |
| 4 | ¥ 13.00 | 12/13/19 | 69 | ¥ 2,912.50 | 8/5/20 |
| 5 | ¥ 110.70 | 1/8/20 | 72 | ¥ 100,000.00 | 8/13/20 |
| 6 | ¥ 13.00 | 12/13/19 | 73 | ¥ 55,700.00 | 8/13/20 |
| 7 | ¥ 13.00 | 1/8/20 | 79 | ¥ 95,350.00 | 8/27/20 |
| 9 | ¥ 25.00 | 1/13/20 | 80 | ¥ 100,000.00 | 8/27/20 |
| 10 | ¥ 15.00 | 3/2/20 | 81 | ¥ 100,000.00 | 8/27/20 |
| 11 | ¥ 25.00 | 2/13/20 | 84 | ¥ 100,000.00 | 8/24/20 |
| 20 | ¥ 2,190.00 | 9/24/20 | 85 | ¥ 100,000.00 | 8/24/20 |
| 21 | ¥ 1,592.00 | 9/22/19 | 86 | ¥ 56,350.94 | 8/24/20 |
| 22 | ¥ 3,050.00 | 9/24/20 | 88 | ¥ 100,000.00 | 8/24/20 |
| 25 | ¥ 1,062.00 | 3/10/20 | 90 | ¥ 100,000.00 | 9/9/20 |
| 26 | ¥ 6,145.00 | 3/10/20 | 104 | ¥ 1,336.87 | 3/10/20 |
| 28 | ¥ 1,853.00 | 4/4/20 | 106 | ¥ 87.77 | 3/10/20 |
| 29 | ¥ 25.00 | 3/13/20 | 107 | ¥ 69.55 | 3/10/20 |
| 30 | ¥ 13.00 | 4/9/20 | 110 | ¥ 16,989.84 | 4/17/20 |
| 31 | ¥ 122.12 | 3/15/20 | 111 | ¥ 100,000.00 | 4/17/20 |
| 32 | ¥ 360.00 | 3/17/20 | 113 | ¥ 100,000.00 | 5/8/20 |
| 39 | ¥ 100,000.00 | 4/27/20 | 115 | ¥ 100,000.00 | 5/8/20 |
| 40 | ¥ 100,000.00 | 4/27/20 | 116 | ¥ 88,805.28 | 5/8/20 |
| 41 | ¥ 30,100.00 | 4/27/20 | 118 | ¥ 43.94 | 5--2020 |
| 46 | ¥ 60,000.00 | 12/18/19 | 119 | ¥ 34.02 | 5/6/20 |
| 48 | ¥ 80,003.48 | 4/23/20 | 120 | ¥ 1,219.04 | 5/6/20 |
| 53 | ¥ 100,000.00 | 6/4/20 | 122 | ¥ 849.81 | 8/6/20 |
| 54 | ¥ 100,000.00 | 6/4/20 | 123 | ¥ 65.52 | 8/6/20 |
| 55 | ¥ 78,386.43 | 6/4/20 | 124 | ¥ 82.68 | 8/6/20 |
| 56 | ¥ 100,000.00 | 6/4/20 | 126 | ¥ 6,154.80 | 9/21/20 |
| | | | Total: | ¥ 2,094,360.29 | |

Fraudulent VAT Expense Claims

**ECF No. 448-3**

| ECF page no. | Amount | Date |
|---|---|---|
| 21 | ¥ 95,515.33 | 1/4/21 |
| 22 | ¥ 10,800.00 | [unable to see]/07/2021 |
| 23 | ¥ 682.90 | [unable to see]/18/202 |
| 24 | ¥ 3,000.00 | 1/7/21 |
| 25 | ¥ 2,000.00 | 1/7/21 |
| 29 | ¥ 71.02 | 1/20/21 |
| 31 | ¥ 22.60 | 1/8/21 |
| 32 | ¥ 28.51 | 1/8/21 |
| 33 | ¥ 56.28 | 1/20/21 |
| 34 | ¥ 303.34 | 1/8/21 |
| 35 | ¥ 843.62 | 1/20/21 |
| 37 | ¥ 61,091.88 | 5/24/21 |
| 40 | ¥ 10,800.00 | 6/24/21 |
| 45 | ¥ 88,150.83 | 8/4/21 |
| 48 | ¥ 2,000.00 | 8/4/21 |
| 51 | ¥ 540.00 | 1/19/21 |
| 52 | ¥ 7,683.00 | 1/19/21 |
| 54 | ¥ 2,922.00 | 1/19/21 |
| 55 | ¥ 919.00 | 1/19/21 |

