# Exhibit A

| | |
|---|---|
| **From:** | Sum Ming Cheng <SumMing.Cheng@maples.com> |
| **Sent:** | Wednesday, October 11, 2023 4:16 AM |
| **To:** | Xintong Zhang; Steven Seiden |
| **Cc:** | #link motion inc [661944.000001]; Amiad Kushner; Robert Seiden; Derrick Kan; Jocelyn Cheung |
| **Subject:** | RE: Link Motion Inc. – Urgent |
| **Attachments:** | Second Notice to Client (Resignation as RO_RA) - Link Motion Inc_ (003).pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Xintong,

Please find attached our final notice of resignation as registered agent for your reference.

Kind regards
Sum Ming


**Sum Ming Cheng**
Paralegal

**MAPLES** GROUP
**Direct** +852 3690 7562  |  **Mobile** +852 5596 8953

Maples and Calder (Hong Kong) LLP, 26th Floor, Central Plaza, 18 Harbour Road, Wanchai, Hong Kong

maples.com


**From:** Jocelyn Cheung <Jocelyn.Cheung@maples.com>
**Sent:** 08 September 2023 4:24 PM
**To:** Xintong Zhang <xzhang@seidenlawgroup.com>; Steven Seiden <sseiden@seidenlaw.com>
**Cc:** #link motion inc [661944.000001] <661944.000001.hongkong@hk.maples.com>; Amiad Kushner <akushner@seidenlaw.com>; Robert Seiden <rseiden@seidenlaw.com>; Derrick Kan <Derrick.Kan@maples.com>
**Subject:** RE: Link Motion Inc. – Urgent

Hi Xintong,

Please find attached our notice of resign from registered office for your reference.

With kind regards.
Jocelyn


**Jocelyn Cheung**
Legal Secretary to Derrick Kan and Charmaine Chow

**MAPLES** GROUP
**Direct** +852 3690 7476

Maples and Calder (Hong Kong) LLP, 26th Floor, Central Plaza, 18 Harbour Road, Wanchai, Hong Kong

maples.com

**From:** Jocelyn Cheung <Jocelyn.Cheung@maples.com>
**Sent:** 14 August 2023 4:05 PM
**To:** Xintong Zhang <xzhang@seidenlawgroup.com>; Steven Seiden <sseiden@seidenlaw.com>
**Cc:** #link motion inc [661944.000001] <661944.000001.hongkong@hk.maples.com>; Amiad Kushner <akushner@seidenlaw.com>; Robert Seiden <rseiden@seidenlaw.com>; Derrick Kan <Derrick.Kan@maples.com>
**Subject:** RE: Link Motion Inc. – Urgent

Hi Xintong,

We're following up with the payment to the attached invoices.

Please note that if we don't receive the payment by the end of this month, 31 August 2023, we shall arrange to resign from Registered Office.

With kind regards.
Jocelyn

**Jocelyn Cheung**
Legal Secretary to Derrick Kan and Charmaine Chow

**MAPLES** GROUP
**Direct +852 3690 7476**

Maples and Calder (Hong Kong) LLP, 26th Floor, Central Plaza, 18 Harbour Road, Wanchai, Hong Kong

**maples.com**

---

**From:** Jocelyn Cheung <Jocelyn.Cheung@maples.com>
**Sent:** 13 July 2023 3:32 PM
**To:** Xintong Zhang <xzhang@seidenlawgroup.com>; Steven Seiden <sseiden@seidenlaw.com>
**Cc:** #link motion inc [661944.000001] <661944.000001.hongkong@hk.maples.com>; Amiad Kushner <akushner@seidenlaw.com>; Robert Seiden <rseiden@seidenlaw.com>; Derrick Kan <Derrick.Kan@maples.com>
**Subject:** RE: Link Motion Inc. – Urgent

Dear Xintong,

**Link Motion Inc. (the "Company")**

We do not have any record of payment of the 2023 annual return invoice for the Company (a copy of which is attached, along with copies of any other outstanding invoice(s) you have). As a result, we were unable to pay the Government annual return fee by the deadline of 30 June 2023 for the avoidance of penalties. Accordingly, a penalty has now become payable to the Cayman Islands Government and a copy of our penalty invoice dealing with this is attached.

**Our invoices (including the new penalty invoice) should now be paid without further delay and we would be very grateful if you could arrange for prompt settlement.**

Please note that further penalties will be imposed by the Registrar of Companies if the 2023 annual return fee and/or penalty remain unpaid.

Please also note that we cannot accept responsibility for paying the annual return fee and any penalty until such time as the necessary funds are received and are identified by us as relating to the relevant invoices. **Accordingly, when**

2

making payment, please ensure that the invoice numbers and the name of the Company are quoted. If possible, when paying by wire transfer, please scan and e-mail to me a copy of the wire transfer instructions or (alternatively) send an email (to accountshelp@maples.com) confirming the date funds were sent, the amount transferred, the invoice numbers and the name of the Company. This will greatly facilitate us in identifying the payment from the many others we receive at this time of year.

We would mention that, as a result of non-payment of the annual return fee, the Company is no longer in good standing with the Registrar of Companies and, if non-payment continues, in due course the Registrar of Companies will list the Company for striking from the Register, whereupon it will be dissolved and any assets of the Company will vest in the Cayman Islands Government and unauthorised dealings therewith will be illegal.

If you have any questions, please feel free to e-mail me or give me a call. My telephone number is set out below.

Many thanks.

