

Deutsche Bank
Depositary Receipt Services
(/drwebrebrand/index.html)
(/drwebrebrand/index.html)

Search

Deutsche Bank Group (https://www.db.com)Contact (https://www.db.com/contact)Autobahn (https://autobahn.db.com/login)

Home (/drwebrebrand/index.html)About DRs (/drwebrebrand/about-drs/about-drs)DR Directory (/drwebrebrand/dr-universe/dr_universe_type_e.html)
Media (/drwebrebrand/media/dr-events)Market Data (/drwebrebrand/market-data/trading-activity)Resources (/drwebrebrand/resources/dbvic)
Contact DR Team (/drwebrebrand/about-drs/contact-dr-team)Login (/drwebrebrand/private/registered_issuers.html)

lkm

Advanced search ✚

Clear all filters ()

Displaying 1 results

Export

| CUSIP | Company | Program type | Depositary | Country | DR Ticker | Exchange | | |
|---|---|---|---|---|---|---|---|---|
| 53577L105 | LINK MOTION INC | ADR - Level III | DB | China | LKM | NYSE | ☆ | → (dr_details.ht… identifier=8988) |

# LINK MOTION INC

View full details (dr_details.html?identifier=8988)

Country: China | Industry: Information Technology - Software

Trading Data | Profile Overview | Corporate Actions | Shareholders | DR Notices

Price / Volume Chart (Currency: USD)

Data provided by Interactive Data corporation (https://www.theice.com/market-data)

General information

| | |
|---|---|
| Ticker symbol | LKM |
| Exchange | NYSE |
| Ratio (ORD:DR) | 5:1 |
| Structure | ADR |
| Type | Level III |
| Sponsorship | Sponsored |
| CUSIP | 53577L105 |
| DR SEDOL | |
| DR ISIN | US53577L1052 |
| ORD ISIN | TBA93217XXXX |
| Depositary bank | DB |
| Local currency | HKD |
| Status | Active |
| Effective date | 10 May 2011 |
| Custodian bank | Deutsche Bank - Hong Kong (/drwebrebrand/market-data/local-custodian) |

EXHIBIT
R



Back to top

Home (/drwebrebrand)

About DRs (/drwebrebrand/about-drs/about-drs)

DR Directory (/drwebrebrand/dr-universe/dr_universe_type_e.html)

Media (/drwebrebrand/media/dr-events)

Market Data (/drwebrebrand/market-data/trading-activity)

Resources (/drwebrebrand/resources/dbvic)

Connect

Youtube ()

Contact (/drwebrebrand/about-drs/contact-dr-team)

About (/drwebrebrand/about-drs/about-drs)

ADRs (/drwebrebrand/about-drs/adrs)

GDRs (/drwebrebrand/about-drs/gdrs)

FAQs (/drwebrebrand/resources/faqs)



Site map (/drwebrebrand/sitemap) | Imprint (https://www.db.com/company/en/imprint.htm?kid=imprint.inter-en.redirect) | Legal Resources (http://cib.db.com/legal-resources/index.htm) | Privacy Notice (http://cib.db.com/legal-resources/privacy-notice.htm) | Accessibility (https://www.db.com/company/en/accessibility.htm) | Complaint Management (http://cib.db.com/_shared/Complaint-process.htm#gsc.tab=0)

Copyright © 2023 Deutsche Bank AG, Frankfurt am Main