```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BALIGA,

                Plaintiff,

- against -

LINK MOTION INC., et al.,

                Defendant.

**18 Civ. 11642 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant Vincent Wenyong Shi has filed a letter requesting "clarification as to whether the issue of Dr. Shi's objections to the expense and compensation claims of Mr. Francis 'Lilin' Guo has been referred to Magistrate Judge Valerie Figueredo." (Dkt. No. 487.) It appears that this request invites the Court to prematurely rule on arguments made in briefing that is addressed to Judge Figueredo and that is currently properly pending before Judge Figueredo. (See Dkt Nos. 477 at 12, 486 at 9 n.5.) The Court accordingly **DENIES** the request and declines to intervene prior to a ruling from Judge Figueredo on the matter referred.

**SO ORDERED.**

Dated:    25 October 2023
           New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.