UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BALIGA,

        Plaintiff,

- against -

LINK MOTION INC., et al.,

        Defendants.

18 Civ. 11642 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The Plaintiff and the Receiver are hereby directed to respond within ten (10) days to Defendant Shi's letter dated Oct. 31, 2023 (see Dkt. No. 493).

**SO ORDERED.**

Dated:    1 November 2023
            New York, New York

Victor Marrero
U.S.D.J.

1