```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAYNE BALIGA,

                Plaintiff,

- against -

LINK MOTION INC., et al.,

                Defendants.

**18 Civ. 11642 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Plaintiff and Receiver having informed the Court that they do not object to the filing of Defendant Shi's proposed supplemental objections to the August 11, 2023 Report and Recommendation of Magistrate Judge Figueredo, the supplemental objections are hereby accepted as filed at Docket No. 494.

The Plaintiff and Receiver have requested that they be given until November 30, 2023 to respond to Defendant Shi's objections. The request is hereby **GRANTED**. Responses, if any, shall be filed no later than November 30, 2023.

**SO ORDERED.**

Dated:    8 November 2023
            New York, New York

                                                  Victor Marrero
                                                    U.S.D.J.