

Toby S. Soli
Tel 212.801.3196
solit@gtlaw.com

November 9, 2023

**VIA ECF**

The Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *Baliga v. Link Motion Inc. et al.*, 1:18-cv-11642 (S.D.N.Y.) (VM) (VF):
**Motion to Request a Mediation Referral Order Pursuant to Local Civil Rule 83.9**

Dear Judge Marrero:

Undersigned counsel writes on behalf of Plaintiff Wayne Baliga ("Baliga") to request that the Court enter a Mediation Referral Order pursuant to Local Civil Rule 83.9 of the United States District Court for the Southern District of New York.

Given the present status of the case and the precarious status of Link Motion Inc. in the Cayman Islands, Baliga believes that this would be an appropriate time to refer this case for mediation to the Court-annexed Mediation Program with the understandings that any such mediation would be governed by Local Civil Rule 83.9 of the United States District Court for the Southern District of New York and that such a mediation would not have any effect on scheduling without further leave of this Court.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ *Toby S. Soli*
      Toby S. Soli
One Vanderbilt Avenue
New York, New York 1017
Telephone: (212) 801-9200
Email: solit@gtlaw.com
*Counsel for Plaintiff*

cc:   All counsel of record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com