**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/23

WAYNE BALIGA,

                         Plaintiff,

              - against -

LINK MOTION INC., et al.,

                         Defendants.

**18 Civ. 11642 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Receiver and the Defendants are hereby ordered to respond within three days, by letter not to exceed two pages, to Plaintiff's request for an order referring the parties to mediation (see Dkt. No. 498).

**SO ORDERED.**

Dated:    13 November 2023
          New York, New York

                                    Victor Marrero
                                    U.S.D.J.

1