UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

WAYNE BALIGA,

                        Plaintiff,

     -against-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYONG SHI, ROLAND WU, and
ZEMIN XU,

                       Defendants.
---------------------------------------------------------------X

18-CV-11642 (VM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

    As discussed at the conference on November 14, 2023, briefing in connection with Baliga's challenge to Dr. Shi's attorneys also representing Link Motion will proceed as follows:

- December 1, 2023: deadline for Baliga to and the Receiver to submit opening letter briefs;
- December 22, 2023: deadline for Shi to submit responsive letter brief.

As stated at the conference, the letter briefing may not be longer than five pages. All deadlines associated with the pending motion to dismiss are hereby stayed pending the resolution of this matter.

    **SO ORDERED.**

DATED:    New York, New York
               November 14, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge

1