```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE BALIGA,

                Plaintiff,

    - against -

LINK MOTION INC., et al.,

                Defendants.

**18 Civ. 11642 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    Plaintiff moves the Court for a mediation referral order. (See Dkt. No. 498.) Defendant Vincent Wenyong Shi objects. (See Dkt. No. 501.) Upon consideration of the parties' submissions, the Court hereby **DENIES** the plaintiff's request for referral of the case to mediation, without prejudice. The plaintiff may renew the request at a later point in the litigation, after discharge of the Receiver.

**SO ORDERED.**

Dated:    17 November 2023
           New York, New York

                                          _____
                                            Victor Marrero
                                               U.S.D.J.