UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WAYNE BALIGA,

                         Plaintiff,                          18-CV-11642 (VM) (VF)

        -against-                               **ORDER**

LINK MOTION INC., et al.

                        Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On June 26, 2023, the Receiver provided the Court with a certified translation of Guo's expenses. See ECF No. 448. Currently, only the VAT receipts were categorized. See ECF No. 477. To aid the Court's analysis of Guo's expenses, the Receiver is directed to submit a full categorization of Guo's expenses, consistent with what was done for the VAT receipts. The Receiver is directed to file the full categorization of Guo's expenses no later than **12:00 pm, Friday June 7, 2024.**

        SO ORDERED.

DATED:     New York, New York
                 June 5, 2024

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge