UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WAYNE BALIGA,

                        Plaintiff,                        18-CV-11642 (VM) (VF)

        -against-                            **ORDER**

LINK MOTION INC., et al.

                        Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        In the August 2023 Report and Recommendation, the undersigned directed the parties "to provide supplemental briefing on the issue of whether the Court's equitable powers and inherent authority allow it to pierce the corporate veil to hold Shi personally liable for the unfunded liabilities of the Receivership." ECF No. 466 at 27. On this issue, the Receiver is directed to file its brief on or before **June 20, 2024**. Any response to the Receiver's briefing shall be filed on or before **July 5, 2024**, and any reply by the Receiver shall be filed on or before **July 12, 2024**.

        **SO ORDERED.**

DATED:    New York, New York
               June 6, 2024

                                                        _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge