# Robert W. Seiden

**Court-Appointed Temporary Receiver for Link Motion Inc.
Pursuant to The Honorable Judge Victor Marrero of the
United States District Court, Southern District of New York**

322 Eighth Avenue Suite 1200 New York, NY 10001 (212) 523 – 0686  rseiden@seidenlaw.com

**VIA ECF**

Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

June 11, 2024

Re: *Baliga, et al. v. Link Motion Inc., et al.*, 1:18-cv-11642-VM-VF (S.D.N.Y.)

Dear Judge Figueredo,

    I write in response to your Honor's Order dated June 5, 2024 directing me to submit a full categorization of Mr. Lilin Guo's ("Mr. Guo") expenses (ECF 448). *See* ECF 509.

    The documentation attached to this letter contains the following:

- Exhibit A – a full categorization of costs and expenses incurred by Mr. Guo in 2019. These expenses were previously listed in ECF 428-1.
- Exhibit B – a full categorization of costs and expenses incurred by Mr. Guo in 2020. These expenses were previously listed in ECF 428-2.
- Exhibit C – a full categorization of costs and expenses incurred by Mr. Guo in 2021. These expenses were previously listed in ECF 428-3.

If your Honor has any further questions or concerns, please do not hesitate to contact me.

    Respectfully submitted,

_____
Robert W. Seiden, Esq.
Court-Appointed Temporary Receiver
for Link Motion Inc.

cc:   All Counsel of Record