# Exhibit A

| ECF No. 448-1 | Category | Document Identifiers | Description of Expenses and Costs | Expenses and Costs[1] |
|---|---|---|---|---|
| Page 3 | Office Equipment | VAT Invoice No. 68269607 | Purchase of two image projectors, *i.e.*, BenQ Business Image Projectors | RMB 1,969 (~$276.90) |
| Page 4 | Office Equipment | 301-23 (dated 7/10/2019) | Purchase office equipment | RMB 1001.60 (~$140.87) |
| Page 5 | Office Equipment | Purchase Receipt No. 2285793 | Purchase Lock cylinder for office door | RMB 80.00 (~$11.25) |
| Page 6 | Office Equipment | VAT Invoice No. 72643556 | Purchase of one metal safe box for storing documents, corporate seals, and registration documents | RMB 689 (~$96.90) |
| Page 7 | Office Equipment | VAT Invoice No. 70820880 | Purchase of desktop folders for collecting documents | RMB 60 (~$8.43) |
| Page 8 | Office Equipment | VAT Invoice No. 47782574 | Purchase of pens and other office equipment | RMB 102.60 (~$14.43) |
| Page 9 | Office Equipment | VAT Invoice No. 59168522 | Purchase of a printer, *i.e.*, HP M2 4-in-1 Laser Printer | RMB 2,498.97 (~$351.47) |
| Page 10 | Office Equipment | VAT Invoice No. 07739999 | Purchase of a safe box for storing documents, corporate seals, and registration documents | RMB 2,288 (~$321.80) |
| Page 11 | Office Maintenance | VAT Invoice No. 82302984 | Payment to the vendor for the installment of the glass door for LKM WFOE's office | RMB 300 (~$40.96) |
| Page 12 | Office Equipment | VAT Invoice No. 03961481 | Purchase of office folders (two folders in one set) | RMB 7.50 (~$1.01) |
| Page 13 | Office Equipment | VAT Invoice No. 00745725 | Purchase of one package of label/tab | RMB 16.90 (~$2.37) |
| Page 14 | Office Maintenance | VAT Invoice No. 09357620 | Purchase of two locks for LKM WOFE's office | RMB 88.98 (~$12.51) |
| Page 15 | Office Equipment | VAT Invoice No. 09373724 | Purchase of two packages of printing papers | RMB 44 (~$6.18) |

---

[1] The average exchange rate between RMB and USD in 2019 was 1 USD = 7.11 RMB. The average exchange rate between HKD and USD in 2019 was 1 USD = 7.83 HKD.

| Page 16 | Office Equipment | VAT Invoice No. 06255791 | Purchase of hard disk (USB) and folders for documents | RMB 43.40 (~$6.10) |
|---|---|---|---|---|
| Page 17 | Office Equipment | VAT Invoice No. 06995803 | Purchase of one metal safe box for storing documents, corporate seals, and registration documents | RMB 679 (~$95.49) |
| Page 18 | Office Equipment | 301-23 dated 8/6/2019 | Purchase Lenovo Laptop (ThinkPad E480) 2 | RMB 8,497.97 (~$1,195.21) |
| Page 19 | Office Equipment | VAT Invoice No 09525503 | Purchase of two Lenovo laptops for LKM WOFE's use. | RMB 8,497.97 (~$1,057.71) |
| Page 20 | Office Equipment | VAT Invoice No 03968084 | Purchase of file folders, printing papers, staplers, and notebooks | RMB 218.70 (~$30.75) |
| Page 21 | Office Equipment | Purchase Receipt 1100191130 | Purchase of the following:<br><br>• Stationery, refills 10pcs, file box, plastic box A1249-10, blue, office supplies<br>• Modern services, refundable service fees<br>• Stationery, 10 A4 colorful transparent file bags<br>• Stationery, 20 x 0.5mm grease pencils, EB35<br>• Stationery, 12pcs A4 waterproof file bag PP material<br>• Stationery, office supplies, office stapler sets, staplers and staples<br>• Print, A5, 122 sheets Business Notebook | RMB 193.53 (~$27.22) |

