# Exhibit B

| ECF No. 448-2 | Category | Document Identifiers | Description of Expenses and Costs | Expenses and Costs[1] |
|---|---|---|---|---|
| Page 3 | Office Equipment | VAT Invoice No.40171385 | Purchase of software application license (scanner) | RMB 25 (~$3.86) |
| Page 4 | Office Equipment | VAT Invoice No.110499738 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.95) |
| Page 5 | Office Maintenance | VAT Invoice No.8795826 | Purchase of three boxes of water for LKM WOFE's office | RMB 110.70 (~$16.67) |
| Page 6 | Office Equipment | VAT Invoice No.10499741 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.95) |
| Page 7 | Office Equipment | VAT Invoice No.17779958 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.95) |
| Page 8 | Travel Expenses | TAXI Invoice 99690615<br><br>TAXI Invoice 83064584 | Taxi service for travel | RMB 35 (~$5.42)<br><br>RMB 35 (~$5.42) |
| Page 9 | Office Equipment | VAT Invoice No.69731548 | Purchase of software application license (scanner) | RMB 25 (~$3.86) |
| Page 10 | Office Equipment | VAT Invoice No.84343499 | Purchase of software application license (WPS – a software like Microsoft Word) | RMB 15 (~$2.25) |
| Page 11 | Office Equipment | VAT Invoice No.69967056 | Purchase of software application license (scanner) | RMB 25 (~$3.86) |
| Page 12 | Company Operation | Transaction No. 0142340242619 | Payment to China Merchants Bank for printing bank statements | RMB 20 (~$3.10) |
| Page 13-19 | Company Operation | 301-23 (dated 7/9/2020)<br><br>Transaction No 121394801517030; | Payment to China Merchants Bank for printing LKM WOFE's bank statements | RMB 8,500 (~$1,317.82) |

---

[1] The average exchange rate between RMB and USD in 2020 was 1 USD = 6.45 RMB.

| | | 0142340242521; 0119240447389; 0119240447389; 0128570344503; and 0139490151822 | | |
|---|---|---|---|---|
| Page 20 | Travel Expenses | VAT Invoice No.31160847 | Purchase of airplane ticket for attorney | RMB 2,190 (~$329.81) |
| Page 21 | Travel Expenses | VAT Invoice No.13985124 | Payment to Beijing Friendship Hotel for hotel expenses (stay) related to my travel to Beijing in connection with LKM WOFE meetings or legal proceedings | RMB 1,592 (~$239.75) |
| Page 22 | Travel Expenses | VAT Invoice No.31125340 | Purchase of airplane ticket for attorney | RMB 3,050 (~$457.27) |
| Page 23 | Professional Service (Legal) | Transaction No. 22020031082032799 | Payment to Beijing Dingye Law Firm for legal services | RMB 30,100 (~$4,666.66) |
| Page 24-26 | Professional Service (translation) | S0343 (dated 3/11/2020) | Payment for translation services | RMB 7,207 (~$1,117.36) |
| | | VAT Invoice No.84188821 | Payment to Beijing Baijia Translation company for translation services | RMB 1,062 (~$159.93) |
| | | VAT Invoice No.84188820 | Payment to Beijing Baijia Translation company for translation services | RMB 6,145 (~$925.45) |
| Page 27 | Professional Service (translation) and Office Equipment | S0343 (dated 4/9/2020) | Payment for translation services 629.70; Express Delivery fees 13.00 and Office Equipment 1853.00 | RMB 2,495.70 (~$386.93) |
| Page 28 | Professional Service (translation) | VAT Invoice No.84189043 | Payment to Beijing Baijia Translation company for translation services | RMB 1,853 (~$279.06) |
| Page 29 | Office Equipment | VAT Invoice No.71692743 | Purchase of software application license (scanner) | RMB 25 (~$3.86) |
| Page 30 | Office Equipment | VAT Invoice No.89096003 | Payment to Shunfeng Express Delivery company for shipping documents | RMB 13 (~$1.95) |

