# Exhibit C

| ECF No. 448-3 | Category | Document Identifiers | Description of Expenses and Costs | Expenses and Costs[1] |
|---|---|---|---|---|
| Page 3-4 | Professional Service (Legal) | 303-4 (dated 1/8/2021) <br> Transaction No. 2021010890423908 | Payment to Beijing Dingye Law Firm for legal services | RMB 100,000 (~$15,479.87) |
| Page 5-6 | Professional Service (Legal) | No. Bing-75 (dated 1/10/2021) <br> Transaction No. 2021013107175174 | Payment to Beijing Dingye Law Firm for legal services | RMB 100,000 (~$15,479.87) |
| Page 7-8 | Professional Service (Legal) | 303-4 (dated 2/23/2021) <br> Transaction No. 2021022316693086 | Payment to Beijing Geping Law Firm for legal services | RMB 50,000 (~$7,739.93) |
| Page 9-10 | Professional Service (Legal) | No. Bing-75 (dated 3/3/2021)[2] <br> Transaction No. 2021030362301010730001 | Payment to Beijing Geping Law Firm for legal services | RMB 571,533 (~$88,472.60) |
| Page 11-12 | Company Operation | No. Bing-75 (dated 4/21/2021) <br> Transaction from Account 6212998606425946 | Payment to Maples and Calder (Hong Kong) LLP for LKM's annual registration fees. | RMB 18,990.24 (~$2,919.51) <br><br> (transaction cost 7 USD) |
| Page 13-14 | Company Operation | No. Bing-75 (dated 4/21/2021) <br> Transaction from Account 6212998606425946 | Payment to Maples and Calder (Hong Kong) LLP for LKM's annual registration fees. | RMB 4,595.23 (~$706.46) <br><br> (transaction cost 7 USD) |
| Page 15-16 | Professional Service (Legal) | No. Bing-75 (dated 5/20/2021) <br> Transaction No. 2021052032106149 | Payment to Beijing Dingye Law Firm for legal services | RMB 38,600 (~$5,975.23) |
| Page 17-18 | Professional Service (Legal) | 303-4 (dated 6/7/2021) <br> Transaction No. 2021060712396503 | Payment to Beijing Geping Law Firm for legal services | RMB 95,600 (~$14,798.76) |
| Page 19-20 | Office Rent | No. Bing-75 (dated 1/6/2021) <br> Transaction No. 20211010680940844 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 21,113.73 (~$3,268.37) |

---

[1] The average exchange rate between RMB and USD in 2019 was 1 USD = 6.46 RMB.
[2] There is a typo on page 9 ("5715.33"). The correct amount is "571,553" RMB the same amount shown on page 10 (wire transfer receipt).

| Page 21 | Office Rent | VAT Invoice No. 21755143 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 95,515.33 (~$14,560.21) |
|---|---|---|---|---|
| Page 22 | Office Equipment | VAT Invoice No. 2451875 | Payment to Zhongguancun Software Development Company for phone service | RMB 10,800 (~$1,651.37) |
| Page 23 | Office Equipment | VAT Invoice No. 24518 | Payment to Zhongguancun Software Development Company for LKM WOFE's phone service | RMB 682.90 (~$104.41) |
| Page 24 | Office Equipment | VAT Invoice No. 24518716 | Payment to Zhongguancun Software Development Company for LKM WOFE's phone service | RMB 3,000 (~$458.71) |
| Page 25 | Office Maintenance | VAT Invoice No. 244518715 | Payment to Beijing Zhongguancun Software Development Co., Ltd for LKM WOFE's internet bills | RMB 2,000 (~$305.81) |
| Page 26-27 | Office Maintenance | Transaction No. 2021011422754820<br><br>No. Bing-75 (dated 1/14/2021) | Payment to Beijing Zhongguancun Software Development Co., Ltd for LKM WOFE's internet bills and phone bills | RMB 16,482.90 (~$2,551.53) |
| Page 28 | Office Maintenance | No. Bing-75 (dated 2/10/2021) | Payment to Beijing Zhongguancun Hongjia Property Management | RMB 1,321.37 (~$204.54) |

| | | | | |
|---|---|---|---|---|
| | | | company for LKM WOFE's utilities bill | |
| Page 29 | Office Maintenance | VAT Invoice No. 88662092 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's water bills | RMB 71.02 (~$10.85) |
| Page 30 | Office Maintenance | Transaction No. 2021021065593474 | Zhongguancun Hongjia Property Management company for LKM WOFE's utilities bill | RMB 1,321.37 (~$204.54) |
| Page 31 | Office Maintenance | VAT Invoice No. 16392385 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's water bills | RMB 22.60 (~$3.45) |
| Page 32 | Office Maintenance | VAT Invoice No. 58220986 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's water bills | RMB 28.51 (~$4.35) |
| Page 33 | Office Maintenance | VAT Invoice No. 19452738 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's water bills | RMB 56.28 (~$8.60) |
| Page 34 | Office Maintenance | VAT Invoice No. 16392386 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's electricity bills | RMB 303.34 (~$46.38) |
| Page 35 | Office Maintenance | VAT Invoice No. 19452739 | Payment to Beijing Zhongguancun Hongjia Property Management company for LKM WOFE's electricity bills | RMB 843.62 (~$128.99) |

