```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WAYNE BALIGA,

                              Plaintiff,        18-CV-11642 (VM) (VF)

           -against-                            ORDER SCHEDULING ORAL
                                                       ARGUMENT
LINK MOTION INC., et al.

                              Defendants.

-----------------------------------------------------------------X
```

**VALERIE FIGUEREDO, United States Magistrate Judge:**

An in-person conference to discuss Guo's expenses is hereby scheduled for **Wednesday, June 26, 2024, at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

    **SO ORDERED.**

DATED:    New York, New York
          June 20, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge