UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WAYNE BALIGA,

                Plaintiff,

      -against-

LINK MOTION INC., et al.

                Defendants.

-----------------------------------------------------------------X

18-CV-11642 (VM) (VF)

**ORDER RE-SCHEDULING ORAL ARGUMENT**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The in-person conference to discuss Guo's expenses is hereby re-scheduled for **Monday, July 8, 2024, at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
               June 24, 2024

                                                     _____
                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge