# FELICELLO

| | Michael James Maloney | Felicello Law P.C. |
| --- | --- | --- |
| | Partner | 366 Madison Avenue |
| | | 3rd Floor |
| | | New York, NY 10017 |
| | | |
| | | Tel. +1 (212) 584-7806 |
| | | mmaloney@felicellolaw.com |

**VIA ECF**

July 5, 2024

Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Baliga, et al. v. Link Motion Inc., et al.*, Case No. 1:18-cv-11642-VM-VF (S.D.N.Y.)
Request for authorization to bring devices to argument

Dear Judge Figueredo:

    I respectfully request that the Court enter the accompany electronic device authorization order permitting me to bring electronic devices to the oral argument scheduled for July 8, 2024 at 2:00 p.m. The basis for this request is that the documents concerning Mr. Guo's expense claims are voluminous and access to electronic copies during argument will be less burdensome than use of hard copies. A proposed electronic device order is enclosed. Thank you for your attention to this request.

Respectfully submitted,

*/s/ Michael James Maloney*

Michael James Maloney

cc:     All counsel of record (via ECF)

*Admitted to practice law in New York