REGISTER OF DIRECTORS AND OFFICERS FOR:
**TongFang Investment Fund Series SPC**

CR 314746

| Name | Address | Office Held | Appointment Effective Date | Resignation Effective Date | Notification of Appointment | Notification of Resignation |
|---|---|---|---|---|---|---|
| MAK Chak Hung | Flat B, 8/F, Tower 4, Laguna Verde, Hung Hom, Kowloon, Hong Kong | DIRECTOR | 16-Nov-16 | 28-Mar-17 | 24-Nov-16 | 29-Mar-17 |
| SHI Wenyong | ColleStaff Apartments, No. 5 Yiheyuan Road, Haidian District, Beijing, China | DIRECTOR | 08-Nov-17 | | 17-Nov-17 | |
| ZHOU Hongbin | Yang Guang Tian Ji 96-2-102, Hangzhou City, Zheijang Province, China 310000 | DIRECTOR | 08-Nov-17 | | 17-Nov-17 | |
| LI Pak Wang Daniel | Flat D, 18/F Coral Court, 2 Parkvale Drive, Parkvale Village, Discovery Bay, Lantau, NT, Hong Kong | DIRECTOR | 27-Mar-17 | | 29-Mar-17 | |
| CHAN Chung Ha Camela | House 46, Casa Marina I, 28 Lo Fai Road, Tai Po, N.T., Hong Kong | DIRECTOR | 30-Aug-16 | 16-Nov-16 | 13-Sep-16 | 24-Nov-16 |



www.verify.gov.ky File#: 314746

Filed: 17-Nov-2017 15:14 EST
Auth Code: G31934983836