UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X    7/8/2024

WAYNE BALIGA,

                Plaintiff,    18-CV-11642 (VM) (VF)

   -against-    **ORDER**

LINK MOTION INC., et al.

                Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The in-person conference to discuss Guo's expenses is hereby moved to a telephonic conference at the same time, **Monday, July 8, 2024, at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

    SO ORDERED.

DATED:    New York, New York
                July 8, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge