UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WAYNE BALIGA,

                Plaintiff,                  18-CV-11642 (VM) (VF)

      -against-                      **ORDER**

LINK MOTION INC., et al.

                Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As directed by Judge Marrero in his Decision and Order, see ECF No. 508 at 12, and as indicated at the conference on July 8, 2024, the Motion to Dismiss at ECF No. 480, Guo's expenses and piercing the corporate veil at ECF Nos. 473 and 518, and Baliga's challenge to Shi's representation of Link Motion for the Motion to Dismiss at ECF No. 489 will be resolved in one Report & Recommendation. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 480.

      **SO ORDERED.**

DATED:    New York, New York
               July 10, 2024

                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge