```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2025

WAYNE BALIGA,

                Plaintiff,

     - against -

LINK MOTION, INC. et al.,

                Defendants.

18 Civ. 11642 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Currently pending before the Court are objections by several parties to Reports and Recommendations issued August 11, 2023, and November 25, 2024 (See Dkt. Nos. 466, 529). As the Court takes these objections under advisement, the Court notes that Magistrate Judge Figueredo ultimately concluded that the issue regarding the Convertible Note Agreement entered into between Link Motion, Inc. ("Link Motion") and the Receiver's Agent, Lilin "Francis" Guo ("Guo") was not within the scope of this Court's previous referral order. (See Dkt. No. 529 at 34-35.)

    In order to efficiently resolve all of the pending issues in this case, the Court is prepared to rule on the issue of the Convertible Note Agreement based on the existing briefing. (See Dkt. Nos. 421, 430, 437, 473, 477, 486.) The parties have had ample opportunity to brief on this issue. Nevertheless, the Court will allow the parties to make one

1

final submission stating their respective positions on the issue of the Convertible Note Agreement. The parties are hereby directed to each submit a three-page letter no later than April 14, 2025, with a summary of their arguments regarding the Convertible Note Agreement and the factual circumstances surrounding its execution and this Court's approval. Any letter over three-pages will not be considered by the Court.

**SO ORDERED.**

Dated:   8 April 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.