UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>Plaintiff,<br>-against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, ROLAND WU, and ZEMIN XU,<br><br>Defendants, | Civil Action No.: 1:18-cv-11642-VM-VF<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law filed herewith, the declaration of Michael James Maloney, dated December 1, 2025, the exhibits thereto, and upon all prior proceedings, pleadings, and filings in this action, Defendants Link Motion Inc. f/k/a NQ Mobile Inc. ("Link Motion" or the "Company") and Dr. Vincent Wenyong Shi ("Shi"), by their undersigned counsel, will move this Court, located at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, before the Honorable Valerie Figueredo, United States Magistrate Judge, at a date and time to be determined by the Court, for an Order granting the following relief:

(1) cancelling 31,843,650 of 86,272,750 the Class B shares issued to Lilin "Francis" Guo ("Guo") by Robert W. Seiden, former court-appointed receiver (the "Former Receiver"), for nonpayment;

(2) cancelling the remaining 54,429,100 Class B shares registered under Guo's name and converting them to Class A shares;

(3) denying Guo's request to lift the injunction, entered at ECF No. 425 and extended at ECF No. 440, and otherwise bar the Former Receiver and/or Guo from noticing an Extraordinary General Meeting ("EGM") of the shareholders of Link Motion;

1

(4)     denying Guo's request for re-appointment of the Former Receiver; and

(5)     declaring that Dr. Shi remains a registered director of Link Motion and all prior acts by the Receiver purporting to remove Dr. Shi from his position as director are null and void; or

(6)     In the alternative, directing that the disputes concerning cancellation of Guo's Class B shares, Dr. Shi's status as a registered director, and/or noticing of an EGM be submitted to a competent court sitting in the Cayman Islands, where Link Motion is incorporated; and

(7)     Vacating the Order, dated June 12, 2025, ECF No. 557, which temporarily stayed the obligation of the Former Receiver to turnover to the Company the documents, records, and other things relating to the Company; and

(8)     Directing the Former Receiver to promptly turnover to the Company's counsel all documents, records, and other things that came into the Former Receiver's possession, custody, or control in his former capacity as court-appointed receiver for the Company; and

(9)     granting such other and further relief as the Court deems just and proper;

**PLEASE TAKE FURTER NOTICE** that, pursuant to the parties' agreement, as reflected in ECF No. 573, papers in opposition to this motion shall be filed and served on or before December 23, 2025 and reply papers shall be served on or before January 16, 2025.

Dated: New York, New York
       December 1, 2025

Respectfully submitted,

FELICELLO LAW P.C.

By:  */s/ Michael James Maloney*
     Michael James Maloney
366 Madison Avenue FL3
New York, NY 10017
Tel. 212-584-7806
mmaloney@felicellolaw.com
*Attorneys for Defendants Link Motion Inc. f/k/a NQ Mobile Inc. and Vincent Wenyong Shi*

2