**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>                      Plaintiff,<br>     -against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, JIA LIAN, XIAO YU,<br><br>                      Defendants, | 1:18-cv-11642-VM-VF<br><br>**DECLARATION OF MICHAEL JAMES MALONEY IN SUPPORT OF MOTION** |

MICHAEL JAMES MALONEY declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney duly admitted to practice law before the United States District Court for the Southern District of New York. I am a partner of Felicello Law P.C. and counsel of record for Defendants Link Motion Inc. f/k/a NetQin Mobile Inc. ("LKM" or "Link Motion" or the "Company") and Vincent Wenyong Shi ("Dr. Shi").

2. I make this declaration in support of the motion by Link Motion and Dr. Shi for an order (i) cancelling Class B shares issued to Mr. Francis "Lilin" Guo ("Mr. Guo") by Robert W. Seiden, the former receiver for Link Motion (the "Former Receiver"), (ii) and for the other relief requested in the accompanying Notice of Motion.

3. As set forth more fully in prior submissions, Link Motion is a limited company formed under the laws of the Cayman Islands. *See* ECF No. 130-2 at ECF p.22 of 32.

4. Annexed hereto as **Exhibit A** is a copy of an excerpt of the current version of the Cayman Islands Companies Act (2025 Revision), obtained from the website operated by the Cayman Islands Monetary Authority.[1]

---

[1] *See* https://www.cima.ky/upimages/lawsregulations/CompaniesAct2025Revision_1738876914.pdf.

1

5. Link Motions controlling corporate document, the Sixth Amended and Restated Memorandum of Association (the "Memorandum of Association"), was previously submitted at ECF No. 36-4. *See also* ECF No. 130-2 at ECF p.22 of 32.

6. A copy of Link Motion's register of shareholders as of October 22, 2018 was previously submitted at ECF No. 130-1.

7. A copy of Link Motion's register of shareholders as of May 4, 2020 was previously submitted at ECF No. 560-1.

8. A copy of Link Motion's register of shareholders as of November 2, 2021 was previously submitted at ECF No. 560-2.

9. On July 2, 2025, the Board of Directors of Link Motion served a notice of call upon Mr. Guo's shares. *See* ECF No. 568-1.

10. As of the date of this declaration, Mr. Guo has not paid the amount demanded in the July 2, 2025 notice of call.

11. In further support of the motion, Link Motion and Dr. Shi respectfully refer to the prior submissions cited in the accompanying Memorandum of Law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 1, 2025

                                                */s/ Michael James Maloney*
                                                  Michael James Maloney