**CAYMAN ISLANDS**



# COMPANIES ACT

## (2025 Revision)

Supplement No. 3 published with Legislation Gazette No. 6 dated 28th January, 2025.

**EXHIBIT**

**A**

## PUBLISHING DETAILS

Cap. 22 [Law 3 of 1961 and 12 of 1962] of the 1963 Revised Edition of the Laws consolidated with Laws 12 of 1962, 9 of 1966, 1 of 1971, 7 of 1973, 24 of 1974, 25 of 1975, 19 of 1977, 16 of 1978, 6 of 1980, 21 of 1981, 34 of 1983, 2 of 1984, 22 of 1984, 15 of 1985, 38 of 1985, 24 of 1987, 14 of 1988, 14 of 1989, 10 of 1990, 3 of 1991, 23 of 1991 (part), 11 of 1992, 3 of 1993, 23 of 1993, 33 of 1993, 2 of 1994, 8 of 1994, 14 of 1996, 26 of 1997, 4 of 1998, 6 of 1998, 20 of 1998 (part), 5 of 1999, 7 of 2000 (part), 5 of 2001, 10 of 2001, 29 of 2001, 46 of 2001, 22 of 2002, 26 of 2002, 28 of 2003, 13 of 2006, 15 of 2007, 12 of 2009, 33 of 2009, 37 of 2010, 16 of 2011, 29 of 2011, 6 of 2012, 14 of 2012, 29 of 2012, 1 of 2013, 6 of 2013, 14 of 2015, 3 of 2016, 2 of 2017, 42 of 2017, 37 of 2018, 46 of 2018, 10 of 2019, 4 of 2020, 19 of 2020 and Acts 56 of 2020, 60 of 2020, 6 of 2021, 15 of 2023, 11 of 2024 and the Companies (Amendment of Schedule) Order, 2011, Schedule 4 of the Companies Law Departmental Notice, 2015, Schedule 4 of the Companies Law Departmental Notice, 2017, the Companies (Amendment of Section 254) Regulations, 2022, the Companies (Amendment of Schedule 4) Order, 2023, the Companies (Amendment of Schedule 5) Order, 2023 and the Companies (Amendment of Schedule 5) Order, 2024.

Revised under the authority of the *Law Revision Act (2020 Revision)*.

Originally enacted —

Cap. 22-1st January, 1964

Law 9 of 1966-14th March, 1966

Law 1 of 1971-15th December, 1970

Law 7 of 1973-28th June, 1973

Law 24 of 1974-22nd November, 1974

Law 25 of 1975-9th December, 1975

Law 19 of 1977-10th November, 1977

Law 16 of 1978-8th September, 1978

Law 6 of 1980-17th March, 1980

Law 21 of 1981-13th October, 1981

Law 34 of 1983-24th November, 1983

Law 2 of 1984-28th February, 1984

Law 22 of 1984-7th September, 1984

Law 15 of 1985-24th May, 1985

Law 38 of 1985-19th December, 1985

Law 24 of 1987-17th November, 1987

Law 14 of 1988-9th September, 1988

Law 10 of 2001-25th May, 2001

Law 29 of 2001-26th September, 2001

Law 46 of 2001-14th January, 2002

Law 22 of 2002-5th December, 2002

Law 26 of 2002-5th December, 2002

Law 28 of 2003-3rd December, 2003

Law 13 of 2006-1st June, 2006

Law 15 of 2007-17th September, 2007

Law 12 of 2009-20th March, 2009

Law 33 of 2009-2nd December, 2009

Law 37 of 2010-15th September, 2010

Law 16 of 2011-11th April, 2011

Law 29 of 2011-18th November, 2011

Law 6 of 2012-29th August, 2012

Law 14 of 2012-31st August, 2012

Law 29 of 2012-19th November, 2012

Law 1 of 2013-10th January, 2013



Law 14 of 1989-5th September, 1989

Law 10 of 1990-18th July, 1990

Law 3 of 1991-21st February, 1991

Law 23 of 1991-12th December, 1991

Law 11 of 1992-13th July, 1992

Law 3 of 1993-26th March, 1993

Law 23 of 1993-29th September, 1993

Law 33 of 1993-29th November, 1993

Law 2 of 1994-9th March, 1994

Law 8 of 1994-23rd September, 1994

Law 14 of 1996-5th September, 1996

Law 26 of 1997-9th March, 1998

Law 4 of 1998-4th March, 1998

Law 6 of 1998-9th March, 1998

Law 20 of 1998-15th February, 1999

Law 5 of 1999-14th April, 1999

Law 7 of 2000- 20th July, 2000

Law 5 of 2001-20th April, 2001

Law 6 of 2013-15th March, 2013

Law 14 of 2015-12th August, 2015

Law 3 of 2016-6th May, 2016

Law 2 of 2017-27th February, 2017

Law 42 of 2017-16th November, 2017

Law 37 of 2018-22nd November, 2018

Law 46 of 2018-17th December, 2018

Law 10 of 2019-26th July, 2019

Law 4 of 2020-31st January, 2020

Law 19 of 2020-20th May, 2020

Act 56 of 2020-7th December, 2020

Act 60 of 2020-16th December, 2020

Act 6 of 2021-8th December, 2021

Act 15 of 2023-23rd November, 2023

Act 11 of 2024-11th December, 2024

Consolidated and revised this 1st day of January, 2025.

