**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAYNE BALIGA, derivatively on behalf of
LINK MOTION INC. (F/K/A NQ MOBILE INC.)

              Plaintiff,

        -against-                        1:18-cv-11642-VM-DCF

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYONG SHI, JIA LIAN,
XIAO YU,

              Defendants,

        -and-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),

              Nominal Defendant.

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that Movant Kristie M. Blase respectfully requests that the

Court enter an Order granting Movant leave to withdraw as counsel of record in the above-

captioned case for Defendant Vincent Wenyong Shi ("Defendant"). In support of this Motion

and in accordance with Local Rule 1.4 of the United States District Courts for the Southern and

Eastern District of New York, Movant states (1) she is no longer associated with the law firm,

Felicello Law P.C., counsel for Defendant; (2) Felicello Law P.C. will remain as counsel for

Defendant; (3) Movant is not asserting a retaining or charging lien; and (4) Felicello Law P.C.

has informed her that Defendant does not object to Movant's withdrawal as counsel. A proposed

order is attached to this motion.

WHEREFORE, Movant, Kristie M. Blase, respectfully requests this Court enter an Order granting the motion by Movant, Kristie M. Blase, to withdraw her appearance as counsel for Defendant Vincent Wenyong Shi.


Dated: New York, New York
June 8, 2026

Respectfully submitted,

*/s/ Kristie M. Blase*
Kristie M. Blase
Frazer + Blase, P.C.
Kristie.Blase@frazerpc.com
11 Broadway, Suite 615
New York, New York 10004
Tel: 646 844 3671