**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WAYNE BALIGA, derivatively on behalf of
LINK MOTION INC. (F/K/A NQ MOBILE INC.)

           Plaintiff,

      -against-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),
VINCENT WENYONG SHI, JIA LIAN,
XIAO YU,

           Defendants,

      -and-

LINK MOTION INC. (F/K/A NQ MOBILE INC.),

           Nominal Defendant.

1:18-cv-11642-VM-DCF

**DECLARATION OF KRISTIE M. BLASE**
**IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

1.      I am an attorney admitted to practice law in the State of New York and before the United States District Court for the Southern District of New York. I submit this declaration in support of my motion for an Order granting me leave to withdraw as counsel of record in the above-captioned case for Defendant Vincent Wenyong Shi ("Defendant").

2.      I declare under penalty of perjury that the statements in my declaration are true and correct.

3.      In support of my Motion and in accordance with this Court's Local Rule 1.4:

    (a) I am no longer associated with the law firm, Felicello Law P.C., counsel for Defendant.
    (b) Felicello Law P.C. will remain as counsel for the Defendants.
    (c) I am not asserting a retaining or charging lien.
    (d) Felicello Law P.C. has informed me that Defendant does not object to my withdrawal as counsel.

Dated: New York, New York                  */s/ Kristie M. Blase*
       June 8, 2026                      Kristie M. Blase