**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>Plaintiff,<br><br>-against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, JIA LIAN, XIAO YU,<br><br>Defendants,<br><br>-and-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br><br>Nominal Defendant. | 1:18-cv-11642-VM-DCF |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Attorney Kristie M. Blase's motion pursuant to Local Rule 1.4 to withdraw her appearance as one of the attorneys for Defendant Vincent Wenyong Shi is GRANTED.

IT IS SO ORDERED this _____ day of _____ 2026.

_____
_____Judge
United States District Court
Southern District of New York