**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WAYNE BALIGA<br><br>Plaintiff,<br><br>-against-<br><br>LINK MOTION INC. (F/K/A NQ MOBILE INC.), VINCENT WENYONG SHI, ROLAND WU, and ZEMIN XU,<br><br>Defendants | **1:18-cv-11642-VM-VF** |

## [PROPOSED] ORDER TO SHOW CAUSE

Upon the declaration of Michael James Maloney, dated September 11, 2026, and all exhibits attached thereto, the declaration of Vincent Wenyong Shi, dated September 10, 2026, the declaration of Jia Lian, dated September 10, 2026, the declaration of Xiao Yu, dated September 10, 2026, and the accompanying memorandum of law dated September 11, 2026, all documents referenced therein, and all prior proceedings, it is

**ORDERED** that Lilin "Francis" Guo ("Guo") show cause before a motion term of this Court at room ___, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York on ________________________________, 2026 at ___ o'clock in the ______noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Federal Rule of Civil Procedure 65 enjoining the Mr. Guo, and all persons acting at their direction or control from:

(a) proceeding with any extraordinary general meetings (the "EGMs" and each separately an "EGM") of the shareholders of LKM including but not limited to the EGMs noticed for September 15 & 16, 2026,

(b) taking any other corporate action respecting LKM, and

(c) pending a final determination of the motion for reconsideration by Dr. Shi (ECF 591, 592, 593) and Dr. Shi's specific objections pursuant to Rule 72(a) (ECF 594);

and it is further

**ORDERED** that, sufficient reason having been shown therefor, pending the hearing of Dr. Shi's application for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65, the EGMs of the Company called for September 15 & 16, 2026 are hereby temporarily enjoined.

**ORDERED** that service by email and ECF upon Plaintiff or his counsel and Guo or his counsel on or before ____________________ shall be deemed good and sufficient service thereof.

Dated: New York, New York

____________________, 2026

________________________________

United States District Judge