UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

WAYNE BALIGA,

Plaintiff,

-against-

LINK MOTION INC., et al.

Defendants.
---------------------------------------------------------------X

18-CV-11642 (VM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On August 11, 2026, the Court issued an opinion and order addressing a bar on convening an Extraordinary General Meeting ("EGM") of the shareholders of LKM, which was entered on September 15, 2022 by Judge Marrero. ECF No. 589 at 18-21; ECF No. 338 at 13. On August 25, 2026, Shi filed objections to Judge Marrero pursuant to Federal Rule of Civil Procedure 72, and he also filed a motion for reconsideration of the Court's August 11 order. ECF Nos. 591, 594. The objections to the August 11 order have not been ruled on by Judge Marrero. Nor has the motion for reconsideration been decided. The effect of the Court's August 11 order is hereby stayed pending resolution by Judge Marrero of Shi's objections to that order. Accordingly, Judge Marrero's order from September 15, 2022 remains in effect, and that order barred the Receiver from convening any EGMs. See ECF No. 338 at 13.

**SO ORDERED.**

DATED: New York, New York
September 11, 2026

VALERIE FIGUEREDO
United States Magistrate Judge