UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WAYNE BALIGA,

Plaintiff,

18-CV-11642 (VM) (VF)

-against-

**ORDER**

LINK MOTION INC., et al.

Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On September 11, 2026, Defendant Shi and Intervenor Lian filed a Proposed Order to Show Cause. ECF No. 597. On this issue, Plaintiff is directed to file its brief on or before **September 28, 2026**. Defendant Shi and Intervenor Lian's reply shall be filed on or before **October 5, 2026**.

**SO ORDERED.**

DATED: New York, New York
September 15, 2026

VALERIE FIGUEREDO
United States Magistrate Judge