**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**WAYNE BALIGA,**

**Plaintiff,**

**-against-**

**LINK MOTION INC., et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**18-CV-11642 (VM) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Given Judge Marrero's decision at ECF No. 613, the motion for reconsideration is denied as moot. The Clerk of Court is directed to terminate the gavel at ECF No. 591.

**SO ORDERED.**

DATED: New York, New York
November 6, 2026

VALERIE FIGUEREDO
United States Magistrate Judge