Total: ¥ 287,430.31

Fraudulent Claims for Personal Expenses

| ECF No. 448 | ECF page no. | Amount | Date | Description |
|---|---|---|---|---|
| 488- 1 | 55 | ¥ 1,000.00 | 7/2/19 | Accommodation Costs |
| 488- 1 | 57 | ¥ 1,000.00 | 7/2/19 | Accommodation Costs |
| 488- 1 | 58 | ¥ 1,000.00 | 7/2/19 | Accommodation Costs |
| 488- 1 | 59 | ¥ 1,000.00 | 7/2/19 | Accommodation Costs |
| 488- 1 | 61 | ¥ 4,552.00 | 7/6/19 | Accommodation Costs |
| 488- 1 | 62 | ¥ 22,581.91 | 7/7/19 | Accommodation Costs |
| 488- 1 | 67 | ¥ 5,719.36 | 7/19/19 | Accommodation Costs |
| 488- 1 | 71 | ¥ 15,984.00 | 7/26/19 | Accommodation Costs |
| 488- 1 | 78 | ¥ 1,170.70 | 6/26/19 | Accommodation Costs |
| 488- 1 | 79 | ¥ 1,399.20 | 8/26/19 | Accommodation Costs |
| 488- 1 | 81 | ¥ 15,702.10 | 9/18/19 | Accommodation Costs |
| 488- 1 | 83 | ¥ 156.40 | 8/26/19 | Coffee shop |
| 488- 1 | 83 | ¥ 1,308.00 | 8/27/19 | Room Fee |
| 488- 1 | 83 | ¥ 69.00 | 8/27/19 | Coffee shop |
| 488- 1 | 83 | ¥ 1,177.00 | 8/28/19 | Room Fee |
| 488- 1 | 83 | ¥ 60.00 | 8/28/19 | Room Food Fees |
| 488- 1 | 83 | ¥ 1,177.00 | 8/29/19 | Room Fee |
| 488- 1 | 83 | ¥ 22.00 | 8/29/19 | Business Center |
| 488- 1 | 83 | ¥ 101.20 | 8/29/19 | Shop |
| 488- 1 | 83 | ¥ 120.00 | 8/29/19 | Haircutting Room |
| 488- 1 | 83 | ¥ 1,177.00 | 8/30/19 | Room Fee |
| 488- 1 | 83 | ¥ 935.00 | 8/30/19 | T.G.I Friday's |
| 488- 1 | 83 | ¥ 1,177.00 | 8/31/19 | Room Fee |
| 488- 1 | 83 | ¥ 1,177.00 | 8/31/19 | Room Fee |
| 488- 1 | 83 | ¥ 135.70 | 8/31/19 | Coffee Shop |
| 488- 1 | 83 | ¥ 1,177.00 | 9/1/19 | Room Fee |
| 488- 1 | 83 | ¥ 1,177.00 | 9/2/19 | Room Fee |
| 488- 1 | 83 | ¥ 1,046.00 | 9/3/19 | Room Fee |
| 488- 1 | 83 | ¥ 138.00 | 9/4/19 | Laundry |
| 488- 1 | 83 | ¥ 1,046.00 | 9/4/19 | Room Fee |
| 488- 1 | 83 | ¥ 135.30 | 9/5/19 | Coffee Shop |
| 488- 1 | 83 | ¥ 30.00 | 9/5/19 | Room Food Fee |
| 488- 1 | 83 | ¥ 439.30 | 9/5/19 | Coffee Shop |
| 488- 1 | 83 | ¥ 1,046.00 | 9/5/19 | Room Fee |
| 488- 1 | 83 | ¥ 523.00 | 9/6/19 | Room Fee |
| 488- 1 | 99 | ¥ 11,075.00 | 9/26/19 | Travel Expense |
| 488- 1 | 100 | ¥ 603.00 | 9/26/19 | Food Service |
| 488- 1 | 101 | ¥ 10,472.00 | 9/26/19 | Food Service |
| 488- 1 | 137 | ¥ 724.41 | 7/26/19 | Mini bar drinks and food service |
| 488- 1 | 153 | ¥ 103.50 | 11/27/19 | Water |
| 488- 1 | 176 | ¥ 30.00 | 11/13/19 | Travel Insurance |
| 488- 1 | 177 | ¥ 2,248.00 | 10/11/13/2019 | Travel agent fee |
| 488- 1 | 179 | ¥ 38.00 | 10/11/13/2019 | Travel agent fee |