Yours sincerely
Jocelyn


**Jocelyn Cheung**
Legal Secretary to Derrick Kan and Charmaine Chow

**MAPLES** GROUP
**Direct** +852 3690 7476

Maples and Calder (Hong Kong) LLP, 26th Floor, Central Plaza, 18 Harbour Road, Wanchai, Hong Kong

maples.com

---

**From:** Jocelyn Cheung <Jocelyn.Cheung@maples.com>
**Sent:** Wednesday, April 12, 2023 5:25 PM
**To:** Xintong Zhang <xzhang@seidenlawgroup.com>; Steven Seiden <sseiden@seidenlaw.com>
**Cc:** #link motion inc [661944.000001] <661944.000001.hongkong@hk.maples.com>; Amiad Kushner <akushner@seidenlaw.com>; Robert Seiden <rseiden@seidenlaw.com>; Derrick Kan <Derrick.Kan@maples.com>
**Subject:** Link Motion Inc. – Urgent


Dear Seiden team,

**Link Motion Inc. (the "Company")**

We do not have any record of payment of the 2023 annual return invoice for the Company (a copy of which is attached, along with copies of any other outstanding invoice(s) you have). As a result, we were unable to pay the Government annual return fee by the deadline of 31 March 2023 for the avoidance of penalties. Accordingly, a penalty has now become payable to the Cayman Islands Government and a copy of our penalty invoice dealing with this is attached.

**Our invoices (including the new penalty invoice) should now be paid without further delay and we would be very grateful if you could arrange for prompt settlement.**

Please note that further penalties will be imposed by the Registrar of Companies if the 2023 annual return fee and/or penalty remain unpaid.

Please also note that we cannot accept responsibility for paying the annual return fee and any penalty until such time as the necessary funds are received and are identified by us as relating to the relevant invoices. **Accordingly, when making payment, please ensure that the invoice numbers and the name of the Company are quoted. If possible, when paying by wire transfer, please scan and e-mail to me a copy of the wire transfer instructions or (alternatively) send an email (to accountshelp@maples.com) confirming the date funds were sent, the amount transferred, the invoice numbers and the name of the Company.** This will greatly facilitate us in identifying the payment from the many others we receive at this time of year.

We would mention that, as a result of non-payment of the annual return fee, the Company is no longer in good standing with the Registrar of Companies and, if non-payment continues, in due course the Registrar of Companies will list the Company for striking from the Register, whereupon it will be dissolved and any assets of the Company will vest in the Cayman Islands Government and unauthorised dealings therewith will be illegal.

If you have any questions, please feel free to e-mail me or give me a call.  My telephone number is set out below.

Many thanks.

**Jocelyn Cheung**
Legal Secretary to Derrick Kan and Charmaine Chow

**MAPLES** GROUP
**Direct +852 3690 7476**
Maples and Calder (Hong Kong) LLP, 26th Floor, Central Plaza, 18 Harbour Road, Wanchai, Hong Kong

maples.com

This email has been sent by and on behalf of Maples and Calder (Hong Kong) LLP, a limited liability partnership under the Hong Kong Legal Practitioners Ordinance (Cap 159) registered with the law Society of Hong Kong as a foreign law firm advising on the laws of the Cayman Islands and British Virgin Islands and Ireland ("the Firm"). The principal place of business of the Firm is at 26th Floor, Central Plaza, 18 Harbour Road, Wanchai, Hong Kong. A list of Hong Kong resident partners and all our associates is available by clicking here. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications. The partner responsible for the overall supervision of the matter being handled by the Firm for you is the partner identified in the applicable engagement letter, or as otherwise subsequently identified to you in the event there has been a change.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here or from your usual contact at the Firm. Maples Corporate Services Limited in the Cayman Islands and Maples Corporate Services (BVI) Limited in the British Virgin Islands provide registered agent and/or registered office services to their clients under their standard terms and conditions which are available by clicking here or from your usual contact at the Firm. For further information about the Firm, please visit www.maples.com/locations/asia-pacific/hong-kong/. For further information about the Maples Group, please visit www.maples.com.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.



**Our ref**      DLK/661944-000001/27734680v1
**Direct tel**   +852 2971 3006
**Email**        derrick.kan@maples.com


To:   Link Motion Inc. (the "**Company**")
      Seiden Law Group LLP
      L469 Seventh Avenue, 5th Fl.
      New York, NY 10018
      United States of America


**By Email** and pre-paid airmail

Attention: Mr Steven Seiden

Date: 9 October 2023


Dear Sir or Madam

**Termination of Terms and Conditions for the Provision of Registered Office Services**

We refer to our letter dated 1 September 2023 (the "**Notice**").  Capitalised terms used but not otherwise defined in this letter have the same meanings given to them in the Notice.

Unfortunately, you have failed to make good the breach of the Terms referred to in the Notice by paying the outstanding invoice.  Accordingly, this letter is confirmation of the termination of the Terms effective from the date of this letter.  We shall notify the Registrar of Companies accordingly. We also confirm that Maples and Calder (Hong Kong) LLP will accept no further instructions from the Company. The Company is obliged to maintain a registered office in the Cayman Islands, failing which the Registrar of Companies will list the Company for striking from the Register and ultimately the assets of the Company will vest in the Cayman Islands government.

The corporate records of the Company held by MCSL will be available for collection by you or any successor registered office provider on payment of any sums owed to us and Maples and Calder (Hong Kong) LLP.

If you do intend to keep the Company in good standing, please contact us immediately.

Yours faithfully

Simeon Dandie
Authorised Signatory
for and on behalf of
Maples Corporate Services Limited

---

**Maples Corporate Services Limited**

PO Box 309   Ugland House   Grand Cayman KY1-1104   Cayman Islands
Tel +1 345 949 8066   Fax +1 345 949 8080   maples.com