| Page 22 | Office Equipment | VAT Invoice No 9526378 | Purchase of two desktops for LKM WOFE's use, Dell, Chengzhi 8430 | RMB 5,998 (~$843.60) |
|---|---|---|---|---|
| Page 23 | Office Equipment | VAT Invoice No 05085102 | Purchase of one cellphone, one keyboard, and one laptop for LKM WOFE's use | RMB 9,885 (~$1,390.29) |
| Page 24 | Office Equipment | VAT Invoice No 13737279 | Purchase of two conference tables and one working table for LKM WOFE's office | RMB 4,400 (~$618.84) |
| Page 25 | Office Maintenance | VAT Invoice No 55851430 | Purchase of three boxes of water for LKM WOFE's office | RMB 104.70 (~$14.72) |
| Page 26 | Office Maintenance | VAT Invoice No 13793391 | Purchase of two Notebook packages and a package of ballpoint pens | RMB 113.60 (~$15.97) |
| Page 27 | Office Maintenance | VAT Invoice No 11803673 | Purchase of one box of printing papers | RMB 92 (~$12.92) |
| Page 28 | Office Maintenance | VAT Invoice No 09707873 | Purchase of one unit of printer cartridge | RMB 105 (~$14.76) |
| Page 29 | Office Maintenance | VAT Invoice No 56808850 | Purchase of two packages of printing papers | RMB 21 (~$2.95) |
| Page 30 | Office Maintenance | VAT Invoice No 71680857 | Purchase of office equipment, *e.g.*, pens, printing papers, stapler, etc. | RMB 170.90 (~$24.03) |
| Page 31 | Office Maintenance | VAT Invoice No 73186404 | Purchase of one box of water for LKM WOFE's office | RMB 57.80 (~$8.12) |
| Page 32 | Office Maintenance | VAT Invoice No 76918862 | Purchase of one electric kettle for LKM WOFE's office | RMB 95 (~$13.36) |
| Page 33 | Office Equipment | VAT Invoice No 90707352 | Purchase of one printer cartridge, *i.e.*, HP Gezhishang CF 230, MF227 (MT-P0230C) | RMB 138.98 (~$19.54) |
| Page 34 | Office Maintenance | VAT Invoice No 39834680 | Purchase of lock for LKM WOFE's office door | RMB 30.00 (~$4.21) |
| Page 35 | Office Maintenance | VAT Invoice No 04622552 | Purchase of three boxes of water for LKM WOFE's office | RMB 104.70 (~$14.72) |
| Page 36 | Office Rent | VAT Invoice No 14186274 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the | RMB 100,000 (~$14,064.69) |

| | | | landlord) for LKM WOFE's office rent | |
|---|---|---|---|---|
| Page 37 | Office Rent | VAT Invoice No 14186275 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 35,493.48 (~$4,992.05) |
| Page 38 | Office Rent | Receipt No. 7011404 | Deposit for rent office space | RMB 135,493 (~$19,056.60) |
| Page 39 | Office Equipment | VAT Invoice No 37546824 | Payment to Shunfeng Express Delivery Company for shipping documents | RMB 13.00 (~$1.72) |
| Page 40 | Office Maintenance | VAT Invoice No 05976744 | Payment to Beijing Hengrui Zhuoao Renovation Company for office space renovation services | RMB 1,250 (~$175.80) |
| Page 41 | Office Rent | VAT Invoice No 03361021 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 100,000 (~$14,064.69) |
| Page 42 | Office Rent | VAT Invoice No 03361022 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 35,493.48 (~$4,992.05) |
| Page 43-44 | Office Maintenance | VAT Invoice No 0382405 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's utility bills | RMB 839.42 (~$118.06) |
| | | Receipt No. 0083904 | Electricity 6.14-8.18 | |
| Page 45 | Office Maintenance | VAT Invoice No 06895692 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's water bills | RMB 84.27 (~$11.85) |
| Page 46 | Office Maintenance | VAT Invoice No 03828649 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's electricity bills | RMB 396.34 (~$55.74) |