| Page 31 | Office Equipment | VAT Invoice No.23674379 | Purchase of office sterilizer | RMB 138. (~$21.39) |
|---|---|---|---|---|
| Page 32 | Office Maintenance | VAT Invoice No.003019605 | Payment for maintenance services related to office internet | RMB 360 (~$54.21) |
| Page 33-35 | Professional Service (translation) | 301-23 (dated 4/10/2020) | Jianfeng Li translation services for February 10,405 and Jianfeng Li translation services for March 29,651 | RMB 40,056 (~$6,210.23) |
| | | Transaction No. 2020041012627834 | Payment to Jianfeng Li (translator) for translation services | RMB 1,853 (~$287.28) |
| | | Transaction No. 2020041010651456 and 2020041010653710 | Payment to Jianfeng Li (translator) for translation services | RMB 8,552 (~$1,325.89) RMB 29,651.00 (~$4,597.51) |
| Page 36 | Professional Service (Legal) | Transaction No. 2020050625677294 | Payment to Beijing Geping Law Firm for legal service | RMB 50,000 (~$7,751.93) |
| Page 37 | Professional Service (Legal) | Transaction No. 2020050730759917 | Payment to Beijing Juneze Law Firm for legal service | RMB 100,000 (~$15,503.87) |
| Page 38 | Professional Service (Legal) | Transaction No. 2020050939993604 | Payment to Beijing Juneze Law Firm for legal service | RMB 150,000 (~$32,255.81) |
| Page 39 | Professional Service (Legal) | VAT Invoice No.02837938 | Payment to Beijing Dingye Law Firm for legal service | RMB 100,000 (~$15,060.24) |
| Page 40 | Professional Service (Legal) | VAT Invoice No.02837939 | Payment to Beijing Dingye Law Firm for legal service | RMB 100,000 (~$15,060.24) |
| Page 41 | Professional Service (Legal) | VAT Invoice No.02837940 | Payment to Beijing Dingye Law Firm for legal service | RMB 30,100 (~$4,533.13) |
| Page 42 | Professional Service (Legal) | 303-4 (dated 7/20/2020) | Payment Record re: payment to Beijing Dingye Law Firm for legal service | RMB 30,100 (~$4,666.66) |
| Page 43-44 | Professional Service (translation) | 303-4 (dated 5/20/2020) | Payment to Bingjie Zhou regarding retainer for translation services | RMB 2,200 (~$341.08) |
| | | Transaction No. 2020052090855523 | | |

| Page 45-46 | Professional Service (Legal) | 301-23 (dated 5/21/2020) | Payment to Beijing Geping Law Firm | RMB 60,000 (~$9,036.14) |
|---|---|---|---|---|
| | | VAT Invoice No.05844559 | Payment to Beijing Geping Law Firm for legal service | |
| Page 47-48 | Professional Service (translation) | 301-23 (dated 5/22/2020) | Payment Record re: payment to Jianfeng Li for translation services | RMB 80,003.48 (~12,048.71) |
| | | VAT Invoice No.26027422 | Payment to Jianfeng Li for translation services | |
| Page 49 | Professional Service (Legal) | Transaction No. 2020112681783191 | Payment to Beijing Dingye Law Firm for legal service | RMB 21,657 (~$3,357.67) |
| Page 50-51 | Professional Service (translation) | 303-4 (dated 6/10/2020) | Payment Record Form re: payment to Jianfeng Li for translation services | RMB 33,792 (~$5,239.06) |
| | | Transaction No. 2020061085584365 | Payment to Jianfeng Li for translation services | |
| Page 52-57 | Professional Service (Legal) | 303-4 (dated 6/10/2020) | Payment Record re: payment to U.S. Kobre & Kim Law Firm Shanghai Office for legal consulting services | RMB 378,386.43 (~$58,664.56) |
| | | VAT Invoice No.23587384 | Payment to Kobre & Kim Law Firm Shanghai Office for legal service | RMB 100,000 (~$15,060.24) |
| | | VAT Invoice No.23587386 | Payment to Kobre & Kim Law Firm Shanghai Office for legal service | RMB 100,000 (~$15,060.24) |
| | | VAT Invoice No.23587387 | Payment to Kobre & Kim Law Firm Shanghai Office for legal service | RMB 78,386.43 (~$11,805.18) |
| | | VAT Invoice No.23587385 | Payment to Kobre & Kim Law Firm Shanghai Office for legal service | RMB 100,000 (~$15,060.24) |
| | | Transaction No. 22020031082032799 | Payment to Kobre & Kim Law Firm Shanghai Office for legal service | RMB 378,386.43 (~$58,664.56) |
| Page 58-59 | Professional Service (Legal) | 301-23 (dated 6/24/2020) | Bingjie Zhou's payment for court filing fees | RMB 1,150 (~$178.29) |
| | | Transaction No 2020062449802368 | Payment to Bingjie Zhou re: reimbursement of court filing fees | |
| Page 60 | Professional Service | 303-4 (dated 7/19/2020) | Express Delivery 151.86; Office | RMB 2,178.60 (~$337.67) |