| Page 36-38 | Office Rent | No. Bing-75 (dated 5/20/2021) VAT Invoice No. 03352133 Transaction No. 2021052032105676 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 61,091.88 (~$9,341.26) |
|---|---|---|---|---|
| Page 39-41 | Office Equipment | 303-4 (dated 7/8/2021) VAT Invoice No. 06982783 Transaction No. 2021070869308771 | Payment to Zhongguancun Software Development Company for LKM WOFE's phone and internet service | RMB10,800 (~$1,651.37) |
| Page 42-43 | Office Rent | 303-4 (dated 8/6/2021) Transaction No. 2021080617277082 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 88,150.83 (~$13,666.79) |
| Page 44 | Office Rent | Transaction No. 2021080617381171 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 3,000 (~$464.39) |
| Page 45 | Office Rent | VAT Invoice No. 03352221 | Payment to Beijing Cloud Valley Technology Development Co., Ltd (the landlord) for LKM WOFE's office rent | RMB 88150.83 (~$13,478.72) |
| Page 46 | Labor | No. Bing-75 (January 2021) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,095.97) |
| Page 47 | Travel Expenses and Office Equipment | 203-4 (dated 1/20/2021) | Travel Expenses 196.00; Express Delivery service 75.00; and Office Equipment 2,521.94 | RMB 21,792.94 (~$3,373.52) |
| Page 48 | Office Equipment | VAT Invoice No. 22377975 | Payment to Zhongguancun Software | RMB 2,000 (~$305.81) |

| | | | | |
|---|---|---|---|---|
| | | | Development Company for LKM WOFE's phone service | |
| Page 49 | Travel Expenses | No. Bing-104 | Travel expenses for Lilin Guo and Boayu Qu (attorney from Hainan Xiangrui Law Firm) between Beijing and Sanya | RMB 11,145 (~$1,725.23) |
| Page 50 | Travel Expenses | Transaction No. 2021020321716557 | Payment to Baoyu Qu regarding travel expenses reimbursement | RMB 15,175 (~$2,349.07) |
| Page 51 | Travel Expenses | VAT Invoice No. 10926516 | Payment to Beijing Orange Shidai Hotel for hotel expenses (stay) related to my travel to Beijing for attorneys in related to (2021) Jing Pei Jian No. 7 case | RMB 540 (~$82.56) |
| Page 52 | Travel Expenses | VAT Invoice No. 40013652 | Payment to Agent (Shanghai Hecheng) for hotel expenses (stay) for attorneys related to (2021) Jing Pei Jian No. 7 case | RMB 7683 (~$1,108.27) |
| Page 53 | Travel Expenses | A054359 – 1/2/2021 | Train ticket for travel from Sanya to Beijing | RMB 1,560 (~$241.48) |
| Page 54 | Travel Expenses | VAT Invoice. No. 41391704 | Payment to Agent (Shanghai Hecheng) for hotel expenses (stay) for attorneys related to (2021) Jing Pei Jian No. 7 case | RMB 2922 (~$446.78) |
| Page 55 | Travel Expenses | VAT Invoice No. 53457412 | Payment to Beijing Orange Shidai Hotel for hotel expenses (stay) related to my travel to Beijing for attorneys related to(2021) Jing Pei Jian No. 7 case | RMB 919 (~$140.51) |

| Page 56 | Travel Expenses | A054359 | Train tickets for travel between Beijing and Sanya | RMB 733 (~$113.46)<br><br>RMB 1,289 (~$199.53) |
|---|---|---|---|---|
| Page 57 | Travel Expenses | A054358<br><br>Q081219 | Train tickets for travel between Beijing and Sanya | RMB 788 (~$121.98)<br><br>RMB 762 (~$117.95) |
| Page 58-60 | Labor | Transaction No. 2021010890427694 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,547.98) |
| | | Transaction No. 2021010890427298 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,547.98) |
| | | 303-4 (March 2021) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,095.97) |
| Page 61-63 | Labor | Transaction No. 2021031094325987 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,547.98) |
| | | Transaction No. 2021031094349596 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,547.98) |
| | | No. Bing-75 (April 2021) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,095.97) |
| Page 64-66 | Labor | Transaction No. 2021041040531791 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,547.98) |
| | | Transaction No. 2021041040556770 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,547.98) |
| | | No. Bing-75 (May 2021) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,095.97) |
| Page 67, 68 and 71 | Labor | Transaction No. 2021021081298142 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,547.98) |
| | | Transaction No. 2021051081311232 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,547.98) |
| | | 303-4 (June 2021) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,095.97) |

| Page 69-70 | Labor | Transaction No. 2021051716792318 | Payment of insurance for LKM WOFE employees | RMB 47,760.00 (~$7,393.18) |
|---|---|---|---|---|
| | | No. Bing-75 (5/17/2021) | | |
| Page 72-74 | Labor | Wire from Lilin Guo to Bingjie Zhou dated 6/10/2021 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,547.98) |
| | | Wire from Lilin Guo to Kun Hao dated 6/10/2021 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,547.98) |
| | | 303-4 (July 2021) | Payment of salary for LKM WOFE employees | RMB 20,000 (~$3,095.97) |
| Page 75-76 | Labor | Transaction No. 2021071079982118 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,547.98) |
| | | Transaction No. 2021071079986386 | Payment of salary for LKM WOFE employees | RMB 10,000 (~$1,547.98) |
| Page 77-78 | Labor | 303-4 (dated 7/21/2021) | Payment of insurance for LKM WOFE employees | RMB 47,760.00 (~$7,393.18) |
| | | Transaction No. 2021072138174300 | | |