*Note (not forming part of this Act): This revision replaces the 2023 Revision which should now be discarded.*

**CAYMAN ISLANDS**



# **COMPANIES ACT**

## (2025 Revision)

## **Arrangement of Sections**

Section                                                                                          Page

### **PART 1 - Preliminary**

| | | |
|---|---|---|
| 1. | Short title | 15 |
| 2. | Definitions and interpretation | 15 |
| 3. | Registrar | 18 |
| 4. | Signature of Registrar | 18 |

### **PART 2 - Constitution and Incorporation of Companies and Associations - Memorandum of Association**

| | | |
|---|---|---|
| 5. | Mode of forming company | 19 |
| 6. | Mode of limiting liability of members | 19 |
| 7. | Memorandum of association | 19 |
| 8. | Company limited by shares | 20 |
| 9. | Company limited by guarantee | 20 |
| 10. | Memorandum of association may be altered | 21 |
| 11. | Address of registered office may be changed | 21 |
| 12. | Signature and effect of memorandum of association | 21 |
| 13. | Power of company limited by shares to alter its share capital | 21 |
| 14. | Special resolution for reduction of share capital | 23 |
| 15. | Application to court for confirming order, objections by creditors | 24 |
| 16. | Order confirming reduction and powers of Court on making such order | 25 |
| 17. | Registration of order and minute of reduction | 25 |
| 18. | Liability of members in respect of reduced shares | 26 |
| 19. | Penalty for concealment of names of creditors | 26 |



| | | |
|---|---|---|
| 20. | Articles prescribing regulations for companies | 27 |
| 21. | Regulations required in case of unlimited company or company limited by guarantee | 27 |
| 22. | Adoption and application of Table A in Schedule 1 | 27 |
| 23. | Printing, stamping and signature of articles | 27 |
| 24. | Alteration of articles by special resolution | 27 |
| 25. | Adoption and effect of articles of association | 28 |
| | **General Provisions** | **28** |
| 26. | Registration | 28 |
| 26A. | Registrar to provide information | 29 |
| 27. | Consequences of incorporation | 30 |
| 28. | Lack of capacity or power; *ultra vires* | 30 |
| 29. | Copies of memorandum and articles to be given to members | 31 |
| 29A. | Name reservation | 31 |
| 30. | Restrictions on registration of certain names | 31 |
| 31. | Change of name | 32 |
| 32. | Company with power to issue bearer shares not to hold land in the Islands | 33 |

## PART 3 - Distribution of Capital and Liability of Members of Companies and Associations

| | **Distribution of Capital** | **34** |
|---|---|---|
| 33. | Share or interest in company to be personalty | 34 |
| 34. | Share premium account | 35 |
| 35. | Power to issue shares at a discount | 36 |
| 36. | Power of company to pay commissions | 36 |
| 37. | Redemption and purchase of shares | 37 |
| 37A. | Treasury shares | 41 |
| 37B. | Surrender of shares | 43 |
| 38. | Definition of member | 44 |
| 39. | Transfer by personal representative | 44 |
| 40. | Register of members | 44 |
| 40A. | Branch registers of members | 45 |
| 40B. | Transfer and registration of shares in respect of a company with listed shares | 46 |
| 41. | Annual list of members and return of capital, shares, calls, etc. | 47 |
| 42. | Penalty on company not making return | 48 |
| 43. | Certificate of shares or stock | 48 |
| 44. | Inspection of register | 49 |
| 45. | Notice of increase of capital and of members to be given to Registrar | 50 |
| 46. | Remedy for improper entry or omission of entry in register | 50 |
| 47. | Notice to Registrar of rectification of register | 51 |
| 48. | Register to be evidence | 51 |
| | **Liability of Members** | **51** |
| 49. | Liability of present and past members of company | 51 |

## PART 4 - Management and Administration of Companies and Associations - Provisions for Protection of Creditors

| 50. | Registered office of company | 52 |
|---|---|---|
| 51. | Notice of situation of registered office | 52 |
| 52. | Publication of name by a limited company | 53 |
| 53. | Penalties on non-publication of name | 53 |
| 54. | Register of mortgages | 53 |
| 55. | Filing deadline for updated list of directors etc. | 54 |
| 55A. | Registrar to make list of directors available for inspection | 55 |
| 56. | Penalty for failing to notify of changes to the register of directors and officers | 55 |
| 57. | Meetings | 55 |

**Provisions for Protection of Members**        **56**

| 58. | General meetings | 56 |
|---|---|---|
| 59. | Accounts and audits | 56 |
| 60. | Definition of special resolution | 57 |
| 61. | Provisions where no regulations as to meetings | 58 |
| 62. | Recording of special resolutions | 58 |
| 63. | Copies of special resolutions | 58 |
| 64. | Appointment of inspectors to report on affairs of companies | 58 |
| 65. | Powers of inspectors | 59 |
| 66. | Report of inspectors | 59 |
| 67. | Inspection by resolution of the company | 59 |
| 68. | Inspectors' report admissible as evidence | 59 |

**Notices**        **59**

| 69. | Returns, etc., to Registrar | 59 |
|---|---|---|
| 70. | Service of notices on company | 60 |
| 71. | Postal service | 60 |
| 72. | Authentication of summons, notice, etc. | 60 |
| 73. | Minutes of proceedings | 60 |
| 74. | Security for costs in actions brought by limited companies | 60 |
| 75. | Declaration in action against members | 61 |

**Arbitration**        **61**

| 76. | Power of companies to refer matters to arbitration | 61 |
|---|---|---|

**General Penalty**        **61**

| 77. | General penalty; application of fines | 61 |
|---|---|---|

**Unlimited Liability of Directors and Managers**        **61**

| 78. | Unlimited liability of directors and managers | 61 |
|---|---|---|
| 79. | Modification of section 49 | 61 |

**Association not for Profit**        **62**

| 80. | Circumstances in which a company may be registered without "limited" in its name | 62 |
|---|---|---|
| 80A. | Application for designation under section 80 | 64 |
| 80B. | Obligations for companies designated under section 80 | 64 |
| 80C. | Examination by the Registrar | 64 |
| 80D. | *Repealed* | 65 |
| 80E. | Penalty for breach of section 80B | 65 |

**Contracts**        **66**

| 81. | Contracts and other instruments | 66 |
|---|---|---|
| 82. | Bills of exchange and promissory notes | 68 |



| | | |
|---|---|---|
| 83. | Execution of deeds, etc., by attorney | 68 |
| 84. | Power of company to have official seal for use abroad | 68 |
| 85. | Authentication of documents | 69 |

**Arrangements and Reconstructions** 69

| | | |
|---|---|---|
| 86. | Power to compromise with creditors and members | 69 |
| 87. | Provisions for facilitating reconstruction and amalgamation of companies | 70 |
| 88. | Power to acquire shares of dissentient shareholders | 71 |

## PART 5 - Company Restructuring and Winding up of Companies and Associations

**Preliminary** 72

| | | |
|---|---|---|
| 89. | Definitions | 72 |
| 90. | Alternative modes of winding up | 73 |
| 91. | Jurisdiction of the Court | 73 |