Fraudulent Claims for Personal Expenses

| | | | | | |
|---|---|---|---|---|---|
| 488- 1 | 183 | ¥ | 30.00 | 11/13/19 | Travel agent fee |
| 488- 1 | 138 | ¥ | 5,083.02 | 12/4/19 | Accommodation Costs |
| 488- 1 | 36 | ¥ | 10,000.00 | 6/26/19 | Rent |
| 488- 1 | 37 | ¥ | 35,493.48 | 6/26/19 | Rent |
| 488- 1 | 41 | ¥ | 10,000.00 | 9/5/19 | Rent |
| 488- 1 | 42 | ¥ | 35,493.48 | 9/5/19 | Rent |
| 488- 1 | 51 | ¥ | 10,000.00 | 12/6/19 | Rent |
| 488- 1 | 52 | ¥ | 35,493.48 | 12/6/19 | Rent |
| 488- 2 | 5 | ¥ | 110.70 | 1/8/20 | Water |
| 488- 2 | 20 | ¥ | 2,190.00 | 9/24/20 | Airline expenses |
| 488- 2 | 22 | ¥ | 3,050.00 | 9/24/20 | Airline expenses |
| 488- 2 | 31 | ¥ | 122.12 | 3/15/20 | Hand sanitizer |
| 488- 2 | 104 | ¥ | 1,336.87 | 3/10/20 | Electricity fees |
| 488- 2 | 106 | ¥ | 87.77 | 3/10/20 | Payment of water fees through agent |
| 488- 2 | 107 | ¥ | 69.55 | 3/10/20 | Hot water |
| 488- 2 | 118 | ¥ | 43.94 | 5--2020 | Payment of water fees through agent |
| 488- 2 | 119 | ¥ | 34.02 | 5/6/20 | Water fees |
| 488- 2 | 120 | ¥ | 849.81 | 5/6/20 | Electricity fees |
| 488- 2 | 122 | ¥ | 849.81 | 8/6/20 | Electricity fees |
| 488- 2 | 123 | ¥ | 65.52 | 8/6/20 | Water fees |
| 488- 2 | 124 | ¥ | 82.68 | 8/6/20 | Water fees |
| 488- 2 | 21 | ¥ | 1,592.00 | 9/22/19 | Accommodation Costs |
| 488- 2 | 110 | ¥ | 16,989.84 | 4/17/20 | Rent |
| 488- 2 | 111 | ¥ | 10,000.00 | 4/17/20 | Rent |
| 488- 2 | 113 | ¥ | 10,000.00 | 5/8/20 | Rent |
| 488- 2 | 115 | ¥ | 10,000.00 | 5/8/20 | Rent |
| 488- 2 | 116 | ¥ | 88,805.28 | 5/8/20 | Rent |
| 488- 3 | 51 | ¥ | 540.00 | 1/19/21 | Accommodation Costs |
| 488- 3 | 55 | ¥ | 919.00 | 1/19/21 | Accommodation Costs |
| 488- 3 | 19 | ¥ | 21,113.73 | 1/6/21 | Rent |
| 488- 3 | 21 | ¥ | 95,515.33 | 1/4/21 | Rent |
| 488- 3 | 37 | ¥ | 61,091.88 | 5/24/21 | Rent |
| 488- 3 | 45 | ¥ | 8,815.83 | 8/4/21 | Rent |
| 488- 3 | 49 | ¥ | 11,145.00 | Jan-21 | Guo accomodation travel expenses |
| 488- 3 | 22 | ¥ | 10,800.00 | 7--2021 | Phone |
| 488- 3 | 23 | ¥ | 682.90 | 18--2021 | Phone |
| 488- 3 | 24 | ¥ | 3,000.00 | 1/7/21 | Phone |
| 488- 3 | 27 | ¥ | 16,482.90 | 1/14/21 | Phone |
| 488- 3 | 28 | ¥ | 1,321.37 | 2/10/21 | utilities |
| 488- 3 | 29 | ¥ | 71.02 | 1/20/21 | payment of water fee through agent |
| 488- 3 | 31 | ¥ | 22.60 | 1/8/21 | water fees |
| 488- 3 | 32 | ¥ | 28.51 | 1/8/21 | water fees |
| 488- 3 | 33 | ¥ | 56.28 | 1/20/21 | water supply |
| 488- 3 | 34 | ¥ | 303.34 | 1/8/21 | electricity fees |
| 488- 3 | 35 | ¥ | 843.62 | 1/20/21 | electricity fees |