| Page 47 | Office Maintenance | VAT Invoice No 03828637 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's water bills | RMB 66.78 (~$9.39) |
|---|---|---|---|---|
| Page 48 | Office Equipment | VAT Invoice No 14716008 | Purchase of telephone landlines and telephone services for LKM WOFE | RMB 623.88 (~$87.74) |
| Page 49 | Office Equipment | VAT Invoice No 14716009 | Purchase of internet services for LKM WOFE | RMB 24,000 (~$3,184.45) |
| Page 50 | Office Equipment | VAT Invoice No 05320189 | Purchase of office equipment related to internet service, *e.g.*, wireless machine, exchange machine, and installment service fees | RMB 8,820.00 (~$1,240.50) |
| Page 51 | Office Rent | VAT Invoice No. 05487253 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 100,000.00 (~$14,064.69) |
| Page 52 | Office Rent | VAT Invoice No 05487254 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 35,493.48 (~$4,992.05) |
| Page 53 | Business Meeting | VAT Invoice No 64985052 | Payment to Shenzhen Building Co., Ltd for food services related to business meetings | RMB 4,034.00 (~$567.36) |
| Page 54 | Business Meeting | VAT Invoice No 49010781 | Payment to Beijing Xisha Road Food Company for food services related to team internal meeting. | RMB 552.00 (~$77.63) |
| Page 55 | Travel Expenses | VAT Invoice No 40034680 | Payment to Beijing Sanlitun Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings. | RMB 10,000 (~$1,406.46) |
| Page 56 | Travel Expenses | VAT Invoice No 14891067 | Payment to Beijing Sanlitun Hotel for hotel expenses (food services and room maintenance | RMB 913 (~$128.41) |

| | | | | |
|---|---|---|---|---|
| | | | services) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | |
| Page 57 | Travel Expenses | VAT Invoice No 40034679 | Payment to Beijing Sanlitun Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 10,000 (~$1,406.46) |
| Page 58 | Travel Expenses | VAT Invoice No No. 40034680 | Payment to Beijing Sanlitun Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 10,000 (~$1,406.46) |
| Page 59 | Travel Expenses | VAT Invoice No 40034681 | Payment to Beijing Sanlitun Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 10,000 (~$1,406.46) |
| Page 60 | Travel Expenses | VAT Invoice No 14891066 | Payment to Beijing Sanlitun Hotel for hotel expenses (food services and room maintenance services) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 847.90 (~$119.25) |
| Page 61 | Travel Expenses | VAT Invoice No 07457192 | Payment to Beijing LiYi Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 4,552 (~$640.22) |
| Page 62 | Travel Expenses | VAT Invoice No 09548484 | Payment to Beijing TongYing Hotel for hotel expenses (stay) related to my travel to Beijing in | RMB 22,581.91 (~$3,176.07) |

| | | | connection with LKM WOFE meetings or legal proceedings | |
|---|---|---|---|---|
| Page 63 | Office Equipment | VAT Invoice No 55998653 | Payment to Biying Express Delivery company for shipping documents | RMB 220 (~$30.94) |
| Page 64 | Office Equipment | VAT Invoice No 37827665 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 26 (~$3.65) |
| Page 65-66 | Office Equipment | VAT Invoice No 37171976 | Payment to Shunfeng Express Delivery company for shipping documents and shipping records | RMB 9 (~$13.50) |
| Page 67 | Travel Expenses | VAT Invoice No 04983191 | Payment to Beijing Zhongguancun Crowne Plaza Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 5,719.36 (~$804.41) |
| Page 68 | Office Equipment | 301-23 (dated 7/2/2019) | Service Fees for Daily Top (newspapers) | RMB 600 (~$84.38) |
| Page 69 | Office Equipment | VAT Invoice No 56238076 | Payment for maintenance services related to office internet | RMB 600 (~$84.38) |
| Page 70 | Travel Expenses | TAXI Invoice 65650952 | Taxi service for travel | RMB 26 (~$3.65) |
| Page 71 | Travel Expenses | VAT Invoice No 17968485 | Payment to Beijing Beida Boya Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 15,984 (~$2,248.10) |
| Page 72 | Travel Expenses | VAT Invoice No 54734314 | Payment to Beijing Beida Boya Hotel for hotel expenses (food services and room maintenance services) related to my travel to Beijing in connection with LKM | RMB 1,463.81 (~$205.88) |