| | (Translation) and Office Equipment | | Equipment 1,643.24; and Translation Services 383.50 | |
|---|---|---|---|---|
| Page 61-62 | Professional Service (Legal) | Transaction No 2020071133733199 | Payment to Beijing Dingye Law Firm for legal service | RMB 54,800 (~$8,496.12) |
| | | 303-4 (dated 7/11/2020) | Payment to Beijing Dingye Law Firm for legal service | RMB 2,178.60 (~$337.76) |
| Page 63-64 | Professional Service (Translation) | 303-4 (dated 7/11/2020) | payment to Jianfeng Li for translation services | RMB 2,178.60 (~$337.76) |
| | | Transaction No. 2020071133699660 | Payment to Jianfeng Li for translation service | RMB 49,932 (~$7,741.39) |
| Page 65-67 | Professional Service (Legal) | Transaction No. 2020080132684501 | Payment to Bingjie Zhou re: notary services fees | RMB 3,166 (~$490.85) |
| | | 301-23 (dated 8/1/2020) | Reimbursement Form re: Bingjie Zhou's payment for notary service | |
| | | VAT Invoice No.03693423 | Payment to Beijing City Haicheng Notary Center in preparing documents to be notarized and to be used in LKM's United States case | |
| Page 68 | Professional Service (Translation) and Office Equipment | 301-23 (dated 8/1/2020) | Office Equipment 167.60; Translation Services 2,912.50; Express Delivery 50.00 | RMB 3,130.10 (~$485.28) |
| Page 69 | Professional Service (Translation) | VAT Invoice No.13972178 | Payment to Beijing Baijia Translation Service company for translation service | RMB 2,912.50 (~$451.55) |
| Page 70 | Professional Service (Legal) | No. Bing-75 (dated 8/13/2020) | Payment Record re: payment to Beijing Dingye Law Firm for legal services | RMB 50,000 (~$7,751.93) |
| Page 71-74 | Professional Service (Legal) | Transaction Time 8/13/2020 at 14:33:07 | Payment to Beijing Dingye Ye Law Firm for legal services | RMB 155,700 (~$24.139.53) |
| | | VAT Invoice No.36149391 | Payment to Beijing Dingye Law Firm for legal service | RMB 100,000 (~$15,060.24) |