**Company Restructuring** 74

| | | |
|---|---|---|
| 91A. | Interpretation of "company" | 74 |
| 91B. | Appointment of a restructuring officer | 74 |
| 91C. | Appointment of an interim restructuring officer | 75 |
| 91D. | Restructuring officer | 76 |
| 91E. | Variation or discharge of the order appointing a restructuring | 76 |
| 91F. | Removal and replacement of restructuring officers | 77 |
| 91G. | Stay of proceedings | 78 |
| 91H. | Enforcement of creditors' security | 78 |
| 91I. | Power to compromise with creditors and members within restructuring officer proceeding | 79 |
| 91J. | Provisions for facilitating reconstruction and amalgamation of companies | 80 |

**Winding up by the Court** 81

| | | |
|---|---|---|
| 92. | Circumstances in which a company may be wound up by the Court | 81 |
| 93. | Definition of inability to pay debts | 81 |
| 94. | Application for winding up | 81 |
| 95. | Powers of the Court | 82 |
| 96. | Power to stay or restrain proceedings | 84 |
| 97. | Avoidance of attachments and stay of proceedings | 84 |
| 98. | Notice of winding up order | 84 |
| 99. | Avoidance of property dispositions, etc. | 85 |
| 100. | Commencement of winding up by the Court | 85 |
| 101. | Company's statement of affairs | 85 |
| 102. | Investigation by liquidator | 86 |
| 103. | Duty to co-operate and the private examination of relevant persons | 87 |

**Official Liquidators** 88

| | | |
|---|---|---|
| 104. | Appointment and powers of provisional liquidator | 88 |
| 105. | Appointment of official liquidator | 89 |
| 106. | Appointment of joint liquidators | 89 |
| 107. | Removal of official liquidators | 89 |
| 108. | Qualifications of official liquidators | 89 |
| 109. | Remuneration of official liquidators and restructuring officers | 89 |
| 110. | Function and powers of official liquidators | 90 |

**General Powers of the Court**                                                91
111. Power to stay winding up ................................................................................91
112. Settlement of list of contributories ...............................................................91
113. Power to make calls.......................................................................................92
114. Inspection of documents by creditors, etc. ...................................................92
115. Meetings to ascertain wishes of creditors or contributories .........................92
**Voluntary Winding up**                                                       93
116. Circumstances in which a company may be wound up voluntarily...................93
117. Commencement of winding up.........................................................................93
118. Effect on business and status of the company ...............................................94
119. Appointment of voluntary liquidator ................................................................94
120. Qualifications of voluntary liquidators..............................................................95
121. Removal of voluntary liquidators .....................................................................95
122. Resignation of voluntary liquidator ..................................................................95
123. Notice of voluntary winding up ........................................................................96
124. Application for supervision order......................................................................96
125. Avoidance of share transfers ..........................................................................96
126. General meeting at year's end ........................................................................97
127. Final meeting prior to dissolution ....................................................................97
128. Effect of winding up on share capital of company limited by guarantee .........97
129. Reference of questions to Court ......................................................................98
130. Expenses of voluntary winding up....................................................................98
**Winding up subject to the supervision of the Court**                         98
131. Application for supervision order......................................................................98
132. Appointment of official liquidator .....................................................................99
133. Effect of supervision order ..............................................................................99
**Offences of fraud, etc.**                                                    99
134. Fraud, etc. in anticipation of winding up ..........................................................99
135. Transactions in fraud of creditors...................................................................100
136. Misconduct in course of winding up ...............................................................100
137. Material omissions from statement relating to company's affairs....................101
**General provisions**                                                         101
138. Getting in the company's property..................................................................101
139. Provable debts................................................................................................102
140. Distribution of the company's property ...........................................................102
141. Preferential debts ..........................................................................................102
142. Secured creditors ..........................................................................................103
143. Preferential charge on goods distrained.........................................................103
144. Effect of execution or attachment...................................................................103
145. Voidable preference........................................................................................104
146. Avoidance of dispositions made at an undervalue..........................................104
147. Fraudulent trading...........................................................................................105
148. Supply of utilities............................................................................................105
149. Interest on debts.............................................................................................106
150. Currency of the liquidation .............................................................................106
**Dissolution of a Company**                                                   107
151. Dissolution following voluntary winding up .....................................................107
152. Dissolution following winding up by the Court ................................................107
153. Unclaimed dividends and undistributed assets...............................................107



**Insolvency rules and regulations**   **108**

154.  Insolvency Rules Committee ............................................................................................108
155.  Powers of the Insolvency Rules Committee ....................................................................108

## PART 6 - Removal of Defunct Companies

156.  Company not operating may be struck off register .........................................................109
156A. Striking off for failure to pay fine ...................................................................................109
157.  Company being wound up may be struck off register for want of liquidator, etc.............109
158.  Registrar to publish fact of company being struck off register........................................109
159.  Company, member or creditor may apply to court for company to be reinstated .............110
160.  Liability of members of company to remain ....................................................................110
161.  Registrar not liable for any act performed under this Part...............................................110
162.  Vesting of property .........................................................................................................111

## PART 7 - Exempted Companies

163.  What companies may apply to be registered as exempted companies.............................111
164.  Registration of exempted companies ..............................................................................111
165.  Declaration by proposed company..................................................................................111
166.  Shares shall be non-negotiable.......................................................................................111
167.  *Repealed* ......................................................................................................................111
168.  Annual return..................................................................................................................111
169.  Annual fee ......................................................................................................................112
170.  Failure to comply with section 168 or 169 ......................................................................112
171.  Registrar to give notice ..................................................................................................112
172.  False statement in declaration ........................................................................................112
173.  Penalty for false declaration...........................................................................................113
174.  Prohibited enterprises.....................................................................................................113
175.  Prohibited sale of securities ...........................................................................................113
176.  Penalty for carrying on business contrary to this Part.....................................................113
177.  Electronic business by exempted companies...................................................................114

## PART 8 - Exempted Limited Duration Companies

178.  Exempted company may apply to be registered as an exempted limited duration
      company............................................................................................................................114
179.  Registration as an exempted limited duration company ..................................................114
180.  Contents of articles of association ..................................................................................115
181.  Cancellation of registration ............................................................................................115
182.  Electronic business by exempted limited duration companies .........................................116