Fraudulent Claims for Personal Expenses

| | | | | | |
|---|---|---|---|---|---|
| 488- 3 | 36 | ¥ | 61,091.88 | 5/20/21 | rent |
| 488- 3 | 40 | ¥ | 10,800.00 | 6/24/21 | phone |
| 488- 3 | 42 | ¥ | 88,150.83 | 8/6/21 | Rent |
| 488- 3 | 47 | ¥ | 21,792.94 | 1/20/21 | Travel expense |
| 488- 3 | 52 | ¥ | 7,683.00 | 1/19/21 | fee for booking hotel |
| 488- 3 | 54 | ¥ | 2,922.00 | 1/19/21 | fee for booking hotel |
| | Total: | ¥ | 825,020.41 | | |

Fraudulent Claims for Legal Expenses

| ECF No. 448 | ECF page no. | Amount | Date | Description |
|---|---|---|---|---|
| 488- 1 | 162 | ¥ 50,000.00 | 8/22/19 | LegalServiceand consulting |
| 488- 1 | 163 | ¥ 50,000.00 | 8/22/19 | LegalServiceand consulting |
| 488- 1 | 164 | ¥ 10,000.00 | 8/23/19 | Attorney fee |
| 488- 1 | 165 | ¥ 10,000.00 | 8/23/19 | Attorney fee |
| 488- 1 | 166 | ¥ 10,000.00 | 8/23/19 | Attorney fee |
| 488- 1 | 167 | ¥ 14,400.00 | 8/23/19 | Attorney fee |
| 488- 1 | 168 | ¥ 50,000.00 | 9/16/19 | Attorney fee |
| 488- 1 | 171 | ¥ 50,000.00 | 9/18/19 | Attorney fee |
| 488- 1 | 172 | ¥ 10,000.00 | 10/25/19 | LegalServiceand consulting |
| 488- 1 | 173 | ¥ 50,000.00 | 10/8/19 | Attorney fee |
| 488- 1 | 174 | ¥ 100,000.00 | 11/5/19 | Attorney fee |
| 488- 2 | 39 | ¥ 100,000.00 | 4/27/20 | Attorney fee |
| 488- 2 | 40 | ¥ 100,000.00 | 4/27/20 | Attorney fee |
| 488- 2 | 41 | ¥ 30,100.00 | 4/27/20 | Attorney fee |
| 488- 2 | 46 | ¥ 60,000.00 | 12/18/19 | legal consulting fees |
| 488- 2 | 48 | ¥ 80,003.48 | 4/23/20 | Translation service |
| 488- 2 | 53 | ¥ 100,000.00 | 12/18/19 | legal consulting fees |
| 488- 2 | 55 | ¥ 78,386.43 | 6/4/20 | legal consulting fees |
| 488- 2 | 56 | ¥ 100,000.00 | 12/18/19 | legal consulting fees |
| 488- 2 | 56 | ¥ 100,000.00 | 8/13/20 | legal consulting fees |
| 488- 2 | 73 | ¥ 55,700.00 | 8/13/20 | Attorney fee |
| 488- 2 | 79 | ¥ 95,350.00 | 8/27/20 | Attorney fee |
| 488- 2 | 80 | ¥ 100,000.00 | 8/27/20 | Attorney fee |
| 488- 2 | 81 | ¥ 100,000.00 | 8/27/20 | Attorney fee |
| 488- 2 | 84 | ¥ 100,000.00 | 8/24/20 | legal consulting fees |
| 488- 2 | 85 | ¥ 100,000.00 | 8/24/20 | legal consulting fees |
| 488- 2 | 86 | ¥ 100,000.00 | 8/24/20 | Legal consulting fees |
| 488- 2 | 88 | ¥ 100,000.00 | 8/24/20 | Legal consulting fees |
| 488- 2 | 90 | ¥ 100,000.00 | 9/9/20 | Legal consulting fees |
| 488- 3 | 3 | ¥ 100,000.00 | 1/8/21 | Attorney fee |
| 488- 3 | 4 | ¥ 100,000.00 | 1/10/21 | Attorney fee |
| 488- 3 | 7 | ¥ 50,000.00 | 2/23/21 | Attorney fee |
| 488- 3 | 15 | ¥ 38,600.00 | 5/20/21 | Attorney fee |
| 488- 3 | 17 | ¥ 95,600.00 | 6/7/21 | Attorney fee |

¥ 2,388,139.91