|  |  |  | WOFE meetings or legal proceedings |  |
|---|---|---|---|---|
| Page 73 | Office Equipment | VAT Invoice No 20449005 | A fixed VAT invoice issued by "China Post Office Express Delivery Co., Ltd." for express delivery service | RMB 10 (~$1.40) |
| Page 74 | Office Equipment | VAT Invoice No 20449004 | A fixed VAT invoice issued by "China Post Office Express Delivery Co., Ltd." for express delivery service | RMB 10 (~$1.40) |
| Page 75 | Office Equipment | VAT Invoice No 20449003 | A fixed VAT invoice issued by "China Post Office Express Delivery Co., Ltd." for express delivery service | RMB 10 (~$1.40) |
| Page 76 | Office Equipment | VAT Invoice No 92911003 | A fixed VAT invoice issued by "China Post Office Express Delivery Co., Ltd." for express delivery service | RMB 5 (~$0.70) |
| Page 77 | Travel Expenses | TAXI Invoice 68230761 | Taxi service for travel | RMB 43 (~$6.04) |
| Page 78 | Travel Expenses | VAT Invoice No 98081594 | Payment to Beijing Capital Airport Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 1,170.70. (~$164.65) |
| Page 79 | Travel Expenses | VAT Invoice No 01845596 | Payment to Beijing Capital Airport Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 1,399.20 (~$196.79) |
| Page 80 | Travel Expenses | VAT Invoice No 01845596 | Payment to Beijing Capital Airport Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 3,120.22 (~$438.84) |

| Page 81 | Travel Expenses | VAT Invoice No 03605943 | Payment to Beijing Friendship Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 15,702.10 (~$2,208.46) |
|---|---|---|---|---|
| Page 82-83 | Travel Expenses | Bill No. 4643463 | Hotel bills between 8.26.2019 and 9.6.2019 including "room rate," "cafeteria," "laundry," and restaurants cost" | RMB 16,939.10 (~$2,382.43) |
| Page 84 | Office Equipment | VAT Invoice No 68612961 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 26 (~$3.65) |
| Page 85 | Office Equipment | 301-23 (dated 9/9/2019) | Express delivery fees | RMB 119 (~$16.73) |
| Page 86 | Office Equipment | VAT Invoice No 69362147 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 15 (~$2.10) |
| Page 87 | Office Equipment | VAT Invoice No 69214501 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 88 | Office Equipment | VAT Invoice No 37546824 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 89 | Office Equipment | VAT Invoice No 18512928 | Payment to Biying Express Delivery company for shipping documents | RMB 36 (~$5.06) |
| Page 90 | Office Equipment | VAT Invoice No 21349280 | A fixed VAT invoice issued by "China Post Office Express Delivery Co., Ltd." | RMB 50 (~$7.03) |
| Page 91 | Office Equipment | 301-23 (dated 9/9/2019) | Express delivery fees and travel expenses | RMB 186 (~$26.16) |
| Page 92 | Office Equipment | VAT Invoice No 18112517 | Payment to Biying Express Delivery company for shipping documents | RMB 46 (~$6.46) |
| Page 93 | Travel Expenses | TAXI Invoice 95630612 | Taxi service for travel | RMB 31 (~$4.36) |

|  |  | TAXI Invoice 95630613 |  | RMB 50 (~$7.03) |
|---|---|---|---|---|
|  |  | TAXI Invoice [covered]892 |  | RMB 47 (~$6.60) |
| Page 94 | Travel Expenses | TAXI Invoice 23412960 | Taxi service for travel | RMB 63 (~$8.86) |
| Page 95 | Travel Expenses | TAXI Invoice 16607903 | Taxi service for travel | RMB 60 (~$8.43) |
| Page 96 | Travel Expenses | TAXI Invoice 10272561 | Taxi service for travel | RMB 31 (~$4.36) |
|  |  | TAXI Invoice [covered]97119 |  | RMB 43 (~$6.04) |
| Page 97 | Travel Expenses | TAXI Invoice 07997119 | Taxi service for travel | RMB 43 (~$6.04) |
|  |  | TAXI Invoice [covered]060476 |  | RMB 43 (~$6.04) |
| Page 98 | Travel Expenses | TAXI Invoice 70060475 | Taxi service for travel | RMB 22 (~$3.09) |
| Page 99 | Travel Expenses | 301-23 (dated 9/26/2019) | Travel expenses for Lilin Guo | RMB 11,075 (~$1,557.66) |
| Page 100 | Travel Expenses | VAT Invoice No 29939011 | Payment to Beijing Huraerdaofu Hotel for hotel expenses (food services and room maintenance services) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 603 (~$84.81) |
| Page 101 | Travel Expenses | VAT Invoice No 04080631 | Payment to Beijing Huraerdaofu Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 10,472 (~$1,472.85) |
| Page 102 | Office Equipment | 301-23 (dated 7/10/2019) | Express delivery fees | RMB 232 (~$32.63) |
| Page 103 | Office Equipment | VAT Invoice No 20326314 | A fixed VAT invoice issued by "China Post Office Express Delivery | RMB 2 (~$0.28) |