|  |  | VAT Invoice No.36149392 | Payment to Beijing Dingye Law Firm for legal service | RMB 55,700 (~$8,388.55) |
|---|---|---|---|---|
|  |  | No. Bing-75 (dated 8/13/2020 | Payment Record re: Payment to Beijing Dingye Law Firm | RMB 155,700[2] (~$24,139.53) |
| Page 75 | Professional Service (Legal) | Transaction Time 8/13/2020 at 14:24:43 | Payment to Beijing Geping Law Firm for legal services | RMB 50,000 (~$7,751.93) |
| Page 76-77 | Professional Service (Translation) | 303-4 (dated 8/17/2020) | Payment Record re: payment to Jianfneg Li for translation services | RMB 41,517 (~$6,436.74) |
|  |  | Transaction No. 2020081708466789 | Payment to Jianfneg Li for translation services |  |
| Page 78 | Professional Service (Legal) | No. Bing-75 (dated 8/20/2020) | Payment Record re: payment to Beijing Geping Law Firm for legal services | RMB 295,358 (~$45,791.93) |
| Page 79 | Professional Service (Legal) | VAT Invoice No.36149395 | Payment to Beijing Dingye Law Firm for legal service | RMB 95,350 (~$14,359.93) |
| Page 80 | Professional Service (Legal) | VAT Invoice No.36149394 | Payment to Beijing Dingye Law Firm for legal service | RMB 100,000 (~$15,060.24) |
| Page 81 | Professional Service (Legal) | VAT Invoice No.36149393 | Payment to Beijing Dingye Law Firm for legal service | RMB 100,000 (~$15,060.24) |
| Page 82 | Professional Service (Legal) | Transaction No. 2020082021927332 | Payment to Beijing Dingye Law Firm for legal service | RMB 295,358 (~$45,791.93) |
| Page 83 | Professional Service (Legal) | No. Bing-75 (dated 8/21/2020) | Payment Record re: payment to U.S. Kobre & Kim for legal service | RMB 370,322 (~$57,414.26) |
| Page 84 | Professional Service (Legal) | VAT Invoice No.23687393 | Payment to U.S. Kobre & Kim Law Firm Shanghai Office for legal service | RMB 100,000 (~$15,060.24) |
| Page 85 | Professional Service (Legal) | VAT Invoice No.23687395 | Payment to U.S. Kobre & Kim Law Firm Shanghai Office for legal service | RMB 100,000 (~$15,060.24) |

---

[2] There is a typo on page 74 ("15570").  The correct amount is "155,700" RMB the same amount shown on page 71 (wire transfer receipt).

| Page 86 | Professional Service (Legal) | VAT Invoice No.23687396 | Payment to U.S. Kobre & Kim Law Firm Shanghai Office for legal service | RMB 56,350.94 (~$8,486.58) |
|---|---|---|---|---|
| Page 87 | Professional Service (Legal) | Transaction No. 2020082127016734 | Payment to U.S. Kobre & Kim Law Firm Shanghai Office for legal service | RMB 370,332.00 57,414.26) |
| Page 88 | Professional Service (Legal) | VAT Invoice No.23687394 | Payment to U.S. Kobre & Kim Law Firm Shanghai Office for legal service | RMB 100,000 (~$15,060.24) |
| Page 89-91 | Professional Service (Legal) | 304-4 (dated 9/11/2020) | Payment to Hainan Xiangrui Law Firm for legal services | RMB 100,000 (~$15,060.24) |
| | | VAT Invoice No.0112240 | Payment to Hainan Xiangrui Law Firm for legal service | |
| | | Transaction No. 202009115771880 | Payment to Hainan Xiangrui Law Firm for legal service | |
| Page 92 | Professional Service (Legal) | No. Bing-75 (dated 10/29/2020) | Payment to Epiq Hong Kong Limited for | RMB 51,269.67 (~$7,948.78) |
| Page 93 | Professional Service (Legal) | Transaction from Account 6212998606425946 | Payment to Epiq Hong Kong Limited for arbitration costs | USD 7,622.61 |
| Page 94-95 | Professional Service (Legal) | No. Bing-75 (dated 10/29/2020) | Payment to KSG Attorneys Ltd (Receiver's Cayman Counsel) | RMB 33,630 (~$5,000)  USD 5,000 |
| | | Transaction from Account 6212998606425946 | Payment to KSG Attorneys Ltd (Receiver's Cayman Counsel) | |
| Page 96 | Professional Service (Legal) | No. Bing-75 (dated 11/4/2020) | Payment to Hong Kong International Arbitration Centre for arbitration fees | RMB 104,763.7 (~$16,242.43) |
| Page 97 | N/A - Mr. Guo's payment to Greenberg Trauring *was not made* in Mr. Guo's capacity as the Receiver's agent, and it is *not* part of the Receivership's expenses. This receipt was inadvertently included in Receiver's prior submission. *See* ECF 460. | | | |
| Page 98 | Professional Service (Legal) | No. 02225500 | Payment Receipt issued by PRC court re: NetQin Infinity (Beijing) | RMB 21,657 (~$3,367.67) |