## PART 8A - Special Economic Zone Companies

182A. Exempted company may apply to be registered as a special economic zone company .........116
182B. Registration as a special economic zone company ..........................................................117
182C. Cancellation of registration ............................................................................................117

## PART 9 - Overseas Companies

183. Definition of foreign company................................................................................................118
184. Documents, etc., to be delivered to Registrar by foreign companies ................................118
185. Power of certain foreign companies to hold land.................................................................119
186. Registration of foreign companies.........................................................................................120
187. Return to be delivered to Registrar where documents etc., altered .................................120
188. Obligation to state name of foreign company, whether limited, and country where formed or incorporated ........................................................................................................................120
189. Service on foreign company to which this Part applies........................................................121
190. Deeds, etc., of overseas companies .....................................................................................121
191. Execution of deeds, etc..........................................................................................................122
192. Removing company's name from register ..............................................................................122
193. Penalties for failing to comply with this Part ........................................................................122
194. Definitions in this Part............................................................................................................122
195. Power of Registrar to prohibit sale .......................................................................................123

## PART 10 - Application of this Act to Companies Formed or Registered in the Islands

196. Application to existing companies ..........................................................................................123
197. Date of incorporation .............................................................................................................124
198. Articles of association remain .................................................................................................124

## PART 11 - General

199. Fees in lieu of other provisions ............................................................................................124
199A.Fees for administrative services.............................................................................................124
200. Express fees.............................................................................................................................125
200A.Certificate of good standing ..................................................................................................125

## PART 12 - Transfer by Way of Continuation

201. Application for continuation....................................................................................................126
202. Registration under this Part....................................................................................................128
203. Amendment, etc., of charter documents................................................................................130
204. Effect of registration under this Part on companies registered under Part 9 ...........................130
205. Notice of registration, etc., to be given in Gazette ..............................................................131
206. Deregistration of exempted companies including companies registered under this Part........131
207. Certification of deregistration, etc..........................................................................................132
208. Application of Part 9 to deregistered companies ..................................................................133
209. Notice of deregistration, etc., to be given in the Gazette ....................................................133

## PART 13 – Re-registration as a Means of an Ordinary Non-resident Company Becoming Exempted

210. Ordinary non-resident company may be re-registered as exempted company ........................133
211. Effect of re-registration of ordinary non-resident company as an exempted company ............134



## PART 14 - Segregated Portfolio Companies

212. Definitions in this Part..................................................................................................135
213. Applications for registration...........................................................................................135
214. Conversions of existing companies................................................................................136
215. Designation....................................................................................................................137
216. Segregated portfolios....................................................................................................137
217. Shares and dividends....................................................................................................138
218. Company to act on behalf of portfolios..........................................................................138
219. Assets...........................................................................................................................139
220. Segregated portfolio assets..........................................................................................140
221. Segregation of liabilities................................................................................................140
222. General liabilities and assets.........................................................................................141
223. Winding-up of company.................................................................................................141
224. Receivership orders.......................................................................................................141
225. Applications for receivership orders...............................................................................142
226. Administration of receivership orders.............................................................................143
227. Discharge of receivership orders...................................................................................143
228. Remuneration of receiver..............................................................................................144
228A. Termination and re-instatement....................................................................................144

## Part 15 – Prohibition on Bearer Shares

229. Issue of bearer shares prohibited..................................................................................144
230. *Repealed*....................................................................................................................145
231. *Repealed*....................................................................................................................145
231A. *Repealed*..................................................................................................................145

## PART 16 - Merger and Consolidation

232. Definitions in this Part..................................................................................................145
233. Merger and consolidation..............................................................................................146
234. Delay of effective date..................................................................................................149
235. Termination or amendment............................................................................................149
236. Effect of merger or consolidation...................................................................................150
237. Merger or consolidation with overseas company............................................................150
238. Rights of dissenters.......................................................................................................154
239. Limitation on rights of dissenters...................................................................................156
239A. Prohibition on being a segregated portfolio company....................................................157

## PART 17 - International Co-operation

240. Definitions in this Part..................................................................................................157
241. Ancillary orders.............................................................................................................157
242. Criteria upon which the Court's discretion shall be exercised..........................................158
243. Publication of foreign bankruptcy proceedings...............................................................158

## PART 17A – *REPEALED*

244-281.Repealed.................................................................................................................158

## PART 17B – *REPEALED*

281A-H.Repealed.................................................................................................................159

## PART 18 - Miscellaneous

282.  Amendment of schedules ............................................................................................159
283.  Regulations ................................................................................................................159
284.  Validation of payment and collection of fees .............................................................159
285.  Orders or determinations by court not affected .........................................................160

### SCHEDULE 1                                                              161

**Table A**                                                                       161
**Regulations for Management of a Company Limited by Shares**                      161
**Preliminary** ....................................................................................................................161
**Shares**............................................................................................................................161
**Lien  162**
**Calls on Shares** ..............................................................................................................163
**Transfer and Transmission of Shares** ............................................................................163
**Forfeiture of Shares** ......................................................................................................165
**Alteration of Capital** ......................................................................................................166
**General Meetings** ..........................................................................................................167
**Notice of General Meetings** ..........................................................................................167
**Proceedings at General Meetings** .................................................................................168
**Votes of Members** .........................................................................................................169
**Corporations Acting by Representatives at Meetings** ....................................................170
**Directors**........................................................................................................................170
**Powers and Duties of Directors** .....................................................................................170
**The Seal**.........................................................................................................................171
**Disqualification of Directors**...........................................................................................171
**Rotation of Directors**......................................................................................................172
**Proceedings of Directors**................................................................................................173
**Dividends and Reserve**...................................................................................................173
**Accounts** ........................................................................................................................174
**Audit 175**
**Notices**...........................................................................................................................175

### SCHEDULE 1A                                                             177

**Required Particulars**                                                           177

### SCHEDULE 2                                                              178

**Categories of Preferred Debts**                                                  178
**Category 1: Debts due to employees**................................................................................178
**Category 2: Debts due to bank depositors**.......................................................................178
**Category 3: Taxes due to the Government**........................................................................180