| | | | Co., Ltd." for express delivery service | |
|---|---|---|---|---|
| Page 104 | Office Equipment | VAT Invoice No 11994153 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 105 | Office Equipment | VAT Invoice No 18575154 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 14 (~$1.96) |
| Page 106 | Office Equipment | VAT Invoice No 11252913 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 107 | Office Equipment | VAT Invoice No 21349282 | A fixed VAT invoice issued by "China Post Office Express Delivery Co., Ltd." for express delivery service | RMB 50 (~$7.03) |
| Page 108 | Office Equipment | VAT Invoice No 18239526 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 18 (~$2.53) |
| Page 109 | Office Equipment | VAT Invoice No 03222855 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 110 | Office Equipment | VAT Invoice No 11230239 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 111 | Office Equipment | VAT Invoice No 21407110 | A fixed VAT invoice issued by "China Post Office Express Delivery Co., Ltd." for express delivery service | RMB 50 (~$7.03) |
| Page 112 | Office Equipment | VAT Invoice No 18168816 | Payment to Biying Express Delivery company for shipping documents | RMB 46 (~$6.46) |
| Page 113 | Office Equipment | 301-23 (dated 10/10/2019) | Express delivery fees | RMB 232 (~$32.63) |
| Page 114 | Office Equipment | VAT Invoice No 20326314 | A fixed VAT invoice issued by "China Post Office Express Delivery | RMB 2 (~$0.28) |

|  |  |  | Co., Ltd." for express delivery service |  |
|---|---|---|---|---|
| Page 115 | Office Equipment | VAT Invoice No 21407110 | A fixed VAT invoice issued by "China Post Office Express Delivery Co., Ltd." for express delivery service | RMB 50 (~$7.03) |
| Page 116 | Office Equipment | VAT Invoice No 11252913 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 117 | Office Equipment | VAT Invoice No 03222855 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 118 | Office Equipment | VAT Invoice No 18239526 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 119 | Office Equipment | VAT Invoice No 18575154 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 14 (~$1.96) |
| Page 120 | Office Equipment | VAT Invoice No 18168816 | Payment to Biying Express Delivery company for shipping documents | RMB 46 (~$6.46) |
| Page 121-122 | Office Equipment | 301-23 (dated 10/10/2019)  TAXI Invoice 65650952 | Travel expenses and TAXI invoices for travel | RMB 26 (~$3.65) |
| Page 123 | Office Equipment | 301-23 (dated 11/8/2019) | Express delivery fees | RMB 163 (~$22.92) |
| Page 124 | Office Equipment | VAT Invoice No 50038545 | Payment to Biying Express Delivery company for shipping documents | RMB 46 (~$6.46) |
| Page 125 | Office Equipment | VAT Invoice No 56695980 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 32 (~$4.50) |
| Page 126 | Office Equipment | VAT Invoice No 19031270 | Payment to Biying Express Delivery company for shipping documents | RMB 36 (~$5.06) |