| | | | Technology Co., Ltd.'s court filing fees | |
|---|---|---|---|---|
| Page 99-100 | Professional Service (Legal) | No. 062020112610059003 | Payment to Beijing Haidian District Court for (2020) Jing 0108 Min Chu No. 329 matter | RMB 21,657 (~$3,367.67) |
| | | 301-23 (dated 11/26/2020) | Kun Hao's payment to Court fees | |
| Page 101-102 | Professional Service (Legal) | No. Bing-75 (dated 12/10/2020) | Payment Record re: Payment to KSG Attorneys Ltd. (Receiver's Cayman Counsel) for legal services | RMB 91,236.29 (~$14,145.16) |
| | | Transaction from Account 6212998606425946 | Payment to KSG Attorneys Ltd. (Receiver's Cayman Counsel) for legal services | USD 13,934.31 |
| Page 103 | Office Maintenance | 301-23 (dated 3/10/2020) | LKM WOFE utilities for 9/16/2019-12/31/2019 | RMB 1,494.19 (~$231.65) |
| Page 104 | Office Maintenance | VAT Invoice No.01274527 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's electricity bills | RMB 1,336.87 (~$201.33) |
| 105 | Office Maintenance | Invoice Due Notice dated 1/8/2020 | Notice of Invoice Due for LKM WOFE's office utilities bill | RMB 1,336.89 (~$211.92)<br><br>RMB 157.32 (~$24.39) |
| Page 106 | Office Maintenance | VAT Invoice No.93099543 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's water bills | RMB 87.77 (~$13.21) |
| Page 107 | Office Maintenance | VAT Invoice No.01274528 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's hot water bills | RMB 69.55 (~$10.47) |
| Page 108-109 | Office Rent | 301-23 (dated 4/16/2020) | Office rent 3/2020-6/2020 | RMB 116,989.84 (~$18,137.95) |
| | | Transaction No. 2020041639487304 | Payment to Beijing Cloud Valley Technology | |

| | | | Development Co., Ltd. for office rent | |
|---|---|---|---|---|
| Page 110 | Office Rent | VAT Invoice No.25256251 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 16,989.84 (~$7,076.78) |
| Page 111 | Office Rent | VAT Invoice No.25256242 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 100,000 (~$15,060.24) |
| 112 | Office Rent | 301-23 (dated 5/7/2020) | Office rent 6/20/2020 - 12/31/2020 | RMB 288,805.28 (~$44,766.01) |
| Page 113 | Office Rent | VAT Invoice No.2525261 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 100,000 (~$15,060.24) |
| Page 114 | Office Rent | Transaction No. 2020050730695856 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 288,805.28 (~$44,766.01) |
| Page 115 | Office Rent | VAT Invoice No.2525262 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 100,000 (~$15,060.24) |
| Page 116 | Office Rent | VAT Invoice No.2525263 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 88,805.28 (~$13,374.28) |
| Page 117 | Office Maintenance | 301-23 (dated 5/11/2020) | LKM WOFE's utilities 12.31.19-4.13.20 | RMB 1,297.80 (~$201.20) |
| Page 118 | Office Maintenance | VAT Invoice No.93099765 | Payment to Beijing Zhongguancun Hongjia Property Management | RMB 43.94 (~$6.61) |

| | | | company for LKM WOFE's water bills | |
|---|---|---|---|---|
| Page 119 | Office Maintenance | VAT Invoice No.23769352 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's water bills | RMB 34.02 (~$5.12) |
| Page 120 | Office Maintenance | VAT Invoice No.23769353 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's electricity bills | RMB 1,219.04 (~$183.59) |
| 121 | Office Maintenance | No. Bing-75 (dated 8/13/2020) | Payment Record re: payment to Zhongguancun Hongjia Property Management for LKM's utilities bill | RMB 988.01 (~$153.17) |
| Page 122 | Office Maintenance | VAT Invoice No.02165712 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's electricity bills | RMB 849.81 (~$127.98) |
| Page 123 | Office Maintenance | VAT Invoice No.02165713 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's water bills | RMB 65.52 (~$9.86) |
| Page 124 | Office Maintenance | VAT Invoice No.26514699 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's water bills | RMB 82.68 (~$12.45) |
| Page 125-127 | Office Maintenance | No. Bing-75 (dated 11/10/2020) | Payment Record re: payment to Zhongguancun Hongjia Property Management for LKM's Internet bill | RMB 6,154.80 (~$954.23) |
| | | VAT Invoice No. 24518267 | Payment to Beijing Zhongguancun Software Development Co., Ltd for LKM WOFE's internet bills | |
| | | Transaction No. 2020111003365327 | Payment to Beijing Zhongguancun Software Development Co., Ltd | |