**SCHEDULE 3**                                                         181

**Powers of Liquidators**                                             181
**PART 1** .......................................................................................181
**Powers exercisable with sanction**                                  181
**PART 2** .......................................................................................182
**Powers exercisable without sanction**                              182

**SCHEDULE 4**                                                         183

**APPROVED STOCK EXCHANGES**                                           183

**SCHEDULE 5**                                                         186

**FEES**                                                               186
**PART 1** .......................................................................................186
**PART 1A** .....................................................................................186
**PART 1B** .....................................................................................187
**PART 2** .......................................................................................187
**PART 3** .......................................................................................187
**PART 3A** .....................................................................................188
**PART 4** .......................................................................................188
**PART 5** .......................................................................................189
**PART 6** .......................................................................................189
**PART 6A** .....................................................................................189
**PART 7** .......................................................................................190
**PART 8** .......................................................................................190
**PART 9** .......................................................................................191

**ENDNOTES**                                                           193

Table of Legislation history: ......................................................................193



## CAYMAN ISLANDS



# COMPANIES ACT

## (2025 Revision)

## PART 1 - Preliminary

### Short title

1.  This Act may be cited as the *Companies Act (2025 Revision)*.

### Definitions and interpretation

2.  (1)  In this Act —

"**Authority**" means the Cayman Islands Monetary Authority established under section 5(1) of the *Monetary Authority Act (2020 Revision)* and includes a person acting under the Authority's authorisation;

"**bearer share**" means a share in the capital of any company incorporated in the Islands which —

(a)  is represented by a certificate that does not record the owner's name; and

(b)  is transferable by delivery of the certificate;

"**Cayman Islands exempted limited partnership**" means an exempted limited partnership registered in accordance with section 9 of the *Exempted Limited Partnership Act (2021 Revision)*;

"**Cayman Islands Stock Exchange**" means the Cayman Islands Stock Exchange Company incorporated under section 4 of the *Stock Exchange Company Act (2014 Revision)*;



"**certified translator**" means a person whose interpretation or translation competence has been tested and approved by a professional association or governmental body or any other person determined by the Registrar;

"**Court**" means the Grand Court of the Cayman Islands;

"**company**" except where the context excludes exempted companies, means a company formed and registered under this Act or an existing company;

"**currency**" includes the ECU and any unit of account used at any time by the European Monetary Fund;

"**dual foreign name**" means an additional name in any language not utilising the Roman alphabet, utilising any letters, characters, script, accents and other diacritical marks, and which does not have to be a translation or transliteration of the name in the Roman alphabet;

"**ECU**" or "**European Currency Unit**" means the former currency basket, which was replaced by the euro on 1st January, 1999, that was, from time to time, used as the unit of account of the European Community as defined in *European Council Regulation No. 3320/94*;

"**euro**" means the common currency of participating member states of the European Union that adopt a single currency in accordance with the Treaty as defined in *European Council Regulation No. 974/98*;

"**exempted company**" means a company registered as an exempted company under section 164;

"**exempted limited duration company**" means an exempted company registered as an exempted limited duration company under section 179;

"**existing company**" means a company which, prior to the 1st December, 1961, has been incorporated and its memorandum of association recorded in the Islands pursuant to the laws relating to companies then in force in the Islands;

"**Insolvency Rules Committee**" means the committee established in accordance with section 154;

"**Judge**" means a Judge of the Grand Court;

"**name**", when relating to the name of a company, means a name in the Roman alphabet or Arabic numerals;

"**non-resident company**" bears the meaning ascribed to that term in section 2(1) of the *Local Companies (Control) Act (2019 Revision)*;

"**officer**" in relation to a company, includes a manager or secretary;

"**overseas company**" means a company, body corporate or corporate entity existing under the laws of a jurisdiction outside the Islands;

"**public notice**" means a public notice (whether in digital form or not) affixed by the Registrar at such place as may be determined, from time to time, by the Registrar;



"**Registrar**" means the Registrar of Companies appointed under section 3 and includes, where appropriate, the Deputy Registrar of Companies;

"**regulated business**" means a business which is required to be licensed under one or other of the regulatory laws;

"**regulatory laws**" means any one or more of the following —

(a)  *Banks and Trust Companies Act (2025 Revision)*;

(b)  *Building Societies Act (2020 Revision)*;

(c)  *Companies Management Act (2025 Revision)*;

(d)  *Cooperative Societies Act (2020 Revision)*;

(e)  *Insurance Act, 2010 [Law 32 of 2010]*;

(f)  *Money Services Act (2020 Revision)*;

(g)  *Mutual Funds Act (2025 Revision)*;

(h)  *Securities Investment Business Act (2020 Revision)*;

(i)  *Development Bank Act (2018 Revision)*;

(j)  *Directors Registration and Licensing Act, 2014*; and

(k)  *Private Funds Act (2021 Revision)*,

and any other laws that may be prescribed by the Cabinet by regulations made under section 46 of the *Monetary Authority Act (2020 Revision)*;

"**special resolution**" means a special resolution as defined in section 60;

"**special economic zone business**" means any type of business authorised to be carried on in a special economic zone pursuant to any Law in force in the Islands;

"**special economic zone company**" means an exempted company that is registered as such under section 182A;

"**translated name**" means a translation or transliteration of an exempted company's dual foreign name into the English language provided by either a person licensed to provide such company's registered office in the Cayman Islands or a certified translator (together with a statement in the prescribed form as to the foreign language in which such dual foreign name is written); and

"**Treaty**" means the Treaty on European Union signed in Maastricht on 7th February, 1992, as amended by the Treaty of Amsterdam amending the Treaty on European Union, signed in Amsterdam on 2nd October, 1997, the Treaty of Nice and the Convention on the Future of Europe, signed in Nice on 26th February, 2001 and the Treaty of Lisbon amending the Treaty on European Union, signed in Lisbon on 13th December, 2007.

(2)  Where, in this Act, it is provided that a company and every officer of the company who is in default shall be liable to a default fine, the company and



every such officer shall, for every day during which the default, refusal or contravention continues, be liable to a fine of ten dollars.

(3) In this Act, where it provides that an officer of a company who is in default shall be liable to a default fine, the expression "**officer who is in default**" means any officer of the company who knowingly and wilfully authorises or permits the default, refusal or contravention mentioned in the enactment.