| | | | | |
|---|---|---|---|---|
| Page 127 | Office Equipment | VAT Invoice No 50036865 | Payment to Biying Express Delivery company for shipping documents | RMB 36 (~$5.06) |
| Page 128 | Office Equipment | VAT Invoice No 57518117 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 129 | Office Equipment | 301-23 (dated 11/8/2019) | Express delivery fees | RMB 216 (~$30.37) |
| Page 130 | Office Equipment | VAT Invoice No 22273928 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 14 (~$1.96) |
| Page 131 | Office Equipment | VAT Invoice No 21407413 | A fixed VAT invoice issued by "China Post Office Express Delivery Co., Ltd." | RMB 50 (~$7.03) |
| Page 132 | Office Equipment | VAT Invoice No 19021006 | Payment to Biying Express Delivery company for shipping documents | RMB 36 (~$5.06) |
| Page 133-134 | Office Equipment | VAT Invoice No 19025927 | Payment to Biying Express Delivery company for shipping documents | RMB 52 (~$7.31) |
| Page 135 | Office Equipment | VAT Invoice No 19000492 | Payment to Biying Express Delivery company for shipping documents | RMB 26 (~$3.65) |
| Page 136 | Travel Expenses | TAXI Invoice 445049026<br><br>TAXI Invoice 11480177<br><br>TAXI Invoice [covered]2557 | Taxi service for travel | RMB 50 (~$7.03)<br><br>RMB 109 (~$15.33)<br><br>RMB 47 (~$6.61) |
| Page 137 | Travel Expenses | VAT Invoice No 55219148 | Payment to Beijing Beida Boya Hotel for hotel expenses (food services and room maintenance services) related to my travel to Beijing in connection with LKM | RMB 724.41 (~$101.88) |

|  |  |  | WOFE meetings or legal proceedings |  |
|---|---|---|---|---|
| Page 138 | Travel Expenses | VAT Invoice No 09077823 | Payment to Beijing Beida Boya Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 5,388 (~$757.80) |
| Page 139 | Office Equipment | VAT Invoice No 57772690 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 140 | Office Equipment | VAT Invoice No 50051567 | Payment to Biying Express Delivery company for shipping documents | RMB 36 (~$5.06) |
| Page 141 | Office Equipment | VAT Invoice No 577685138 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 11 (~$1.54) |
| Page 142 | Office Equipment | VAT Invoice No 05949532 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 143 | Office Equipment | VAT Invoice No 05949532 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 144 | Office Equipment | VAT Invoice No 575806491 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 145 | Office Equipment | VAT Invoice No 05802725 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 146 | Office Equipment | VAT Invoice No 50327486 | Payment to Biying Express Delivery company for shipping documents | RMB 26 (~$3.65) |
| Page 147 | Office Equipment | VAT Invoice No 50051568 | Payment to Biying Express Delivery company for shipping documents | RMB 36 (~$5.06) |

| Page 148 | Office Equipment | VAT Invoice No 50051565 | Payment to Biying Express Delivery company for shipping documents | RMB 36 (~$5.06) |
|---|---|---|---|---|
| Page 149 | Office Equipment | VAT Invoice No 20326311 | A fixed VAT invoice issued by "China Post Office Express Delivery Co., Ltd." for express delivery service | RMB 2 (~$0.28) |
| Page 150 | Office Equipment | VAT Invoice No 05706259 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 151 | Office Equipment | VAT Invoice No 57734842 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.82) |
| Page 152 | Office Equipment | 301-23 (dated 12/9/2019) | Travel expenses and office expenses | RMB 168.50 (~$23.69) |
| Page 153 | Office Maintenance | VAT Invoice No 56442130 | Purchase of three boxes of water for LKM WOFE's office | RMB 103.50 (~$14.55) |
| Page 154 | Office Equipment | VAT Invoice No 40171385 | Purchase of software application license (scanner) | RMB 25 (~$3.50) |
| Page 155 | Travel Expenses | TAXI Invoice 51900871 | Taxi service for travel | RMB 45 (~$6.32) |
| Page 156 | Professional Service (Legal) | Receipt No. 20190002 | Official Receipt issued by KLC Corporate Advisory and Recovery Limited (HK co-receiver) | HKD 43,600 (~$5,568.32) |
| Page 157-158 | Professional Service (Legal) | Receipt No. RHN-191546 | Legal service – W.K.TO & Co Solicitors & Notaries | HKD 11,600 (~$1,481.48) |
| Page 159-160 | Professional Service (Legal) | Receipt No. RHN-191547 | Legal service – W.K.TO & Co Solicitors & Notaries | HKD 30,000 (~$3,831.41) |
| Page 161 | Professional Service (translation) | VAT Invoice No 49557789 | Payment to Shenzhen Ourdebao Translation company for translation services | RMB 2,200 (~$309.42) |
| Page 162 | Professional Service (Legal) | VAT Invoice No 14815353 | Payment to Beijing Anjie Law Firm for legal service | RMB 50,000 (~$7,032.34) |