| | | | | |
|---|---|---|---|---|
| | | | for LKM WOFE's internet bills | |
| Page 128-129 | Company Operation | Receipt No. 2020010786493301 | Payment to PRC Treasury for NetQin Infinity (Beijing) Technology Co., Ltd's outstanding tax liability | RMB 742.40 (~$115.10) |
| | | 301-23 (dated 1/6/2020) | LKM WOFE's tax payment | |
| Page 130 | Labor | 303-4 (January 2020) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,100.77) |
| Page 131-132 | Company Operation | 301-23 (dated 2/11/2020) | Payment to PRC Treasury for NetQin Infinity (Beijing) Technology Co., Ltd's outstanding tax liability | RMB 2,578.40 (~$399.75) |
| | | Receipt No. 2020021283942391 | | |
| Page 133-134 | Company Operation | 301-23 (dated 3/3/2020) | Payment to PRC Treasury for NetQin Infinity (Beijing) Technology Co., Ltd's outstanding tax liability | RMB 1368.32 (~$212.14) |
| | | Receipt No. 2020030422802991 | | |
| Page 135 | Labor | 303-4 (March 2020) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,100.77) |
| Page 136-137 | Professional Service (Translation) | 301-23 (dated January 2020) | Reimbursement Form re: Frank's Labor costs | RMB 31,545 (~$4,890.69) |
| | | Transaction No. 2020050939485699 | Payment to Jianfeng Li for translation service | |
| Page 138 | Labor | 303-4 (June 2020) | Payment of salary for LKM WOFE employees | RMB 18,250 (~$2,829.45) |
| Page 139 | Labor | Transaction No. 2020061085547082 | Payment of salary for LKM WOFE employee | RMB 4,250 (~$658.91) |
| Page 140 | Labor | Transaction No. 2020061085552987 | Payment of salary for LKM WOFE employee | RMB 4,000 (~$620.15) |
| Page 141 | Labor | Transaction No. 2020061085552987 | Payment of salary for LKM WOFE employee | RMB 10,000 (~$1,550.38) |
| Page 142 | Labor | Transaction No. 2020072391510950 | Payment of salary for LKM WOFE employee | RMB 47,760 (~$7,404.65) |
| Page 143 | Labor | Agreement between LKM WOFE and its employee regarding reimbursement of the employee's insurance (as required by law). | | |
| Page 144 | Labor | 303-4 (dated 7/23/2020) | Payment to Bingjie Zhou regarding her insurance | RMB 47,760 (~$7,404.65) |

| Page 145-147 | Labor | 303-4 (August 2020) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,100.77) |
|---|---|---|---|---|
| | | Transaction No. 2020081075773912 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,550.38) |
| | | Transaction No. 2020081075809072 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,550.38) |
| Page 148-150 | Labor | 303-4 (September 2020) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,100.77) |
| | | Transaction No. 2020091023201834 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,550.38) |
| | | Transaction No. 2020091023194832 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,550.38) |
| Page 151-153 | Labor | 303-4 (October 2020) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,100.77) |
| | | Transaction No. 2020101055006884 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,550.38) |
| | | Transaction No. 2020101055032295 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,550.38) |
| Page 154-155 | Labor | 303-4 (dated 10/14 2020) | Payment of salary for LKM WOFE employees | RMB 30,000 (~$4,651.16) |
| | | Transaction No. 2020101478101342 | Payment of salary for LKM WOFE employees | RMB 30,000 (~$4,651.16) |
| Page 156-158 | Labor | 303-4 (November 2020) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,100.77) |
| | | Transaction No. 2020111003318909 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,550.38) |
| | | Transaction No. 2020111003403105 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,550.38) |
| Page 159-161 | Labor | 303-4 (December 2020) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,100.77) |
| | | Transaction No. 2020121047610336 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,550.38) |
| | | Transaction No. 2020121047613685 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,550.38) |