(4) For the purposes of this Act "**paid up**" or "**fully paid**" means, in the case of shares with a nominal or par value, paid up or fully paid as to nominal or par value only and, in the case of shares without nominal or par value, means paid up or fully paid up as to the issue price.

(5) For the purposes of this Act "**carry on business in the Islands**" shall be construed in accordance with the *Local Companies Control Act (2019 Revision)*.

## Registrar

**3.** (1) The Governor shall, by instrument under the Public Seal, appoint a Registrar and a Deputy Registrar of Companies for the purposes of this Act, and the Deputy Registrar may, in the absence of the Registrar, act as Registrar for all purposes of this Act.

(2) Without divesting the Registrar of any of that person's powers or duties the Minister charged with responsibility for Financial Services may authorise by name any officer in the Registrar's department to exercise and perform any of such powers and duties under the direction and control of the Registrar and may, at any time, vary or revoke such authorisation.

## Signature of Registrar

**4.** (1) Any document purporting to bear the signature of the Registrar or of an officer authorised in accordance with section 3(2) shall be deemed, until the contrary is proved, to have been duly given, made or issued by the authority of the Registrar.

(2) In subsection (1) —

"**signature**" includes a facsimile of a signature however reproduced and a digital signature.



# PART 2 - Constitution and Incorporation of Companies and Associations - Memorandum of Association

## Mode of forming company

**5.** Any one or more persons associated for any lawful purpose may, by subscribing their names to a memorandum of association, and otherwise complying with this Act in respect of registration, form an incorporated company, with or without limited liability.

## Mode of limiting liability of members

**6.** The liability of the members of a company formed under this Act may, according to the memorandum of association, be limited either to the amount, if any, unpaid on the shares respectively held by them, or to such amount as the members may respectively undertake by the memorandum of association to contribute to the assets of the company in the event of its being wound up.

## Memorandum of association

**7.** (1) The memorandum of association shall, subject to subsections (2), (3) and (4) and to sections 8 and 9, contain —

   (a) the name of the proposed company which in the case of an exempted company, may be preceded by or followed with a dual foreign name, with the addition, in the case of any company not being an exempted company or a company formed on the principle of having no limit placed on the liability of its members, in this Act referred to as an "unlimited company", of the word "Limited" or the abbreviation "Ltd." as the last word in such name; and

   (b) the part of the Islands in which the registered office of the company is proposed to be situate.

   (2) No subscriber shall take less than one share.

   (3) Each subscriber of the memorandum of association shall write opposite to that subscriber's name the number of shares that person takes.

   (4) The memorandum of association may specify objects for which the proposed company is to be established and may provide that the business of the company shall be restricted to the furtherance of the specified objects. If no objects are specified or if objects are specified but the business of the company is not restricted to the furtherance of those objects, then the company shall have full power and the authority to carry out any object not prohibited by this or any other Law.



## Company limited by shares

**8.** (1) Subject to subsection (2), where a company is formed on the principle of having the liability of its members limited to the amount unpaid on their shares, in this Act referred to as a company limited by shares, the memorandum of association shall also contain —

   (a) a declaration that the liability of its members is limited; and

   (b) the amount of capital with which it proposes to be registered, divided into shares of a certain fixed amount to be also therein specified:

Provided that the capital with which an exempted company proposes to be registered may be divided into shares without nominal or par value in which case the memorandum of association shall contain the amount of the aggregate consideration for which such shares may be issued:

Provided further that no exempted company shall divide its capital into both shares of a fixed amount and shares without nominal or par value.

(2) Where the capital of such a company is divided into shares of more than one class, the memorandum of association may contain a declaration that in a winding up of the company the liability of members holding the shares of a particular class shall be unlimited.

(3) The capital, fixed amount of shares and aggregate consideration referred to in subsection (1) may be expressed, and subscribed for, in any one or more currencies.

(4) No authorisation or issue, or purported authorisation or issue, by an exempted company of any share without nominal or par value shall, if that company has its capital divided into such shares only, be invalid only by reason of the fact it was authorised or issued, or purportedly authorised or issued, prior to the 20th November, 1989.

## Company limited by guarantee

**9.** (1) Subject to subsection (2), where a company is formed on the principle of having the liability of its members limited to such amount as the members respectively undertake to contribute to the assets of the company in the event of the same being wound up, (in this Act referred to as a company limited by guarantee), the memorandum of association shall also contain a declaration that each member undertakes to contribute to the assets of the company, in the event of the same being wound up during the time that that person is a member, or within one year afterwards, for payment of the debts and liabilities of the company contracted before the time at which that person ceases to be a member, and of the costs, charges and expenses of the winding up of the company, and for the adjustment of the rights of the contributories amongst themselves, such amount as may be required, not exceeding a specific amount to be therein named.



(2) Where such a company has more than one class of member, the memorandum of association may contain a declaration that in a winding up of the company the amount of the undertaking of the members of a particular class shall be unlimited.

(3) A company limited by guarantee may have a share capital.

### Memorandum of association may be altered

**10.** Subject to section 13, a company may, by special resolution, alter its memorandum of association with respect to any objects, powers or other matters specified therein.

### Address of registered office may be changed

**11.** (1) A company may, by resolution of the directors, change the address of the registered office of the company to another address in the Islands, and shall, within thirty days from the date on which the resolution is made, file with the Registrar a certified copy of the resolution of the directors authorising the change together with the prescribed amendment fee.

(2) Until subsection (1) is complied with, the company shall not be deemed to have complied with this Act with respect to having a registered office.

### Signature and effect of memorandum of association

**12.** The memorandum of association shall be signed by each subscriber in the presence of and be attested by at least one witness. It shall, when registered, bind the company and the members thereof to the same extent as if each member had subscribed that person's name and affixed that person's seal thereto and there were in the memorandum contained on the part of that person, that person's heirs, executors and administrators, a covenant to observe all the conditions of such memorandum, subject to this Act, and all monies payable by any member to the company under such memorandum shall be deemed to be a debt due from such member to the company.