| Page 163 | Professional Service (Legal) | VAT Invoice No 14815352 | Payment to Beijing Anjie Law Firm for legal service | RMB 50,000 (~$7,032.34) |
|---|---|---|---|---|
| Page 164 | Professional Service (Legal) | VAT Invoice No 20026864 | Payment to Beijing Dingye Law Firm for legal service | RMB 100,000 (~$14,064.69) |
| Page 165 | Professional Service (Legal) | VAT Invoice No 20026865 | Payment to Beijing Dingye Law Firm for legal service | RMB 100,000 (~$14,064.69) |
| Page 166 | Professional Service (Legal) | VAT Invoice No 20026866 | Payment to Beijing Dingye Law Firm for legal service | RMB 100,000 (~$14,064.69) |
| Page 167 | Professional Service (Legal) | VAT Invoice No 20026867 | Payment to Beijing Dingye Law Firm for legal service | RMB 14,400 (~$2,025.31) |
| Page 168 | Professional Service (Legal) | 301-23 (dated 9/16/2019) | Reimbursement Form re: Tianchi Juntai Firm attorney fees | RMB 100,000 (~$14,064.69) |
| Page 169 | Professional Service (Legal) | VAT Invoice No 13105965 | Payment to Beijing Tianchi Juntai Law Firm for legal service | RMB 50,000 (~$7,032.34) |
| Page 170 | Professional Service (Legal) | 301-23 (dated 9/18/2019) | Geping Law Firm legal service and consulting fees | RMB 50,000 (~$7,032.34) |
| Page 171 | Professional Service (Legal) | VAT Invoice No 10961440 | Payment to Beijing Geping Law Firm for legal service | RMB 50,000 (~$7,032.34) |
| Page 172 | Professional Service (Legal) | VAT Invoice No 02677593 | Payment to Beijing Anjie Law Firm for legal service | RMB 100,000 (~$14,064.69) |
| Page 173 | Professional Service (Legal) | VAT Invoice No 10961443 | Payment to Beijing Geping Law Firm for legal service | RMB 50,000 (~$7,032.34) |
| Page 174 | Professional Service (Legal) | VAT Invoice No 04298764 | Payment to Beijing Anjie Law Firm for legal service | RMB 100,000 (~$14,064.69) |
| Page 175 | Professional Service (translation) | VAT Invoice No 22681340 | Payment to Beijing Baijia Translation company for translation services | RMB 336 (~$47.25) |
| Page 176 | Travel Expenses | VAT Invoice No 17252477 | Payment to insurance company related to airplane tickets for attorneys | RMB 30 (~$3.98) |
| Page 177 | Travel Expenses | VAT Invoice No 24395847 | Payment to the agent for the purchase of airplane tickets for attorney | RMB 2,248 (~$293.23) |

| | | | | |
|---|---|---|---|---|
| | | | (related to Xinjiang NQ matter) | |
| Page 178 | Travel Expenses | VAT Invoice No 54018048 | Payment to the agent for the purchase of airplane tickets for attorney (related to Xinjiang NQ matter) | RMB 1,220 (~$171.58) |
| Page 179 | Travel Expenses | VAT Invoice No. 26232508 | Payment to the agent for the purchase of airplane tickets for attorney (related to Xinjiang NQ matter) | RMB 38 (~$5.34) |
| Page 180 | Travel Expenses | TAXI Invoice 93137002 | Taxi service for travel | [unable to see] |
| Page 181 | Travel Expenses | CA 1898 11/5 | Gang Wang (Attorney) airplane boarding pass | N/A |
| Page 182 | Travel Expenses | CA 1897 11/3 | Gang Wang (Attorney) airplane boarding pass | N/A |
| Page 183 | Travel Expenses | VAT Invoice No. 17252478 | Payment to insurance company related to airplane tickets for attorneys | RMB 30 (~$4.21) |
| Page 184 | Company Operation | Receipt No. 20191106200001151 | Payment to PRC Treasury for NetQin Infinity (Beijing) Technology Co., Ltd's outstanding tax liability | RMB 11,118.89 (~$1,563.83) |
| Page 185-186 | Labor | 301-23 (dated 12/7/2019) Receipt No. 201912103535561 | Payment to PRC Treasury for NetQin Infinity (Beijing) Technology Co., Ltd's outstanding tax liability | RMB 3,312.23 (~$465.85) |