### Power of company limited by shares to alter its share capital

**13.** (1) A company limited by shares or a company limited by guarantee and having a share capital, if so authorised by its articles, may alter the conditions of its memorandum to —

(a) increase its share capital by new shares of such amount as it thinks expedient:

Provided that an exempted company having no shares of a fixed amount may increase its share capital by such number of shares without nominal or par value, or may increase the aggregate consideration for which such shares may be issued, as it thinks expedient;

(b) consolidate and divide all or any of its share capital into shares of larger amount than its existing shares;



(c) convert all or any of its paid-up shares into stock, and reconvert that stock into paid-up shares of any denomination;

(d) subdivide its shares or any of them, into shares of an amount smaller than that fixed by the memorandum, so, however, that in the subdivision the proportion between the amount paid and the amount, if any, unpaid on each reduced share shall be the same as it was in case of the share from which the reduced share is derived; and

(e) cancel shares which, at the date of the passing of the resolution in that behalf, have not been taken or agreed to be taken by any person, and diminish the amount of its share capital by the amount of the shares so cancelled or, in the case of shares without nominal or par value, diminish the number of shares into which its capital is divided.

(1A) Paragraphs (b), (c) and (d) shall have no application to shares without nominal or par value.

(2) The powers conferred by subsection (1) may not be exercised except by a resolution of the members of the company.

(3) If a currency in which any of the capital of a company limited by shares or by guarantee is replaced by the euro, the provisions of the company's memorandum of association and articles of association shall automatically be altered so as to re-denominate in euros the capital that is denominated in the replaced currency, at the conversion rate specified in, or otherwise calculated in accordance with, the relevant regulations adopted by the Council of the European Union, and the company, by resolution of the directors, may —

(a) take such action to round up or down the euro nominal or par value of each share in the company or the euro guarantee amount to such multiple of the euro as the directors may deem appropriate;

(b) notwithstanding the requirement for a special resolution in section 31, if the name of the company includes a reference to a currency replaced by the euro, or an abbreviation thereof —

(i) alter the name of the company to delete the reference or to substitute the reference with a reference to the euro or an abbreviation thereof; and

(ii) add such further distinguishing wording as the directors consider appropriate; and

(c) if the memorandum of association or articles of association of the company include a reference or references to a currency replaced by the euro, alter any or all such references in either or both of the memorandum of association and the articles of association by substituting such references with references to the euro or an abbreviation thereof.



(4) A company may, by resolution of the directors, reverse or vary the re-denomination of currency or any other action taken under subsection (3).

(5) A copy of any resolution passed under subsection (3) or (4) shall be forwarded to the Registrar within fifteen days and shall be recorded by that person.

(6) A cancellation of shares or a rounding down of the nominal or par value of shares under this section shall not be deemed to be a reduction of share capital within the meaning of this Act.

(7) If any action is taken by the company under paragraph (a) of subsection (3) to —

    (a) round up the euro nominal or par value of any issued share in the company, then an amount equal to the increase in nominal or par value of that share shall be transferred from the share premium account or from the profit and loss account (as the directors shall, in their discretion, determine) and shall thereafter be deemed to be and treated as paid up share capital of the company; or

    (b) round down the euro nominal or par value of any issued share in the company, then an amount equal to the decrease in the nominal or par value of that share shall be transferred from the paid up share capital of the company to the share premium account and shall thereafter be deemed to be and treated as share premium for the purposes of this Act.

### Special resolution for reduction of share capital

**14**. (1) Subject to section 37 and to confirmation by the Court, a company limited by shares or a company limited by guarantee and having a share capital may, if so authorised by its articles, by special resolution reduce its share capital in any way, and in particular (but without prejudice to the generality of the foregoing power) may —

    (a) extinguish or reduce the liability on any of its shares in respect of share capital not paid up;

    (b) either with or without extinguishing or reducing liability on any of its shares, cancel any paid-up share capital which is lost or unrepresented by available assets; or

    (c) either with or without extinguishing or reducing liability of any of its shares, pay off any paid-up share capital which is in excess of the needs of the company,

and may, if and so far as is necessary, alter its memorandum by reducing the amount of its share capital and of its shares accordingly.

(2) A special resolution under subsection (1) is, in this Act, referred to as "a resolution for reducing share capital".



## Definition of member

**38**. The subscribers of the memorandum of association of any company shall be deemed to have agreed to become members of the company whose memorandum they have subscribed, and upon the registration of the company shall be entered as members on the register of members hereinafter mentioned, and every other person who has agreed to become a member of a company and whose name is entered on the register of members, shall be deemed to be a member of the company.

## Transfer by personal representative

**39**. Any transfer of the share or other interest of a deceased member of a company made by that person's personal representative, shall, notwithstanding that such personal representative may not themselves be a member, be of the same validity as if that person had been a member at the time of the execution of the instrument of transfer.

## Register of members

**40**. (1) Every company shall cause to be kept in writing, a register of its members and there shall be entered therein —

    (a) the names and addresses of the members of the company, with the addition of, in the case of a company having a capital divided into shares, a statement of the shares held by each member, and the statement shall —

        (i) distinguish each share by its number (so long as the share has a number);

        (ii) confirm the amount paid, or agreed to be considered as paid on the shares of each member;

        (iii) confirm the number and category of shares held by each member; and

        (iv) confirm whether each relevant category of shares held by a member carries voting rights under the articles of association of the company, and if so, whether such voting rights are conditional;

    (b) the date on which the name of any person was entered on the register as a member; and

    (c) the date on which any person ceased to be a member.

    (2) Any company making default in complying with this section shall incur a penalty of five thousand dollars; and every director or manager of the company who knowingly and wilfully authorises or permits such default shall incur the like penalty.

    (3) For the purpose of subsection (1), "**voting rights**" means, —

    (a) rights conferred on shareholders, including the right to appoint or remove directors, in respect of their shares or, in the case of an entity not having a



share capital, on members, to vote at general meetings of the entity on all or substantially all matters; and

(b)  in relation to a legal entity that does not have general meetings at which matters are decided by the exercise of voting rights, the rights conferred upon shareholders or members, as applicable, that are equivalent to those of a person entitled to exercise voting rights in a company.

(4)  A voting right is conditional where the voting right arises only in certain circumstances.

## Branch registers of members

**40A.**(1)  An exempted company may cause to be kept in any country or territory one or more branch registers of such category or categories of members as the exempted company may determine from time to time.

(2)  A branch register is deemed to be part of the exempted company's register of members.

(3)  Subject to subsection (6), a branch register shall be kept in the same manner in which a principal register is by this Act required or permitted to be kept.

(4)  The exempted company shall cause to be kept at the place where the exempted company's principal register is kept a duplicate of any branch register duly entered up from time to time.

(5)  If default is made in complying with subsection (4) within twenty-one days after —

(a)  establishing a branch register; or

(b)  making changes to the details recorded in a branch register,

the exempted company and every officer of the exempted company who is in default is liable to a penalty of five thousand dollars; and every director or manager of the company who knowingly and wilfully authorises or permits such default shall incur the like penalty.

(6)  Subject to subsection (4) with respect to a duplicate of any branch register —

(a)  the shares registered in a branch register shall be distinguished from those registered in the principal register; and

(b)  no transaction with respect to any shares registered in a branch register shall, during the continuance of that registration, be registered in any other register.

(7)  An exempted company may discontinue keeping any branch register, and thereupon all entries in that branch register shall be transferred to some other branch register kept by the exempted company or to the principal register.



## Inspection of register

**44.** (1) The register of members, commencing from the date of the registration of the company, shall be kept at the registered office of the company or, in the case of an exempted company, at any other place within or outside the Islands except that, in the case of an exempted company that holds a licence to carry on business in the Islands under any applicable law, the register of members shall be kept at its registered office within the Islands.

(2) Except in the case of an exempted company that does not hold a licence to carry on business in the Islands under any applicable law and when closed as hereinafter provided the register of members shall, during business hours, subject to such reasonable restrictions as the company in general meeting may impose, so that no less than two hours in each day be appointed for inspection, be open to the inspection of any member *gratis* and to the inspection of any other person on payment of ten dollars or such less sum as the company may specify for each inspection; and every such member or other person may receive a copy of such register or any part thereof, or of such list or summary of members, on payment of one dollar for every page required to be copied.

(3) If such inspection or copy is refused, the company shall incur for each refusal a penalty of five hundred dollars; and every director and manager of the company who knowingly authorises or permits such refusal shall incur the like penalty; and in addition to the above penalty, a Judge sitting in chambers may, by order, compel an immediate inspection of the register.

(4) A company, including an exempted company, shall make available at the registered office, in electronic form or any other medium, such register, including any branch register in the case of an exempted company, as may be required of it upon service of an order or notice by the Tax Information Authority pursuant to the *Tax Information Authority Act (2021 Revision)*; and if the company fails to comply with the order or notice without reasonable excuse, the company shall incur a penalty of five hundred dollars and a further penalty of one hundred dollars for every day during which such non-compliance continues.



### Notice of increase of capital and of members to be given to Registrar

**45.** (1) Where a company has a capital divided into shares, whether such shares have or have not been converted into stock, notice of any increase in such capital beyond the registered capital, and where a company has not a capital divided into shares, notice of any increase in the number of members beyond the registered number shall be given to the Registrar, in the case of an increase of capital, within thirty days from the date of the passing of the resolution by which such increase has been authorised; and, in the case of an increase of members, within thirty days from the time at which such increase of members has been resolved on or has taken place; and the Registrar shall forthwith record the amount of such increase of capital or members.

(2) The fees payable on an increase of capital shall be as specified in Part 3 of Schedule 5.

(3) If such notice is not given within the period aforesaid the company in default shall incur a penalty of ten dollars for every day during which such neglect to give notice continues, and every director and officer of the company who knowingly and wilfully authorises or permits such default shall incur a like penalty.

### Remedy for improper entry or omission of entry in register

**46.** If the name of any person is, without sufficient cause, entered in or omitted from the register of members of any company, or if default is made or unnecessary delay takes place in entering on the register the fact of any person having ceased to be a member of the company, the person or member aggrieved or any member of the company or the company itself may, by motion to the Court, apply for an order that the register be rectified; and the Court may either refuse such application with or without costs to be paid by the applicant or it may, if satisfied of the justice of the case, make an order for the rectification of the register, and may direct the company to pay all the costs of such motion, application or petition, and any damages the party aggrieved may have sustained. The Court may, in any proceeding under this section, decide any question relating to the title of any person who is a party to such proceeding to have that person's name entered in or omitted from the register, whether such question arises

between two or more members or alleged members, or between any members or alleged members and the company, and generally, the Court may, in any such proceeding, decide any question that it may be necessary or expedient to decide for the rectification of the register:

Provided that the Court may direct an issue to be tried, on which any question of law may be raised.



### Registrar to make list of directors available for inspection

**55A.**(1) The Registrar shall maintain a list of the names of the current directors, and where applicable, the current alternate directors of a company.

(2) The Registrar shall make available, the list of the names of the current directors of a company and where applicable, the current alternate directors of a company under subsection (1), for inspection by any person, on payment of the fee specified in Part 6A of Schedule 5, for each inspection, and subject to such conditions as the Registrar may impose.

(3) For the purposes of subsection (1), an alternate director is a person who is registered by a company as an alternate director under section 55.

### Penalty for failing to notify of changes to the register of directors and officers

**56.** (1) A company that breaches the provisions of section 55 shall incur a penalty of five hundred dollars.

(2) Notwithstanding subsection (1), if a company is in breach of section 55(1)(b) —

　(a) in respect of more than one change in directors or officers and —

　　(i) the changes occurred within a thirty day period; and

　　(ii) the Registrar is notified of the changes on the same day,

　　the applicable penalty for the breach shall be that specified in subsection (1), irrespective of the number of changes notified to the Registrar; and

　(b) in respect of directors or officers of five or more companies, the applicable aggregate penalty in respect of the companies to which the breach relates shall not exceed the sum of two thousand five hundred dollars, which shall be equally apportioned between and paid by, such companies.

(3) In addition to the penalty under subsection (1), where the Registrar is satisfied that a breach of section 55 has been knowingly and wilfully authorised or permitted —

　(a) every company to which the breach relates shall incur a penalty of one thousand dollars; and

　(b) every director and officer of the company to which the breach relates shall incur a penalty of one thousand dollars and a further penalty of one hundred dollars for every day during which the default continues.

### Meetings

**57.** Subject to the memorandum and articles of association of the company, a meeting of —

　(a) members;

　(b) a class of members;

